**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CLAIRE'S HOLDINGS LLC, *et al.*, | ) Case No. 25-11454 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Lyndel Anne Vargas of Cavazos Hendricks Poirot, P.C. to represent Wal-Mart Stores East, LP, Walmart Inc., Wal-Mart Louisiana, LLC, Wal-Mart Stores Texas, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Puerto Rico, Inc. in the above-captioned case and any and all adversary proceedings..

Dated:  August 13, 2025

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6840
Email:  mark.minuti@saul.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/23/23.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Lyndel Anne Vargas*
Lyndel Anne Vargas (Texas State Bar No. 24058913)
**CAVAZOS HENDRICKS POIROT, P.C.**
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Telephone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: August 13th, 2025**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**