**Exhibit A – January 2, 2023 Privacy Policy**

# claire's

Piercing   Back to School   Trending   Jewelry   Hair   Beauty   Bags   Brands   Toys   Home   Accessories   Clearance

Home  ›  Privacy Policy

## Privacy Policy

Last updated: 1/2/2023

1. Information We Collect
   1. Information You Submit
   2. Tracking Technologies
2. How We Use the Information We Collect
3. Sharing of Your Information
4. Sweepstakes and Contests
5. Links to Other Websites and Online Services
6. Personal Information From Children
7. Your Choices
8. California Residents
9. Information for Users Outside the United States
10. Security
11. Questions/Changes in Policy

This Privacy Policy (the "Privacy Policy") applies to personal information obtained through claires.com (the "Site"), which is operated by Claire's Stores Inc. ("Claire's", "we", "us", "our"). This Privacy Policy explains our practices and governs the use of personal information Claire's collects from you or about you through the Site.

By further browsing the Site, creating an account, or registering on the Site you agree to this Privacy Policy and consent to the collection and use of your personal information as described in this Privacy Policy. Please also review the Terms of Use, which govern your use of the Site and any content you submit to the Site.

## 1. INFORMATION WE COLLECT

### A. INFORMATION YOU SUBMIT

We, and our vendors, may obtain personal information that you provide to us directly, for example, data you submit when you complete contact forms, sign up for marketing or informational newsletters, and shop or complete an order on the Site. Personal information we collect may include your name, mailing and billing address, cellphone, phone number, date of birth, and payment processing information.

If you submit the personal information of another person, you represent that you have obtained the authorization from that person to submit such personal information to us.

If you use the Claire's mobile application, information collected through the Site related to your Claire's account and settings may not be synchronized between the Site and the Claire's mobile application.

### B. TRACKING TECHNOLOGIES

We may use tracking technologies, such as cookies, including tracking technologies managed by vendors or unknown parties. Tracking technologies can be categorized as follows:

- **Strictly Necessary.** These tracking technologies are used for core functionality, for example for security and to enforce your privacy preferences. Without these cookies, some functionality of the Site will fail.
- **Social Media.** These tracking technologies allow you to connect to social media networks, such as allowing you to share content or log in using your social media credentials. Without these cookies, some social media integration functionality of the Site will fail.
- **Functional and Performance.** These tracking technologies help us improve our services, including the Site, such as allowing us to measure the performance of the Site, know which webpages are the most and least popular, see how visitors move around the Site, and provide enhanced functionality. For example, these cookies may observe your mouse movements on the Site for us to better understand the efficiency of the Site's user interface and design.
- **Advertising.** These tracking technologies help us and other parties personalize ads that are shown to you on our sites and services, as well as on other online services. If enabled, these tracking technologies will allow other parties engaged in interest-based advertising on our Services to understand your use of online services across platforms and over time. Advertising tracking technologies may be used to deliver advertisements, create a profile of you, measure your interests, detect your demographics, detect your location, detect your device, and personalize content

Tracking technologies may collect usage information such as the browser you are using, your IP address or other unique identifier, geolocation, search terms, your use of the Site (including clicks, movement, scrolling, and keystroke activity), the URL that referred you to our Site, all of the areas within our Site that you visit, anonymous traffic data, and the time of the visit. Some tracking technologies may use generated geolocation for purposes such as verifying your location and delivering or restricting content based on your location, such as our "store locator" to find the nearest appropriate store locations. Additionally, some tracking technologies may enable security features and allow us to detect activity that might violate our rules and terms, such as unauthorized access or activity.

We or external parties may collect personal data about your online activities over time and across different online services when you use the Services. We may combine tracking technology information with other personal information about you, such as combining your usage information with offline purchasing behaviors.

You may be able to opt out of certain interest-based behavioral advertising by visiting www.youradchoices.com or www.networkadvertising.org. You can set your browser to refuse cookies from websites or send a "Do Not Track" signal, but if you do so, you may not be able to access or use portions of the Site, or certain offerings on the Site may not function as intended or as well. Opting out does not mean that you will no longer receive advertising from us, or when you use the Internet. Opt outs do not affect strictly necessary tracking technologies.

We may use certain external party tracking technology services, such as the following:

- Snap and its affiliates, may collect information to may use that information to purpose measurement services, ad targeting, and other advertising services.
- RTB House, which may provide its own opt out program, which you can learn more about by reviewing the RTB House Services Privacy Policy, available at https://rtbhouse.com/privacy-center
- Microsoft Advertising, through its Universal Event Tracking (UET) feature or Clarity services, may collect information subject to its Microsoft Privacy Statement, privacy.microsoft.com/en-us/privacystatement
- Google Analytics Advertising features such as dynamic remarketing, interest-based advertising, audience targeting, behavioral reporting, demographics and interests reporting, user segment analysis, device reporting, display advertising, and video ads reporting. For more information on how Google Analytics uses data collected through the Site, visit www.google.com/policies/privacy/partners/. To opt out of Google Analytics cookies, visit http://www.google.com/settings/ads and https://tools.google.com/dlpage/gaoptout/
- Adobe Tag Manager: to opt out of Adobe cookies, visit https://www.adobe.com/privacy/opt-out.html
- Facebook Custom Audience, you can opt out by logging into your Facebook account and changing your privacy or advertising settings as per Facebook's opt out instructions. You may also use your Facebook account settings to unlink your Facebook account from the Site

TikTok, which may use Device Data Collection Tools to collect information about how users use interact with online services or mobile applications.

- Amazon may use tracking technologies to show interest-based ads on the Site and across the Internet. To opt out of receiving interest-based ads from Amazon visit the relevant Amazon Ads Preferences page.

We do not represent that these external party tools, programs, or statements are complete or accurate. Note that clearing cookies or changing browser or device settings may affect your choices when using various sites and services, and you may need to opt out separately on each browser enable electronic device you use.

## 2. HOW WE USE THE INFORMATION WE COLLECT

We use your information for many purposes, such as to: (i) provide various products or services to you, including by processing your orders, returns, and payments; (ii) analyze trends and conduct research about improving our products and services; (iii) provide support and respond to questions from customers and Site visitors; (iv) improve the Site, products, or services; (v) learn about customers' needs; (vi) contact customers for research, informational, and marketing purposes, including customizing our product recommendations to you based upon your information and purchases; (vii) track traffic patterns and Site usage; (viii) enable online ordering and provide customer service with respect to such orders; (ix) correlate information with other commercially available information to identify demographics and preferences to assist us in our marketing efforts; (x) provide specific relevant marketing, promotional, or other information to you; (xi) address information security and/or privacy issues, network functioning, and troubleshooting; (xii) investigate claims and/or legal actions, violations of our policies and procedures, and compliance with relevant applicable laws and legal process; (xiii) comply with applicable laws, regulations, or legal process as well as industry standards and our company policies; or (xiv) prevent, investigate, identify, or take any other action with regard to suspected or actual fraudulent or illegal activity, or any activity that violates our policies.

## 3. SHARING OF YOUR INFORMATION

We may share information we collect about you with our subsidiaries and affiliates worldwide. From time to time we may enter into an arrangement with another company that is not owned by or affiliated with us to provide additional functionality on the Site. These arrangements may include business partners, sponsors, and co-branded sites (referred to here as "co-branded pages"). Any information, including personal information, that you provide on one of these co-branded pages may be shared with these partners. By participating in activities or providing your information on these co-branded pages, you consent to our providing your information to those partners. Separate privacy policies may apply to these partners' uses of your personal information.

We may use vendors to help us operate our Services, and the Site or administer activities on our behalf, such as accepting and fulfilling your order, sending emails, sending online advertisements, order fulfillment, sweepstakes administration, website maintenance, and customer service. For advertising purposes, we may share with vendors your information that we collect directly from you (such as your email address) and information we collect automatically.

We may share your personal information in the event we sell or transfer all or a portion of our business assets (e.g., further to a merger, reorganization, liquidation, or any other business transaction), including negotiations of such transactions. We further reserve the right to sell or transfer any information we obtain through the Site in connection with any joint venture, partnership, merger, or other collaboration with another organization.

Information, including personal information, may also be shared: (i) as permitted by law; (ii) where we determine that disclosure of specific information is necessary to comply with the request of a law enforcement or regulatory agency or other legal process; or (iii) to enforce our policies, or to protect legal rights, property, or safety.

## 4. SWEEPSTAKES AND CONTESTS

We may use your personal information to send you marketing materials, to conduct surveys, contests, sweepstakes, and to award prizes. We may request additional information to participate in contests and surveys (such as your photos, personal opinions, preferences, and interests). Participation in these surveys or contests is completely voluntary and you may choose whether or not to participate and therefore disclose personal information. Contact information will be used to notify the winners and award prizes.

## 5. LINKS TO OTHER WEBSITES AND ONLINE SERVICES

The Site may contain links to, or features facilitated by, other websites or online services. We are not responsible for the privacy practices, advertising, products, or content of websites or online services that Claire's does not control. Please note that other online services have their own privacy policies and Claire's is not responsible or liable for these policies.

The Site may permit you to interact with other website or online service, such as enabling you to "like" Claire's on another site or "share" content from the Site with other sites (a "Social Features"). If you choose to "like" or "share" content or post information using Social Feature, that information may be publicly displayed, and the other party may have access to certain information about you and your use of the Site. Similarly, if you interact with us through Social Features, we may learn more to information about you (for example, if you "like" or "follow" our page on another website). Please note that if you mention or comment about Claire's or our Site in your post to another platform, that platform may allow us to publish your post on our Site.

You may also choose to use Social Features on the Site, such as by posting a review or logging into the Site with your username and password for another website (for example, using "Facebook Connect"). Use of such a feature may allow us to collect (or the other party to share) information about you, including your personal information.

In addition, we may receive information about you if a user of another website gives us access to their profile and you are one of their "connections," or information about you is otherwise accessible through that user.

## 6. PERSONAL INFORMATION FROM CHILDREN

The Site is not intended for children under the age of 13 and we do not knowingly collect personal information online from individuals under age 13. If we become aware that we have obtained personal information from a child under age 13 we will delete such information in accordance with applicable law.

## 7. YOUR CHOICES

If you have a registered account with Claire's and would like to update or delete your contact information, please visit the "My Account" section and update your personal information details.

If you use the Claire's mobile application information changed through the Site may not be synchronized between the Site and the Claire's mobile application.

If you are wishing to stop receiving marketing materials from us and prefer to no longer receive any marketing materials from us, you may opt out at any time by using the unsubscribe link located in our emails or by sending an email to customercare@claires.com.

## 8. CALIFORNIA RESIDENTS

California residents may have certain rights under the California Consumer Privacy Act and California's "Shine the Light" law, as set forth in our California Consumer Privacy Notice, here.

## 9. INFORMATION FOR USERS OUTSIDE THE UNITED STATES

If you are visiting the Site from outside the United States, please be aware that Claire's is based in the U.S. and the information we obtain through the Site will be transferred to, processed, and stored on our servers in the United States. The data protection laws and regulations applicable to your personal data transferred to the United States may be different from the laws in your country of residence.

For users in the European Economic Area, including the European Union, please refer to our EU Privacy Notice.

## 10. SECURITY

We maintain appropriate administrative, technical, and physical safeguards designed to help protect personal information collected or received through the Site. Although we use reasonable efforts to safeguard information, transmission via the Internet is not completely secure and we cannot guarantee the security of your information collected through the Site.

## 11. QUESTIONS / CHANGES IN POLICY

If you have questions or concerns with respect to our Privacy Policy please contact us at dataprotection@claires.com. We may change this Privacy Policy from time to time. If we make changes, we will notify you by revising the date at the top of this Privacy Policy.

SHARE FEEDBACK

Let's Connect
Join us via text & email to unlock 25% OFF** plus so much more!

I WANT IN

CONNECT WITH US


HELP
Contact Us
FAQs
Gift Cards
Return Policy
Track My Order
Shipping Information
Buy Online, Pickup In-Store
Store Locator
My Account
Promotions
Free Earrings For A Year
Site Map
Product Recalls

ABOUT US
Corporate Info
Claire's Careers
Affiliate Program
Privacy Policy
CA Privacy Notice
Do Not Sell or Share my Personal Information (California)
Accessibility Statement
Supply Chain Transparency
Terms of Use
Terms of Sale
Claire's Rewards Terms & Conditions

DOWNLOAD THE CLAIRE'S APP
Google Play   App Store

© CBI Distributing Corp. 2024. All rights reserved