# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) Case No. 25-11454 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J") hereby submits this verified statement (the "Verified Statement") giving notice of representation of multiple parties in the above-captioned chapter 11 cases and states as follows:

1.  PSZ&J represents Elliott Investment Management L.P., as investment manager on behalf of certain investment funds and/or related entities, and Monarch Alternative Capital LP, as investment manager on behalf of certain investment funds and/or related entities (collectively, "Elliott and Monarch"):

>   Elliott Investment Management L.P.
>   360 S. Rosemary Avenue, 18th Floor
>   West Palm Beach, FL 33401
>
>   Monarch Alternative Capital LP
>   535 Madison Avenue, 26th Floor
>   New York, NY 10022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

4919-0150-9723.6 23601.022

2. As of the date of this Verified Statement, PSZ&J represents (as such term is defined in Bankruptcy Rule 2019(a)(2)) Elliott and Monarch in their respective capacities as: (i) lenders under that certain Priority Term Loan Credit Agreement, dated as of September 23, 2024 (as amended, the "Priority Term Loan Credit Agreement"), by and among Claire's Holdings LLC, as the parent guarantor, Claire's Boutiques, Inc., as borrower, certain financial institutions party thereto from time to time as lenders, and Ankura Trust Company LLC, as administrative and collateral agent; (ii) lenders under that certain Term Loan Credit Agreement, dated as of December 18, 2019 (as amended, the "Existing Term Loan Credit Agreement"), by and among Claire's Holdings LLC, as the parent guarantor, Claire's Stores, Inc., as borrower, certain financial institutions party thereto from time to time as lenders, and Ankura Trust Company, LLC, as administrative and collateral agent; and (iii) holders of certain equity interests, as summarized in the table below:

| Entity Name | Type of Holding | Amount[2] |
|---|---|---|
| Elliott Investment Management L.P. | Priority Term Loan<br>Existing Term Loan<br>Common Shares<br>Preferred Shares | $26,770,385<br>$224,101,151<br>310,362<br>362,433 |
| Monarch Alternative Capital LP | Priority Term Loan<br>Existing Term Loan<br>Common Shares<br>Preferred Shares | $51,915,980<br>$42,668,782<br>151,590<br>185,304 |

3. PSZ&J does not represent or purport to represent any other entities in connection with these chapter 11 cases. PSZ&J does not represent Elliott and Monarch as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity

---

[2] Preferred shares may not include certain amounts paid in kind. Equity may reflect certain non-voting and restricted interests.

that has not signed a retention agreement with PSZ&J.  Elliott and Monarch do not represent the interests of, and do not act as a fiduciary for, any person or entity other than themselves in connection with these chapter 11 cases.

4. Upon information and belief formed after due inquiry, PSZ&J does not hold any disclosable economic interests (as such term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

5. Nothing contained in this Verified Statement is intended or shall be construed to constitute:  (i) a waiver or release of the rights of any of the members of Elliott and Monarch to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of any of the members of Elliott and Monarch to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of this Court over any matter; (iv) an election of remedies; (v) a waiver or release of any rights of any of the members of Elliott and Monarch may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these chapter 11 cases against or otherwise involving any of the members of Elliott and Monarch; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs, or recoupments to which any of the members of Elliott and Monarch are or may be entitled under the Priority Term Loan Credit Agreement or the Existing Term Loan Credit Agreement, in law or in equity, under applicable law, or under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs, or recoupments being expressly reserved in all respects.

6. Elliott and Monarch, through their undersigned counsel, reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

7. The undersigned verifies that the foregoing is true and correct to the best of their knowledge.

Dated:  August 21, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Jeffrey H. Davidson (admitted *pro hac vice*)
Gabriel I. Glazer (admitted *pro hac vice*)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
        jdavidson@pszjlaw.com
        gglazer@pszjlaw.com
        ecorma@pszjlaw.com

*Attorneys for Elliott and Monarch*