## EXHIBIT A

**Hanes Mall (100-0470)**

**Claire's (I0028343)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 100-0470 | Claire's | elecest | 4/1/2025 | 137.46 | 0.00 | 0.00 | 0.00 | 137.46 | 0.00 | 137.46 |
| 100-0470 | Claire's | elecest | 4/1/2025 | 137.46 | 0.00 | 0.00 | 0.00 | 137.46 | 0.00 | 137.46 |
| 100-0470 | Claire's | elecest | 4/1/2025 | 137.46 | 0.00 | 0.00 | 0.00 | 137.46 | 0.00 | 137.46 |
| 100-0470 | Claire's | elecest | 4/1/2025 | 137.46 | 0.00 | 0.00 | 0.00 | 137.46 | 0.00 | 137.46 |
| 100-0470 | Claire's | electrue | 4/4/2025 | 1,649.52 | 0.00 | 0.00 | 0.00 | 1,649.52 | 0.00 | 1,649.52 |
| 100-0470 | Claire's | hvactrue | 4/4/2025 | 419.79 | 0.00 | 0.00 | 0.00 | 419.79 | 0.00 | 419.79 |
| 100-0470 | Claire's | wrttrue | 4/4/2025 | 9.84 | 0.00 | 0.00 | 0.00 | 9.84 | 0.00 | 9.84 |
| 100-0470 | Claire's | elecest | 5/1/2025 | 137.46 | 0.00 | 0.00 | 0.00 | 137.46 | 0.00 | 137.46 |
| 100-0470 | Claire's | baserent | 7/1/2025 | 7,083.33 | 0.00 | 0.00 | 7,083.33 | 0.00 | 0.00 | 7,083.33 |
| 100-0470 | Claire's | elecest | 7/1/2025 | 336.83 | 0.00 | 0.00 | 336.83 | 0.00 | 0.00 | 336.83 |
| 100-0470 | Claire's | hvacest | 7/1/2025 | 258.03 | 0.00 | 0.00 | 258.03 | 0.00 | 0.00 | 258.03 |
| 100-0470 | Claire's | wtrest | 7/1/2025 | 44.25 | 0.00 | 0.00 | 44.25 | 0.00 | 0.00 | 44.25 |
| 100-0470 | Claire's | baserent | 8/1/2025 | 7,083.33 | 7,083.33 | 0.00 | 0.00 | 0.00 | 0.00 | 7,083.33 |
| 100-0470 | Claire's | elecest | 8/1/2025 | 336.83 | 336.83 | 0.00 | 0.00 | 0.00 | 0.00 | 336.83 |
| 100-0470 | Claire's | hvacest | 8/1/2025 | 258.03 | 258.03 | 0.00 | 0.00 | 0.00 | 0.00 | 258.03 |
| 100-0470 | Claire's | wtrest | 8/1/2025 | 44.25 | 44.25 | 0.00 | 0.00 | 0.00 | 0.00 | 44.25 |
| | **Claire's** | | | **18,211.33** | **7,722.44** | **0.00** | **7,722.44** | **2,766.45** | **0.00** | **18,211.33** |

**Meridian Mall (100-0379)**

**Claire's (I0018093)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 100-0379 | Claire's | baserent | 8/1/2025 | 5,848.74 | 5,848.74 | 0.00 | 0.00 | 0.00 | 0.00 | 5,848.74 |
| 100-0379 | Claire's | hvacest | 8/1/2025 | 342.90 | 342.90 | 0.00 | 0.00 | 0.00 | 0.00 | 342.90 |
| 100-0379 | Claire's | trashcmp | 8/1/2025 | 81.40 | 81.40 | 0.00 | 0.00 | 0.00 | 0.00 | 81.40 |
| 100-0379 | Claire's | elecmetr | 8/20/2025 | 446.61 | 446.61 | 0.00 | 0.00 | 0.00 | 0.00 | 446.61 |
| 100-0379 | Claire's | salestax | 8/20/2025 | 26.74 | 26.74 | 0.00 | 0.00 | 0.00 | 0.00 | 26.74 |
| | **Claire's** | | | **6,746.39** | **6,746.39** | **0.00** | **0.00** | **0.00** | **0.00** | **6,746.39** |
| | | | | | | | | | | |
| **100-0379** | | | | **6,746.39** | **6,746.39** | **0.00** | **0.00** | **0.00** | **0.00** | **6,746.39** |

**Parkdale Mall (100-0451)**

**Claire's (I0001287)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 100-0451 | Claire's | pinlieu | 7/18/2025 | 2,914.05 | 0.00 | 2,914.05 | 0.00 | 0.00 | 0.00 | 2,914.05 |
| 100-0451 | Claire's | wtrmeter | 7/29/2025 | 85.80 | 0.00 | 85.80 | 0.00 | 0.00 | 0.00 | 85.80 |
| 100-0451 | Claire's | elecest | 8/1/2025 | 334.46 | 334.46 | 0.00 | 0.00 | 0.00 | 0.00 | 334.46 |
| 100-0451 | Claire's | pinlieu | 8/8/2025 | 2,714.21 | 2,714.21 | 0.00 | 0.00 | 0.00 | 0.00 | 2,714.21 |
| | **Claire's** | | | **6,048.52** | **3,048.67** | **2,999.85** | **0.00** | **0.00** | **0.00** | **6,048.52** |

| West County Center (100-0807) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Icing (I0025876)** | | | | | | | | | | |
| 100-0807 | Icing | baserent | 7/1/2025 | 3,833.33 | 0.00 | 0.00 | 3,833.33 | 0.00 | 0.00 | 3,833.33 |
| 100-0807 | Icing | fireprot | 7/1/2025 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| 100-0807 | Icing | wtrest | 7/1/2025 | 110.00 | 0.00 | 0.00 | 110.00 | 0.00 | 0.00 | 110.00 |
| 100-0807 | Icing | lateint | 7/2/2025 | 200.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 100-0807 | Icing | baserent | 8/1/2025 | 3,833.33 | 3,833.33 | 0.00 | 0.00 | 0.00 | 0.00 | 3,833.33 |
| 100-0807 | Icing | fireprot | 8/1/2025 | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 |
| 100-0807 | Icing | wtrest | 8/1/2025 | 110.00 | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 |
| | **Icing** | | | **8,136.66** | **3,968.33** | **200.00** | **3,968.33** | **0.00** | **0.00** | **8,136.66** |
| | | | | | | | | | | |
| **100-0807** | | | | **24,937.66** | **20,769.33** | **200.00** | **3,968.33** | **0.00** | **0.00** | **24,937.66** |

7