<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

ANSELL GRIMM & AARON PC
Anthony J. D'Artiglio, Esq.
365 Rifle Camp Road
Woodland Park, NJ 07424
Attorneys for Animas Valley Mall Realty Holdings, LLC

</td><td rowspan="2">

**OBJECTION DEADLINE:** August 29, 2025
**HEARING DATE:** September 9, 2025 at 2:00 p.m.

In Proceedings Under Chapter 11
of the United States Bankruptcy Code

Case No. 25-11454 (BLS) (Jointly Administered)

</td></tr>
<tr><td>

In re:

Claire's Holdings, LLC., *et al.*

              Debtors.

</td></tr>
</table>

**LIMITED CURE OBJECTION AND RESERVATION OF RIGHTS ("CURE OBJECTION") OF ANIMAS VALLEY MALL REALTY HOLDING, LLC TO THE DEBTORS' NOTICE OF POTENTIAL ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS OR LEASES**

Animas Valley Mall Realty Holding, LLC ("Landlord"), through its attorneys, Ansell Grimm & Aaron, P.C., hereby submits this Cure Objection in response to Debtor's Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases [Dkt No. 209] (the "Cure Notice") filed by Claire's Holdings, LLC, *et al.*, ("Debtors"), and respectfully states:

1.      Landlord is the landlord of the Debtor Claire's Boutique's, Inc. for the store located at 4601 E. Main Street, Suite #860 Farmington, New Mexico (the "Property"), pursuant a lease agreement and any amendments thereto (the "Lease").

2.      Debtors seek Bankruptcy Court approval to potentially assume the Lease.

3.      In so doing, Debtors designate the cure amount in the Cure Notice for this Lease as $19,617.00.

4.      Landlord disagrees with the asserted cure amounts and contends that Debtors have not cured all outstanding amounts due and owing to Landlord pursuant to the Lease.

5.      As August 1, 2025, Debtors failed to pay amounts due and owing to Landlord totaling not less than $29,642.96, as reflected in the attached rent statement.  A true and correct copy of the Lease Ledger for this Property is annexed hereto as **Exhibit A**.

6.      As a result, Landlord objects to the assumption and assignment of the Lease until Debtors pay the full monetary cure amount set forth above.

7.      Landlord further objects to the Assumption and Assignment of the Lease as Landlord has not yet received any adequate assurance information for the purported Assignee. Landlord cannot assess whether the Assignee is likely to perform in the future under the Lease unless and until adequate assurance information is furnished as required by the Bankruptcy Code.

8.      Landlord reserves the right to amend or supplement this limited objection as needed as more information becomes available regarding Debtors' failure to comply with their Lease obligations.

9.      To the extent consistent with the objections expressed herein, Landlord also joins in the objections of other lessors to the Cure Notice as well as any other objections (formal or informal) advanced by other creditors, including the official committee of unsecured creditors. Further, Landlord reserves its rights to make further and future objections as additional information, including cure or adequate assurance information, is furnished to Landlord.

**WHEREFORE**, Landlord respectfully requests the Cure Costs for the Lease herein described be set at least $29,642.96, and the Court award such other and further relief as it deems just and proper.

Dated: Woodland Park, New Jersey
          August 28, 2025

ANSELL GRIMM & AARON, P.C.

*s/Anthony J. D'Artiglio*
Anthony J. D'Artiglio, Esq.
365 Rifle Camp Road
Woodland Park, New Jersey 07424

(973) 247-9000 Phone
(973) 247-9199 Facsimile
*Attorneys for Landlord*