## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CLAIRE'S HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11454 (BLS)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (as amended and applicable to the above-captioned bankruptcy cases, the "Bankruptcy Code"), 11 U.S.C. §§ 101-1532, Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") hereby appears as counsel to PREP Hillside Real Estate LLC ("PREP Hillside") in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

Kevin M. Capuzzi
Juan E. Martinez
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email:  kcapuzzi@beneschlaw.com
          jmartinez@beneschlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notices, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, filing, claim, or suit is not intended nor shall be deemed to waive the rights of PREP Hillside to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) maintain any objection to the jurisdiction and/or venue of the Bankruptcy Court or any other court for any purpose; or (6) assert any other

rights, claims, actions, defenses, setoffs, or recoupments to which PREP Hillside is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: August 28, 2025<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP**<br><br> /s/ *Kevin M. Capuzzi*<br>Kevin M. Capuzzi (DE 5462)<br>Juan E. Martinez (DE 6863)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile:  (302) 442-7012<br>E-mail:   kcapuzzi@beneschlaw.com<br>             jmartinez@beneschlaw.com<br><br>*Counsel to PREP Hillside Real Estate LLC* |

## **CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, hereby certify that on August 28, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served to all parties of record via CM/ECF.

                                            */s/ Kevin M. Capuzzi*
                                            Kevin M. Capuzzi (DE 5462)