**EXHIBIT A**

| CENTER | MOCCPID_OCCUPANT | OPEN AMOUNT | CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 121+ DAYS |
|---|---|---|---|---|---|---|---|
| MALL AT FAIRFIELD COMMONS | Total | $ 65,248.67 | $ 12,835.48 | $ 13,709.63 | $ - | $ 68.71 | $ 38,634.85 |
| | D0005623:ICING | $ 43,443.33 | $ 2,500.00 | $ 3,643.80 | $ - | $ - | $ 37,299.53 |
| | 00001057:CLAIRE'S | $ 21,805.34 | $ 10,335.48 | $ 10,065.83 | $ - | $ 68.71 | $ 1,335.32 |
| GATEWAY MALL | Total | $ 30,319.44 | $ 11,978.32 | $ 11,978.32 | $ 3,924.40 | $ - | $ 2,438.40 |
| | 00028200:ICING BY CLAIRE'S | $ 23,565.30 | $ 3,924.40 | $ 3,924.40 | $ 3,924.40 | $ - | $ 11,792.10 |
| IRVING MALL | Total | $ 17,688.75 | $ 294.06 | $ 294.06 | $ - | $ 2,775.75 | $ 14,324.88 |
| | CM001878: CLAIRE'S FKA ICING | $ 8,898.28 | $ - | $ - | $ - | $ - | $ 8,898.28 |
| | CM001878:CLAIRE'S-FKA ICING | $ 8,790.47 | $ 294.06 | $ 294.06 | $ - | $ 2,775.75 | $ 5,426.60 |
| Total | | $ 113,256.86 | | | | | |