# EXHIBIT 36

# Lease Statement

**Continental Realty Corp CONTINENTAL REALTY CORP**

1427 Clarkview Road #500
Baltimore, MD 21209

**Account:** 285-t0095252-CLAIRE'S #6110

**Prop Name:** Lakeside Village

**Assigned Spaces:** G-120

Diana M Blanco - Rent Dept Claire's Boutiques, Inc. #6110
NO CONTACT-Filed Bankruptcy
3 S.W. 129th Avenue
Pembrook Pines, FL 33027

**Date:** 08/25/2025

**Payment:** $

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
|  | Balance Forward |  |  | 0.00 |
| 6/27/2023 | Settle062723 | 0.00 | 615.54 | -615.54 |
| 6/27/2023 | Settle062723 - Acct. Credit Per Prior LL | 0.00 | 203.79 | -819.33 |
| 6/27/2023 | Base Rent Retail (06/27/23 – 06/30/23) | 516.25 | 0.00 | -303.08 |
| 6/27/2023 | CAM Estimate (06/27/23 – 06/30/23) | 56.15 | 0.00 | -246.93 |
| 6/27/2023 | Real Estate Taxes Estimate (06/27/23 – 06/30/23) | 35.96 | 0.00 | -210.97 |
| 6/27/2023 | Base Rent Retail (06/27/23 – 06/30/23) | 7.18 | 0.00 | -203.79 |
| 7/1/2023 | Base Rent Retail (07/2023) | 3,871.88 | 0.00 | 3,668.09 |
| 7/1/2023 | Sales Tax for Base Rent Retail (07/2023) | 271.03 | 0.00 | 3,939.12 |
| 7/1/2023 | CAM Estimate (07/2023) | 421.10 | 0.00 | 4,360.22 |
| 7/1/2023 | Sales Tax for CAM Estimate (07/2023) | 29.48 | 0.00 | 4,389.70 |
| 7/1/2023 | Insurance Estimate (07/2023) | 53.87 | 0.00 | 4,443.57 |
| 7/1/2023 | Sales Tax for Insurance Estimate (07/2023) | 3.77 | 0.00 | 4,447.34 |
| 7/1/2023 | Real Estate Taxes Estimate (07/2023) | 269.69 | 0.00 | 4,717.03 |
| 7/1/2023 | Sales Tax for Real Estate Taxes Estimate (07/2023) | 18.88 | 0.00 | 4,735.91 |
| 7/1/2023 | Sales Tax for Base Rent Retail (07/2023) | -19.36 | 0.00 | 4,716.55 |
| 7/1/2023 | Sales Tax for Insurance Estimate (07/2023) | -0.27 | 0.00 | 4,716.28 |
| 7/1/2023 | Sales Tax for Real Estate Taxes Estimate (07/2023) | -1.35 | 0.00 | 4,714.93 |
| 7/1/2023 | Sales Tax for CAM Estimate (07/2023) | -2.11 | 0.00 | 4,712.82 |
| 7/26/2023 | Chk# 3049843 - Lockbox | 0.00 | 4,916.61 | -203.79 |
| 8/1/2023 | Base Rent Retail (08/2023) | 3,871.88 | 0.00 | 3,668.09 |
| 8/1/2023 | Sales Tax for Base Rent Retail (08/2023) | 271.03 | 0.00 | 3,939.12 |
| 8/1/2023 | CAM Estimate (08/2023) | 421.10 | 0.00 | 4,360.22 |
| 8/1/2023 | Sales Tax for CAM Estimate (08/2023) | 29.48 | 0.00 | 4,389.70 |
| 8/1/2023 | Insurance Estimate (08/2023) | 53.87 | 0.00 | 4,443.57 |
| 8/1/2023 | Sales Tax for Insurance Estimate (08/2023) | 3.77 | 0.00 | 4,447.34 |
| 8/1/2023 | Real Estate Taxes Estimate (08/2023) | 269.69 | 0.00 | 4,717.03 |
| 8/1/2023 | Sales Tax for Real Estate Taxes Estimate (08/2023) | 18.88 | 0.00 | 4,735.91 |
| 8/1/2023 | Sales Tax for Base Rent Retail (08/2023) | -19.36 | 0.00 | 4,716.55 |
| 8/1/2023 | Sales Tax for Insurance Estimate (08/2023) | -0.27 | 0.00 | 4,716.28 |
| 8/1/2023 | Sales Tax for Real Estate Taxes Estimate (08/2023) | -1.35 | 0.00 | 4,714.93 |
| 8/1/2023 | Sales Tax for CAM Estimate (08/2023) | -2.11 | 0.00 | 4,712.82 |
| 8/2/2023 | Chk# 3050510 - Lockbox | 0.00 | 4,916.61 | -203.79 |
| 9/1/2023 | Base Rent Retail (09/2023) | 3,871.88 | 0.00 | 3,668.09 |
| 9/1/2023 | Sales Tax for Base Rent Retail (09/2023) | 251.67 | 0.00 | 3,919.76 |
| 9/1/2023 | CAM Estimate (09/2023) | 421.10 | 0.00 | 4,340.86 |
| 9/1/2023 | Sales Tax for CAM Estimate (09/2023) | 27.37 | 0.00 | 4,368.23 |
| 9/1/2023 | Insurance Estimate (09/2023) | 53.87 | 0.00 | 4,422.10 |
| 9/1/2023 | Sales Tax for Insurance Estimate (09/2023) | 3.50 | 0.00 | 4,425.60 |
| 9/1/2023 | Real Estate Taxes Estimate (09/2023) | 269.69 | 0.00 | 4,695.29 |
| 9/1/2023 | Sales Tax for Real Estate Taxes Estimate (09/2023) | 17.53 | 0.00 | 4,712.82 |
| 9/5/2023 | Chk# 76708 - Lockbox | 0.00 | 41.43 | 4,671.39 |
| 9/7/2023 | Chk# 3051309 - Lockbox | 0.00 | 4,916.61 | -245.22 |
| 9/25/2023 | Water & Sewer 7/19/23 - 8/16/23 | 41.43 | 0.00 | -203.79 |
| 10/1/2023 | Base Rent Retail (10/2023) | 3,871.88 | 0.00 | 3,668.09 |

8/25/2025 8:35:31 AM

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 10/1/2023 | Sales Tax for Base Rent Retail (10/2023) | 251.67 | 0.00 | 3,919.76 |
| 10/1/2023 | CAM Estimate (10/2023) | 421.10 | 0.00 | 4,340.86 |
| 10/1/2023 | Sales Tax for CAM Estimate (10/2023) | 27.37 | 0.00 | 4,368.23 |
| 10/1/2023 | Insurance Estimate (10/2023) | 53.87 | 0.00 | 4,422.10 |
| 10/1/2023 | Sales Tax for Insurance Estimate (10/2023) | 3.50 | 0.00 | 4,425.60 |
| 10/1/2023 | Real Estate Taxes Estimate (10/2023) | 269.69 | 0.00 | 4,695.29 |
| 10/1/2023 | Sales Tax for Real Estate Taxes Estimate (10/2023) | 17.53 | 0.00 | 4,712.82 |
| 10/6/2023 | Chk# 3052102 - Lockbox | 0.00 | 4,916.61 | -203.79 |
| 10/17/2023 | Chk# 77549 - Lockbox | 0.00 | 41.43 | -245.22 |
| 10/26/2023 | Water & Sewer (8.17.23 - 9.16.23) | 41.43 | 0.00 | -203.79 |
| 11/1/2023 | Base Rent Retail (11/2023) | 3,871.88 | 0.00 | 3,668.09 |
| 11/1/2023 | Sales Tax for Base Rent Retail (11/2023) | 251.67 | 0.00 | 3,919.76 |
| 11/1/2023 | CAM Estimate (11/2023) | 421.10 | 0.00 | 4,340.86 |
| 11/1/2023 | Sales Tax for CAM Estimate (11/2023) | 27.37 | 0.00 | 4,368.23 |
| 11/1/2023 | Insurance Estimate (11/2023) | 53.87 | 0.00 | 4,422.10 |
| 11/1/2023 | Sales Tax for Insurance Estimate (11/2023) | 3.50 | 0.00 | 4,425.60 |
| 11/1/2023 | Real Estate Taxes Estimate (11/2023) | 269.69 | 0.00 | 4,695.29 |
| 11/1/2023 | Sales Tax for Real Estate Taxes Estimate (11/2023) | 17.53 | 0.00 | 4,712.82 |
| 11/6/2023 | Chk# 3052897 - Lockbox | 0.00 | 4,916.61 | -203.79 |
| 11/24/2023 | Chk# 78111 - Lockbox | 0.00 | 40.86 | -244.65 |
| 11/27/2023 | Water & Sewer 9/17/23 - 10/16/23 | 40.86 | 0.00 | -203.79 |
| 11/30/2023 | Chk# 3053636 - Lockbox | 0.00 | 4,916.61 | -5,120.40 |
| 12/1/2023 | Base Rent Retail (12/2023) | 3,871.88 | 0.00 | -1,248.52 |
| 12/1/2023 | Sales Tax for Base Rent Retail (12/2023) | 212.95 | 0.00 | -1,035.57 |
| 12/1/2023 | CAM Estimate (12/2023) | 421.10 | 0.00 | -614.47 |
| 12/1/2023 | Sales Tax for CAM Estimate (12/2023) | 23.16 | 0.00 | -591.31 |
| 12/1/2023 | Insurance Estimate (12/2023) | 53.87 | 0.00 | -537.44 |
| 12/1/2023 | Sales Tax for Insurance Estimate (12/2023) | 2.96 | 0.00 | -534.48 |
| 12/1/2023 | Real Estate Taxes Estimate (12/2023) | 269.69 | 0.00 | -264.79 |
| 12/1/2023 | Sales Tax for Real Estate Taxes Estimate (12/2023) | 14.83 | 0.00 | -249.96 |
| 12/6/2023 | Chk# 78519 - Lockbox | 0.00 | 44.57 | -294.53 |
| 12/27/2023 | Chk# 3054445 - Lockbox | 0.00 | 4,916.61 | -5,211.14 |
| 12/27/2023 | Water & Sewer (10/17/2023 - 11/16/2023) | 44.57 | 0.00 | -5,166.57 |
| 1/1/2024 | Base Rent Retail (01/2024) | 3,871.88 | 0.00 | -1,294.69 |
| 1/1/2024 | Sales Tax for Base Rent Retail (01/2024) | 212.95 | 0.00 | -1,081.74 |
| 1/1/2024 | CAM Estimate (01/2024) | 421.10 | 0.00 | -660.64 |
| 1/1/2024 | Sales Tax for CAM Estimate (01/2024) | 23.16 | 0.00 | -637.48 |
| 1/1/2024 | Insurance Estimate (01/2024) | 53.87 | 0.00 | -583.61 |
| 1/1/2024 | Sales Tax for Insurance Estimate (01/2024) | 2.96 | 0.00 | -580.65 |
| 1/1/2024 | Real Estate Taxes Estimate (01/2024) | 269.69 | 0.00 | -310.96 |
| 1/1/2024 | Sales Tax for Real Estate Taxes Estimate (01/2024) | 14.83 | 0.00 | -296.13 |
| 1/2/2024 | Chk# 79431 - Lockbox | 0.00 | 44.63 | -340.76 |
| 1/26/2024 | Water & Sewer (11/17/2023 - 12/17/2023) | 44.63 | 0.00 | -296.13 |
| 2/1/2024 | Base Rent Retail (02/2024) | 3,871.88 | 0.00 | 3,575.75 |
| 2/1/2024 | Sales Tax for Base Rent Retail (02/2024) | 212.95 | 0.00 | 3,788.70 |
| 2/1/2024 | CAM Estimate (02/2024) | 421.10 | 0.00 | 4,209.80 |
| 2/1/2024 | Sales Tax for CAM Estimate (02/2024) | 23.16 | 0.00 | 4,232.96 |
| 2/1/2024 | Insurance Estimate (02/2024) | 53.87 | 0.00 | 4,286.83 |
| 2/1/2024 | Sales Tax for Insurance Estimate (02/2024) | 2.96 | 0.00 | 4,289.79 |
| 2/1/2024 | Real Estate Taxes Estimate (02/2024) | 269.69 | 0.00 | 4,559.48 |
| 2/1/2024 | Sales Tax for Real Estate Taxes Estimate (02/2024) | 14.83 | 0.00 | 4,574.31 |
| 2/5/2024 | Chk# 3055365 - Lockbox | 0.00 | 4,870.44 | -296.13 |
| 2/5/2024 | Chk# 80258 - Lockbox | 0.00 | 44.61 | -340.74 |
| 2/29/2024 | Water & Sewer (12/18/2023 - 01/17/2024) | 44.61 | 0.00 | -296.13 |
| 3/1/2024 | Base Rent Retail (03/2024) | 3,871.88 | 0.00 | 3,575.75 |
| 3/1/2024 | Sales Tax for Base Rent Retail (03/2024) | 212.95 | 0.00 | 3,788.70 |
| 3/1/2024 | CAM Estimate (03/2024) | 421.10 | 0.00 | 4,209.80 |
| 3/1/2024 | Sales Tax for CAM Estimate (03/2024) | 23.16 | 0.00 | 4,232.96 |
| 3/1/2024 | Insurance Estimate (03/2024) | 53.87 | 0.00 | 4,286.83 |
| 3/1/2024 | Sales Tax for Insurance Estimate (03/2024) | 2.96 | 0.00 | 4,289.79 |
| 3/1/2024 | Real Estate Taxes Estimate (03/2024) | 269.69 | 0.00 | 4,559.48 |
| 3/1/2024 | Sales Tax for Real Estate Taxes Estimate (03/2024) | 14.83 | 0.00 | 4,574.31 |
| 3/4/2024 | Chk# 80945 - Lockbox | 0.00 | 44.76 | 4,529.55 |
| 3/6/2024 | Chk# 3056114 - Lockbox | 0.00 | 4,870.44 | -340.89 |
| 3/30/2024 | Water & Sewer (01/18/2024 - 02/19/2024) | 44.76 | 0.00 | -296.13 |
| 4/1/2024 | Base Rent Retail (04/2024) | 3,871.88 | 0.00 | 3,575.75 |
| 4/1/2024 | Sales Tax for Base Rent Retail (04/2024) | 212.95 | 0.00 | 3,788.70 |
| 4/1/2024 | CAM Estimate (04/2024) | 421.10 | 0.00 | 4,209.80 |
| 4/1/2024 | Sales Tax for CAM Estimate (04/2024) | 23.16 | 0.00 | 4,232.96 |
| 4/1/2024 | Insurance Estimate (04/2024) | 53.87 | 0.00 | 4,286.83 |
| 4/1/2024 | Sales Tax for Insurance Estimate (04/2024) | 2.96 | 0.00 | 4,289.79 |

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 4/1/2024 | Real Estate Taxes Estimate (04/2024) | 269.69 | 0.00 | 4,559.48 |
| 4/1/2024 | Sales Tax for Real Estate Taxes Estimate (04/2024) | 14.83 | 0.00 | 4,574.31 |
| 4/4/2024 | Chk# 3056854 - Lockbox | 0.00 | 4,870.44 | -296.13 |
| 4/8/2024 | Chk# 81810 - Lockbox | 0.00 | 44.33 | -340.46 |
| 4/17/2024 | Water & Sewer (04/17/2024 – 05/15/2024) | 44.59 | 0.00 | -295.87 |
| 4/27/2024 | Water & Sewer (02/20/2024 - 03/18/2024) | 44.33 | 0.00 | -251.54 |
| 5/1/2024 | Base Rent Retail (05/2024) | 3,871.88 | 0.00 | 3,620.34 |
| 5/1/2024 | Sales Tax for Base Rent Retail (05/2024) | 212.95 | 0.00 | 3,833.29 |
| 5/1/2024 | CAM Estimate (05/2024) | 421.10 | 0.00 | 4,254.39 |
| 5/1/2024 | Sales Tax for CAM Estimate (05/2024) | 23.16 | 0.00 | 4,277.55 |
| 5/1/2024 | Insurance Estimate (05/2024) | 53.87 | 0.00 | 4,331.42 |
| 5/1/2024 | Sales Tax for Insurance Estimate (05/2024) | 2.96 | 0.00 | 4,334.38 |
| 5/1/2024 | Real Estate Taxes Estimate (05/2024) | 269.69 | 0.00 | 4,604.07 |
| 5/1/2024 | Sales Tax for Real Estate Taxes Estimate (05/2024) | 14.83 | 0.00 | 4,618.90 |
| 5/3/2024 | Chk# 3057615 - Lockbox | 0.00 | 4,870.44 | -251.54 |
| 5/8/2024 | Chk# 82456 - Lockbox | 0.00 | 44.56 | -296.10 |
| 5/30/2024 | Water & Sewer (03/19/2024 - 04/16/2024) | 44.56 | 0.00 | -251.54 |
| 6/1/2024 | Base Rent Retail (06/2024) | 3,871.88 | 0.00 | 3,620.34 |
| 6/1/2024 | Sales Tax for Base Rent Retail (06/2024) | 116.16 | 0.00 | 3,736.50 |
| 6/1/2024 | CAM Estimate (06/2024) | 421.10 | 0.00 | 4,157.60 |
| 6/1/2024 | Sales Tax for CAM Estimate (06/2024) | 12.63 | 0.00 | 4,170.23 |
| 6/1/2024 | Insurance Estimate (06/2024) | 53.87 | 0.00 | 4,224.10 |
| 6/1/2024 | Sales Tax for Insurance Estimate (06/2024) | 1.62 | 0.00 | 4,225.72 |
| 6/1/2024 | Real Estate Taxes Estimate (06/2024) | 269.69 | 0.00 | 4,495.41 |
| 6/1/2024 | Sales Tax for Real Estate Taxes Estimate (06/2024) | 8.09 | 0.00 | 4,503.50 |
| 6/3/2024 | 2023 INS Reconciliation 01/01/2023 to 06/26/2023 | 67.92 | 0.00 | 4,571.42 |
| 6/3/2024 | 2023 INS Reconciliation 06/27/2023 to 12/31/2023 | 347.26 | 0.00 | 4,918.68 |
| 6/3/2024 | Sales tax for 2023 INS Reconciliation 01/01/2023 to | 4.41 | 0.00 | 4,923.09 |
| 6/3/2024 | Sales tax for 2023 INS Reconciliation 06/27/2023 to | 19.10 | 0.00 | 4,942.19 |
| 6/3/2024 | 2023 TAX Reconciliation 01/01/2023 to 06/26/2023 | -559.82 | 0.00 | 4,382.37 |
| 6/3/2024 | 2023 TAX Reconciliation 06/27/2023 to 12/31/2023 | -484.45 | 0.00 | 3,897.92 |
| 6/3/2024 | Sales tax for 2023 TAX Reconciliation 01/01/2023 to | -36.39 | 0.00 | 3,861.53 |
| 6/3/2024 | Sales tax for 2023 TAX Reconciliation 06/27/2023 to | -26.64 | 0.00 | 3,834.89 |
| 6/3/2024 | 2023 CAM Reconciliation 01/01/2023 to 06/26/2023 | 481.55 | 0.00 | 4,316.44 |
| 6/3/2024 | 2023 CAM Reconciliation 06/27/2023 to 12/31/2023 | 581.52 | 0.00 | 4,897.96 |
| 6/3/2024 | Sales tax for 2023 CAM Reconciliation 01/01/2023 to | 31.30 | 0.00 | 4,929.26 |
| 6/3/2024 | Sales tax for 2023 CAM Reconciliation 06/27/2023 to | 31.98 | 0.00 | 4,961.24 |
| 6/7/2024 | Chk# 83136 - Lockbox | 0.00 | 44.59 | 4,916.65 |
| 6/7/2024 | Chk# 3058281 - Lockbox | 0.00 | 4,889.49 | 27.16 |
| 6/21/2024 | 2023 TAX Reconciliation Addn credit 06/27/2023 to | -83.75 | 0.00 | -56.59 |
| 6/21/2024 | Sales tax for 2023 TAX Reconciliation Addn credit | -4.61 | 0.00 | -61.20 |
| 7/1/2024 | Chk# 83708 - Lockbox | 0.00 | 44.67 | -105.87 |
| 7/1/2024 | Base Rent Retail (07/2024) | 3,871.88 | 0.00 | 3,766.01 |
| 7/1/2024 | Sales Tax for Base Rent Retail (07/2024) | 116.16 | 0.00 | 3,882.17 |
| 7/1/2024 | CAM Estimate (07/2024) | 421.10 | 0.00 | 4,303.27 |
| 7/1/2024 | Sales Tax for CAM Estimate (07/2024) | 12.63 | 0.00 | 4,315.90 |
| 7/1/2024 | Insurance Estimate (07/2024) | 53.87 | 0.00 | 4,369.77 |
| 7/1/2024 | Sales Tax for Insurance Estimate (07/2024) | 1.62 | 0.00 | 4,371.39 |
| 7/1/2024 | Real Estate Taxes Estimate (07/2024) | 269.69 | 0.00 | 4,641.08 |
| 7/1/2024 | Sales Tax for Real Estate Taxes Estimate (07/2024) | 8.09 | 0.00 | 4,649.17 |
| 7/3/2024 | Chk# 3058997 - Lockbox | 0.00 | 4,870.44 | -221.27 |
| 7/20/2024 | Water & Sewer (05/16/2024 - 06/17/2024) | 44.67 | 0.00 | -176.60 |
| 8/1/2024 | Base Rent Retail (08/2024) | 3,871.88 | 0.00 | 3,695.28 |
| 8/1/2024 | Sales Tax for Base Rent Retail (08/2024) | 116.16 | 0.00 | 3,811.44 |
| 8/1/2024 | CAM Estimate (08/2024) | 421.10 | 0.00 | 4,232.54 |
| 8/1/2024 | Sales Tax for CAM Estimate (08/2024) | 12.63 | 0.00 | 4,245.17 |
| 8/1/2024 | Insurance Estimate (08/2024) | 53.87 | 0.00 | 4,299.04 |
| 8/1/2024 | Sales Tax for Insurance Estimate (08/2024) | 1.62 | 0.00 | 4,300.66 |
| 8/1/2024 | Real Estate Taxes Estimate (08/2024) | 269.69 | 0.00 | 4,570.35 |
| 8/1/2024 | Sales Tax for Real Estate Taxes Estimate (08/2024) | 8.09 | 0.00 | 4,578.44 |
| 8/2/2024 | Late Charge, 0.4167% of $4616.54 | 19.24 | 0.00 | 4,597.68 |
| 8/2/2024 | Sales Tax 3% of $19.24 for Late Charge, 0.4167% of | 0.58 | 0.00 | 4,598.26 |
| 8/9/2024 | Chk# 84523 - Lockbox | 0.00 | 44.67 | 4,553.59 |
| 8/23/2024 | Water & Sewer (06/18/2024 - 07/15/2024) | 44.67 | 0.00 | 4,598.26 |
| 9/1/2024 | Base Rent Retail (09/2024) | 3,871.88 | 0.00 | 8,470.14 |
| 9/1/2024 | Sales Tax for Base Rent Retail (09/2024) | 116.16 | 0.00 | 8,586.30 |
| 9/1/2024 | CAM Estimate (09/2024) | 421.10 | 0.00 | 9,007.40 |
| 9/1/2024 | Sales Tax for CAM Estimate (09/2024) | 12.63 | 0.00 | 9,020.03 |
| 9/1/2024 | Insurance Estimate (09/2024) | 53.87 | 0.00 | 9,073.90 |
| 9/1/2024 | Sales Tax for Insurance Estimate (09/2024) | 1.62 | 0.00 | 9,075.52 |
| 9/1/2024 | Real Estate Taxes Estimate (09/2024) | 269.69 | 0.00 | 9,345.21 |

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 9/1/2024 | Sales Tax for Real Estate Taxes Estimate (09/2024) | 8.09 | 0.00 | 9,353.30 |
| 9/2/2024 | Late Charge, 0.4167% of $4616.54 | 19.24 | 0.00 | 9,372.54 |
| 9/2/2024 | Sales Tax 3% of $19.24 for Late Charge, 0.4167% of | 0.58 | 0.00 | 9,373.12 |
| 9/5/2024 | Chk# 3060305 - Lockbox | 0.00 | 4,666.68 | 4,706.44 |
| 9/9/2024 | Chk# 85439 - Lockbox | 0.00 | 45.32 | 4,661.12 |
| 9/26/2024 | Water & Sewer (08/17/2024 - 09/17/2024) | 45.27 | 0.00 | 4,706.39 |
| 10/1/2024 | Base Rent Retail (10/2024) | 3,871.88 | 0.00 | 8,578.27 |
| 10/1/2024 | Sales Tax for Base Rent Retail (10/2024) | 116.16 | 0.00 | 8,694.43 |
| 10/1/2024 | CAM Estimate (10/2024) | 421.10 | 0.00 | 9,115.53 |
| 10/1/2024 | Sales Tax for CAM Estimate (10/2024) | 12.63 | 0.00 | 9,128.16 |
| 10/1/2024 | Insurance Estimate (10/2024) | 53.87 | 0.00 | 9,182.03 |
| 10/1/2024 | Sales Tax for Insurance Estimate (10/2024) | 1.62 | 0.00 | 9,183.65 |
| 10/1/2024 | Real Estate Taxes Estimate (10/2024) | 269.69 | 0.00 | 9,453.34 |
| 10/1/2024 | Sales Tax for Real Estate Taxes Estimate (10/2024) | 8.09 | 0.00 | 9,461.43 |
| 10/2/2024 | Late Charge, 0.4167% of $8542.29 | 35.60 | 0.00 | 9,497.03 |
| 10/2/2024 | Sales tax 3% of $1.07 for Late Charge,  0.4167% of | 1.07 | 0.00 | 9,498.10 |
| 10/3/2024 | Chk# 3061008 - Lockbox | 0.00 | 4,408.84 | 5,089.26 |
| 10/8/2024 | Chk# 86064 - Lockbox | 0.00 | 45.27 | 5,043.99 |
| 10/23/2024 | Chk# 3061319 - Lockbox | 0.00 | 45.32 | 4,998.67 |
| 10/23/2024 | Water & Sewer (07/16/2024 - 08/16/2024) | 45.32 | 0.00 | 5,043.99 |
| 10/30/2024 | Chk# 3061726 - Lockbox | 0.00 | 4,639.64 | 404.35 |
| 11/1/2024 | Base Rent Retail (11/2024) | 3,871.88 | 0.00 | 4,276.23 |
| 11/1/2024 | Sales Tax for Base Rent Retail (11/2024) | 116.16 | 0.00 | 4,392.39 |
| 11/1/2024 | CAM Estimate (11/2024) | 421.10 | 0.00 | 4,813.49 |
| 11/1/2024 | Sales Tax for CAM Estimate (11/2024) | 12.63 | 0.00 | 4,826.12 |
| 11/1/2024 | Insurance Estimate (11/2024) | 53.87 | 0.00 | 4,879.99 |
| 11/1/2024 | Sales Tax for Insurance Estimate (11/2024) | 1.62 | 0.00 | 4,881.61 |
| 11/1/2024 | Real Estate Taxes Estimate (11/2024) | 269.69 | 0.00 | 5,151.30 |
| 11/1/2024 | Sales Tax for Real Estate Taxes Estimate (11/2024) | 8.09 | 0.00 | 5,159.39 |
| 11/2/2024 | Late Charge, 5% of $12468.04 | 623.40 | 0.00 | 5,782.79 |
| 11/12/2024 | Chk# 86850 - Lockbox | 0.00 | 45.12 | 5,737.67 |
| 11/27/2024 | Chk# 3062407 - Lockbox | 0.00 | 10,429.21 | -4,691.54 |
| 12/1/2024 | Base Rent Retail (12/2024) | 3,871.88 | 0.00 | -819.66 |
| 12/1/2024 | Sales Tax for Base Rent Retail (12/2024) | 116.16 | 0.00 | -703.50 |
| 12/1/2024 | CAM Estimate (12/2024) | 421.10 | 0.00 | -282.40 |
| 12/1/2024 | Sales Tax for CAM Estimate (12/2024) | 12.63 | 0.00 | -269.77 |
| 12/1/2024 | Insurance Estimate (12/2024) | 53.87 | 0.00 | -215.90 |
| 12/1/2024 | Sales Tax for Insurance Estimate (12/2024) | 1.62 | 0.00 | -214.28 |
| 12/1/2024 | Real Estate Taxes Estimate (12/2024) | 269.69 | 0.00 | 55.41 |
| 12/1/2024 | Sales Tax for Real Estate Taxes Estimate (12/2024) | 8.09 | 0.00 | 63.50 |
| 12/3/2024 | Chk# 87417 - Lockbox | 0.00 | 45.76 | 17.74 |
| 12/27/2024 | Water & Sewer (10/18/2024 - 11/17/2024) | 45.76 | 0.00 | 63.50 |
| 1/1/2025 | Base Rent Retail (01/2025) | 3,871.88 | 0.00 | 3,935.38 |
| 1/1/2025 | Sales Tax for Base Rent Retail (01/2025) | 116.16 | 0.00 | 4,051.54 |
| 1/1/2025 | CAM Estimate (01/2025) | 421.10 | 0.00 | 4,472.64 |
| 1/1/2025 | Sales Tax for CAM Estimate (01/2025) | 12.63 | 0.00 | 4,485.27 |
| 1/1/2025 | Insurance Estimate (01/2025) | 53.87 | 0.00 | 4,539.14 |
| 1/1/2025 | Sales Tax for Insurance Estimate (01/2025) | 1.62 | 0.00 | 4,540.76 |
| 1/1/2025 | Real Estate Taxes Estimate (01/2025) | 269.69 | 0.00 | 4,810.45 |
| 1/1/2025 | Sales Tax for Real Estate Taxes Estimate (01/2025) | 8.09 | 0.00 | 4,818.54 |
| 1/2/2025 | Chk# 3063141 - Lockbox | 0.00 | 4,641.30 | 177.24 |
| 1/6/2025 | 2024 RETAX reconciliation | -1,152.27 | 0.00 | -975.03 |
| 1/6/2025 | Sales tax for 2024 RETAX reconciliation | -34.57 | 0.00 | -1,009.60 |
| 1/16/2025 | Chk# 88005 - Lockbox | 0.00 | 47.90 | -1,057.50 |
| 1/22/2025 | Water & Sewer (11/18/2024 - 12/18/2024) | 47.90 | 0.00 | -1,009.60 |
| 1/30/2025 | Water & Sewer (09/18/2024 - 10/17/2024) | 45.12 | 0.00 | -964.48 |
| 2/1/2025 | Base Rent Retail (02/2025) | 3,871.88 | 0.00 | 2,907.40 |
| 2/1/2025 | Sales Tax for Base Rent Retail (02/2025) | 116.16 | 0.00 | 3,023.56 |
| 2/1/2025 | CAM Estimate (02/2025) | 421.10 | 0.00 | 3,444.66 |
| 2/1/2025 | Sales Tax for CAM Estimate (02/2025) | 12.63 | 0.00 | 3,457.29 |
| 2/1/2025 | Insurance Estimate (02/2025) | 53.87 | 0.00 | 3,511.16 |
| 2/1/2025 | Sales Tax for Insurance Estimate (02/2025) | 1.62 | 0.00 | 3,512.78 |
| 2/1/2025 | Real Estate Taxes Estimate (02/2025) | 269.69 | 0.00 | 3,782.47 |
| 2/1/2025 | Sales Tax for Real Estate Taxes Estimate (02/2025) | 8.09 | 0.00 | 3,790.56 |
| 2/2/2025 | Late Charge, 5% of $3925.75 | 196.29 | 0.00 | 3,986.85 |
| 2/2/2025 | Sales tax 3% of $5.89 for Late Charge, 5% of | 5.89 | 0.00 | 3,992.74 |
| 2/5/2025 | Chk# 3063716 - Lockbox | 0.00 | 3,568.20 | 424.54 |
| 2/12/2025 | Chk# 88883 - Lockbox | 0.00 | 47.57 | 376.97 |
| 2/20/2025 | Chk# 3063951 - Lockbox | 0.00 | 158.86 | 218.11 |
| 2/26/2025 | Water & Sewer (12/19/2024 - 01/15/2025) | 47.57 | 0.00 | 265.68 |
| 3/1/2025 | Base Rent Retail (03/2025) | 3,871.88 | 0.00 | 4,137.56 |

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 3/1/2025 | Sales Tax for Base Rent Retail (03/2025) | 116.16 | 0.00 | 4,253.72 |
| 3/1/2025 | CAM Estimate (03/2025) | 421.10 | 0.00 | 4,674.82 |
| 3/1/2025 | Sales Tax for CAM Estimate (03/2025) | 12.63 | 0.00 | 4,687.45 |
| 3/1/2025 | Insurance Estimate (03/2025) | 53.87 | 0.00 | 4,741.32 |
| 3/1/2025 | Sales Tax for Insurance Estimate (03/2025) | 1.62 | 0.00 | 4,742.94 |
| 3/1/2025 | Real Estate Taxes Estimate (03/2025) | 269.69 | 0.00 | 5,012.63 |
| 3/1/2025 | Sales Tax for Real Estate Taxes Estimate (03/2025) | 8.09 | 0.00 | 5,020.72 |
| 3/3/2025 | A03032025 | 0.00 | 4,755.04 | 265.68 |
| 3/13/2025 | Chk# 89788 - Lockbox | 0.00 | 47.45 | 218.23 |
| 3/26/2025 | 2024 CAM Reconciliation | 2,398.48 | 0.00 | 2,616.71 |
| 3/26/2025 | Sales tax for 2024 CAM Reconciliation | 71.95 | 0.00 | 2,688.66 |
| 3/26/2025 | 2024 INS Reconciliation | 1,297.71 | 0.00 | 3,986.37 |
| 3/26/2025 | Sales tax for 2024 INS Reconciliation | 38.93 | 0.00 | 4,025.30 |
| 3/28/2025 | Water & Sewer (01/16/2025 - 02/14/2025) | 47.45 | 0.00 | 4,072.75 |
| 4/1/2025 | A04012025 | 0.00 | 4,755.04 | -682.29 |
| 4/1/2025 | Base Rent Retail (04/2025) | 3,871.88 | 0.00 | 3,189.59 |
| 4/1/2025 | Sales Tax for Base Rent Retail (04/2025) | 116.16 | 0.00 | 3,305.75 |
| 4/1/2025 | CAM Estimate (04/2025) | 421.10 | 0.00 | 3,726.85 |
| 4/1/2025 | Sales Tax for CAM Estimate (04/2025) | 12.63 | 0.00 | 3,739.48 |
| 4/1/2025 | Insurance Estimate (04/2025) | 53.87 | 0.00 | 3,793.35 |
| 4/1/2025 | Sales Tax for Insurance Estimate (04/2025) | 1.62 | 0.00 | 3,794.97 |
| 4/1/2025 | Real Estate Taxes Estimate (04/2025) | 269.69 | 0.00 | 4,064.66 |
| 4/1/2025 | Sales Tax for Real Estate Taxes Estimate (04/2025) | 8.09 | 0.00 | 4,072.75 |
| 4/8/2025 | Chk# 90488 - Lockbox | 0.00 | 47.64 | 4,025.11 |
| 5/1/2025 | A05012025 | 0.00 | 4,755.04 | -729.93 |
| 5/1/2025 | Base Rent Retail (05/2025) | 3,871.88 | 0.00 | 3,141.95 |
| 5/1/2025 | Sales Tax for Base Rent Retail (05/2025) | 116.16 | 0.00 | 3,258.11 |
| 5/1/2025 | CAM Estimate (05/2025) | 421.10 | 0.00 | 3,679.21 |
| 5/1/2025 | Sales Tax for CAM Estimate (05/2025) | 12.63 | 0.00 | 3,691.84 |
| 5/1/2025 | Insurance Estimate (05/2025) | 53.87 | 0.00 | 3,745.71 |
| 5/1/2025 | Sales Tax for Insurance Estimate (05/2025) | 1.62 | 0.00 | 3,747.33 |
| 5/1/2025 | Real Estate Taxes Estimate (05/2025) | 269.69 | 0.00 | 4,017.02 |
| 5/1/2025 | Sales Tax for Real Estate Taxes Estimate (05/2025) | 8.09 | 0.00 | 4,025.11 |
| 5/5/2025 | Chk# 91155 - Lockbox | 0.00 | 47.78 | 3,977.33 |
| 5/25/2025 | Water & Sewer (02/15/2025 - 03/14/2025) | 47.64 | 0.00 | 4,024.97 |
| 5/28/2025 | Water & Sewer (03/15/2025 - 04/15/2025) | 47.78 | 0.00 | 4,072.75 |
| 6/1/2025 | Base Rent Retail (06/2025) | 3,871.88 | 0.00 | 7,944.63 |
| 6/1/2025 | Sales Tax for Base Rent Retail (06/2025) | 116.16 | 0.00 | 8,060.79 |
| 6/1/2025 | CAM Estimate (06/2025) | 421.10 | 0.00 | 8,481.89 |
| 6/1/2025 | Sales Tax for CAM Estimate (06/2025) | 12.63 | 0.00 | 8,494.52 |
| 6/1/2025 | Insurance Estimate (06/2025) | 53.87 | 0.00 | 8,548.39 |
| 6/1/2025 | Sales Tax for Insurance Estimate (06/2025) | 1.62 | 0.00 | 8,550.01 |
| 6/1/2025 | Real Estate Taxes Estimate (06/2025) | 269.69 | 0.00 | 8,819.70 |
| 6/1/2025 | Sales Tax for Real Estate Taxes Estimate (06/2025) | 8.09 | 0.00 | 8,827.79 |
| 6/3/2025 | Chk# 91780 - Lockbox | 0.00 | 47.78 | 8,780.01 |
| 6/3/2025 | A06032025 | 0.00 | 4,755.04 | 4,024.97 |
| 7/1/2025 | Base Rent Retail (07/2025) | 3,871.88 | 0.00 | 7,896.85 |
| 7/1/2025 | Sales Tax for Base Rent Retail (07/2025) | 116.16 | 0.00 | 8,013.01 |
| 7/1/2025 | CAM Estimate (07/2025) | 421.10 | 0.00 | 8,434.11 |
| 7/1/2025 | Sales Tax for CAM Estimate (07/2025) | 12.63 | 0.00 | 8,446.74 |
| 7/1/2025 | Insurance Estimate (07/2025) | 53.87 | 0.00 | 8,500.61 |
| 7/1/2025 | Sales Tax for Insurance Estimate (07/2025) | 1.62 | 0.00 | 8,502.23 |
| 7/1/2025 | Real Estate Taxes Estimate (07/2025) | 269.69 | 0.00 | 8,771.92 |
| 7/1/2025 | Sales Tax for Real Estate Taxes Estimate (07/2025) | 8.09 | 0.00 | 8,780.01 |
| 7/3/2025 | A07032025 | 0.00 | 4,755.04 | 4,024.97 |
| 7/3/2025 | Water & Sewer (04/16/2025 - 05/14/2025) | 47.78 | 0.00 | 4,072.75 |
| 7/8/2025 | Chk# 92568 - Lockbox | 0.00 | 47.78 | 4,024.97 |
| 8/1/2025 | Water & Sewer (05/15/2025 - 06/14/2025) | 47.78 | 0.00 | 4,072.75 |
| 8/1/2025 | Base Rent Retail (08/2025) | 3,871.88 | 0.00 | 7,944.63 |
| 8/1/2025 | Sales Tax for Base Rent Retail (08/2025) | 116.16 | 0.00 | 8,060.79 |
| 8/1/2025 | CAM Estimate (08/2025) | 421.10 | 0.00 | 8,481.89 |
| 8/1/2025 | Sales Tax for CAM Estimate (08/2025) | 12.63 | 0.00 | 8,494.52 |
| 8/1/2025 | Insurance Estimate (08/2025) | 53.87 | 0.00 | 8,548.39 |
| 8/1/2025 | Sales Tax for Insurance Estimate (08/2025) | 1.62 | 0.00 | 8,550.01 |
| 8/1/2025 | Real Estate Taxes Estimate (08/2025) | 269.69 | 0.00 | 8,819.70 |
| 8/1/2025 | Sales Tax for Real Estate Taxes Estimate (08/2025) | 8.09 | 0.00 | 8,827.79 |
| 8/2/2025 | Late Charge, 5% of $4616.54 | 230.83 | 0.00 | 9,058.62 |
| 8/2/2025 | Sales tax 3% of $230.83 for Late Charge, 5% of | 6.92 | 0.00 | 9,065.54 |
| 8/5/2025 | Chk# 93216 - Lockbox | 0.00 | 47.74 | 9,017.80 |
| 8/24/2025 | Water & Sewer (06/15/2025 - 07/15/2025) | 47.74 | 0.00 | 9,065.54 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 4,992.79 | 0.00 | 0.00 | 4,072.75 | 9,065.54 |

# EXHIBIT 37

# Lease Statement

**Continental Realty Corp CONTINENTAL REALTY CORP**

1427 Clarkview Road #500
Baltimore, MD 21209

**Account:** 605-mp000387-CLAIRE'S

**Prop Name:** Mount Pleasant Towne Centre

**Assigned Spaces:** C2

Claire's Boutiques, Inc.
NO CONTACT-Filed Bankruptcy
Attn: Rent Department
Three SW 129th Avenue
Pembroke Pines, FL 33027

**Date:** 08/25/2025

**Payment:** $ _____

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 3/1/2025 | Base Rent Retail (03/2025) | 4,518.09 | 0.00 | 4,518.09 |
| 3/1/2025 | CAM Pro-rata (03/2025) | 658.10 | 0.00 | 5,176.19 |
| 3/1/2025 | Real Estate Taxes Estimate (03/2025) | 332.00 | 0.00 | 5,508.19 |
| 3/3/2025 | A03032025 | 0.00 | 6,252.90 | -744.71 |
| 3/6/2025 | Real Estate Tax Reconciliation (01/2024 - 12/2024) | -135.28 | 0.00 | -879.99 |
| 3/14/2025 | CAM Reconciliation (01/2024 - 12/2024) | 744.71 | 0.00 | -135.28 |
| 4/1/2025 | A04012025 | 0.00 | 5,508.19 | -5,643.47 |
| 4/1/2025 | Base Rent Retail (04/2025) | 4,518.09 | 0.00 | -1,125.38 |
| 4/1/2025 | CAM Pro-rata (04/2025) | 658.10 | 0.00 | -467.28 |
| 4/1/2025 | Real Estate Taxes Estimate (04/2025) | 332.00 | 0.00 | -135.28 |
| 5/1/2025 | A05012025 | 0.00 | 5,508.19 | -5,643.47 |
| 5/1/2025 | Base Rent Retail (05/2025) | 4,518.09 | 0.00 | -1,125.38 |
| 5/1/2025 | CAM Pro-rata (05/2025) | 658.10 | 0.00 | -467.28 |
| 5/1/2025 | Real Estate Taxes Estimate (05/2025) | 332.00 | 0.00 | -135.28 |
| 6/1/2025 | Base Rent Retail (06/2025) | 4,653.51 | 0.00 | 4,518.23 |
| 6/1/2025 | CAM Pro-rata (06/2025) | 737.54 | 0.00 | 5,255.77 |
| 6/1/2025 | Real Estate Taxes Estimate (06/2025) | 419.87 | 0.00 | 5,675.64 |
| 6/3/2025 | A06032025 | 0.00 | 5,643.61 | 32.03 |
| 7/1/2025 | Base Rent Retail (07/2025) | 4,653.51 | 0.00 | 4,685.54 |
| 7/1/2025 | CAM Pro-rata (07/2025) | 737.54 | 0.00 | 5,423.08 |
| 7/1/2025 | Real Estate Taxes Estimate (07/2025) | 419.87 | 0.00 | 5,842.95 |
| 7/6/2025 | Late Charge, 4% of $5810.92 | 232.44 | 0.00 | 6,075.39 |
| 8/1/2025 | Base Rent Retail (08/2025) | 4,653.51 | 0.00 | 10,728.90 |
| 8/1/2025 | CAM Pro-rata (08/2025) | 737.54 | 0.00 | 11,466.44 |
| 8/1/2025 | Real Estate Taxes Estimate (08/2025) | 419.87 | 0.00 | 11,886.31 |
| 8/6/2025 | Late Charge, 4% of $5810.92 | 232.44 | 0.00 | 12,118.75 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 6,043.36 | 6,043.36 | 167.31 | -135.28 | 12,118.75 |

8/25/2025 9:23:17 AM

# EXHIBIT 38

**Exhibit 38. Cure Amounts for Del Monte Shopping Center**

Claire's Store #5623
Del Monte Shopping Center, Monterrey, California
Landlord:  FR Del Monte, LLC
Security Deposit:
Guarantor:
Date: August 28, 2025
Chapter 11 File Date:  August 6, 2025
Lease Expiration Date:   May 31, 2027

## Pre-petition

| Date | Description | Amount | Account |
|---|---|---:|---|
| 3/1/2025 | 0325 - Merchant Association Dues | 244.87 | Acct. 267273 |
| 4/1/2025 | 0425 - Merchant Association Dues | 244.87 | Acct. 267273 |
| 5/1/2025 | 0525 - Merchant Association Dues | 244.87 | Acct. 267273 |
| 06/01/2025 | 0625 - Merchant Association Dues | 252.21 | Acct. 267273 |
| 06/01/2025 | 0625 - CAM Estimate | 1,032.03 | |
| 06/01/2025 | 0625 - Insurance Recovery | 82.14 | |
| 06/01/2025 | 0625 - Minimum Rent Retail | 6,820.54 | |
| 06/01/2025 | 0625 - Marketing Fee | 169.65 | |
| 06/01/2025 | 0625 - RE Tax Estimates | 291.88 | |
| 07/01/2025 | 0725 - Merchant Association Dues | 252.21 | Acct. 267273 |
| 07/01/2025 | 0725 - CAM Estimate | 1,032.03 | |
| 07/01/2025 | 0725 - Insurance Recovery | 82.14 | |
| 07/01/2025 | 0725 - Minimum Rent Retail | 6,820.54 | |
| 07/01/2025 | 0725 - Marketing Fee | 169.65 | |
| 07/01/2025 | 0725 - RE Tax Estimates | 291.88 | |
| 08/01/2025 | 0825 - Merchant Association Dues (8/1 - 8/5 - 5 days) | 40.68 | Acct. 267273 |
| 08/01/2025 | 0825 - CAM Estimate (8/1 - 8/5 - 5 days) | 166.46 | |
| 08/01/2025 | 0825 - Insurance Recovery (8/1 - 8/5 - 5 days) | 13.25 | |
| 08/01/2025 | 0825 - Minimum Rent Retail (8/1 - 8/5 - 5 days) | 1,100.09 | |
| 08/01/2025 | 0825 - Marketing Fee (8/1 - 8/5 - 5 days) | 27.36 | |
| 08/01/2025 | 0825 - RE Tax Estimates (8/1 - 8/5 - 5 days) | 47.08 | |
| | Total: | 19,426.42 | |

## Post-petition

| Date | Description | Amount | Account |
|---|---|---:|---|
| 08/01/2025 | 0825 - Merchant Association Dues (8/6 - 8/31 - 26 days) | 211.53 | Acct. 267273 |
| 08/01/2025 | 0825 - CAM Estimate (8/6 - 8/31 - 26 days) | 865.57 | |
| 08/01/2025 | 0825 - Insurance Recovery (8/6 - 8/31 - 26 days) | 68.89 | |
| 08/01/2025 | 0825 - Minimum Rent Retail (8/6 - 8/31 - 26 days) | 5,720.45 | |
| 08/01/2025 | 0825 - Marketing Fee  (8/6 - 8/31 - 26 days) | 142.29 | |
| 08/01/2025 | 0825 - RE Tax Estimates  (8/6 - 8/31 - 26 days) | 244.80 | |
| | Total: | 7,253.54 | |
| **TOTAL:** | | **26,679.96** | **Cure Due** |

| Date | Description | Amount | Account | |
|---|---|---:|---|---|
| 09/01/2025 | 0925 - Merchant Association Dues | 252.21 | Acct. 267273 | **September Rents** |
| 9/1/2025 | 0925 - CAM Estimate | 1,032.03 | | |
| 9/1/2025 | 0925 - Insurance Recovery | 82.14 | | |
| 9/1/2025 | 0925 - Minimum Rent Retail | 6,820.54 | | |
| 9/1/2025 | 0925 - Marketing Fee | 169.65 | | |
| 9/1/2025 | 0925 - RE Tax Estimates | 291.88 | | |
| | | 33,584.96 | Balance to JDE Account 266056 | |
| | | 1,743.45 | Balance to JDE Account 267273 | |

# EXHIBIT 39

**Exhibit 39. Cure Amounts for Willow Lawn Shopping Center**

Claire's Store #5057
Willow Lawn Shopping Center, Richmond, VA
Landlord:  Federal Realty OP LP
Security Deposit:
Guarantor:
Date: August 28, 2025
Chapter 11 File Date:  August 6, 2025
Lease Expiration Date:   January 31, 2026

**Pre-petition**

| Date | Description | Amount | |
|---|---|---:|---|
| 07/06/2020 | Balance of payment | (171.70) | |
| 09/01/2020 | 0920 - CAM Estimate | 131.04 | |
| 03/01/2021 | 0321 - RE Tax Estimates | 18.68 | |
| 06/30/2021 | Balance of payment | (14.36) | |
| 08/02/2021 | Balance of payment | (11.59) | |
| 11/03/2023 | Balance of payment | (75.00) | |
| 01/30/2025 | 2024 RE Tax Year End | 39.82 | |
| 02/01/2025 | 0225 - Trash Rec Retro Adj 9/2 | 18.73 | |
| 03/05/2025 | SEW 01/20/25 - 02/20/25 | 66.36 | |
| 04/05/2025 | SEW 02/20/25 - 03/20/25 | 66.24 | |
| 5/5/2025 | SEW 03/20/25 - 04/20/25 | 73.70 | |
| 6/2/2025 | CYE 2024 YE CAM | (911.80) | |
| 6/5/2025 | SEW 04/20/25 - 05/20/25 | 141.20 | |
| 7/1/2025 | 0725 - CAM Estimate | 653.25 | |
| 7/1/2025 | 0725 - Merchant Association Du | 75.00 | |
| 7/1/2025 | 0725 - Minimum Rent Retail | 4,353.00 | |
| 7/1/2025 | 0725 - RE Tax Estimates | 212.56 | |
| 7/1/2025 | 0725 - Trash Recovery | 107.15 | |
| 7/5/2025 | WTR 05/20/25 - 06/20/25 | 43.10 | |
| 7/5/2025 | SEW 05/20/25 - 06/20/25 | 53.58 | |
| 08/01/2025 | 0825 - CAM Estimate (8/1 - 8/5 - 5 days) | 105.36 | |
| 08/01/2025 | 0825 - Merchant Association Dues (8/1 - 8/5 - 5 days) | 12.10 | |
| 08/01/2025 | 0825 - Minimum Rent Retail (8/1 - 8/5 - 5 days) | 702.10 | |
| 08/01/2025 | 0825 - RE Tax Estimates (8/1 - 8/5 - 5 days) | 34.28 | |
| 08/01/2025 | 0825 - Trash Recovery (8/1 - 8/5 - 5 days) | 17.28 | |
| | Total: | 5,740.08 | |

**Post-petition**

| Date | Description | Amount | |
|---|---|---:|---|
| 08/01/2025 | 0825 - CAM Estimate (8/6 - 8/31 - 26 days) | 547.89 | |
| 08/01/2025 | 0825 - Merchant Association Dues (8/6 - 8/31 - 26 days) | 62.90 | |
| 08/01/2025 | 0825 - Minimum Rent Retail (8/6 - 8/31 - 26 days) | 3,650.90 | |
| 08/01/2025 | 0825 - RE Tax Estimates  (8/6 - 8/31 - 26 days) | 178.28 | |
| 08/01/2025 | 0825 - Trash Recovery  (8/6 - 8/31 - 26 days) | 89.87 | |
| 8/15/2025 | WTR 06/20/25 - 07/20/25 | 25.69 | |
| 8/15/2025 | SEW 06/20/25 - 07/20/25 | 35.51 | |
| | Total: | 4,591.04 | |
| **TOTAL:** | | **10,331.12** | **Cure** |
| 9/1/2025 | 0925 - CAM Estimate | 653.25 | **September Rents** |
| 9/1/2025 | 0925 - Merchant Association Du | 75.00 | |
| 9/1/2025 | 0925 - Minimum Rent Retail | 4,353.00 | |
| 9/1/2025 | 0925 - RE Tax Estimates | 212.56 | |
| 9/1/2025 | 0925 - Trash Recovery | 110.36 | |
| | | 15,735.29 | Balance to JDE |