**CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, hereby certify that on this 29th day of August 2025, I caused a true and correct copy of the ***Objection of 429 Fulton Street LLC, 3902 Annadale Lane, LP, Belden Mall LLC, Bridgewater Commons Mall II, LLC, Broadstone CLE Illinois LLC, Broward Mall LLC, Capital Mall LP, Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Champlain Centre North LLC, Continental Realty, FR Del Monte LLC, FR Grossmont, LLC, FRIT Florida, LLC, Federal Realty OP LP, GTM Denton, LTD., Gallatin Mall Group, L.L.C., KRE Colonie Owner, LLC, Northpark Mall Limited Partnership, PGIM Real Estate, Pacific QKC Management PR, LLC, Palm Desert Pacific Owner LLC, Pappas Laguna No. 2, L.P., Park Mall, L.L.C., Plaza West Covina LP, Poag Shopping Centers, LLC, Southlake Indiana LLC, Star-West Franklin Park Mall, LLC, Star-West Great Northern Mall LLC, Star-West Parkway Mall LP, The Forbes Company, The Macerich Company, and YTC Mall Owner LLC to (I) Proposed Sale Transaction and Asset Purchase Agreement Between Debtors and Purchaser; and (II) Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Proposed Cure Costs*** to be served by electronic notice upon all parties registered to receive notice via CM/ECF in these cases, and also upon the parties on the attached service list via e-mail, where available, and first class mail or hand delivery.

Dated: August 29, 2025
Wilmington, Delaware

/s/ *Leslie C. Heilman*
Leslie C. Heilman
BALLARD SPAHR LLP

## SERVICE LIST

Via First Class Mail
Claire's Holdings LLC
Attn: Brendan McKeough
Executive Vice President,
Chief Legal Officer, and Secretary
2400 West Central Road
Hoffman Estates, Illinois 60192
E-mail: Brendan.mckeough@claires.com

*Debtors*

Via First Class Mail
Claire's Holdings LLC
Attn: Michele Reilly, Assistant Secretary
3 SW 129th Avenue
Pembroke Pines, Florida 33027
E-mail: michele.reilly@claires.com

*Debtors*

Via First Class Mail
Joshua A. Sussberg, P.C.
Allyson Smith
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
E-mail: joshua.sussberg@kirkland.com
allyson.smith@kirkland.com

*Proposed Co-Counsel to the Debtors*

Via First Class Mail
Alexandra F. Schwarzman, P.C.
Robert A. Jacobson
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
E-mail: alexandra.schwarzman@kirkland.com
rob.jacobson@kirkland.com

*Proposed Co-Counsel to the Debtors*

Via Hand Delivery
Paul N. Heath
Zachary I. Shapiro
Richards, Layton & Finger, PA
920 N King Street
Wilmington, Delaware 19801
E-mail: heath@rlf.com
shapiro@rlf.com

*Proposed Co-Counsel to the Debtors*

Via Hand Delivery
Office of the United States Trustee for the
District of Delaware
Attn: Benjamin A. Hackman
J. Caleb Boggs Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
E-mail: Benjamin.A.Hackman@usdoj.gov

*United States Trustee*

Via First Class Mail
Joel Moss
Amit Trehan
Sean Tierney
Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005
E-mail: JMoss@cahill.com
ATrehan@cahill.com
STierney@cahill.com

*Counsel to the Prepetition Priority Term Loan Agent and Existing Prepetition Term Loan Agent, Ankura Trust Company, LLC*

Via First Class Mail
Elisha D. Graff
Zachary J. Weiner
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
E-mail: egraff@stblaw.com
zachary.weiner@stblaw.com

*Counsel to Prepetition ABL Agent, JPMorgan Chase Bank, N.A.*

<u>Via Hand Delivery</u>
L. Katherine Good
Jeremy Ryan
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19801
E-mail: kgood@potteranderson.com
       jryan@potteranderson.com

*Counsel to Prepetition ABL Agent, JPMorgan Chase Bank, N.A.*

<u>Via Hand Delivery</u>
Justin R. Alberto
Stacy L. Newman
Michael E. Fitzpatrick
Melissa M. Hartlipp
Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
E-mail: jalberto@coleschotz.com
       snewman@coleschotz.com
       mfitzpatrick@coleschotz.com
       mhartlipp@coleschotz.com

*Counsel to Committee*

<u>Via First Class Mail</u>
Darren Azman
Kristin K. Going
Stacy A. Lutkus
McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, New York 10017
E-mail: dazman@mwe.com
       kgoing@mwe.com
       salutkus@mwe.com

*Counsel to Committee*

<u>Via First Class Mail</u>
Seth Van Aalten
Sarah A. Carnes
Cole Schotz P.C.,
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
E-mail: svanaalten@coleschotz.com
       scarnes@coleschotz.com

*Counsel to Committee*