# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CLAIRE'S HOLDINGS LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11454 (BLS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 277** |

## CERTIFCATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on August 29, 2025, I caused a copy of the *Limited Objection and Reservation of Rights of Gemini ALTO Centerville Partners, LLC to Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [D.I.277; filed on 8/29/2025] to be served via CM/ECF on all parties registered to receive electronic notice through the Court's electronic system and via electronic mail upon the parties listed on **Exhibit A** attached hereto.

Dated: August 29, 2025

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

*Attorney for Landlord,*
*Gemini ALTO Centerville Partners, LLC*

80935020.v2