# Exhibit A

**SERVICE LIST**

**VIA ELECTRONIC MAIL**

Claire's Holdings LLC
2400 West Central Road
Hoffman Estates, Illinois 60192
Attn: Brendan McKeough
brendan.mckeough@claires.com

Claire's Holdings LLC
3 SW 129th Avenue
Pembroke Pines, Florida 33027
Attn: Michele Reilly
michele.reilly@claires.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Joshua A. Sussberg, P.C.
Allyson Smith
joshua.sussberg@kirkland.com
allyson.smith@kirkland.com

333 West Wolf Point Plaza
Chicago, Illinois 60654
Attn: Alexandra F. Schwarzman, P.C.
Robert A. Jacobson
alexandra.schwarzman@kirkland.com
rob.jacobson@kirkland.com

Richards, Layton & Finger, PA
920 N King Street
Wilmington, DE 19801
Attn: Paul N. Heath
Zachary I. Shapiro
heath@rlf.com
shapiro@rlf.com

U.S. Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Attn.: Benjamin A. Hackman
Benjamin.A.Hackman@usdoj.gov

Simpson Thatcher & Bartlett LLP
Attn.: Elisha D. Graff
Zachary J. Weiner
egraff@stblaw.com
zachary.weiner@stblaw.com

Potter Anderson & Corroon LLP
Attn: L. Katherine Good
Jeremy Ryan
kgood@potteranderson.com
jryan@potteranderson.com

McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, New York 10017
Attn: Darren Azman
Kristin K. Going
Stacy A. Lutkus
dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com

Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Attn.: Justin R. Alberto
Stacy L. Newman
Michael E. Fitzpatrick
Melissa M. Hartlipp
jalberto@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
mhartlipp@coleschotz.com

Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Attn: Seth Van Aalten
Sarah A. Carnes
svanaalten@coleschotz.com
scarnes@coleschotz.com

Cahill Gordon & Reindell LLP
Attn.: Joel Moss
Amit Trehan
Sean Tierney
JMoss@cahill.com
ATrehan@cahill.com
STierney@cahill.com