# **EXHIBIT A**

(Augusta Lease)

**CAPITAL AUGUSTA PROPERTIES LLC**  009019

| Date | Category |
|---|---|
| 8/30/2022 | 7/22-12/22 RE TAXES |
| 1/23/2023 | RET Recovery 1/23-6/23 |
| 2/1/2023 | CAM - ESCROW |
| 2/1/2023 | MINIMUM RENT |
| 2/1/2023 | RET - ESCROW |
| 2/2/2023 | CHECK NUMBER 020223 |
| 2/10/2023 | CHECK NUMBER 021023 |
| 3/1/2023 | CAM - ESCROW |
| 3/1/2023 | CHECK NUMBER 030123 |
| 3/1/2023 | MINIMUM RENT |
| 3/1/2023 | RET - ESCROW |
| 3/6/2023 | Claires % Rent LYE 1-23 |
| 3/22/2023 | 2022 CAM Recon |
| 3/31/2023 | CHECK NUMBER 033123 |
| 4/1/2023 | CAM - ESCROW |
| 4/1/2023 | RET - ESCROW |
| 4/1/2023 | MINIMUM RENT |
| 5/1/2023 | CAM - ESCROW |
| 5/1/2023 | MINIMUM RENT |
| 5/1/2023 | RET - ESCROW |
| 5/3/2023 | CHECK NUMBER 050323 |
| 6/1/2023 | CAM - ESCROW |
| 6/1/2023 | MINIMUM RENT |
| 6/1/2023 | RET - ESCROW |
| 6/2/2023 | CHECK NUMBER 060223 |
| 7/1/2023 | MINIMUM RENT |
| 7/1/2023 | CAM - ESCROW |
| 7/1/2023 | RET - ESCROW |
| 7/5/2023 | CHECK NUMBER 070523 |
| 8/1/2023 | MINIMUM RENT |
| 8/1/2023 | CAM - ESCROW |
| 8/1/2023 | RET - ESCROW |

8/1/2023 CHECK NUMBER 080123

9/1/2023 MINIMUM RENT
9/1/2023 RET - ESCROW
9/1/2023 CHECK NUMBER 090123
9/1/2023 CAM - ESCROW

9/13/2023 RET 07/23 - 12/23

10/1/2023 CAM - ESCROW
10/1/2023 RET - ESCROW
10/1/2023 MINIMUM RENT

10/3/2023 CHECK NUMBER 100323

11/1/2023 CAM - ESCROW
11/1/2023 MINIMUM RENT
11/1/2023 RET - ESCROW

11/3/2023 CHECK NUMBER 110323

12/1/2023 CAM - ESCROW
12/1/2023 MINIMUM RENT
12/1/2023 RET - ESCROW

12/4/2023 CHECK NUMBER 120423

1/1/2024 RET - ESCROW
1/1/2024 MINIMUM RENT
1/1/2024 CAM - ESCROW

1/3/2024 CHECK NUMBER 010324

1/3/2024 RET 01/24 - 06/24

2/1/2024 MINIMUM RENT
2/1/2024 CAM - ESCROW
2/1/2024 RET - ESCROW

2/6/2024 CHECK NUMBER 020624
2/23/2024 CHECK NUMBER 022324

3/1/2024 CAM - ESCROW
3/1/2024 RET - ESCROW
3/1/2024 MINIMUM RENT

3/1/2024 % RENT - LYE 1/31/24

3/5/2024 CHECK NUMBER 030524

4/1/2024 CAM - ESCROW
4/1/2024 RET - ESCROW
4/1/2024 MINIMUM RENT

4/2/2024 CHECK NUMBER 040224

5/1/2024 MINIMUM RENT
5/1/2024 RET - ESCROW
5/1/2024 CAM - ESCROW

5/2/2024 CHECK NUMBER 050224

5/31/2024 CHECK NUMBER 053124

6/1/2024 CAM - ESCROW
6/1/2024 MINIMUM RENT
6/1/2024 RET - ESCROW

7/1/2024 CHECK NUMBER 070124

7/1/2024 CAM - ESCROW
7/1/2024 RET - ESCROW
7/1/2024 MINIMUM RENT

8/1/2024 CAM - ESCROW
8/1/2024 RET - ESCROW
8/1/2024 MINIMUM RENT

8/1/2024 CHECK NUMBER 080124

8/5/2024 MIN RENT HOLDOVER
8/5/2024 CAM HOLDOVER
8/5/2024 RET HOLDOVER

8/22/2024 CHECK NUMBER 082224

9/1/2024 CAM - ESCROW
9/1/2024 RET - ESCROW
9/1/2024 MINIMUM RENT
9/1/2024 MIN RENT HOLDOVER
9/1/2024 CAM HOLDOVER
9/1/2024 RET HOLDOVER

9/3/2024 CHECK NUMBER 090324
9/23/2024 RET Billing 2nd 2024


10/1/2024 PENALTY RENT
10/1/2024 RET - ESCROW
10/1/2024 CHECK NUMBER 100124
10/1/2024 CAM - ESCROW
10/1/2024 CAM - ADDITIONAL ESCROW
10/1/2024 MINIMUM RENT
10/1/2024 RET - ADDITIONAL ESCROW

11/1/2024 RET - ESCROW
11/1/2024 RET - ADDITIONAL ESCROW
11/1/2024 MINIMUM RENT
11/1/2024 PENALTY RENT
11/1/2024 CAM - ESCROW
11/1/2024 CHECK NUMBER 110124
11/1/2024 CAM - ADDITIONAL ESCROW

11/29/2024 CHECK NUMBER 112924

12/1/2024 PENALTY RENT
12/1/2024 CAM - ESCROW
12/1/2024 CAM - ADDITIONAL ESCROW
12/1/2024 RET - ESCROW
12/1/2024 MINIMUM RENT
12/1/2024 RET - ADDITIONAL ESCROW

12/30/2024 2023 CAM Reconciliation

1/1/2025 MINIMUM RENT
1/1/2025 PENALTY RENT
1/1/2025 CAM - ADDITIONAL ESCROW
1/1/2025 RET - ADDITIONAL ESCROW
1/1/2025 CAM - ESCROW
1/1/2025 RET - ESCROW

1/2/2025 CHECK NUMBER 010225
1/31/2025 CHECK NUMBER 013125

2/1/2025 RET - ESCROW
2/1/2025 RET - ADDITIONAL ESCROW
2/1/2025 CAM - ESCROW
2/1/2025 PENALTY RENT
2/1/2025 CAM - ADDITIONAL ESCROW

2/1/2025 MINIMUM RENT

3/1/2025 PENALTY RENT
3/1/2025 MINIMUM RENT
3/1/2025 CAM - ESCROW
3/1/2025 CAM - ADDITIONAL ESCROW
3/1/2025 RET - ESCROW
3/1/2025 RET - ADDITIONAL ESCROW

3/3/2025 CHECK NUMBER 030325
3/9/2025 RET BILLING 01/25 - 06/25

4/1/2025 MINIMUM RENT
4/1/2025 CAM - ESCROW
4/1/2025 RET - ESCROW

4/1/2025 CHECK NUMBER 040125

5/1/2025 CHECK NUMBER 050125
5/1/2025 CAM - ESCROW
5/1/2025 MINIMUM RENT
5/1/2025 RET - ESCROW

5/27/2025 HOLDOVER REV 2/24-3/25
5/30/2025 HOLDOVER REV 2/24-3/25
5/30/2025 HOLDOVER REV 2/24-3/25

5/30/2025 2024 CAM RECONCILIATION

6/1/2025 RET - ESCROW
6/1/2025 MINIMUM RENT
6/1/2025 CAM - ESCROW
6/3/2025 CHECK NUMBER 060325

6/30/2025 CAM ESC HOLDOVER 02/24-12/24

7/1/2025 MINIMUM RENT
7/1/2025 CAM - ESCROW
7/1/2025 RET - ESCROW

8/1/2025 RET - ESCROW
8/1/2025 MINIMUM RENT
8/1/2025 CAM - ESCROW

| | Amount | Occupant Name | Variance |
|---|---|---|---|
| **Balance as of 1/22/2023** | **130.90** | CLAIRE'S | |
| **Type** | **Amount** | **Occupant Name** | **Variance** |
| CHARGE | 130.90 | | 130.90 |
| CHARGE | 130.90 | CLAIRE'S | 130.90 |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 523.00 | CLAIRE'S | |
| PAYMENT | (5,770.60) | CLAIRE'S | |
| PAYMENT | (208.97) | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| PAYMENT | (5,770.60) | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 523.00 | CLAIRE'S | |
| CHARGE | 208.97 | CLAIRE'S | |
| CHARGE | 905.94 | CLAIRE'S | 905.94 |
| PAYMENT | (5,770.60) | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 523.00 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 523.00 | CLAIRE'S | |
| PAYMENT | (5,770.60) | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 523.00 | CLAIRE'S | |
| PAYMENT | (5,770.60) | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 523.00 | CLAIRE'S | |
| PAYMENT | (5,770.60) | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 523.00 | CLAIRE'S | |

| | | | |
|---|---:|---|---:|
| PAYMENT | (5,770.60) | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 523.00 | CLAIRE'S | |
| PAYMENT | (5,770.60) | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 167.57 | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 523.00 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| PAYMENT | (5,770.60) | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | |
| PAYMENT | (5,812.49) | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | |
| PAYMENT | (5,980.06) | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| PAYMENT | (5,812.49) | CLAIRE'S | |
| CHARGE | 0.02 | CLAIRE'S | 0.02 |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 464.00 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | (1,036.84) |
| PAYMENT | (6,849.33) | CLAIRE'S | |
| PAYMENT | (1,693.92) | CLAIRE'S | |
| CHARGE | 813.00 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | 349.00 |
| CHARGE | 1,693.92 | CLAIRE'S | |

| | | | |
|---|---:|---|---:|
| PAYMENT | (5,812.49) | CLAIRE'S | |
| | | | |
| CHARGE | 813.00 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | 349.00 |
| | | | |
| PAYMENT | (5,812.49) | CLAIRE'S | |
| | | | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | |
| CHARGE | 813.00 | CLAIRE'S | 349.00 |
| | | | |
| PAYMENT | (5,812.49) | CLAIRE'S | |
| | | | |
| PAYMENT | (5,812.49) | CLAIRE'S | |
| | | | |
| CHARGE | 813.00 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | 349.00 |
| | | | |
| PAYMENT | (5,812.49) | CLAIRE'S | |
| | | | |
| CHARGE | 813.00 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | 349.00 |
| | | | |
| **Ending Balance thru 7/31/24:** | **1,875.92** | CLAIRE'S | **1,875.92** |
| | | | |
| CHARGE | 813.00 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| | | | |
| PAYMENT | (5,812.49) | | |
| | | | |
| CHARGE | 33,485.20 | | |
| CHARGE | 5,342.00 | | |
| CHARGE | 3,954.23 | | |
| | | | |
| PAYMENT | (2,224.90) | | |
| | | | |
| CHARGE | 813.00 | CLAIRE'S | |
| CHARGE | 564.89 | CLAIRE'S | |
| CHARGE | 4,783.60 | CLAIRE'S | |
| CHARGE | 4,783.60 | | |
| CHARGE | 813.00 | | |
| CHARGE | 564.89 | | |

| | | | |
|---|---:|---|---|
| PAYMENT | (6,161.49) | CLAIRE'S | 7 |
| CHARGE | 123.91 | CLAIRE'S | 7 |

**Ending Balance thru 9/30/24:**     **49,066.85**

| | | | |
|---|---:|---|---|
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| PAYMENT | (6,285.40) | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| PAYMENT | (6,161.49) | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| PAYMENT | (6,161.49) | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 3,322.20 | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| PAYMENT | (6,161.49) | CLAIRE'S | 7 |
| PAYMENT | (6,285.40) | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |

| | | | |
|---|---:|---|---:|
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 4,783.60 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| PAYMENT | (6,161.49) | CLAIRE'S | 7 |
| CHARGE | 123.91 | CLAIRE'S | 7 |
| CHARGE | 4,927.29 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| PAYMENT | (6,161.49) | CLAIRE'S | 7 |
| PAYMENT | (6,305.18) | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 4,927.29 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CREDIT | (66,970.40) | CLAIRE'S | 7 |
| CREDIT | (11,033.00) | CLAIRE'S | 7 |
| CREDIT | (7,908.46) | CLAIRE'S | 7 |
| CREDIT | (7,013.49) | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 4,927.29 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| PAYMENT | (6,305.18) | CLAIRE'S | 7 |
| CHARGE | 8,594.00 | CLAIRE'S | 7 |
| CHARGE | 4,927.29 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 564.89 | CLAIRE'S | 7 |
| CHARGE | 4,927.29 | CLAIRE'S | 7 |
| CHARGE | 813.00 | CLAIRE'S | 7 |
| **Ending Balance thru 8/28/25** | **17,656.78** | CLAIRE'S | 7 |