# **EXHIBIT B**

(Canton Lease)

**SFV CANTON OWNER LLC**  008960                     **Balance as of 12/31/23**
                    Date  Category                                  Type

| Date | Category | Type |
|---|---|---|
| 1/1/2023 | CAM - ESCROW | CHARGE |
| 1/1/2023 | RET - ESCROW | CHARGE |
| 1/1/2023 | MINIMUM RENT | CHARGE |
| 1/3/2023 | CHECK NUMBER 010323 | PAYMENT |
| 2/1/2025 | MINIMUM RENT | CHARGE |
| 2/1/2025 | CAM - ESCROW | CHARGE |
| 2/1/2025 | RET - ESCROW | CHARGE |
| 2/2/2023 | CHECK NUMBER 020223 | PAYMENT |
| 2/7/2023 | APR22-SEPT22 RET | CHARGE |
| 2/21/2023 | water/sewer | CHARGE |
| 3/1/2023 | CAM - ESCROW | CHARGE |
| 3/1/2023 | RET - ESCROW | CHARGE |
| 3/1/2023 | MINIMUM RENT | CHARGE |
| 3/1/2023 | CHECK NUMBER 030123 | PAYMENT |
| 3/31/2023 | CHECK NUMBER 033123 | PAYMENT |
| 4/1/2023 | CAM - ESCROW | CHARGE |
| 4/1/2023 | RET - ESCROW | CHARGE |
| 4/1/2023 | MINIMUM RENT | CHARGE |
| 5/1/2023 | RET - ESCROW | CHARGE |
| 5/1/2023 | MINIMUM RENT | CHARGE |
| 5/1/2023 | CAM - ESCROW | CHARGE |
| 5/3/2023 | CHECK NUMBER 050323 | PAYMENT |
| 5/20/2023 | 2022 CAM | CREDIT |
| 6/1/2023 | CAM - ESCROW | CHARGE |
| 6/1/2023 | MINIMUM RENT | CHARGE |
| 6/1/2023 | RET - ESCROW | CHARGE |
| 6/2/2023 | CHECK NUMBER 060223 | PAYMENT |
| 7/1/2023 | CAM - ESCROW | CHARGE |
| 7/1/2023 | RET - ESCROW | CHARGE |
| 7/1/2023 | MINIMUM RENT | CHARGE |
| 7/5/2023 | CHECK NUMBER 070523 | PAYMENT |
| 8/1/2023 | CAM - ESCROW | CHARGE |
| 8/1/2023 | RET - ESCROW | CHARGE |
| 8/1/2023 | MINIMUM RENT | CHARGE |
| 8/1/2023 | CHECK NUMBER 080123 | PAYMENT |

| Date | Description | Type |
|---|---|---|
| 8/7/2023 | Recovery Reconciliation 12/23 | CHARGE |
| 8/29/2023 | RET recon 10/22-3/23 | CHARGE |
| 9/1/2023 | MINIMUM RENT | CHARGE |
| 9/1/2023 | RET - ESCROW | CHARGE |
| 9/1/2023 | CAM - ESCROW | CHARGE |
| 9/1/2023 | CHECK NUMBER 090123 | PAYMENT |
| 10/1/2023 | MINIMUM RENT | CHARGE |
| 10/1/2023 | RET - ESCROW | CHARGE |
| 10/1/2023 | CAM - ESCROW | CHARGE |
| 10/3/2023 | CHECK NUMBER 100323 | PAYMENT |
| 10/13/2023 | CHECK NUMBER 101323 | PAYMENT |
| 11/1/2023 | MINIMUM RENT | CHARGE |
| 11/1/2023 | CAM - ESCROW | CHARGE |
| 11/1/2023 | RET - ESCROW | CHARGE |
| 11/3/2023 | CHECK NUMBER 110323 | PAYMENT |
| 12/1/2023 | MINIMUM RENT | CHARGE |
| 12/1/2023 | CAM - ESCROW | CHARGE |
| 12/1/2023 | RET - ESCROW | CHARGE |
| 12/4/2023 | CHECK NUMBER 120423 | PAYMENT |
| 1/1/2024 | RET - ESCROW | CHARGE |
| 1/1/2024 | MINIMUM RENT | CHARGE |
| 1/1/2024 | CAM - ESCROW | CHARGE |
| 1/3/2024 | CHECK NUMBER 010324 | PAYMENT |
| 2/1/2024 | CAM - ESCROW | CHARGE |
| 2/1/2024 | RET - ESCROW | CHARGE |
| 2/1/2024 | MINIMUM RENT | CHARGE |
| 2/6/2024 | CHECK NUMBER 020624 | PAYMENT |
| 3/1/2024 | WATER AND SEWER | CHARGE |
| 3/1/2024 | CAM - ESCROW | CHARGE |
| 3/1/2024 | MINIMUM RENT | CHARGE |
| 3/1/2024 | RET - ESCROW | CHARGE |
| 3/5/2024 | CHECK NUMBER 030524 | PAYMENT |
| 3/7/2024 | PENNY ADJ | CHARGE |
| 4/1/2024 | MINIMUM RENT | CHARGE |
| 4/1/2024 | WATER AND SEWER | CHARGE |
| 4/1/2024 | CAM - ESCROW | CHARGE |
| 4/1/2024 | RET - ESCROW | CHARGE |
| 4/2/2024 | CHECK NUMBER 040224 | PAYMENT |

| Date | Description | Type |
|---|---|---|
| 5/1/2024 | RET - ESCROW | CHARGE |
| 5/1/2024 | MINIMUM RENT | CHARGE |
| 5/1/2024 | WATER AND SEWER | CHARGE |
| 5/1/2024 | CAM - ESCROW | CHARGE |
| 5/2/2024 | CHECK NUMBER 050224 | PAYMENT |
| 5/31/2024 | CHECK NUMBER 053124 | PAYMENT |
| 6/1/2025 | MINIMUM RENT | CHARGE |
| 6/1/2025 | WATER AND SEWER | CHARGE |
| 6/1/2025 | CAM - ESCROW | CHARGE |
| 6/1/2025 | RET - ESCROW | CHARGE |
| 6/10/2024 | Recovery Reconciliation 12/24 | CHARGE |
| 7/1/2024 | CHECK NUMBER 070124 | PAYMENT |
| 7/1/2024 | MINIMUM RENT | CHARGE |
| 7/1/2024 | WATER AND SEWER | CHARGE |
| 7/1/2024 | CAM ESCROW | CHARGE |
| 7/1/2024 | RET ESCROW | CHARGE |
| 8/1/2024 | WATER AND SEWER | CHARGE |
| 8/1/2024 | CHECK NUMBER 080124 | PAYMENT |
| 8/1/2024 | MINIMUM RENT | CHARGE |
| 8/1/2024 | CAM - ESCROW | CHARGE |
| 8/1/2024 | RET - ESCROW | CHARGE |
| 9/1/2024 | MINIMUM RENT | CHARGE |
| 9/1/2024 | CAM - ESCROW | CHARGE |
| 9/1/2024 | WATER AND SEWER | CHARGE |
| 9/1/2024 | RET - ESCROW | CHARGE |
| 9/3/2024 | CHECK NUMBER 090324 | PAYMENT |
| 10/1/2024 | RET - ESCROW | CHARGE |
| 10/1/2024 | MINIMUM RENT | CHARGE |
| 10/1/2024 | CAM - ESCROW | CHARGE |
| 10/1/2024 | WATER AND SEWER | CHARGE |
| 10/1/2024 | CHECK NUMBER 100124 | PAYMENT |
| 11/1/2024 | WATER AND SEWER | CHARGE |
| 11/1/2024 | RET - ESCROW | CHARGE |
| 11/1/2024 | MINIMUM RENT | CHARGE |
| 11/1/2024 | CHECK NUMBER 110124 | PAYMENT |
| 11/1/2024 | CAM - ESCROW | CHARGE |
| 11/29/2024 | CHECK NUMBER 112924 | PAYMENT |
| 12/1/2024 | RET - ESCROW | CHARGE |
| 12/1/2024 | WATER AND SEWER | CHARGE |

| Date | Description | Type |
|---|---|---|
| 12/1/2024 | MINIMUM RENT | CHARGE |
| 12/1/2024 | CAM - ESCROW | CHARGE |
| 12/6/2024 | Recovery Reconciliation 12/24 | CREDIT |
| 1/1/2025 | MINIMUM RENT | CHARGE |
| 1/1/2025 | CAM - ESCROW | CHARGE |
| 1/1/2025 | RET - ESCROW | CHARGE |
| 1/1/2025 | WATER AND SEWER | CHARGE |
| 1/2/2025 | CHECK NUMBER 010225 | PAYMENT |
| 1/13/2025 | 2023 CAM Reconciliation | CREDIT |
| 1/31/2025 | CHECK NUMBER 013125 | PAYMENT |
| 2/1/2025 | MINIMUM RENT | CHARGE |
| 2/1/2025 | WATER AND SEWER | CHARGE |
| 2/1/2025 | RET - ESCROW | CHARGE |
| 2/1/2025 | CAM - ESCROW | CHARGE |
| 3/1/2025 | WATER AND SEWER | CHARGE |
| 3/1/2025 | RET - ESCROW | CHARGE |
| 3/1/2025 | MINIMUM RENT | CHARGE |
| 3/1/2025 | CAM - ESCROW | CHARGE |
| 3/3/2025 | CHECK NUMBER 030325 | PAYMENT |
| 4/1/2025 | MINIMUM RENT | CHARGE |
| 4/1/2025 | CAM - ESCROW | CHARGE |
| 4/1/2025 | CHECK NUMBER 040125 | PAYMENT |
| 4/1/2025 | RET - ESCROW | CHARGE |
| 4/1/2025 | WATER AND SEWER | CHARGE |
| 5/1/2025 | CHECK NUMBER 050125 | PAYMENT |
| 5/1/2025 | CAM - ESCROW | CHARGE |
| 5/1/2025 | RET - ESCROW | CHARGE |
| 5/1/2025 | MINIMUM RENT | CHARGE |
| 5/1/2025 | WATER AND SEWER | CHARGE |
| 6/1/2025 | MINIMUM RENT | CHARGE |
| 6/1/2025 | CAM - ESCROW | CHARGE |
| 6/1/2025 | WATER AND SEWER | CHARGE |
| 6/1/2025 | RET - ESCROW | CHARGE |
| 6/3/2025 | CHECK NUMBER 060325 | PAYMENT |
| 6/12/2025 | Recovery Reconciliation 12/25 | CREDIT |

**Ending Balance thru 6/30/25**

| Date | Description | Type |
|---|---|---|
| 7/1/2025 | WATER AND SEWER | CHARGE |
| 7/1/2025 | MINIMUM RENT | CHARGE |
| 7/1/2025 | RET - ESCROW | CHARGE |
| 7/1/2025 | CAM - ESCROW | CHARGE |
| 7/22/2025 | 2024 CAM BILLING | CREDIT |
| 8/1/2025 | MINIMUM RENT | CHARGE |
| 8/1/2025 | WATER AND SEWER | CHARGE |
| 8/1/2025 | CAM - ESCROW | CHARGE |
| 8/1/2025 | RET - ESCROW | CHARGE |

**Ending Balance thru 8/28/25**

| Amount | Occupant Name | Generation |
|---:|:---|---:|
| 0.00 | **CLAIRE'S** | |
| 706.14 | CLAIRE'S | |
| 185.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 0.00 |
| 5,000.00 | CLAIRE'S | |
| 706.14 | CLAIRE'S | |
| 185.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 0.00 |
| 1,036.94 | CLAIRE'S | 1,036.94 |
| 75.50 | CLAIRE'S | |
| 706.14 | CLAIRE'S | |
| 185.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| (5,966.64) | CLAIRE'S | 0.00 |
| (5,891.14) | CLAIRE'S | |
| 706.14 | CLAIRE'S | |
| 185.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | 0.00 |
| 185.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| 706.14 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 0.00 |
| (3,326.16) | CLAIRE'S | (3,326.16) |
| 706.14 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| 185.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 0.00 |
| 706.14 | CLAIRE'S | |
| 185.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 0.00 |
| 706.14 | CLAIRE'S | |
| 185.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 0.00 |

| | | |
|---:|:---|---:|
| 1,144.00 | CLAIRE'S | 1,144.00 |
| 430.71 | CLAIRE'S | 430.71 |
| | | |
| 5,000.00 | CLAIRE'S | |
| 185.00 | CLAIRE'S | |
| 706.14 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 0.00 |
| | | |
| 5,000.00 | CLAIRE'S | |
| 185.00 | CLAIRE'S | |
| 706.14 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 0.00 |
| | | |
| (2,180.94) | CLAIRE'S | (2,180.94) |
| | | |
| 5,000.00 | CLAIRE'S | |
| 706.14 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 195.00 |
| | | |
| 5,000.00 | CLAIRE'S | |
| 706.14 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 195.00 |
| | | |
| 380.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| 706.14 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 195.00 |
| | | |
| 706.14 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 195.00 |
| | | |
| 8.72 | CLAIRE'S | |
| 651.06 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 148.64 |
| 0.01 | CLAIRE'S | 0.01 |
| | | |
| 5,000.00 | CLAIRE'S | |
| 8.72 | CLAIRE'S | |
| 651.06 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 148.64 |

|  |  |
|---:|---:|
| 380.00 CLAIRE'S |  |
| 5,000.00 CLAIRE'S |  |
| 8.72 CLAIRE'S |  |
| 651.06 CLAIRE'S |  |
| (5,891.14) CLAIRE'S | 148.64 |
|  |  |
| (5,891.14) CLAIRE'S |  |
| 5,000.00 CLAIRE'S |  |
| 8.72 CLAIRE'S |  |
| 651.06 CLAIRE'S |  |
| 380.00 CLAIRE'S | 148.64 |
|  |  |
| 219.49 CLAIRE'S | 219.49 |
|  |  |
| (5,891.14) CLAIRE'S |  |
| 5,000.00 CLAIRE'S |  |
| 8.72 CLAIRE'S |  |
| 651.06 CLAIRE'S |  |
| 380.00 CLAIRE'S | 148.64 |
|  |  |
| 8.72 CLAIRE'S |  |
| (5,891.14) CLAIRE'S |  |
| 5,000.00 CLAIRE'S |  |
| 651.06 CLAIRE'S |  |
| 380.00 CLAIRE'S | 148.64 |
|  |  |
| 5,000.00 CLAIRE'S |  |
| 651.06 CLAIRE'S |  |
| 8.72 CLAIRE'S |  |
| 380.00 CLAIRE'S |  |
| (5,891.14) CLAIRE'S | 148.64 |
|  |  |
| 380.00 CLAIRE'S |  |
| 5,000.00 CLAIRE'S |  |
| 651.06 CLAIRE'S |  |
| 8.72 CLAIRE'S |  |
| (5,891.14) CLAIRE'S | 148.64 |
|  |  |
| 8.72 CLAIRE'S |  |
| 380.00 CLAIRE'S |  |
| 5,000.00 CLAIRE'S |  |
| (5,891.14) CLAIRE'S |  |
| 651.06 CLAIRE'S | 148.64 |
|  |  |
| (5,891.14) CLAIRE'S |  |
| 380.00 CLAIRE'S |  |
| 8.72 CLAIRE'S |  |

| | | |
|---:|:---|---:|
| 5,000.00 | CLAIRE'S | |
| 651.06 | CLAIRE'S | 148.64 |
| | | |
| (5.51) | CLAIRE'S | (5.51) |
| | | |
| 5,000.00 | CLAIRE'S | |
| 651.06 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| 8.72 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | 148.64 |
| | | |
| (980.88) | CLAIRE'S | (980.88) |
| | | |
| (5,891.14) | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| 8.72 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| 651.06 | CLAIRE'S | 148.64 |
| | | |
| 8.72 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| 651.06 | CLAIRE'S | |
| (4,910.26) | CLAIRE'S | 1,129.52 |
| | | |
| 5,000.00 | CLAIRE'S | |
| 651.06 | CLAIRE'S | |
| (5,891.14) | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| 8.72 | CLAIRE'S | 148.64 |
| | | |
| (5,891.14) | CLAIRE'S | |
| 651.06 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| 5,000.00 | CLAIRE'S | |
| 8.72 | CLAIRE'S | 148.64 |
| | | |
| 5,000.00 | CLAIRE'S | |
| 651.06 | CLAIRE'S | |
| 8.72 | CLAIRE'S | |
| 380.00 | CLAIRE'S | |
| (5,891.14) | | 148.64 |
| | | |
| (144.39) | CLAIRE'S | (144.39) |
| | | |
| **332.39** | CLAIRE'S | **332.39** |

|  |  |  |
|---:|:---|---:|
| 8.72 | CLAIRE'S |  |
| 5,000.00 | CLAIRE'S |  |
| 380.00 | CLAIRE'S |  |
| 651.06 | CLAIRE'S | 6,039.78 |
| (1,454.16) | CLAIRE'S | (1,454.16) |
| 5,000.00 | CLAIRE'S |  |
| 8.72 | CLAIRE'S |  |
| 651.06 | CLAIRE'S |  |
| 380.00 | CLAIRE'S | 6,039.78 |
| **10,957.79** | CLAIRE'S | **10,957.79** |