| Database: | STEINER | | Aged Delinquencies | | EXHIBIT A | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| Report ID: | ALT_AGEDELWD | | Steiner + Associates | | | | Date: | 8/6/2025 |
| | | | | | | | Time: | 3:20 PM |
| | | | Date: 8/30/2025 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

| ETCR-ST1936 | | **Claire's** | | Master Occupant Id: ETCCLAI1-1 | | Day Due: 1 | Delq Day: 10 | |
| | | Rent Department | | C-106    Current | | Last Payment: | 06/03/2025 | 22,393.39 |
| | | (954) 392-4466 | | rentdepartment@claires.com | | Occupancy Date: | 07/01/2009 | |
| | | | | | | Rent Start Date: | 07/01/2009 | |

| Invoice Date | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 03/03/2025 | PRPD | Mar Overage ACH 030325 | CR | -335.49 | 0.00 | 0.00 | 0.00 | 0.00 | -335.49 |
| 03/11/2025 | ELE | 01/15/25-02/14/25 | CH | 495.84 | 0.00 | 0.00 | 0.00 | 0.00 | 495.84 |
| 03/11/2025 | WTR | 01/15/25-02/14/25 | CH | 82.24 | 0.00 | 0.00 | 0.00 | 0.00 | 82.24 |
| 04/09/2025 | IPY | Recovery Reconciliation 12/24 | CH | 208.35 | 0.00 | 0.00 | 0.00 | 0.00 | 208.35 |
| 04/09/2025 | TPY | Recovery Reconciliation 12/24 | CH | 2,163.98 | 0.00 | 0.00 | 0.00 | 0.00 | 2,163.98 |
| 04/16/2025 | ELE | 02/15/25-03/14/25 | CH | 434.46 | 0.00 | 0.00 | 0.00 | 0.00 | 434.46 |
| 04/16/2025 | WTR | 02/15/25-03/14/25 | CH | 81.26 | 0.00 | 0.00 | 0.00 | 0.00 | 81.26 |
| 05/01/2025 | TAX | AUTOCHRG @T5/31/2025 @F | CH | 60.84 | 0.00 | 0.00 | 0.00 | 0.00 | 60.84 |
| 05/07/2025 | TEN | 2024 Shared HVAC | CH | 252.09 | 0.00 | 0.00 | 0.00 | 252.09 | 0.00 |
| 05/15/2025 | ELE | 03/15/25-04/14/25 | CH | 378.16 | 0.00 | 0.00 | 0.00 | 378.16 | 0.00 |
| 05/15/2025 | WTR | 03/15/25-04/14/25 | CH | 82.24 | 0.00 | 0.00 | 0.00 | 82.24 | 0.00 |
| 05/29/2025 | ELE | 04/15/25-05/14/25 | CH | 443.32 | 0.00 | 0.00 | 0.00 | 443.32 | 0.00 |
| 05/29/2025 | WTR | 04/15/25-05/14/25 | CH | 82.93 | 0.00 | 0.00 | 0.00 | 82.93 | 0.00 |
| 06/26/2025 | ELE | 05/15/25-06/14/25 | CH | 436.52 | 0.00 | 0.00 | 436.52 | 0.00 | 0.00 |
| 06/26/2025 | WTR | 05/15/25-06/14/25 | CH | 82.24 | 0.00 | 0.00 | 82.24 | 0.00 | 0.00 |
| 07/01/2025 | BASE | AUTOCHRG @T7/31/2025 | CH | 16,413.28 | 0.00 | 0.00 | 16,413.28 | 0.00 | 0.00 |
| 07/01/2025 | CTOC | AUTOCHRG @T7/31/2025 | CH | 3,738.69 | 0.00 | 0.00 | 3,738.69 | 0.00 | 0.00 |
| 07/01/2025 | INS | AUTOCHRG @T7/31/2025 | CH | 83.07 | 0.00 | 0.00 | 83.07 | 0.00 | 0.00 |
| 07/01/2025 | MKT | AUTOCHRG @T7/31/2025 | CH | 484.65 | 0.00 | 0.00 | 484.65 | 0.00 | 0.00 |
| 07/01/2025 | TAX | AUTOCHRG @T7/31/2025 | CH | 1,673.69 | 0.00 | 0.00 | 1,673.69 | 0.00 | 0.00 |
| 07/23/2025 | SPY | Recovery Reconciliation 12/24 | CH | 526.01 | 0.00 | 526.01 | 0.00 | 0.00 | 0.00 |
| 07/24/2025 | STO | 03.25 Prorated Storage | CH | 335.49 | 0.00 | 335.49 | 0.00 | 0.00 | 0.00 |
| 08/01/2025 | BASE | AUTOCHRG @T8/31/2025 | CH | 16,413.28 | 16,413.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/2025 | CTOC | AUTOCHRG @T8/31/2025 | CH | 3,738.69 | 3,738.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/2025 | INS | AUTOCHRG @T8/31/2025 | CH | 83.07 | 83.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/2025 | MKT | AUTOCHRG @T8/31/2025 | CH | 484.65 | 484.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/2025 | TAX | AUTOCHRG @T8/31/2025 | CH | 1,673.69 | 1,673.69 | 0.00 | 0.00 | 0.00 | 0.00 |

| Code | Category | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|
| BASE | Base Rent | 32,826.56 | 16,413.28 | 0.00 | 16,413.28 | 0.00 | 0.00 |
| CTOC | Operating Contribution | 7,477.38 | 3,738.69 | 0.00 | 3,738.69 | 0.00 | 0.00 |
| ELE | Electricity | 2,188.30 | 0.00 | 0.00 | 436.52 | 821.48 | 930.30 |
| INS | Insurance | 166.14 | 83.07 | 0.00 | 83.07 | 0.00 | 0.00 |
| IPY | Insurance-Prior Year | 208.35 | 0.00 | 0.00 | 0.00 | 0.00 | 208.35 |
| MKT | Marketing Contribution | 969.30 | 484.65 | 0.00 | 484.65 | 0.00 | 0.00 |
| PRPD | Prepaid | -335.49 | 0.00 | 0.00 | 0.00 | 0.00 | -335.49 |
| SPY | Snow Removal - Prior Year | 526.01 | 0.00 | 526.01 | 0.00 | 0.00 | 0.00 |
| STO | Storage | 335.49 | 0.00 | 335.49 | 0.00 | 0.00 | 0.00 |
| TAX | Taxes and Assessments | 3,408.22 | 1,673.69 | 0.00 | 1,673.69 | 0.00 | 60.84 |
| TEN | Tenant Services | 252.09 | 0.00 | 0.00 | 0.00 | 252.09 | 0.00 |
| TPY | Tax-Prior Year | 2,163.98 | 0.00 | 0.00 | 0.00 | 0.00 | 2,163.98 |
| WTR | Water | 410.91 | 0.00 | 0.00 | 82.24 | 165.17 | 163.50 |
| **Claire's Total:** | | **50,597.24** | **22,393.38** | **861.50** | **22,912.14** | **1,238.74** | **3,191.48** |

| Code | Category | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|
| BASE | Base Rent | 32,826.56 | 16,413.28 | 0.00 | 16,413.28 | 0.00 | 0.00 |
| CTOC | Operating Contribution | 7,477.38 | 3,738.69 | 0.00 | 3,738.69 | 0.00 | 0.00 |
| ELE | Electricity | 2,188.30 | 0.00 | 0.00 | 436.52 | 821.48 | 930.30 |
| INS | Insurance | 166.14 | 83.07 | 0.00 | 83.07 | 0.00 | 0.00 |
| IPY | Insurance-Prior Year | 208.35 | 0.00 | 0.00 | 0.00 | 0.00 | 208.35 |
| MKT | Marketing Contribution | 969.30 | 484.65 | 0.00 | 484.65 | 0.00 | 0.00 |
| PRPD | Prepaid | -335.49 | 0.00 | 0.00 | 0.00 | 0.00 | -335.49 |
| SPY | Snow Removal - Prior Year | 526.01 | 0.00 | 526.01 | 0.00 | 0.00 | 0.00 |
| STO | Storage | 335.49 | 0.00 | 335.49 | 0.00 | 0.00 | 0.00 |
| TAX | Taxes and Assessments | 3,408.22 | 1,673.69 | 0.00 | 1,673.69 | 0.00 | 60.84 |

| Database: | STEINER | | | Aged Delinquencies | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|---|
| Report ID: | ALT_AGEDELWD | | | Steiner + Associates | | | | Date: | 8/6/2025 |
| | | | | | | | | Time: | 3:20 PM |
| | | | | Date: 8/30/2025 | | | | | |
| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
| | TEN | Tenant Services | | 252.09 | 0.00 | 0.00 | 0.00 | 252.09 | 0.00 |
| | TPY | Tax-Prior Year | | 2,163.98 | 0.00 | 0.00 | 0.00 | 0.00 | 2,163.98 |
| | WTR | Water | | 410.91 | 0.00 | 0.00 | 82.24 | 165.17 | 163.50 |
| | | | **Grand Total:** | 50,597.24 | 22,393.38 | 861.50 | 22,912.14 | 1,238.74 | 3,191.48 |