## EXHIBIT A

### 5Rivers CRE, LLC

| Store No. | Landlord | Mall / Property Name | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|---|
| 5060 | MONTGOMERY EASTCHASE, LLC | Shoppes at EastChase | Montgomery, AL | $10,780.00 | $12,280.00 |

### Brixmor Property Group

| Store No. | Landlord | Mall / Property Name | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|---|
| 5554 | BRIXMOR LACENTERRA LLC | LaCenterra at Cinco Ranch | Katy, TX | $15,123.00 | $16,623.00 |

### Brookfield Properties Retail, Inc.

| Store No. | Landlord | Mall / Property Name | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|---|
| 5034 | GGP ALA MOANA L.L.C. | Ala Moana Center | Honolulu, HI | $84,526.00 | $93,497.38 |
| 6148 | ALDERWOOD MALL L.L.C. | Alderwood Mall | Lynnwood, WA | $29,875.00 | $31,499.25 |
| 3300 | ALTAMONTE MALL, LLC | Altamonte Mall | Altamonte Springs, FL | $19,023.00 | $25,622.50 |
| 6016 | APACHE MALL, LLC | Apache Mall | Rochestter, MN | $17,259.00 | $18,759.12 |
| 6140 | AUGUSTA MALL LLC | Augusta Mall | Augusta, GA | $51,543.00 | $53,043.24 |

| 6166 | BAYBROOK MALL, LLC | Baybrook Mall | Houston, TX | $46,628.00 | $49,081.08 |
|------|--------------------|---------------|-------------|------------|------------|
| 5624 | BAY SHORE MALL, LP | Bayshore Mall | Eureka, CA | $4,683.00 | $6,183.00 |
| 6205 | BEACHWOOD PLACE MALL LLC | Beachwood Place | Beachwood, OH | $28,718.00 | $30,217.83 |
| 5729 | BOISE TOWNE SQUARE | Boise Towne Square | Boise, ID | $42,616.00 | $44,116.00 |
| 5943 | CAROLINA PLACE L.L.C | Carolina Place | Pineville, NC | $27,322.00 | $28,822.00 |
| 5627 | RPI CHESTER-FIELD, LLC | Chesterfield Towne Center | Richmond, V | $16,332.00 | $18,354.66 |
| 3148 | CHRISTIANA MALL LLC | Christiana Mall | Newark, DE | $42,064.00 | $45,479.61 |
| 8145 | CHRISTIANA MALL LLC | Christiana Mall | Newark, DE | $22,522.00 | $24,168.88 |
| 6808 | CLACKAMAS MALL LLC | Clackamas Town Center | Portland, OR | $45,638.00 | $45,971.91 |
| 8009 | CLACKAMAS MALL LLC | Clackamas Town Center | Happy Valley, OR | $11,258.00 | $19,884.04 |
| 6561 | COASTLAND CENTER; LLC | Coastland Center | Naples, FL | $24,797.00 | $26,297.00 |
| 6473 | COLUMBIA MALL L.L.C. | Columbia Mall (MO) | Columbia, MO | $25,439.00 | $26,938.81 |
| 5827 | COLUMBIANA CENTRE LLC | Columbiana Centre | Columbia, SC | $43,462.00 | $44,502.50 |
| 6625 | CORAL RIDGE MALL; LLC | Coral Ridge Mall | Coralville, IA | $12,071.00 | $13,571.35 |
| 5804 | CORONADO CENTER L.L.C | Coronado Center | Albuquerque, NM | $56,347.00 | $57,226.30 |

| 8007 | CORONADO CENTER L.L.C | Coronado Center | Albuquerque, NM | $4,998 | $7,905.83 |
|------|------------------------|-----------------|-----------------|--------|-----------|
| 6192 | CUMBERLAND MALL, LLC | Cumberland Mall | Atlanta, GA | $30,719.00 | $33,447.61 |
| 5402 | DEERBROOK MALL LLC | Deerbrook Mall | Humble, TX | $33,849.00 | $35,349.18 |
| 720 | FASHION SHOW MALL LLC | Fashion Show | Las Vegas, NV | $17,959.00 | $22,503.12 |
| 6450 | FIRST COLONY MALL, LLC | First Colony Mall | Sugarland, TX | $31,471.00 | $32,971.49 |
| 5643 | GGP-FOUR SEASONS LP | Four Seasons Town Centre | Greensboro, NC | $15,613.00 | $17,482.69 |
| 5377 | FOX RIVER SHOPPING CENTER LLC | Fox River Mall | Appleton, WI | $59,839.00 | $61,339.00 |
| 6029 | TYLER MALL LIMITED PARTNERSHIP | Galleria at Tyler | Riverside, CA | $28,431.00 | $29,930.97 |
| 3283 | GLENDALE I MALL ASSOCIATES, LP | Glendale Galleria | Glendale, CA | $53,923.00 | $55,423.00 |
| 6035 | GOVERNOR'S SQUARE MALL; LLC | Governors Square | Tallahassee, FL | $23,332.00 | $26,695.58 |
| 5452 | GRAND TETON MALL, LLC | Grand Teton Mall | Idaho Falls, ID | $34,261.00 | $35,761.00 |
| 5986 | GRAND TRAVERSE MALL, LLC | Grand Traverse Mall | Traverse City, MI | $15,381.00 | $16,881.00 |
| 6447 | RPI GREENVILLE MALL, L.P. | Greenville Mall | Greenville, NC | $15,254.00 | $18,359.86 |
| 6013 | HULEN MALL LLC | Hulen Mall | Fort Worth, TX | $14,014.00 | $15,514.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6601 | JORDAN CREEK TOWN CENTER, LLC | Jordan Creek Town Center | West Des Moines, IA | $41,698.00 | $42,227.56 |
| 5693 | KENWOOD MALL L.L.C | Kenwood Towne Centre | Cincinnati, OH | $45,403.00 | $47,315.85 |
| 6103 | LYNNHAVEN MALL L.L.C. | Lynnhaven Mall | Virginia Beach, VA | $21,367.00 | $22,867.00 |
| 6476 | MALL OF LOUISIANA LLC | Mall of Louisiana | Baton Rouge, LA | $36,033.00 | $37,533.00 |
| 3415 | MALL OF LOUISIANA LLC | Mall of Louisiana | Baton Rouge, LA | $16,095.00 | $17,595.00 |
| 5991 | MSM PROPERTY L.L.C. | Mall St Matthews | Louisville, KY | $27,885.00 | $29,385.00 |
| 5237 | CHAMPAIGN MARKET PLACE L.L.C. | Market Place Shopping Center | Champaign, IL | $17,501.00 | $19,001.00 |
| 5901 | MAYFAIR MALL LLC. | Mayfair Mall | Wauwatosa, WI | $15,510.00 | $17,010.00 |
| 3433 | GGP MEADOWS MALL LLC | Meadows Mall | Las Vegas, NV | $23,980.00 | $26,986.70 |
| 6135 | NATICK MALL LLC | Natick Mall | Natick, MA | $35,616.00 | $97,578.11 |
| 6058 | NORTH STAR MALL LLC | North Star Mall | San Antonio, TX | $40,228.00 | $41,728.00 |
| 6299 | GGP NORTHRIDGE FASHION CENTER, LP | Northridge Fashion Center | Northridge, CA | $26,879.00 | $28,378.69 |
| 3251 | OAKBROOK SHOPPING CENTER, LLC | Oakbrook Center | Oak Brook, IL | $33,606.00 | $35,106.00 |
| 6985 | OAKWOOD SHOPPING CENTER, LLC | Oakwood Center (LA) | Gretna, LA | $17,133.00 | $18,633.87 |

| 5552 | OAKWOOD HILLS MALL LLC | Oakwood Mall (WI) | Eau Claire, WI | $18,817.00 | $20,317.00 |
|------|------------------------|-------------------|---------------|------------|------------|
| 5771 | OGLETHORPE MALL L.L.C. | Oglethorpe Mall | Savannah, GA | $22,936.00 | $26,141.38 |
| 5793 | GGP-OTAY RANCH; L.P. | Otay Ranch Town Center | Chula Vista, CA | $9,132.00 | $11,205.52 |
| 6350 | PARAMUS PARK SHOPPING CENTER LIMITED PARTNERSHIP | Paramus Park | Paramus, NJ | $14,979.00 | $16,479.00 |
| 5133 | PARK CITY CENTER BUSINESS TRUST | Park City Center | Lancaster, PA | $14,030.00 | $15,053.84 |
| 6728 | PARK MEADOWS MALL, LLC | Park Meadows | Lone Tree, CO | $43,977.00 | $46,657.51 |
| 5674 | PEACHTREE MALL, LLC | Peachtree Mall | Columbus, GA | $27,750.00 | $29,249.88 |
| 5476 | PEMBROKE LAKES MALL, LLC | Pembroke Lakes Mall | Pembroke Pines, FL | $39,036.00 | $40,536.00 |
| 5063 | PERIMETER MALL, LLC | Perimeter Mall | Dunwoody, GA | $38,115.00 | $39,614.56 |
| 6465 | PRINCE KUHIO PLAZA, LLC | Prince Kuhio Plaza | Hilo, HI | $16,534.00 | $18,033.81 |
| 6670 | TEMECULA TOWNE CENTER ASSOCIATES, LLC | Promenade Temecula | Temecula, CA | $47,646.00 | $49,146.00 |
| 5619 | QUAIL SPRINGS MALL, LLC | Quail Springs Mall | Oklahoma City, OK | $23,139.00 | $24,638.73 |
| 5674 | PEACHTREE MALL, LLC | Peachtree Mall | Columbus, GA | $27,750.00 | $29,249.88 |

| 5476 | PEMBROKE LAKES MALL, LLC | Pembroke Lakes Mall | Pembroke Pines, FL | $39,036.00 | $40,536.00 |
|---|---|---|---|---|---|
| 5063 | PERIMETER MALL, LLC | Perimeter Mall | Dunwoody, GA | $38,115.00 | $39,614.56 |
| 6465 | PRINCE KUHIO PLAZA, LLC | Prince Kuhio Plaza | Hilo, HI | $16,534.00 | $18,033.81 |
| 6670 | TEMECULA TOWNE CENTER ASSOCIATES, LLC | Promenade Temecula | Temecula, CA | $47,646.00 | $49,146.00 |
| 5619 | QUAIL SPRINGS MALL, LLC | Quail Springs Mall | Oklahoma City, OK | $23,139.00 | $24,638.73 |
| 6036 | RIDGEDALE CENTER LLC | Ridgedale Center | Minnetonka, MN | $ 35,615.00 | $37,115.00 |
| 5466 | HOOVER MALL LIMITED LLC, HOOVER MALL HOLDING LLC, HOOVER JV HOLDCO LLC | Riverchase Galleria | Hoover, AL | $18,615.00 | $20,115.01 |
| 5577 | SAINT LOUIS GALLERIA L.L.C. | Saint Louis Galleria | ST. Louis, MO | $26,438.00 | $27,938.00 |
| 5085 | SHORT PUMP TOWN CENTER; LLC | Short Pump Town Center | Richmond, VA | $24,656.00 | $26,251.31 |
| 5193 | SOONER FASHION MALL LLC | Sooner Mall | Norman, OK | $8,584.00 | $10,084.00 |
| 3317 | SOUTHLAND MALL, L.P. | Southland Mall (CA) | Hayward, CA | $13,950.00 | $15,949.20 |
| 5350 | SOUTHWEST PLAZA L.L.C. | Southwest Plaza | Littleton, CO | $33,385.00 | $34,885.00 |

| 6593 | SPOKANE MALL L.L.C. | Spokane Valley Mall | Spokane Valley, WA | $18,380.00 | $19,880.00 |
| 6003 | GGP STATEN ISLAND MALL LLC | Staten Island Mall Phase I | Staten Island, NY | $56,648.00 | $58,148.00 |
| 6831 | STONEBRIAR MALL LLC | Stonebriar Centre | Frisco, TX | $15,797.00 | $19,356.44 |
| 6138 | GGP-MAINE MALL L.L.C. | The Maine Mall | South Portland, ME | $23,717.00 | $25,217.00 |
| 3223 | THE MALL IN COLUMBIA, LLC | The Mall in Columbia (MD) | Columbia, MD | $34,047.00 | $38,071.18 |
| 5653 | OAKS MALL GAINESVILLE LIMITED PARTNERSHIP | The Oaks Mall | Gainesville, FL | $16,535.00 | $18,035.00 |
| 5649 | PARKS AT ARLINGTON, LLC | The Parks Mall at Arlington | Arlington, TX | $12,940.00 | $14,849.11 |
| 3310 | PARKS AT ARLINGTON, LLC | The Parks Mall at Arlington | Arlington, TX | $21,952.00 | $23,451.66 |
| 6260 | RIVER CROSSING SHOPPES, LLC | The Shoppes at River Crossing | Macon, GA | $16,664.00 | $18,163.75 |
| 5456 | LA CANTERA RETAIL LIMITED PARTNERSHIP | The Shops at La Cantera | San Antonio, TX | $37,937.00 | $39,437.29 |
| 5045 | SOUTHPOINT MALL; LLC | The Streets at Southpoint | Durham, NC | $32,273.00 | $36,562.17 |
| 6157 | THE WOODLANDS MALL ASSOCIATES, LLC | The Woodlands Mall | Woodlands, TX | $21,139.00 | $22,651.20 |

| 5776 | TOWN EAST MALL LLC | Town East Mall | Mesquite, TX | $25,314.00 | $26,814.15 |
| 5975 | TOWSON TC, LLC | Towson Town Center | Towson, MD | $16,066.00 | $18,486.32 |
| 5418 | GGP-TUCSON MALL L.L.C. | Tucson Mall | Tucson, AZ | $28,064.00 | $29,564.00 |
| 5728 | VALLEY PLAZA MALL, LP | Valley Plaza | Bakersfield, CA | $28,070.00 | $29,570.32 |
| 5946 | VICTORIA GARDENS MALL, LLC | Victoria Gardens | Rancho Cucamonga, CA | $34,639.00 | $36,139.00 |
| 5882 | VISALIA MALL L.P. | Visalia Mall | Visalia, CA | $11,872.00 | $13,461.84 |
| 5124 | WESTROADS MALL, LLC | Westroads Mall | Omaha, NE | $20,673.00 | $23,572.87 |
| 3485 | WILLOWBROOK MALL; LLC | Willowbrook (NJ) | Wayne, NJ | $36,555.00 | $38,897.06 |
| 6339 | WILLOWBROOK MALL (TX), LLC | Willowbrook Mall (TX) | Houston, TX | $43,942.00 | $45,442.00 |

### Hines Global REIT

| Store No. | Landlord | Mall / Property Name | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|---|
| 5432 | HGIT BRIARGATE LLC | Briargate | Colorado Springs | $ 17,638.00 | $19,138.00 |

### Jones Lang LaSalle

| Store No. | Landlord | Mall / Property Name | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|---|

| 6298 | PPF RTL ROSEDALE SHOPPING CENTER, LLC | Rosedale Center | Roseville, MN | $ 16,024.00 | $17,524.00 |
| 6632 | SOUTHLAND CENTER, LLC | Southland Center | Taylor, MI | $22,169.00 | $24,424.54 |
| 5602 | COUNTRYSIDE MALL LLC | Westfield Countryside (Countryside Square) | Clearwater, FL | $16,476.00 | $17,976.00 |

**Kite Realty Group**

| Store No. | Landlord | Mall / Property Name | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|---|
| 5941 | KRG Las Vegas Centennial Center, LLC | Centennial Center | Las Vegas, NV | $11,909.00 | $19,455.47 |

**Regency Centers, L.P.**

| Store No. | Landlord | Mall / Property Name | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|---|
| 6154 | DALY CITY SERRAMONTE CENTER, LLC | Serramonte Center | Daly City, CA | $10,080.00 | $12,994.39 |

**SITE Centers Corp.**

| Store No. | Landlord | Mall / Property Name | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|---|

| 706 | DT BROOKSIDE LLC | Brookside Marketplace Lot 17 | Tinley Park, IL | $ 12,374.00 | $13,920.93 |

**Turnberry Associates**

| Store No. | Landlord | Mall / Property Name | Location | Debtor Cure Amount | Landlord Cure Amount |
|---|---|---|---|---|---|
| 5950 | AVENTURA MALL VENTURE | Aventura Mall (19575 Biscayne Blvd) | Aventura, FL | $96,789.00 | $98,289.00 |
| 5595 | DESTIN COMMONS, LTD. | Destin Commons | Destin, FL | $19,825 | $20,703.13 |