**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) Case No. 25-11454 (BLS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) Re: Docket No. __ |

**SECOND OMNIBUS ORDER
(I) AUTHORIZING THE REJECTION OF
CERTAIN UNEXPIRED LEASES AND EXECUTORY
CONTRACTS, (II) AUTHORIZING THE ABANDONMENT
OF CERTAIN PERSONAL PROPERTY, EACH EFFECTIVE
AS OF THE REJECTION DATE, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing the rejection of (i) certain unexpired leases (each, a "Lease," and collectively, the "Leases") for nonresidential real property located at the premises (collectively, the "Premises") set forth on **Exhibit 1** attached hereto and (ii) that certain executory contract (the "Contract," and collectively with the Leases, the "Agreements" set forth on **Exhibit 1** attached hereto, (b) authorizing the abandonment of certain goods, equipment, fixtures, furniture, or other personal property (the "Personal Property") that may be located at the Premises, each effective as of the Rejection Date, and (c) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.      Each of the Agreements set forth on **Exhibit 1** attached hereto are rejected as of the Rejection Date.

4.      Subject to the consent of the Directing Cash Collateral Agent solely with respect to the Collateral (as defined in the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority*

*Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 221] (the "Interim DIP Order")), which consent shall be deemed given upon the entry of this Order, the Debtors are authorized to abandon any Personal Property that may be located on the Premises, and all such property is deemed abandoned effective as of the Rejection Date without further order of this Court. The applicable counterparty to each Lease is authorized to use or dispose of such abandoned Personal Property without notice or liability to the Debtors or any other party, and the automatic stay, to the extent applicable, shall be modified to permit such use or disposition.

5.      Claims by counterparties relating to the rejection of the Agreements shall be filed by the later of (i) the General Bar Date as set by order of the Court pursuant to the *Motion of Debtors Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form and Manner for Filing Proofs of Claim, Including Section 503(B)(9) Requests, and (IV) Approving Form and Manner of Notice Thereof* [Docket No. 183] and (ii) 11:59 p.m., prevailing Eastern Time, on the date that is 30 days after the entry of this Order.

6.      Nothing contained in the Motion or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be: (a) an implication or admission as to the amount, validity, or priority of, or basis for, any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative expense

claim, other priority claim, or otherwise of a type specified or defined in the Motion or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease not listed on **Exhibit 1** pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of any claims, causes of action, or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law; (h) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code (except for the Agreements set forth on **Exhibit 1** hereto); (i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; (j) a waiver of the obligation of any party in interest to file a proof of claim; or (k) otherwise affecting the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease (except for the Agreements set forth on **Exhibit 1** hereto).

7.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion, and the requirements of Bankruptcy Rules 6004(a) and 6006(c) and the Local Rules are satisfied by such notice.

8.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.     The numerosity requirements of Bankruptcy Rule 6006(f)(6) are waived for the Motion and the rejection of the Agreements authorized by this Order otherwise complies with the requirements of Bankruptcy Rule 6006(f).

10.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

**Rejected Agreements**

| # | Counterparty Name | Debtor Counterparty | Property Address, if Lease | Description of Agreement | Rejection Effective Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|
| 1 | Anderson Mall Realty Holding LLC | Claire's Boutiques, Inc. | 3101 N. Main Suite #S05, Anderson, South Carolina 29621 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 2 | Axxes; LLC | Claire's Boutiques, Inc. | 37-60 Junction Blvd Suite #37-60, Queens, New York 11368 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 3 | FR Georgetowne LLC | Claire's Boutiques, Inc. | 2143 Ralph Avenue Suite# 2143, Brooklyn, New York 11234 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 4 | Rich-Lawndale LLC | Claire's Boutiques, Inc. | 4114 S. Pulaski Road Suite #14, Chicago, Illinois 60632 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 5 | MCPP Cascade Station I, LLC | Claire's Boutiques, Inc. | 9721 - 10263 NE Cascades Pkwy Suite S-2A0, Portland, Oregon 97220 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 6 | Regency Centers Corporation | Claire's Boutiques, Inc. | 5121 Sheridan Street 0, Hollywood, Florida 33021 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 7 | Mid-America Real Estate-Minnesota | Claire's Boutiques, Inc. | 8320B Highway 7 0, St. Louis Park, Minnesota 55426 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 8 | Pacific Castle Rancho LLC | Claire's Boutiques, Inc. | 10801 Olson Drive Suite 10905, Rancho-Cordova, California 95670 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 9 | Patchogue Realty Associates, LLC | Claire's Boutiques, Inc. | 499-21 Sunrise Highway Space 499-21, Patchogue, New York 11772 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 10 | Tanger Properties Limited Partnership | Claire's Boutiques, Inc. | 1475 North Burkhart Road Suite #E180, Howell, Michigan 48843 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 11 | Murrieta Town Center Retail Owner LP | Claire's Boutiques, Inc. | 39825 Alta Murrieta Drive Suite# 1-D07, Murrieta, California 92563 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 12 | RPT Northborough LLC | Claire's Boutiques, Inc. | 8118 Shops Way Suite N118, Northborough, Massachusetts 01532 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 13 | NYBERG CENTERCAL OWNER LLC | Claire's Boutiques, Inc. | 7069 SW Nyberg Street S-2, Tualatin, Oregon 97062 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 14 | RCG-Huber Heights PM, LLC | Claire's Boutiques, Inc. | 8287 Old Troy Pike Suite #22, Huber Heights, Ohio 45424 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 15 | Broadway Mall | Claire's Boutiques, Inc. | Rt 106 & Northern State P Suite #452, Hicksville, New York 11801 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 16 | DDR URBAN LP | Claire's Boutiques, Inc. | 25 Bay Street, Building C, Unit 560, Long Beach, California 90802 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 17 | Lake Success Shopping Center, LLC | Claire's Boutiques, Inc. | 1470 Union Turnpike 0, New Hyde Park, New York 11040 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 18 | FEDERAL REALTY OP LP | Claire's Boutiques, Inc. | 536 N Frederick Ave 0, Gaithersburg, Maryland 20877 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 19 | MDN Development, INC | Claire's Boutiques, Inc. | 3530 N. Southport Suite 3530, Chicago, Illinois 60657 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 20 | SANTA MARGARITA VENTURES  LLC | Claire's Boutiques, Inc. | 30602 Santa Margarita Pkwy Suite# 30606 A-102, Rancho Santa Margari, California 92688 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 21 | Seatac Village Shopping Center LLC | Claire's Boutiques, Inc. | 1706 S. 320th Street Suite 1, Federal Way, Washington 98003 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 22 | CENTRALIA OUTLETS LLC | Claire's Boutiques, Inc. | 1334 Lum Road Suite #1334, Centralia, Washington 98531 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 23 | Weingarten Nostat, LLC | Claire's Boutiques, Inc. | 2752 E. Colonial Drive 0, Orlando, Florida 32803 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 24 | Canton Marketplace Owner, LLC | Claire's Boutiques, Inc. | 1810 Cumming Highway Suite 1335, Canton, Georgia 30114 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 25 | Sunrise Mall Realty LLC, Sunrise CH LLC, and Sunrise Nassim LLC | Claire's Boutiques, Inc. | 6076 Sunrise Mall Suite #B1 & B2, Citrus Heights, California 95610 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 26 | KRG Woodinville Plaza, LLC | Claire's Boutiques, Inc. | 1401 NE Woodinville Duvall Rd Suite #005, Woodinville, Washington 98072 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 27 | Federal Realty Partners LP | Claire's Boutiques, Inc. | 7694 Richmond Hwy Suite 12, Alexandria, Virginia 22306 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 28 | Goulston & Storrs PC | Claire's Boutiques, Inc. | 100 Cambridgeside Place Suite #E209, Cambridge, Massachusetts 02141 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 29 | FHR Main Retail Center, LLC | Claire's Boutiques, Inc. | 7325 166th Avenue NE Suite #F122, Redmond, Washington 98052 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 30 | WMG Meadows LLC | Claire's Boutiques, Inc. | 15 Market Street Suite# E, Glenwood Springs, Colorado 81601 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 31 | Outlets at Traverse Mountain LLC | Claire's Boutiques, Inc. | 3700 N. Cabela's Blvd Suite 351, Lehi, Utah 84044 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 32 | Christown 1775, LLC | Claire's Boutiques, Inc. | 1644 West Montebello Suite #5, Phoenix, Arizona 85015 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 33 | ANBIL II-RO LP | Claire's Boutiques, Inc. | 1964 W Gray St Suite # 1556-A, Houston, Texas 77019 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 34 | Craig Realty Group - Anthem; L.P. | Claire's Boutiques, Inc. | 4250 W. Anthem Way Suite #475, Phoenix, Arizona 85086 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 35 | USPG Portfolio Six, LLC | Claire's Boutiques, Inc. | 1618 N. Bechtle Avenue Suite 30, Springfield, Ohio 45504 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 36 | DeRito  Talking Stick North LLC | Claire's Boutiques, Inc. | 8980 East Talking Stick Way Suite #D-3, Scottsdale, Arizona 85250 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 37 | COROC/RIVIERA LLC | Claire's Boutiques, Inc. | 2200 Tanger Blvd Suite #932, Washington, Pennsylvania 15301 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 38 | E & P at Neshaminy LLC | Claire's Boutiques, Inc. | 603 Neshaminy Mall Suite #603, Bensalem, Pennsylvania 19020 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 39 | IPERS RIVERGATE INC. | Claire's Boutiques, Inc. | 14141 Steele Creek Rd Suite #300, Charlotte, North Carolina 28273 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 40 | WAL-MART STORES EAST, LP | Claire's Boutiques, Inc. | 250 Hartford Avenue 0, Bellingham, Massachusetts 02019 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 41 | Opex CRE Management LLC | Claire's Boutiques, Inc. | 1425 Woodhaven & Knights Road Suite #337, Philadelphia, Pennsylvania 19154 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 42 | RL Miami LP | Claire's Boutiques, Inc. | 1440 NW N.River Drive Suite 3.5A, Miami, Florida 33125 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 43 | WAL-MART STORES EAST, LP | Claire's Boutiques, Inc. | 3040 Battlefield Pkwy 110, Fort Oglethorpe, Georgia 30742 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 44 | Heidenberg Properties Group | Claire's Boutiques, Inc. | 999 Montauk Highway Suite 18, Shirley, New York 11967 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 45 | WAL-MART STORES EAST, LP | Claire's Boutiques, Inc. | 1001 Shiloh Glenn Dr 130, Morrisville, North Carolina 27560 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 46 | Maryland Parkway Property, LLC | Claire's Boutiques, Inc. | 830 West Arrow Highway Suite# B, San Dimas, California 91773 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 47 | BRE/PEARLRIDGE LLC | Claire's Boutiques, Inc. | 533 Pearlridge Ctr Suite# 2206A, Aiea, Oahu, Hawaii 96701 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 48 | JCC California Properties LLC | Claire's Boutiques, Inc. | 104 Vintage Way Suite#D-3, Novato, California 94945 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 49 | SALEM CENTER | Claire's Boutiques, Inc. | 401 Center St N.E. Suite #2290, Salem, Oregon 97301 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 50 | SRE Ontario, LLC | Claire's Boutiques, Inc. | 6699 N. Landmark Drive Suite #A-132, Park City, Utah 84098 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |

| # | Counterparty Name | Debtor Counterparty | Property Address, if Lease | Description of Agreement | Rejection Effective Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|
| 51 | South Town Development LLC | Claire's Boutiques, Inc. | 10450 S. State St. Suite# 1318, Sandy, Utah 84070 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 52 | QC East, LLC | Claire's Boutiques, Inc. | 3467 Amelia Dr Suite # 3467, Orchard Park, New York 14127 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 53 | SOUTH SHORE MALL REALTY LLC | Claire's Boutiques, Inc. | 1701 Sunrise Highway Suite #F11, Bay Shore, New York 11706 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 54 | WAL-MART STORES EAST, LP | Claire's Boutiques, Inc. | 1941 W Morton Ave 120, Jacksonville, Illinois 62650 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 55 | Kimschott Factoria Mall; LLC | Claire's Boutiques, Inc. | 3933 Factoria Mall, Suite# D02, Bellevue, Washington 98006 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 56 | Wayne Towne Enterprises, Ltd. | Claire's Boutiques, Inc. | 4067 Burbank Road 0, Wooster, Ohio 44691 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 57 | Brookfield Square Joint Venture | Claire's Boutiques, Inc. | 95 N. Moorland Road Suite #D9, Brookfield, Wisconsin 53005 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 58 | Crossroads Plaza 1743 LP | Claire's Boutiques, Inc. | 420 Crossroads Boulevard 0, Cary, North Carolina 27518 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 59 | CBL & Associates Management, Inc. | Claire's Boutiques, Inc. | 2899 Whiteford Road Suite #164, York, Pennsylvania 17402 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 60 | Cumberland Mall | Claire's Boutiques, Inc. | 3849 South Delsea Drive Suite #B-23, Vineland, New Jersey 08360 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 61 | CH Realty X-DLC R Wheaton Danada West, LLC | Claire's Boutiques, Inc. | 104 Danada Square West Suite #21a, Wheaton, Illinois 60189 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 62 | WARD PARKWAY RETAIL ASSOCIATES, LLC | Claire's Boutiques, Inc. | 8600 Ward Parkway Center Suite #310, Kansas City, Missouri 64114 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 63 | Bloomingdale Owner LLC | Claire's Boutiques, Inc. | 320 W. Army Trail Road Suite #100, Bloomingdale, Illinois 60108 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 64 | BRE Retsidual NC Owner L.P | Claire's Boutiques, Inc. | 2950 E. Franklin Boulevard Suite 13, Gastonia, North Carolina 28056 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 65 | G&I IX Camp Creek Property, LLC | Claire's Boutiques, Inc. | 3610 Marketplace Blvd Unit 440, East Point, Georgia 30344 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 66 | Tanger Properties Limited Partnership | Claire's Boutiques, Inc. | 350 84th Street SW Suite 903, Byron Center, Michigan 49315 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 67 | UNIONTOWN MALL REALTY LLC C/ O NAMDAR | Claire's Boutiques, Inc. | 1150 Mall Run Road Suite #150, Uniontown, Pennsylvania 15401 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 68 | THE PROMENADE D'IBERVILLE  LLC | Claire's Boutiques, Inc. | 3950 Promenade Parkway Ste A, D'Iberville, Mississippi 39540 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 69 | CRYSTAL MALL REALTY LLC | Claire's Boutiques, Inc. | 850 Hartford Turnpike Suite #H121, Waterford, Connecticut 06385 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 70 | Tucker Meridian, LLC | Claire's Boutiques, Inc. | 4310 Lavista Road Suite A-250, Tucker, Georgia 30084 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 71 | Tanger Properties Limited Partnership | Claire's Boutiques, Inc. | 1308 Tanger Drive Suite #1308, Riverhead, New York 11901 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 72 | Jubilee-Springdale, LLC | Claire's Boutiques, Inc. | 43 East Kemper Road Suite 433, Springdale, Ohio 45246 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 73 | FR Riverpoint, LLC | Claire's Boutiques, Inc. | 1730 W Fullerton Avenue Suite 9, Chicago, Illinois 60614 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 74 | Merle Hay Investors, LLC | Claire's Boutiques, Inc. | Merle Hay Rd. & Douglas Ave Suite #416, Des Moines, Iowa 50310 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 75 | Green Oak Owner 1 LLC | Claire's Boutiques, Inc. | 9775 Village Place Blvd Suite #BLDG H, Brighton, Michigan 48116 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 76 | TGA NAP Forum on Peachtree Owner LLC | Claire's Boutiques, Inc. | 5155 Peachtree Pkwy Suite# 445, Peachtree Corners, Georgia 30092 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 77 | IVM MallCo LLC | Claire's Boutiques, Inc. | 3451 S. Dogwood Ave Suite #1528, El Centro, California 92243 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 78 | B33 Belmar II LLC | Claire's Boutiques, Inc. | 7160 W Alaska Drive Suite# 7M1R10, Lakewood, Colorado 80226 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 79 | Hart TC I-III; LLC | Claire's Boutiques, Inc. | 11371 Parkside Drive Suite #934, Knoxville, Tennessee 37934 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 80 | Crescent Land Development Associates LLC | Claire's Boutiques, Inc. | 3519A Hempstead Turnpike Suite #12E, Levittown, New York 11756 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 81 | Valle Vista Mall Realty Holding, LLC | Claire's Boutiques, Inc. | 2000 S Expressway 83 Suite #E09, Harlingen, Texas 78552 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 82 | Ronald M Druker | Claire's Boutiques, Inc. | 371 Washington Street 0, Boston, Massachusetts 02110 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 83 | Bay Street CentralCal, LLC | Claire's Boutiques, Inc. | 5616 Bay Street 0, Emeryville, California 94608 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 84 | Brixton Provo Mall, LLC | Claire's Boutiques, Inc. | 1200 Town Center Blvd Suite #2042, Provo, Utah 84601 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 85 | Rockstep McComb LLC | Claire's Boutiques, Inc. | 1722 Veterans Blvd Suite# A-7, Mccomb, Mississippi 39648 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 86 | Ford City Realty LLC, Ford City Nassim LLC and Ford City CH LLC | Claire's Boutiques, Inc. | 7601 S. Cicero Avenue Suite #1442, Chicago, Illinois 60652 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 87 | WAL-MART STORES EAST, LP | Claire's Boutiques, Inc. | 320 E Hanes Mill Rd 0, Winston-Salem, North Carolina 27105 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 88 | Green Ridge Holdings, LLC | Claire's Boutiques, Inc. | 3286A Alpine Ave Suite #119, Walker, Michigan 49544 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 89 | CBL & Associates Management; Inc. | Claire's Boutiques, Inc. | 1400 Dell Range Blvd Suite #41, Cheyenne, Wyoming 82009 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 90 | Leawood TCP, LLC | Claire's Boutiques, Inc. | 5207 W 117 Street Suite #2250, Leawood, Kansas 66209 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 91 | Kohan Retail Investment Group | Claire's Boutiques, Inc. | 11201 Bass Pro Parkway Suite #M114, Little Rock, Arkansas 72210 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 92 | Flinthills Mall L.L.C. | Claire's Boutiques, Inc. | 1676 Industrial Rd. Suite #107, Emporia, Kansas 66801 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 93 | North Kings Highway, LLC | Claire's Boutiques, Inc. | 809 S. Cleveland Street Suite #202, Enid, Oklahoma 73703 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 94 | Tanger Properties Limited Partnership | Claire's Boutiques, Inc. | 311 Stanley K Tanger Dr Suite 315, Lancaster, Pennsylvania 17602 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 95 | Brandon (Tampa) LP | Claire's Boutiques, Inc. | 459 Brandon Town Ctr Dr Suite #358, Brandon, Florida 33511 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 96 | Westland CH LLC, and Westland Nassim LLC | Claire's Boutiques, Inc. | 35000 W Warren Rd Suite #616, Westland, Michigan 48185 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 97 | ORF X Waterside LLC | Claire's Boutiques, Inc. | 50607 Waterside Drive Suite #50607, Chesterfield Twnshp, Michigan 48051 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 98 | LS BC 2, LLC | Claire's Boutiques, Inc. | 4101 Wilder Rd. Suite #B225, Bay City, Michigan 48706 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 99 | EASTDALE MALL REALTY LLC, EASTDALE CH LLC, AND EASTDALE NASSIM LLC | Claire's Boutiques, Inc. | 1000 Eastdale Mall Suite #E-7, Montgomery, Alabama 36117 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 100 | PC Sweet Home Bama, LLC | Claire's Boutiques, Inc. | 300 Colonial Promenade Pkwy Suite #230, Alabaster, Alabama 35007 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 101 | Centro GA CMBS T1 HL; LLC | Claire's Boutiques, Inc. | 2214 E. Kansas Avenue Suite #2, Garden City, Kansas 67846 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 102 | RAM Property Development Co., LLC | Claire's Boutiques, Inc. | 780 NW Garden Valley Blvd. Suite #100, Roseburg, Oregon 97471 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |

| # | Counterparty Name | Debtor Counterparty | Property Address, if Lease | Description of Agreement | Rejection Effective Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|
| 103 | Rockstep Capital Opportunity Fund I, LLC | Claire's Boutiques, Inc. | 4501 Central Avenue Suite #B-9, Hot Springs, Arkansas 71913 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 104 | CONCORD MALL REALTY LLC | Claire's Boutiques, Inc. | 4737 Concord Pike Suite# 780, Wilmington, Delaware 19803 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 105 | WAL-MART STORES EAST, LP | Claire's Boutiques, Inc. | 550 W. Honeysuckle Ave 0, Hayden, Idaho 83835 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 106 | CBL & Associates Management, Inc. | Claire's Boutiques, Inc. | 5509 S. Williamson Blvd Suite #107, Port Orange, Florida 32128 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 107 | Gator Guaynabo LLC | Claire's Puerto Rico Corp. | State Road #20,Km.3.4  Suite #116, Guaynabo, Puerto Rico 00965 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 108 | NNN Yulee FL Owner LP | Claire's Boutiques, Inc. | 463895 SR 200, Suite 10 0, Yulee, Florida 32097 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 109 | Fidelis Realty Partners, Ltd. | Claire's Boutiques, Inc. | 4500 Dacoma Street Suite 900, Houston, Texas 77092 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 110 | Arbor Place II, LLC | Claire's Boutiques, Inc. | 6700 Douglas Blvd. Suite #1505, Douglasville, Georgia 30135 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 111 | SOCM I, LLC | Claire's Boutiques, Inc. | 540 Towne Center Road Suite 6230, Oxnard, California 93036 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 112 | Rural King Realty, LLC | Claire's Boutiques, Inc. | 700 Broadway East Suite #18, Mattoon, Illinois 61938 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 113 | Vestar/Kimco Tustin L.P. | Claire's Boutiques, Inc. | 2421 Park Ave Suite #S3L, Tustin, California 92782 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 114 | LC OUTLETS CMBS LLC | Claire's Boutiques, Inc. | 1500 SE E. Devils Lake Rd Suite #J600, Lincoln City, Oregon 97367 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 115 | Park West Village Phase I, LLC | Claire's Boutiques, Inc. | 3113 Market Center Drive Suite 5110, Morrisville, North Carolina 27560 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 116 | Mall at Cottonwood, LLC | Claire's Boutiques, Inc. | 10000 Coors Blvd NW Suite #E239, Albuquerque, New Mexico 87114 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 117 | BMA North Village, LLC | Claire's Boutiques, Inc. | 5107 N. Belt Highway Suite #110A, St. Joseph, Missouri 64506 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 118 | Muncie IND Mall, LLC | Claire's Boutiques, Inc. | 3501 N. Granville Ave. Suite# K05A, Muncie, Indiana 47303 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 119 | Country Club Mall Realty LLC, and Country Club Nassim LLC | Claire's Boutiques, Inc. | Winchester & Vocke Rd. Suite #864, Lavale, Maryland 21502 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 120 | KARRULI LLC | Claire's Boutiques, Inc. | 500 Galleria Drive Suite #248, Johnstown, Pennsylvania 15904 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 121 | CE Collierville, LLC | Claire's Boutiques, Inc. | 4670 Merchants Park Circle Suite #648, Collierville, Tennessee 38017 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 122 | Livingston Mall Realty Holding LLC | Claire's Boutiques, Inc. | 112 Eisenhower Parkway Suite #1069, Livingston, New Jersey 07039 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 123 | Sierra Vista Mall Realty Holding LLC | Claire's Boutiques, Inc. | 2200 El Mercado Loop Suite #1168, Sierra Vista, Arizona 85635 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 124 | Leeds Retail Center LLC | Claire's Boutiques, Inc. | 6200 Grand River Blvd Suite #421, Leeds, Alabama 35094 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 125 | Brass Mill Center Realty Holding LLC | Claire's Boutiques, Inc. | 495 Union Street Suite #2176, Waterbury, Connecticut 06702 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 126 | Northtowne Associates | Claire's Boutiques, Inc. | 1500 N. Clinton St Suite #153, Defiance, Ohio 43512 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 127 | Copperwood Village, LP | Claire's Boutiques, Inc. | 6581 Highway 6 North Suite #TBD, Houston, Texas 77084 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 128 | Laurel Mall Limited Partnership | Claire's Boutiques, Inc. | 260 Laurel Mall Suite #46, Hazleton, Pennsylvania 18202 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 129 | Pine Island JV SRT, LLC | Claire's Boutiques, Inc. | 511 SW Pine Island Road Unit 103, Cape Coral, Florida 33991 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 130 | MP Shops at Highland Village, LLC | Claire's Boutiques, Inc. | 1501 Cottonwood Creek Suite #I120, Highland Village, Texas 75077 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 131 | Northbrook Court | Claire's Boutiques, Inc. | 2242 Northbrook Court Suite #2242, Northbrook, Illinois 60062 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 132 | CGCMT 2006-C4-5522 Shaffer RD LLC | Claire's Boutiques, Inc. | 5522 Shaffer Road Suite #63, Dubois, Pennsylvania 15801 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 133 | TBP Propco, LLC | Claire's Boutiques, Inc. | 623 East Boughton Road Suite #845, Bolingbrook, Illinois 60440 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 134 | Asheboro Mall, LLC | Claire's Boutiques, Inc. | 345 Randolph Mall Suite #H-5, Asheboro, North Carolina 27203 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 135 | Birchwood Mall Realty Holding, LLC | Claire's Boutiques, Inc. | 4350 24th Avenue Suite# 24, Fort Gratiot, Michigan 48059 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 136 | GGP - Maine Mall L.L.C. | Claire's Boutiques, Inc. | 364 Maine Mall Road Suite #N125, South Portland, Maine 04106 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 137 | Eastland Mall, LLC | Claire's Boutiques, Inc. | 1615 E. Empire Street Suite #1365, Bloomington, Illinois 61701 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 138 | Craig Realty Group - Tulare, LLC | Claire's Boutiques, Inc. | 1405 Retherford Street Suite# D175A, Tulare, California 93274 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 139 | Layton Property Holdings LLC | Claire's Boutiques, Inc. | 1201 N.Hill Field Rd Suite #1012, Layton, Utah 84041 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 140 | CBL & Associates Management, Inc. | Claire's Boutiques, Inc. | 2500 Milton Avenue Suite #113, Janesville, Wisconsin 53545 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 141 | Schenk Annes Brookman & Tepper, Ltd. | Claire's Boutiques, Inc. | 9031 North 121 East Ave Suite #25, Owasso, Oklahoma 74055 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 142 | Brixmor Paradise Pavilion LLC | Claire's Boutiques, Inc. | 1440 South Main Street Suite #15, West Bend, Wisconsin 53095 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 143 | The Shoppes at Solana, LLC | Claire's Boutiques, Inc. | 750 Sunland Park Dr. Suite #M06, El Paso, Texas 79912 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 144 | Route 23 Associates, LLC | Claire's Boutiques, Inc. | 5006 State Hwy 23 Suite #20A, Oneonta, New York 13820 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 145 | BH South Dixie SL Mall LLC | Claire's Boutiques, Inc. | 20505 S. Dixie Highway Suite #1671, Miami, Florida 33189 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 146 | Laurel Park Retail Properties LLC | Claire's Boutiques, Inc. | 37600 W Six Mile Rd Suite #E-412, Livonia, Michigan 48152 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 147 | GP Mall, LLC | Claire's Boutiques, Inc. | 100 Mall Blvd. Suite #A-7, Brunswick, Georgia 31520 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 148 | Rockstep Aberdeen, LLC | Claire's Boutiques, Inc. | 3315 6Th Avenue,S.E. Suite #56, Aberdeen, South Dakota 57401 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 149 | Tanger Properties Limited Partnership | Claire's Boutiques, Inc. | 400 S Wilson Rd Suite 944, Sunbury, Ohio 43074 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 150 | Palmer Park, LP | Claire's Boutiques, Inc. | 2455 Park Avenue Suite #D02, Easton, Pennsylvania 18045 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 151 | Jones Lang LaSalle Americas, Inc. | Claire's Boutiques, Inc. | 4310 Buffalo Gap Rd Suite #1282, Abilene, Texas 79606 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 152 | Mall at Cottonwood, LLC | Claire's Boutiques, Inc. | 10000 Coors By Pass Suite #C211, Albuquerque, New Mexico 87114 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 153 | Hamilton Mall Realty LLC, Hamilton Mall CH LLC, and Hamilton Nassim LLC | Claire's Boutiques, Inc. | 4403 Black Horse Pike Suite #2039, Mays Landing, New Jersey 08330 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 154 | NGM Ownership Group LC | Claire's Boutiques, Inc. | 2801 Grand Ave Suite #1170, Ames, Iowa 50010 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |

| # | Counterparty Name | Debtor Counterparty | Property Address, if Lease | Description of Agreement | Rejection Effective Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|
| 155 | CP Venture Five - AWC LLC | Claire's Boutiques, Inc. | 3625 Dallas Hwy SW Suite #455, Marietta, Georgia 30064 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 156 | Fires Innovation Science & Technology Accelerator Development Authority | Claire's Boutiques, Inc. | 200 SW C Ave Suite #130, Lawton, Oklahoma 73501 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 157 | Capital Mall JC, LLC | Claire's Boutiques, Inc. | 3600 Country Club Dr. Suite #124, Jefferson City, Missouri 65101 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 158 | Volusia Mall, LLC | Claire's Boutiques, Inc. | 1700 W Int'l Speedway Suite #356, Daytona Beach, Florida 32114 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 159 | KDI Rivergate Mall, LLC | Claire's Boutiques, Inc. | 1000 Rivergate Pkwy Suite #1630, Goodlettsville, Tennessee 37072 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 160 | 1 DDR CORP. | Claire's Boutiques, Inc. | 1401 Paul Bunyan Drive NW Suite #57, Bemidji, Minnesota 56601 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 161 | Ershig Properties; Inc. | Claire's Boutiques, Inc. | 4150 S. Hwy 27 Suite #11B, Somerset, Kentucky 42501 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 162 | Lewcon Retail LLC | Claire's Boutiques, Inc. | 1040 S Amity Rd Suite D, Conway, Arkansas 72032 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 163 | Settlers' R1, Inc. | Claire's Boutiques, Inc. | 2 Common Ct. Suite #D18, North Conway, New Hampshire 03860 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 164 | Westminster Mall, LLC | Claire's Boutiques, Inc. | 400 N Center St Suite #161, Westminster, Maryland 21157 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 165 | Norterra West, LLC | Claire's Boutiques, Inc. | 2450 W. Happy Valley Rd Suite #E-107, Phoenix, Arizona 85085 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 166 | PPG Shadow Real Estate LLC | Claire's Boutiques, Inc. | 7775 Olson Drive Suite #S-117, Papillion, Nebraska 68046 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 167 | Ashley/Karns/Baker Properties; Ltd. | Claire's Boutiques, Inc. | 4501 N. Main Suite# 16, Roswell, New Mexico 88201 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 168 | RED Sparks SPE, LLC | Claire's Boutiques, Inc. | 1350 Sparks Dr Suite # D-108, Sparks, Nevada 89434 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 169 | SPUS9 FB PADDOCK PROP  LLC | Claire's Boutiques, Inc. | 4053 Summit Plaza Drive Suite #G-3, Louisville, Kentucky 40241 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 170 | LAV; LLC | Claire's Boutiques, Inc. | 28200 Hwy 189 Suite #C250, Lake Arrowhead, California 92352 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 171 | DDR Deer Park Town Center LLC | Claire's Boutiques, Inc. | N 20530 Rand Road Suite #444, Deer Park, Illinois 60010 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 172 | Rolling Oaks Mall Realty Holding LLC | Claire's Boutiques, Inc. | 6909 N. Loop 1604 East Suite #VC11, San Antonio, Texas 78247 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 173 | DCM Limited; | Claire's Boutiques, Inc. | 2601 Central & Hwy 50 Bypass Suite #9, Dodge City, Kansas 67801 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 174 | Frank C. Robson Trustee of Frank C. Robson Revocable Trust | Claire's Boutiques, Inc. | 723 North Perkins Road Suite #P, Stillwater, Oklahoma 74075 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 175 | CBL & Associates Management, Inc. | Claire's Boutiques, Inc. | 334 Stroud Mall Road Suite #334, Stroudsburg, Pennsylvania 18360 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 176 | GRI Natomas LLC | Claire's Boutiques, Inc. | 3681 Truxel Rd Suite #1, Sacramento, California 95834 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 177 | Fox Run Venture LLC | Claire's Boutiques, Inc. | 50 Fox Run Road Suite #L-10, Newington, New Hampshire 03801 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 178 | Kukui Grove Center Investment Group, Inc | Claire's Boutiques, Inc. | 3-2600 Kaumualii Hwy Suite #B-05, Lihue, Hawaii 96766 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 179 | Regional Malls, LLC | Claire's Boutiques, Inc. | 261 Mercer Mall Rd  Suite #145, Bluefield, West Virginia 24701 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 180 | PR Plymouth Meeting Limited Partnership | Claire's Boutiques, Inc. | 500 W Germantown Pike Suite #1135, Plymouth Meeting, Pennsylvania 19462 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 181 | TIMES SQUARE REALTY LLC | Claire's Boutiques, Inc. | 42nd & Broadway Suite #52, Mt. Vernon, Illinois 62864 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 182 | Brixmor GA London Marketplace, LLC | Claire's Boutiques, Inc. | 1710 West Highway 192 Suite 6A, London, Kentucky 40741 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 183 | Dayton Mall II, LLC | Claire's Boutiques, Inc. | 2700 Miamisburg Suite #1150, Dayton, Ohio 45459 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 184 | NITTANY CENTRE REALTY LLC AND NITTANY NASSIM LLC | Claire's Boutiques, Inc. | 2901 East College Avenue Suite #646 & 648, State College, Pennsylvania 16801 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 185 | DDR Gresham Station LLC | Claire's Boutiques, Inc. | 1254 NW Civic Drive Suite #B1C, Gresham, Oregon 97030 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 186 | The Mall at Solomon Pond; LLC | Claire's Boutiques, Inc. | 601 Donald Lynch Blvd Suite #N151, Marlborough, Massachusetts 01752 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 187 | Newkoa, LLC | Claire's Boutiques, Inc. | 8281C On The Mall Suite #2150, Buena Park, California 90620 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 188 | Woodmont Terrell, LP | Claire's Boutiques, Inc. | 301 Tanger Drive Suite #112, Terrell, Texas 75160 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 189 | RSS UBSBB2012C4-UT NMH LLC | Claire's Boutiques, Inc. | 3651 Wall Ave Suite #1068, Ogden, Utah 84405 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 190 | Tifton Plaza Owner, LLC | Claire's Boutiques, Inc. | 458 Virginia Avenue Suite #3A, Tifton, Georgia 31794 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 191 | NEWMARKET SQUARE  LTD. | Claire's Boutiques, Inc. | 2441 N. Maize Road, Suite 503 0, Wichita, Kansas 67205 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 192 | TUTTLE CROSSING REALTY LLC | Claire's Boutiques, Inc. | 5043 Tuttle Crossing Suite #191, Dublin, Ohio 43016 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 193 | Freeport Village Station Capital LLC | Claire's Boutiques, Inc. | 1 Freeport Village Stn Suite #A303, Freeport, Maine 04032 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 194 | Great Plains Developments; L.L.C. | Claire's Boutiques, Inc. | 202 East Centennial Suite #D2A, Pittsburg, Kansas 66762 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 195 | M&J - Big Waterfront Town Center I, LLC | Claire's Boutiques, Inc. | 120 West Bridge Street Suite #20, Homestead, Pennsylvania 15120 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 196 | HICKORY POINT REALTY LLC | Claire's Boutiques, Inc. | 1350 Hickory Point Mall Suite #1310, Forsyth, Illinois 62535 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 197 | Markland Mall, LLC | Claire's Boutiques, Inc. | 1158 South 17th Street Suite #B11, Kokomo, Indiana 46902 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 198 | Libby Boone Enterprises, LLC | Claire's Boutiques, Inc. | 1180 Blowing Rock Road Suite #B-6, Boone, North Carolina 28607 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |

| # | Counterparty Name | Debtor Counterparty | Property Address, if Lease | Description of Agreement | Rejection Effective Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|
| 199 | Indiana Mall Realty Holding LLC | Claire's Boutiques, Inc. | 2334 Oakland Ave Suite #600, Indiana, Pennsylvania 15701 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 200 | Hixson Mall, LLC | Claire's Boutiques, Inc. | 271 Northgate Mall Suite #E0030, Chattanooga, Tennessee 37415 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 201 | HERITAGE REALTY LLC, HERITAGE CH LLC AND HERITAGE NASSIM LLC | Claire's Boutiques, Inc. | 1915 SE 14th Avenue Suite #D-407, Albany, Oregon 97321 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 202 | HGREIT II EDMONDSON ROAD LLC | Claire's Boutiques, Inc. | 2727 Edmondson Road Suite #0250, Norwood, Ohio 45209 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 203 | Rimrock Mall Realty Holding LLC | Claire's Boutiques, Inc. | 1100 N. Wesleyan Blvd. Suite #5008, Rocky Mount, North Carolina 27804 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 204 | Westgate Mall Realty Group, LLC | Claire's Boutiques, Inc. | 14136 Baxter Drive Suite #141, Baxter, Minnesota 56425 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 205 | HALL ROAD CROSSING OWNER LLC | Claire's Boutiques, Inc. | 13961 Hall Road Suite TBD, Shelby Township, Michigan 48315 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 206 | Prime Outlets at Pismo Beach LLC | Claire's Boutiques, Inc. | 333 Five Cities Drive Suite #A034A, Pismo Beach, California 93449 | Lease | 8/31/2025 | Signage, fixtures, and miscellaneous product |
| 207 | Branding Brand, Inc. | Claire's Stores, Inc. | N/A | Agreement and all Statements of Work issued thereunder | 8/31/2025 | N/A |