## **EXHIBIT B**

**Schwarzman Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

## DECLARATION OF
## ALEXANDRA F. SCHWARZMAN IN
## SUPPORT OF THE DEBTORS' APPLICATION
## FOR ENTRY OF AN ORDER AUTHORIZING THE
## RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND
## KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE
## DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF AUGUST 6, 2025

I, Alexandra F. Schwarzman, being duly sworn, state the following under penalty of perjury:

1.      I am the president of Alexandra F Schwarzman, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 333 West Wolf Point Plaza, Chicago, Illinois, 60654, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2]  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of Illinois, and I have

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343).  The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Application.

been admitted to practice in the United States District Court for the Northern District of Illinois. There are no disciplinary proceedings pending against me.

2.      I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2025* (the "Application").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Kirkland's Qualifications

4.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others: *In re Marelli Auto. Lighting USA LLC*, No. 25-11034 (CTG) (Bankr. D. Del. Aug. 6, 2025); *At Home Grp. Inc.*, No. 25-11120 (JKS) (Bankr. D. Del. July 11, 2025); *In re JOANN Inc.*, No. 25-10068 (CTG) (Bankr. D. Del. Mar. 4, 2025); *In re Liberated Brands LLC*, No. 25-10168 (JKS) (Bankr. D. Del. Feb. 28, 2025); *In re Am. Tire Distribs., Inc.*, No. 24-12391 (CTG) (Bankr. D. Del. Dec. 11, 2024)*; In re Tupperware Brands Corp.*, No. 24-12156 (BLS) (Bankr. D. Del. Nov. 15, 2024); *In re Wheel Pros, LLC*, No. 24-11939 (JTD) (Bankr. D. Del. Nov. 6, 2024); *In re Accuride Corp.*, No. 24-12289 (JKS) (Bankr. D. Del. Nov. 1, 2024); *In re SunPower Corp.*, No. 24-11659 (CTG) (Bankr. D. Del. Sept. 11, 2024); *In re Vyaire Med., Inc.*, No. 24-11217 (BLS) (Bankr. D. Del. Aug. 5, 2024).[3]

---

[3]    Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

6.     In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' business and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to Be Provided

7.     Subject to further order of the Court and that certain engagement letter dated May 9, 2025 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

a.     advising the Debtors with respect to their powers and duties as debtor in possession in the continued management and operation of their businesses and properties;

b.     advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.     attending meetings and negotiating with representatives of creditors and other parties in interest;

d.     taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.     preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.     representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.     advising the Debtors in connection with any potential sale of assets;

h.     appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.     advising the Debtors regarding tax matters;

j.       taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.       performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

### Professional Compensation

8.       Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9.       Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10.       Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

---

[4]       For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,295-$2,675 |
| Of Counsel | $875-$2,245 |
| Associates | $785-$1,625 |
| Paraprofessionals | $355-$705 |

11.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

12.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

---

conversion rate. After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein. While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[5]    Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys. Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]    For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013). As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

13.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.  In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

14.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States. Notwithstanding the foregoing and consistent with the Local Rules, Kirkland will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases.  Kirkland does not charge its clients for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

## Compensation Received by Kirkland from the Debtors

15.     Per the terms of the Engagement Letter, on May 15, 2025, the Debtors paid $250,000 to Kirkland, which, as stated in the Engagement Letter, constituted a "special purpose retainer" (also known as an "advance payment retainer") as defined in Rule 1.5(d) of the Illinois Rules of Professional Conduct and *Dowling v. Chi. Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).  Subsequently, the Debtors paid to Kirkland additional special purpose retainer totaling $16,100,000.00 in the aggregate.  As stated in the Engagement Letter, any special purpose retainer is earned by Kirkland upon receipt, any special purpose retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any special purpose retainer upon Kirkland's receipt, any special purpose retainer will be placed in Kirkland's general account and

6

will not be held in a client trust account, and the Debtors will not earn any interest on any special purpose retainer.[7]  A chart identifying the statements setting forth the professional services provided by Kirkland to the Debtors and the expenses incurred by Kirkland in connection therewith, as well as the special purpose retainer transferred by the Debtors to Kirkland, prior to the Petition Date is set forth below.

16.    During the 90-day period before the Petition Date, the Debtors paid special purpose retainer in the following amounts to Kirkland:

| Type of Transaction | Date | Amount of Fees and Expenses Listed on Statement | Amount of Special Purpose Retainer Requested | Amount of Special Purpose Retainer Received | Resulting Special Purpose Retainer Following |
|---|---|---|---|---|---|
| Initial Request for Special Purpose Retainer | 5/7/2025 | | $250,000.00 | | |
| Request for Additional Special Purpose Retainer | 5/13/2025 | | $250,000.00 | | |
| Receipt of Initial Special Purpose Retainer | 5/15/2025 | | | $250,000.00 | $250,000.00 |
| Request for Additional Special Purpose Retainer | 5/19/2025 | | $350,000.00 | | $250,000.00 |
| Receipt of Additional Special Purpose Retainer | 5/22/2025 | | | $250,000.00 | $500,000.00 |
| Request for Additional Special Purpose Retainer | 5/27/2025 | | $1,000,000.00 | | $500,000.00 |
| Receipt of Additional Special Purpose Retainer | 5/29/2025 | | | $350,000.00 | $850,000.00 |
| Request for Additional Special Purpose Retainer | 6/2/2025 | | $1,000,000.00 | | $850,000.00 |
| Receipt of Additional Special Purpose Retainer | 6/5/2025 | | | $1,000,000.00 | $1,850,000.00 |
| Receipt of Additional Special Purpose Retainer | 6/12/2025 | | | $1,000,000.00 | $2,850,000.00 |
| Request for Additional Special Purpose Retainer | 6/17/2025 | | $1,500,000.00 | | $2,850,000.00 |

---

[7]    The Engagement Letter provides that Kirkland may continue to hold any remaining prepetition special purpose retainer during the pendency of a chapter 11 case rather than applying such special purpose retainer to postpetition fees and expenses.  Kirkland evaluates whether to retain any remaining prepetition special purpose retainer on a case-by-case basis.  In this particular case, Kirkland has elected not to hold any remaining prepetition special purpose retainer but, instead, will apply any remaining special purpose retainer to postpetition fees and expenses as such fees and expenses are allowed by the Court.

| Type of Transaction | Date | Amount of Fees and Expenses Listed on Statement | Amount of Special Purpose Retainer Requested | Amount of Special Purpose Retainer Received | Resulting Special Purpose Retainer Following |
|---|---|---|---|---|---|
| Request for Additional Special Purpose Retainer | 6/25/2025 | | $1,500,000.00 | | $2,850,000.00 |
| Receipt of Additional Special Purpose Retainer | 6/26/2025 | | | $1,500,000.00 | $4,350,000.00 |
| Receipt of Additional Special Purpose Retainer | 7/2/2025 | | | $1,500,000.00 | $5,850,000.00 |
| Request for Additional Special Purpose Retainer | 7/7/2025 | | $3,500,000.00 | | $5,850,000.00 |
| Receipt of Additional Special Purpose Retainer | 7/10/2025 | | | $3,500,000.00 | $9,350,000.00 |
| Request for Additional Special Purpose Retainer | 7/21/2025 | | $3,000,000.00 | | $9,350,000.00 |
| Receipt of Additional Special Purpose Retainer | 7/22/2025 | | | $3,000,000.00 | $12,350,000.00 |
| Statement of Fees and Expenses | 7/23/2025 | $852,064.63 | | | $11,497,935.37 |
| Request for Additional Special Purpose Retainer | 7/30/2025 | | $4,000,000.00 | | $11,497,935.37 |
| Receipt of Additional Special Purpose Retainer | 7/30/2025 | | | $4,000,000.00 | $15,497,935.37 |
| Statement of Fees and Expenses | 7/31/2025 | $11,893,044.27 | | | $3,604,891.10 |
| Statement of Fees and Expenses | 8/5/2025 | $1,635,764.52 | | | $1,969,126.58 |

17.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's special purpose retainer, Kirkland's total special purpose retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

18.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with

the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

**Statement Regarding U.S. Trustee Guidelines**

19.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

**Attorney Statement Pursuant to Revised UST Guidelines**

20.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

a.  **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

**Answer**: No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement. The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.  **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

9

**Answer**: No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.  **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [8]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,295-$2,675 |
| Of Counsel | $875-$2,245 |
| Associates | $785 - $1,625 |
| Paraprofessionals | $355 - $705 |

Kirkland represented the Debtors during the three-month period before the Petition Date using the hourly rates listed above.

d.  **Question**:  Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**:  Yes.  Specifically, pursuant to the Interim DIP Order,[9] the Debtors must furnish to the Directing Cash Collateral Agent and the DIP Lender a budget report every month and a variance report every week to the DIP Lender, the Prepetition ABL Agent, the Prepetition Existing Term Loan Agent, the Prepetition Priority Term Loan Agent, the Majority Priority Term Loan Lenders, the Majority Existing Term Loan Lenders, the advisors to each of the foregoing, and the U.S. Trustee, which includes detail regarding the fees and expenses incurred in these chapter 11 cases by professionals proposed to be retained by the Debtors.

---

[8]   While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[9]   "Interim DIP Order" means the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 221]. Capitalized terms used in this paragraph, but not otherwise defined herein, shall have the meaning ascribed to them in the Interim DIP Order.

**Kirkland's Disinterestedness**

21.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.  Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  Kirkland did not receive any answers in the affirmative to these emails.  Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

22.     Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases.  Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** attached hereto.  The information listed on **Schedule 1** may have changed without our knowledge and may change during the

11

pendency of these chapter 11 cases.  Accordingly, Kirkland will update this Declaration as
necessary and when Kirkland becomes aware of additional material information.  The following
is a list of the categories that Kirkland has searched:[10]

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Known Affiliates |
| 1(c) | Current and Recent Former Directors and Officers |
| 1(d) | Bankruptcy Professionals |
| 1(e) | Banks/Lenders/Administrative Agents/UCC Lien Parties |
| 1(f) | Contract Counterparties |
| 1(g) | Insurance |
| 1(h) | Landlords |
| 1(i) | Litigation Counterparties and Related Counsel |
| 1(j) | Significant Equity Holders |
| 1(k) | Surety & Letters of Credit Issuers/Beneficiaries |
| 1(l) | Taxing Authority and Governmental and Regulatory Agencies |
| 1(m) | Vendors |
| 1(n) | Bankruptcy Judges |
| 1(o) | U.S. Trustee Personnel, Judges, and court contacts for the District of Delaware (and key staff members) |
| 1(p) | 363 Sale Parties |
| 1(q) | Top 30 Creditors |
| 1(r) | UCC Members |
| 1(s) | UCC Professionals |

23.    To the best of my knowledge, (a) Kirkland is a "disinterested person" within the
meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the
Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and
(b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except
as may be disclosed in this Declaration.

---

[10]  Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process
and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in
the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

24.     Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[11]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.[12]

25.     Of the entities listed on **Schedule 2**, Kohlberg Kravis Roberts & Co. L.P. ("KKR"), Vista Equity Partners ("Vista"), Blackstone, Inc. ("Blackstone"), TPG, Inc. ("TPG"), and Apax Partners LLP ("Apax Partners"), each represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on August 6, 2025.[13]  KKR, Vista, Blackstone, and Apax Partners are affiliates of certain contract counterparties to the Debtors.  Blackstone, TPG, and Apax Partners are also affiliates of certain vendors of the Debtors and Blackstone is an affiliate of certain

---

[11]   As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

[12]   Contemporaneous with the filing of the Application, the Debtors also are seeking to retain and employ Richards, Layton & Finger, P.A. as Delaware counsel pursuant to the *Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a) And 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 for Entry of an Order (I) Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of the Petition Date, and (II) Granting Related Relief*.

[13]   Specific percentages will be disclosed to the U.S. Trustee upon request.

landlords of the Debtors. Kirkland has not and will not represent KKR, Vista, Blackstone, and Apax Partners in connection with the Debtors or these chapter 11 cases. I do not believe that any current or former representation of any of these entities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

26.     Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1[(p)]** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

27.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

28.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

29.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search. For example, if an entity already has been disclosed in this Declaration

in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

30.     From time to time, certain former partners of Kirkland are entitled to compensation for a limited period of time following their departure from the firm.

31.     From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

32.     Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

## Specific Disclosures

33.     As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

15

**A.      Connections to Holders of Equity Interests in the Debtors.**

34.    As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, Elliott Associates, L.P. and certain of its affiliates (collectively, "<u>Elliott</u>") on a variety of matters.  Elliott owns approximately 39.61% of the equity interests in Claire's Holdings LLC. Kirkland has not represented, and will not represent, Elliott in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  All current and prior Kirkland representations of Elliott have been in matters unrelated to the Debtors or these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Elliott precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

35.    As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, Monarch Alternative Capital L.P. and certain of its affiliates (collectively, "<u>Monarch</u>") on a variety of matters.  Monarch owns approximately 19.39% of the equity interests in Claire's Holdings LLC.  Kirkland has not represented, and will not represent, Monarch in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. All current and prior Kirkland representations of Monarch have been in matters unrelated to the Debtors or these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Monarch precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**B.      Connections to Officers and Directors.**

36.     As disclosed below and on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors.  I do not believe that Kirkland's current or prior representation of the affiliates, subsidiaries, and entities associated with certain officers and

16

directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

37.    Each of David Barse and William L. Transier are independent directors or managers of the boards and together constitute the special committee of the boards of directors or managers of certain of the Debtors (collectively, the "Special Committee").  In addition, Messrs. Barse and Transier have served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof.  Additionally, the Debtors are seeking to retain Katten Muchin Rosenman LLP to advise the Special Committee regarding any conflicts matters that may arise between the Company and any of their affiliates, subsidiaries, directors, managers, and officers or other stakeholders in connection with these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of clients for which the members of the Special Committee serve(d) in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

38.    Samantha Lomow, the joint manager on the Board of Managers of Claire's Holdings LLC currently serves, has served, or may serve from time to time in various management and/or director capacities of certain Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation of clients for which Ms. Lomow serves or has served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**C.    Connections to Other Entities.**

39.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, JPMorgan Chase Bank, N.A., collateral agent under the Prepetition ABL Facility, and various of its subsidiaries and affiliates (collectively, "JPMorgan") on a variety of matters.

Kirkland's current and prior representations of JPMorgan have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, JPMorgan in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of JPMorgan precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

40.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Elliott Associates, L.P., Monarch Alternative Capital, L.P., Goldman Sachs, Inc., Morgan Stanley, Redwood Capital Management LLC, and Ankura Trust Company, LLC, and various of their subsidiaries and affiliates (collectively, "Term Loan Lenders and Agent") on a variety of matters. Kirkland's current and prior representations of the Term Loan Lenders and Agent have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, the Term Loan Lenders and Agent in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Term Loan Lenders and Agent precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

41.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Apollo Global Management, Inc., CBRE Group, Inc., Cushman & Wakefield, Inc., Jones Lang LaSalle, Inc., Brookfield Asset Management LLC, ABRY Partners LLP, Blackstone, Inc., Starwood Capital Group Global LLC, Walmart, Inc., and Teachers Insurance and Annuity Association of America and various of their subsidiaries and affiliates (collectively, "Landlords") on a variety of matters. Kirkland's current and prior representations of the Landlords have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, Landlords in connection with any matter in these chapter 11 cases during the

18

pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Landlords precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

42.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Citigroup Inc., Bank of America, N.A., and other of the Debtors' cash management banks as set forth on **Schedule 2**, and various of their subsidiaries and affiliates (collectively, "Cash Management Banks") on a variety of matters. Kirkland's current and prior representations of the Cash Management Banks have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, Cash Management Banks in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Cash Management Banks precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Chubb Ltd., The Hartford Insurance Corp., Starr Indemnity & Liability Co., HCC Insurance Holding, Inc., and various of their subsidiaries and affiliates (collectively, "Insurers") on a variety of matters. Kirkland's current and prior representations of the Insurers have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, the Insurers in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Insurers precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

19

44.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, TPG Capital, Inc., United Parcel Service, Inc., PayPal Inc., and Oracle Corp. and various of their subsidiaries and affiliates (collectively, "Vendors") on a variety of matters. Kirkland's current and prior representations of the Vendors have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Vendors in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of the Vendors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

45.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, various subsidiaries, affiliates, and portfolio companies of Carlyle Group, Inc., Vista Equity Partners, and Clearlake Capital Group, LP (collectively, "Contract Counterparties") on a variety of matters.  Kirkland's current and prior representations of the Contract Counterparties have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Contract Counterparties in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of the Contract Counterparties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

46.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Whittaker, Clark & Daniels, Inc. ("WCD"), Invitae Corp. ("Invitae"), Washington Prime Group, Inc. ("WPG"), and Acosta Inc. ("Acosta"), and various of their subsidiaries and affiliates (together with any other current or former Kirkland restructuring client disclosed on **Schedule 2**, the "Restructuring Clients") on a variety of matters, including the Restructuring Clients' ongoing or recently-concluded restructuring efforts and chapter 11 cases.  WCD and

Invitae are affiliates of insurers and financing parties of the Debtors.  WPG is a landlord of the Debtors.  Acosta is a vendor to the Debtors.  Kirkland's current and prior representations of the Restructuring Clients have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, the Restructuring Clients in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases and, similarly, will not represent the Debtors in connection with any matter adverse or related to the Restructuring Clients.  To the extent it is necessary for the Debtors or the Restructuring Clients to commence an action against one another, such parties will be represented in such matters by conflicts counsel.  I do not believe that Kirkland's current or prior representation of the Restructuring Clients precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

D.     **Potential M&A Transaction Counterparties.**

47.    The Debtors have previously been or are in discussions with certain parties (and may be in discussions with other parties in the future) regarding potential M&A transactions regarding the Debtors and their businesses.  Due to the inherently competitive nature of this process, it is imperative that the identities of these potential counterparties remain confidential.  The Debtors will disclose to the U.S. Trustee the identities of the potential counterparties and Kirkland's connections to such potential counterparties, and Kirkland believes such disclosure is sufficient and reasonable under the circumstances and at this time.  However, should the Court request disclosure of the identities of the potential counterparties, the Debtors are prepared to file with the Court under seal a version of this Declaration that contains a schedule of the potential counterparties and Kirkland's connections to such potential counterparties.  For the avoidance of doubt, Kirkland will not represent any of the potential counterparties in connection with any matter in these chapter 11 cases.

21

E.      **Other Chapter 11 Professionals.**

48.      As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seeks to retain in connection with these chapter 11 cases.  Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases.    Kirkland has not represented, and will not represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

49.      The Debtors' proposed restructuring advisor is Alvarez & Marsal North America, LLC ("A&M Advisory").  As disclosed on **Schedule 2**, Kirkland represents Alvarez & Marsal, Inc. ("A&M Inc."), Alvarez & Marsal Capital, LLC ("A&M Capital"), AMCP Security Holdings L.P. / Centerra Group, LLC, Alvarez & Marsal Tax and UK LLP, and affiliated entities in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland also retains Alvarez & Marsal Corporate Performance Improvement, LLC ("A&M CPI"), an affiliate of A&M Advisory, from time to time for administrative services unrelated to the Debtors or these chapter 11 cases.  In addition, subject to the parameters discussed in the Kirkland Attorney and Employee Investments section of this Declaration, Kirkland person(s) have invested in one or more funds affiliated with A&M Capital.  Further, certain former Kirkland attorneys are currently employed by A&M Advisory. Though previously employed by Kirkland, any work provided by these former Kirkland attorneys while employed by Kirkland was unrelated to the Debtors or these chapter 11 cases.

50.      Prosek LLC ("Prosek") is the Debtors' communications and public relations advisor. As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Prosek

22

on a variety of matters.  Kirkland has not represented, and will not represent, Prosek in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of Prosek precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

51.     JPMorgan has retained Berkeley Research Group, LLC and certain of its affiliates (collectively, "BRG") as its financial advisor.  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, BRG on a variety of matters.  Kirkland's current and prior representations of BRG have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, BRG in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of BRG precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**F.    Kirkland Attorney and Employee Investments.**

52.     From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge.  Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not

23

know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

53.    From time-to-time Kirkland and/or one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds or directly or indirectly in the debt or equity securities of one or more companies. Such Passive-Intermediary Entity is composed only of Kirkland and/or persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel).  Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is generally operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales. And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund.  To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

54.     From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases.  Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

## G.     Other Disclosures.

55.     Finally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

56.     In November 2018, Kirkland & Ellis International LLP advised certain non-Debtor entities in matters unrelated to these chapter 11 cases. Since January 2019 and until its current engagement earlier this year, Kirkland did not advise or represent the Debtors or their affiliates. I do not believe that Kirkland and Ellis International LLP's representation of these non-Debtor entities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

57.     Kirkland currently represents, and in the past has represented, Bank of America, N.A. ("Bank of America") and certain of its affiliates, on a variety of matters.  Bank of America is a lender in these chapter 11 cases.  Kirkland's representations of Bank of America, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month

25

period ending on August 6, 2025.  All of Kirkland's current and prior representations of Bank of America have been unrelated to the Debtors and these chapter 11 cases.  I do not believe that Kirkland's representation of Bank of America precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

58.    The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co.  JPMorgan Chase Bank, N.A. is the Prepetition ABL Agent under the Prepetition ABL Facility.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

59.    James H.M. Sprayregen, a former Kirkland partner, is the Vice Chairman of Hilco Global ("Hilco Global").  Hilco Global is the ultimate parent of Hilco Merchant Resources, LLC ("Hilco").  Hilco Merchant Resources, LLC is agent to the Debtors under an agency agreement in these chapter 11 cases. Mr. Sprayregen was a partner at Kirkland from July 1990 until June 2006 and again from December 2008 until August 2024 and did not work on the Debtors' cases while at Kirkland.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.  In addition, the son of Kirkland partner Patrick J. Nash, Jr., is employed by Hilco Redevelopment Partners LLC, an affiliate of Hilco.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

60.    Reginald Brown, a Kirkland partner, is a member of the board of directors of Blackstone, Inc.  Certain of Blackstone's subsidiaries or affiliates are Landlords to the Debtors. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Brown from all aspects of Kirkland's representation of the Debtors.  I do not believe that this

26

connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

61.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.  Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

62.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

27

## **Affirmative Statement of Disinterestedness**

63.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated:  August 29, 2025                    Respectfully submitted,

                                            _/s/ Alexandra F. Schwarzman_____
                                            Alexandra F. Schwarzman
                                            as President of Alexandra F. Schwarzman, P.C.,
                                            as Partner of Kirkland & Ellis LLP; and as
                                            Partner of Kirkland & Ellis International LLP

## <u>Schedule 1</u>

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Alexandra F. Schwarzman in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2025* (the "<u>Schwarzman Declaration</u>").[23]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Schwarzman Declaration, matching the incomplete or ambiguous name.

---

[23]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Schwarzman Declaration.

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Known Affiliates |
| 1(c) | Director/Officer |
| 1(d) | Bankruptcy Professionals |
| 1(e) | Banks/Lender/UCC Lien Parties/Administrative Agents |
| 1(f) | Contract Counterparties |
| 1(g) | Insurance |
| 1(h) | Landlords |
| 1(i) | Litigation |
| 1(j) | Significant Equity Holders |
| 1(k) | Surety & Letters of Credit Issuers/Beneficiaries |
| 1(l) | Taxing Authority/Governmental/Regulatory Agencies |
| 1(m) | Vendors |
| 1(n) | Bankruptcy Judges |
| 1(o) | Office of the United States Trustee |
| 1(p) | 363 Sale Parties |
| 1(q) | Top 30 Creditors |
| 1(r) | UCC Members |
| 1(s) | UCC Professionals |

# SCHEDULE 1(a)

## Debtors

BMS Distributing Corp.
CBI Distributing Corp.
Claire's Accessories UK Ltd.
Claire's Boutiques Inc.
Claire's Canada Corp.
Claire's European Distribution Ltd.
Claire's European Services Ltd.
Claire's Gibraltar Holdings LLC
Claire's Gibraltar Holdings Ltd.
Claire's Holdings LLC
Claire's Intellectual LLC
Claire's Puerto Rico Corp.
Claire's Stores Canada Corp.
Claire's Stores Inc.
Claire's Swiss Holdings II LLC
Claire's Swiss Holdings LLC
CLSIP Holdings LLC
CLSIP LLC
CSI Canada LLC

## __SCHEDULE 1(b)__

### __Known Affiliates__

BMS Fashion Corp.
Claire's (Gibraltar) Holdings Ltd.
Claire's (Gibraltar) Intermediate Holdings Ltd.
Claire's Accessories Spain SLU
Claire's Accessories UK Ltd.
Claire's Accessories UK Ltd. French Branch
Claire's Accessories UK Ltd. Irish Branch
Claire's Austria GmbH
Claire's Belgium BV
Claire's China Services (Trust)
Claire's Czech Republic sro
Claire's European Distribution Ltd.
Claire's European Services Ltd.
Claire's France SAS
Claire's Germany GmbH
Claire's Gibraltar Holdings LLC
Claire's Holdings Sarl
Claire's Hungary Kft
Claire's Italy SRL Unipersonale
Claire's Luxembourg Holdings Sarl
Claire's Luxembourg Sarl
Claire's Netherlands BV
Claire's Poland sp zoo
Claire's Stores Canada Corp.
Claire's Switzerland GmbH
CSI Luxembourg Sarl
CSI Luxembourg Sarl, Luxembourg, Zweigniederlassung Neuhausen am Rheinfall
RSI International Ltd.
Whiteclaire's Acessorios Portugal Unipessoal Lda.

## <u>SCHEDULE 1(c)</u>

### <u>Director/Officer</u>

Algaze, Samantha
Annam, Shireesh
Arenschield, George
Bankov, Hristo
Bauza, Carmen
Best, Paul
Bhatnagar, Priya
Boen, David
Brown, Stuart
Brunts, DeAnn
Chadha, Alisha
Clark, Phillip
Cramer, Chris
Darer, Michael
Deep, Rohit
Diers, Peter
Estime, Jerald
Flint, Richard
Gilliam, Paul
Herenstein, Andrew
Hurley, Meghan
Kapoor, Rohit
Ketel, Elizabeth
Killion, Theo
Lomow, Samantha
McKeough, Brendan
Peroni, Tina
Porter, Maryann
Reilly, Michele
Rubinfeld, Arthur
Sanders, Amy
St. Clair, Bryan
Stoddard, Suzanne
Wells, David

## **SCHEDULE 1(d)**

### **Bankruptcy Professionals**

Alvarez & Marsal
Houlihan Lokey Inc.
Interpath Advisory Co.
Kirkland & Ellis LLP
Omni Agent Solutions
Prosek LLC

# SCHEDULE 1(e)

## Banks/Lender/UCC Lien Parties/Administrative Agents

1st Bank
1st Summit Bank
American Bank
American Bank of Montana
American National Bank
Ameris Bank
Ankura Trust Co. LLC
Arvest Bank
AST JPMorgan Global Thematic
Bancfirst Corp.
Banco Popular of Puerto Rico
BancorpSouth Inc.
Bangor Savings Bank
Bank Champaign NA
Bank of America
Bank of America NA - NY
Bank of Hawaii Corp.
Bank of Oklahoma
Bank of the West
BankFinancial Corp.
Banknorth
BMO Harris Bank
Border Bank
Bremer Bank NA
Camden National Bank
Cape Cod Five Cents Savings Bank
Central Bank Boone County
Chase Lincoln
Chase Lincoln Host Bank
Citibank NA
Citizens Bank
Citizens National Bank
City National Bank
Coast Central Corp.
Commerce Bank NA
Community Bank
Community National Bank & Trust
Core First Bank & Trust
Cornerstone Bank
County Bank
Desert Community Bank
Dubuque Bank & Trust Co.

Eastern Bank
Elliott Associates LP
Elliott International LP
Elliott Investment Management LP
Evolve Bank & Trust
Exchange Bank, The
F&M Bank
Farmers State Bank
Fifth Third Bank NA
First American Bank
First Bank Kansas
First Bankers Trust Co. NA
First Citizens Bank & Trust Co.
First Community Bank
First Farmers Bank & Trust Co.
First Financial Bank
First Hawaiian Bank
First Horizon Bank
First Interstate Bank
First Mid Bank & Trust NA
First National Bank
First National Bank of Ottawa
First United Bank
First Western Bank & Trust
Flagstar Bank NA
Franklin Savings Bank
German American Bank
GIM Specialist Investment Funds
GIM Trust 2 - Senior Secured Loan Fund
Goldman Sachs
Great Southern Bank
Hancock Bank
Hawthorn Bank
Hickory Point Bank and Trust
Huntington National Bank
International Bank of Commerce
Invesco
Invesco Ltd.
Invsco-Invsco Gobal Strategic Income Fund
Inwood National Bank
Isabella Bank & Trust

JP Morgan Investment Management Inc. - US

JP Morgan Invetment Management Inc. - IBM

JPM

JPM-  Adavanced Series Trust Allocation High Yield Portfolio

JPM - SEI Institutional Managed Target High Yield Bond

JPM Chase Retirement Plan

Jpm Core Plus Bond Fund

JPM Floating Rate Income Fund

JPM Global Bond Opportunities Fund

JPM Im Ltd.-SEI Institutional

JPM Income Builder Fund

JPM LVIP JP Morgan High Yield

JPM Total Return Fundd

JPMorgan Chase Bank NA

JPMorgan Commingled Pension Trust Fund

JPMorgan Global Strategic Bond Fund

JPMorgan High Yield Fund

JPMorgan Income Fund

JPMorgan Strategic Income Opportunities

JPMorgan Unconstrained Debt Fund

KeyBank NA

Kirkwood Bank & Trust Co.

Lake Region Bank of Commerce

Lea County State Bank

M&T Bank Corp.

MAM LP - Empire Secured Credit Funding I

Marathon Asset Management LP

Monarch

Monarch Capital Master Partners V-A LP

Monarch Capital Master Partners VI LP

Monarch Debt Recovery Master

Monarch Debt Recovery Master Fund Ltd.

Morgan Stanley

Morgan Stanley Senior Fund Inc.

Natwest Offshore Gibraltar Ltd.

NBCUniversal Media LLC

NBT Bank NA

Neuberger Berman Holdings LLC

Neuberger Berman Special Fund

Northway Bank

Oaktree Capital Management LP

Oaktree Principal Fund V

Oaktree Principal Fund V Continuation Fund LP

OCM LP Oaktree Principal Fund

Park National Bank

Peoples Bank

PlainsCapital Bank

PNC Bank NA

Premier Bank

Premier Bank of Minnesota

Redwood

Redwood Drawdown Master Fund III LP

Redwood Drawdown MF II LP

Redwood Enhanced Income Corp.

Redwood Master Fund Ltd.

Redwood Opportunity Master Fund Ltd.

Regions Bank

Rio Grande Bank

S&T Bank

Simmons Bank

South State Bank

STAR Financial Bank

State Bank

Synovus Bank

TD Bank NA

Texas Bank & Trust Co.

TH PU In For Social Security

Titan Bank NA

Tri Counties Bank

Truist Financial Corp.

Trustco Bank NA

UMB Bank NA

Umpqua Bank

United Bankshares Inc.

United Community Bank

Valley National Bank

Vectra Bank

VR Advisory Services Ltd.

VR Global Partners LP

Wazee Street Capital Management LLC

Wazee Street Opportunities Fund

Wells Fargo & Co.

WesBanco Inc.

Wisely

Woodforest National Bank

Wrentham Cooperative Bank

## SCHEDULE 1(f)

### Contract Counterparties

3Business.com Ltd.
ABG Accessories Inc.
Academy Fire Life Safety LLC
Accellor Inc.
Accessory Innovations (Shanghai)
Accessory Innovations LLC
Action Services Group Inc.
Adobe Cloud
ADP GlobalView BV
ADP Inc.
ADP International Services BV
AdSwerve Inc.
Air Labs Inc.
Algonomy Software
Aliquantum International
Alshaya Trading Co. WLL
ALT. Fragrances
Alumatec Pacific Products
Ama Design International (Hong Kong)
Anhui Tumoon Apparel Co. Ltd.
Aon - Aon Risk Services Northeast Inc.
Aon Risk Services Northeast Inc.
Aphmau
Aspire Systems Digital Transformation Inc.
Atlassian Corp.
Attentive Mobile Inc.
Aura Access (Haiphong)
Aura Accessories LLC
Aurora World Inc.
Aurora World UK Ltd.
Avalara Inc.
Avid Floor Maintenance Inc.
AXA PPP Healthcare Ltd.
B&B Collection SRL
Baker & McKenzie LLP
Baker Tilly Global Tax Solutions Ltd.
Basic Fun Inc.
Basic Fun Inc. (Shanghai)
Belfor USA Group Inc.
Bendon Inc.
Beverly Hills (Qingdao)
Bill Me Later Inc.

Bioworld International (Shanghai)
Bioworld International Ltd.
Bioworld Merch (NingA72:A118bo)
BIP Candy & Toy UK Ltd.
Blackhawk Network Holdings Inc.
Blue Cross & Blue Shield of Illinois
Blue Sky Designs Ltd.
Blue Sky Designs Ltd. (Ningbo)
Blue Yonder Inc.
Blueprint Coll (Ningbo)
Blueprint HK Co. Ltd.
Bodytecc Jewelry Factory Ltd. Co.
Bonkers Toy Co. (Shenzhen)
Bonkers Toy Co. LLC
Boomerang
Brandsight Inc.
Broadstone
Brookfield
Bupa Dental Services Ltd.
Bureau Veritas SA
Business of Fashion Ltd., The
Canada Life Assurance Co.
Canon Inc.
Capitol Light
Carlson Fixtures
Caticorn International Co. Ltd.
Caticorn International Co. Ltd. (Haiphong)
CBL
CBTS Technology Solutions LLC
CCA Industries Inc.
Centric Beauty (Haiphong)
Centric Beauty LLC
Centric Socks LLC (Shanghai)
CenturyLink Communications LLC
Character Options Ltd.
Chicago Consumables Inc.
Click Distribution Ltd.
Clinical Health Technologies
Cloudflare Inc.
CMA Industrial Development Foundation
    Ltd.
ComData

ComPsych Corp.
Confiance Business Solutions Ltd.
Confidence by GaBBY Goodwin
Connoisseurs Products
Contempo
Conveyor Craft Inc.
Coqueterias El Salvador
Coqueterias Sociedad Anonima
Cornerstone OnDemand Inc.
CradlePoint Inc.
Creme Shop, The
Cuddle Barn (Shanghai)
Cuddle Barn Inc.
Cut From The Wild
CyberArk Software Ltd.
Dan Dee International (Shanghai)
Data ACS
DealTracking
Deem/Tower Travel
Delta Dental of Illinois
Descartes Systems Group Inc., The
DHL Group
Difuzed BV Fob
Difuzed NA Inc. (Ningbo)
Disguise Ltd. (Land)
DNC UK Ltd.
Dongguan Superstar Body Piercing Jewelry
    Factory
Dope Slimes LLC
DPD Europe/UK
Dragon Eyes
E & Q Fashion (Haiphong)
EA Logistics
Eccolo Ltd.
Eccolo Ltd. (Ningbo)
EES Global LLC
Elegant Logistic Group Insurance
ELF Co. Ltd. (Bangkok)
Ella Cosmetics
Enterprise Rent A Car UK Ltd.
Envasado Xio (Valencia)
Envasado Xiomara SLU
Evershine CRE (Hong Kong)
Exalta Marcas SAPI de CV
ExLogistics
Expeditors

Expeditors UK
Expeditors US
Experian Marketing Solutions LLC
Fantas-Eyes (Shanghai)
Fantas-Eyes Inc.
Fashion Angels
Fashion Angels (Ningbo)
Fast Forward (Shenzhen)
Fazit/LB Enterprise LLC
Federal Express Corp.
Fedex
Fifth Third Processing Solutions LLC
FineLine Technologies Inc.
Fio International
Floormax USA
Fortinet Inc.
France Lab Inc.
Frasier Sterling (Qingdao)
Froid Express Holding SARL
FrontStreet FS
Fu Wah Manufactory (Hong Kong)
FujiFilm Business Innovation Hong Kong
    Ltd.
Funko UK Ltd.
GEMC2 LLC (Shenzhen)
GEMC2 LLC/Blinger
Getty Images
Global Payments Inc.
Global Reponse LLC
Global Top Services (HK) Ltd.
GloPotion
GMA Shanghai (SGH)
Google Inc.
Granite Telecommunications LLC
GSPANN Technologies Inc.
Half Moon Bay Ltd. (Fob)
Hally Hair Inc.
Hamee US Corp. (Shenzhen)
Hangzhou Kata Co. Ltd
Health Equity
Heathside Trading Ltd.
Helen Andrews Inc.
HER Accessories
Heritage Candy Co.
HGC Global Communications Ltd.
High Intencity Corp.

High Intencity Fob
High Point Design LLC
Hilton, Paris
Hip Sing China Industrial Ltd.
HKBN Enterprise Solutions HK Ltd.
HKBN Enterprise Solutions Ltd.
Home & Nature
Honghu Leather Co. Ltd.
Hop Lik Container Service Ltd.
Horizon Group USA
Horizon GRP (Ningbo)
HTI Toys UK Ltd.
HYM International Co. Ltd.
Idea Group International (Hong Kong)
Imagine 8 Ltd.
Importadora Sparapks SAPI De CV
InComm
Incredible Nov (Shenzhen)
Indeed Inc.
Inked By Dani
Innovative Cosmetic (Shenzhen)
Innovative Cosmetic Concepts
Innovative Cosmetics (Kao)
Inspired Thinking Group (ITG) Ltd.
Inspired Thinking Group (US) Inc.
Intalytics/Kalibrate
Intertek Testing Services Hong Kong Ltd.
Inverness Corp.
J&D Brush Co. LLC
Jacmel Jewelry Inc.
JAS Logistics
Jay Franco Eur (Shanghai)
Jay Franco Europe Ltd.
Jaz Toys UK Ltd.
Jazwares LLC
Jennz LLC
Jennz LLC (Ningbo)
Jiangxi Meican (Ningbo)
Jiangxi Meican Industry & Trade Co. Ltd.
JM International Co. Ltd.
JM Silber Ltd. (Bangkok)
Johnson Controls Inc.
Juno Craft Co. Ltd.
Just Play (HK) Ltd.
Just Play (HK) Shanghai
Just Play (HK) Shenzhen

Kaiser Permanente
Kangaru Brands (Ningbo)
Kirker Europe Ltd.
KL Electric Co.
Klarna
Kojac Fashion (Qingdao)
Kojac Fashion Accessories Ltd.
Lakontra International (Hong Kong)
Lavender Sugar
LBS Group
Legacy Facility Maintenance Solutions
Lennox National Account Services LLC
Levy Realty Advisors Inc.
License 2 Play Toys LLC
LinkedIn Corp.
Liquid Glass (Qingdao)
Liquid Glass Body Jewelry LLC
Localoc Inc.
Localoc Inc. (Shenzhen)
Lofty Innovation Co. Ltd.
Long Yat Handbag Fty Ltd.
Lucent Product Inc.
Lucky Tree Co. (Hong Kong)
Macerich
Madiag SARL
Maintenance Vendors
Malliaris SA
ManageEngine
Manulife (International) Ltd.
Markwins Beauty Brands Inc.
Markwins Beauty Brands International
Marsh (Hong Kong) Ltd.
Maruyu
Mary Fashion Accessories Co. Ltd.
   (Taiwan)
Master Toys & Novelties
Mastercard International Inc.
Measa
Mercer
Merchandise Vendors - Service & Product
Mermade Hair
MetLife Inc.
MGA Entertainment Inc.
MGA Entertainment UK Ltd.
Microsoft Azure Inc.
Microsoft EA

Mike Albert Leasing
Minster
Minster Computer Systems Ltd.
Misirli UK Ltd.
Montagne Jeunesse International Ltd.
Mood Media Corp.
Moose Toys LLC (Shenzhen)
Moose Toys UK Ltd.
Morning Charm Ltd.
Moveable Inc.
MRI Real Estate Software LLC
My Sales LLC
Natalia Marketing Corp. (Ningbo)
New Clicks South Africa Proprietary Ltd.
New Forum Enterprises Ltd.
Newmark Group Inc.
Ningbo Yekea Home Articles Co. Ltd.
Novelty Express SA
NPN360
NPW Group (Shenzhen)
Ogilvie Ltd.
OLR
One For Fun (Ningbo)
One For Fun Ltd.
Ooly LLC
Operadora Sparapks SAPI De CV
Optiv Security Inc.
Oracle Financials
Oracle Retail
Orb Factory Ltd., The
Original Additions (BP) Ltd.
Orkin LLC
OT Technology Inc.
Ovative Group LLC
Pacific Piercing Supply Inc.
Pan Oceanic (Shanghai)
Pantone Connect
Pantone Swatches & Pantone Books
Paypal Inc.
Phoenix Manufacturing Co. Ltd.
Pipsticks Inc.
PMS International Group PLC
Popsockets (Shenzhen)
Prenax (WWD)
Pretty Woman (GZH)
Pretty Woman (New York)

Pretty Woman LLC
Prime Mode Co. Ltd.
ProLogis UK XXIV Sarl
ProShip Inc.
Protos Security
PTL Systems Inc.
Qingdao Collect Jewelry Co. Ltd.
Qingdao Fineart & Craft Co. Ltd.
Qingdao HGC Body Jewelry Co. Ltd.
Qingdao Imperial Art Co.
Qingdao Jinyuxianghe Jewelry Co. Ltd.
Qingdao JY Fashion
Qingdao Oasis Import & Export Co. Ltd.
Qingdao S&J Jewelry Co. Ltd.
Qingdao SH&C Fashion Jewelry Co. Ltd.
Qingdao Shinsung Arts Crafts Co. Ltd.
Qingdao World Money
Qingdao Xujunhui Jewelry Co. Ltd.
Qingdao YM Jewelries Co. Ltd.
Radium Creation Ltd.
Rare Beauty Brands Inc.
Raytik Ltd.
Real Packaging Co.
RealtimeBoard Inc.
Reflectiz Inc.
Right Choice Exports
Right Choice Exports (Delhi)
Riosoft
Riskified Inc.
RMS
RMS International (Ningbo)
RMS International (USA) Inc.
Roy Lowe & Sons Ltd.
Rubies Enterprises Ltd.
Rubies Masquerade Co. UK Ltd.
Salesforce Inc.
Salsify Inc.
SAVVi
Schylling Inc.
Scopevisio Retail Solutions
SDWorx
Sebang Chain Co. (Qingdao)
Sebang Chain Vina (Haiphong)
ServiceChannel.com
SGS Hong Kong Ltd.
Shalom International

Shalom International (Ningbo)
Shanghai East (Phnom Penh)
Shanghai Style (Shanghai)
SHC Direct LLC
Shenzhen Three Champions Yuan Trading
    Co. Ltd.
Shine Arts Crafts Co. Ltd.
Shiny Goods Inc.
ShopperTrak
Silver Buffalo LLC
Simba Smoby Toys UK Ltd.
Simon
Sisco Industries Ltd. (Haiphong)
Skinny Dip Landed
Skinnydip Ltd.
Smartsheet Inc.
Smile Gems
Smilegems Ltd. (London)
SNDZ Enterprise Corp. (Hong Kong)
Sodexa SARL
SOS Maintenance & Construction Ltd.
Specialty Store Services
Spin Master Inc.
Spin Master Toys (Haiphong)
Spin Master Toys Far East Ltd.
Springdale Acoustics Inc.
Sprout Social Inc.
SPS Commerce Inc.
Starlight ACC (Shanghai)
Stickerbeans
Stickerbeans (Ningbo)
Stirrup Unlimited LLC
Stor SL
Stored Value Solutions Inc.
Street Players
Studex
Studex UK Ltd.
Sugar Luv
Sunny Fashion Jewelry Co. Ltd. (Qingdao)
Sunshine & Glitter
Tair Jiuh Enterprise Co. Ltd.
Tamantar Co.
Temp Cooler LLC
Theme
Tong Yi Access (Hong Kong)
Tradewin

TranzAct Technologies Inc.
Travelux Ltd.
Tree Hut
Triangle Sign & Service LLC
Triple-S Management Corp.
TrueCommerce (Coventry) Ltd.
TrueSource
Tung Hing Plastic Manufactory Ltd.
Two Boys Designs Inc.
U&I Fashion (Haiphong)
UCC Distributing Inc.
UL Verification Services Inc.
Urban Reform Realty
US Bank NA
USPA Access (Shenzhen)
USPA Accessories LLC
V&E Accessories Inc.
VeriFone Inc.
Viacom Inc.
Viacom International Inc.
Viff Ltd.
Viff Ltd. (Shanghai)
Vision Service Plan
Vogue Digital
Waitwhile Inc.
Walmart Inc.
Walton Signage Corp.
Watsons Water
WebFab LLC
Wenzhou Eyestar Eyewear Co. Ltd.
Wenzhou Pleasure Trade Co. Ltd.
WGSN Ltd.
Wide Harvest Investment Ltd.
William Lamb Group Ltd.
Wind Designs Ltd.
WIS International
Workday Inc.
Workjam Inc.
World of Sweets
Worldline SA
Yiwu Kingtai Trading Co. Ltd.
Yiwu Volcano Arts & Crafts Co. Ltd.
Yottaa Inc.
Yumark Enterprises (Bangkok)
Yumark Industries (Ningbo)
Yumark Industries (Phnom Penh)

Zinio Online Magazine
Zuru LLC (Shenzhen)
Zuru UK Ltd.

# **SCHEDULE 1(g)**

## **Insurance**

AFCO Credit Corp.
Affiliated FM Insurance Co.
AGCS Marine Insurance Co.
Allianz Engineering Inspection Services Ltd.
Allianz Insurance PLC
Aon Underwriting Managers
Ascot Insurance Co.
Axis Insurance Co.
Beazley Insurance Co. Inc.
Beazley Syndicate 2623/623
Berkley Insurance Co.
Continental Casualty Co.
Continental Insurance Co., The
Endurance American Insurance Co.
Federal Insurance Co.
FM Insurance Co. Ltd.
FM Insurance Europe SA Luxembourg, Bern Branch
Freedom Specialty Insurance Co.
Greenwich Insurance Co.
Illinois National Insurance Co.
Liberty Mutual
Lloyd's of London
Mapfre Praico Insurance Co.
Navigators Insurance Co.
Ohio Casualty Insurance Co., The
Starr Indemnity & Liability Co.
US Specialty Insurance Co.
Vienna Insurance Group AG
XL Insurance America Inc.
XL Specialty Insurance Co.
Zurich Insurance Co. Ltd.
Zurich Insurance PLC

## SCHEDULE 1(h)

### Landlords

16191576 Canada Inc.
380 & 289 LP
4D Properties
6800 Eastman Avenue LLC
863 Broadway LLC
Abbell Associates LLC
Acadia Realty Trust
AH Property Management LLC
Alliance Health Inc.
American Assets
American Realty Capital LLC
Apollo Net Lease Co. LLC
Ashkenazy Acquisition Group
Ashley Group
Avison Young
Baldwin, Alexander
Barnett Properties Ltd.
Bayer Properties LLC
Bayfield Realty Advisors Inc.
BentallGreenOak
Bentley Mall Association
Berengaria Development
Berkeley Mall LLC
Berkowitz Development Group Inc.
BFW Howell Associates LLC
Bixby Bridge Capital
Branson Landing
Brazos TC - Partnership A LP
Brixmor Property Group Inc.
Brookfield
Burroughs & Chapin Co. Inc.
Cadillac Fairview
Cafaro
Cameron Crossing Inv. Ltd.
Carroll/1709 Ltd.
Casto
CBL
CBRE Inc.
Centennial Advisory Services LLC
Centennial Pueblo Mall Manager LLC
Centennial RE Co.
Centennial Real Estate Management LLC

CenterCal LLC
Central Walk
Central Walk Tsawwassen
CIM Group
City View Commercial
CMG / Provost Group Inc.
Coldwell Banker
Collett Management LLC
Colliers International Asset Management
    Inc.
Compass Retail
Continental Realty Corp.
Cord Meyer Development LLC
Cordano Co.
Coventry Mall Associates
CPI Property Group
Craig Realty Group
Crawford Square
Crescent Land Development Associates
    LLC
Crombie
CTO Realty Growth Inc.
Cushman & Wakefield
Cushman & Wakefield Asset Services Inc.
CW Capital Asset Management LLC
Cypress Equities Managed Services
Daniel Corp.
DCM Ltd. LLC
DDR Asset Management LLC
DDR Norte LLC SE
DDR Stone Oak Holdings LLC
DDR Urban LP
DeBartolo Holdings LLC
Dechomai Asset Trust Number Two LLC
DeRito Talking Stick North LLC
Dimond Center Holdings LLC
DiMucci Cos.
DLC Management Corp.
DP Management LLC
Dream Big Partners LLC
Druker Co. Ltd, The
Edge Realty Group

Edwards Realty Group
Equity One (Sheridan Plaza) LLC
Erimar Realty LLC
Ethan Conrad
Euro Pro
Fairbourne Properties
Fameco
Federal Realty Investment Trust
Federal Realty OP LP
Federal REIT
Feil
Feldman Equities of Arizona
Festival Management Corp.
FFO RE Advisors
Fidelis Realty Partners Ltd.
First Washington Realty Inc.
Fishman Real Estate Group
Forbes Cohen
G&I IX Camp Creek Property LLC
Gallatin Mall Group LLC
Gateway Knollwood LLC
Gemini Rosemont
Gerrity Group LLC
GJ Group Properties Inc.
GK Development Inc.
Goodman Realty Group
GRE Management Services Inc.
Great Plains Development
Hall Road Crossing Owner LLC
Hanford Mall
Harlem Irving
Harsch Investment
Hauppauge Properties LLC
Hendon
Hines Global Income Trust Inc.
Horizon Property Group
Howard Hughes Corp., The
Hull Property Group LLC
IGP LLC
Inland Real Estate Group of Cos. Inc., The
International Growth Properties
InvenTrust Property Management LLC
Investec Real Estate Cos.
Irvine Co.
Irvine Co. LLC, The
Ivanhoe Cambridge

Jim Wilson & Associates LLC
Jimmy Jazz Inc.
JJ Gumberg Co.
Johnson Commercial Development
Jones Lang Lasalle Americas Inc.
Junction Boulevard Realty
Karruli LLC
Katz Properties Management LLC
Kemper Development Co.
KeyBank NA
Kimco
Kimco Realty Corp.
Kinsley Properties
Kite Realty
Kohan Retail Investment Group
Kohan/Summit Management
Kotarides
L3 Properties
Lake Success Shopping Center LLC
Lamar Cos.
Lance-Kashian & Co.
Legacy Cos., The
Lerner
Lewcon Retail LLC
Lexington Co.
Liberty Common 2018 LLC
Little Rock Outlets Realty Holding LLC
Lormax Stern Development Inc.
Luan Investments
M&J Wilkow Ltd.
Macerich
Madison Marquette Inc.
Maley Co., The
Mark T. Brennan & Associates
Marx Realty LLC
Mayaguez Mall
MC Strauss & Co.
McCOR Management
McKnight Properties
MCM Properties Ltd.
MDN Development Inc.
Merlone Geier Management LLC
Metro National Corp.
MGHerring Group Inc., The
Mid America Real Estate-Wisconsin LLC
Miromar

MLWD Inc.
MMI Realty
Moonbeam Capital Investments LLC
Morguard
Morrison Cos.
NADG (US) General Partner Inc.
Namdar Realty Group LLC
New England Development Inc.
New Market 1 LLC
NewQuest Properties Ltd.
Nicholas Investment Co.
NLCO
North Plains Mall Management LLC
NorthPark Partners LP
Northwest Target LLC
Northwood Investors LLC
Oakdale Property Partners LLC
Olshan Properties
Onni Group
Opus Group, The
Osborne Capital Group
OTB Destination
Out of the Box Ventures LLC
Oxford In Trust For Square One
Pace Properties Inc.
Pacific Bridgewater Management PR LLC
Pacific QKC Management PR LLC
Pacific Retail Capital Partners LLC
Palouse Mall LLC
Pappas Investments Inc.
Paramount Realty Services Inc.
Patchogue Realty
PCI Developments
Pine Tree Commercial Realty LLC
Pinnacle Leasing & Management LLC
Plaza Las Americas
Poag Shopping Centers LLC
Poplin Place LLC
Prairie Hills Mall LLC
PREIT
Prep Property Group Inc.
Primaris REIT
Prism Co.
Propst Properties
Providence Group
Pyramid Management Group Inc.

QC East LLC
QIC
QuadReal Property Group LP
Rainier Cos., The
RAM Property Development LLC
RBS Group
RED Development
Redico
Redlands Joint Venture LLC
Regency Centers LP
Regis
Related Retail Corp.
Related Urban
Rialto Capital Advisors LLC
RioCan
River West Management LLC
RL Miami LP
Robert B. Aikens & Associates LLC
Robert Lynn Management Co.
Robson Properties
RockStep Capital LLC
RREEF Alternative Investments
SA Development Co. LP
Saed Investments IV LLC
Salthill Capital Corp.
Santa Margarita Ventures LLC
SARM Five Points Plaza LLC
Satterfield-Helm Management Inc.
Schnitzer Properties Management
Schottenstein Property Group Inc.
Seligman & Associates Inc.
Seritage Growth Properties
Settlers R1 Inc.
SH UTE III LLC
Shea Properties
Shin Yen Retail Property Management LLC
ShopCore Properties LP
Silver Lake Center LLC
Simon
Site Centers
Sizeler Realty Co. Inc.
SL Nusbaum Realty Co.
Smugglers Capital Corp.
Sobert Realty Corp.
Southport 2013 LLC
SP Center LLC

Spectrum Realty
Spinoso Management Group
Spinoso Real Estate Group LLC
Stark Enterprises LLC
Starwood Capital Group
Steiner & Associates Inc.
Sterling Organization
Stiles
Stirling Properties Inc.
Stockbridge Ohio LLC
StreetMac
Tabani Group Inc.
Tanger Inc.
Tanger Properties LP
Taubman
Terminus Properties Co. LLC
TGA NAP
THF ONC Development LLC
Time Equities Inc.
TKG Management
Torrington Properties
Trademark Properties
Triovest Realty Advisors Inc.
Triple Five
Tucker Meridian, LLC
Turnberry Associates Inc.
United Properties Corp.
University Mall Management Inc.
Urban Edge Properties
Urban Retail Properties
USPG Portfolio Six LLC
Vestar Property Management Co.
Walmart Inc.
Washington Prime Glimcher
Wayne Towne Enterprises Ltd.
Weigand-Omega Management Inc.
West Acres Development
Westcliff
Westdale Properties
Westfield Corp.
Wilcox Savage
Wilder Cos. Ltd., The
Wilfid Brookhollow Associates
Williams Jackson Ewing
Wilmorite Management Group LLC
WMG Meadows LLC

Wolfson Group Inc.
Woodbury
Woodmont
Woodmont Co., The
WS Asset Management Inc.
WS Development
Wulfe Management
YAM Properties

## <u>SCHEDULE 1(i)</u>

### <u>Litigation</u>

Cuevas, Daniel
I Pee Holdings
Matthews, Amaya
Pfeffer, Rachel
Pout, Christian
Riviera, Esmeralda
Triventure
Voivod, Michael

## **SCHEDULE 1(j)**

### **Significant Equity Holders**

Accessory Holdings LP
Elliott Associates LP
Elliott Management Corp.
Ensemble Investment Holdings LLC
Goldman Sachs & Co. LLC
Monarch Alternative Capital LP
Redwood Capital Management
Vero, Ryan

# SCHEDULE 1(k)

## Surety & Letters of Credit Issuers/Beneficiaries

Citibank NA
Credit Suisse Group AG
Greenwich Insurance Co.
Indian Harbor Insurance Co.
Intact Financial Corp.
JPMorgan Chase Bank NA
One Beacon Insurance Co.
Praetorian Insurance Co.
QBE Insurance Corp.
Stonington Insurance Co.
Travelers Indemnity Co., The
XL Insurance America Inc.
XL Specialty Insurance Co.

# **SCHEDULE 1(l)**

## **Taxing Authority/Governmental/Regulatory Agencies**

Minnesota, State of
Texas, State of

# SCHEDULE 1(m)

## Vendors

11:11 Media LLC
1401 Greenbrier Parkway LLC
21245 26 Ave. LLC
863 Broadway LLC
Accellor Inc.
Accenture International BV
Accessory Innovations LLC
Acosta Sales & Marketing Ltd.
ADP Inc.
Afco Direct
Alamance Retail LLC
Alderwood Mall Holding LLC
Algonomy Software
Alvarez & Marsal Holdings LLC
Ama Design International Co. Ltd.
Ameream LLC
American Digital Corp.
American Door & Dock Inc.
Aon Risk Services
Arrowhead Towne Center LLC
Aspire Systems Inc.
Asset Management Technologies Ltd.
Attentive Mobile Inc.
Audit-Tel
Aurora World Inc.
Aventura Mall Venture
B. Brothers Broadway Realty LLC
Baker & Hostetler LLP
Basic Fun Inc.
Battlefield Mall
Baybrook Mall
BDO USA LLP
Bellwether Properties of South Carolina LP
Benmoore Construction Group, The
Berkeley Research Group LLC
Beverly Hills Teddy Bear Co.
BH Concept Inc.
Big Apple Corp.
Bioworld Merchandising Inc.
Blue Yonder Inc.
Blueprint Collections Ltd.
Bohannon Development Co.

Bonkers Toy Co. LLC
Bonnis Properties (Robson) Inc.
BPR Cumulus LLC
BPR-FF LLC
Brandon (Tampa) LP
BRE/Pearlridge LLC
Bridgewater Commons Mall II LLC
Brinton Security Services LLC
Broadstone Net Lease LLC
Brookfield Property Partners LP
Brooklyn Kings Plaza LLC
Burbank, City of (CA), Fire Department
Cadillac Fairview Corp., The
California, State of, Dmv, Account
    Processing Unit
Cameron Advertising Displays Ltd.
Canada, Government of, Border Service
    Agency
Canon Solutions America Inc.
Capitol Light
Carlson Store Fixtures
CBL & Associates LP
CBL-T-C LLC
CBRE Inc.
CDW LLC
Centric Beauty LLC
Challenger Gray & Christmas Inc.
Chicago Consumables Inc.
Christiana Acquisition LLC
Claire's Stores (401-K)
Clinical Health Technologies
Collegiate MDSE Group
Columbia Mall Partnership
Comdata Inc.
Compucom System Inc.
Cornerstone OnDemand Inc.
Corp Del FSE
Crawford, County of (PA), Tax Collector
Creme Shop, The
Crombie Reit
Crystal Run Galleria LLC
Cuddle Barn Inc.

Cuerdon, David O.
Culver City Mall LLC
Data Solutions LLC
DavroPM Ltd.
Delta Dental Association
Dennis, Ashley
DLA Piper LLP (US)
DMB Holdings LLC
Dope Slimes LLC
E&Q
Easton Town Center II LLC
Eurest Dining Services
Evershine Creations Inc.
Exegistics Inc.
Fashion Centre Mall LLC
Femspro Incorporado
Forbes Taubman Orlando LLC
Fordham, Amber
France Lab Inc.
Frontstreet Facility Solutions
Fu Wah Manufactory Ltd.
Gailliard, Alida
Gallagher Bassett Services Inc.
Gateway Center Phase II
General Growth Properties Inc.
GGP Homart II LLC
GGP LP
GGP Staten Island Mall LLC
GGP/Homart II LLC
GGPLP LLC
GGPLP Real Estate Inc.
GGP-TRS LLC
GLO Document Solution Division
Global Response LLC
GMV (Mall) Owner LLC
Google Inc.
Grant Thornton LLP
Great-West Life Assurance Co., The
Haak, Lily
Harvest Forecast
HER Accessories Ltd.
Herbst, Dan
Heritage Candy Co. Inc.
High Intencity Corp.
Hip Sing Association, The
Hirewell Inc.

Horizon Group USA
Houston Galleria, The
HRE Fund IV LP
Hull Property Group LLC
HYM International Co. Ltd.
Hyperion LA
Idaho, State of, Tax Commission
Idea Group
Innovative Cosmetics
Insight Direct USA Inc.
Inspired Thinking
InteQ Corp.
Inverness
Irvine Co. LLC, The
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
J.M. Siber Ltd. Part
Jackson Lewis PC
Jacmel Jewelry Inc.
Jazwares LLC
Jennz LLC
Jiangxi Meican
JMCR Sherman LP
Jordan Creek Joint Venture LLC
JPMorgan Chase Bank NA
JPMorgan Chase Commercial Banking
Just Play (HK) Ltd.
KBR Shawnee Mall Capital LLC
Keter Environmental Service Inc.
Kojac Fashion Accessories Ltd.
Korn Ferry US
KP IV Navy LLC
La-Kontra Corp.
Lennox Industries Inc.
License 2 Play Toys LLC
Life Insurance Co. of North America
LS BC 2 LLC
Macerich Co., The
Macerich Partnership LP, The
Macerich Vintage Faire LP
MACWH LP
Madiba Inc.
Mall at Smith Haven LLC
Mary Fashion Accessories Ent. Co. Ltd.
Master Toys & Novelties Inc.
Matson Navigation Co.

Mayfair Hotel Supply Co.
McKinsey & Co. Inc.
Meadowood Mall SPE LLC
Metropolitan Life Insurance Co.
MGA Entertainment Inc.
Microsoft Corp.
Mike Albert Leasing Inc.
Mills At Jersey Gardens/JG, The
Minnesota, State of, Department of Revenue
Miracle International Group Ltd.
MJC International Group LLC
Moac Mall Holdings LLC
Mood Media
Moose Toys LLC
Morguard Investments Ltd.
Morguard Real Estate Investment Trust
Morning Charm Ltd.
Mouri Tech LLC
Movable Ink Inc.
Moveable Inc.
Nest International Inc.
Nowe Media
NP Digital
NPN360 Inc.
OLR America Inc.
One For Fun Ltd.
Ontario Mills Ltd.
Ontrea Inc.
Opry Mills Mall LP
Oracle America Inc.
Orland LP
Oshkosh, City of (WI)
Ovative Group LLC
Oxford In Trust For Square One
Pachulski Stang Ziehl & Jones LLP
Pacific Premier Retail LLC
Pantone LLC
Penn Square Mall LP
Penta Group LLC
Perron-Roettingers
Pheasant Lane Realty Trust
Phoenix Manufacturing Inc.
Pinterest Inc.
Pipsticks Inc.
Plaza Las Americas Inc.
Popsockets

Powerone Electrical Contracting Inc.
Preit Associates LP
Premium Outlets Partners LP
Premium Retail Services LLC
Pretty Woman LLC
Primaris Management Inc.
Prosek Partners Ltd.
Proudfoot, Leroy
Qingdao Classic Co. Ltd.
Qingdao Collect Jewelry Co. Ltd.
Qingdao HGC Body Jewelry Co. Ltd.
Qingdao Renfeng Jewellery Co. Ltd.
Qingdao S&J Jewelry Co. Ltd.
Qingdao Shinsung Arts & Crafts Co. Ltd.
Qingdao Wish Tree Crafts Co. Ltd.
Qingdao YM Jewelries Co. Ltd.
QRPG LP
Queens Center SPE LLC
RCS Real Estate Advisors
Reams Enterprises Inc.
Reed, Melissa
Retail Property Trust, The
Riderwood USA
Right Choice Exports
Rithum LLC
Roseville Shoppingtown LLC
Rouse Properties LP
RR Donnelley & Sons Co.
RSI International Ltd.
Safetech Enterprises Corp.
Salesforce.com Inc.
Scarborough Town Centre
SDG Dadeland Association Inc.
Sebang Chain Co. Ltd.
Sebastian, County of (AR), Tax Collector
Securitas Technology
Servicechannel.com Inc.
SG Summit LLC
Shadow Public Relations Inc.
Shalom International
Shasta Realty LLC
Shoppertrak RCT LLC
Shopping Center Associates
Simon Property Group (TX) LP
Simon Property Group LP
Simpson Thacher & Bartlett LLP

Skinnydip Ltd.
Somerset Collection LP
SOS Maintenance Inc.
Southland Holding I LLC
Southpark Mall Realty
Specialty Store Services
Spencer Stuart Inc.
Spin Master Far East
Squire Patton Boggs (US) LLP
Sreg White Marsh Mall LLC
St Judes Children's Research Hospital
St. John's Town Center LLC
Staples Inc.
Stein Saks pllc
Stickerbeans
Stonebriar Mall LLC
Studex Corp.
Sun Life Financial Inc.
Sunrise Mills MLP LP
Super League Enterprise Inc.
Superstar
Tacoma Mall Partnership
Tair Jiuh Enterprise Co. Ltd.
Tanger Properties LP
Tanger Properties Ltd.
Tangoe Inc.
Tangoe Inc. 742
TB Mall at UTC LLC
Terrell Outlets LLC
Tierney Gearon Photography
Tomoka25 Ashley Park LLC
Tongyi Accessories Co. Ltd.
Transier, K. Melissa
Transier, William L.
TranzAct Technologies
TranzAct Technologies Inc.
Triangle Sign & Service
Truesource LLC
Trumbull Shopping Center #2LLC
Tysons Corner Holdings LLC
UCC Distribution Inc.
UHC Construction Services Inc.
United Techno Solutions Inc.
UPS Supply Chain Solutions Inc.
US Bank Corporate Payment
US Centennial Malls Joint Venture LLC

USPA Accessories LLC
Valley Mall LLC
VF Mall LLC
Viff Ltd.
Viking Rideau Corp.
Walmart Inc.
Wal-Mart Stores East LP
Warehouse Direct Inc.
Watershed Technology Inc.
WEA Southcenter LLC
WebFab LLC
West Edmonton Mall Property Inc.
West Farms Mall LLC
West Town Mall LLC
Westcor Realty Ltd.
Westfield, City of (IN), Police Department
Westland Garden State Plaza LP
Willowbrook Mall Holding
Wilmington, City of (IL)
WIS International
Woodfield Mall LLC
Woodland Hills Mall LLC
Workday Inc.
Workjam Inc.
XL Specialty Insurance Co.
Zambrano, Evelymar
Zuru LLC

# SCHEDULE 1(n)

## Bankruptcy Judges

Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

## __SCHEDULE 1(o)__

### __Office of the United States Trustee__

Attix, Lauren
Bates, Malcom M.
Casey, Linda
Cudia, Joseph
Dice, Holly
Dortch, Shakima L.
Fox, Timothy J., Jr.
Girello, Michael
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Malley, James R.
Richenderfer, Linda
Schepacarter, Richard
Serrano, Edith A.
Thomas, Elizabeth
Varga, Andrew
Wynn, Dion

# SCHEDULE 1(p)

## 363 Sale Parties

Ames Watson Capital LLC
Hilco (HMR)
[CONFIDENTIAL]

## **SCHEDULE 1(q)**

### **Top 30 Creditors**

Accellor Inc.
Accessory Innovations LLC
Algonomy Software
Aurora World Inc.
Benmoore Construction Group, The
BPR-FF LLC
Brookfield Property Partners LP
CBRE Inc.
Centric Beauty LLC
Creme Shop, The
Exegistics Inc.
France Lab Inc.
Frontstreet Facility Solutions
Google Inc.
Grant Thornton LLP
Heritage Candy Co. Inc.
Idea Group International (Hong Kong)
Inspired Thinking
Kojac Fashion Accessories Ltd.
Lennox Industries Inc.
Macerich Co., The
Mastercard International Inc.
Microsoft Corp.
MJC International Group LLC
Optiv Security Inc.
Ovative Group LLC
Premium Outlet Partners LP
Premium Retail Services LLC
Retail Property Trust, The
Simon Property Group LP
Studex Corp.
Tanger Properties Ltd.
United Techno Solutions Inc.
UPS Supply Chain Solutions Inc.
Waitwhile Inc.
Walmart Inc.
Workday Inc.

## <u>SCHEDULE 1(r)</u>

### <u>UCC Members</u>

Accellor Inc.
Brookfield Properties Retail Inc.
Inspired Thinking
Studex Corp.
Tanger Management LLC
Yumark Enterprises Corp.

## **SCHEDULE 1(s)**

### **UCC Professionals**

Cole Schotz PC
McDermott Will & Schulte LLP
Province LLC

# SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Accenture International BV | Accenture LLP | Current |
|  | Accenture plc | Current |
| Acosta Sales & Marketing Ltd. | Acosta, Inc. | Current |
| AGCS Marine Insurance Co.

Allianz Engineering Inspection Services Ltd.

Allianz Insurance PLC | Pacific Investment Management Company, LLC | Current |
| Apollo Net Lease Co. LLC | Apollo 11 Sarl | Current |
|  | Apollo Capital Management, L.P. | Current |
|  | Apollo EquityCo L.P. | Current |
|  | Apollo Global Management, Inc. | Current |
|  | Apollo Global Real Estate Management LP | Former |
|  | Apollo Global Securities LLC | Current |
|  | Apollo Management International LLP | Current |
|  | Apollo Real Estate and its affiliated funds | Current |
|  | Apterra Infrastructure Capital LLC | Current |
|  | The University of Phoenix Inc. | Current |
| Alvarez & Marsal
World of Sweets | A&M Capital Advisors LP | Current |
|  | A&M Capital Opportunities Fund LP | Closed |
|  | A&M Capital Partners LLC | Current |
|  | A&M Opportunities Fund | Closed |
|  | Alvarez & Marsal Europe LLP | Closed |
|  | Alvarez & Marsal Holdings LLC | Closed |
|  | Alvarez & Marsal Inc. | Current |
|  | Barbara Gould | Closed |
|  | Edward Simon Middleto | Current |
|  | Firmin, Mark | Closed |
|  | Marston, Jonathan C. | Closed |
|  | Wesley Arthur Edwards | Current |
|  | Wing Sze Tiffany Wong | Current |
| Keter Environmental Service Inc. | Alex Gleser | Current |
|  | NewQuest Capital Advisors (HK) Limited | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | PCM Management Advisor, LLC | Current |
| | Strategic Office Partners | Current |
| | The Rise Fund II, L.P. | Current |
| | TPG Advisors IV Inc. | Closed |
| | TPG Advisors V, Inc. | Current |
| | TPG Advisors VI Inc. | Current |
| | TPG Biotechnology Partners IV LP | Current |
| | TPG Capital BD LLC | Closed |
| | TPG Capital LP | Current |
| | TPG Capital New York Inc. | Closed |
| | TPG Europe LLP | Current |
| | TPG Genpar VII Advisors LLC | Current |
| | TPG Global, LLC | Current |
| | TPG Growth LLC | Current |
| | TPG Inc. | Current |
| | TPG Partners IV LP | Closed |
| | TPG Partners LLC | Current |
| | TPG Partners VI LP | Current |
| | TPG Partners VII LP | Current |
| | TPG RE Finance Trust, Inc. | Former |
| | TPG Real Estate | Current |
| | TPG Real Estate Partners II, L.P. | Current |
| | TPG Rise Climate LP | Current |
| | TPG Sky Co-Invest LP | Current |
| | TPG Starman Investment Holdings I LP | Closed |
| | TPG Starman Investment Holdings II LP | Closed |
| | TPG VI Management LLC | Current |
| Ankura Trust Co. LLC | Ankura Holdings, LP | Current |
| | APM Human Services International Ltd. | Current |
| | Athena Technology Solutions Holdings, LLC | Current |
| | Madison Dearborn Partners | Current |
| | Madison Dearborn Partners LLC | Current |
| Aon - Aon Risk Services Northeast Inc. | Aon Corporation | Current |
| Aon Risk Services | Aon Financial Services Group Inc. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Aon Risk Services Northeast Inc. | Aon plc | Current |
| Aon Underwriting Managers | Aon Re Inc. | Current |
| | Aon Risk Services Central Inc. | Current |
| | Aon Risk Services Cos. Inc. | Current |
| | Aon Risk Services Southwest, Inc. | Current |
| | Aon Risk Solutions | Former |
| AST JPMorgan Global Thematic Portfolio | Andrew Cohen | Closed |
| Chase Lincoln | Highbridge Capital Management, LLC | Current |
| Chase Lincoln Host Bank | J.P. Morgan Asset Management | Closed |
| GIM Specialist Investment Funds | J.P. Morgan Asset Management Private Equity Group | Closed |
| GIM Trust 2 - Senior Secured Loan Fund | J.P. Morgan Investment Management Inc. | Current |
| JP Morgan Investment Management Inc. - US | J.P. Morgan Securities Asia Pacific Limited | Closed |
| JP Morgan Invetment Management Inc. - IBM | J.P. Morgan Securities LLC | Current |
| JPM | J.P. Morgan Securities plc | Closed |
| JPM-  Adavanced Series Trust Allocation High Yield Portfolio | JP Morgan Securities (Asia Pacific) Ltd. | Closed |
| JPM Chase Retirement Plan | JP Morgan Securities (Far East) Ltd. | Closed |
| Jpm Core Plus Bond Fund | JPMorgan Asset Management (Europe) SARL | Current |
| JPM Floating Rate Income Fund | JPMorgan Asset Management (UK) Ltd. | Current |
| JPM Global Bond Opportunities Fund | JPMorgan Chase Bank, N.A. | Current |
| JPM Im Ltd.-SEI Institutional | JPMorgan Funds Limited | Current |
| JPM Income Builder Fund | JPMorgan Infrastructure Investments Fund | Closed |
| JPM LVIP JP Morgan High Yield | JPMorgan Investment Management Inc. - Global Special Situations | Current |
| JPM Total Return Fundd | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| JPMorgan Chase Bank NA | Third Coast Midstream, LLC | Current |
| JPMorgan Global Strategic Bond Fund | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| JPMorgan High Yield Fund<br>JPMorgan Income Fund<br>JPMorgan Strategic Income Opportunities<br>JPMorgan Unconstrained Debt Fund | | |
| Atlassian Corp. | Atlassian US, Inc. | Current |
| Avalara Inc.<br>Smartsheet Inc.<br>Zinio Online Magazine | Aaron Gupta | Former |
| | Adrian R. Alonso | Former |
| | Cheryl Cecchini Leahy | Former |
| | Christian B. Sowul | Former |
| | David A. Breach | Current |
| | Ellucian Company L.P. | Closed |
| | ESO Solutions, Inc. | Current |
| | Franklin F. Reis | Current |
| | Fund II Foundation | Current |
| | James Morrill Ford | Current |
| | James P. Hickey | Former |
| | John Warnken-Brill | Former |
| | Martin Taylor | Current |
| | Michael Fosnaugh | Current |
| | Model N, Inc. | Current |
| | Nicholas J. Prickel | Current |
| | Playa Vista Exer Management Services LLC | Current |
| | Robert F. Smith | Current |
| | Vincent L. Burkett | Former |
| | Vista Capital  Solutions Fund GP LLC | Closed |
| | Vista Capital Solutions Fund LP | Closed |
| | Vista Capital Solutions Fund-A LP | Closed |
| | Vista Consulting Group, Inc. | Current |
| | Vista Credit BDC Management LP | Current |
| | Vista Credit Partners | Closed |
| | Vista Credit Partners Fund III GP LLC | Current |
| | Vista Credit Partners Fund III, L.P. | Current |
| | Vista Credit Partners Fund III-A LP | Current |
| | Vista Credit Partners III Onshore LLC | Current |
| | Vista Credit Partners LP | Current |
| | Vista Credit Strategic Lending Corp. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Vista Credit Strategic Lending Corp. II | Closed |
| | Vista Equity Partners | Current |
| | Vista Equity Partners Fund VI LP | Current |
| | Vista Equity Partners Fund VI-A LP | Current |
| | Vista Equity Partners Fund VIII LP | Current |
| | Vista Equity Partners Management LLC | Current |
| AXA PPP Healthcare Ltd. | AXA IM Prime | Current |
| Greenwich Insurance Co. | AXA Real Estate Investment Managers UK Ltd. | Current |
| Indian Harbor Insurance Co. | AXA REIM SGP | Current |
| XL Insurance America Inc. | Maestro Health | Closed |
| XL Specialty Insurance Co. | XL Global Services, Inc. | Current |
| Axis Insurance Co. | Albert Benchimol | Closed |
| Bank of America | Banc of America Securities LLC | Closed |
| Bank of America NA | Bank of America Corporation | Current |
| | Bank of America NA | Closed |
| | BofA Securities Inc. | Closed |
| Bank of the West | BMO Capital Markets | Current |
| BMO Harris Bank | | |
| BankFinancial Corp. | BankFinancial Corporation | Current |
| | First Financial Bank | Closed |
| Banknorth | TD Asset Management Inc. | Closed |
| TD Bank NA | TD Bank USA, NA | Current |
| | TD Securities Inc. | Current |
| Basic Fun Inc. | Brentwood Associates | Current |
| Basic Fun Inc. (Shanghai) | Eric G. Reiter | Current |
| | Steven W. Moore | Current |
| | William M. Barnum, Jr. | Current |
| Belfor USA Group Inc. | ASP BF Holdings LP | Current |
| | BELFOR (Gibraltar) Holdings LLC | Current |
| | BELFOR (Luxembourg) SARL | Current |
| | BELFOR (USA) Ltd. | Current |
| | BELFOR Gibraltar Ltd. | Current |
| | BELFOR Holdings Inc. | Current |
| | Belfor Holdings, Inc. | Current |
| | BELFOR USA Group Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Bendon Inc. | Bendon, Inc. | Current |
| BentallGreenOak | Bentall GreenOak Strategic Capital Partners LLC | Closed |
| Sun Life Financial Inc. | Crescent Capital Group, LP | Current |
|  | SLC Management | Current |
| Berkeley Research Group LLC | Berkeley Research Group Holdings LLC | Current |
| CBTS Technology Solutions LLC | Berkeley Research Group, LLC | Current |
|  | Soros Fund Management LLC | Closed |
|  | TB SA Acquisition Corp. | Closed |
|  | TowerBrook Capital Partners LP | Current |
|  | TowerBrook II Co-Investors, L.P. | Current |
|  | TowerBrook Investors II AIV, L.P. | Current |
|  | TowerBrook Investors II Executive Fund LP | Current |
|  | TowerBrook Investors II, L.P. | Current |
|  | TowerBrook Investors III (Parallel), L.P. | Current |
|  | TowerBrook Investors III Executive Fund, L.P. | Current |
|  | TowerBrook Investors III, L.P | Current |
|  | TowerBrook Investors IV (892), L.P. | Current |
|  | TowerBrook Investors IV (Onshore), L.P. | Current |
|  | TowerBrook Investors IV (OS), L.P. | Current |
|  | TowerBrook Investors IV Executive Fund, L.P. | Current |
|  | TowerBrook Investors, L.P. | Current |
| Bill Me Later Inc. | PayPal Holdings Inc. | Current |
| Paypal Inc. | PayPal Inc. | Current |
| Bixby Bridge Capital | Bixby Bridge Capital, LLC | Closed |
|  | Lincolnshire Associates II, Ltd. | Current |
| Blackhawk Network Holdings Inc. | Egon Durban | Current |
|  | Greg Mondre | Current |
|  | Mary Hannaford Conrad | Former |
|  | PowLan LLC | Current |
|  | Silver Lake Partners L.P. | Current |
|  | Sumeru Equity Partners L.P. | Current |
| Blue Cross & Blue Shield of Illinois | Blue Cross & Blue Shield Association | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blue Cross & Blue Shield of Oklahoma | Current |
| | Blue Cross and Blue Shield of Texas | Current |
| | Blue Cross Blue Shield of Illinois | Current |
| | Blue Cross Blue Shield of New Mexico | Current |
| | Health Care Service Corporation | Current |
| Blue Yonder Inc. | Blue Yonder, Inc. | Current |
| Boomerang | Warner Bros. Discovery Inc. | Current |
| BRE/Pearlridge LLC Washington Prime Glimcher | Washington Prime Group Inc. | Current |
| Brookfield | Alexander A. Taubman | Former |
| Brookfield Corp. | Altera Infrastructure L.P. | Current |
| Brookfield Properties Retail Inc. | Brookfield Asset Management Inc. | Closed |
| GGP Homart II LLC | Brookfield Asset Management LLC | Current |
| GGP LP | Brookfield Business Partners LP | Current |
| GGP Staten Island Mall LLC | Brookfield Infrastructure Debt Fund II LP | Closed |
| GGP/Homart II LLC | Brookfield Oaktree Holdings LLC | Current |
| GGPLP LLC | Brookfield Private Capital (DIFC) Ltd. | Current |
| GGPLP Real Estate Inc. | Brookfield Special Investments LLC | Current |
| GGP-TRS LLC | Cosmos Purchaser, L.P. | Current |
| Oaktree Capital Management LP | GFI Energy Group of Oaktree Capital Management | Current |
| Oaktree Principal Fund V | Jordon Kruse | Current |
| Oaktree Principal V Continuation | Matthew Wilson | Current |
| OCM LP -Oaktree Principal Fund | Oaktree Acquisition Corp. | Closed |
| Rouse Properties LP | Oaktree Acquisition Corp. II | Closed |
| Willowbrook Mall Holding | Oaktree ATI Investors LP | Current |
| | Oaktree Bidco Ltd. | Current |
| | Oaktree Capital Management LP | Current |
| | Oaktree Gardens OLP LLC | Current |
| | Oaktree Gardens OLP SPV LP | Current |
| | Oaktree Lending Partners (Unlevered) Corp. | Current |
| | Oaktree Lending Partners Corporation | Current |
| | Oaktree Maritime Finance Holdings XI Ltd. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Oaktree Midco Ltd. | Current |
| | Oaktree Power Opportunities Fund IV (Parallel) LP | Current |
| | Oaktree Power Opportunities Fund IV LP | Current |
| | Oaktree Special Situations Fund | Closed |
| | Oaktree Specialty Lending Corporation | Current |
| | Oaktree Strategic Credit Fund | Current |
| | Oaktree Topco Ltd. | Current |
| | OCM Luxembourg EPF IV Cruise Yacht Master Holdco SARL | Current |
| | Ronald N. Beck | Current |
| Canada Life Assurance Co. | Empower Annuity Insurance Company | Current |
| CBRE Inc. | CBRE Investment Management Infrastructure Inc. | Current |
| | CBRE SpA | Closed |
| | CBRE SpA Italy | Closed |
| | CBRE, Inc. | Closed |
| CDW LLC | CDW Corporation | Closed |
| | CDW LLC | Closed |
| CenturyLink Communications LLC | Lumen Technologies, Inc. | Closed |
| CIM Group | Terreva Renewables LLC | Current |
| Citibank NA | Andrew Morton | Former |
| | Citibank | Current |
| | Citigroup Global Markets Asia Limited | Current |
| | Citigroup Global Markets Inc. | Current |
| | Citigroup Global Markets Ltd. | Closed |
| | Citigroup Inc. | Closed |
| City National Bank | BlueBay Asset Management Services Ltd. | Current |
| | RBC Capital Markets Corporation | Current |
| | RBC Wealth Management | Current |
| | William Grayson | Closed |
| Coldwell Banker | Anywhere Real Estate, Inc. and various of its affiliates | Current |
| | Neil Pepper | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Waterfall Asset Management LLC | Closed |
| Colliers International Asset Management Inc. | Harrison Street Advisors, LLC | Current |
| ComPsych Corp. | Richard Chaifetz | Former |
| Continental<br>Continental Casualty Co.<br>Continental Insurance Co., The | Continental Casualty Company | Current |
| Cornerstone OnDemand Inc. | Behdad Eghbali | Former |
| | Clearlake Capital (UK) LP | Current |
| | Clearlake Capital Group, L.P. | Current |
| | Clearlake Capital Partners V LP | Current |
| | Clearlake Capital Partners VII LP | Current |
| | Clearlake Opportunities Partners (P) LP | Current |
| | Clearlake Opportunities Partners II LP | Current |
| | Jose E. Feliciano | Current |
| CradlePoint Inc. | iconectiv, LLC | Closed |
| Culver City Mall LLC<br>Roseville Shoppingtown LLC<br>VF Mall LLC<br>Westfield Corp.<br>Westland Garden State Plaza LP | Iliad Holding SAS | Current |
| Cushman & Wakefield<br>Cushman & Wakefield Asset Services Inc. | Cushman & Wakefield, Inc. | Current |
| Dan Dee International (Shanghai) | Dan-Dee International Holdings Inc. | Current |
| | Dan-Dee International LLC | Current |
| | IVEST Consumer Partners | Closed |
| Disguise Ltd. (Land) | AlpInvest Partners B.V. | Current |
| | Carlyle Asia Investment Advisors Limited | Current |
| | Carlyle Asia Partners IV LP | Closed |
| | Carlyle Aviation Partners Ltd. | Current |
| | Carlyle Global Credit Investment Management LLC | Current |
| | Carlyle Group Inc., The | Former |
| | Carlyle Group Ltd., The | Current |
| | Carlyle Group Management LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Carlyle Group, The | Former |
| | Carlyle Infrastructure Fund LP | Closed |
| | Carlyle Investment Management LLC | Closed |
| | CIM Global LLC | Former |
| | James Larocque | Closed |
| | Matthew O'Connor | Closed |
| | Robert G. Korn | Current |
| | The Carlyle Group | Current |
| | William Hoffman | Current |
| E&Q | Hexagon Toolbox Acquisition Corp. | Closed |
| Elliott Associates LP<br>Elliott International LP<br>Elliott Management Corp. | Mark Cicirelli<br>Prosperity Asset Management LLC | Former<br>Current |
| Federal Insurance Co. | Chubb Bermuda Insurance Ltd. | Closed |
| FineLine Technologies Inc. | FL Hawk Holdings, LLC<br>Leonard Green & Partners LP | Closed<br>Current |
| Gallagher Bassett Services Inc. | Arthur J. Gallagher & Co.<br>Gallagher Risk and Reward Limited | Current<br>Current |
| Gateway Center Phase II<br>Related Retail Corp.<br>Related Urban | Related Fund Management<br>The Related Companies LP | Current<br>Current |
| Gerrity Group LLC | Gerrity Group, LLC | Current |
| Goldman Sachs<br>Goldman Sachs & Co. LLC | ColourOz Topco | Former |
| | Goldman Sachs | Current |
| | Goldman Sachs (Asia) LLC | Current |
| | Goldman Sachs 7 (JDHQ Holdings LP) | Current |
| | Goldman Sachs Asset Management International | Current |
| | Goldman Sachs Group Inc., The | Current |
| | Goldman Sachs International Ltd. | Former |
| | Goldman Sachs Trust Company, N.A. | Former |
| | PSS Industrial Group Corp. | Closed |
| Google Inc. | Waymo LLC | Closed |
| Grant Thornton LLP | Grant Thornton Australia Ltd. | Closed |
| Hally Hair Inc. | Kathryn Winokur | Former |
| HGC Global Communications Ltd. | I Squared Capital Advisors (UK) LLP<br>I Squared Capital Advisors (US) LLC | Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | I Squared Capital LLC | Current |
| | ISQ Whistler Holdings LLC | Current |
| | Sadek Wahba | Current |
| Hilco (EU) | Hilco Global | Current |
| Hilco (HMR) | Hilco Monarch Investments VI LLC | Current |
| | Hilco Redevelopment Holdings LLC | Current |
| | Hilco Redevelopment, LLC | Current |
| | Hilco Trading LLC | Current |
| Hines Global Income Trust Inc. | Hines | Current |
| Houlihan Lokey Inc. | Houlihan Lokey EMEA, LLP | Closed |
| | Houlihan Lokey Inc. | Current |
| Howard Hughes Corp., The | Howard Hughes Corporation, The | Current |
| | Howard Research and Development Corp. | Current |
| | Special Committee of the Board of Directors of Howard Hughes Holdings Inc. | Closed |
| IGP LLC | Daniel L. Delaney | Current |
| | Industrial Growth Partners, L.P. | Current |
| InComm | InComm Payments | Closed |
| Interpath Advisory Co. | DSBG Topco SAS | Current |
| | H.I.G. Acquisition Corp. | Closed |
| | H.I.G. Capital Management, Inc. | Current |
| | H.I.G. Capital Partners II LP | Current |
| | H.I.G. Capital Partners III LP | Current |
| | H.I.G. Europe Capital Partners I LP | Current |
| | H.I.G. European Capital Partners LLP | Current |
| | H.I.G. Realty Partners | Current |
| | H.I.G. Technology Partners A.L.P. | Closed |
| | H.I.G. Venture Investments, L.P. | Current |
| | H.I.G. Venture Partners, L.P. | Current |
| | Lionbridge Technologies, LLC | Current |
| | RBI Topco, LP | Current |
| Invesco | Invesco Hong Kong Ltd. | Current |
| Invsco-Invsco Gobal Strategic Income Fund | Invesco Private Capital, Inc. | Closed |
| Investec Real Estate Cos. | Investec Bank PLC | Current |
| | Investec Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Ivanhoe Cambridge<br><br>Ivanhoe Cambridge II Inc.<br>Ivanhoe Cambridge Inc. | Caisse de dépôt et placement du Québec | Current |
| J&D Brush Co. LLC | ACON Investments LLC | Current |
| | ACON S2 Acquisition Corp. | Closed |
| | ACON S2 Acquisition Corp. II | Closed |
| | ACON S2 Acquisition Corp. III | Closed |
| Jaz Toys UK Ltd.<br>Jazwares LLC | Berkshire Hathaway Inc. | Current |
| | BHE Renewables LLC | Current |
| | BHER Power Resources Inc. | Current |
| | BNSF Railway | Closed |
| | Brilliant National Services, Inc. | Current |
| | FlightSafety International Inc. | Closed |
| | HomeServices of America, Inc. | Current |
| | PPW Holdings LLC | Current |
| | The Lubrizol Corp. | Current |
| Jones Lang Lasalle Americas Inc. | Jones Lang LaSalle Americas Inc. | Closed |
| | Jones Lang LaSalle, Inc. | Closed |
| | LaSalle Investment Management | Current |
| | LaSalle Investment Management / Jones Lang LaSalle Group | Current |
| | LaSalle Investors Real Estate Capital Partners I-A LP | Former |
| Kaiser Permanente | Dr. William Blaine Schoolcraft | Current |
| KP IV Navy LLC | Kildare Acquisitions US LLC | Current |
| Life Insurance Co. of North America | Apogem Capital LLC | Current |
| M&T Bank Corp. | Wilmington Trust-London Limited | Former |
| MAM LP - Empire Secured Credit Funding I<br><br>Marathon Asset Management LP | Marathon Asset Management, LP | Closed |
| Manulife (International) Ltd. | Manulife Financial | Closed |
| | Manulife Financial Corp. | Closed |
| | Manulife Investment Management Ltd. | Closed |
| Marsh (Hong Kong) Ltd. | Oliver Wyman Inc. | Closed |
| McKinsey & Co. Inc. | Christopher Finocchi | Former |
| | Sunil Sanghvi | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Minnesota, State of | Minnesota Department of Human Rights | Closed |
| | Minnesota, State of, Office of the Attorney General | Closed |
| Monarch<br><br>Monarch Alternative Capital LP<br>Monarch Capital Master Partners V-A LP<br><br>Monarch Capital Master Partners VI LP<br><br>Monarch Debt Recovery Master<br>Monarch Debt Recovery Master Fund Ltd. | Monarch Alternative Capital (Europe) Ltd. | Current |
| | Monarch Alternative Capital L.P. | Current |
| | Monarch Collective Fund Management, LP | Current |
| Mood Media Corp. | Alex Slusky | Current |
| | David Baylor | Former |
| | David Fishman | Current |
| | Vector Capital Credit Opportunity Fund LP | Former |
| | Vector Capital Credit Opportunity Master Fund LP | Former |
| | Vector Capital Credit Opportunity Offshore Fund Ltd. | Former |
| | Vector Capital II International, L.P. | Current |
| | Vector Capital II LP | Current |
| | Vector Capital II/II Extension, L.P. | Current |
| | Vector Capital III International LP | Current |
| | Vector Capital III LP | Current |
| | Vector Capital IV International, L.P. | Current |
| | Vector Capital IV LP | Current |
| | Vector Capital Management LP | Current |
| | Vector Capital V LP | Current |
| | Vector Entrepreneur Fund I, L.P. | Current |
| | Vector Entrepreneur Fund III, L.P. | Current |
| Morgan Stanley<br><br>Morgan Stanley Senior Fund Inc. | AMLI/BPMT Towne Square Partnership | Closed |
| | Eaton Vance Funds, Independent Trustees | Current |
| | Flexential Intermediate Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Morgan Stanley | Current |
| | Morgan Stanley & Co. | Closed |
| | Morgan Stanley & Co. LLC | Closed |
| | Morgan Stanley Asia Limited | Current |
| | Morgan Stanley Infrastructure Inc. | Current |
| | Morgan Stanley Infrastructure Partners | Closed |
| | Morgan Stanley Investment Management Limited | Closed |
| | Morgan Stanley Real Estate Investing | Closed |
| | Morgan, Stanley & Co. | Current |
| MRI Real Estate Software LLC | GI Partners | Current |
| | MRI Software EMEA Limited | Closed |
| | MRI Software LLC | Current |
| | MRI Software Ltd. | Former |
| Navigators Insurance Co. | The Hartford Insurance Group Inc. f/k/a The Hartford Financial Services Group Inc. | Current |
| Neuberger Berman Holdings LLC | CC Neuberger Principal Holdings II | Closed |
| Neuberger Berman Special Fund | Centurion Midco SARL | Closed |
| | E2open Parent Holdings, Inc. | Current |
| | NB Alternatives Advisers LLC | Current |
| | NB Crossroads Private Markets Access Fund LLC | Current |
| | Neuberger Berman Investment Advisers LLC | Current |
| | Neuberger Berman Registered Alternative Funds | Current |
| Newmark Group Inc. | Newmark Midwest Region LLC | Closed |
| Northwood Investors LLC | Michael F. Profenius | Former |
| | Northwood Investors LLC | Closed |
| Ontrea Inc. | Ontario Power Generation Inc. | Current |
| Viking Rideau Corp. | Ontario Teachers' Pension Plan | Current |
| | Ontario Teachers' Pension Plan Board | Current |
| | Sevana Bioenergy LLC | Current |
| Optiv Security Inc. | China International Capital Corporation Hong Kong Securities Limited | Current |
| | KKR Asia Limited | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | KKR Credit Advisors (US) LLC | Current |
| | Kohlberg Kravis Roberts & Co. L.P. | Current |
| Oracle America Inc. Oracle Financials Oracle Retail | Oracle Corp. | Current |
| Pantone Connect | Danaher Corp. | Current |
| Pantone Swatches & Pantone Books | Pantone Projects Inc. | Closed |
| Penta Group LLC | Falfurrias Management Partners LP | Current |
| Phoenix Manufacturing Co. Ltd. | Phoenix Manufacturing Buyer Inc. | Current |
| PlainsCapital Bank | PrimeLending, A PlainsCapital Company | Current |
| PNC Bank NA | PNC Bank NA | Closed |
| | PNC Bank NA, as Trustee of the Amy Sebastian 1981Trust | Current |
| | PNC Bank NA, as Trustee of the Brian Simmons 1981 Trust | Current |
| Prenax (WWD) | Triton Investments Advisers LLP | Current |
| ProLogis UK XXIV Sarl | Prologis LP | Former |
| | Prologis, Inc. | Current |
| Pyramid Management Group Inc. | Pyramid Management Holdings, LLC | Current |
| QIC | QIC Ltd. | Current |
| QuadReal Property Group LP | QuadReal Property Group Limited Partnership | Current |
| | QuadReal Property Group Ltd. | Closed |
| Rainier Cos., The | Rainier Partners Fund I, LP | Closed |
| | Rainier Partners Fund I-A LP | Closed |
| | Rainier Partners, LP | Current |
| Redwood Redwood Capital Management Redwood Drawdown Master Fund III LP Redwood Drawdown MF II LP Redwood Enhanced Income Corp. Redwood Master Fund Ltd. Redwood Opportunity Master Fund Ltd. | Redwood Capital Management LLC | Closed |
| | Redwood Enhanced Income Corp. | Closed |
| | Redwood Holdings LLC | Current |
| Rialto Capital Advisors LLC | Eagle Point Credit Management LLC | Current |
| | Rialto Capital Management | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Stone Point Capital LLC | Current |
| | Tivity Health Inc. | Current |
| Rithum LLC | Anna May L. Trala | Current |
| | Ashwin Krishnan | Former |
| | Benjamin J. Daverman | Current |
| | Brandon Nixon | Current |
| | Brian C. Gornick | Current |
| | Christian B. McGrath | Current |
| | Collin E. Roche | Current |
| | Commerce Hub BV | Current |
| | Commerce Technologies LLC | Current |
| | CommerceHub (UK) Ltd. | Current |
| | CommerceHub Inc. | Current |
| | Constantine S. Mihas | Current |
| | GTCR (W-1) Investors LP | Current |
| | GTCR (W-2) Investors LP | Current |
| | GTCR BC Holdings LLC | Current |
| | GTCR BC Intermediate Inc. | Current |
| | GTCR Everest Borrower LLC | Current |
| | GTCR Fund XIV | Current |
| | GTCR Investment Holdings (Blocked) LP | Current |
| | GTCR Investment Holdings (Unblocked) LP | Current |
| | GTCR LLC | Current |
| | GTCR Management Holdings LP | Current |
| | GTCR Scorpion Holdings LP | Current |
| | GTCR, LLC | Current |
| | GTCR-Ultra Intermediate Holdings, Inc. | Closed |
| | James E. Bonetti | Former |
| | Kalen J. McConnell | Former |
| | Mark M. Anderson | Former |
| | Michael S. Hollander | Current |
| | Sean L. Cunningham | Current |
| Rithum LLC | Essendant, Inc. | Current |
| Staples Inc. | Hong Kong Staples Brands Ltd. | Current |
| | Peter T. Morrow | Former |
| | SP Cruises Cayman Topco LP | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Staples Brands Consulting (Shenzhen) Co. Ltd. | Current |
| | Staples Brands Inc. | Current |
| | Staples Brands International Ltd. | Current |
| | Staples Brands Sales, LLC | Current |
| | Staples Canada Holdings III, Inc. | Current |
| | Staples Canada Holdings, LLC | Current |
| | Staples Canada ULC | Current |
| | Staples Connecticut LLC (DE) | Current |
| | Staples Contract & Commercial Inc. | Current |
| | Staples Cyprus Holdings L.P. | Current |
| | Staples Cyprus Holdings, Ltd. | Current |
| | Staples Cyprus Intermediary Holdings, Ltd. | Current |
| | Staples Dutch Management BV | Current |
| | Staples Europe Holdings GP | Current |
| | Staples Global Holdings, Ltd. | Current |
| | Staples Global Markets, Inc. | Current |
| | Staples GP, LLC | Current |
| | Staples of Maryland LLC (DE) | Current |
| | Staples Procurement & Management Services PLC | Current |
| | Staples Project 2017, LLC | Current |
| | Staples Promotional Products Canada Ltd. | Current |
| | Staples Shared Service Center (Europe) II BVBA | Current |
| | Staples Shared Service Center, LLC | Current |
| | Staples Solutions BV | Current |
| | Staples the Office Superstore LLC | Current |
| | Staples Value, LLC (VA) | Current |
| | Staples Ventures, LLC | Current |
| | Staples, Inc. | Current |
| | Stefan Kaluzny | Current |
| | Sycamore Bidco Ltd. | Current |
| | Sycamore Holdco Ltd. | Current |
| | Sycamore Partners A LP | Current |
| | Sycamore Partners Associates Co-Invest LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Sycamore Partners Associates Investments LP | Current |
| | Sycamore Partners Associates LP | Current |
| | Sycamore Partners Associates-C LP | Current |
| | Sycamore Partners Co-Invest LLC | Current |
| | Sycamore Partners II LP | Current |
| | Sycamore Partners III LP | Current |
| | Sycamore Partners LP | Current |
| | Sycamore Partners Management, L.P. | Current |
| | Sycamore Partners Torrid LLC | Current |
| | The Staples Group, Inc. | Current |
| | USR Parent Inc. | Current |
| RREEF Alternative Investments St. John's Town Center LLC | Deutsche Bank AG | Current |
| | Deutsche Bank AG, London Branch | Closed |
| | DWS Group GmbH & Co. KGaA | Closed |
| | Royal Bank of Scotland plc, The | Closed |
| | RREEF America LLC | Closed |
| SARM Five Points Plaza LLC ShopCore Properties LP Smartsheet Inc. | BCP IV RTP Debt AIV LP | Current |
| | BCP IV RTP Holdings Ltd. | Current |
| | BCP Peacock Aggregator (CYM) LP | Closed |
| | BCP VII SBS Holdings LLC | Current |
| | Bilal Khan | Current |
| | Blackstone Advisors India Pvt. Ltd. | Current |
| | Blackstone Alternative Credit Advisors LP | Current |
| | Blackstone Asia | Former |
| | Blackstone Capital Partners VII LP | Current |
| | Blackstone Capital Partners VII NQ LP | Current |
| | Blackstone Credit & Insurance | Current |
| | Blackstone Energy Family Investment Partnership II ESC NQ LP | Current |
| | Blackstone Energy Family Investment Partnership II SMD LP | Current |
| | Blackstone Energy Partners II F NQ LP | Current |
| | Blackstone Energy Partners II LP | Current |
| | Blackstone Energy Partners II NQ LP | Current |
| | Blackstone Europe LLP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Family Investment Partnership VII ESC NQ LP | Current |
| | Blackstone Growth LP | Closed |
| | Blackstone Inc. | Current |
| | Blackstone Infrastructure Partners | Current |
| | Blackstone Life Sciences Advisors LLC | Closed |
| | Blackstone Management Partners LLC | Closed |
| | Blackstone Mortgage Trust Inc. | Closed |
| | Blackstone Private Credit Fund | Current |
| | Blackstone Private Equity | Current |
| | Blackstone Property Partners Europe Holdings SARL | Closed |
| | Blackstone Property Partners LP | Closed |
| | Blackstone Real Estate Income Trust Inc. | Closed |
| | Blackstone Real Estate Investment Trust | Closed |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners Europe VII | Closed |
| | Blackstone Securities Partners LP | Current |
| | Blackstone Strategic Capital Holdings LP | Current |
| | Blackstone Strategic Opportunity Fund | Closed |
| | Blackstone Tactical Opportunities Advisors LLC | Current |
| | BPP Parker Towers Property Owner LLC | Closed |
| | BPP ST Owner LLC | Current |
| | BRE Alameda IMF Property Owner LLC | Current |
| | BRE Atlas Property Owner LLC | Closed |
| | BRE Newton Hotels Property Owner LLC | Closed |
| | BRE Piper MF Tides CA LLC | Current |
| | BRE Polygon Property Owner LLC | Closed |
| | BRE SH Brisbane Owner LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BRE Silver MF 1555 CA LLC | Current |
| | BRE Silver MF Canyon Crest Ca LLC | Current |
| | BRE Silver MF North Hollywood CA LLC | Current |
| | BRE Silver MF Roosevelt CA LLC | Current |
| | BRE SSP Property Owner LLC | Closed |
| | BRE SSP Thousand Oaks LLC | Closed |
| | BX CQP Target Holdco LLC | Current |
| | Copeland LP | Current |
| | David I. Foley | Current |
| | Independent Directors of First Eagle Global Opportunities Fund | Current |
| | Onyx Renewable Partners LP | Closed |
| | Prakash A. Melwani | Current |
| | Smartsheet Australia Pty. Ltd. | Current |
| | Smartsheet Costa Rica Ltda. | Current |
| | Smartsheet Germany GmbH | Current |
| | Smartsheet Inc. | Current |
| | Smartsheet Japan KK | Current |
| | Smartsheet UK Ltd. | Current |
| | Strategic Partners Fund Solutions | Current |
| | Tricon American Homes LLC | Current |
| | Vikram Suresh | Former |
| ServiceChannel.com | Fortive Corporation | Closed |
| ShopperTrak Shoppertrak RCT LLC | FootFall Ltd. | Current |
| | Shoppertrak Iberica SL. | Current |
| | ShopperTrak RCT Corp. | Current |
| | ShopperTrak RCT Ltd. | Current |
| Starr Indemnity & Liability Co. | C. V. Starr & Co., Inc. | Closed |
| | Starr Investment Holdings LLC | Closed |
| Starwood Capital Group | Jonathan Pollack and Stacy Sawyer Pollack | Current |
| | SPT Infrastructure Finance, LLC | Closed |
| | Starwood Capital Global I LLC | Current |
| | Starwood Capital Group Global I LLC | Current |
| | Starwood Capital Group Global, L.P. | Current |
| | Starwood Capital Group LLC | Closed |
| | Starwood Capital Operations LLC | Current |
| | Starwood Property Trust Inc. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Sterling Organization | The Sterling Organization LLC | Current |
| Tangoe Inc.<br>Tangoe Inc. 742 | Marlin Equity IV LP | Current |
| | Marlin Equity V LP | Current |
| | Marlin Holdings, L.P. | Closed |
| | Marlin Investments Holdings, LP | Current |
| | Marlin Management Company, LLC | Current |
| | Mefla 1 AB | Current |
| | Peter B. Spasov | Former |
| | Tangoe, LLC | Current |
| TGA NAP | Nuveen Alternatives Advisors, LLC | Closed |
| TKG Management Inc. | Fanfaire, Inc. | Closed |
| | Los Angeles Rams | Closed |
| | StadCo LA, LLC | Closed |
| Transier, William L. | Helix Energy Solutions Group, Inc. | Current |
| Tree Hut | Naterra International, Inc. | Former |
| Triple-S Management Corp. | Triple-S Management Corporation | Closed |
| TrueCommerce (Coventry) Ltd. | Clearwater Analytics Holdings Inc. | Current |
| | True Commerce, Inc. | Current |
| | TrueCommerce Network Holdings, LLC | Current |
| | TrueCommerce Network Inc. | Current |
| | WCAS Fund XI | Closed |
| | WCAS Management, L.P. | Current |
| | WCAS XIII L.P. | Current |
| | WCAS XIV LP | Current |
| | Welsh, Carson, Anderson & Stowe | Closed |
| Truist Financial Corp. | Alexander C. Berghorst | Former |
| | BB&T Insurance Holdings, Inc. | Closed |
| | Truist Bank | Current |
| | Truist Financial Corporation | Closed |
| Turnberry Associates Inc. | ABRY Heritage Partners Co-Investment Fund | Current |
| | ABRY Heritage Partners LP | Current |
| | ABRY Mezzanine Partners | Current |
| | ABRY Partners II, LLC | Current |
| | ABRY Partners IV LP | Current |
| | ABRY Partners V LP | Current |
| | ABRY Partners VI LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | ABRY Partners VII Co-Investment Fund, LP | Current |
| | ABRY Partners VII LP | Current |
| | ABRY Partners VIII Co-Investment Fund, L.P. | Current |
| | ABRY Partners VIII LP | Current |
| | ABRY V Affiliated Partners | Current |
| | Turnberry Solutions, Inc. | Current |
| UPS Supply Chain Solutions Inc. | United Parcel Service, Inc. | Current |
| US Bank Corporate Payment US Bank NA | MUFG Union Bank, N.A. | Current |
| US Specialty Insurance Co. | HCC Insurance Holdings, Inc. | Former |
| VeriFone Inc. | Francisco Partners Consulting LLC | Closed |
| | Francisco Partners GP Splitter, LLC | Closed |
| | Francisco Partners II (Cayman) L.P. | Closed |
| | Francisco Partners II LP | Closed |
| | Francisco Partners III (Cayman), L.P. | Closed |
| | Francisco Partners III (Domestic AIV) Feeder, LLC | Closed |
| | Francisco Partners III (Domestic AIV), L.P. | Closed |
| | Francisco Partners III LP | Closed |
| | Francisco Partners IV LP | Closed |
| | Francisco Partners Management LP | Current |
| | Francisco Partners Parallel Fund II L.P. | Closed |
| | Francisco Partners Parallel Fund III (Cayman), L.P. | Closed |
| | Francisco Partners Parallel Fund III, L.P. | Closed |
| | Francisco Partners VI LP | Closed |
| | Franklin Royalty Investments LLC | Current |
| | Verifone Inc. | Current |
| | Verifone Systems, Inc. | Current |
| VeriFone Inc. | British Columbia Investment Management Corp. | Closed |
| | British Columbia Investment Management Corp. | Current |
| | Verifone Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Verifone Systems, Inc. | Current |
| Vision Service Plan | Vision Logistics Services LLC | Current |
| | Vision Service Plan | Current |
| Vogue Digital | Advance Publications Inc. | Current |
| Walmart Inc. | Children's Scholarship Fund | Closed |
| | River Bend Holdings LLC, as trustee of certain Walton Family Trusts | Current |
| | Walmart Inc. | Closed |
| Wells Fargo & Co. | Jon Kossow | Current |
| | Norwest Equity Partners | Current |
| | Norwest Equity Partners XI-A LP | Current |
| | Norwest Mezzanine Partners III LP | Current |
| | Norwest Mezzanine Partners IV - Debt LP | Current |
| | Norwest Mezzanine Partners IV - Equity LP | Current |
| | Norwest Mezzanine Partners V LP | Current |
| | Norwest Mezzanine Partners V-A LP | Current |
| | Wells Fargo Asset Management (International) Limited | Current |
| | Wells Fargo Asset Management Luxembourg S.A. | Current |
| | Wells Fargo Bank, N.A. | Current |
| | Wells Fargo Securities LLC | Current |
| WGSN Ltd. | Apax Partners | Closed |
| | Apax Partners LLP | Current |
| | PIB Group Limited | Current |
| | Wind UK Bidco 3 Limited | Current |
| Wilmorite Management Group LLC | PGP Investors, LLC | Current |
| Yottaa Inc. | Providence Equity Partners L.L.C. | Current |
| | Providence Equity Partners VIII LP | Closed |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |