**<u>Exhibit B</u>**

**Shapiro Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### DECLARATION OF ZACHARY I. SHAPIRO IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF RICHARDS, LAYTON & FINGER, P.A. AS CO-COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE, AND (II) GRANTING RELATED RELIEF

I, Zachary I. Shapiro, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and a Director of the firm of Richards, Layton & Finger, P.A. ("RL&F"). RL&F is a Delaware law firm with offices at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

2. I submit this declaration in support of the forgoing application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") to provide certain disclosures in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343).  The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to such terms in the Application.

Rules. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein. To the extent that any information disclosed herein requires amendment or modification upon RL&F's completion of further analysis, or as additional information becomes available to it, a supplemental affidavit or declaration will be submitted to the Court.

3.      RL&F has extensive experience in the field of debtors' and creditors' rights and business reorganizations and liquidations under chapter 11 of the Bankruptcy Code and expertise, experience, and knowledge practicing before this Court. RL&F's proximity to the Court enables RL&F to respond quickly to emergency hearings and other emergency matters before this Court.

4.      RL&F has been actively involved in major chapter 11 cases and has represented debtors in many cases, including recently: *In re Zen JV, LLC*, No. 25-11195 (JKS); *In re Danimer Scientific, Inc.*, No. 25-10518 (MFW) (Bankr. D. Del. May 5, 2025); *In re Edgio, Inc.*, No. 24-11985 (KBO) (Bankr. D. Del. Oct. 10, 2024); *In re AIO US, Inc.*, No. 24-11836 (CTG) (Bankr. D. Del. Sept. 20, 2024); *In re SunPower Corp.*, No. 24-11649 (CTG) (Bankr. D. Del. Sept. 11, 2025); *In re WOM S.A.*, No. 24-10628 (KBO) (Bankr. D. Del. June 14, 2024); *In re Cano Health, Inc.*, No. 24-10164 (KBO) (Bankr. D. Del. Mar. 5, 2024); *In re Terraform Labs Pte. Ltd.*, No. 24-10070 (BLS) (Bankr. D. Del. Feb. 29, 2024); *In re Nogin, Inc.*, No. 23-11946 (CTG); (Bankr. D. Del. Jan. 10, 2024); *In re Sunlight Financial Holdings Inc.*, No. 23-11794 (MFW) (Bankr. D. Del. Nov. 30, 2023); *In re RevitaLid Pharmaceutical Corp.*, No. 23-11704 (BLS) (Bankr. D. Del. Nov. 15, 2023); *In re Mallinckrodt plc*, No. 23-11258 (JTD) (Bankr. D. Del. Oct. 2, 2023); *In re Western Global Airlines, Inc.*, No. 23-11093 (KBO) (Bankr. D. Del. Sept. 6, 2023); *In re KDC Agribusiness LLC*, No. 23-10786 (CTG) (Bankr. D. Del. July 18, 2023); *In re DCL Holdings (USA), Inc.*, No. 22-11319 (JKS) (Bankr. D. Del. Jan. 23, 2023).

5.      RL&F previously represented Claire's Stores, Inc. and certain affiliates thereof, including certain of the Debtors, in their jointly administered cases under case number 18-10584 (MFW), which cases were commenced in this Court on March 19, 2018 (the "2018 Cases").  On October 18, 2024, the Court entered a final decree and closed the last of the 2018 Cases.  *See* Case No. 18-10583 (MFW), Docket No. 420.  RL&F has also provided various non-bankruptcy services to certain Debtors and affiliates thereof.

6.      On or around July 7, 2025, the Debtors formally engaged RL&F in connection with their restructuring efforts and these chapter 11 cases.  As a result of such representation and RL&F's prior representations, including in connection with the 2018 Cases, RL&F has become familiar with the Debtors and their business, including the Debtors' financial affairs, debt structure, operations, and related matters.  Accordingly, RL&F is both well qualified and uniquely able to represent the Debtors in the chapter 11 cases in an efficient and timely manner.

7.      RL&F understands that the Debtors are seeking to employ, among others, (i) Kirkland, as lead restructuring counsel; (ii) Omni Agent Solutions, Inc., as claims and noticing agent and administrative agent; (iii) Alvarez & Marsal North America, LLC, as financial advisor; and (iv) Houlihan Lokey, as investment banker.  RL&F also understands that the Debtors intend to carefully monitor these and any other retained professionals to ensure a clear delineation of their respective duties and roles so as to prevent duplication of effort.  RL&F recognizes that efficient coordination of efforts among the Debtors' professionals will greatly add to the effective administration of these chapter 11 cases.

### Services to be Provided

8.      The Debtors require RL&F to render a variety of legal services during the pendency of these chapter 11 cases and to assist the Debtors in addressing the myriad issues that may arise.

Subject to further order of the Court, the Debtors request the employment and retention of RL&F

to render professional services, including, but not limited to:

     a.  assisting in pre-bankruptcy preparation and planning;

     b.  assisting in preparing necessary petitions, motions, applications, orders, reports, and papers necessary to commence these chapter 11 cases;

     c.  advising the Debtors of their rights, powers, and duties as debtors and debtors in possession under chapter 11 of the Bankruptcy Code;

     d.  preparing, on behalf of the Debtors, motions, applications, answers, orders, reports, and papers in connection with the administration of the Debtors' estates;

     e.  taking all necessary actions to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of any actions commenced against the Debtors in these chapter 11 cases, the negotiation of disputes in which the Debtors are involved, and the preparation of objections to claims filed against the Debtors' estates;

     f.  assisting with any sale or sales of assets, including preparing any necessary motions and papers related thereto;

     g.  assisting in preparing the Debtors' disclosure statement and any related motions, pleadings, or other documents necessary to solicit votes on any plan of reorganization;

     h.  assisting in preparing any chapter 11 plan;

     i.  prosecuting on behalf of the Debtors any chapter 11 plan and seeking approval of all transactions contemplated therein and in any amendments thereto; and

     j.  performing all other necessary and desirable legal services in connection with these chapter 11 cases.

9.     In addition to the services set forth in paragraphs 8(a) through 8(j) above, RL&F

may perform other services assigned by the Debtors, in consultation with Kirkland. To the extent

RL&F determines that such services fall outside of the scope of services historically or generally

performed by RL&F as co-counsel in a bankruptcy case, RL&F will file a supplemental

declaration. RL&F has and will continue to work closely with the Debtors' other professionals,

including Kirkland, to prevent any duplication of efforts in the course of advising the Debtors.

RL&F is willing and able to act in the Debtors' cases and render the necessary professional services as bankruptcy co-counsel to the Debtors on the terms described herein, and to subject itself to the jurisdiction of the Court.

## **Professional Compensation**

10.     Subject to approval of this Court and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, RL&F intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, plus reimbursement of actual, necessary expenses and other charges incurred by RL&F during the Debtors' bankruptcy cases.

11.     RL&F's current hourly rates for matters related to these chapter 11 cases are expected to be within the following ranges:

| Position | Range of Hourly Rates |
|---|---|
| Directors | $1,175 to $1,500 an hour |
| Counsel | $975 to $1,025 an hour |
| Associates | $575 to $900 an hour |
| Paraprofessionals | $425 an hour |

12.     RL&F's hourly rates are set at a level designed to compensate RL&F fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions (which adjustments will be reflected in the first RL&F fee application following such adjustments) and are consistent with the rates charged elsewhere.  Other than these potential periodic adjustments, RL&F does not expect any changes during the pendency of these chapter 11 cases.  Notwithstanding the consistent hourly rates, RL&F as a practice reviews all time charges and makes adjustments as necessary to correct any inefficiencies that may appear before billing.

13.      RL&F has not shared or agreed to share any of its compensation received from the Debtors with any other persons, except as permitted by section 504 of the Bankruptcy Code.

14.      The Debtors do not owe RL&F any amount for services rendered or expenses incurred prior to the Petition Date, and thus RL&F is not a prepetition creditor of the Debtors.

15.      In addition, consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, I submit the following information:

     a.      RL&F did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement;

     b.      None of RL&F's professionals included in this engagement have varied their rate based on the geographic location for these chapter 11 cases;

     c.      RL&F has advised the Debtors in connection with its restructuring efforts and in contemplation of the chapter 11 cases since on or about July 7, 2025. The billing rates, except for RL&F's standard and customary periodic rate adjustments as set forth above, and material financial terms have not changed postpetition from the prepetition arrangement; and

     d.      RL&F, in conjunction with the Debtors, is developing a prospective budget and staffing plan for these chapter 11 cases;

16.      It is RL&F's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, regular mail and express mail charges, special or hand delivery charges, document processing charges, printing/photocopying charges, travel expenses, expenses for "working meals," computerized research charges, transcription costs as well as non-ordinary overhead expenses such as secretarial and other overtime.  RL&F will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to RL&F's other clients or as previously fixed by this Court.  RL&F believes that it is reasonable and fair to charge these

expenses to the clients incurring them instead of increasing hourly rates and spreading these expenses among all clients.

## Evergreen Retainer

17.     Prior to the Petition Date, RL&F received retainer payments from the Debtors in the aggregate amount of $100,000 (the "Retainer") to serve as a retainer and to cover fees and expenses actually incurred, as well as anticipated to be incurred, prior to, and in connection with, the Debtors' restructuring and the commencement of these chapter 11 cases.  Prior to the Petition Date, RL&F drew down the entirety of the Retainer (the "Draw Down Amount") for fees and expenses actually incurred and anticipated to be incurred through the Petition Date.  Thus, at the time of filing these chapter 11 cases, the Retainer had a zero balance.  RL&F intends to promptly complete a final accounting of all amounts actually incurred as fees and expenses prior to the Petition Date.  To that end, RL&F also intends to complete a true-up against the Draw Down Amount and credit back to the Retainer the excess amounts, if any, with all such amounts to be held as an evergreen retainer in the bankruptcy cases as discussed in the Application.

18.     An accounting summary of payments made to RL&F during the 90-day period prior to the Petition Date and the actual and estimated amounts incurred by RL&F is attached hereto as **Exhibit 4**.

## RL&F's Disinterestedness

19.     RL&F maintains and systematically updates its conflict check system in the regular course of its business, and it is the regular practice of RL&F to make and maintain these records. The conflict system maintained by RL&F is designed to include (i) every active matter on which RL&F is engaged, (ii) every closed matter on which RL&F has been engaged since 1990, (iii) the entity by which it is now or has been engaged, (iv) the identity of related parties, (v) the identity

of adverse parties, and (vi) the attorney at RL&F who is knowledgeable about the matter.  It is the policy of RL&F that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including: (a) the identity of the prospective client, (b) the matter, and (c) the related and adverse parties.  Accordingly, the database is updated for every new matter undertaken by RL&F.  The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

20.     With the exception of those entities listed on **Exhibit 1** and **Exhibit 2**, insofar as I have been able to ascertain, neither I, RL&F, nor any other attorney, including any director, counsel or associate of RL&F, currently represents, has in the past represented, or has any connection with, the Debtors' largest creditors, any significant beneficiaries of the Debtors (holding 5% or more of the beneficial interests in the Debtors) or any of the potential parties in interest, all as set forth on **Exhibit 3** attached hereto (collectively, the "Parties in Interest"), except as hereinafter set forth.

21.     Through the procedures set forth above, RL&F has determined that it has in the past represented, currently represents, and/or may in the future represent, in matters wholly unrelated to the Debtors, the Parties in Interest (or affiliates thereof) set forth on **Exhibit 1** attached hereto (who are current clients) and the Parties in Interest (or affiliates thereof) set forth on **Exhibit 2** attached hereto (who are former clients that RL&F has represented within the last five (5) years). With the exception of Citibank N.A. ("Citibank") and U.S. Bank, Trust Co. NA and certain related affiliates thereof (collectively, "U.S. Bank"),  I do not believe that any single matter is a major engagement that would involve either the billing of fees in excess of one half of one percent (0.5%) of RL&F's annual fees billed, or that, in the aggregate for any related group of

entities, exceeds one percent (1%) of RL&F's annual fees billed.  RL&F represents U.S. Bank and Citibank in certain general corporate, transactional and bankruptcy matters that are wholly unrelated to these chapter 11 cases and the Debtors.  In any event, while RL&F currently represents, and in the past has represented certain Parties in Interest, it will not represent any of the Parties in Interest (including, without limitation, U.S. Bank or Citibank) or any other party in interest, other than the Debtors, in any facet relating to the Debtors or these chapter 11 cases.

22.     I do not believe there is any connection or interest (as such terms are used in section 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between RL&F and (i) the U.S. Trustee or any person employed by the U.S. Trustee or (ii) any counsel, accountants, financial consultants and investment bankers who represent or may represent claimants or other parties in interest in the chapter 11 cases, except as otherwise described herein.  In addition, as part of its practice, RL&F appears in cases, proceedings and transactions involving many different attorneys, counsel, accountants, financial consultants and investment bankers, some of which now or may in the future represent claimants and parties in interest in the Debtors' chapter 11 cases.  Except as set forth herein, RL&F has not represented and will not represent any such entities in relation to the Debtors and their chapter 11 cases, nor does RL&F have any relationship with any such entities where such relationship would be adverse to the Debtors or their estates.

23.     Based upon the information available to me, neither I, RL&F, nor any attorney employed by RL&F, including any director, counsel or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.  In addition, RL&F is not a creditor of the Debtors.  Therefore, based upon the information available to me, I believe that RL&F is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

24.     No promises have been received by RL&F, or by any director, counsel or associate thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  RL&F has no agreement with any other entity to share with such entity any compensation received by RL&F, other than the directors of RL&F.

25.     Based on the foregoing, to the best of my knowledge, information and belief and in accordance with Bankruptcy Rule 5002, no attorney, including any director, counsel or associate, of RL&F, has a connection with any United States Bankruptcy Judge for the District of Delaware, any of the District Court Judges for the District of Delaware who handle bankruptcy cases, the United States Trustee for Region 3, the Assistant United States Trustee for the District of Delaware, the attorney for the U.S. Trustee assigned to the chapter 11 cases or any other employee of the U.S. Trustee that would render RL&F's retention in the chapter 11 cases improper. Accordingly, I understand that the appointment of RL&F is not prohibited by Bankruptcy Rule 5002.

26.     Kevin Gross, who joined RL&F effective as of April 1, 2020, was a bankruptcy judge for the Court between March 13, 2006 and March 12, 2020.  While Mr. Gross is not one of the principal professionals expected to perform services on behalf of the Debtors, if the circumstances warrant it, he may perform such services during the pendency of these chapter 11 cases.

27.     In addition, as noted above, the Debtors have numerous creditors and relationships with various individuals and entities that may be Parties in Interest in the chapter 11 cases. Consequently, although every reasonable effort has been made to discover all connections with the Parties in Interest, including the efforts outlined herein, RL&F is unable to state with certainty

RLF1 33621231v.1

whether every possible connection has been discovered.  If, however, RL&F discovers any information that is contrary or pertinent to the statements made herein, including if any attorney employed by RL&F, including any director, counsel or associate thereof, has any connection with any of the Parties in Interest, RL&F will promptly disclose such information to the Court.

28.     RL&F will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  Pursuant to Local Rule 2014-1, to the extent that RL&F learns of any additional material information relating to its employment (such as potential or actual conflicts of interest), RL&F will file and serve a supplemental affidavit or declaration with the Court setting forth the additional information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 29, 2025
       Wilmington, Delaware

*/s/ Zachary I. Shapiro*
Zachary I. Shapiro (No. 5103)

**Exhibit 1[6] - Current Clients[7]**

**Professionals**

Houlihan Lokey
Interpath
Kirkland & Ellis LLP

**Equity Holders**

Elliot Associates LP and certain related affiliates thereto
Elliott Management Corp. and certain related affiliates thereto
Goldman Sachs & Co LLC and certain related affiliates thereto
Certain related affiliates of Monarch Alternative Capital LP

**Agents And Secured Lenders**

Ankura Trust Company, LLC
Certain related affiliates of AST JPMorgan Global Thematic
Bank Of America N.A. – New York and certain related affiliates thereto
Bank of America and certain related affiliates thereto
Certain related affiliates of Chase Lincoln
Certain related affiliates of Chase Lincoln Host Bank
Citibank, N.A. and certain related affiliates thereto
Citizens Bank
Certain related affiliates of Elliot Associates, L.P.
Elliott and certain related affiliates thereto
Certain related affiliates of Elliott Associates, L.P.
Certain related affiliates of Elliott International LP
Goldman Sachs and certain related affiliates thereto
Invesco and certain related affiliates thereto
Certain related affiliates of Invesco - Invesco Global Strategic Inc. Fund
Certain related affiliates of J.P. Morgan Investment Management Inc. - IBM
Certain related affiliates of J.P. Morgan Inv Mgt Inc. - U.S
Certain related affiliates of J.P. Morgan Chase Retirement Plan
J.P. Morgan Chase Bank, N.A. and certain related affiliates thereto
Certain related affiliates of J.P. Morgan - Advanced Securities Trust Asset High Yield Portfolio
Certain related affiliates of J.P. Morgan - SEI Institutional Management Trust High Yield Bond
Certain related affiliates of J.P. Morgan Core Plus Bond Fund
Certain related affiliates of J.P. Morgan Floating Rate Income Fund

---

[6]   Parties that are both current clients and former clients of RL&F are only listed on Exhibit 1—Current Clients.

[7]   Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of current clients.  However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

Certain related affiliates of J.P. Morgan Global Bond Opportunities Fund
Certain related affiliates of J.P. Morgan Investor Management Limited -SEI Institutional I
Certain related affiliates of J.P. Morgan Income Builder Fund
Certain related affiliates of J.P. Morgan LVIP High Yield
Certain related affiliates of J.P. Morgan Total Return Fund
Certain related affiliates of J.P. Morgan Global Strategies Bond Fund
Certain related affiliates of J.P. Morgan High Yield Fund
Certain related affiliates of J.P. Morgan Income Fund
Certain related affiliates of J.P. Morgan Strategic Income Opportunities
Certain related affiliates of J.P. Morgan Unconstrained Debt Fund
Marathon Asset Management
Certain related affiliates of Morgan Stanley Senior Fund Inc
Morgan Stanley and certain related affiliates thereto
Certain related affiliates of NB - Neuberger Berman Special
Neuberger Berman and certain related affiliates thereto
Certain related affiliates of Oaktree
Certain related affiliates of Oaktree Principal Fund V (Delaware)
Certain related affiliates of Oaktree Principal V Continuation
Oaktree Capital Management LP -Oaktree Principal Fund
BMO Harris Bank and certain related affiliates thereto
City National Bank
Fifth Third Bank
First Citizens Bank & Trust Co
First Interstate Bank
Certain related affiliates of First United Bank
Flagstar Bank
Huntington National Bank
M&T Bank and certain related affiliates thereto
Certain related affiliates of Natwest Offshore Gibraltar Ltd
NBT Bank
PNC Bank and certain related affiliates thereto
South State Bank
Synovus Bank
TD Bank and certain related affiliates thereto
Truist
UMB Bank
Wells Fargo and certain related affiliates thereto

**Contract Counter Parties**

Certain related affiliates of ADP Globalview B.V. ("ADP") & ADP International Services B.V.
ADP Inc.
Avalara, Inc.
Certain related affiliates of Azure (Microsoft)
Certain related affiliates of Broadstone
Certain related affiliates of Brookfield

13

Certain related affiliates of CBL
Centurylink Communications, LLC (d/b/a Lumen Technologies)
Cornerstone On Demand Inc.
Certain related affiliates of Cradlepoint Through CDW LLC
Certain related affiliates of E.L.F. Co. Ltd. (Bangkok)
Certain related affiliates of Enterprise Rent A Car UK Ltd.
Federal Express Corporation and certain related affiliates thereto
Fedex and certain related affiliates thereto
Fortinet Through Optiv
Certain related affiliates of Fujifilm Business Innovation Hong Kong Limited
Certain related affiliates of Funko UK Ltd.
Getty Images
Global Payments
Google Inc. and certain related affiliates thereto
Certain related affiliates of Granite
Certain related affiliates of Inverness Corporation
Certain related affiliates of Johnson Controls Inc.
Kaiser
Certain related affiliates of Manulife (International) Limited
Mastercard International Incorporated
MetLife and certain related affiliates thereto
Certain related affiliates of Microsoft EA
Newmark
Certain related affiliates of Oracle Financials
Certain related affiliates of Oracle Retail (Xstore,Orce)
Certain related affiliates of Paypal, Inc. / Bill Me Later, Inc.
PTL
Certain related affiliates of Shoppertrak (Sensormatic Solutions by Johnson Controls)
Sprout Social, Inc.
US Bank (US) and certain related affiliates thereto
Verifone
Certain related affiliates of Viacom (Smurfs)
Walmart and certain related affiliates thereto

## 363 Sale Parties

[CONFIDENTIAL]


## UCC Members
Certain related affiliates of Brookfield Properties Retail, Inc.

## Insurance
Certain related affiliates of Allianz Engineering Inspection Services, Ltd.
Certain related affiliates of Allianz Insurance PLC
Certain related affiliates of Federal Insurance Company

14

Certain related affiliates of XL Insurance America, Inc.
Certain related affiliates of XL Specialty Insurance Company

**Landlords**

Certain related affiliates of Alliance
Certain related affiliates of Apollo Net Lease Co., LLC
Certain related affiliates of Ashkenazy Acquisition Group
Certain related affiliates of BentallGreenOak
Certain related affiliates of C.P.I
Certain related affiliates of CBRE Inc.
Certain related affiliates of CIM
Certain related affiliates of City View Commercial
Coldwell Banker and certain related affiliates thereto
Certain related affiliates of DDR Asset Management LLC
Certain related affiliates of DDR Norte LLC, S.E.
Certain related affiliates of DDR Stone Oak Holdings LLC
Certain related affiliates of DDR Urban LP
Certain related affiliates of Feldman
The Howard Hughes Corporation
Certain related affiliates of Inland
Certain related affiliates of Investec Real Estate Companies
Irvine Company
Certain related affiliates of Ivanhoe Cambridge
Certain related affiliates of Macerich
Certain related affiliates of MCM Properties Ltd.
Certain related affiliates of NADG (US) General Partner, Inc.
Certain related affiliates of Opus
Certain related affiliates of Pappas Investments
Certain related affiliates of Paramount Realty Services
QIC
QuadReal Property Group
Certain related affiliates of Rialto Capital Advisors, LLC
Certain related affiliates of RREEF Alternative Investments
Certain related affiliates of Southport 2013 LLC
Certain related affiliates of Starwood Capital Group
Certain related affiliates of Stirling Properties, Inc.
Certain related affiliates of Stockbridge Ohio, LLC
Certain related affiliates of Taubman
Certain related affiliates of Terminus Properties Company; LLC
Certain related affiliates of TGA NAP
Urban Edge Properties
Certain related affiliates of Vestar
Walmart and certain affiliates related thereto
Certain related affiliates of Washington Prime Glimcher
WS Asset Management, Inc.

RLF1 33621231v.1

**Surety & Letters of Credit – Beneficiaries**

Citibank, N.A. and certain affiliates related thereto
Credit Suisse and certain affiliates related thereto
JPMorgan Chase Bank, N.A. and certain affiliates related thereto
Certain related affiliates of One Beacon Insurance Company
Certain related affiliates of The Travelers Indemnity Company
Certain related affiliates of XL Specialty Insurance Company

**Top 30 Creditors**

Certain related affiliates of CBRE, Inc.
Grant Thornton LLP
Mastercard International
Microsoft Corporation
Certain related affiliates of UPS Supply Chain Solutions, Inc.
Walmart Inc. and certain related affiliates thereto

**Vendors**

Certain related affiliates of Alvarez & Marsal Holdings, LLC
Avalara, Inc.
Baker & Hostetler LLP
Berkeley Research Group, LLC
Certain related affiliates of BRE / Pearlridge, LLC
Certain related affiliates of Bridgewater Commons Mall II, LLC
Certain related affiliates of Broadstone Net Lease, LLC
Certain related affiliates of Brookfield Property Partners L.P.
CBL & Associates LP
Easton Town Center II, LLC
Fashion Centre Mall, LLC
Gallagher Bassett Services, Inc.
General Growth Properties Inc.
Certain related affiliates of GGP Homart II LLC
Certain related affiliates of GGP Limited Partnership
Certain related affiliates of GGP LLC
Certain related affiliates of GGP LP
Certain related affiliates of GGP Staten Island Mall, LLC
Certain related affiliates of GGP -Trs LLC
Certain related affiliates of GGP LP Real Estate, Inc.
Certain related affiliates of Inverness
The Irvine Company LLC
Certain related affiliates of Ivanhoe Cambridge II Inc.
J.P. Morgan Chase Commercial

Certain related affiliates of Johnson Controls Inc.
Certain related affiliates of Korn Ferry US
Certain related affiliates of Macerich Company The
Certain related affiliates of The Macerich Partnership LP
Certain related affiliates of Macerich Vintage Faire LP
Mastercard International Incorporated
Metropolitan Life Insurance and certain related affiliates thereto
Certain related affiliates of NP Digital
Oracle America, Inc. and certain related affiliates thereto
Certain related affiliates of RCS Real Estate Advisors
Certain related affiliates of Roseville Shoppingtown LLC
Certain related affiliates of Shoppertrak Rct LLC
Sprout Social, Inc.
Sun Life Financial
Certain related affiliates of Tysons Corner Holdings LLC
Certain related affiliates of UPS Supply Chain Solutions Inc.
Certain related affiliates of US Bank Corporate Payment
West Farms Mall, LLC
West Town Mall LLC
Certain related affiliates of Willowbrook Mall Holding
Certain related affiliates of Wal-Mart Stores East LP

17

**Exhibit 2-Former Clients**[1]

**Equity Holders**
Certain related affiliates of Redwood Capital Management

**Agents And Secured Lenders**

Certain related affiliates of Ankura Trust Company, LLC
Elliott International LP and certain related affiliates thereto
Certain related affiliates of Marathon Asset Management LP - Empire Secured Credit Funding I
Certain related affiliates of Marathon Asset Management
Certain related affiliates of Monarch
Certain related affiliates of Monarch Capital Master Partners V-A LP
Certain related affiliates of Monarch Capital Master Partners VI LP
Certain related affiliates of Monarch Debt Recovery Master Fund Ltd
Certain related affiliates of Monarch Debt Recovery Master.
Certain related affiliates of Redwood Capital Management LLC – Redwood Enhanced Income Co.
Certain related affiliates of Redwood Capital Management
Certain related affiliates of Redwood Drawdown Master Fund III, LP
Certain related affiliates of Redwood Drawdown Master Fund II, LP
Certain related affiliates of Redwood Enhanced Income Corp.
Certain related affiliates of Redwood Master Fund, Ltd.
Certain related affiliates of Redwood Opportunity Master Fund Ltd.
Certain related affiliates of Redwood Opportunity Master Fund Ltd
Bank of Hawaii
Bank of The West
Evolve Bank & Trust
Farmers & Merchants Bank
First Horizon Bank
Certain related affiliates of First National Bank
Certain related affiliates of Key Bank
Regions Bank
United Community Bank

**Contract Counter Parties**

Certain related affiliates of ABG Accessories
Certain related affiliates of Aon Risk Services Northeast, Inc.
Certain related affiliates of Aon Risk Services Northeast, Inc. (Greenwich Insurance Company)

---

[1]  Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of former clients.  However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of former clients.

Atlassian
Baker McKenzie LLP
Certain related affiliates of Broadstone
Certain related affiliates of Brookfield
Certain related affiliates of Centurylink Communications, LLC d/b/a Lumen Technologies
Certain related affiliates of Cyberark Through Optiv
Certain related affiliates of EES Global, LLC (d/b/a INTEQ)
Certain related affiliates of Fio Int'l.
Certain related affiliates of Inverness Corporation
Certain related affiliates of Manulife (International) Limited
Mastercard International Incorporated
Certain related affiliates of Miro
Certain related affiliates of MRI Real Estate Software / Asset Management Technologies
Certain related affiliates of OLR
Certain related affiliates of PTL
Salesforce, Inc.
Service Channel
Certain related affiliates of Shoppertrak (Sensormatic Solutions by Johnson Controls)
Simon
Sprout Social, Inc.
Certain related affiliates of Triple-S
Verifone and certain related affiliates thereto

**363 Sale Parties**

[CONFIDENTIAL]

**UCC Professionals**

Certain related affiliates of Province LLC

**UCC Members**

Certain related affiliates of Brookfield Properties Retail, Inc.

**Insurance**

Certain related affiliates of Allianz Engineering Inspection Services, Ltd.
Certain related affiliates of Allianz Insurance PLC
Certain related affiliates of Aon Underwriting Managers
Certain related affiliates of Endurance American Insurance Company
Certain related affiliates of Liberty Mutual
Certain related affiliates of Navigators Insurance Company

2

**Landlords**

American Realty Capital
Certain related affiliates of BentallGreenOak
Certain related affiliates of C.P.I
Certain related affiliates of Cadillac Fairview
Certain related affiliates of CBRE Inc.
Certain related affiliates of DCM Limited; LLC
Certain related affiliates of Gateway Knollwood, LLC
Gerrity Group
Certain related affiliates of Hendon
Certain related affiliates of Hines
Certain related affiliates of Ivanhoe Cambridge
Keybank National Association
Certain related affiliates of Morguard
Certain related affiliates of New England Dev.
Certain related affiliates of Oakdale Property Partners LLC
Certain related affiliates of Oxford
Certain related affiliates of Pacific Bridgewater Management Pr, LLC
Certain related affiliates of Pyramid
QC East
Certain related affiliates of QIC
QuadReal Property Group
Certain related affiliates of The Rainier Companies
Certain related affiliates of Rialto Capital Advisors, LLC
Certain related affiliates of RREEF Alternative Investments
Seritage Growth Properties
Simon
Certain related affiliates of Southport 2013 LLC
Starwood Capital Group
Certain related affiliates of Stiles
Certain related affiliates of Stockbridge Ohio, LLC
Urban Edge Properties
Certain related affiliates of WS Development

**Surety & Letters of Credit – Beneficiaries**

Citibank, N.A. and certain affiliates related thereto
Credit Suisse and certain affiliates related thereto
Indian Harbor Insurance Company
JPMorgan Chase Bank, N.A. and certain affiliates related thereto
Certain related affiliates of QBE Insurance Corporation
Certain related affiliates of XL Specialty Insurance Company

**Top 30 Creditors**

3

Certain related affiliates of CBRE, Inc.
Lennox Industries, Inc.
Mastercard International
Certain related affiliates of Optiv Security Inc.
Simon Property Group LP and certain affiliates related thereto

## Vendors

Certain related affiliates of Aon Risk Services
Baker McKenzie LLP
Baybrook Mall
Blue Yonder Inc.
Certain related affiliates of BRE / Pearlridge, LLC
Certain related affiliates of Broadstone Net Lease, LLC
Certain related affiliates of Brookfield Property Partners L.P.
Brooklyn Kings Plaza LLC
Certain related affiliates of The Cadillac Fairview Corp.
Crystal Run Galleria LLC
Certain related affiliates of Houston Galleria/Hg Galleria
Certain related affiliates of Houston Galleria/Sa Galleria
Certain related affiliates of Hyperion LA
Certain related affiliates of Inverness
Certain related affiliates of Ivanhoe Cambridge II Inc.
Johnson Controls Inc.
Certain related affiliates of Macerich Company The
Certain related affiliates of The Macerich Partnership LP
Certain related affiliates of Macerich Vintage Faire LP
Mastercard International Incorporated
Meadowood Mall SPE, LLC and certain related affiliates thereto
Certain related affiliates of Morguard Investments Limited
Certain related affiliates of Morguard Real Estate
Certain related affiliates of Oxford in Trust for Square One
Pinterest, Inc.
Salesforce.Com. Inc.
Certain related affiliates of ServiceChannel.com Inc.
Certain related affiliates of Shoppertrak Rct LLC
Certain related affiliates of Simon Property Group (TX) LP
Staples Inc.
Tangoe, Inc.
Certain related affiliates of Tangoe, Inc. 742
Certain related affiliates of Triple-S
Certain related affiliates of Truecommerce (Coventry) Limited
Certain related affiliates of Trumbull Shopping Center #2 LLC
Certain related affiliates of Westland Garden State Plaza LP

4

## Exhibit 3 - Potential Parties in Interest[1]

### Professionals

Alvarez & Marsal                          Kirkland & Ellis LLP
Houlihan Lokey                            Prosek
Interpath                                 Omni Agent Solutions, Inc.

### Equity Holders

Accessory Holdings LP
Elliot Associates LP                      Monarch Alternative Capital LP
Elliott Management Corp.                  Redwood Capital Management
Ensemble Investment Holdings LLC          Ryan Vero
Goldman Sachs & Co LLC

### Directors/Officers

Alisha Chadha                             Michael Darer
Amy Sanders                               Michele Reilly
Andrew Herenstein                         Paul Best
Arthur Rubinfeld                          Paul Gilliam
Brendan Mckeough                          Peter Diers
Bryan St Clair                            Phillip Clark
Carmen Bauza                              Priya Bhatnagar
Chris Cramer                              Richard Flint
David Boen                                Rohit Deep
David Wells                               Rohit Kapoor
Deann Brunts                              Samantha Algaze
Elizabeth Ketel                           Samantha Lomow
George Arenschield                        Shireesh Annam
Hristo Bankov                             Stuart Brown
Jerald Estime                             Suzanne Stoddard
Maryann Porter                            Theo Killion
Meghan Hurley                             Tina Peroni

### Agents And Secured Lenders

Ankura Trust Company, LLC                 Bank Of America N.A. – New York
AST JPMorgan Global Thematic              Bank of America

---

[1]   This list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that otherwise may fall under multiple categories is likely to be listed under only one category.

Chase Lincoln
Chase Lincoln Host Bank
Citibank, N.A.
Citizens Bank
Commingled Pension Trust Fund (Core Plus)
Commingled Pension Trust Fund (Corporate)
CPTF High Yield
Elliot Associates, L.P.
Elliott
Elliott Associates, L.P.
Elliott International LP
GIM Specialist Inv Funds - Gim M
Gim Trust 2 - Sr Secured Loan Fund
Goldman Sachs
Invesco
Invesco - Invesco Global Strategic Inc. Fund
J.P. Morgan Investment Management Inc. - IBM
J.P. Morgan Investor Management Inc. - U.S
J.P. Morgan Chase Retirement Plan
J.P. Morgan
J.P. Morgan - Advanced Securities Trust Asset High Yield Portfolio
J.P. Morgan - SEI Institutional Management Trust High Yield Bond
J.P. Morgan Core Plus Bond Fund
J.P. Morgan Floating Rate Income Fund
J.P. Morgan Global Bond Opportunities Fund
J.P. Morgan Investor Management Limited - SEI Institutional I
J.P. Morgan Income Builder Fund
J.P. Morgan LVIP High Yield
J.P. Morgan Total Return Fund
J.P. Morgan Chase Bank, N.A.
J.P. Morgan Global Strategies Bond Fund
J.P. Morgan High Yield Fund
J.P. Morgan Income Fund
J.P. Morgan Strategic Income Opportunities
J.P. Morgan Unconstrained Debt Fund
Marathon Asset Management LP - Empire Secured Credit Funding I
Marathon Asset Management

Monarch
Monarch Capital Master Partners V-A LP
Monarch Capital Master Partners VI LP
Monarch Debt Recovery Master Fund Ltd
Monarch Debt Recovery Master.
Morgan Stanley Senior Fund Inc
Morgan Stanley
NB - Neuberger Berman Special
Neuberger Berman
Oaktree
Oaktree Principal Fund V (Delaware)
Oaktree Principal V Continuation
Oaktree Capital Management LP -Oaktree Principal Fund
Redwood Capital Management LLC – Redwood Enhanced Income Co.
Redwood Capital Management
Redwood Drawdown Master Fund III, LP
Redwood Drawdown Master Fund II, LP
Redwood Enhanced Income Corp.
Redwood Master Fund, Ltd.
Redwood Opportunity Master Fund Ltd.
Redwood Opportunity Master Fund Ltd.
VR
VR Global Partners LP
Wazee
Wazee Street Capital - Wazee Street Opportunities
Wazee Street Capital Management - WA
1st Bank
1st Summit Bank
American Bank
American Bank of Montana
American National Bank
Ameris Bank
Arvest Bank
Bancfirst
Banco Popular of Puerto Rico
Bancorps South
Bangor Saving
Bank Champaign
Bank Financial
Bank of Hawaii
Bank of Oklahoma
Bank of The West

2

Banknorth
BMO Harris Bank
Border Bank
Bremer Bank
Camden National Bank
Cape Cod Five Cents Bank
Central Bank Boone County
Citizens National Bank
City National Bank
Coast Central
Commerce Bank
Community Bank
Community National Bank & Trust
Core First Bank & Trust
Cornerstone Bank
County Bank
Desert Community Bank
Dubuque Bank & Trust
Eastern Bank
Evolve Bank & Trust
EXB Exchange Bank
Farmers & Merchants Bank
Farmers State Bank
Fifth Third Bank
First American Bank
First Bank Kansas
First Bankers Trust Co
First Citizens Bank & Trust Co
First Community Bank
First Farmers Bank & Trust
First Financial Bank
First Hawaiian Bank
First Horizon Bank
First Interstate Bank
First Mid Bank & Trust
First National Bank
First National Bank of Ottawa
First United Bank
First Western Bank & Trust
Flagstar Bank
Franklin Savings Bank
German American Bank
Great Southern Bank
Hancock Bank
Hawthorn Bank

Hickory Point Bank
Huntington National Bank
International Bank of Commerce
Inwood National Bank
Isabella Bank & Trust
Key Bank
Kirkwood Bank & Trust
Lake Region Bank
Lea County State Bank
M&T Bank
Natwest Offshore Gibraltar Ltd
National Bank of Commerce
NBT Bank
Northway Bank
Park National Bank
People's Bank
Plains Capital Bank
PNC Bank
Premier Bank
Premier Bank of Minnesota
Regions Bank
Rio Grande Bank
S&T Bank
Simmons Bank
South State Bank
Star Financial Bank
State Bank
Synovus Bank
TD Bank
Texas Bank and Trust
Titan Bank
Tri Counties Bank
Truist
Trustco Bank
UMB Bank
Umpqua Bank
United Bank
United Community Bank
Valley National Bank
Vectra Bank
Wells Fargo
Wesbanco
Wisely
Woodforest
Wrentham Bank

3

**District of Delaware Bankruptcy Judges**

Judge Karen B. Owens
Judge John T. Dorsey
Judge Craig T. Goldblatt
Judge Thomas M. Horan

Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge J. Kate Stickles
Judge Mary F. Walrath

**U.S. Trustee's Office**

Andrew Varga
Joseph McMahon
Lauren Attix
Malcolm M. Bates
Linda Casey
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Michael Girello
Christine Green
Benjamin Hackman

Nyanquoi Jones
Hawa Konde
Jane Leamy
Jonathan Lipshie
Hannah M. Mccollum
Jonathan Nyaku
James R. O'Malley
Linda Richenderfer
Richard Schepacarter
Edith A. Serrano
Elizabeth Thomas
Dion Wynn

**Contract Counter Parties**

3 Business
ABG Accessories
Academy Fire Life Safety, LLC
Accessory Innovations (Shanghai)
Accessory Innovations LLC
Action Services Group
Actosoft / Scopevisio Retail
Adobe Cloud
ADP Globalview B.V. ("ADP") & ADP
International Services B.V.
ADP Inc.
Adswerve, Inc
Air Labs, Inc.
Algonomy Software
Aliquantum International
Alshaya Trading Co. W.L.L.
Alt Fragrances
Alumatec Pacific Products
Ama Design Intl. (Hong Kong)
Anhui Tumoon Apparel Co Ltd.

Aon Risk Services Northeast, Inc.
Aon Risk Services Northeast, Inc.
(Greenwich Insurance Company)
Aphmau
Aspire Systems Digital Transformation Inc.
Atlassian
Attentive
Aura Accessories (Haiphong)
Aura Accessories LLC
Aurora World UK Ltd.
Avalara, Inc.
AXA PPP Healthcare Ltd.
Avid Floor Maintenance, Inc.
Azure (Microsoft)
B & B Collection Srl
Aurora World Inc.
Baker McKenzie LLP
Baker Tilly Global Tax Solutions
Basic Fun Inc.
Basic Fun, Inc. (Shanghai)

4

RLF1 33621231v.1

Belfor USA Group, Inc.
Bendon, Inc.
Beverly Hills (Qingdao)
Bioworld International Limited
Bioworld Intl. (Shanghai)
Bioworld Merch (Ningbo)
Bip Candy and Toy UK Ltd.
Blackhawk
Blue Cross and Blue Shield of Illinois -
Health Care Services Corporation
Blue Sky De (Ningbo)
Blue Sky Designs Limited Fob
Blueprint Collections (Ningbo)
Blueprint HK Co. Ltd.
Bodytecc Jewelry Factory Ltd. Co.
Bonkers Toy Co. LLC
Boomerang
Brandsight, Inc.
Broadstone
Brookfield
Bupa Dental
Bureau Veritas
Business of Fashion
Canadalife
Canon
Capitol Light
Carlson Fixtures
Caticorn International Co. Ltd.
Caticorn Intl. (Haiphong)
CBL
CBTS Technology Solutions LLC
CCA Industries
CCA Industries, Inc.
Centric Beauty (Haiphong)
Centric Beauty LLC
Centric Socks (Shanghai)
Centurylink Communications, LLC (d/b/a
Lumen Technologies)
Character Options Limited
Chicago Consumables
Click Distribution
Clinical Health Tech
Clinical Health Technologies
Cloudflare

CMA Industrial Development Foundation
Limited
Comdata
ComPsych
Confiance Business Solutions Limited
Confidence by Gabby Good
Connoisseurs Products
Contempo
Conveyor Craft Inc.
Coquetarias El Salvador
Coquetarias Sociedad Anonima
Cornerstone On Demand Inc.
Cradlepoint Through CDW LLC
Cuddle Barn (Shanghai)
Cuddle Barn, Inc.
Cut From the Wild
Cyberark Through Optiv
Dan Dee Intl. (Shanghai)
Data ACS
Dealtracking
Deem/Tower Travel
Delta Dental - ASC
Descartes
DHL
Difuzed B.V. Fob
Difuzed NA Inc. (Ningbo)
Disguise Limited (Land)
DNC UK Ltd.
Dongguan Superstar Body Piercing Jewelry
Factory
Dope Slimes LLC
DPD Europe/UK
Dragon Eyes
E & Q Fashion (Haiphong)
E.L.F. Co. Ltd. (Bangkok)
EA Logistics
Eccolo Ltd.
Eccolo Ltd. (Ningbo)
EES Global, LLC (d/b/a INTEQ)
Elegant Logistic Group Insurance
Ella Cosmetics
Enterprise Rent A Car UK Ltd.
Envasado Xio (Valencia)
Envasado Xiomara Slu
Evershine Cre (Hong Kong)

5

Exalta Marcas, S.A.P.I. De C.V.
Exlogistics
Expeditors
Expeditors UK
Expeditors US
Experian Marketing Solutions
Fantas-Eyes (Shanghai)
Fantas-Eyes Inc.
Fashion Angels
Fashion Angels (Ningbo)
Fast Forward (Shenzhen)
Fazit / LB Enterprice LLC
Federal Express Corporation
Fedex
Fifth Third Processing Solutions, LLC
Fine Art & Craft (Qingdao)
Fineline
Fio Int'l.
Floormax USA
Fortinet Through Optiv
France Lab, Inc.
Frasier Sterling (Qingdao
Froid Express Holding S.A.R.L.
Frontstreet Facility Solutions
Fu Wah Manufactory (Hong Kong)
Fujifilm Business Innovation Hong Kong
Limited
Funko UK Ltd.
Gemc2, LLC (Shenzhen)
Gemc2, LLC/Blinger
Getty Images
Global Payments
Global Response LLC
Global Top Services (HK) Ltd.
Glopotion
GMA Shanghai (SGH)
Google Inc.
Granite
Gspann Technologies Inc.
H Y M International Co. Ltd.
H.E.R. Accessories
Half Moon Bay Ltd. (Fob)
Hally Hair Inc.
Hamee US, Corp. (Shenzhen)
Hangzhou Kata Co. Ltd.

Health Equity
Heathside Trading Ltd.
Heritage Candy Company
HGC Global Communications Limited
High Intencity Corp.
High Intencity Fob
High Point Design
Hilton, Paris
Hip Sing China Ind. Ltd.
Hkbn Enterprise Solutions HK Limited
Hkbn Enterprise Solutions Ltd.
Home & Nature
Honghua Leather Co. Ltd.
Hop Lik Container Service Ltd.
Horizon Group USA
Horizon Group (Ningbo)
HTI Toys UK Ltd.
Idea Group Intl. (Hong Kong)
Imagine 8 Ltd.
Importadora Sparapks, S.A.P.I. De C.V.
Incomm
Incredible NOV (Shenzhen)
Indeed
Inked By Dani
Innovative Cosmetics (Shenzhen)
Innovative Cosmetics Concepts
Innovative Cosmetics (Kao)
Inspired Thinking Group (Itg) Limited /
Inspired Thinking Group (US) Inc.
Intalytics/Kalibrate
Intertek Testing Services Hong Kong
Limited
Inverness Corporation
J&D Brush Co., LLC
Jacmel Jewelry Inc.
Jas Logistics
Jay Franco Europe (Shanghai)
Jay Franco Europe Limited
Jaz Toys UK Ltd.
Jazwares LLC
Jennz LLC
Jennz LLC (Ningbo)
Jiangxi Meican (Ningbo)
Jiangxi Meican Industry and Trade Co Ltd.
JM International Co Ltd.

6

Johnson Controls Inc.
Juno Craft Co Ltd.
Just Play (HK) Ltd.
Just Play (HK) Shenzhen
Kaiser
Kangaru Brands (Ningbo)
Kirker Europe Ltd.
Kl Electric Co.
Klarna
Kojac Fashion (Qingdao)
Kojac Fashion Accessories Ltd.
Lakontra Intl. (Hong Kong)
Lavendar Sugar
LBS Group
Legacy Facility Maintenance Solutions
Lennox National Account Services LLC
Levy Realty Advisors
License 2 Play Toys LLC
Linkedin
Liquid Glass (Qingdao)
Liquid Glass Body Jewelry LLC
Localoc Inc.
Localoc, Inc. (Shenzhen)
Lofty Innovation Company Ltd.
Long Yat Handbag FTY Ltd.
Lucent Product Inc.
Lucky Tree Co. (Hong Kong)
Macerich
Madiag S.A.R.L.
Maintenance Vendors
Malliaris S.A.
Manageengine
Manulife (International) Limited
Markwins Beauty Brands
Marsh (Hong Kong) Ltd.
Maruyu
Mary Fashion Accessories Co. Ltd. (Taiwan)
Master Toys & Novelties
Mastercard International Incorporated
Mean Girls
Measa
Mercer
Merchandise Vendors - Service and Product
Mermade Hair

MetLife
MGA Entertainment Inc.
MGA Entertainment Uk Ltd.
Microsoft EA
Mike Albert Leasing
Minster
Minster Computer Systems Limited
Miro
Misirli UK Limited
Montagne Jeunesse
Mood Media
Mood Media Corporation
Moose Toys LLC (Shenzhen)
Moose Toys UK Ltd.
Morning Charm Ltd. (Shenzh
Moveable Inc.
MRI Real Estate Software / Amt / Asset Management Technologies
My Sales
My Sales LLC
Natalia Mrtg (Ningbo)
New Clicks South Africa Proprietary Limited
Newmark
Ningbo Yekea Home Articles Co. Ltd.
Novelty Express S.A.
NPN 360
NPW Group (Shenzhen)
Ogilvie
OLR
One For Fun (Ningbo)
One For Fun Ltd.
Ooly LLC
Operadora Sparapks, S.A.P.I. De C.V.
Oracle Financials
Oracle Retail (Xstore,Orce)
The ORB Factory Limited
Original Additions (Bp) Ltd.
Orkin
OT Technology Inc.
Ovative
Pacific Piercing Supply Inc.
Pan Oceanic (Shanghai)
Pantone Connect
Paypal, Inc. / Bill Me Later, Inc.

7

Phoenix Manufacturing Co. Ltd.
Pipsticks, Inc.
PMS International Group PLC
Popsockets (Shenzhen)
Prenax (WWD)
Pretty Woman (Gzh)
Pretty Woman (New York)
Pretty Woman, LLC
Prime Mode Co Ltd.(Keelun)
Prologis UK XXIV S.A.R.L.
Proship
Protos Security
PTL
Qingdao Collect Jewelry Co. Ltd.
Qingdao HGC Body Jewelry Co. Ltd.
Qingdao Imperial Art Co.
Qingdao Jinyuxianghe Jewelry Co. Ltd.
Qingdao JY Fashion
Qingdao Oasis Import and Export Co. Ltd.
Qingdao S&J Jewelry Co Ltd.
Qingdao Sh&C Fashion Jewellery Co. Ltd.
Qingdao Shinsung Arts Crafts Co. Ltd.
Qingdao World Money
Qingdao Xujunhui Jewelry Co. Ltd.
Qingdao YM Jewelries Co.
Radium Creation Limited
Rare Beauty Brands Inc.
Raytik
Real Packaging
Reflectiz Inc.
Regency Centers, LP
Right Choice Exports (Delhi)
Right Choice Exports
Riocan
Riosoft
Riskified, Inc.
Rithum, LLC
RMS
RMS International (USA) Inc.
RMS International (Ningbo)
Roy Lowe & Sons Ltd.
Rubies Enterprises Ltd.
Rubies Masquerade Co. UK Ltd.
Salesforce, Inc.
Salsify, Inc.

Savvi-TMI
Schylling Inc.
SDG Dadeland Assoc., Inc.
Sebang Chain Co. (Qingdao)
Sebang Chain Vina (Haiphong)
Service Channel
SGS Hong Kong Limited
Shalom International
Shalom Int'l (Ningbo)
Shanghai East (Phnom Penh)
Shanghai Style (Shanghai)
SHC Direct LLC (Dba Inte Q)
Shine Arts Crafts Co. Ltd.
Shiny Goods Inc.
Shoppertrak (Sensormatic Solutions by Johnson Controls)
Silver Buffalo (Ngb)
Simba Smoby Toys UK Ltd.
Simon
Sisco Ind. (Haiphong)
Skinny Dip Landed
Skinnydip Limited
Smartsheet Inc.
Smile Gems
Smilegems Ltd. (London)
SNDZ Enter (Hong Kong)
Sodexa S.A.R.L.
SOS Maintenance
Specialty Store Services
Spin Master Toys (Haiphong)
Spin Master Toys Far East Ltd.
Spin Master, Inc.
Springdale Acoustics
Springdale Acoustics Inc.
Sprout Social, Inc.
SPS Commerce
Starlight Accessories (Shanghai)
Stickerbeans
Stickerbeans (Ningbo)
Stirrup Unlimited, LLC
Stor S.L.
Street Players
Streetmac
Studex
Studex UK Ltd.

8

Sugar Luv - Rosiere LLC
Sunny Fashion (Qingdao)
Sunshine & Glitter
SVS (Giftcards)
Tair Jiuh (Fuzhou)
Tamantar Co. (Haiphong)
Temp Cooler LLC
Theme
Three Champions (Shenzhen)
Tong Yi Accessories (Hong Kong)
Tradewin
Tranzact Technologies, Inc.
Travelux Ltd.
Tree Hut
Triangle Sign and Service, LLC
Triple-S
Truecommerce (Coventry) Limited
Truesource fka SMI
Tung Hing Plastic (Shenzh)
Two Boys Designs (Ningbo)
Two Boys Designs Inc.
U&I Fashion (Haiphong)
UCC Distributing Inc.
UL Verification Services Inc.
Urban Reform Realty
US Bank (US)
USPA Access(Shenzhen)
USPA Accessories/Concept One
V&E Accessories (Hong Kong)
Verifone
Viacom (Smurfs)

Viff Limited
Viff Limited (Shanghai)
Vogue Digital
VSP
Waitwhile
Walmart
Walton Signage
Watsons Water
Webfab
Webfab LLC
Wenzhou Eyestar (Ningbo)
Wenzhou Pleasure (Shenzhen)
WGSN
Wide Harvest Investment Limited
William Lamb Group Ltd.
Wind Designs Ltd.
Wis International
Workday
Workday, Inc.
Workjam
World of Sweets
Worldline
Yiwu Kingtai (Ningbo)
Yiwu Volcano Art (Shanghai)
Yottaa, Inc.
Yumark Enter. (Bangkok)
Yumark Ind. (Phnom Penh)
Yumark Indust. (Ningbo)
Zinio Online Magazine
Zuru LLC (Shenzhen)
Zuru UK Limited

**363 Sale Parties**

Hilco HMR                                    Watson, Ames
[CONFIDENTIAL]

**Debtors**

Claire's Boutiques, Inc.                     Claire's Swiss Holdings II LLC
Claire's Canada Corp.                        Claire's Swiss Holdings LLC
Claire's Holdings LLC                        CLSIP Holdings LLC
Claire's Intellectual LLC                    CLSIP LLC
Claire's Puerto Rico Corp.                   CSI Canada LLC
Claire's Stores, Inc.                        Claire's Gibraltar Holdings LLC

9

**Known Affiliates (JV)**

Claire's Accessories Spain S.L.U.
Claire's Accessories UK Ltd.
Claire's Accessories UK Ltd., French
Branch
Claire's Accessories UK Ltd., Irish Branch
Claire's Austria Gmbh
Claire's Belgium BV
Claire's China Services (Trust)
Claire's Czech Republic S.R.O
Claire's European Distribution Limited
Claire's European Services Limited
Claire's France Sas
Claire's Germany Gmbh
Claire's Holdings S.A R.L.

Claire's Hungary Kft.
Claire's Italy S.R.L. Unipersonale
Claire's Luxembourg Holdings S.A.R.L
Claire's Luxembourg S.A.R.L.
Claire's Netherlands B.V.
Claire's Poland Sp. Z O.O
Claire's Stores Canada Corp.
Claire's Switzerland Gmbh
CSI Luxembourg S.a.r.l
CSI Luxembourg Sarl, Luxembourg,
Zweigniederlassung Neuhausen Am
Rheinfall (Swiss Branch)
RSI International Ltd.
Whiteclaire's Acessorios Portugal
Unipessoal Lda

**UCC Professionals**

McDermott Will & Schulte LLP
Cole Schotz PC

Province LLC

**UCC Members**

Studex Corp.
Accellor Inc.
Brookfield Properties Retail Inc.

Tanger Management, LLC
Yumark Enterprises Corp.

**Insurance**

AFCO Credit Corporation
Affiliated FM Insurance Company
AGCS Marine Insurance Company
Allianz Engineering Inspection Services,
Ltd.
Allianz Insurance PLC
Aon Underwriting Managers
Ascot Insurance Company
Axis Insurance Company
Beazley Insurance Company, Inc.

Beazley Syndicate 2623/623
Berkley Insurance Company
Continental Casualty Company (CNA)
Endurance American Insurance Company
Federal Insurance Company
FM Insurance Europe S.A., Luxembourg,
Bern Branch
FM Insurance Company Ltd.
Freedom Specialty Insurance Company
Greenwich Insurance Company

10

Illinois National Insurance Company
Liberty Mutual
Lloyd's of London
Mapfre Praico Insurance Company
Navigators Insurance Company
The Ohio Casualty Insurance Company
Starr Indemnity & Liability Company

U.S. Specialty Insurance Company
Vienna Insurance Group
XL Insurance America, Inc.
XL Specialty Insurance Com.
Zurich Insurance Company
Zurich Insurance Plc

**Landlords**

16191576 Canada Inc.
380 & 289, LP
4d Properties
6800 Eastman Avenue, LLC
863 Broadway LLC
Abbell Associates
Acadia Realty Trust
AH Property Management LLC
Aikens, Robert B.
Alliance
American Assets
American Realty Capital
Apollo Net Lease Co., LLC
Ashkenazy Acquisition Group
Ashley Group
Baldwin, Alexander
Barnett Properties
Bayer Properties, L.L.C.
Bayfield Realty Advisors Inc.
BentallGreenOak
Bently Mall Assoc.
Berengaria Development
Berkeley Mall, LLC
Berkowitz Development
BFW Howell Associates, LLC
Bixby Bridge Capital
Branson Landing
Brazos TC - Partnership A,L.P.
Brixmor Property Group
Burroughs & Chapin
C.P.I
Cadillac Fairview
Cafaro
Cameron Crossing Inv., Ltd.
Carroll/1709, Ltd.

Casto
CBRE Inc.
Centennial Advisory Services LLC
Centennial Pueblo Mall Manager LLC
Centennial Re Co.
Centennial Real Estate Management, LLC
Centercal, LLC
Central Walk
Central Walk Tsawwassen
CIM
City View Commercial
CMG / Provost Group, Inc.
Coldwell Banker
Collett
Colliers International Asset Management;
Inc.
Compass Retail
Continental
Cord Meyer Development, LLC
Cordano
Coventry Mall Associates
Craig Realty
Crawford Square
Crescent Land Development Associates
LLC
Crombie
CTO Realty Growth Inc.
Cushman & Wakefield
Cushman & Wakefield Asset Services, Inc.
CW Capital Asset Management, LLC
Cypress Equities Managed Services
Daniel Corporation
DCM Limited; LLC
DDR Asset Management LLC
DDR Norte LLC, S.E.

11

DDR Stone Oak Holdings LLC
DDR Urban LP
Debartolo Holdings LLC
Dechomai Asset Trust Number Two, LLC
Derito Talking Stick North, LLC
Dimond
Dimucci
DLC Management Corporation
DP Management, LLC
Dream Big Partners LLC
The Druker Company, Ltd.
Edge Realty Group
Edwards Realty Group
Equity One (Sheridan Plaza) LLC
Erimar Realty LLC
Euro Pro
Fairbourne Properties
Fameco
Federal Realty Investment Trust
Federal REIT
Feil
Feldman
Festival Management Corporation
FFO RE Advisors
Fidelis Realty Partners
First Washington Realty, Inc.
Fishman Real Estate Group
Forbes Cohen
G&I IX Camp Creek Property LLC
Gallatin Mall Group, L.L.C.
Gateway Knollwood, LLC
Gemini Rosemont
Gerrity Group
GJ Group Properties Inc.
GK Development Inc.
Goodman Realty Group
GRE Management Services Inc.
Great Plains Development
Hall Road Crossing Owner LLC
Hanford Mall
Harsch Investment
Hauppauge Properties LLC
Hendon
Hines
Horizon Property Group

The Howard Hughes Corporation
Hull Property Group
IGP LLC
Inland
International Growth Properties
Inventrust Property Management, LLC
Investec Real Estate Companies
Irvine Company
Irving, Harlem
Ivanhoe Cambridge
JJ Gumberg
Jimmy Jazz
Johnson Commercial Development
Jones Lang Lasalle Americas, Inc.
Junction Blvd. Realty
Karruli, LLC
Katz Properties Management LLC
Kemper Development Company
Keybank National Association
Kimco
Kinsley Properties
Kite Realty
Kohan Retail Investment Group
Kohan/Summit Management
Kotarides
L3 Properties
Lake Success Shopping Center LLC
Lamar Companies
Lance-Kashian & Company
Legacy
Lerner
Lewcon Retail, LLC
Lexington Co.
Liberty Common 2018 LLC
Little Rock Outlets Realty Holding LLC
Lormax Stern Development, Inc.
Luan Investments
M&J Wilkow
Macerich
Madison Marquette
The Maley Co.
Mark T. Brennan & Assoc.
Marx Realty
Mayaguez Mall
McCOR Management

12

Mcknight Properties
MCM Properties Ltd.
MCStrauss
MDN Development, Inc.
Merlone Geier Management, LLC
Metro National Corporation
Mgherring
Mid America
Mid America Real Estate -Wisconsin, LLC
Miromar
Mlwd, Inc.
MMI Realty
Moonbeam Capital Investments LLC
Morguard
Morrison Companies
NADG (US) General Partner, Inc.
Namdar Realty Group
New England Dev.
NewMarket 1, LLC
Newquest Properties
Nicholas Investment Co.
Nlco
North Plains Mall Management LLC
NorthPark Partners; LP
Northwest Target, LLC
Northwoods
Oakdale Property Partners LLC
Olshan Properties
Onni Group
Opus
Osborne Capital Group
OTB Destination
Out of the Box Ventures
Oxford
Pace Properties, Inc.
Pacific Bridgewater Management Pr, LLC
Pacific QKC Management PR, LLC
Pacific Retail Capital Partners
Palouse Mall, LLC
Pappas Investments
Paramount Realty Services
Patchogue Realty
PCI Developments
Pine Tree Commercial Realty
Pinnacle Leasing and Management LLC

Plaza Las Americas
Poag Shopping Centers
Poplin Place, LLC
Prairie Hills Mall LLC
PREIT
Prep PG
Primaris
Prism Company
Propst Properties
Providence Group
Pyramid
QC East
QIC
QuadReal Property Group
The Rainier Companies
Ram Property Development LLC
RBS Group
Red Development
Redico
Redlands Joint Venture LLC
Regency Centers, LP
Regis
Related Retail Corporation
Related Urban
Rialto Capital Advisors, LLC
Riocan
River West Management LLC
RL Miami L.P.
Robert Lynn Management Company
Robson Properties
Rockstep
RREEF Alternative Investments
S.A. Development Company, L.P.
Saed Investments IV LLC
Salthill Capital
Santa Margarita Ventures LLC
Sarm Five Points Plaza, LLC
Satterfield-Helm Management, Inc.
Schnitzer Properties Management
Schottenstein Property Group
Seligman
Seritage Growth Properties
Settlers R1 Inc.
SH UTE III LLC
Shea Properties

13

Shin Yen Retail Property Management, LLC
Shopcore Properties, L.P.
Silver Lake Center LLC
Simon
Site Centers
Sizeler
SL Nusbaum Realty Co.
Smugglers Capital Corp.
Sobert Realty Corp
Southport 2013 LLC
SP Center LLC
Spectrum Realty
Spinoso Management Group
Spinoso Real Estate Group
Stark Enterprises
Starwood Capital Group
Steiner & Associates
Sterling Organization
Stiles
Stirling Properties, Inc.
Stockbridge Ohio, LLC
Streetmac
Tabani Group
Tanger
Tanger Properties Limited Partnership
Tanger Properties Limited
Taubman
Terminus Properties Company; LLC
TGA NAP
Thf Onc Development, LLC
Time Equities
TKG Management
Torrington Properties
Trademark Properties
Triovest Realty Advisors Inc.

Triple Five
Tucker Meridian, LLC
Turnberry
United Properties Corp.
University Mall Management Inc.
Urban Edge Properties
Urban Retail Properties
USPG Portfolio Six, LLC
Vestar
Walmart
Washington Prime Glimcher
Wayne Towne Enterprises, Ltd.
Weigand-Omega
Weingarten
West Acres Development
Westcliff
Westdale Properties
Westfield
Wilcox Savage
Wilder Co.
Wilfid Brookhollow Associates
Williams Jackson Ewing
Wilmorite
Wilson
WMG Meadows LLC
Wolfson Group, Inc.
Woodbury
Woodmont
WS Asset Management, Inc.
WS Development
Wulfe Management
Yam Properties
The Wilder Companies Ltd.
The Woodmont Company
Young, Avison

## **Litigation**

Esmeralda Riviera
I Pee Holdings aka Windy City
Triventure
Cuevas, Daniel

Matthews, Amaya
Pfeffer, Rachel
Pout, Christian
Voivod, Michael

14

## Surety & Letters of Credit – Beneficiaries

| | |
|---|---|
| Citibank, N.A. | Praetorian Insurance Company |
| Credit Suisse | QBE Insurance Corporation |
| Indian Harbor Insurance Company | Stonington Insurance Company |
| Intact Financial Corporation | The Travelers Indemnity Company |
| JPMorgan Chase Bank, N.A. | XL Specialty Insurance Company |
| One Beacon Insurance Company | |

## Taxing Authority and Governmental and Regulatory Agencies

State of Minnesota                        State of Texas

## Top 30 Creditors

| | |
|---|---|
| Aurora World Inc. | Microsoft Corporation |
| The Benmoore Const. Group | MJC International Group |
| CBRE, Inc. | Optiv Security Inc. |
| Exegistics, Inc. | Premium Retail Services LLC |
| Frontstreet Facility Solutions | Simon Property Group LP |
| Grant Thornton LLP | Studex Corp. |
| Heritage Candy Company, Inc. | United Techno Solutions Inc. |
| Idea Group | UPS Supply Chain Solutions, Inc. |
| Inspired Thinking | Waitwhile Inc. |
| Kojac Fashion Accessories Ltd. | Walmart Inc. |
| Lennox Industries, Inc. | Workday, Inc. |
| Mastercard International | |

## Vendors

| | |
|---|---|
| 11:11 Media LLC | Aon Risk Services |
| 1401 Greenbrier Parkway LLC | Arrowhead Towne Center LLC |
| 21245 26 Ave LLC | Aspire Systems |
| Accellor Inc. | Asset Management Technologies |
| Accenture International | Attentive Mobile Inc. |
| Acosta Sales & Marketing | Audit-Tel (Utilities) |
| Alamance Retail, LLC | Aurora World Inc. |
| AFCO Direct | Avalara, Inc. |
| Alderwood Mall Holding LLC | Aventura Mall Venture |
| Alvarez & Marsal Holdings, LLC | Avid Floor Maintenance, Inc. |
| AMA Design International | B. Bros Broadway Realty LLC |
| Ameream LLC | Baker & Hostetler LLP |
| American Digital Corporation | Baker McKenzie LLP |
| American Door and Dock | Basic Fun Inc. |
| Andrews, Helen | Battlefield Mall/Battlefield |

15

Baybrook Mall
BDO USA, LLP
Belfor USA Group, Inc.
Bellwether Properties of South Carolina
Bendon, Inc.
The Benmoore Const. Group
Berkeley Research Group, LLC
Beverly Hills Teddy Bear Co.
BFW Howell Associates, LLC
BH Concept Inc.
Big Apple Corp.
Bioworld International Limited
Bioworld Merchandising
Blue Yonder Inc.
Blueprint Collections Ltd.
Bohannon Development Company
Bonkers Toy Co. LLC
Bonnis Properties (Robson) Inc.
BPR Cumulus LLC
BPR-FF LLC
Brandon (Tampa) LP
Brazos TC - Partnership A,L.P.
BRE / Pearlridge, LLC
Bridgewater Commons Mall II, LLC
Brinton Security Services LLC
Broadstone Net Lease, LLC
Brookfield Property Partners L.P.
Brooklyn Kings Plaza LLC
Bureau Veritas
The Cadillac Fairview Corp.
Canada Border Service Agency
Canon Solutions America, Inc.
Carlson Store Fixtures
CBL & Associates LP
Challenger, Gray & Christmas Inc.
Chicago Consumables
Christiana Acquisition LLC
Claire's (Gibraltar) Holdings Limited
Columbia Mall Partnership
Comdata Inc.
Comdata Inc. (d/b/a Stored Value)
Compucom System Inc.
Crystal Run Galleria LLC
Cuerdon, David O.
Culver City Mall LLC

Data Solutions LLC
Davropm Limited
Delta Dental of Illinois
Dennis, Ashley
DLA Piper LLP (US)
DMB Holdings, LLC
DMV Account Processing Unit
Easton Town Center II, LLC
Eurest Dining Services
Evershine Creations LLC
Fashion Centre Mall, LLC
Federal Realty Op LP
Femspro Incorporado
Forbes Taubman Orlando LLC
Fordham, Amber
Fu Wah Manufactory Ltd.
Gailliard, Alida
Gallagher Bassett Services, Inc.
Gateway Center Phase II
General Growth Properties Inc.
GGP Homart II LLC
GGP Limited Partnership
GGP LLC
GGP LP
GGP Staten Island Mall, LLC
GGP -Trust LLC
GGP LP Real Estate, Inc.
GLO Document Solution Division
GMV (Mall) Owner, LLC
The Great-West Life
H.E.R. Accessories Ltd.
H.Y.M. International Co., Ltd.
Haak, Lily
Harvest Forecast
Herbst, Dan
HGC Body
Hip Sing
Hirewell Inc.
Houston Galleria/Hg Galleria
Houston Galleria/Sa Galleria
HRE Fund IV LP
Hull Property Group, LLC
Hyperion LA
Idaho State Tax Commission
Insight Direct USA Inc.

16

Inspired Thinking Group (Itg) Limited /
Inspired Thinking Group (US) Inc.
INTEQ
Inverness
The Irvine Company LLC
Ivanhoe Cambridge II Inc.
J P Morgan Chase Commercial
J&D Brush Co., LLC
J.M. Siber Ltd. Part
Jackson Lewis P.C.
Jacmel Jewelry Inc.
JMCR Sherman LP
Johnson Controls Inc.
Jordan Creek JV LLC
KBR Shawnee Mall Capital, LLC
Keter Environmental Serv. Inc.
Kirker Europe Ltd.
Korn Ferry US
KP IV Navy, LLC
La-Kontra Corp. / Miracle
Leroy Proudfoot
License 2 Play Toys LLC
Life Insurance Company of North America
Localoc Inc.
LS BC 2 LLC
Lucent Product Inc.
The Macerich Company
The Macerich Partnership LP
Macerich Vintage Faire LP
MACWH, LP
Madiba Inc.
Mall at Smith Haven LLC
Mary Fashion Accessories Ent. Co., Ltd. /
E&Q
Master Toys & Novelties, Inc.
Mastercard International Incorporated
Matson Navigation Company
Mayfair Hotel Supply
McKinsey & Company, Inc.
Meadowood Mall SPE, LLC
Melissa Reed
Metropolitan Life Insurance
MGA Entertainment Inc.
Mike Albert Leasing, Inc.
The Mills at Jersey Gardens/JG

Minnesota Dept. of Revenue
Minster Computer Systems Limited
MOAC Mall Holdings, LLC
Montagne Jeunesse
Mood Media
Moose Toys LLC
Morguard Investments Limited
Morguard Real Estate
Morning Charm Limited
Mouri Tech LLC
Movable Ink
Moveable Inc.
Nest International, Inc.
Nowe Media
NP Digital
NPN 360, Inc.
OLR America Inc.
Ontario Mills Limited
Ontrea Inc.
Ooly LLC
Opry Mills Mall LP
Oracle America, Inc.
Orland LP
Ovative Group, LLC
Oxford In Trust for Square One
Pachulski, Stang, Ziehl, & Jones
Pacific Piercing Supply Inc.
Pacific Premier Retail
Pantone Connect
Pantone LLC
Penn Square Mall LP
Penta Group LLC
Perron-Roettingen
Pheasant Lane Realty Trust
Phoenix Manufacturing
Pinterest, Inc.
Plaza Las Americas, Inc.
Popsockets
Power One
PREIT Associates LP
Premium Outlet Partners, LP
Pretty Woman, LLC.
Primaris Management Inc.
Prosek Partners
Qingdao Classic Co. Ltd.

17

Qingdao Collect Jewelry Co. Ltd.
Qingdao Renfeng Jewellery
Qingdao Shinsung Arts Cr
Qingdao Ym Jewelries Co.
QRPG LP
Queens Center SPE LLC
RCS Real Estate Advisors
Real Packaging
Reams Enterprises, Inc.
Reflectiz Inc.
The Retail Property Trust
Riderwood USA
Right Choice Exports
Rithum, LLC
Roseville Shoppingtown LLC
Rouse Properties, LP
RR Donnelley & Sons Company
S.G. Summit LLC
Safetech Enterprises Corp.
Salesforce.Com. Inc.
Salsify, Inc.
Savvi-TMI
Scarborough Town Centre
Schylling Inc.
SDG Dadeland Assoc., Inc.
SE Bang Qingdao Global Craft / Wish Tree
Sebastian County Tax Collector
Securitas Technology
ServiceChannel.com Inc.
Shadow Public Relations, Inc.
Shalom International
Shasta Realty LLC
Shoppertrak Rct LLC
Shopping Center Associates
Silver Buffalo (Ngb)
Simon Property Group (TX) LP
Simpson Thacher & Bartlett LLP
Smartsheet Inc.
Smilegems Ltd. (London)
Somerset Collection LP
Southland Holding I, LLC
Southpark Mall Realty
Specialty Store Services
Spencer Stuart
Spin Master Far East

Sprout Social, Inc.
SPS Commerce, Inc.
Squire Patton Boggs (US) LLP
SREG White Marsh Mall LLC
St. John's Town Center
St. Jude Children's Research
Staples Inc.
Stein Saks PLLC
Stickerbeans
Stirrup Unlimited
Stonebriar Mall, LLC
Sun Life Financial
Sunrise Mills MLP LP
Super League Enterprise, Inc.
Superstar
Tacoma Mall Partnership
Tair Jiuh
Tanger Properties LP
Tanger Properties Limited
Tangoe, Inc.
Tangoe, Inc. 742
TB Mall at UTC, LLC
Temp Cooler LLC
Terrell Outlets, LLC
Tierney Gearon Photography
Tomoka25 Ashley Park LLC
Tong Yi Accessories
Tranzact Technologies
Tranzact Technologies, Inc.
Triangle Sign and Service
Triple-S
Truecommerce (Coventry) Limited
Truesource, LLC.
Trumbull Shopping Center #2 LLC
Two Boys Designs Inc.
Tysons Corner Holdings LLC
UCC Distributing Inc.
UHC Construction Services
UL Verification Services Inc.
UPS Supply Chain Solutions Inc.
Urban Reform Realty
US Bank Corporate Payment
US Centennial Malls Jv, LLC
USPA Accessories LLC
Valley Mall LLC

18

RLF1 33621231v.1

VF Mall LLC                                        Viff Limited

19

## Exhibit 4 – Accounting Summary of Payments

| Date | Transaction | Total | Retainer Balance |
|------|-------------|-------|------------------|
| 7/10/2025 | Wire Transfer Deposit of Retainer | $75,000.00 | $75,000.00 |
| 7/31/2025 | Wire Transfer Deposit of Retainer | $25,000.00 | $25,000.00 |
| 8/5/2025 | Retainer amount drawn down based on services performed and anticipated to be performed through the Petition Date for a total drawn down amount of $100,000.00. This amount represented a good faith estimate of the fees and expenses associated with all such services, including fees and expenses already recorded in RL&F's billing system. Any portion of the amounts drawn which, upon reconciliation, is not attributed to prepetition fees and expenses, will be held by RL&F as security through the Debtors' bankruptcy cases until RL&F's fees and expenses are awarded by final order and are then payable to RL&F. | ($100,000.00) | $0.00 |