## Exhibit A

**Reisman Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CLAIRE'S HOLDINGS LLC, *et al.,*[1] | ) Case No. 25-11454 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF
STEVEN J. REISMAN IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF KATTEN MUCHIN
ROSENMAN LLP AS COUNSEL TO THE DEBTORS AT THE SOLE DIRECTION
OF THE INDEPENDENT MANAGERS EFFECTIVE AS OF THE PETITION DATE**

I, Steven J. Reisman, being duly sworn, state the following under penalty of perjury:

1.        I am a partner of the law firm of Katten Muchin Rosenman LLP, located at 50 Rockefeller Plaza, New York, New York 10020 ("Katten" or the "Firm"). I am the lead attorney from Katten working on the above-captioned chapter 11 cases (the "Chapter 11 Cases"). I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the Southern District of New York. There are no disciplinary proceedings pending against me. This Declaration is submitted pursuant to sections 327(e), 328(a), 329, 504, and 1107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rules 2014-1 and 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Claires. The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

2.      I am duly authorized to make this declaration (the "Reisman Declaration") on behalf of Katten in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to the Debtors at the Sole Direction of the Independent Managers Effective as of the Petition Date* (the "Application")[2] in connection with the above-referenced Chapter 11 Cases.

3.      The facts set forth in this Declaration are based upon my personal knowledge, discussions with other Katten attorneys, and the firm's client/matter records that were reviewed by me or by other Katten attorneys acting under my supervision and direction.  To the extent any information disclosed herein requires amendment or modification, as additional information becomes available to me, I will file a supplemental declaration with the Court reflecting such amended or modified information.

### Katten's Qualifications

4.      The Debtors seek to retain Katten as counsel to the Debtors at the sole direction of the Independent Managers because of Katten's recognized expertise and extensive experience in, among other areas, bankruptcy and restructuring, litigation, corporate governance, corporate finance, and independent investigations in the context of chapter 11 cases.  Since its engagement effective as of July 23, 2025, Katten has been assisting the Independent Managers in connection with fulfilling their duties, including by assisting in conducting the Special Investigation.  As explained in the Application and in the First Day Declaration, Katten has already completed work on behalf of the Independent Managers and has become familiar with the Debtors and various aspects of their financial affairs, operations, and history.  As such, I understand that the Debtors

---

[2]     Capitalized terms used in this Reisman Declaration but not defined herein have the meanings given to such terms in the Application.

believe that Katten is well qualified to continue to represent the Debtors as counsel at the sole direction of the Independent Managers in an efficient and timely manner.

5.      Katten has significant experience representing and advising independent managers and disinterested directors in connection with chapter 11 cases.

6.      Given Katten's prior experience, the Debtors and the Independent Managers believe Katten is well-qualified and aptly able to represent the Debtors at the sole direction of the Independent Managers in these Chapter 11 Cases in an efficient and cost-effective manner.

7.      The Debtors have filed or intend to file an application to approve the retention of Kirkland & Ellis LLP ("Kirkland") and Richards, Layton & Finger P.A. ("RLF") as their primary co-counsel in connection with these Chapter 11 Cases.  The services of Katten shall complement, and not duplicate, the services to be rendered by Kirkland and RLF. Moreover, the responsibilities of Katten shall be confined to discrete legal matters as described herein that are distinct from the matters handled by Kirkland and RLF.  Katten shall act on its own and will not act under the supervision of Kirkland or RLF.  Indeed, the Debtors are mindful of the need to avoid duplication of services and appropriate procedures will be implemented to ensure that there is no such duplication.

8.      Therefore, I believe that Katten is both well-qualified and uniquely able to serve the needs of the Independent Managers in these Chapter 11 Cases in an efficient and cost-effective manner.

## Services to Be Provided

9.      Prior to the Petition Date, Katten provided various legal services relating to the fulfillment of the Independent Managers' fiduciary duties.  The Independent Managers, with the assistance of Katten, are continuing to conduct the Special Investigation. As explained herein,

Katten's work in connection with the Special Investigation remains open and will continue during the pendency of these Chapter 11 Cases. In addition, Katten will perform other duties, as directed by the Independent Managers, in connection with their delegated authority during the Chapter 11 Cases.

10.     The Debtors have determined that the retention of independent counsel at the sole direction of the Independent Managers is necessary to assist the Independent Managers in fulfilling their duties in these Chapter 11 Cases, and that the employment of Katten is in the best interests of the Debtors' estates.

## Professional Compensation

11.     Katten intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. In accordance with the Engagement Letter, the Debtors have agreed to compensate Katten for the work performed on behalf of and at the sole direction of the Independent Managers.

12.     The hourly rates and corresponding rate structure Katten will use in these Chapter 11 Cases are the same as the hourly rates and corresponding rate structure that Katten uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

13.     Katten operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, Katten's expertise, performance, and reputation, the nature of the work involved, and other factors.

14.     Katten will charge the following hourly rates set forth in the table below for services rendered in these Chapter 11 Cases:

| Billing Category[3] | U.S. Range |
|---|---|
| Partner | $1,205 - $2,380 |
| Of Counsel | $1,110 - $2,100 |
| Counsel and Special Staff | $610 - $1,615 |
| Associate | $715 - $1,210 |
| Paralegal | $230 - $860 |

15.     Katten's hourly rates are set at a level designed to compensate Katten fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[4]   Katten will provide ten (10) business days' notice to the Debtors, the UCC , and the U.S. Trustee with any increase of Katten's hourly billing rates that are set forth in this Application.  Moreover, these hourly rates are

---

[3]    Although Katten does not anticipate using contract attorneys during these Chapter 11 Cases, in the unlikely event that it becomes necessary to use contract attorneys, Katten will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Katten will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.  While the rate ranges provided for in this Application may change if an individual leaves or joins Katten, and if any such individual's billing rate falls outside the ranges disclosed above, Katten does not intend to update the ranges for such circumstances.

[4]    For example, like many of its peer law firms, Katten typically increases the hourly billing rate of attorneys and paraprofessionals once a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Katten will provide ten business-days' notice to the Debtors, the U.S. Trustee, and the UCC before implementing any periodic increases, and shall file any such notice with the Court.

5

consistent with the rates that Katten charges other comparable chapter 11 clients, regardless of the location of the chapter 11 cases.

16.     The rate structure provided by Katten is appropriate and not significantly different from (a) the rates that Katten charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Katten will perform in these Chapter 11 Cases.

17.     It is Katten's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Katten's policy to charge its clients only the amount actually incurred by Katten in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

18.     To ensure compliance with all applicable deadlines in these Chapter 11 Cases, from time to time Katten utilizes the services of overtime secretaries. Katten charges fees for these services pursuant to the Engagement Letter, which permits Katten to bill the Debtors for overtime secretarial charges that arise out of business necessity.  In addition, Katten professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

19.     Katten currently charges its clients $0.10 per page for standard black and white duplication and $0.25 per page for color duplication. Katten does not charge its clients for incoming facsimile transmissions. Computer-assisted legal research is used whenever the researcher determines that it is more cost effective than using other (non-computer assisted legal

research) techniques. Katten will charge for these expenses in a manner and at rates consistent with

charges made generally to its other clients, subject to the Local Rules.

## Compensation Received by Katten from the Debtors

20.     Per the terms of the Engagement Letter, on July 31, 2025, the Debtors paid Katten

$200,000, which constituted an advance fee deposit (such deposit, the "Retainer").  Prior to the

Petition Date, Katten did not receive any payments from the Debtors other than the Retainer.  After

applying the Retainer to Katten's prepetition fees and expenses, Katten held, and continues to hold,

surplus funds in the amount of $78,934 (the "Remaining Retainer").[5]  Katten has not applied the

Remaining Retainer to any fees and expenses incurred after the Petition Date.  The Remaining

Retainer will be held on account and applied, to the extent allowed by the Court, to the payment

of fees for services rendered and reimbursement of expenses incurred by Katten in connection with

these Chapter 11 Cases.

21.     As of the Petition Date, the Debtors did not owe Katten any amounts for legal

services rendered before the Petition Date.

22.     Pursuant to Bankruptcy Rule 2016(b), Katten has neither shared nor agreed to share

(a) any compensation it has received or may receive with another party or person, other than with

the partners, associates, and contract attorneys associated with Katten or (b) any compensation

another person or party has received or may receive.

## Statement Regarding United States Trustee Guidelines

23.     Katten shall apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with

---

[5]     To the extent there are additional prepetition fees or expenses owed to Katten that are recorded after the Petition Date, Katten will seek relief in its fee applications to apply a portion of the Remaining Retainer to pay those amounts.

sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Court. Katten shall also make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "U.S. Trustee Fee Guidelines"), both in connection with this Application as well as any interim and final fee applications that may be filed by Katten in connection with these Chapter 11 Cases.

**A.    Attorney Statement Pursuant to the U.S. Trustee Fee Guidelines**

24.    The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Fee Guidelines.

| | |
|---|---|
| **Question**: | Did the Firm agree to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement? |
| **Answer**: | No.  Katten and the Debtors have not agreed to any variations from, or alternatives to, Katten's standard billing arrangements for this engagement. The rate structure provided by Katten is appropriate and is not significantly different from (a) the rates that Katten charges for other non-bankruptcy representatives, or (b) the rates of other comparably skilled professionals. |
| **Question**: | Do any of the Firm professionals in this engagement vary their rate based on the geographical location of the Debtors' chapter 11 cases? |
| **Answer**: | No.  The hourly rates used by Katten in representing the Debtors at the sole direction of the Independent Managers are consistent with the rates that Katten charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case. |
| **Question**: | If the Firm has represented the Debtors in the twelve months prepetition, disclose the Firm's billing rates and material financial terms for the prepetition engagement, including any adjustments during the twelve months prepetition.  If the Firm's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| **Answer**: | From Katten's engagement by the Debtors on behalf of and at the sole direction of the Independent Managers, as of July 23, 2025, to the Petition |

8

Date, Katten has followed the hourly billing rates set forth in this Declaration and set forth in <u>Exhibit A</u> of the Engagement Letter, attached to the Application as <u>Annex 1</u> to the Proposed Order.

**Question**:    Have the Debtors approved the Firm's budget and staffing plan, and if so, for what budget period?

**Answer**:    Yes.  Katten, in conjunction with the Independent Managers, has developed a budget and staffing plan for these Chapter 11 Cases for the period from the Petition Date through and including November 30, 2025.

### Katten's Disclosure Procedures

25.    Katten has a large and diversified legal practice that encompasses the representation of, and representations adverse to, select individuals, funds, institutions, partnerships, limited liability companies, and corporations, some of which are or may consider themselves to be (or in the case of committees, the members may consider themselves to be) creditors or parties in interest in the Chapter 11 Cases, or otherwise to have interests in these Chapter 11 Cases.

26.    In preparing this Declaration, I used a set of procedures developed by Katten to comply with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court regarding the retention of professionals by estate fiduciaries under the Bankruptcy Code (the "<u>Katten Disclosure Procedures</u>").  Pursuant to the Katten Disclosure Procedures, I performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Katten's connection to such parties:

(a)    Katten has conducted, and continues to conduct, research into its connections with the Debtors, its creditors, and other parties in interest in these Chapter 11 Cases.  As part of this inquiry, Kirkland, the Debtors' proposed primary bankruptcy counsel, provided Katten with a list of names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "<u>Potential Party List</u>") annexed hereto as **<u>Schedule 1</u>**. The Potential Party List includes: (a) Debtors; (b) Directors and Officers; (c) Significant Equity Holders; (d) Bankruptcy Judges and Staff for the United States Bankruptcy Court for the District of Delaware, and U.S. Trustee

Personnel for the District of Delaware; (e) Banks, Lenders, UCC Lien Parties, and Administrative Agents; (f) Contract Counterparties; (g) Bankruptcy Professionals; (h) Insurance; (i) Landlords; (j) Litigation; (k) Known Affiliates – Joint Ventures; (l) Vendors; (m) Surety and Letters of Credit Issuers and Beneficiaries; and (n) Taxing Authority/Governmental/Regulatory Agencies. (each a "<u>Potential Party in Interest</u>").

(b)     Katten maintains a database containing the name of each current and former client, the name of the parties who are or were related or adverse to such current or former client, and the names of the Katten personnel who are or were responsible for current or former matters for such client for the last ten years (the "<u>Database</u>"). Katten maintains the Database to include additional entities that become related to current and former clients.

(c)     Katten compared the names included in the Potential Party List to the names in the Database to identify any matches, determine whether such matches are current or former clients, and identify the Katten personnel responsible for such matters (the "<u>Client Match List</u>").

(d)     Using information in the Database and by making specific inquiries of Katten personnel, an attorney working under my supervision and I verified that, except as disclosed herein, Katten does not represent any entity on the Client Match List in connection with these Chapter 11 Cases, or in any matter related to the Debtors. An attorney under my supervision and I then reviewed the Client Match List and deleted obvious name coincidences. The remaining client connections were compiled for purposes of preparing this Declaration. In particular, to the best of my knowledge, information, and belief, Katten represented within the last ten years or currently represents the entities identified on the schedule attached hereto as **<u>Schedule 2</u>** in matters unrelated to these Chapter 11 Cases or to the Debtors.

(e)     Katten employs screening procedures to identify Katten attorneys that represented parties on the Potential Party List in matters related to the Debtors but unrelated to these Chapter 11 Cases. If applicable, Katten attorneys that represent or previously represented parties on the Potential Party List in matters directly adverse to the Debtors s (collectively, the "<u>Screened Katten Attorneys</u>") will not perform work in connection with Katten's representation of the Debtors at the sole direction of the Independent Managers and will not have access to confidential information related to the representation. For the avoidance of doubt, no Katten attorney is currently representing the Debtors or any parties on the Potential Party List in matters related to these Chapter 11 Cases, except in connection with Katten's representation of the Debtors at the sole direction of the Independent Managers. Katten's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating

10

the Screened Katten Attorneys and protecting confidential information. Under Katten's screening procedures, the following occurs when a wall is established: (1) notice goes out to the Screened Katten Attorneys informing them that they cannot work on, access, bill time, or discuss with anyone the matters from which they are walled; (2) notice goes out to all Katten personnel stating that the Screened Katten Attorneys are walled from the specific matters and that personnel must not assign any work to, share any records with or discuss any aspect, either verbally or via electronic means, with the Screened Katten Attorneys; (3) restricted stickers are being used to flag physical files belonging to each matter, further notifying all personnel of the wall in place; (4) the Screened Katten Attorneys are unable to access physical files in the records management system relating to the matters from which they are walled; (5) the Screened Katten Attorneys are unable to enter time on the matters from which they are walled; and (6) the Screened Katten Attorneys are unable to access electronic documents in the document management libraries from which they are walled.

27.     As a matter of retention and disclosure policy, I will continue to apply the Katten Disclosure Procedures as additional information concerning entities having a connection to the Debtors is developed and will file appropriate supplemental disclosures with this Court, if warranted.

### Katten's Disclosable Connections with Parties in Interest

28.     To the best of my knowledge, information, and belief, neither Katten, nor any of its partners, counsel, or associates, has any connection to any Potential Party in Interest, except as described in this Declaration and the attached **Schedule 2**.  Out of an abundance of caution, I am disclosing certain representations, which are not, to my understanding, disqualifying or problematic under either section 327(e) of the Bankruptcy Code or applicable standards of professional ethics.

29.     Except for BofA, Citibank, N.A., and Morgan Stanley SR FD Inc., none of the entities listed on **Schedule 1** and **Schedule 2** directly represented more than one percent of Katten's revenue for fiscal year 2024.

30.     Katten previously represented Mr. Transier as an independent director in a restructuring matter that is unrelated to the Debtors and these Chapter 11 Cases.

31.     Katten currently represents Mr. Barse as an independent director in a restructuring matter that is unrelated to the Debtors and these Chapter 11 Cases.

32.     For the avoidance of doubt, Katten will not commence a cause of action in the Chapter 11 Cases against the entities identified herein or in **<u>Schedule 2</u>** attached hereto that are current clients of Katten unless Katten has an applicable waiver from such entity allowing Katten to commence such an action.  To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors or the Independent Managers to commence an action against that client, the Debtors or the Independent Managers will be represented in such particular matter by conflicts counsel.

33.     From time to time, certain debt holders of the Debtors may be represented by Katten in connection with trading activity involving outstanding debt of the Debtors.  To the extent Katten becomes aware of such representation through the Katten Disclosure Procedures, the Katten attorneys representing these debt holders would be Screened Katten Attorneys and would not perform work relating to Katten's representation on behalf of the Independent Managers.

34.     From time to time, Katten has referred work to other professionals retained or that may be retained in these Chapter 11 Cases.  Likewise, certain such professionals have referred work to Katten.

35.     Certain insurance companies pay the legal bills of Katten clients.  Some of these insurance companies may be involved in these Chapter 11 Cases.  None of these insurance companies, however, are Katten clients as a result of the fact that they pay legal fees on behalf of Katten clients.

36.     It is possible that certain Katten attorneys or employees hold interests in mutual funds or other investment vehicles that may own interests in the Debtors.

37.     Despite the efforts described above to identify and disclose Katten's connections with the Potential Party List, because Katten is an international firm with hundreds of attorneys in several offices worldwide, and because the Debtors consist of corporate enterprises with numerous creditors and other relationships, I am unable to state with absolute certainty that every client representation or other connection has been disclosed.

38.     Katten will review its Database periodically during the course of its engagement in these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Katten will use reasonable efforts to identify such further developments and will file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

39.     By reason of the foregoing, I believe Katten is eligible for employment and retention by the Debtors on behalf of and at the sole direction of the Independent Managers pursuant to sections 327(e), 328(a), and 1107(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Bankruptcy Local Rules.

40.     To the best of my knowledge, information, and belief formed after reasonable inquiry, Katten neither holds nor represents an interest adverse to the Debtors or their estates by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.  Further, except as provided herein or **Schedule 2** attached hereto, to the best of my knowledge, information, and belief formed after reasonable inquiry:  (a) Katten has no connection with the Debtors, their affiliates, their creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, any Bankruptcy Judge currently serving on the United States

Bankruptcy Court for the District of Delaware, or any other entity with an actual or potential interest in the Chapter 11 Cases or their respective attorneys or accountants; (b) Katten is not a creditor, equity security holder, or insider of the Debtors; and (c) none of Katten's attorneys is or were, within two years of the Petition Date, a director, officer, or employee of the Debtors.

41.　　Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Katten does not hold or represent an interest adverse to the Debtors or their estates with respect to matters on which Katten is to be retained by Claire's at the sole direction of the Independent Managers and (b) Katten has no connection to the Debtors, their creditors, or other parties in interest, except as disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  August 29, 2025

/s/ Steven J. Reisman
Steven J. Reisman
Partner, Katten Muchin Rosenman LLP

14

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Steven J. Reisman in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to the Debtors at the Sole Direction of the Independent Managers Effective as of the Petition Date* (the "Reisman Declaration").[16]   Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Katten Muchin Rosenman LLP reviewed each entity in its records, as more fully described in the Reisman Declaration, matching the incomplete or ambiguous name.

---

[16]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Reisman Declaration.

## **List of Schedules**

| **Schedule** | **Category** |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Known Affiliates |
| 1(c) | Director/Officer |
| 1(d) | Bankruptcy Professionals |
| 1(e) | Banks/Lender/UCC Lien Parties/Administrative Agents |
| 1(f) | Contract Counterparties |
| 1(g) | Insurance |
| 1(h) | Landlords |
| 1(i) | Litigation |
| 1(j) | Significant Equity Holders |
| 1(k) | Surety & Letters of Credit Issuers/Beneficiaries |
| 1(l) | Taxing Authority/Governmental/Regulatory Agencies |
| 1(m) | Vendors |
| 1(n) | Bankruptcy Judges |
| 1(o) | Office of the United States Trustee |
| 1(p) | 363 Sale Parties |
| 1(q) | Top 30 Creditors |
| 1(r) | UCC Members |
| 1(s) | UCC Professionals |

# SCHEDULE 1(a)

## Debtors

BMS Distributing Corp.
CBI Distributing Corp.
Claire's Accessories UK Ltd.
Claire's Boutiques Inc.
Claire's Canada Corp.
Claire's European Distribution Ltd.
Claire's European Services Ltd.
Claire's Gibraltar Holdings LLC
Claire's Gibraltar Holdings Ltd.
Claire's Holdings LLC
Claire's Intellectual LLC
Claire's Puerto Rico Corp.
Claire's Stores Canada Corp.
Claire's Stores Inc.
Claire's Swiss Holdings II LLC
Claire's Swiss Holdings LLC
CLSIP Holdings LLC
CLSIP LLC
CSI Canada LLC

# SCHEDULE 1(b)

## Known Affiliates

BMS Fashion Corp.
Claire's (Gibraltar) Holdings Ltd.
Claire's (Gibraltar) Intermediate Holdings Ltd.
Claire's Accessories Spain SLU
Claire's Accessories UK Ltd.
Claire's Accessories UK Ltd. French Branch
Claire's Accessories UK Ltd. Irish Branch
Claire's Austria GmbH
Claire's Belgium BV
Claire's China Services (Trust)
Claire's Czech Republic sro
Claire's European Distribution Ltd.
Claire's European Services Ltd.
Claire's France SAS
Claire's Germany GmbH
Claire's Gibraltar Holdings LLC
Claire's Holdings Sarl
Claire's Hungary Kft
Claire's Italy SRL Unipersonale
Claire's Luxembourg Holdings Sarl
Claire's Luxembourg Sarl
Claire's Netherlands BV
Claire's Poland sp zoo
Claire's Stores Canada Corp.
Claire's Switzerland GmbH
CSI Luxembourg Sarl
CSI Luxembourg Sarl, Luxembourg, Zweigniederlassung Neuhausen am Rheinfall
RSI International Ltd.
Whiteclaire's Acessorios Portugal Unipessoal Lda.

## SCHEDULE 1(c)

### Director/Officer

Algaze, Samantha
Annam, Shireesh
Arenschield, George
Bankov, Hristo
Bauza, Carmen
Best, Paul
Bhatnagar, Priya
Boen, David
Brown, Stuart
Brunts, DeAnn
Chadha, Alisha
Clark, Phillip
Cramer, Chris
Darer, Michael
Deep, Rohit
Diers, Peter
Estime, Jerald
Flint, Richard
Gilliam, Paul
Herenstein, Andrew
Hurley, Meghan
Kapoor, Rohit
Ketel, Elizabeth
Killion, Theo
Lomow, Samantha
McKeough, Brendan
Peroni, Tina
Porter, Maryann
Reilly, Michele
Rubinfeld, Arthur
Sanders, Amy
St. Clair, Bryan
Stoddard, Suzanne
Wells, David

## SCHEDULE 1(d)

### **Bankruptcy Professionals**

Alvarez & Marsal
Houlihan Lokey Inc.
Interpath Advisory Co.
Kirkland & Ellis LLP
Omni Agent Solutions
Prosek LLC

# SCHEDULE 1(e)

## Banks/Lender/UCC Lien Parties/Administrative Agents

1st Bank
1st Summit Bank
American Bank
American Bank of Montana
American National Bank
Ameris Bank
Ankura Trust Co. LLC
Arvest Bank
AST JPMorgan Global Thematic
Bancfirst Corp.
Banco Popular of Puerto Rico
BancorpSouth Inc.
Bangor Savings Bank
Bank Champaign NA
Bank of America
Bank of America NA - NY
Bank of Hawaii Corp.
Bank of Oklahoma
Bank of the West
BankFinancial Corp.
Banknorth
BMO Harris Bank
Border Bank
Bremer Bank NA
Camden National Bank
Cape Cod Five Cents Savings Bank
Central Bank Boone County
Chase Lincoln
Chase Lincoln Host Bank
Citibank NA
Citizens Bank
Citizens National Bank
City National Bank
Coast Central Corp.
Commerce Bank NA
Community Bank
Community National Bank & Trust
Core First Bank & Trust
Cornerstone Bank
County Bank
Desert Community Bank
Dubuque Bank & Trust Co.

Eastern Bank
Elliott Associates LP
Elliott International LP
Elliott Investment Management LP
Evolve Bank & Trust
Exchange Bank, The
F&M Bank
Farmers State Bank
Fifth Third Bank NA
First American Bank
First Bank Kansas
First Bankers Trust Co. NA
First Citizens Bank & Trust Co.
First Community Bank
First Farmers Bank & Trust Co.
First Financial Bank
First Hawaiian Bank
First Horizon Bank
First Interstate Bank
First Mid Bank & Trust NA
First National Bank
First National Bank of Ottawa
First United Bank
First Western Bank & Trust
Flagstar Bank NA
Franklin Savings Bank
German American Bank
GIM Specialist Investment Funds
GIM Trust 2 - Senior Secured Loan Fund
Goldman Sachs
Great Southern Bank
Hancock Bank
Hawthorn Bank
Hickory Point Bank and Trust
Huntington National Bank
International Bank of Commerce
Invesco
Invesco Ltd.
Invsco-Invsco Gobal Strategic Income Fund
Inwood National Bank
Isabella Bank & Trust

JP Morgan Investment Management Inc. - US

JP Morgan Invetment Management Inc. - IBM

JPM

JPM- Advanced Series Trust Allocation High Yield Portfolio

JPM - SEI Institutional Managed Target High Yield Bond

JPM Chase Retirement Plan

Jpm Core Plus Bond Fund

JPM Floating Rate Income Fund

JPM Global Bond Opportunities Fund

JPM Im Ltd.-SEI Institutional

JPM Income Builder Fund

JPM LVIP JP Morgan High Yield

JPM Total Return Fundd

JPMorgan Chase Bank NA

JPMorgan Commingled Pension Trust Fund

JPMorgan Global Strategic Bond Fund

JPMorgan High Yield Fund

JPMorgan Income Fund

JPMorgan Strategic Income Opportunities

JPMorgan Unconstrained Debt Fund

KeyBank NA

Kirkwood Bank & Trust Co.

Lake Region Bank of Commerce

Lea County State Bank

M&T Bank Corp.

MAM LP - Empire Secured Credit Funding I

Marathon Asset Management LP

Monarch

Monarch Capital Master Partners V-A LP

Monarch Capital Master Partners VI LP

Monarch Debt Recovery Master

Monarch Debt Recovery Master Fund Ltd.

Morgan Stanley

Morgan Stanley Senior Fund Inc.

Natwest Offshore Gibraltar Ltd.

NBCUniversal Media LLC

NBT Bank NA

Neuberger Berman Holdings LLC

Neuberger Berman Special Fund

Northway Bank

Oaktree Capital Management LP

Oaktree Principal Fund V

Oaktree Principal V Continuation Fund LP

OCM LP Oaktree Principal Fund

Park National Bank

Peoples Bank

PlainsCapital Bank

PNC Bank NA

Premier Bank

Premier Bank of Minnesota

Redwood

Redwood Drawdown Master Fund III LP

Redwood Drawdown MF II LP

Redwood Enhanced Income Corp.

Redwood Master Fund Ltd.

Redwood Opportunity Master Fund Ltd.

Regions Bank

Rio Grande Bank

S&T Bank

Simmons Bank

South State Bank

STAR Financial Bank

State Bank

Synovus Bank

TD Bank NA

Texas Bank & Trust Co.

TH PU In For Social Security

Titan Bank NA

Tri Counties Bank

Truist Financial Corp.

Trustco Bank NA

UMB Bank NA

Umpqua Bank

United Bankshares Inc.

United Community Bank

Valley National Bank

Vectra Bank

VR Advisory Services Ltd.

VR Global Partners LP

Wazee Street Capital Management LLC

Wazee Street Opportunities Fund

Wells Fargo & Co.

WesBanco Inc.

Wisely

Woodforest National Bank

Wrentham Cooperative Bank

## SCHEDULE 1(f)

### Contract Counterparties

3Business.com Ltd.
ABG Accessories Inc.
Academy Fire Life Safety LLC
Accellor Inc.
Accessory Innovations (Shanghai)
Accessory Innovations LLC
Action Services Group Inc.
Adobe Cloud
ADP GlobalView BV
ADP Inc.
ADP International Services BV
AdSwerve Inc.
Air Labs Inc.
Algonomy Software
Aliquantum International
Alshaya Trading Co. WLL
ALT. Fragrances
Alumatec Pacific Products
Ama Design International (Hong Kong)
Anhui Tumoon Apparel Co. Ltd.
Aon - Aon Risk Services Northeast Inc.
Aon Risk Services Northeast Inc.
Aphmau
Aspire Systems Digital Transformation Inc.
Atlassian Corp.
Attentive Mobile Inc.
Aura Access (Haiphong)
Aura Accessories LLC
Aurora World Inc.
Aurora World UK Ltd.
Avalara Inc.
Avid Floor Maintenance Inc.
AXA PPP Healthcare Ltd.
B&B Collection SRL
Baker & McKenzie LLP
Baker Tilly Global Tax Solutions Ltd.
Basic Fun Inc.
Basic Fun Inc. (Shanghai)
Belfor USA Group Inc.
Bendon Inc.
Beverly Hills (Qingdao)
Bill Me Later Inc.

Bioworld International (Shanghai)
Bioworld International Ltd.
Bioworld Merch (NingA72:A118bo)
BIP Candy & Toy UK Ltd.
Blackhawk Network Holdings Inc.
Blue Cross & Blue Shield of Illinois
Blue Sky Designs Ltd.
Blue Sky Designs Ltd. (Ningbo)
Blue Yonder Inc.
Blueprint Coll (Ningbo)
Blueprint HK Co. Ltd.
Bodytecc Jewelry Factory Ltd. Co.
Bonkers Toy Co. (Shenzhen)
Bonkers Toy Co. LLC
Boomerang
Brandsight Inc.
Broadstone
Brookfield
Bupa Dental Services Ltd.
Bureau Veritas SA
Business of Fashion Ltd., The
Canada Life Assurance Co.
Canon Inc.
Capitol Light
Carlson Fixtures
Caticorn International Co. Ltd.
Caticorn International Co. Ltd. (Haiphong)
CBL
CBTS Technology Solutions LLC
CCA Industries Inc.
Centric Beauty (Haiphong)
Centric Beauty LLC
Centric Socks LLC (Shanghai)
CenturyLink Communications LLC
Character Options Ltd.
Chicago Consumables Inc.
Click Distribution Ltd.
Clinical Health Technologies
Cloudflare Inc.
CMA Industrial Development Foundation
   Ltd.
ComData

ComPsych Corp.
Confiance Business Solutions Ltd.
Confidence by GaBBY Goodwin
Connoisseurs Products
Contempo
Conveyor Craft Inc.
Coqueterias El Salvador
Coqueterias Sociedad Anonima
Cornerstone OnDemand Inc.
CradlePoint Inc.
Creme Shop, The
Cuddle Barn (Shanghai)
Cuddle Barn Inc.
Cut From The Wild
CyberArk Software Ltd.
Dan Dee International (Shanghai)
Data ACS
DealTracking
Deem/Tower Travel
Delta Dental of Illinois
Descartes Systems Group Inc., The
DHL Group
Difuzed BV Fob
Difuzed NA Inc. (Ningbo)
Disguise Ltd. (Land)
DNC UK Ltd.
Dongguan Superstar Body Piercing Jewelry
    Factory
Dope Slimes LLC
DPD Europe/UK
Dragon Eyes
E & Q Fashion (Haiphong)
EA Logistics
Eccolo Ltd.
Eccolo Ltd. (Ningbo)
EES Global LLC
Elegant Logistic Group Insurance
ELF Co. Ltd. (Bangkok)
Ella Cosmetics
Enterprise Rent A Car UK Ltd.
Envasado Xio (Valencia)
Envasado Xiomara SLU
Evershine CRE (Hong Kong)
Exalta Marcas SAPI de CV
ExLogistics
Expeditors

Expeditors UK
Expeditors US
Experian Marketing Solutions LLC
Fantas-Eyes (Shanghai)
Fantas-Eyes Inc.
Fashion Angels
Fashion Angels (Ningbo)
Fast Forward (Shenzhen)
Fazit/LB Enterprise LLC
Federal Express Corp.
Fedex
Fifth Third Processing Solutions LLC
FineLine Technologies Inc.
Fio International
Floormax USA
Fortinet Inc.
France Lab Inc.
Frasier Sterling (Qingdao)
Froid Express Holding SARL
FrontStreet FS
Fu Wah Manufactory (Hong Kong)
FujiFilm Business Innovation Hong Kong
    Ltd.
Funko UK Ltd.
GEMC2 LLC (Shenzhen)
GEMC2 LLC/Blinger
Getty Images
Global Payments Inc.
Global Reponse LLC
Global Top Services (HK) Ltd.
GloPotion
GMA Shanghai (SGH)
Google Inc.
Granite Telecommunications LLC
GSPANN Technologies Inc.
Half Moon Bay Ltd. (Fob)
Hally Hair Inc.
Hamee US Corp. (Shenzhen)
Hangzhou Kata Co. Ltd
Health Equity
Heathside Trading Ltd.
Helen Andrews Inc.
HER Accessories
Heritage Candy Co.
HGC Global Communications Ltd.
High Intencity Corp.

High Intencity Fob
High Point Design LLC
Hilton, Paris
Hip Sing China Industrial Ltd.
HKBN Enterprise Solutions HK Ltd.
HKBN Enterprise Solutions Ltd.
Home & Nature
Honghu Leather Co. Ltd.
Hop Lik Container Service Ltd.
Horizon Group USA
Horizon GRP (Ningbo)
HTI Toys UK Ltd.
HYM International Co. Ltd.
Idea Group International (Hong Kong)
Imagine 8 Ltd.
Importadora Sparapks SAPI De CV
InComm
Incredible Nov (Shenzhen)
Indeed Inc.
Inked By Dani
Innovative Cosmetic (Shenzhen)
Innovative Cosmetic Concepts
Innovative Cosmetics (Kao)
Inspired Thinking Group (ITG) Ltd.
Inspired Thinking Group (US) Inc.
Intalytics/Kalibrate
Intertek Testing Services Hong Kong Ltd.
Inverness Corp.
J&D Brush Co. LLC
Jacmel Jewelry Inc.
JAS Logistics
Jay Franco Eur (Shanghai)
Jay Franco Europe Ltd.
Jaz Toys UK Ltd.
Jazwares LLC
Jennz LLC
Jennz LLC (Ningbo)
Jiangxi Meican (Ningbo)
Jiangxi Meican Industry & Trade Co. Ltd.
JM International Co. Ltd.
JM Silber Ltd. (Bangkok)
Johnson Controls Inc.
Juno Craft Co. Ltd.
Just Play (HK) Ltd.
Just Play (HK) Shanghai
Just Play (HK) Shenzhen

Kaiser Permanente
Kangaru Brands (Ningbo)
Kirker Europe Ltd.
KL Electric Co.
Klarna
Kojac Fashion (Qingdao)
Kojac Fashion Accessories Ltd.
Lakontra International (Hong Kong)
Lavender Sugar
LBS Group
Legacy Facility Maintenance Solutions
Lennox National Account Services LLC
Levy Realty Advisors Inc.
License 2 Play Toys LLC
LinkedIn Corp.
Liquid Glass (Qingdao)
Liquid Glass Body Jewelry LLC
Localoc Inc.
Localoc Inc. (Shenzhen)
Lofty Innovation Co. Ltd.
Long Yat Handbag Fty Ltd.
Lucent Product Inc.
Lucky Tree Co. (Hong Kong)
Macerich
Madiag SARL
Maintenance Vendors
Malliaris SA
ManageEngine
Manulife (International) Ltd.
Markwins Beauty Brands Inc.
Markwins Beauty Brands International
Marsh (Hong Kong) Ltd.
Maruyu
Mary Fashion Accessories Co. Ltd. (Taiwan)
Master Toys & Novelties
Mastercard International Inc.
Measa
Mercer
Merchandise Vendors - Service & Product
Mermade Hair
MetLife Inc.
MGA Entertainment Inc.
MGA Entertainment UK Ltd.
Microsoft Azure Inc.
Microsoft EA
Mike Albert Leasing

Minster
Minster Computer Systems Ltd.
Misirli UK Ltd.
Montagne Jeunesse International Ltd.
Mood Media Corp.
Moose Toys LLC (Shenzhen)
Moose Toys UK Ltd.
Morning Charm Ltd.
Moveable Inc.
MRI Real Estate Software LLC
My Sales LLC
Natalia Marketing Corp. (Ningbo)
New Clicks South Africa Proprietary Ltd.
New Forum Enterprises Ltd.
Newmark Group Inc.
Ningbo Yekea Home Articles Co. Ltd.
Novelty Express SA
NPN360
NPW Group (Shenzhen)
Ogilvie Ltd.
OLR
One For Fun (Ningbo)
One For Fun Ltd.
Ooly LLC
Operadora Sparapks SAPI De CV
Optiv Security Inc.
Oracle Financials
Oracle Retail
Orb Factory Ltd., The
Original Additions (BP) Ltd.
Orkin LLC
OT Technology Inc.
Ovative Group LLC
Pacific Piercing Supply Inc.
Pan Oceanic (Shanghai)
Pantone Connect
Pantone Swatches & Pantone Books
Paypal Inc.
Phoenix Manufacturing Co. Ltd.
Pipsticks Inc.
PMS International Group PLC
Popsockets (Shenzhen)
Prenax (WWD)
Pretty Woman (GZH)
Pretty Woman (New York)
Pretty Woman LLC

Prime Mode Co. Ltd.
ProLogis UK XXIV Sarl
ProShip Inc.
Protos Security
PTL Systems Inc.
Qingdao Collect Jewelry Co. Ltd.
Qingdao Fineart & Craft Co. Ltd.
Qingdao HGC Body Jewelry Co. Ltd.
Qingdao Imperial Art Co.
Qingdao Jinyuxianghe Jewelry Co. Ltd.
Qingdao JY Fashion
Qingdao Oasis Import & Export Co. Ltd.
Qingdao S&J Jewelry Co. Ltd.
Qingdao SH&C Fashion Jewelry Co. Ltd.
Qingdao Shinsung Arts Crafts Co. Ltd.
Qingdao World Money
Qingdao Xujunhui Jewelry Co. Ltd.
Qingdao YM Jewelries Co. Ltd.
Radium Creation Ltd.
Rare Beauty Brands Inc.
Raytik Ltd.
Real Packaging Co.
RealtimeBoard Inc.
Reflectiz Inc.
Right Choice Exports
Right Choice Exports (Delhi)
Riosoft
Riskified Inc.
RMS
RMS International (Ningbo)
RMS International (USA) Inc.
Roy Lowe & Sons Ltd.
Rubies Enterprises Ltd.
Rubies Masquerade Co. UK Ltd.
Salesforce Inc.
Salsify Inc.
SAVVi
Schylling Inc.
Scopevisio Retail Solutions
SDWorx
Sebang Chain Co. (Qingdao)
Sebang Chain Vina (Haiphong)
ServiceChannel.com
SGS Hong Kong Ltd.
Shalom International
Shalom International (Ningbo)

Shanghai East (Phnom Penh)
Shanghai Style (Shanghai)
SHC Direct LLC
Shenzhen Three Champions Yuan Trading Co. Ltd.
Shine Arts Crafts Co. Ltd.
Shiny Goods Inc.
ShopperTrak
Silver Buffalo LLC
Simba Smoby Toys UK Ltd.
Simon
Sisco Industries Ltd. (Haiphong)
Skinny Dip Landed
Skinnydip Ltd.
Smartsheet Inc.
Smile Gems
Smilegems Ltd. (London)
SNDZ Enterprise Corp. (Hong Kong)
Sodexa SARL
SOS Maintenance & Construction Ltd.
Specialty Store Services
Spin Master Inc.
Spin Master Toys (Haiphong)
Spin Master Toys Far East Ltd.
Springdale Acoustics Inc.
Sprout Social Inc.
SPS Commerce Inc.
Starlight ACC (Shanghai)
Stickerbeans
Stickerbeans (Ningbo)
Stirrup Unlimited LLC
Stor SL
Stored Value Solutions Inc.
Street Players
Studex
Studex UK Ltd.
Sugar Luv
Sunny Fashion Jewelry Co. Ltd. (Qingdao)
Sunshine & Glitter
Tair Jiuh Enterprise Co. Ltd.
Tamantar Co.
Temp Cooler LLC
Theme
Tong Yi Access (Hong Kong)
Tradewin
TranzAct Technologies Inc.

Travelux Ltd.
Tree Hut
Triangle Sign & Service LLC
Triple-S Management Corp.
TrueCommerce (Coventry) Ltd.
TrueSource
Tung Hing Plastic Manufactory Ltd.
Two Boys Designs Inc.
U&I Fashion (Haiphong)
UCC Distributing Inc.
UL Verification Services Inc.
Urban Reform Realty
US Bank NA
USPA Access (Shenzhen)
USPA Accessories LLC
V&E Accessories Inc.
VeriFone Inc.
Viacom Inc.
Viacom International Inc.
Viff Ltd.
Viff Ltd. (Shanghai)
Vision Service Plan
Vogue Digital
Waitwhile Inc.
Walmart Inc.
Walton Signage Corp.
Watsons Water
WebFab LLC
Wenzhou Eyestar Eyewear Co. Ltd.
Wenzhou Pleasure Trade Co. Ltd.
WGSN Ltd.
Wide Harvest Investment Ltd.
William Lamb Group Ltd.
Wind Designs Ltd.
WIS International
Workday Inc.
Workjam Inc.
World of Sweets
Worldline SA
Yiwu Kingtai Trading Co. Ltd.
Yiwu Volcano Arts & Crafts Co. Ltd.
Yottaa Inc.
Yumark Enterprises (Bangkok)
Yumark Industries (Ningbo)
Yumark Industries (Phnom Penh)
Zinio Online Magazine

Zuru LLC (Shenzhen)
Zuru UK Ltd.

# SCHEDULE 1(g)

### <u>Insurance</u>

AFCO Credit Corp.
Affiliated FM Insurance Co.
AGCS Marine Insurance Co.
Allianz Engineering Inspection Services Ltd.
Allianz Insurance PLC
Aon Underwriting Managers
Ascot Insurance Co.
Axis Insurance Co.
Beazley Insurance Co. Inc.
Beazley Syndicate 2623/623
Berkley Insurance Co.
Continental Casualty Co.
Continental Insurance Co., The
Endurance American Insurance Co.
Federal Insurance Co.
FM Insurance Co. Ltd.
FM Insurance Europe SA Luxembourg, Bern Branch
Freedom Specialty Insurance Co.
Greenwich Insurance Co.
Illinois National Insurance Co.
Liberty Mutual
Lloyd's of London
Mapfre Praico Insurance Co.
Navigators Insurance Co.
Ohio Casualty Insurance Co., The
Starr Indemnity & Liability Co.
US Specialty Insurance Co.
Vienna Insurance Group AG
XL Insurance America Inc.
XL Specialty Insurance Co.
Zurich Insurance Co. Ltd.
Zurich Insurance PLC

# SCHEDULE 1(h)

### Landlords

16191576 Canada Inc.
380 & 289 LP
4D Properties
6800 Eastman Avenue LLC
863 Broadway LLC
Abbell Associates LLC
Acadia Realty Trust
AH Property Management LLC
Alliance Health Inc.
American Assets
American Realty Capital LLC
Apollo Net Lease Co. LLC
Ashkenazy Acquisition Group
Ashley Group
Avison Young
Baldwin, Alexander
Barnett Properties Ltd.
Bayer Properties LLC
Bayfield Realty Advisors Inc.
BentallGreenOak
Bentley Mall Association
Berengaria Development
Berkeley Mall LLC
Berkowitz Development Group Inc.
BFW Howell Associates LLC
Bixby Bridge Capital
Branson Landing
Brazos TC - Partnership A LP
Brixmor Property Group Inc.
Brookfield
Burroughs & Chapin Co. Inc.
Cadillac Fairview
Cafaro
Cameron Crossing Inv. Ltd.
Carroll/1709 Ltd.
Casto
CBL
CBRE Inc.
Centennial Advisory Services LLC
Centennial Pueblo Mall Manager LLC
Centennial RE Co.
Centennial Real Estate Management LLC

CenterCal LLC
Central Walk
Central Walk Tsawwassen
CIM Group
City View Commercial
CMG / Provost Group Inc.
Coldwell Banker
Collett Management LLC
Colliers International Asset Management Inc.
Compass Retail
Continental Realty Corp.
Cord Meyer Development LLC
Cordano Co.
Coventry Mall Associates
CPI Property Group
Craig Realty Group
Crawford Square
Crescent Land Development Associates LLC
Crombie
CTO Realty Growth Inc.
Cushman & Wakefield
Cushman & Wakefield Asset Services Inc.
CW Capital Asset Management LLC
Cypress Equities Managed Services
Daniel Corp.
DCM Ltd. LLC
DDR Asset Management LLC
DDR Norte LLC SE
DDR Stone Oak Holdings LLC
DDR Urban LP
DeBartolo Holdings LLC
Dechomai Asset Trust Number Two LLC
DeRito Talking Stick North LLC
Dimond Center Holdings LLC
DiMucci Cos.
DLC Management Corp.
DP Management LLC
Dream Big Partners LLC
Druker Co. Ltd, The
Edge Realty Group
Edwards Realty Group
Equity One (Sheridan Plaza) LLC

Erimar Realty LLC
Ethan Conrad
Euro Pro
Fairbourne Properties
Fameco
Federal Realty Investment Trust
Federal Realty OP LP
Federal REIT
Feil
Feldman Equities of Arizona
Festival Management Corp.
FFO RE Advisors
Fidelis Realty Partners Ltd.
First Washington Realty Inc.
Fishman Real Estate Group
Forbes Cohen
G&I IX Camp Creek Property LLC
Gallatin Mall Group LLC
Gateway Knollwood LLC
Gemini Rosemont
Gerrity Group LLC
GJ Group Properties Inc.
GK Development Inc.
Goodman Realty Group
GRE Management Services Inc.
Great Plains Development
Hall Road Crossing Owner LLC
Hanford Mall
Harlem Irving
Harsch Investment
Hauppauge Properties LLC
Hendon
Hines Global Income Trust Inc.
Horizon Property Group
Howard Hughes Corp., The
Hull Property Group LLC
IGP LLC
Inland Real Estate Group of Cos. Inc., The
International Growth Properties
InvenTrust Property Management LLC
Investec Real Estate Cos.
Irvine Co.
Irvine Co. LLC, The
Ivanhoe Cambridge
Jim Wilson & Associates LLC
Jimmy Jazz Inc.

JJ Gumberg Co.
Johnson Commercial Development
Jones Lang Lasalle Americas Inc.
Junction Boulevard Realty
Karruli LLC
Katz Properties Management LLC
Kemper Development Co.
KeyBank NA
Kimco
Kimco Realty Corp.
Kinsley Properties
Kite Realty
Kohan Retail Investment Group
Kohan/Summit Management
Kotarides
L3 Properties
Lake Success Shopping Center LLC
Lamar Cos.
Lance-Kashian & Co.
Legacy Cos., The
Lerner
Lewcon Retail LLC
Lexington Co.
Liberty Common 2018 LLC
Little Rock Outlets Realty Holding LLC
Lormax Stern Development Inc.
Luan Investments
M&J Wilkow Ltd.
Macerich
Madison Marquette Inc.
Maley Co., The
Mark T. Brennan & Associates
Marx Realty LLC
Mayaguez Mall
MC Strauss & Co.
McCOR Management
McKnight Properties
MCM Properties Ltd.
MDN Development Inc.
Merlone Geier Management LLC
Metro National Corp.
MGHerring Group Inc., The
Mid America Real Estate-Wisconsin LLC
Miromar
MLWD Inc.
MMI Realty

Moonbeam Capital Investments LLC
Morguard
Morrison Cos.
NADG (US) General Partner Inc.
Namdar Realty Group LLC
New England Development Inc.
New Market 1 LLC
NewQuest Properties Ltd.
Nicholas Investment Co.
NLCO
North Plains Mall Management LLC
NorthPark Partners LP
Northwest Target LLC
Northwood Investors LLC
Oakdale Property Partners LLC
Olshan Properties
Onni Group
Opus Group, The
Osborne Capital Group
OTB Destination
Out of the Box Ventures LLC
Oxford In Trust For Square One
Pace Properties Inc.
Pacific Bridgewater Management PR LLC
Pacific QKC Management PR LLC
Pacific Retail Capital Partners LLC
Palouse Mall LLC
Pappas Investments Inc.
Paramount Realty Services Inc.
Patchogue Realty
PCI Developments
Pine Tree Commercial Realty LLC
Pinnacle Leasing & Management LLC
Plaza Las Americas
Poag Shopping Centers LLC
Poplin Place LLC
Prairie Hills Mall LLC
PREIT
Prep Property Group Inc.
Primaris REIT
Prism Co.
Propst Properties
Providence Group
Pyramid Management Group Inc.
QC East LLC
QIC

QuadReal Property Group LP
Rainier Cos., The
RAM Property Development LLC
RBS Group
RED Development
Redico
Redlands Joint Venture LLC
Regency Centers LP
Regis
Related Retail Corp.
Related Urban
Rialto Capital Advisors LLC
RioCan
River West Management LLC
RL Miami LP
Robert B. Aikens & Associates LLC
Robert Lynn Management Co.
Robson Properties
RockStep Capital LLC
RREEF Alternative Investments
SA Development Co. LP
Saed Investments IV LLC
Salthill Capital Corp.
Santa Margarita Ventures LLC
SARM Five Points Plaza LLC
Satterfield-Helm Management Inc.
Schnitzer Properties Management
Schottenstein Property Group Inc.
Seligman & Associates Inc.
Seritage Growth Properties
Settlers R1 Inc.
SH UTE III LLC
Shea Properties
Shin Yen Retail Property Management LLC
ShopCore Properties LP
Silver Lake Center LLC
Simon
Site Centers
Sizeler Realty Co. Inc.
SL Nusbaum Realty Co.
Smugglers Capital Corp.
Sobert Realty Corp.
Southport 2013 LLC
SP Center LLC
Spectrum Realty
Spinoso Management Group

Spinoso Real Estate Group LLC
Stark Enterprises LLC
Starwood Capital Group
Steiner & Associates Inc.
Sterling Organization
Stiles
Stirling Properties Inc.
Stockbridge Ohio LLC
StreetMac
Tabani Group Inc.
Tanger Inc.
Tanger Properties LP
Taubman
Terminus Properties Co. LLC
TGA NAP
THF ONC Development LLC
Time Equities Inc.
TKG Management
Torrington Properties
Trademark Properties
Triovest Realty Advisors Inc.
Triple Five
Tucker Meridian, LLC
Turnberry Associates Inc.
United Properties Corp.
University Mall Management Inc.
Urban Edge Properties
Urban Retail Properties
USPG Portfolio Six LLC
Vestar Property Management Co.
Walmart Inc.
Washington Prime Glimcher
Wayne Towne Enterprises Ltd.
Weigand-Omega Management Inc.
West Acres Development
Westcliff
Westdale Properties
Westfield Corp.
Wilcox Savage
Wilder Cos. Ltd., The
Wilfid Brookhollow Associates
Williams Jackson Ewing
Wilmorite Management Group LLC
WMG Meadows LLC
Wolfson Group Inc.
Woodbury

Woodmont
Woodmont Co., The
WS Asset Management Inc.
WS Development
Wulfe Management
YAM Properties

# SCHEDULE 1(i)

## Litigation

Cuevas, Daniel
I Pee Holdings
Matthews, Amaya
Pfeffer, Rachel
Pout, Christian
Riviera, Esmeralda
Triventure
Voivod, Michael

# SCHEDULE 1(j)

## **Significant Equity Holders**

Accessory Holdings LP
Elliott Associates LP
Elliott Management Corp.
Ensemble Investment Holdings LLC
Goldman Sachs & Co. LLC
Monarch Alternative Capital LP
Redwood Capital Management
Vero, Ryan

# SCHEDULE 1(k)

## **Surety & Letters of Credit Issuers/Beneficiaries**

Citibank NA
Credit Suisse Group AG
Greenwich Insurance Co.
Indian Harbor Insurance Co.
Intact Financial Corp.
JPMorgan Chase Bank NA
One Beacon Insurance Co.
Praetorian Insurance Co.
QBE Insurance Corp.
Stonington Insurance Co.
Travelers Indemnity Co., The
XL Insurance America Inc.
XL Specialty Insurance Co.

# SCHEDULE 1(l)

## **Taxing Authority/Governmental/Regulatory Agencies**

Minnesota, State of
Texas, State of

# SCHEDULE 1(m)

## Vendors

11:11 Media LLC
1401 Greenbrier Parkway LLC
21245 26 Ave. LLC
863 Broadway LLC
Accellor Inc.
Accenture International BV
Accessory Innovations LLC
Acosta Sales & Marketing Ltd.
ADP Inc.
Afco Direct
Alamance Retail LLC
Alderwood Mall Holding LLC
Algonomy Software
Alvarez & Marsal Holdings LLC
Ama Design International Co. Ltd.
Ameream LLC
American Digital Corp.
American Door & Dock Inc.
Aon Risk Services
Arrowhead Towne Center LLC
Aspire Systems Inc.
Asset Management Technologies Ltd.
Attentive Mobile Inc.
Audit-Tel
Aurora World Inc.
Aventura Mall Venture
B. Brothers Broadway Realty LLC
Baker & Hostetler LLP
Basic Fun Inc.
Battlefield Mall
Baybrook Mall
BDO USA LLP
Bellwether Properties of South Carolina LP
Benmoore Construction Group, The
Berkeley Research Group LLC
Beverly Hills Teddy Bear Co.
BH Concept Inc.
Big Apple Corp.
Bioworld Merchandising Inc.
Blue Yonder Inc.
Blueprint Collections Ltd.
Bohannon Development Co.

Bonkers Toy Co. LLC
Bonnis Properties (Robson) Inc.
BPR Cumulus LLC
BPR-FF LLC
Brandon (Tampa) LP
BRE/Pearlridge LLC
Bridgewater Commons Mall II LLC
Brinton Security Services LLC
Broadstone Net Lease LLC
Brookfield Property Partners LP
Brooklyn Kings Plaza LLC
Burbank, City of (CA), Fire Department
Cadillac Fairview Corp., The
California, State of, Dmv, Account
    Processing Unit
Cameron Advertising Displays Ltd.
Canada, Government of, Border Service
    Agency
Canon Solutions America Inc.
Capitol Light
Carlson Store Fixtures
CBL & Associates LP
CBL-T-C LLC
CBRE Inc.
CDW LLC
Centric Beauty LLC
Challenger Gray & Christmas Inc.
Chicago Consumables Inc.
Christiana Acquisition LLC
Claire's Stores (401-K)
Clinical Health Technologies
Collegiate MDSE Group
Columbia Mall Partnership
Comdata Inc.
Compucom System Inc.
Cornerstone OnDemand Inc.
Corp Del FSE
Crawford, County of (PA), Tax Collector
Creme Shop, The
Crombie Reit
Crystal Run Galleria LLC
Cuddle Barn Inc.

Cuerdon, David O.
Culver City Mall LLC
Data Solutions LLC
DavroPM Ltd.
Delta Dental Association
Dennis, Ashley
DLA Piper LLP (US)
DMB Holdings LLC
Dope Slimes LLC
E&Q
Easton Town Center II LLC
Eurest Dining Services
Evershine Creations Inc.
Exegistics Inc.
Fashion Centre Mall LLC
Femspro Incorporado
Forbes Taubman Orlando LLC
Fordham, Amber
France Lab Inc.
Frontstreet Facility Solutions
Fu Wah Manufactory Ltd.
Gailliard, Alida
Gallagher Bassett Services Inc.
Gateway Center Phase II
General Growth Properties Inc.
GGP Homart II LLC
GGP LP
GGP Staten Island Mall LLC
GGP/Homart II LLC
GGPLP LLC
GGPLP Real Estate Inc.
GGP-TRS LLC
GLO Document Solution Division
Global Response LLC
GMV (Mall) Owner LLC
Google Inc.
Grant Thornton LLP
Great-West Life Assurance Co., The
Haak, Lily
Harvest Forecast
HER Accessories Ltd.
Herbst, Dan
Heritage Candy Co. Inc.
High Intencity Corp.
Hip Sing Association, The
Hirewell Inc.

Horizon Group USA
Houston Galleria, The
HRE Fund IV LP
Hull Property Group LLC
HYM International Co. Ltd.
Hyperion LA
Idaho, State of, Tax Commission
Idea Group
Innovative Cosmetics
Insight Direct USA Inc.
Inspired Thinking
InteQ Corp.
Inverness
Irvine Co. LLC, The
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
J.M. Siber Ltd. Part
Jackson Lewis PC
Jacmel Jewelry Inc.
Jazwares LLC
Jennz LLC
Jiangxi Meican
JMCR Sherman LP
Jordan Creek Joint Venture LLC
JPMorgan Chase Bank NA
JPMorgan Chase Commercial Banking
Just Play (HK) Ltd.
KBR Shawnee Mall Capital LLC
Keter Environmental Service Inc.
Kojac Fashion Accessories Ltd.
Korn Ferry US
KP IV Navy LLC
La-Kontra Corp.
Lennox Industries Inc.
License 2 Play Toys LLC
Life Insurance Co. of North America
LS BC 2 LLC
Macerich Co., The
Macerich Partnership LP, The
Macerich Vintage Faire LP
MACWH LP
Madiba Inc.
Mall at Smith Haven LLC
Mary Fashion Accessories Ent. Co. Ltd.
Master Toys & Novelties Inc.
Matson Navigation Co.

Mayfair Hotel Supply Co.
McKinsey & Co. Inc.
Meadowood Mall SPE LLC
Metropolitan Life Insurance Co.
MGA Entertainment Inc.
Microsoft Corp.
Mike Albert Leasing Inc.
Mills At Jersey Gardens/JG, The
Minnesota, State of, Department of Revenue
Miracle International Group Ltd.
MJC International Group LLC
Moac Mall Holdings LLC
Mood Media
Moose Toys LLC
Morguard Investments Ltd.
Morguard Real Estate Investment Trust
Morning Charm Ltd.
Mouri Tech LLC
Movable Ink Inc.
Moveable Inc.
Nest International Inc.
Nowe Media
NP Digital
NPN360 Inc.
OLR America Inc.
One For Fun Ltd.
Ontario Mills Ltd.
Ontrea Inc.
Opry Mills Mall LP
Oracle America Inc.
Orland LP
Oshkosh, City of (WI)
Ovative Group LLC
Oxford In Trust For Square One
Pachulski Stang Ziehl & Jones LLP
Pacific Premier Retail LLC
Pantone LLC
Penn Square Mall LP
Penta Group LLC
Perron-Roettingers
Pheasant Lane Realty Trust
Phoenix Manufacturing Inc.
Pinterest Inc.
Pipsticks Inc.
Plaza Las Americas Inc.
Popsockets

Powerone Electrical Contracting Inc.
Preit Associates LP
Premium Outlets Partners LP
Premium Retail Services LLC
Pretty Woman LLC
Primaris Management Inc.
Prosek Partners Ltd.
Proudfoot, Leroy
Qingdao Classic Co. Ltd.
Qingdao Collect Jewelry Co. Ltd.
Qingdao HGC Body Jewelry Co. Ltd.
Qingdao Renfeng Jewellery Co. Ltd.
Qingdao S&J Jewelry Co. Ltd.
Qingdao Shinsung Arts & Crafts Co. Ltd.
Qingdao Wish Tree Crafts Co. Ltd.
Qingdao YM Jewelries Co. Ltd.
QRPG LP
Queens Center SPE LLC
RCS Real Estate Advisors
Reams Enterprises Inc.
Reed, Melissa
Retail Property Trust, The
Riderwood USA
Right Choice Exports
Rithum LLC
Roseville Shoppingtown LLC
Rouse Properties LP
RR Donnelley & Sons Co.
RSI International Ltd.
Safetech Enterprises Corp.
Salesforce.com Inc.
Scarborough Town Centre
SDG Dadeland Association Inc.
Sebang Chain Co. Ltd.
Sebastian, County of (AR), Tax Collector
Securitas Technology
Servicechannel.com Inc.
SG Summit LLC
Shadow Public Relations Inc.
Shalom International
Shasta Realty LLC
Shoppertrak RCT LLC
Shopping Center Associates
Simon Property Group (TX) LP
Simon Property Group LP
Simpson Thacher & Bartlett LLP

Skinnydip Ltd.
Somerset Collection LP
SOS Maintenance Inc.
Southland Holding I LLC
Southpark Mall Realty
Specialty Store Services
Spencer Stuart Inc.
Spin Master Far East
Squire Patton Boggs (US) LLP
Sreg White Marsh Mall LLC
St Judes Children's Research Hospital
St. John's Town Center LLC
Staples Inc.
Stein Saks pllc
Stickerbeans
Stonebriar Mall LLC
Studex Corp.
Sun Life Financial Inc.
Sunrise Mills MLP LP
Super League Enterprise Inc.
Superstar
Tacoma Mall Partnership
Tair Jiuh Enterprise Co. Ltd.
Tanger Properties LP
Tanger Properties Ltd.
Tangoe Inc.
Tangoe Inc. 742
TB Mall at UTC LLC
Terrell Outlets LLC
Tierney Gearon Photography
Tomoka25 Ashley Park LLC
Tongyi Accessories Co. Ltd.
Transier, K. Melissa
Transier, William L.
TranzAct Technologies
TranzAct Technologies Inc.
Triangle Sign & Service
Truesource LLC
Trumbull Shopping Center #2LLC
Tysons Corner Holdings LLC
UCC Distribution Inc.
UHC Construction Services Inc.
United Techno Solutions Inc.
UPS Supply Chain Solutions Inc.
US Bank Corporate Payment
US Centennial Malls Joint Venture LLC

USPA Accessories LLC
Valley Mall LLC
VF Mall LLC
Viff Ltd.
Viking Rideau Corp.
Walmart Inc.
Wal-Mart Stores East LP
Warehouse Direct Inc.
Watershed Technology Inc.
WEA Southcenter LLC
WebFab LLC
West Edmonton Mall Property Inc.
West Farms Mall LLC
West Town Mall LLC
Westcor Realty Ltd.
Westfield, City of (IN), Police Department
Westland Garden State Plaza LP
Willowbrook Mall Holding
Wilmington, City of (IL)
WIS International
Woodfield Mall LLC
Woodland Hills Mall LLC
Workday Inc.
Workjam Inc.
XL Specialty Insurance Co.
Zambrano, Evelymar
Zuru LLC

## SCHEDULE 1(n)

### **Bankruptcy Judges**

Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

# SCHEDULE 1(o)

## Office of the United States Trustee

Attix, Lauren
Bates, Malcom M.
Casey, Linda
Cudia, Joseph
Dice, Holly
Dortch, Shakima L.
Fox, Timothy J., Jr.
Girello, Michael
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Malley, James R.
Richenderfer, Linda
Schepacarter, Richard
Serrano, Edith A.
Thomas, Elizabeth
Varga, Andrew
Wynn, Dion

# SCHEDULE 1(p)

## <u>363 Sale Parties</u>

Ames Watson Capital LLC
Hilco (HMR)
[CONFIDENTIAL]

# SCHEDULE 1(q)

## Top 30 Creditors

Accellor Inc.
Accessory Innovations LLC
Algonomy Software
Aurora World Inc.
Benmoore Construction Group, The
BPR-FF LLC
Brookfield Property Partners LP
CBRE Inc.
Centric Beauty LLC
Creme Shop, The
Exegistics Inc.
France Lab Inc.
Frontstreet Facility Solutions
Google Inc.
Grant Thornton LLP
Heritage Candy Co. Inc.
Idea Group International (Hong Kong)
Inspired Thinking
Kojac Fashion Accessories Ltd.
Lennox Industries Inc.
Macerich Co., The
Mastercard International Inc.
Microsoft Corp.
MJC International Group LLC
Optiv Security Inc.
Ovative Group LLC
Premium Outlet Partners LP
Premium Retail Services LLC
Retail Property Trust, The
Simon Property Group LP
Studex Corp.
Tanger Properties Ltd.
United Techno Solutions Inc.
UPS Supply Chain Solutions Inc.
Waitwhile Inc.
Walmart Inc.
Workday Inc.

# SCHEDULE 1(r)

## UCC Members

Accellor Inc.
Brookfield Properties Retail Inc.
Inspired Thinking
Studex Corp.
Tanger Management LLC
Yumark Enterprises Corp.

# SCHEDULE 1(s)

## <u>UCC Professionals</u>

Cole Schotz PC
McDermott Will & Schulte LLP
Province LLC

**Schedule 2**

**Identified Entities**

| Name of Entity Searched | Category | Status |
|---|---|---|
| Acadia Realty Trust | Landlords | Former client in unrelated matter(s) |
| ACOSTA SALES & MARKETING | Vendors | Former client in unrelated matter(s) |
| ADP GlobalView B.V. ("ADP") & ADP International Services B.V | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| ADP, INC | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| AFCO Credit Corporation | Insurance | Active client in unrelated matter(s) |
| Alliance | Landlords | Active client in unrelated matter(s) |
| ALLIANZ ENGINEERING INSPECTION SERVICES, LTD. | Insurance | Active client affiliate in unrelated matter(s) |
| ALLIANZ INSURANCE PLC | Insurance | Active client in unrelated matter(s) |
| ALVAREZ & MARSAL HOLDINGS, LLC | Vendors | Active client affiliate in unrelated matter(s) |
| American Realty Capital | Landlords | Active client affiliate in unrelated matter(s) |
| AON - Aon Risk Services Northeast, Inc. | Contract Counterparties | Active client affiliate in unrelated matter(s |
| Aon Risk Services Northeast, Inc. (Greenwich Insurance Company) | Contract Counterparties | Active client affiliate in unrelated matter(s |

| Name of Entity Searched | Category | Status |
|---|---|---|
| Apollo Net Lease Co, LLC | Landlords | Active client affiliate in unrelated matter(s |
| ARROWHEAD TOWNE CENTER LLC | Vendors | Active client in unrelated matter(s) |
| AVENTURA MALL VENTURE | Vendors | Former client affiliate in unrelated matter(s) |
| Avison Young | Landlords | Active client affiliate in unrelated matter(s) |
| AXA PP HEALTHCARE LTD | Contract Counterparties | Active client in unrelated matter(s) |
| Axis Insurance Company | Insurance | Active client affiliate in unrelated matter(s) |
| BATTLEFIELD MALL/BATTLEFIELD | Vendors | Former client affiliate in unrelated matter(s) |
| Beazley Insurance Company, Inc. | Insurance | Former client affiliate in unrelated matter(s) |
| BELLWETHER PROPERTIES OF SOUTH | Vendors | Former client affiliate in unrelated matter(s) |
| BENDON, INC | Contract Counterparties | Active client in unrelated matter(s) |
| BentallGreenOak | Landlords | Active client in unrelated matter(s) |
| Bixby Bridge Capital | Landlords | Former client in unrelated matter(s) |
| BK OF AMER NA-NY | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client in unrelated matter(s) |
| BLACKHAWK | Contract Counterparties | Former client in unrelated matter(s) |
| BLUE CROSS AND BLUE SHIELD OF ILLINOS - | Contract Counterparties | Active client in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| HEALTH CARE SVCS. CORPORATION | | |
| Blueprint Coll (Ningbo) | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| Blueprint Hk Co Ltd | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| Blue Sky De (Ningbo) | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| Blue Sky Designs Limited Fob | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| BofA | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client in unrelated matter(s) |
| Boomerang | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| BRAZOS TC - PARTNERSHIP A, L.P. | Landlords | Active client affiliate in unrelated matter(s) |
| BRIDGEWATER COMMONS MALL II LLC | Vendors | Former client affiliate in unrelated matter(s) |
| BRIXMORE PROPERTY GROUP | Landlords | Former client in unrelated matter(s) |
| BROOKFIELD | Landlords | Active client in unrelated matter(s) |
| BROOKLYN KINGS PLAZA LLC | Vendors | Active client in unrelated matter(s) |
| C.P.I. | Landlords | Active client affiliate in unrelated matter(s) |
| CADILLAC FAIRVIEW | Landlords | Active client in unrelated matter(s) |
| CanadaLife | Contract Counterparties | Active client affiliate in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| CBL | Landlords | Active client in unrelated matter(s) |
| CBL & ASSOCIATES LP | Vendors | Former client affiliate in unrelated matter(s) |
| CBL-T-C LLC | Vendors | Former client affiliate in unrelated matter(s) |
| CBRE, INC | Landlords | Active client affiliate in unrelated matter(s) |
| CDW LLC | Vendors | Active client in unrelated matter(s) |
| CENTENNIAL REAL ESTATE MANAGEMENT, LLC | Landlords | Active client in unrelated matter(s) |
| CENTERCAL, LLC | Landlords | Active client in unrelated matter(s) |
| CIM | Landlords | Active client in unrelated matter(s) |
| Citibank, N.A. | Banks/Lender/UCC Lien Parties/Administrative Agents<br><br>Surety & Letters of Credit-Issuers | Active client in unrelated matter(s) |
| Citizens Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client in unrelated matter(s) |
| CMG / PROVOST GROUP, INC | Landlords | Former client in unrelated matter(s) |
| COMMINGLED PENS TR FD (CORE PL) | Banks/Lender/UCC Lien Parties/Administrative Agents | Former client affiliate in unrelated matter(s) |
| Continental Casualty Company (CNA) | Insurance | Active client in unrelated matter(s) |
| Cord Meyer Development, LLC | Landlords | Former client in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| CRADLEPOINT THROUGH CDW LLC | Contract Counterparties | Active client in unrelated matter(s) |
| CREDIT SUISSE | Surety & Letters of Credit-Issuers | Active client in unrelated matter(s) |
| CULVER CITY MALL LLC | Vendors | Active client in unrelated matter(s) |
| Cushman & Wakefield | Landlords | Active client in unrelated matter(s) |
| Cushman & Wakefield Asset Services, Inc. | Landlords | Active client affiliate in unrelated matter(s) |
| CW Capital Asset Management, LLC | Landlords | Active client in unrelated matter(s) |
| Daniel Corporation | Landlords | Former client affiliate in unrelated matter(s) |
| DDR Urban LP | Landlords | Former client in unrelated matter(s) |
| DEEM/TOWER TRAVEL | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| DELTA DENTAL OF ILLINOIS | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| DELTA DENTAL-ASC | Vendors | Active client affiliate in unrelated matter(s) |
| DESCARTES | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| Dimond | Landlords | Former client in unrelated matter(s) |
| DLA PIPER LLP (US) | Vendors | Active client affiliate in unrelated matter(s) |
| DLC Management Corporation | Landlords | Former client in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| ELLIOT ASSOCIATES LP | Contract Counterparties | Active client in unrelated matter(s) |
| ELLIOTT INTL LP | Bankruptcy Professionals | Active client in unrelated matter(s) |
| ELLIOTT MANAGEMENT CORP. | Significant Equity Holders | Active client in unrelated matter(s) |
| ENTERPRISE RENT A CAR UK LTD | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| EURO PRO | Landlords | Active client affiliate in unrelated matter(s) |
| FAIRBOURNE PROPERTIES | Landlords | Former client affiliate in unrelated matter(s) |
| FEDERAL REALTY INVESTMENT TRUST | Landlords | Former client in unrelated matter(s) |
| FEDERAL REALTY OP LP | Landlords | Former client affiliate in unrelated matter(s) |
| FEIL | Landlords | Former client in unrelated matter(s) |
| FELDMAN | Landlords | Former client in unrelated matter(s) |
| FORBES COHEN | Landlords | Former client in unrelated matter(s) |
| FORBES TAUBMAN ORLANDO LLC | Vendors | Former client in unrelated matter(s) |
| GENERAL GROWTH PROPERTIES INC. | Vendors | Active client in unrelated matter(s) |
| GGP/HOMART II LLC | Vendors | Active client affiliate in unrelated matter(s) |
| GGP LIMITED PARTNERSHIP | Vendors | Active client in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| GGP LP | Vendors | Active client in unrelated matter(s) |
| GGPLP LLC | Vendors | Active client affiliate in unrelated matter(s) |
| GGPLP REAL ESTATE,INC. | Vendors | Active client affiliate in unrelated matter(s) |
| GGP STATEN ISLAND MALL,LLC | Vendors | Active client affiliate in unrelated matter(s) |
| GGP-TRS LLC | Vendors | Active client affiliate in unrelated matter(s) |
| Goldman Sachs | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client in unrelated matter(s) |
| GOLDMAN SACHS & CO LLC | Significant Equity Holders | Active client in unrelated matter(s) |
| Granite | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client in unrelated matter(s) |
| Hanford Mall | Landlords | Former client in unrelated matter(s) |
| Harlem Irving | Landlords | Active client in unrelated matter(s) |
| HORIZON GROUP USA | Vendors | Former client in unrelated matter(s) |
| HORIZON GRP(NINGBO) | Contract Counterparties | Former client in unrelated matter(s) |
| HOULIHAN LOKEY | Bankruptcy Professionals | Active client affiliate in unrelated matter(s) |
| HYPERION LA | Vendors | Active client affiliate in unrelated matter(s) |
| IGP LLC | Landlords | Former client affiliate in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| INDEED | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| INDIAN HARBOR INSURANCE COMPANY | Surety & Letters of Credit-Beneficiaries | Active client affiliate in unrelated matter(s) |
| Illinois National Insurance Company | Insurance | Active client affiliate in unrelated matter(s) |
| Inland | Landlords | Active client affiliate in unrelated matter(s) |
| INTACT FINANCIAL CORPORATION | Surety & Letters of Credit-Issuers | Former client affiliate in unrelated matter(s) |
| Irvine Company | Landlords | Former client affiliate in unrelated matter(s) |
| IVANHOE CAMBRIDGE INC | Vendors | Active client in unrelated matter(s) |
| Ivanhoe Cambridge | Landlord | Active client in unrelated matter(s) |
| IVANHOE CAMBRIDGE II, INC | Vendors | Active client affiliate in unrelated matter(s) |
| Johnson Commercial Development | Landlords | Active client affiliate in unrelated matter(s) |
| Jones Lang Lasalle Americas, Inc | Landlords | Former client in unrelated matter(s) |
| J.P. MORGAN INV MGT INC. - IBM | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client in unrelated matter(s) |
| JPM | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client in unrelated matter(s) |
| JPM - ADV SRS TR AST HY PORT | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPMORGAN CHASE BANK, N.A. | Vendors<br><br>Surety & Letters of Credit-Issuers | Active client in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| JPM CHASE RETIREMENT PLAN | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPM CORE PLUS BD FUND | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPM FLOATING RATE INCOME FD | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPM GLB BD OPPS FD | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPMORGAN GLOBAL STRATEGIC BO FD | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPMORGAN HIGH YIELD FUND | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPM IM LTD-SEI INSTITUTIONAL I | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPM INCOME BUILDER FD | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPMORGAN INCOME FD | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPM LVIP JP MORGAN HIGH YIELD | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPM - SEI INST MAN TR HY BOND | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPMORGAN STRATEGIC INCOME OPPO | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPM TOTAL RETURN FD | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| JPMORGAN UNCONSTRAINED DEBT FUND | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| Kaiser | Contract Counter-Parties | Active client affiliate in unrelated matter(s) |

Schedule 2-9

| Name of Entity Searched | Category | Status |
|---|---|---|
| KEYBANK NATIONAL ASSOCIATION | Landlords | Active client in unrelated matter(s) |
| KIRKLAND & ELLIS | Bankruptcy Professionals | Former client in unrelated matter(s) |
| LAMAR COMPANIES | Landlords | Active client affiliate in unrelated matter(s) |
| LBS Group | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| LEGACY | Landlords | Active client in unrelated matter(s) |
| Lennox National Account Services LLC | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| LEXINGTON CO. | Landlords | Active client affiliate in unrelated matter(s) |
| Liberty Mutual | Insurance | Active client affiliate in unrelated matter(s) |
| LLOYD'S OF LONDON | Insurance | Active client affiliate in unrelated matter(s) |
| Lucent Product Inc | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| Macerich | Landlords | Active client in unrelated matter(s) |
| MACERICH VINTAGE FAIRE LP | Vendors | Active client in unrelated matter(s) |
| Madison Marquette | Landlords | Former client in unrelated matter(s) |
| MAM LP - EMPIRE SCURD CR FDG I | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| MAPFRE PRAICO INSURANCE COMPANY | Insurance | Former client affiliate in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| MALL AT SMITH HAVEN LLC | Vendors | Former client affiliate in unrelated matter(s) |
| Manulife (International) Limited | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| Marathon | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client in unrelated matter(s) |
| MEADOWOOD MALL SPE, LLC | Vendors | Former client affiliate in unrelated matter(s) |
| Mercer | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| MCKINSEY & COMPANY, INC. | Vendors | Former client in unrelated matter(s) |
| MetLife | Contract Counterparties | Active client in unrelated matter(s) |
| Metropolitan Life Insurance | Vendors | Active client in unrelated matter(s) |
| MICROSOFT CORPORATION | Vendors | Active client in unrelated matter(s) |
| Microsoft EA | Contract Counterparties | Active client in unrelated matter(s) |
| Mid America | Landlords | Active client in unrelated matter(s) |
| Miro | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| MMI REALTY | Landlords | Former client in unrelated matter(s) |
| Monarch | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| Monarch Capital Master Partners V-A LP | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| Monarch Capital Master Partners VI LP | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| Monarch Debt Recovery Master Fund Ltd | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| MONARCH DEBT RECOVERY MASTER. | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| Mood Media Corporation | Contract Counterparties | Former client in unrelated matter(s) |
| MORGAN STANLEY SR FD INC | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| MORRISON COMPANIES | Landlords | Former client in unrelated matter(s) |
| NAMDAR REALTY GROUP | Landlords | Active client affiliate in unrelated matter(s) |
| Navigators Insurance Company | Insurance | Former client in unrelated matter(s) |
| NEUBERGER | Landlords | Active client in unrelated matter(s) |
| NB - NEUBERGER BERMAN SPECIAL | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| Newmark | Contract Counterparties | Active client in unrelated matter(s) |
| NORTHPARK PARTNERS LP | Landlords | Active client in unrelated matter(s) |
| NORTHWOODS | Landlords | Active client in unrelated matter(s) |
| Oaktree | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| OAKTREE PRINCIPAL FD V (DELAWARE) | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
| --- | --- | --- |
| OAKTREE PRINCIPAL V CONTINUATION | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| OCM LP - OAKTREE PRINCIPAL FUND | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| OLR | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| ONNI GROUP | Landlords | Active client in unrelated matter(s) |
| Opry Mills Mall LP | Vendors | Former client affiliate in unrelated matter(s) |
| OPUS | Landlords | Active client in unrelated matter(s) |
| Oracle Financials | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| Oracle Retail (Xstore, ORCE) | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| Orkin | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| Orland LP | Vendors | Former client affiliate in unrelated matter(s) |
| Oxford | Landlords | Active client in unrelated matter(s) |
| Pace Properties, Inc | Landlords | Former client in unrelated matter(s) |
| PACIFIC PREMIER RETAIL | Vendors | Active client affiliate in unrelated matter(s) |
| Pacific Retail Capital Partners | Landlords | Former client in unrelated matter(s) |
| PENN SQUARE MALL LP | Vendors | Former client affiliate in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| PENTA GROUP LLC | Vendors | Active client affiliate in unrelated matter(s) |
| PHEASANT LANE REALTY TRUST | Vendors | Former client affiliate in unrelated matter(s) |
| Poag Shopping Centers | Landlords | Former client affiliate in unrelated matter(s) |
| PREMIUM OUTLETS PARTNERS, LP | Vendors | Former client affiliate in unrelated matter(s) |
| Prism Company | Landlords | Active client affiliate in unrelated matter(s) |
| Providence Group | Landlords | Former client affiliate in unrelated matter(s) |
| PTL | Contract Counterparties | Former client affiliate in unrelated matter(s) |
| Pyramid | Landlords | Active client affiliate in unrelated matter(s) |
| QIC | Landlords | Former client in unrelated matter(s) |
| QuadReal Property Group | Landlords | Active client in unrelated matter(s) |
| QUEENS CENTER SPE LLC | Vendors | Active client in unrelated matter(s) |
| RAM Property Development LLC | Landlords | Active client affiliate in unrelated matter(s) |
| REDWOOD | Banks/Lender/UCC Lien Parties/Administrative Agents | Active client affiliate in unrelated matter(s) |
| REDWOOD CAPITAL MANAGEMENT | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| Related Urban | Landlords | Former client in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| Related Retail Corporation | Landlords | Former client affiliate in unrelated matter(s) |
| Rialto Capital Advisors, LLC | Landlords | Former client in unrelated matter(s) |
| RioCan | Landlords | Former client in unrelated matter(s) |
| RMS, Rms International (Usa) Inc., Rms Intl(Ningbo) | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| ROSEVILLE SHOPPINGTOWN LLC | Vendors | Active client in unrelated matter(s) |
| ROUSE PROPERTIES, LP | Vendors | Active client affiliate in unrelated matter(s) |
| SDWorx | Contract Counterparties | Former client in unrelated matter(s) |
| ShopCore Properties, L.P. | Landlords | Active client in unrelated matter(s) |
| Site Centers | Landlords | Former client in unrelated matter(s) |
| SOMERSET COLLECTION LP | Vendors | Former client in unrelated matter(s) |
| Spin Master, Inc | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| Spin Master Toys Far East Ltd. | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| Spin Master Toys (Haiphon) | Contract Counter-Parties | Active client affiliate in unrelated matter(s) |
| Starr Indemnity & Liability Company | Insurance | Former client affiliate in unrelated matter(s) |
| Starwood Capital Group | Landlords | Active client affiliate in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| ST JUDES CHILDREN'S RESEARCH | Vendors | Former client in unrelated matter(s) |
| State of Texas | Taxing Authority/Governmental/Regulatory Agencies | Active client affiliate in unrelated matter(s) |
| SUN LIFE FINANCIAL | Vendors | Active client affiliate in unrelated matter(s) |
| TACOMA MALL PARTNERSHIP | Vendors | Former client affiliate in unrelated matter(s) |
| Tangoe, Inc | Vendors | Former client affiliate in unrelated matter(s) |
| TANGOE, INC. 742 | Vendors | Former client affiliate in unrelated matter(s) |
| Taubman | Landlords | Former client in unrelated matter(s) |
| The Continental Insurance Company (CNA) | Insurance | Active client in unrelated matter(s) |
| The Howard Hughes Corporation | Landlords | Active client affiliate in unrelated matter(s) |
| THE MACERICH PARTNERSHIP LP | Vendors | Active client in unrelated matter(s) |
| Turnberry | Landlords | Active client affiliate in unrelated matter(s) |
| TYSONS CORNER HOLDINGS LLC | Vendors | Active client affiliate in unrelated matter(s) |
| United Properties Corp | Landlords | Former client affiliate in unrelated matter(s) |
| Urban Retail Properties | Landlords | Former client in unrelated matter(s) |
| US BANK (US) | Contract Counterparties | Active client in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| VERIFONE | Contract Counterparties | Active client affiliate in unrelated matter(s) |
| VF Mall LLC | Vendors | Active client in unrelated matter(s) |
| VIACOM (SMURFS) | Contract Counterparties | Active client in unrelated matter(s) |
| VR | Banks/Lender/UCC Lien Parties/Administrative Agents | Former client in unrelated matter(s) |
| VR GLOBAL PTNRS LP | Banks/Lender/UCC Lien Parties/Administrative Agents | Former client in unrelated matter(s) |
| VSP | Contract Counterparties | Former client in unrelated matter(s) |
| Walmart | Contract Counterparties<br><br>Landlords | Active client in unrelated matter(s) |
| WALMART INC | Vendors | Active client in unrelated matter(s) |
| WEA SOUTHCENTER LLC | Vendors | Active client in unrelated matter(s) |
| Westfield | Landlords | Active client in unrelated matter(s) |
| West Acres Development | Landlords | Former client affiliate in unrelated matter(s) |
| WESTLAND GARDEN STATE PLAZA LP | Vendors | Active client affiliate in unrelated matter(s) |
| WESTCOR REALTY LIMITED | Vendors | Former client affiliate in unrelated matter(s) |
| WEST TOWN MALL LLC | Vendors | Former client affiliate in unrelated matter(s) |
| WIS INTERNATIONAL | Vendors | Former client in unrelated matter(s) |

| Name of Entity Searched | Category | Status |
|---|---|---|
| WOODLAND HILLS MALL LLC | Vendors | Former client affiliate in unrelated matter(s) |
| XL INSURANCE AMERICA, INC. | Surety & Letters of Credit-Beneficiaries | Former client affiliate in unrelated matter(s) |
| XL SPECIALTY INSURANCE COMPANY | Surety & Letters of Credit-Beneficiaries | Former client in unrelated matter(s) |
| Zurich Insurance Company et al. | Insurance | Active client affiliate in unrelated matter(s) |