# EXHIBIT A

| Property Number | Property Name | Leaseholder | Lease DBA | Unit Number | Store Number | Landlord Cure Amount |
|---|---|---|---|---|---|---|
| 7873 | Albertville Premium Outlets | Claires Boutiques, Inc. | Claire's | B140 | 6579 | $24,985 |
| 7848 | Allen Premium Outlets | Claires Boutiques, Inc. | Claire's | 0626 | 6805 | $24,130 |
| 0115 | Anchorage 5th Avenue Mall | Claires Boutiques, Inc. | Claire's | C48 | 5115 | $16,397 |
| 4915 | Apple Blossom Mall | Claires Boutiques, Inc. | Claire's | N133 | 5336 | $20,932 |
| 5200 | Arizona Mills | Claires Boutiques, Inc. | Claire's | 507 | 3338 | $34,207 |
| 5201 | Arundel Mills | Claires Boutiques, Inc. | Claire's | 411 | 6847 | $23,745 |
| 4918 | Auburn Mall | Claires Boutiques, Inc. | Claire's | N460 | 3311 | $12,908 |
| 7845 | Aurora Farms Premium Outlets | Claires Boutiques, Inc. | Claire's | 0200 | 6351 | $15,032 |
| 0145 | Barton Creek Square | Claires Boutiques, Inc. | icing | P01A | 5320 | $12,563 |
| 0145 | Barton Creek Square | Claires Boutiques, Inc. | Claire's | H19 | 1973 | $43,286 |
| 0302 | Battlefield Mall | Claires Boutiques, Inc. | Claire's | T09 | 3532 | $42,338 |
| 0302 | Battlefield Mall | Claires Boutiques, Inc. | icing | VC01A | 8380 | $13,162 |
| 8099 | Bay Park Square | Claires Boutiques, Inc. | Claire's | 227A | 5301 | $31,860 |
| 8099 | Bay Park Square | Claires Boutiques, Inc. | icing | 918 | 3573 | $10,393 |
| 7961 | Birch Run Premium Outlets | Claires Boutiques, Inc. | Claire's | F450 | 6389 | $19,547 |
| 4821 | Brea Mall | Claires Boutiques, Inc. | icing | 1043 | 3215 | $25,915 |
| 4821 | Brea Mall | Claires Boutiques, Inc. | Claire's | 1123 | 6176 | $53,234 |
| 5240 | Briarwood Mall | Claires Boutiques, Inc. | Claire's | D141 | 6273 | $13,809 |
| 0344 | Broadway Square | Claires Boutiques, Inc. | icing | D06C | 8624 | $2,948 |
| 0344 | Broadway Square | Claires Boutiques, Inc. | Claire's | B14 | 5694 | $26,242 |
| 4822 | Burlington Mall | Claires Boutiques, Inc. | Claire's | 2060 | 3218 | $54,371 |
| 7846 | Camarillo Premium Outlets | Claires Boutiques, Inc. | Claire's | 0922 | 6612 | $29,269 |
| 4919 | Cape Cod Mall | Claires Boutiques, Inc. | Claire's | E124 | 6504 | $20,899 |
| 7847 | Carlsbad Premium Outlets | Claires Boutiques, Inc. | Claire's | D126 | 616 | $17,774 |

| Property Number | Property Name | Leaseholder | Lease DBA | Unit Number | Store Number | Landlord Cure Amount |
|---|---|---|---|---|---|---|
| 7883 | Carolina Premium Outlets | Claires Boutiques, Inc. | Claire's | 0510 | 6364 | $31,842 |
| 8700 | Castleton Square | Claires Boutiques, Inc. | Claire's | 46 | 5152 | $54,012 |
| 8041 | Charlotte Premium Outlets | Claires Boutiques, Inc. | Claire's | 994 | 0605 | $13,642 |
| TAU | Cherry Creek Shopping Center | Claires Boutiques, Inc. | Claire's | 100 | 1132 | $7,461 |
| 7849 | Chicago Premium Outlets | Claires Boutiques, Inc. | Claire's | 1141 | 5191 | $25,064 |
| 0511 | Cielo Vista Mall | Claires Boutiques, Inc. | icing | J01 | 8629 | $19,515 |
| 0511 | Cielo Vista Mall | Claires Boutiques, Inc. | Claire's | P02A | 3394 | $15,694 |
| 7924 | Cincinnati Premium Outlets | Claires Boutiques, Inc. | Claire's | 0831 | 3134 | $33,342 |
| TAU | City Creek Center | Claires Boutiques, Inc. | Claire's | 138A | 3190 | $23,145 |
| 8057 | Clarksburg Premium Outlets | Claires Boutiques, Inc. | Claire's | 938 | 609 | $15,620 |
| 0540 | College Mall | Claires Boutiques, Inc. | Claire's | 0F14 | 5319 | $0 |
| 5204 | Colorado Mills | Claires Boutiques, Inc. | Claire's | 489 | 3824 | $23,517 |
| 8262 | Columbia Center | Claires Boutiques, Inc. | Claire's | 527 | 1827 | $41,953 |
| 8262 | Columbia Center | Claires Boutiques, Inc. | icing | 364 | 3739 | $7,008 |
| 5207 | Concord Mills | Claires Boutiques, Inc. | Claire's | 219 | 3488 | $35,671 |
| 9862 | Coral Square | Claires Boutiques, Inc. | Claire's | 9299 | 6336 | $19,420 |
| 0552 | Cordova Mall | Claires Boutiques, Inc. | icing | B205 | 3645 | $0 |
| 0552 | Cordova Mall | Claires Boutiques, Inc. | Claire's | D433A | 5480 | $41,932 |
| 0735 | Dadeland Mall | Claires Boutiques, Inc. | Claire's | 1000 | 5013 | $8,034 |
| 5243 | Del Amo Fashion Center | Claires Boutiques, Inc. | Claire's | 299 | 5588 | $90,145 |
| 8064 | Denver Premium Outlets | Claires Boutiques, Inc. | Claire's | 722 | 6587 | $21,029 |
| 7853 | Desert Hills Premium Outlets | Claires Boutiques, Inc. | Claire's | 0304 | 606 | $20,799 |
| TAU | Dolphin | Claires Boutiques, Inc. | Claire's | 130 | 6766 | $43,321 |
| 5245 | Dover Mall | Claires Boutiques, Inc. | Claire's | 4023 | 5511 | $8,943 |
| 7963 | Ellenton Premium Outlets | Claires Boutiques, Inc. | Claire's | 565 | 6234 | $33,287 |

| Property Number | Property Name | Leaseholder | Lease DBA | Unit Number | Store Number | Landlord Cure Amount |
|---|---|---|---|---|---|---|
| 4781 | Empire Mall | Claires Boutiques, Inc. | Claire's | 0322 | 5264 | $45,636 |
| 4781 | Empire Mall | Claires Boutiques, Inc. | icing | 0018A | 3378 | $17,285 |
| 1116 | Fashion Ctr at Pentagon City | Claires Boutiques, Inc. | Claire's | 0X05 | 6537 | $0 |
| 4645 | Fashion Valley | Claires Boutiques, Inc. | Claire's | 363 | 6757 | $72,189 |
| 1308 | Firewheel Town Center | Claires Boutiques, Inc. | Claire's | H07 | 6198 | $31,100 |
| 7964 | Florida Keys Outlet Marketplace | Claires Boutiques, Inc. | Claire's | 165 | 6191 | $13,260 |
| 8544 | Florida Mall | Claires Boutiques, Inc. | Claire's | 844 | 5527 | $0 |
| 8544 | Florida Mall | Claires Boutiques, Inc. | Claire's | 1250 | 6987 | $42,165 |
| 8544 | Florida Mall | Claires Boutiques, Inc. | Claire's Storage | STRG | STRG | $977 |
| 7856 | Folsom Premium Outlets | Claires Boutiques, Inc. | Claire's | 1225 | 6663 | $4,761 |
| 7857 | Gilroy Premium Outlets | Claires Boutiques, Inc. | Claire's | C095 | 3206 | $3,198 |
| 8038 | Gloucester Premium Outlets | Claires Boutiques, Inc. | Claire's | 480 | 613 | $14,734 |
| 7956 | Grand Prairie Premium Outlets | Claires Boutiques, Inc. | Claire's | 605 | 608 | $11,278 |
| 5211 | Grapevine Mills | Claires Boutiques, Inc. | Claire's | 546 | 3339 | $33,198 |
| TAU | Great Lakes Crossing | Claires Boutiques, Inc. | Claire's | 807 | 6649 | $20,624 |
| 5250 | Great Mall | Claires Boutiques, Inc. | Claire's | 134 | 6112 | $27,818 |
| 1325 | Greenwood Park Mall | Claires Boutiques, Inc. | icing | OC01B | 8264 | $6,124 |
| 1325 | Greenwood Park Mall | Claires Boutiques, Inc. | Claire's | 0C10B | 5267 | $45,274 |
| 7967 | Grove City Premium Outlets | Claires Boutiques, Inc. | Claire's | 850 | 6099 | $23,526 |
| 7968 | Gulfport Premium Outlets | Claires Boutiques, Inc. | Claire's | 130 | 5373 | $9,894 |
| 5216 | Gurnee Mills | Claires Boutiques, Inc. | Claire's | 795 | 5923 | $33,033 |
| 4812 | Hamilton Town Center | Claires Boutiques, Inc. | Claire's | F09 | 6694 | $28,010 |
| 4825 | Haywood Mall | Claires Boutiques, Inc. | Claire's | 1049 | 3539 | $43,799 |
| 4825 | Haywood Mall | Claires Boutiques, Inc. | icing | 1035 | 8595 | $34,525 |
| 7621 | Houston Galleria | Claires Boutiques, Inc. | Claire's | A1185 | 6723 | $32,073 |
| 7623 | Houston Galleria IV | Claires Boutiques, Inc. | Claire's | 6010A | 6576 | $43,620 |

| Property Number | Property Name | Leaseholder | Lease DBA | Unit Number | Store Number | Landlord Cure Amount |
|---|---|---|---|---|---|---|
| 7909 | Houston Premium Outlets | Claires Boutiques, Inc. | Claire's | 0205 | 3035 | $38,583 |
| 7854 | Indiana Premium Outlets | Claires Boutiques, Inc. | Claire's | B095 | 6361 | $17,428 |
| TAU | International Plaza | Claires Boutiques, Inc. | Claire's | 112 | TAU | $15,710 |
| 7859 | Jersey Shore Premium Outlets | Claires Boutiques, Inc. | Claire's | 0741 | 3027 | $18,551 |
| 7860 | Johnson Creek Premium Outlets | Claires Boutiques, Inc. | Claire's | B110 | 6578 | $4,894 |
| 5217 | Katy Mills | Claires Boutiques, Inc. | Claire's | 153 | 3487 | $32,637 |
| 7703 | King of Prussia The Plaza | Claires Boutiques, Inc. | Claire's | 1128 | 6162 | $46,360 |
| 7923 | Kittery Premium Outlets KTR | Claires Boutiques, Inc. | Claire's | P016 | 6789 | $14,707 |
| 2546 | La Plaza Mall | Claires Boutiques, Inc. | Claire's | 0E07 | 5401 | $0 |
| 2546 | La Plaza Mall | Claires Boutiques, Inc. | icing | 0Q16A | 8639 | $18,525 |
| 2324 | Lakeline Mall | Claires Boutiques, Inc. | Claire's | 0B02 | 6322 | $18,910 |
| 7926 | Las Americas Premium Outlets | Claires Boutiques, Inc. | Claire's | 0236 | 6884 | $33,053 |
| 7864 | Las Vegas North Prem Outlets | Claires Boutiques, Inc. | Claire's | 1507 | 0617 | $33,060 |
| 7863 | Las Vegas South Prem Outlets | Claires Boutiques, Inc. | Claire's | 0048 | 6568 | $33,105 |
| 7973 | Lee Premium Outlets | Claires Boutiques, Inc. | Claire's | F290 | 6634 | $8,353 |
| 7865 | Leesburg Premium Outlets | Claires Boutiques, Inc. | Claire's | 0623 | 6691 | $19,992 |
| 7711 | Lehigh Valley Mall | Claires Boutiques, Inc. | Claire's | 2044 | 5961 | $32,981 |
| 4827 | Lenox Square | Claires Boutiques, Inc. | Claire's | 3112A | 3242 | $74,001 |
| 7867 | Lighthouse Place Prem Outlets | Claires Boutiques, Inc. | Claire's | P070 | 6629 | $18,245 |
| 4926 | Mall at Rockingham Park | Claires Boutiques, Inc. | Claire's | E125 | 5954 | $0 |
| 4852 | Mall of Georgia | Claires Boutiques, Inc. | Claire's | 2011 | 6790 | $56,833 |
| 2547 | McCain Mall | Claires Boutiques, Inc. | Claire's | 0H03 | 5582 | $18,552 |
| 5255 | Meadowood Mall | Claires Boutiques, Inc. | Claire's | C102 | 6378 | $55,395 |
| 4666 | Menlo Park Mall | Claires Boutiques, Inc. | icing | 1540C | 3770 | $0 |

| Property Number | Property Name | Leaseholder | Lease DBA | Unit Number | Store Number | Landlord Cure Amount |
|---|---|---|---|---|---|---|
| 4666 | Menlo Park Mall | Claires Boutiques, Inc. | Claire's | 2590 | 6105 | $40,675 |
| 7932 | Merrimack Premium Outlets | Claires Boutiques, Inc. | Claire's | 355 | 5065 | $20,872 |
| 9780 | Miami International Mall | Claires Boutiques, Inc. | Claire's | 740 | 5369 | $21,741 |
| 2580 | Midland Park Mall | Claires Boutiques, Inc. | Claire's | 0B06A | 5400 | $41,812 |
| 0732 | Miller Hill Mall | Claires Boutiques, Inc. | Claire's | 0E07 | 5650 | $22,844 |
| 2810 | Newport Centre | Claires Boutiques, Inc. | Claire's | 0B42 | 5727 | $25,506 |
| 8063 | Norfolk Premium Outlets | Claires Boutiques, Inc. | Claire's | 111 | 747 | $13,904 |
| 7869 | North Bend Premium Outlets | Claires Boutiques, Inc. | Claire's | 461P | 6645 | $0 |
| 1540 | North East Mall | Claires Boutiques, Inc. | Claire's | 0L27 | 5252 | $29,005 |
| 7871 | North Georgia Premium Outlets | Claires Boutiques, Inc. | Claire's | 0755 | 6627 | $18,791 |
| 4923 | Northshore Mall | Claires Boutiques, Inc. | Claire's | W101 | 6603 | $13,246 |
| 4832 | Ocean County Mall | Claires Boutiques, Inc. | Claire's | 1071 | 6967 | $26,709 |
| 4832 | Ocean County Mall | Claires Boutiques, Inc. | icing | 1020 | 3776 | $11,099 |
| 5218 | Ontario Mills | Claires Boutiques, Inc. | Claire's | 1025 | 6572 | $93,018 |
| 5221 | Opry Mills | Claires Boutiques, Inc. | Claire's | 747 | 3238 | $41,466 |
| 4670 | Orland Square | Claires Boutiques, Inc. | Claire's | 0B01A | 5238 | $40,984 |
| 4670 | Orland Square | Claires Boutiques, Inc. | icing | 0G13A | 3426 | $12,728 |
| 7976 | Orlando Intl Prem Outlets | Claires Boutiques, Inc. | Claire's | 3F31 | 6773 | $49,232 |
| 7879 | Orlando Vineland Prem Outlets | Claires Boutiques, Inc. | Claire's | 1707 | 6870 | $51,698 |
| 7707 | Oxford Valley Mall | Claires Boutiques, Inc. | Claire's | 1117 | 6023 | $12,990 |
| 7603 | Penn Square Mall | Claires Boutiques, Inc. | Claire's | 1085 | 1825 | $37,303 |
| 7603 | Penn Square Mall | Claires Boutiques, Inc. | icing | 2008 | 3790 | $16,211 |
| 7875 | Petaluma Village Prem Outlets | Claires Boutiques, Inc. | Claire's | 0430 | 6613 | $19,166 |
| 7604 | Pheasant Lane Mall | Claires Boutiques, Inc. | Claire's | W165 | 5871 | $32,910 |
| 7876 | Philadelphia Premium Outlets | Claires Boutiques, Inc. | Claire's | 1063 | 5150 | $14,301 |

| Property Number | Property Name | Leaseholder | Lease DBA | Unit Number | Store Number | Landlord Cure Amount |
|---|---|---|---|---|---|---|
| 8003 | Phoenix Premium Outlets | Claires Boutiques, Inc. | Claire's | 718 | 610 | $14,376 |
| 4764 | Pier Park | Claires Boutiques, Inc. | Claire's | F110 | 6787 | $17,911 |
| 4732 | Plaza Carolina | Claires Puerto Rico Corp. | Claire's | 256 | 3856 | $21,135 |
| 7979 | Pleasant Prairie Prem Outlets | Claires Boutiques, Inc. | Claire's | A020 | 607 | $13,003 |
| 7852 | Pocono Premium Outlets | Claires Boutiques, Inc. | Claire's | B00 | 6878 | $23,686 |
| 5227 | Potomac Mills | Claires Boutiques, Inc. | Claire's | 111 | 5995 | $38,276 |
| 2318 | Prien Lake Mall | Claires Boutiques, Inc. | Claire's | 0D02A | 6331 | $28,259 |
| 7960 | Puerto Rico Premium Outlets | Claires Puerto Rico Corp. | Claire's | 425 | 3858 | $42,319 |
| 7705 | Quaker Bridge Mall | Claires Boutiques, Inc. | Claire's | 1239B | 6107 | $25,261 |
| 7908 | Rio Grande Valley Prem Outlet | Claires Boutiques, Inc. | Claire's | 0600C | 5715 | $30,759 |
| 4835 | Rockaway Townsquare | Claires Boutiques, Inc. | Claire's | 2046 | 5243 | $38,054 |
| 4836 | Roosevelt Field | Claires Boutiques, Inc. | Claire's | 1079A | 6201 | $116,151 |
| 3107 | Ross Park Mall | Claires Boutiques, Inc. | Claire's | 0N04D | 3288 | $64,047 |
| 7878 | Round Rock Premium Outlets | Claires Boutiques, Inc. | icing | 0875 | 3638 | $15,705 |
| 7878 | Round Rock Premium Outlets | Claires Boutiques, Inc. | Claire's | 0279 | 6707 | $16,147 |
| 7957 | San Francisco Premium Outlets | Claires Boutiques, Inc. | Claire's | 340 | 612 | $28,908 |
| 4837 | Santa Rosa Plaza | Claires Boutiques, Inc. | Claire's Storage | STRG | | $1,000 |
| 4837 | Santa Rosa Plaza | Claires Boutiques, Inc. | icing | 1046 | 6520 | $11,143 |
| 4837 | Santa Rosa Plaza | Claires Boutiques, Inc. | Claire's | 1001 | 6132 | $49,296 |
| 5229 | Sawgrass Mills | Claires Boutiques, Inc. | Claire's | 303 | 6472 | $103,526 |
| 7881 | Seattle Premium Outlets | Claires Boutiques, Inc. | Claire's | 0600B | 699 | $36,304 |
| 3632 | Smith Haven Mall | Claires Boutiques, Inc. | Claire's | C04 | 6084 | $41,073 |
| 4674 | South Hills Village | Claires Boutiques, Inc. | Claire's | 2000F | 3280 | $29,369 |
| 4838 | South Shore Plaza | Claires Boutiques, Inc. | Claire's | 1073A | 3262 | $54,194 |
| 4838 | South Shore Plaza | Claires Boutiques, Inc. | Claire's Storage | STRG | | $2,250 |

| Property Number | Property Name | Leaseholder | Lease DBA | Unit Number | Store Number | Landlord Cure Amount |
|---|---|---|---|---|---|---|
| 7605 | SouthPark | Claires Boutiques, Inc. | Claire's | V10 | 6488 | $34,210 |
| 4925 | Square One Mall | Claires Boutiques, Inc. | Claire's | S101A | 6071 | $33,009 |
| 7884 | St. Augustine Premium Outlets | Claires Boutiques, Inc. | Claire's | 0201 | 6354 | $20,590 |
| 0508 | St. Charles Towne Center | Claires Boutiques, Inc. | Claire's | Q04 | 5795 | $0 |
| 4693 | St. Johns Town Center 1 | Claires Boutiques, Inc. | Claire's | J01C | 5639 | $91,837 |
| 8008 | St. Louis Premium Outlets | Claires Boutiques, Inc. | Claire's | 739 | 5366 | $20,233 |
| 5261 | Stoneridge Shopping Center | Claires Boutiques, Inc. | Claire's Storage | STRG | | $1,145 |
| 5261 | Stoneridge Shopping Center | Claires Boutiques, Inc. | Claire's | D131 | 6072 | $37,308 |
| 5209 | Sugarloaf Mills | Claires Boutiques, Inc. | Claire's | 251 | 3172 | $22,068 |
| 9570 | Summit Mall | Claires Boutiques, Inc. | Claire's | 418 | 6027 | $22,040 |
| TAU | Sunvalley Shopping Center | Claires Boutiques, Inc. | Claire's | B203 | 5952 | $17,723 |
| TAU | Sunvalley Shopping Center | Claires Boutiques, Inc. | Icing | D211 | 3299 | $19,490 |
| 9600 | Tacoma Mall | Claires Boutiques, Inc. | Claire's | 140 | 5831 | $43,633 |
| 9600 | Tacoma Mall | Claires Boutiques, Inc. | icing | 440A | 3725 | $40,778 |
| 7913 | Tampa Premium Outlets | Claires Boutiques, Inc. | Claire's | 897 | 714 | $20,149 |
| 9087 | The Avenues | Claires Boutiques, Inc. | icing | 1180 | 3596 | $21,078 |
| 9087 | The Avenues | Claires Boutiques, Inc. | Claire's | 2476A | 5813 | $47,171 |
| 5248 | The Falls | Claires Boutiques, Inc. | Claire's | 135 | 5054 | $0 |
| TAU | The Mall at Green Hills | Claires Boutiques, Inc. | Claire's | 173 | TAU | $14,899 |
| TAU | The Mall at University Town Center | Claires Boutiques, Inc. | Claire's | 295 | 5428 | $10,704 |
| TAU | The Mall at University Town Center | Claires Boutiques, Inc. | Icing | 192 | TAU | $18,431 |
| 4927 | The Mall of New Hampshire | Claires Boutiques, Inc. | Claire's | W151 | 1106 | $19,914 |
| 5343 | The Mills at Jersey Gardens | Claires Boutiques, Inc. | Claire's | 2232 | 6499 | $60,064 |
| 5222 | The Outlets at Orange | Claires Boutiques, Inc. | Claire's | 905 | 3495 | $34,916 |

| Property Number | Property Name | Leaseholder | Lease DBA | Unit Number | Store Number | Landlord Cure Amount |
|---|---|---|---|---|---|---|
| 9180 | The Shops at Mission Viejo | Claires Boutiques, Inc. | Claire's | 386A | 6146 | $32,269 |
| 4676 | The Westchester | Claires Boutiques, Inc. | Claire's | 3190 | 6905 | $34,791 |
| 2307 | Tippecanoe Mall | Claires Boutiques, Inc. | Claire's | 0A10A | 5176 | $14,202 |
| 2307 | Tippecanoe Mall | Claires Boutiques, Inc. | icing | 0D19A | 3602 | $8,614 |
| 4839 | Town Center at Boca Raton | Claires Boutiques, Inc. | Claire's | 1110 | 6079 | $59,447 |
| 2105 | Towne East Square | Claires Boutiques, Inc. | Claire's | 0R03 | 5240 | $74,848 |
| 2105 | Towne East Square | Claires Boutiques, Inc. | icing | 0F01A | 3525 | $56,303 |
| 9896 | Treasure Coast Square | Claires Boutiques, Inc. | Claire's | 3212 | 1814 | $48,214 |
| 8062 | Tucson Premium Outlets | Claires Boutiques, Inc. | Claire's | 933 | 6788 | $9,898 |
| 8067 | Tulsa Premium Outlets | Claires Boutiques, Inc. | Claire's | 2135 | 6674 | $15,998 |
| TAU | Twelve Oaks Mall | Claires Boutiques, Inc. | Claire's | C248 | TAU | $36,504 |
| 8056 | Twin Cities Premium Outlets | Claires Boutiques, Inc. | Claire's | 880 | 5472 | $24,214 |
| 9690 | Tyrone Square | Claires Boutiques, Inc. | Claire's | 504 | 5821 | $25,386 |
| 9710 | University Park Mall | Claires Boutiques, Inc. | Claire's | 312 | 5245 | $36,641 |
| 7885 | Vacaville Premium Outlets | Claires Boutiques, Inc. | Claire's | 131M | 6226 | $34,385 |
| 9805 | West Town Mall | Claires Boutiques, Inc. | icing | 1530 | 8607 | $29,300 |
| 9805 | West Town Mall | Claires Boutiques, Inc. | Claire's | 1146 | 6180 | $49,639 |
| TAU | Westfarms | Claires Boutiques, Inc. | Claire's | H137 | 6281 | $27,634 |
| TAU | Westfarms | Claires Boutiques, Inc. | Icing | F104 | 6791 | $37,599 |
| 4536 | White Oaks Mall | Claires Boutiques, Inc. | Claire's | 0D07A | 5235 | $16,761 |
| 7985 | Williamsburg Premium Outlets | Claires Boutiques, Inc. | Claire's | B034 | 6007 | $35,114 |
| 7606 | Wolfchase Galleria | Claires Boutiques, Inc. | Claire's | 2340 | 6577 | $48,830 |
| 7606 | Wolfchase Galleria | Claires Boutiques, Inc. | icing | 1610 | 3345 | $6,625 |
| 8055 | Woodburn Premium Outlets | Claires Boutiques, Inc. | Claire's | 419 | 6743 | $24,697 |
| 7888 | Woodbury Common Prem Outlets | Claires Boutiques, Inc. | Claire's | 0419 | 618 | $59,873 |
| 5037 | Woodfield Mall | Claires Boutiques, Inc. | icing | G309 | 1122 | $34,010 |

| Property Number | Property Name | Leaseholder | Lease DBA | Unit Number | Store Number | Landlord Cure Amount |
|---|---|---|---|---|---|---|
| 5037 | Woodfield Mall | Claires Boutiques, Inc. | Claire's | F322 | 5337 | $113,742 |
| 7607 | Woodland Hills Mall | Claires Boutiques, Inc. | icing | 0242 | 3278 | $14,705 |
| 7607 | Woodland Hills Mall | Claires Boutiques, Inc. | Claire's | 0222 | 5233 | $48,814 |
| 7889 | Wrentham Village Prem Outlets | Claires Boutiques, Inc. | Claire's | 0292 | 6631 | $17,732 |
| | | | | | **Total** | **$5,770,862** |