# **EXHIBIT A**

## **LANDLORD'S LEASE CURE AMOUNT SUMMARY**

Cypress Flagstaff Mall LP / Claire's Lease at Flagstaff Mall:  Total $28,289.99

2024 Sales Overage Rent- $8,461.34
- Overage- $8,248.45
- Tax- 212.89

Partial unpaid residual rent $1,159.86.

June 2025 Rent- $6,222.93
- Rent $5,520.07
- HVAC- 287.32
- ELE- $194.70
- Water- $64.27
- Tax- $156.57

July 2025 Rent- $6,222.93
- Rent $5,520.07
- HVAC- 287.32
- ELE- $194.70
- Water- $64.27
- Tax- $156.57

August 2025 Rent- $6,222.93
- Rent $5,520.07
- HVAC- 287.32
- ELE- $194.70
- Water- $64.27
- COF 2.581%- $156.57