**EXHIBIT A**

**LANDLORD'S LEASE CURE AMOUNT SUMMARY**

South Saturn Ridge, LLC / Claire's Lease at Monroeville Mall: Total $28,073.60

April 2025
HVAC       $465.57
Electric   $367.26
Rent       $4,666.67
Trash      $30.00
Water      $85.22
           $5,614.72

May 2025
HVAC       $465.57
Electric   $367.26
Rent       $4,666.67
Trash      $30.00
Water      $85.22
           $5,614.72

June 2025
HVAC       $465.57
Electric   $367.26
Rent       $4,666.67
Trash      $30.00
Water      $85.22
           $5,614.72

July 2025
HVAC       $465.57
Electric   $367.26
Rent       $4,666.67
Trash      $30.00
Water      $85.22
           $5,614.72

Aug. 2025
HVAC       $465.57
Electric   $367.26
Rent       $4,666.67
Trash      $30.00
Water      $85.22
           $5,614.72