# SCHEDULE A

| STORE NO. | CENTER | LOCATION |
|---|---|---|
| **429 FULTON STREET LLC** | | |
| 6802 | 489 Fulton Street | Brooklyn, NY |
| **3902 ANNADALE LANE, LP** | | |
| 6073 | Hanford Mall | Hanford, CA |
| **BELDEN MALL LLC** | | |
| 5154 | Belden Village Mall | Canton, OH |
| **BRIDGEWATER COMMONS MALL II, LLC** | | |
| 3481 | Bridgewater Commons | Bridgewater, NJ |
| **BROADSTONE CLE ILLINOIS LLC** | | |
| N/A | Distribution Center | Hoffman Estates, IL |
| **BROWARD MALL LLC** | | |
| 6426 | Broward Mall | Plantation, FL |
| **CAPITAL MALL LP** | | |
| 5704 | Capital Mall | Olympia, WA |
| **CENTENNIAL REAL ESTATE COMPANY, LLC** | | |
| 5310 | Annapolis Mall | Annapolis, MD |
| 5294 | Arden Fair | Sacramento, CA |
| 8110 | Arden Fair (Icing) | Sacramento, CA |
| 5701 | Brazos Mall | Lake Jackson, TX |
| 5953 | Connecticut Post | Milford, CT |
| 6633 | Dulles Town Center | Dulles, VA |
| 5184 | Fox Valley Mall | Aurora, IL |
| 5276 | Greenwood Mall | Bowling Green, KY |
| 5614 | Hawthorn Mall | Vernon Hills, IL |
| 3825 | Liberty Center | Liberty Township, OH |
| 6394 | MainPlace Mall | Santa Ana, CA |
| 6763 | Port Charlotte Town Center | Port Charlotte, FL |
| 5840 | Promenade Saucon Valley | Center Valley, PA |
| 5703 | Pueblo Mall | Pueblo, CO |
| 8133 | Pueblo Mall (Icing) | Pueblo, CO |
| 5615 | Trumbull Mall | Trumbull, CT |
| 6121 | Valencia Town Center | Valencia, CA |
| 5787 | Vancouver Mall | Vancouver, WA |
| 6194 | Westland Mall | Hialeah, FL |
| **CENTERCAL PROPERTIES, LLC** | | |
| 5074 | Station Park | Farmington, UT |
| 6000 | Valley Mall | Union Gap, WA |
| **CHAMPLAIN CENTRE NORTH LLC** | | |
| 1111 | Champlain Centre | Plattsburgh, NY |
| **CONTINENTAL REALTY** | | |
| 6110 | Lakeside Village | Lakeland, FL |

# SCHEDULE A

| | | |
|---|---|---|
| 6809 | Mount Pleasant Towne Centre | Mt. Pleasant, SC |
| 5506 | The Shoppes at Webb Gin | Snellville, GA |
| **FR DEL MONTE LLC** | | |
| 5623 | Del Monte Shopping Center | Monterey, CA |
| **FR GROSSMONT, LLC** | | |
| 5387 | Grossmont Center | La Mesa, CA |
| **FRIT FLORDIA, LLC** | | |
| 5228 | Tower Shops | Davie, FL |
| **FEDERALY REALTY OP LP** | | |
| 5057 | Shops at Willow Lawn | Richmond, VA |
| **GTM DENTON, LTD.** | | |
| 5292 | Golden Triangle Mall | Denton, TX |
| **GALLATIN MALL GROUP, L.L.C.** | | |
| 6068 | Gallatin Valley Mall | Bozeman, MT |
| **KRE COLONIE OWNER, LLC** | | |
| 5207 | Colonie Center | Albany, NY |
| **NORTHPARK MALL LIMITED PARTNERSHIP** | | |
| 3418 | Northpark Mall | Ridgeland, MS |
| **PGIM REAL ESTATE** | | |
| 750 | The Avenue Peachtree City | Peachtree City, GA |
| 5520 | The Shoppes at Arbor Lakes | Maple Grove, MN |
| **PACIFIC QKC MANAGEMENT PR, LLC** | | |
| 6410 | Queen Ka'ahumanu Center | Kahului, HI |
| **PALM DESERT PACIFIC OWNER LLC** | | |
| 6124 | The Shops at Palm Desert | Palm Desert, CA |
| **PAPPAS LAGUNA NO. 2, L.P.** | | |
| 5522 | Laguna Gateway – West (Icing) | Elk Grove, CA |
| **PARK MALL, L.L.C.** | | |
| 5590 | Park Place Mall | Tucson, AZ |
| **PLAZA WEST COVINA LP** | | |
| 5957 | Plaza West Covina | West Covina, CA |
| **POAG SHOPPING CENTERS, LLC** | | |
| 5186 | The Shops at Perry Crossing | Plainfield, IN |
| 6781 | RiverTown Crossings | Grandville, MI |
| **SOUTHLAKE INDIANA LLC** | | |
| 5423 | Southlake Mall | Merrillville, IN |
| **STAR-WEST FRANKLIN PARK MALL, LLC** | | |
| 6143 | Franklin Park Mall | Toledo, OH |

## SCHEDULE A

| | | |
|---|---|---|
| **STAR-WEST GREAT NORTHERN MALL LLC** | | |
| 6050 | Great Northern Mall | North Olmsted, OH |
| **STAR-WEST PARKWAY MALL LP** | | |
| 6432 | Parkway Plaza | El Cajon, CA |
| **THE FORBES COMPANY** | | |
| 6425 | Somerset Collection | Troy, MI |
| 6359 | The Gardens | Palm Beach Gardens, FL |
| 6754 | The Mall at Millenia | Southaven, MS |
| **THE MACERICH COMPANY** | | |
| 6113 | Arrowhead Towne Center | Glendale, AZ |
| 6924 | Chandler Fashion Center | Chandler, AZ |
| 6448 | Crabtree Valley Mall | Raleigh, NC |
| 5505 | Danbury Fair | Danbury, CT |
| 5877 | Deptford Mall | Deptford, NJ |
| 3396 | Deptford Mall (Icing) | Deptford, NJ |
| 5330 | Eastland Center | Evansville, IN |
| 8261 | Eastland Center (Icing) | Evansville, IN |
| 744 | Fashion District of Philadelphia | Philadelphia, PA |
| 3014 | FlatIron Crossing | Broomfield, CO |
| 5796 | Freehold Raceway | Freehold, NJ |
| 6025 | Fresno Fashion Fair | Fresno, CA |
| 6080 | Green Acres Mall | Valley Stream, NY |
| 1873 | Inland Center | San Bernardino, CA |
| 6186 | Kings Plaza | Brooklyn, NY |
| 6382 | Lakewood Center | Lakewood, CA |
| 3507 | Lakewood Center (Icing) | Lakewood, CA |
| 3443 | Los Cerritos Center | Cerritos, CA |
| 6496 | NorthPark Mall | Davenport, IA |
| 3561 | NorthPark Mall (Icing) | Davenport, IA |
| 6796 | Pacific View | Ventura, CA |
| 6517 | Queens Center | Elmhurst, NY |
| 5765 | SanTan Village Regional Center | Gilbert, AZ |
| 1138 | Scottsdale Fashion Square | Scottsdale, AZ |
| 5484 | South Plains Mall | Lubbock, TX |
| 6386 | Stonewood Center | Downey, CA |
| 5849 | Superstition Springs | Mesa, AZ |
| 5573 | The Mall of Victor Valley | Victorville, CA |
| 6063 | Tysons Corner Center | McLean, VA |
| 5451 | Valley Mall | Harrisonburg, VA |
| 8677 | Valley Mall (Icing) | Harrisonburg, VA |

## SCHEDULE A

| | | |
|---|---|---|
| 6958 | Valley River Center | Eugene, OR |
| 5990 | Vintage Faire Mall | Modesto, CA |
| 8107 | Vintage Faire Mall (Icing) | Modesto, CA |
| 6391 | Washington Square | Tigard, OR |
| 6648 | Wilton Mall | Sarasota Springs, NY |
| **YTC MALL OWNER LLC** | | |
| 5129 | Yorktown Center | Lombard, IL |