**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                        )
**In re:**                              ) Chapter 11
                                        )
**CLAIRE'S HOLDINGS LLC,** *et al.*,    ) Case No. 25-11454 (BLS)
                                        )
                                        ) (Jointly Administered)
          Debtors.                      )
                                        ) Re:  Docket Nos. 7, 231

**NOTICE OF WITHDRAWAL OF OBJECTION OF
CERTAIN UTILITY COMPANIES TO THE MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (II) APPROVING THE DEBTORS' PROPOSED PROCEDURES FOR RESOLVING ADDITIONAL ASSURANCE REQUESTS, (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, (IV) AUTHORIZING PAYMENTS TO THE DEBTORS' UTILITIES ADMINISTRATOR, AND (V) GRANTING RELATED RELIEF**

Consolidated Edison Company of New York, Inc., Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Entergy Arkansas, LLC, Entergy Louisiana, LLC, Entergy Mississippi, LLC, Entergy Texas, Inc., Florida Power & Light Company, Georgia Power Company, San Diego Gas and Electric Company, The Connecticut Light & Power Company, Public Service Company of New Hampshire, NStar East Electric and Symmetry Energy Solutions, LLC (collectively, the "Utilities"), hereby withdraw their *Objection* (Docket No. 231) to the *Motion of Debtors For Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Approving the Debtors' Proposed Procedures For Resolving Additional Assurance Requests, (III) Prohibiting*

*Utility Providers From Altering, Refusing, or Discontinuing Services, (IV) Authorizing Payments To the Debtors' Utilities Administrator, and (V) Granting Related Relief* (Docket No. 7), pursuant to a settlement between the Utilities and the Debtors.

Dated: September 5, 2025

WHITEFORD, TAYLOR & PRESTON LLC

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4145
Facsimile: (302) 357-3270
E-mail: wtaylor@whitefordlaw.com

and

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
E-mail:
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Counsel for Consolidated Edison Company of New York, Inc., Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Entergy Arkansas, LLC, Entergy Louisiana, LLC, Entergy Mississippi, LLC, Entergy Texas, Inc. Florida Power & Light Company, Georgia Power Company, San Diego Gas and Electric Company, The Connecticut Light & Power Company, Public Service Company of New Hampshire, NStar East Electric and Symmetry Energy Solutions, LLC*