**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**AFFIDAVIT OF PUBLICATION FOR LARNYCE TABRON**
**OF THE NEW YORK TIMES**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343).  The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

RLF1 33609016v.1



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

## PROOF OF PUBLICATION

September 11, 2025

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

9/11/2025, NY/NATL, pg B3

*Larnyce Tabron*

ROWENA SORIANO
NOTARY PUBLIC
REG. # 00351915
MY COMMISSION EXPIRES
06302029
COMMONWEALTH OF VIRGINIA



## INTERNATIONAL







PHOTOGRAPHS BY FELIX SCHMITT FOR THE NEW YORK TIMES

# German Carmakers Staging a Comeback

### By MELISSA EDDY

MUNICH — German carmakers are using their home-field advantage at Europe's largest auto show this week to present new models designed to rival their Chinese competitors and attract American drivers, despite costs added by President Trump's trade war.

BMW, Mercedes-Benz and Volkswagen unveiled their new electric vehicles at the biennial IAA Mobility show, which began Tuesday in Munich, with a level of excitement and self-assuredness that had been absent in recent years.

That attitude follows years of headwinds, as the manufacturers watched Chinese start-ups come to dominate the E.V. industry by leaping ahead with electric and

### 'On the offensive' while facing Trump's tariffs and Chinese rivals.

hybrid technology that they were able to develop, scale and bring to market faster than their European counterparts.

German automakers were also clobbered by billions in losses after Mr. Trump hit European automakers with tariffs of 27.5 percent in April. They have since been reduced to 15 percent, but that rate has yet to be applied.

But after investing hundreds of billions in new technology and software, the Germans are offering new models that have competitive charging times, driving range and customer-driven entertainment systems.

"We are going on the offensive," Oliver Blume, chief executive of Volkswagen, told reporters on Monday. And Ola Källenius, chief executive of Mercedes, described "a spirit of optimism" rippling through the German automobile industry, which he said "is investing like never before, with an eye to the future."

But the same industry has shed more than 50,000 jobs in the past year. Nearly all of the major German carmakers are restructuring as they seek to streamline operations to compete with the Chinese.

Doing so will be a tall order, as the Chinese cars are still often cheaper, despite tariffs imposed by the European Union, allowing them to more than double their share of the European market in the past year.

"BYD is in Europe to stay," Stella Li, the company's executive vice president, told reporters in Munich, where the Chinese carmaker and global leader in E.V. sales unveiled its first station wagon for Europe, a plug-in hybrid version of its popular Seal model. It will be produced in Hungary.

The Chinese start-up Leapmotor, which has a partnership with the global carmaker Stellantis, presented a new hatchback intended to appeal to younger drivers. Xpeng, which is opening a research and development center in Munich, unveiled its Next P7, a model that relies on artificial intelligence to power its systems.

Two years ago, only the Chinese boasted that level of technology. But the models on display from the leading European automakers are no longer built with the mechanics first. Instead, they rely on artificial intelligence and software and have battery technology that provides longer range and faster charging. The cars also recognize the driver to adjust the lighting, dashboard and entertainment systems.

Chinese brands have more than doubled their share of sales in Europe over the past year, according to JATO Dynamics. In May, they reached 5.9 percent of total sales across the continent, up from the

2.9 percent a year earlier.

In the same month, however, Volkswagen, Renault and Stellantis — which in Europe makes Fiat, Peugeot and Jeep — topped the list of carmakers registering the most vehicles on the continent, reflecting the brand loyalty many buyers here have.

Aware of the power of their heritage, BMW, Mercedes and Volkswagen made references to their legacies, in look and feel.

For BMW, that meant combining its fully electric Neue Klasse iX3 S.U.V. model with lines and lights that evoke sedans of the 1960s, with a panoramic dashboard, improved efficiency driven by a lithium-ion battery and high-performance computers and software.

The iX3, which will go on sale next year, can travel up to 497 miles on one charge, and can add 229 miles in 10 minutes.

The fully electric version of Mercedes's best-selling model,

the GLC, features a grille illuminated with 942 dots, a nod to the original Maybach honeycomb radiator. In the latest version, which goes on sale next year, a lithium-ion battery provides a maximum range of 443 miles and the ability to recapture a quarter of that after just 10 minutes of charging.

The German models also integrate intelligent elements, like the hitch on the iX3 that automatically flips out or folds away at the touch of a button. On the GLC, pressing

the Mercedes star logo on the hood pops the frunk, or front storage compartment, which can fit two carry-on bags.

Volkswagen, German for "the people's car," is returning to its traditional naming scheme for its latest electric model, the iD.Polo, which is slated for production early next year. Aimed at the small-car segment, it will sell for less than 25,000 euros, about $29,000.

The company has been squeezed between its losses in the Chinese market and the "several billion euros" that Mr. Blume attributed to the U.S. tariffs on European cars. Both Audi or Porsche, two of the top-selling Volkswagen brands in the United States, are imported.

Volkswagen, which already employs 5,500 people at its plant in Chattanooga, Tenn., is considering more large-scale investments in the United States, contingent on an agreement that Mr. Blume said he was discussing with the Trump administration.

"We are not expecting that the tariffs will be lowered for Volkswagen, but the United States must give something before we will make such investments," Mr. Blume said, without elaborating.

**The Mercedes GLC electric car at the IAA Mobility car show in Munich. Top left, Ola Källenius, Mercedes' chief executive, second from right, at the trade show on Sunday; and, at left, the Volkswagen iD.Polo.**

---

# The Maker of Ozempic Plans to Cut 9,000 Jobs

### By ESHE NELSON

Novo Nordisk, the Danish drug maker behind Ozempic and other weight-loss and diabetes drugs, announced on Wednesday that it would cut 11 percent of its global work force as it sought to lower costs and rejuvenate the company's growth prospects.

The company will shed about 9,000 jobs, 5,000 of them in Denmark, and expects the decision will save eight billion Danish kroner ($1.3 billion) a year by the end of 2026.

The job cuts are the latest in a string of gloomy announcements from the drug maker, which has recently replaced its chief executive, issued a big profit warning and seen its share price plummet.

Just over a year ago, Novo Nordisk was seemingly growing in every direction: more employ-

### Rival weight-loss drugs and copycats batter Novo Nordisk.

ees, more production facilities, more market value. For a while, it was Europe's most valuable public company.

But the past year has been tumultuous. The company has struggled to fight off the competition from Eli Lilly's weight-loss drugs and cheaper copycat versions. Investors have been disappointed in some of the trial results of drugs in development.

In the past year, the company's share price has dropped 60 percent. Last month, Maziar Mike Doustdar took over as chief executive, charged with turning around the company's performance. The company's board said he had been chosen for his track record of delivering growth quickly.

Though Novo Nordisk was the

first to bring to market the transformative weight-loss drugs known as GLP-1s, with Ozempic, it has struggled to maintain its lead in an increasingly competitive field. In part, analysts say, that's because it was slower to shift its marketing and sales energy toward direct-to-consumer channels.

For most of the company's century-long history, it was a diabetes company selling insulin. The broad-based appeal and interest in Ozempic and Wegovy, another of its weight-loss brands, took company executives by surprise. Now, Novo Nordisk is ramping up those efforts to reach patients directly.

"Our markets are evolving, particularly in obesity, as it has become more competitive and consumer-driven," Mr. Doustdar said in a statement on Wednesday. "Our company must evolve as well."

"We need a shift in our mind-set and approach so we can be faster and more agile," he added.

Novo Nordisk expects the restructuring to lead to a one-off cost of eight billion Danish kroner, which will hit this year's profit. The company lowered its guidance for operating profit growth in 2025 to a range of 4 to 10 percent, six percentage points lower than the guidance given a month ago.

The job cuts would lead to a simplified organizational structure and faster decision-making, the company said. The savings would allow for more investment in science, commercial operations and manufacturing, it added. The company had already begun a hiring freeze, which meant that some new hires lost their jobs shortly before they were expected to start.

Novo Nordisk shares rose about 3 percent on Wednesday morning in Copenhagen after the announcement.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
CLAIRE'S HOLDINGS LLC, et al., ) Case No. 25-11454 (BLS)
Debtors. ) (Jointly Administered)

NOTICE OF HEARING TO CONSIDER (I) FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND (II) CONFIRMATION OF THE DEBTORS' JOINT CHAPTER 11 PLAN

PLEASE TAKE NOTICE OF THE FOLLOWING:

On September 9, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 416] (the "Conditional Disclosure Statement Order"): (a) authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to solicit votes on the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and Its Debtor Affiliates [Docket No. 408] (as modified, amended, or supplemented from time to time, the "Plan"); (b) conditionally approving the Disclosure Statement for the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and Its Debtor Affiliates [Docket No. 412] (as modified, amended, or supplemented from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation package; (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan; and (e) granting related relief.

The hearing at which the Court will consider Confirmation of the Plan and final approval of the Disclosure Statement (the "Combined Hearing") will commence on **October 29, 2025, at 2:00 p.m., prevailing Eastern Time**, before the Honorable Judge Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market St., 6th Floor, Wilmington, DE 19801.

**Please be advised that Article VIII of the Plan contains the following release, exculpation, and injunction provisions:**

[dense legal text continues — Article VIII, Definitions Related to the Debtor Release and the Third-Party Release, Avoidance Actions, Releasing Parties, Released Parties, etc.]

CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

**Voting Record Date.** The voting record date is **September 8, 2025**, which was the date for determining which Holders of Claims in Classes 4 and 5 are entitled to vote on the Plan.

**Voting Deadline.** The deadline for voting on the Plan is **October 14, 2025, at 4:00 p.m., prevailing Eastern Time** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you *must*: (a) follow the instructions carefully; (b) complete *all* of the required information on the Ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is *actually received* by the Debtors' claims and voting agent, Omni Agent Solutions (the "Claims and Noticing Agent") on or before the Voting Deadline. *A failure to follow such instructions may disqualify your vote.*

CRITICAL INFORMATION REGARDING OBJECTING TO THE CONFIRMATION OF THE PLAN AND/OR FINAL APPROVAL OF THE DISCLOSURE STATEMENT

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE VIII.E CONTAINS A THIRD-PARTY RELEASE. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**Plan Objection Deadline.** The deadline for filing objections to final approval of the Disclosure Statement and/or Confirmation of the Plan, as applicable, is **October 14, 2025, at 4:00 p.m., prevailing Eastern Time** (the "Plan Objection Deadline"). All such objections *must*: (a) be in writing; (b) conform to the Bankruptcy Code, Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the basis and nature of the objection to the Plan and, if practicable, a proposed modification to the Plan or the Disclosure Statement (as applicable) that would resolve such objection; and (d) be filed with the Court contemporaneously with a proof of service and served upon the following parties so as to be *actually received* on or before the Plan Objection Deadline.

PLEASE BE ADVISED: THE COMBINED HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE DEBTORS WITHOUT FURTHER NOTICE OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

ANY SUCH NOTICES OF ADJOURNMENT ARE AVAILABLE FREE OF CHARGE ON THE DEBTORS' CASE WEBSITE AT HTTPS://OMNIAGENTSOLUTIONS.COM/CLAIRES.

ADDITIONAL INFORMATION

**Obtaining Solicitation Materials.** The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials), please feel free to contact the Claims and Noticing Agent, by: (a) writing via first class mail, to Claire's Holdings LLC Ballot Processing Center, c/o Omni Agent Solutions, Inc., 5955 De Soto Ave., Ste 100, Woodland Hills, CA 91367; (b) writing via overnight mail or hand delivery to Claire's Holdings LLC Ballot Processing Center, c/o Omni Agent Solutions, Inc., 5955 De Soto Ave., Ste 100, Woodland Hills, CA 91367; (b) calling the Debtors' restructuring hotline at (888) 202-5971 (U.S./Canada, toll-free) or +1 (747) 293-0183 (International, toll). You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at https://www.deb.uscourts.gov or (ii) at no charge from Omni Agent Solutions, Inc. by accessing the Debtors' restructuring website at https://omniagentsolutions.com/claires.

THE DEBTORS.

The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4219); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings RLLC (7980); Claire's Swiss Holdings LLC (2299); CSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.