# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*, | Case No. 25-11454 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 293** |

## LIMITED OBJECTION TO REJECTION EFFECTIVE DATES

COMES NOW, Wal-Mart Stores East, LP, Walmart Inc., Wal-Mart Louisiana, LLC, Wal-Mart Stores Texas, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Puerto Rico, Inc. (hereafter jointly "Walmart") in the above-captioned case and present a limited objection to *Second Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts, (II) Authorizing the Abandonment of Certain Personal Property, Each Effective as of the Rejection Date, and (III) Granting Related Relief* [herein referred to as the 2nd Rejection Motion"].

The 2nd Rejection Motion lists 6 locations of stores leased to Debtor Claire's Boutiques, Inc., as part of a Master Lease Agreement between Walmart Stores, Inc. and several of its affiliates. The locations are identified by the following location numbers:

- 1931 W. Morton Ave., 120, Jacksonville, IL (#54)
- 250 Hartford Ave., 0, Bellingham, MA (#40)
- 3040 Battlefield Pkwy, 110. Fort Oglethorpe, GA (#43)
- 1001 Shiloh Glenn Dr., 130, Morrisville, NC (#45)
- 320 E. Hanes Mill Rd., 0, Winston-Salem, NC (#87)
- 550 W. Honeysuckle Ave., 0, Hayden, ID (#105)

When the 2nd Rejection Motion was received by Walmart, an effort was made to identify if these locations (out of 207 locations) were still operating or had closed and turned over all keys to the store manager. As of September 2, 2025, at least 3 of the locations were still operating, although

one had posted a "going out of business" sign at its locations.

Therefore, based on the information gathered to date, Walmart must object to the effective date of August 31, 2025, for these rejections. The actual date of turnover of the premises should be set as the "effective date" of any such rejection.

Furthermore, as all locations are governed by the Master Lease Agreement, this objection is made without waiver of Walmart's right to declare a material breach of that entire agreement due to the terms of the 2nd Rejection Motion.

Hopefully, after more information is obtained, a true rejection date can be established for these six locations. In the meantime, all rents due on these locations (which are based on sales reports the Debtors must remit), shall remain asserted as administrative expenses due to Walmart.

Dated:  September 15, 2025.

                                                Respectfully Submitted,

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
**SAUL EWING LLP**
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19800
Phone: (302) 421-6840
Email: mark.minuti@saul.com

-and-

Lyndel Anne Vargas (admitted *pro hac vice*)
Texas State Bar No. 24058913
**CAVAZOS HENDRICKS POIROT, P.C.**
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

**ATTORNEYS FOR WAL-MART STORES EAST, LP** *and affiliates*