## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | Case No. 25-25-11454 (BLS) |
| Debtors. | (Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 8, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Certification of Counsel Regarding Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports and (II) Granting Related Relief [Docket No. 344]**

- **Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports and (II) Granting Related Relief [Docket No. 365]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of these filings was served on the following parties attached hereto as **Exhibit B** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

Dated: September 16, 2025

_____

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 16th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# <u>EXHIBIT A</u>

**Exhibit A**

**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Collin County, Collin College, City of Plano, City of McKinney, City of Sherman, City of Paris and Paris Junior College | Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez<br>Attn: Emily M Hahn<br>1700 Redbud Blvd, Ste. 300<br>McKinney, TX 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | Email |
| Committee of Unsecured Creditors | Accellor Inc | Attn: Amit Guha,<br>42808 Christy St, Ste 216<br>Fremont, CA 94538 | | First Class Mail |
| Top 30 Largest | Accellor Inc | Attn: Pallaw Sharma, CEO<br>42808 Christy St, Ste 216<br>Fremont, CA 94538 | | First Class Mail |
| Top 30 Largest | Algonomy Software | Attn: Atul Jalan, CEO<br>40/4 Lavelle Rd<br>Bangalore, 560001<br>India | ATUL.JALAN@ALGONOMY.COM | Email |
| Trade Payable | Algonomy Software | Attn: Atul Jalan, CEO<br>40/4 Lavelle Rd<br>Bangalore, 560001<br>India | | First Class Mail |
| Priority Term Loan Agent | Ankura Trust Co, LLC | Attn: Ryan M Roy & Beth Micena<br>140 Sherman St, 4th Fl<br>Fairfield, CT 06824 | | First Class Mail |
| Existing Term Loan Agent: | Ankura Trust Co, LLC | Attn: Ryan M Roy & Beth Micena<br>140 Sherman St, 4th Fl<br>Fairfield, CT 06824 | | First Class Mail |
| Priority and Existing Term Loan Agent | Ankura Trust Company, LLC | Attn: Beth Micena<br>140 Sherman St, 4th Fl<br>Fairfield, CT 06824 | Beth.Micena@ankura.com | Email |
| Priority and Existing Term Loan Agent | Ankura Trust Company, LLC | Attn: Ryan M Roy<br>140 Sherman St, 4th Fl<br>Fairfield, CT 06824 | Ryan.Roy@ankura.com | Email |
| *NOA - Counsel for Mall St. Vincent (Mall St. Vincent Realty Holding LLC), Rolling Oaks Mall (Rolling Oaks Mall Realty Holding LLC), Triangle Town Center (Triangle Town Center Realty Holding LLC), River Hills Mall (River Hills Mall Realty Holding LLC), Emerald Square Mall (Emerald Square Mall Realty Holding LLC), Garsden Mall (Gardsen Realty Holding LLC), Birchwood Mall (Birchwood Mall Realty Holding LLC), Ashville Mall (Ashville Mall Capital Holding LLC), Brass Mill Center (Brass Mill Center Realty Holding LLC), Fashion Square Mall (Fashion Square Mall Holding LLC), Service of Anderson Mall (Anderson Mall Realty Holding LLC), Service of Crossroads Mall (Crossroads Mall Realty Holding LLC), Animas Valley Mall (Animas Valley Mall Realty Holdings LLC), Summit Properties USA. (D'Artiglio, Anthony) | Ansell Grimm & Aaron, PC | Attn: Anthony J D'Artiglio<br>365 Rifle Camp Rd<br>Woodland Park, NJ 07424 | adartiglio@ansell.law | Email |
| Attorneys General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *NOA - Counsel for The Benmoore Construction Group, Inc | Ascendant Law Group LLC | Attn: Lee Harrington<br>2 Dundee Park Dr, Ste 102<br>Andover, MA 01810 | lh@ascendantlawgroup.com | Email |
| *NOA - Counsel for Unsecured Creditor Studex Corp | Ascher & Associates, PC | Attn: Ralph Ascher<br>11022 Acacia Pkwy, Ste D<br>Garden Grove , CA 92840 | ralphascher@aol.com | Email |
| *NOA - Counsel for the State of Michigan Department of Treasury | Assistant Attorney General | Attn: Heather L Donald<br>Cadillac Pl Bldg<br>3030 W Grand Blvd, Ste 10-200<br>Detroit, MI 48202 | donaldh@michigan.gov | Email |
| Top 30 Largest | Aurora World Inc | Attn: Henry Gweon, CEO<br>8820 Mercury Ln<br>Pico Rivera, CA 90660 | HENRY@AURORAGIFT.COM | Email |
| Trade Payable | Aurora World Inc | Attn: Henry Gweon, CEO<br>8820 Mercury Ln<br>Pico Rivera, CA 90660 | | First Class Mail |
| *NOA - Counsel for 3902 Annadale Lane, LP, Belden Mall LLC, Bridgewater Commons Mall II, LLC, Broward Mall LLC, Canton Marketplace Owner LLC, Capital Mall LLC, Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Champlain Centre North LLC, E3 Realty MA Advisors, LLC, Gallatin Mall Group, L.L.C., IPERS Rivergate, Inc., JCC California Properties, LLC, KRE Colonie Owner, LLC, Northpark Mall Limited Partnership, PGIM Real Estate, Pacific QKC Management PR, LLC, Palm Desert Pacific Owner LLC, Park Mall, L.L.C., Plaza West Covina, LP, Poag Shopping Centers, LLC, Southlake Indiana, LLC, South Town Development LLC, StarWest Franklin Park Mall, LLC, Star-West Great Northern Mall LLC, Star-West Parkway Mall LP, The Forbes Company, The Macerich Company, and YTC Mall Owner, LLC | Ballard Spahr LLP | Attn: Dustin P Branch/Nahal Zarnighian<br>Attn: Sara Shahbazi<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com<br>shahbazis@ballardspahr.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Bloomingdale Owner, LLC,  BMA North Village, LLC, Continental Realty Corporation, Federal Realty OP LP, GTM Denton, Ltd, and Pappas Laguna No 2, LP and Broadstone CLE Illinois, LLC and NNN Yulee FL Owner LP, 3902 Annadale Lane, LP, Belden Mall LLC, Bridgewater Commons Mall II, LLC, Broward Mall LLC, Canton Marketplace Owner LLC, Capital Mall LLC, Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Champlain Centre North LLC, E3 Realty MA Advisors, LLC, Gallatin Mall Group, L.L.C., IPERS Rivergate, Inc., JCC California Properties, LLC, KRE Colonie Owner, LLC, Northpark Mall Limited Partnership, PGIM Real Estate, Pacific QKC Management PR, LLC, Palm Desert Pacific Owner LLC, Park Mall, L.L.C., Plaza West Covina, LP, Poag Shopping Centers, LLC, Southlake Indiana, LLC, South Town Development LLC, Star·West Franklin Park Mall, LLC, Star·West Great Northern Mall LLC, Star·West Parkway Mall LP, The Forbes Company, The Macerich Company, and YTC Mall Owner, LLC | Ballard Spahr LLP | Attn: Leslie C Heilman/Laurel D Roglen<br>Attn: Margaret A Vesper/Erin L Williamson<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>williamsone@ballardspahr.com | Email |
| *NOA - Counsel for Broadstone CLE Illinois, LLC and NNN Yulee FL Owner LP | Ballard Spahr LLP | Attn: Craig Solomon Ganz/Michael S Myers<br>Attn: Joel F Newell<br>1 E Washington St, Ste 2300<br>Phoenix, AZ 85004-2555 | ganzc@ballardspahr.com<br>myersm@ballardspahr.com<br>newellj@ballardspahr.com | Email |
| *NOA -Counsel for Brooks Shopping Centers, LLC, DLC Management Corporation, IREIT Flowood Dogwood, LLC, Park West Village Phase I, LLC, Pyramid Management Group, LLC, SVAP II Stones River, LLC, SVAP IV Stone Oak, LLC, Urban Edge Properties, and Westfield, LLC | Barclay Damon LLP | Attn: Kevin M Newman<br>Barclay Damon Tower<br>125 E Jefferson St<br>Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| *NOA -Counsel for Brooks Shopping Centers, LLC, DLC Management Corporation, IREIT Flowood Dogwood, LLC, Park West Village Phase I LLC, Pyramid Management Group, LLC, SVAP II Stones River, LLC, SVAP IV Stone Oak, LLC, Urban Edge Properties, and Westfield, LLC | Barclay Damon LLP | Attn: Scott L Fleischer<br>1270 Avenue of the Americas, Ste 2310<br>New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *NOA -Counsel for Brooks Shopping Centers, LLC, DLC Management Corporation, IREIT Flowood Dogwood, LLC, Park West Village Phase I LLC, Pyramid Management Group, LLC, SVAP II Stones River, LLC, SVAP IV Stone Oak, LLC, Urban Edge Properties, and Westfield, LLC | Barclay Damon LLP | Attn: Niclas A Ferland<br>555 Long Wharf Drive, 6th Fl<br>New Haven, CT 06511 | nferland@barclaydamon.com | Email |
| *NOA - Counsel for PREP Hillside Real Estate LLC, PPG Shadow Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M Capuzzi/Juan E Martinez<br>1313 N Market St, Ste 1201<br>Wilmington, DE 19801 | kcapuzzi@beneschlaw.com<br>jmartinez@beneschlaw.com | Email |
| Top 30 Largest | BPR-FF LLC | Attn: Bruce Flatt, CEO<br>Brookfield Place New York<br>250 Vesey St, 15th Fl<br>New York, NY 10281 | | First Class Mail |
| *Committee of Unsecured Creditors | Brookfield Properties Retail Inc | Attn: Julie Minnick Bowden<br>350 N Orleans St, Ste 300<br>Chicago, IL 60654 | julie.bowden@brookfieldproperties.com | Email |
| *NOA - Counsel for Brookfield Properties Retail Inc., as Direct and Indirect Owner and/or Managing Agent as Landlord for the Debtor | Brookfield Properties Retail Inc., as Agent | Attn: Kristen N Pate<br>350 N Orleans St, Ste 300<br>Chicago, IL 60654-1607 | bk@bpretail.com | Email |
| Top 30 Largest | Brookfield Property Partners LP | Attn: Bruce Flatt, CEO<br>Brookfield Place New York<br>250 Vesey St, 15th Fl<br>New York, NY 10281 | B.FLATT@BROOKFIELD.COM | Email |
| Rent Payable | Brookfield Property Partners LP | Attn: Bruce Flatt, CEO<br>Brookfield Place New York<br>250 Vesey St, 15th Fl<br>New York, NY 10281 | | First Class Mail |
| *NOA - Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Priority and Existing Term Loan Agent | Cahill Gordon & Reindel LLP | Attn: Amit Trehan<br>32 Old Slip<br>New York, NY 10005 | ATrehan@cahill.com | Email |
| Counsel to Priority and Existing Term Loan Agent | Cahill Gordon & Reindel LLP | Attn: Joel Moss<br>32 Old Slip<br>New York, NY 10005 | JMoss@cahill.com | Email |
| Counsel to Priority and Existing Term Loan Agent | Cahill Gordon & Reindel LLP | Attn: Sean Tierney<br>32 Old Slip<br>New York, NY 10005 | STierney@cahill.com | Email |
| *NOA - Counsel for Ankura Trust Company, LLC | Cahill Gordon & Reindel LLP | Attn: Jordan Wishnew/ Amit K Trehan<br>32 Old Slip<br>New York, NY 10005 | jwishnew@cahill.com<br>atrehan@cahill.com | Email |
| Counsel to Existing Term Loan Agent | Cahill Gordon & Reindel LLP | Attn: Joel Moss, Amit Trehan, Sean Tierney<br>32 Old Slip<br>New York, NY 10005 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Counsel to Priority Term Loan Agent | Cahill Gordon & Reindel LLP | Attn: Joel Moss, Amit Trehan, Sean Tierney<br>32 Old Slip<br>New York, NY 10005 | | First Class Mail |
| Top 30 Largest | Centric Beauty LLC | Attn: Jason Rabin, CEO<br>350 5th Ave<br>New York, NY 10118 | JRABIN@CENTRICBRANDS.COM | Email |
| Trade Payable | Centric Beauty LLC | Attn: Jason Rabin, CEO<br>350 5th Ave<br>New York, NY 10118 | | First Class Mail |
| *NOA - Counsel for Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801 | desgross@chipmanbrown.com | Email |
| *NOA - Counsel for Exegistics, Inc. | Clark Hill PLC | Attn: Kevin H Morse<br>130 E Randolph St, Ste 3900<br>Chicago, IL 60616 | kmorse@clarkhill.com | Email |
| *NOA - Counsel for Vestar/Kimco Tustin, L.P., Silverado Ranch Plaza LLC, Vestar DRM-Opco, L.L.C., Vestar CPT Tempe Marketplace, LLC, TPP Orchard Property, LLC, VORH Associates LLC, and Green Oak Village I LLC | Clark Hill PLC | Attn: Audrey L Hornisher/Tara L Bush<br>901 Main St, Ste 6000<br>Dallas, TX 75202 | ahornisher@clarkhill.com<br>tbush@clarkhill.com | Email |
| *NOA - Counsel for Vestar/Kimco Tustin, L.P., Silverado Ranch Plaza LLC, Vestar DRM-Opco, L.L.C., Vestar CPT Tempe Marketplace, LLC, TPP Orchard Property, LLC, VORH Associates LLC, Green Oak Village I LLC, & Exegistics, Inc | Clark Hill PLC | Attn: Karen M Grivner<br>824 N Market St, Ste 710<br>Wilmington, DE 19801 | kgrivner@clarkhill.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Justin R Alberto/Stacy L Newman<br>Attn: Michael E Fitzpatrick/Melissa M Hartlipp<br>500 Delaware Ave, Ste 600<br>Wilmington, DE 19801 | jalberto@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>mhartlipp@coleschotz.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Seth Van Aalten/Sarah A Carnes<br>1325 Ave of the Americas, 19th Fl<br>New York, NY 10019 | svanaalten@coleschotz.com<br>scarnes@coleschotz.com | Email |
| *NOA - Counsel for JMCR Sherman, LLC | Condon Tobin Sladek Sparks Nerenberg, PLLC | Attn: Jeff Carruth<br>8080 Park Ln, Ste 700<br>Dallas, TX 75231 | jcarruth@condontobin.com | Email |
| *NOA - Counsel for County of Loudoun, Virginia | County of Loudoun, Virginia | Attn: Tina Estevao, Senior Assistant County<br>1 Harrison , St E, 5th Fl<br>P.O. Box 7000<br>Leesburg, VA 20177-7000 | tina.estevao@loudoun.gov | Email |
| Governmental Agencies | Delaware Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | First Class Mail |
| Governmental Agencies | Delaware State Treasury | 820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel to NorthPark Partners, LP | Duane Morris LLP | Attn: Drew S McGehrin<br>1201 N Market S, Ste 501<br>Wilmington, DE 19801 | DSMcGehrin@duanemorris.com | Email |
| *NOA - Counsel to NorthPark Partners, LP | Duane Morris LLP | Attn: James H Billingsley<br>100 Crescent Ct, Ste 1200<br>Dallas, TX 75201 | JBillingsley@duanemorris.com | Email |
| *NOA - Counsel for  Algonquin I, LLC, Weatherford I, LLC, and Span, LLC | Ervin Cohen & Jessup LLP | Attn: Byron Z Moldo<br>9401 Wilshire Blvd, 12th Fl<br>Beverly Hills, CA 90212 | bmoldo@ecjlaw.com | Email |
| Top 30 Largest | Exegistics, Inc | Attn: Stephen Olds, President<br>3710 River Rd, Ste 100<br>Franklin Park, IL 60131 | STEPHEN.OLDS@EXEGISTICS.COM | Email |
| Trade Payable | Exegistics, Inc | Attn: Stephen Olds, President<br>3710 River Rd, Ste 100<br>Franklin Park, IL 60131 | | First Class Mail |
| *NOA - Counsel for United Parcel Service, Inc. | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A Jackson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801 | patrick.jackson@faegredrinker.com | Email |
| *NOA - Counsel for United Parcel Service, Inc. | Faegre Drinker Biddle & Reath LLP | Attn: Michael T Gustafson<br>320 S Canal St, Ste 3300<br>Chicago, IL 60606 | mike.gustafson@faegredrinker.com | Email |
| *NOA - Counsel for United Parcel Service, Inc. | Faegre Drinker Biddle & Reath LLP | Attn: Maria J Cho<br>1800 Century Park E, Ste 1500<br>Los Angeles, CA 90067 | Maria.cho@faegredrinker.com | Email |
| *NOA - Counsel for Canon Financial Services, Inc. | Fleischer, Suglia, Dopke & Domowitch, P.C. | Attn: Nicola G Suglia<br>4 Greentree Ctr<br>601 Rte 73 N, Ste 305<br>Marlton, NJ 08053 | nsuglia@fleischerlaw.com | Email |
| Top 30 Largest | Frontstreet Facility Solutions | Attn: Thomas J Hutzel, CEO<br>4170 Veterans Memorial Hwy<br>Bohemia, NY 11716 | THUTZEL@FRONTSTREETFS.COM | Email |
| Trade Payable | Frontstreet Facility Solutions | Attn: Thomas J Hutzel, CEO<br>4170 Veterans Memorial Hwy<br>Bohemia, NY 11716 | | First Class Mail |
| *NOA - Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | Attn: Ronald E Gold/Erin P Severini<br>Attn: Joy D Kleisinger<br>3300 Great American Twr<br>301 E 4th St<br>Cincinnati, OH 45202 | rgold@fbtlaw.com;<br>eseverini@fbtlaw.com;<br>jkleisinger@fbtlaw.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Top 30 Largest | Google Inc | Attn: Sundar Pichai, CEO<br>1600 Amphitheatre Pkwy<br>Mtn View, CA 94043 | SUNDAR@GOOGLE.COM | Email |
| Trade Payable | Google Inc | Attn: Sundar Pichai, CEO<br>1600 Amphitheatre Pkwy<br>Mtn View, CA 94043 | | First Class Mail |
| Top 30 Largest | Grant Thornton LLP | Attn: Ron Messenger, CEO<br>171 N Clark St, Ste 200<br>Chicago, IL 60601 | RON.MESSENGER@US.GT.COM | Email |
| Trade Payable | Grant Thornton LLP | Attn: Ron Messenger, CEO<br>171 N Clark St, Ste 200<br>Chicago, IL 60601 | | First Class Mail |
| *NOA - Counsel for American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Joseph R Russo, Jr/Joe AC Fulcher<br>Attn: Tara B Annweiler/Jennifer J Nobley<br>1 Moody Plz, 18th Fl<br>Galveston, TX 77550 | tannweiler@greerherz.com | Email |
| *NOA - Counsel for Kahala Center Company | Hanson Bridgett LLP | Attn: Nancy J Newman<br>425 Market St, 26th Fl<br>San Francisco, CA 94105 | nnewman@hansonbridgett.com | Email |
| *NOA - Counsel for GRI Natomas, LLC | Harvest LLP | Attn: Jamie Altman Buggy<br>10940 Wilshire Blvd, Ste 1600<br>Los Angeles, CA 90024 | jbuggy@harvestllp.com | Email |
| Top 30 Largest | Heritage Candy Co, Inc | Attn: David Kolinsky, President<br>6923 Woodley Ave<br>Van Nuys, CA 91406 | DAVID@HERITAGECANDY.COM | Email |
| Trade Payable | Heritage Candy Co, Inc | Attn: David Kolinsky, President<br>6923 Woodley Ave<br>Van Nuys, CA 91406 | | First Class Mail |
| *NOA - Counsel for RL Miami LP | Holland & Knight LLP | Attn: Andrew B Hellinger<br>1420 NW N River Dr, Ste 430<br>Miami, FL 33125 | ahellinger@h-plegal.com | Email |
| *NOA - Counsel for Plaza las Americas, Inc. and Plaza del Caribe, S.E.and RL Miami LP | Holland & Knight LLP | Attn: Joaquin J Alemany<br>701 Brickell Ave, Ste 3300<br>Miami, FL 33131 | joaquin.alemany@hklaw.com | Email |
| *NOA - Counsel for Bellevue Square, LLC and Bellevue Square Merchants' Association | Illuminate Law Group | Attn: Brian M Muchinsky<br>10500 NE 8th St, Ste 850<br>Bellevue, WA 98004 | bmuchinsky@illuminatelg.com | Email |
| Top 30 Largest | Inspired Thinking | Attn: Andrew Swinand, CEO<br>171 N Aberdeen St, Ste 400<br>Chicago, IL 60607 | ANDREWSWINAND@INSPIREDTHINKING.GROUP | Email |
| Trade Payable | Inspired Thinking | Attn: Andrew Swinand, CEO<br>171 N Aberdeen St, Ste 400<br>Chicago, IL 60607 | | First Class Mail |
| *Committee of Unsecured Creditors | Inspired Thinking Group (US) Inc | Attn: Craig Allardice<br>171 N Aberdeen St, Ste 400<br>Chicago, IL 60607 | craigallardice@inspiredthinking.group | Email |
| Taxing Authorities | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | | First Class Mail |
| Taxing Authorities | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| ABL Agent | JPMorgan Chase Bank, N.A. | Attn: John Morrone<br>10 S Dearborn St, Fl 09<br>Chicago, IL 60603 | john.morrone@jpmorgan.com | Email |
| ABL Agent | JPMorgan Chase Bank, NA | Attn: John Morrone<br>10 S Dearborn St, 9th Fl<br>Chicago, IL 60603 | | First Class Mail |
| *NOA - Counsel for 5Rivers CRE, LLC, Brixmor Property Group, Brookfield Properties Retail, Inc., Hines Global REIT, Jones Lang LaSalle, Kite Realty Group, Regency Centers, LP, SITE Centers Corp. and Turnberry Associates. | Kelley Drye & Warren LLP | Attn: Robert L LeHane/Jennifer D Raviele<br>Attn: Katherine Cavins/Tamara P Zapata<br>3 World Trade Center<br>175 Greenwich St<br>New York, NY 10007 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>kcavins@kelleydrye.com<br>tzapata@kelleydrye.com | Email |
| Top 30 Largest | Kojac Fashion Accessories Ltd | Attn: Sam Malde, CEO<br>Fora Spitalfields<br>42-46 Princelet St<br>London, E1 5LP<br>United Kingdom | SAM@KOJAC.CO.UK | Email |
| Trade Payable | Kojac Fashion Accessories Ltd | Attn: Sam Malde, CEO<br>Fora Spitalfields<br>42-46 Princelet St<br>London, E1 5LP<br>United Kingdom | | First Class Mail |
| *NOA - Counsel for PREIT Services, LLC | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman<br>101 N Washington Ave, Ste 4A<br>Margate, NJ 08402 | kurtzman@kurtzmansteady.com | Email |
| *NOA - Counsel for High IntenCity Corp | Landis Rath & Cobb LLP | Attn: Colin R Robinson/Katherine S Dute<br>919 Market St, Ste 1800<br>Wilmington, DE 19801 | robinson@lrclaw.com<br>dute@lrclaw.com | Email |
| *NOA - Cousnel for Gemini Alto Centerville Partners, LLC | Lathrop GPM LLP | Attn: Stephen K Dexter<br>675 15th St, Ste 2650<br>Denver, CO 80202 | stephen.dexter@lathropgpm.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Simon Property Group, L.P. ("Landlord")and SRivers CRE, LLC, Brixmor Property Group, Brookfield Properties Retail, Inc., Hines Global REIT, Jones Lang LaSalle, Kite Realty Group, Regency Centers, LP, SITE Centers Corp. and Turnberry Associates and Kahala Center Company, | Law Office of Susan E. Kaufman, LLC | Attn: Susan E Kaufman 919 N Market St, Ste 460 Wilmington, DE 19801 | skaufman@skaufmanlaw.com | Email |
| *NOA - Counsel for 20101 Pacifc Castle Rancho LLC | Law Offices of Ronald K Brown, Jr, APC | Attn: Ronald K Brown, Jr 901 Dove St, Ste 120 Newport Beach, CA 92660 | Ron@rkbrownlaw.com | Email |
| Top 30 Largest | Lennox Industries, Inc | Attn: Alok Maskara, CEO 2140 Lake Park Blvd Richardson, TX 75080 | ALOK.MASKARA@LENNOX.COM | Email |
| Trade Payable | Lennox Industries, Inc | Attn: Alok Maskara, CEO 2140 Lake Park Blvd Richardson, TX 75080 | | First Class Mail |
| *NOA - Cousnel for Cypress Equities Managed Partners, LP, Bassett Place Real Estate Company, LLC, Bayshore Shopping Center Property Owner LLC,  and Cypress Flagstaff Mall LP | Liechty, Mcginnis, Berryman & Bowen, LLP | Attn: Daniel B Denny 11910 Greenville Ave, Ste 400 Dallas, TX 75243 | ddenny@lmlawyers.com | Email |
| *NOA - Counsel for Bexar County, City of El Paso, City of Eagle Pass, and Eagle Pass ISD and ECTOR CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker 112 E Pecan St, Ste 2200 San Antonio, TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Nueces County, Cameron County, Hidalgo County, City of Mcallen, Mclennan County, Victoria County and San Marcos CISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders PO Box 17428 Austin, TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Parker Cad Tarrant County Tom Green Cad Lamar Cad Rockwall Cad Ellis County Grayson County Gregg County Northwest Isd Allen Isd Prosper Isd City Of Allen Town Of Prosper Dallas County Lewisville Isd City Of Roanoke Smith County and City of Frisco and Irving ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner 3500 Maple Ave Ste 800 Dallas, TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| *NOA - Counsel to Cypress-Fairbanks ISD; Harris - Fort Bend ESD # 100; City of Houston; Houston ISD; Fort Bend County; Montgomery County; Lone Star College System; Houston Comm Coll System; Jefferson County; Orange County; Harris Co ESD # 09; City of Humble; City of Pasadena; Galveston County | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 Houston, TX 77253 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Atlantic Specialty Insurance Company | Manier & Herod, PC | Attn: Scott C Williams/ S Marc Buchman 1201 Demonbreun St, Ste 900 Nashville, TN 37203 | swilliams@manierherod.com; mbuchman@manierherod.com | Email |
| *NOA - Counsel for Tax Appraisal District of Bell County, Brazos County, Bowie Central Appraisal District, City of Westworth Village, Denton County, Hays County, Midland Central Appraisal District, Pine Tree Independent School District, City of Selma, Central Appraisal District of Taylor County, City of Waco/Waco Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons P.O. Box 1269 Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Mcdermott Will & Schulte LLP | Attn: Darren Azman/Kristin K Going Attn: Stacy A Lutkus/Alexander H Southwell Attn: Monica Asher 1 Vanderbilt Ave New York, NY, 10017 | dazman@mwe.com; kgoing@mwe.com; salutkus@mwe.com; asouthwell@mwe.com; masher@mwe.com | Email |
| NOA - Counse for Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum , P.A. | Attn: Nicole C Kenworthy 6801 Kenilworth Ave, Ste 400 Riverdale , MD 20737-1385 | | First Class Mail |
| Top 30 Largest | Microsoft Corp | Attn: Satya Nadella, CEO 1 Microsoft Way Redmond, WA 98052 | SATYAN@MICROSOFT.COM | Email |
| Trade Payable | Microsoft Corp | Attn: Satya Nadella, CEO 1 Microsoft Way Redmond, WA 98052 | | First Class Mail |
| *NOA - Counsel for 100 Cambridgeside Owner, LLC, New Westgate Mall, LLC and Ned Altoona, LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Shannah L Colbert/Joseph H Baldiga 1800 W Park Dr, Ste 400 Westborough, MA 01581 | scolbert@miricklaw.com jbaldiga@miricklaw.com | Email |
| *NOA - Counsel for 100 Cambridgeside Owner, LLC, New Westgate Mall, LLC and Ned Altoona, LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey 100 Front St Worcester, MA 01608 | pcarey@miricklaw.com | Email |
| *NOA - Counsel for Tanger Management, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S Miller Attn: Echo Yi Qian 1201 N Market St, 16th Fl Wilmington, DE 19801 | cmiller@morrisnichols.com; eqian@morrisnichols.com | Email |
| *NOA - Counsel for Ankura Trust Company, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C Abbott/Scott D Jones 1201 N Market St, 16th Fl Wilmington, DE 19801 | dabbott@morrisnichols.com; sjones@morrisnichols.com | Email |
| Attorneys General | Office of the Attorney General | Attn: Aaron D Ford Old Supreme Court Bldg 100 N Carson St Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Kris Mayes 2005 N Central Ave Phoenix, AZ 85004 | AGInfo@azag.gov | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108 | ago@state.ma.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Dan Rayfield<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorneys General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Derek Brown<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorneys General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorneys General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorneys General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Office of the Attorney General | Attn: Nick Brown<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorneys General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |
| Attorneys General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorneys General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: James Uthmeier<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Russell Coleman<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Raul Torrez<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Liz Murrill<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorneys General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorneys General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Ryan Schelhaas, Acting AG<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Lourdes Lynnette Gomez Torres<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | First Class Mail |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | | First Class Mail |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Nick Brown<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dan Rayfield<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Derek Brown<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | | First Class Mail |
| *NOA - Counsel for the State of Indiana | Office of the Attorney General of Indiana | Attn: Heather M Crockett<br>302 W Washington St, IGCS-5th Fl<br>Indianapolis, IN 46204 | Heather.Crockett@atg.in.gov | Email |
| US Trustee | Office of the U.S. Trustee | For the District of Delaware<br>Attn: Benjamin Hackman<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | benjamin.a.hackman@usdoj.gov | Email |
| US Trustee | Office of the U.S. Trustee | For the District of Delaware<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | | First Class Mail |
| US Attorney | Office of the United States Attorney | For the District of Delaware<br>1313 N Market St<br>P.O. Box 2046<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel for Kimco Realty Corporation | Offit Kurman, P.A. | Attn: Brian J. McLaughlin<br>222 Delaware Ave, Ste 1105<br>Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| Top 30 Largest | Optiv Security Inc | Attn: Kevin Lynch, CEO<br>1144 15th St, Ste 2900<br>Denver, CO 80202 | KEVIN.LYNCH@OPTIV.COM | Email |
| Trade Payable | Optiv Security Inc | Attn: Kevin Lynch, CEO<br>1144 15th St, Ste 2900<br>Denver, CO 80202 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Top 30 Largest | Ovative Group, LLC | Attn: Dale Nitschke, CEO<br>224 N Desplaines St, Ste 200<br>Chicago, IL 60661 | DALE.NITSCHKE@OVATIVE.COM | Email |
| Trade Payable | Ovative Group, LLC | Attn: Dale Nitschke, CEO<br>224 N Desplaines St, Ste 200<br>Chicago, IL 60661 | | First Class Mail |
| *NOA - Counsel for Elliott Investment Management L.P. and Monarch Alternative Capital LP,(collectively, "Elliott and Monarch") | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones/Jeffrey H Davidson<br>Attn: Gabriel I Glazer/Edward A Corma<br>919 N Market St, 17th Fl<br>Wilmington, DE 19801 | ljones@pszjlaw.com;<br>jdavidson@pszjlaw.com;<br>gglazer@pszjlaw.com;<br>ecorma@pszjlaw.com | Email |
| *NOA - Counsel for AWS Claire's, LLC | Paul Hastings, LLP | Attn: Alan M Noskow<br>2050 M Street NW<br>Washington, DC 20036 | alannoskow@paulhastings.com | Email |
| *NOA - Counsel for AWS Claire's, LLC | Paul Hastings, LLP | Attn: Lindsey Henrikson<br>71 S Wacker Dr, Ste 4500<br>Chicago, IL 60606 | lindseyhenrikson@paulhastings.com | Email |
| *NOA - Counsel for Kerrville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Sergio E Garcia<br>3301 Northland Dr, Ste 505<br>Austin, TX 78731 | sgarcia@pbfcm.com | Email |
| *NOA - Counsel for Alief Independent School District, Harris County Municipal Utility District # 120, Clear Creek Independent School District, City Of Houston, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Humble Independent School District, Spring Branch Independent School District, City of Houston, San Jacinto Community College District and Pasadena Independent School District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| *NOA - Counsel for Brownsville Independent School District Mercedes Independent School District City of Mercedes | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Hiram Gutierrez<br>P.O. Box 2916<br>McAllen, TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| *NOA - Counsel for City of Burleson, Burleson ISD, Palo Pinto County,<br>City of Mineral Wells, Mineral Wells ISD, City of Grapevine, Grapevine-Colleyville JSD Eagle Mountain-Saginaw ISD | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo<br>500 E Border St, Ste 640<br>Arlington, TX 76010 | ebcalvo@pbfcm .com | Email |
| *NOA - Counsel for City of Garland, Garland ISD,City of Highland VillageFrisco ISO, Plano ISO | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D Reece<br>1919 S Shiloh Rd , Ste 640 , LB 40<br>Garland , TX 75042 | lreece@pbfcm.com | Email |
| *NOA - Counsel for Taxing Districts Collected by Potter County, Taxing Districts Collected by Randall County, Lubbock Central Appraisal District, Midland County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo, TX 79105 | acordova@pbfcm.com<br>amabkr@pbfcm.com | Email |
| *NOA - Counsel for Wichita County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Mollie Lerew<br>P. O. Box 8188<br>Wichita Falls, TX 76307 | mlerew@pbfcm.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W Ryan/L Katherine Good<br>Attn: Sameen Rizvi/Ethan H Sulik<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | jryan@potteranderson.com;<br>kgood@potteranderson.com;<br>srizvi@potteranderson.com;<br>esulik@potteranderson.com | Email |
| Top 30 Largest | Premium Outlet Partners, LP | Attn: David Simon, CEO<br>60 Columbia Rd, Bldg B<br>Morristown, NJ 07960 | | First Class Mail |
| Rent Payable | Premium Outlet Partners, LP | Attn: David Simon, CEO<br>60 Columbia Rd, Bldg B<br>Morristown, NJ 07960 | | First Class Mail |
| Top 30 Largest | Premium Retail Services LLC | Attn: Ron Travers, CEO<br>618 Spirit Dr<br>Chesterfield, MO 63005 | RTRAVERS@PREMIUMRETAIL.COM | Email |
| Trade Payable | Premium Retail Services LLC | Attn: Ron Travers, CEO<br>618 Spirit Dr<br>Chesterfield, MO 63005 | | First Class Mail |
| *NOA - Counsel for Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Twr, Ste 2506<br>7 Times Square<br>New York, NY 10036 | sfox@riemerlaw.com | Email |
| Governmental Agencies | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Governmental Agencies | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| Top 30 Largest | Simon Property Group LP | Attn: David Simon, CEO<br>225 W Washington St<br>Indianapolis, IN 46204 | DAVID.SIMON@SIMON.COM | Email |
| *NOA - Counsel for Simon Property Group, L.P. ("Landlord") | Simpon Property Group, L.P. | Attn: Catherine M Martin<br>225 W Washington St<br>Indianapolis, IN 46204-3438 | cmartin@simon.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Simpson Thacher & Bartlett LLP | Attn: Elisha D Graff/Zachary Weiner<br>Attn: Sean Lee<br>425 Lexington Ave<br>New York, NY 10017 | egraff@stblaw.com;<br>zachary.weiner@stblaw.com;<br>sean.lee@stblaw.com | Email |
| Counsel to ABL Agent | Simpson Thacher & Bartlett LLP | Attn: Brandan Still, Zachary Weiner<br>Attn: Elisha D Graff, Sean Lee<br>600 Travis St<br>Houston, TX 77002 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Bridge33 Capital LLC & Counsel for RED Development, LLC ("RED") | Singer & Levick, P.C. | Attn: Michelle E Shriro 16200 Addison Rd, Ste 140 Addison, TX 75001 | mshriro@singerlevick.com | Email |
| *Committee of Unsecured Creditors | Studex Corp | Attn: Vladimir Reil 512 W Rosecrans Ave Gardena, CA 90248-1514 | vladimir@studex.com | Email |
| Top 30 Largest | Studex Corp | Attn: Jody Nicholas, Director 521 W Rosecrans Ave Gardena, CA 90248 | JODY@CLINICALHEALTHUSA.COM | Email |
| Trade Payable | Studex Corp | Attn: Jody Nicholas, Director 521 W Rosecrans Ave Gardena, CA 90248 | | First Class Mail |
| *Committee of Unsecured Creditors | Tanger Management, LLC | Attn: Dan Seabaugh 3200 Northline Ave, Ste 360 Greensboro, NC 27408 | dan.seabaugh@tanger.com | Email |
| Top 30 Largest | Tanger Properties Ltd | Attn: Stephen Yalof, President & CEO 3200 Northline Ave, Ste 360 Greensboro, NC 27408 | SY@TANGER.COM | Email |
| Rent Payable | Tanger Properties Ltd | Attn: Stephen Yalof, President & CEO 3200 Northline Ave, Ste 360 Greensboro, NC 27408 | | First Class Mail |
| *NOA - Counsel for the Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") | Texas Attorney General's Office | Attn: Kimberly A Walsh Bankruptcy & Collections Division PO Box 12548 Austin, TX 78711-2548 | kimberly.walsh@oag.texas.gov | Email |
| Top 30 Largest | The Benmoore Const Group | Attn: Jeffrey Pittel, CEO 87 Old River St Hackensack, NJ 07601 | JEFFP@BENMOORECONSTRUCTION.COM | Email |
| Trade Payable | The Benmoore Const Group | Attn: Jeffrey Pittel, CEO 87 Old River St Hackensack, NJ 07601 | | First Class Mail |
| Top 30 Largest | The Creme Shop | Attn: Olive Kim, CEO 819 S Gladys Ave Los Angeles, CA 90021 | OLIVE.KIM@THECREMESHOP.COM | Email |
| Trade Payable | The Creme Shop | Attn: Olive Kim, CEO 819 S Gladys Ave Los Angeles, CA 90021 | | First Class Mail |
| Top 30 Largest | The Macerich Co | Attn: Jackson Hsieh, President & CEO 401 Wilshire Blvd, Ste 700 Santa Monica, CA 90401 | JACKSON.HSIEH@MACERICH.COM | Email |
| Rent Payable | The Macerich Co | Attn: Jackson Hsieh, President & CEO 401 Wilshire Blvd, Ste 700 Santa Monica, CA 90401 | | First Class Mail |
| Top 30 Largest | The Retail Property Trust | Attn: David Simon, CEO 225 W Washington St Indianapolis, IN 46204 | DAVID.SIMON@SIMON.COM | Email |
| Rent Payable | The Retail Property Trust | Attn: David Simon, CEO 225 W Washington St Indianapolis, IN 46204 | | First Class Mail |
| *NOA - Counsel for River Ridge Mall JV LLC and Corpus Christi Retail Venture LP | Thompson Hine LLP | Attn: Louis F Solimine 312 Walnut St, Ste 2000 Cincinnati, OH 45202-4029 | Louis.Solimine@ThompsonHine.com | Email |
| *NOA - Counsel for Tennessee Attorney General - Consumer Division | TN Attorney General's Office, Bankruptcy Division | Attn: Laura L McCloud P O Box 20207 Nashville, TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |
| *NOA - Counsel for Travis County | Travis County | Attn: Jason A Starks P.O. Box 1748 Austin, TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| Top 30 Largest | United Techno Solutions Inc | Attn: Moorthy Subbiah, CEO 4900 Hopyard Rd, Ste 100 Pleasanton, CA 94588 | THANDAV@UNITEDTECHNO.COM | Email |
| Trade Payable | United Techno Solutions Inc | Attn: Moorthy Subbiah, CEO 4900 Hopyard Rd, Ste 100 Pleasanton, CA 94588 | | First Class Mail |
| Top 30 Largest | UPS Supply Chain Solutions Inc | Attn: Carol B Tomé, CEO 12380 Morris Rd Alpharetta, GA 30005 | CTOME@UPS.COM | Email |
| Trade Payable | UPS Supply Chain Solutions Inc | Attn: Carol B Tomé, CEO 12380 Morris Rd Alpharetta, GA 30005 | | First Class Mail |
| *NOA - Counsel for West Acres Development LLC | Vogel Law Firm | Attn: Kesha L Tanabe 218 NP Ave P.O. Box 1389 Fargo, ND 58107-1389 | ktanabe@vogellaw.com | Email |
| Top 30 Largest | Walmart Inc | Attn: Carl Douglas Mcmillon, CEO 702 SW 8th St Bentonville, AR 72716 | DOUG.MCMILLON@WALMART.COM | Email |
| Rent Payable | Walmart Inc | Attn: Carl Douglas Mcmillon, CEO 702 SW 8th St Bentonville, AR 72716 | | First Class Mail |
| *NOA - Counsel for Atlantic Specialty Insurance Company | Womble Bond Dickinson (US) LLP | Attn: Lisa Bittle Tancredi 1313 N Market St, Ste 1200 Wilmington, DE 19801 | lisa.tancredi@wbd-us.com | Email |
| Top 30 Largest | Workday, Inc | Attn: Carl Eschenbach, CEO 6110 Stoneridge Mall Rd Pleasanton, CA 94588 | CARL.ESCHENBACH@WORKDAY.COM | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Trade Payable | Workday, Inc | Attn: Carl Eschenbach, CEO<br>6110 Stoneridge Mall Rd<br>Pleasanton, CA 94588 | | First Class Mail |
| *NOA - Counsel for AWS Claire's, LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Joseph Barry/Kara Hammond Coyle<br>Attn: Ashley E Jacobs<br>1000 N King St<br>Wilmington, DE 19801 | jbarry@ycst.com<br>kcoyle@ycst.com<br>ajacobs@ycst.com | Email |
| *Committee of Unsecured Creditors | Yumark Enterprises Corp | Attn: Fanny Cheng<br>14F, No 67, Sec 2, Dunhua S Rd<br>Taipei, 106045 Taiwan | fannycheng@yumark.com.tw | Email |

# **EXHIBIT B**

## Mailing Information for Case 25-11454-BLS

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Derek C. Abbott**  dabbott@mnat.com, derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Justin R. Alberto**  jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **Joaquin Jose Alemany**  joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Tara B. Annweiler**  tannweiler@greerherz.com
- **Ralph Ascher**  richardvergeldedios@gmail.com
- **Darren Azman**  dazman@mwe.com
- **Joseph H. Baldiga**  jbaldiga@miricklaw.com
- **Joseph M. Barry**  bankfilings@ycst.com
- **Karen C. Bifferato**  kbifferato@connollygallagher.com
- **Dustin Parker Branch**  branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com
- **Ronald Brown**  ron@rkbrownlaw.com
- **Jamie Altman Buggy**  jbuggy@harvestllp.com, jkeatingwolk@harvestllp.com,atenreiro@harvestllp.com
- **William J. Burnett**  william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com
- **Kevin M. Capuzzi**  kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Paul W. Carey**  pcarey@miricklaw.com
- **Clint Michael Carlisle**  carlisle@rlf.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Jeffery D. Carruth**  jcarruth@condontobin.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com;jsteele@condontobin.com
- **Shawn M. Christianson**  schristianson@buchalter.com, cmcintire@buchalter.com
- **Shannah L. Colbert**  scolbert@miricklaw.com
- **Edward A. Corma**  ecorma@pszjlaw.com
- **Heather M Crockett**  heather.crockett@atg.in.gov, marie.baker@atg.in.gov
- **Anthony J. D'Artiglio**  ADARTIGLIO@ANSELL.LAW, courtfilings@ansellgrimm.com
- **Daniel J. DeFranceschi**  defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Daniel Blish Denny**  ddenny@mlawyers.com
- **Mark L. Desgrosseilliers**  desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com
- **Stephen Kent Dexter**  stephen.dexter@lathropgpm.com, ellen.mchone@lathropgpm.com
- **Heather L. Donald**  donaldh@michigan.gov
- **Katherine S. Dute**  dute@lrclaw.com, huynh@lrclaw.com;ramirez@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com
- **Radostina Petkova Estevao**  tina.estevao@loudoun.gov
- **Niclas A. Ferland**  nferland@barclaydamon.com
- **Michael E. Fitzpatrick**  mfitzpatrick@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Scott L. Fleischer**  sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com
- **Craig Solomon Ganz**  ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- **Sergio E. Garcia**  austinbankruptcy@pbfcm.com
- **Ronald E Gold**  rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com
- **L. Katherine Good**  kgood@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **Elisha D. Graff**  egraff@stblaw.com
- **Karen M. Grivner**  kgrivner@clarkhill.com, kwebster@clarkhill.com
- **Tara L. Grundemeier**  houston_bankruptcy@lgbs.com
- **Hiram Abif Gutierrez**  edinburgbankruptcy@pbfcm.com
- **Emily Margaret Hahn**  ehahn@abernathy-law.com
- **Lee Harrington**  lh@ascendantlawgroup.com
- **Melissa M. Hartlipp**  MHartlipp@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Leslie C. Heilman**  HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com
- **Lindsey Henrikson**  lindseyhenrikson@paulhastings.com
- **Bradley T. Hunsicker**  bhunsicker@markuswilliams.com, sschaefer@markuswilliams.com;docket@markuswilliams.com
- **Patrick A. Jackson**  Patrick.jackson@faegredrinker.com, cathy.greer@faegredrinker.com
- **Ashley E. Jacobs**  bankfilings@ycst.com
- **Laura Davis Jones**  ljones@pszjlaw.com, efile1@pszjlaw.com
- **Scott Jones**  sjones@morrisnichols.com, scott-jones-8271@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Susan E. Kaufman**  skaufman@skaufmanlaw.com
- **Jeffrey Kurtzman**  kurtzman@kurtzmansteady.com
- **Robert L. LeHane**  KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com
- **Scott J. Leonhardt**  scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com
- **Catherine M. Martin**  cmartin@simon.com, bankruptcy@simon.com
- **Juan E Martinez**  jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Laura L. McCloud**  agbankdelaware@ag.tn.gov
- **Garvan F. McDaniel**  gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
- **Drew McGehrin**  dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com
- **Brian J. McLaughlin**  brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com
- **Colin Meehan**  meehan@rlf.com, rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Curtis S. Miller**  csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Mark Minuti**  mark.minuti@saul.com, robyn.warren@saul.com
- **Byron Z Moldo**  bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Kevin H Morse**  kmorse@clarkhill.com
- **Brian Michael Muchinsky**  bmuchinsky@noldmuchlaw.com, natalie@illuminatelg.com;rkhadivi@illuminatelg.com

- **Michael S. Myers**    myersms@ballardspahr.com
- **Joel F. Newell**    newellj@ballardspahr.com
- **Kevin M. Newman**    knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Nancy J. Newman**    nnewman@hansonbridgett.com
- **Stacy L. Newman**    snewman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Alan M. Noskow**    alannoskow@paulhastings.com
- **Julie Anne Parsons**    jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristen N. Pate**    bk@bpretail.com
- **Echo Yi Qian**    eqian@morrisnichols.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli-2257@ecf.pacerpro.com
- **Reliable Companies**    gmatthews@reliable-co.com
- **Sameen Rizvi**    srizvi@potteranderson.com,
  leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com
- **Colin R. Robinson**    robinson@lrclaw.com, ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com
- **Laurel D. Roglen**    roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Frederick Brian Rosner**    rosner@teamrosner.com, chen@teamrosner.com;dong@teamrosner.com;wang@teamrosner.com
- **Jeremy W. Ryan**    jryan@potteranderson.com,
  bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com
- **Diane W. Sanders**    austin.bankruptcy@publicans.com
- **Cheryl Ann Santaniello**    casantaniello@pbnlaw.com,
  mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;pnbalala@pbnlaw.com;fesanchez@pbnlaw.com
- **Erin Powers Severini**    eseverini@fbtlaw.com
- **Zachary I Shapiro**    shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Michelle E. Shriro**    mshriro@singerlevick.com, scotton@singerlevick.com
- **Louis F. Solimine**    louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com;ecfdocket@thompsonhine.com
- **Jason A. Starks**    BKECF@traviscountytx.gov
- **Don Stecker**    don.stecker@lgbs.com
- **Nicola G. Suglia**    fleischercases@fleischerlaw.com, nsuglia@fleischerlaw.com
- **Ethan H. Sulik**    esulik@potteranderson.com, kmccloskey@potteranderson.com
- **Joshua A Sussberg**    ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com
- **Kesha Tanabe**    ktanabe@vogellaw.com, KESHA.TANABE@GMAIL.COM
- **Lisa Bittle Tancredi**    lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
- **William F. Taylor**    wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com
- **Paige Noelle Topper**    paige.topper@saul.com, cassandra.joyner@saul.com
- **Michael S. Tucker**    mtucker@ubglaw.com
- **John Kendrick Turner**    dallas.bankruptcyr@lgbs.com, Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Melissa E. Valdez**    mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com
- **Margaret A. Vesper**    vesperm@ballardspahr.com
- **Kimberly A. Walsh**    bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Jeffrey R. Waxman**    jwaxman@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Erin L. Williamson**    williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Monica S. Asher**
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY 10017

**James H. Billingsley**
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201

**S. Marc Buchman**
Manier & Herod, P.C.
1201 Demonbreun St.
Ste. 900
Nashville, TN 37203

**Tara L. Bush**
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

**Elizabeth Banda Calvo**
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street
Suite 640
Arlington, TX 76010

**Sarah A. Carnes**
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Katherine M. Cavins**
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Sreet
New York, NY 10007

**Maria J. Cho**
Faegre Drinker Biddle & Reath LLP
1800 Century Park East
Suite 1500
Los Angeles, CA 90067

**John M. Craig**
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

**John M. Craig**
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

**Jeffrey H. Davidson**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

**Steven Fox**
Riemer Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036

**Steven E. Fox**
Riemer & Braunstein LLP
7 Times Sq., Suite 2506, Times Sq. Tower
25th Floor
New York, NY 10036-6524
sfox@riemerlaw.com, dromanik@riemerlaw.com

**Max M Freedman**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Gabriel I Glazer**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
13th Floor
Los Angeles, CA 90067

**Kristin Going**
McDermott, Will & Schulte LLP
One Vanderbilt Avenue
New York, NY 10017

**Jeffrey R. Goldfine**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**L. Katherine Good**
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE 19801

**Joshua Greenblatt**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**Michael T. Gustafson**
Faegre Drinker Biddle & Reath LLP
320 South Canal Street
Suite 3300
Chicago, IL 60606

**Andrew B. Hellinger**
1420 N.W. North River Dr., Ste 430
Miami, FL 33125

**Audrey L. Hornisher**
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

**Rob Jacobson**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Joy Kleisinger**
Frost Brown Todd LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

**Sean L. Lee**
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

**Mollie Lerew**
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 8188
Whichita Falls, TX 76307

**Stacy A Lutkus**
McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, NY 10017

**Melanie MacKay**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Kevin H. Morse**
Clark Hill PLC
130 E. Randolph St., Suite 3900
Chicago, IL 60601

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Prince George's County, Maryland**
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave.
Ste. 400
Riverdale Park, MD 20737

**Jennifer D. Raviele**
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606

**Linda D. Reece**
Perdue, Brandon, Fielder, Collins & Mott
1919 S. Shiloh Road
Suite 310, LB 40
Garland, TX 75042

**Alexandra Schwarzman**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Michael K. Sciaccotta**
Kirkland & Ellis LLP
333 West Wolf Plaza
Chicago, IL 60654

**Sara Shahbazi**
Ballard Spahr LLP
2029 Century Park East, Suite 1400

Los Angeles, CA 90067-2915

**Allyson Smith**
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

**Alexander H. Southwell**
McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, NY 10017

**Taxing Districts Collected by Potter County, Taxing Districts Collected by Randall County, Lubbock Central Appraisal District, Midland County**
Perdue Brandon Fielder Collins & Mott
PO BOX 9132
AMARILLO, TX 79105

**Amit K. Trehan**
Cahill Gordon & Reindell LLP
32 Old Slip
New York, NY 10005

**Kyle Nolan Trevett**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Seth Van Aalten**
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Zachary Weiner**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

**Scott C. Williams**
Manier & Herod, P.C.
1201 Demonbreun Street
Suite 900
Nashville, TN 37203

**Jordan Wishnew**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

**Nahal Zarnighian**
Ballard Spahr LLP
2029 Century Park East
Los Angeles, CA 90067

### Creditor List

Click the link above to produce a complete list of **creditors** only.

### List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.