# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 25-11454 (BLS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION FOR LARNYCE TABRON
## OF THE NEW YORK TIMES

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

RLF1 33609016v.1



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

September 12, 2025

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

9/12/2025, NY/NATL, pg B3

_Larnyce Tabron_

Sworn to me this 16th day of September, 2025

[signature]

Shannon Schmidt
Online Notary Public
State of New York
Nassau County
Commission #: 01SC0033223
Commission Expires: 01/28/2029

[Attached clipping: Notice of Deadlines for the Filing of Proofs of Claim, Including Requests for Payments Under Section 503(b)(9) of the Bankruptcy Code, In re: Claire's Holdings LLC, et al., Case No. 25-11454 (BLS), U.S. Bankruptcy Court for the District of Delaware. General Bar Date: October 6, 2025 at 11:59 p.m. ET; Governmental Bar Date: February 2, 2026 at 11:59 p.m. ET.]

# Inflation Picks Up, Signaling Caution in Fed Rate Cuts



SCOTT McINTYRE FOR THE NEW YORK TIMES

Food prices rose 0.5 percent in August, and 3.2 percent compared with last year. One expert expects the Fed to cut interest rates to a "neutral" setting that neither revs up growth nor reduces it.

FROM FIRST BUSINESS PAGE

cent increase the previous month.

The impact of Mr. Trump's tariffs on the automobile sector also showed through more notably in August, with prices for new and used vehicles rising after several months of more muted gains. The index tracking new vehicles increased 0.3 percent in August and is up 0.7 percent from the same time last year. Prices for used vehicles rose 1 percent and are up 6 percent from a year earlier.

Household furnishings also became more expensive in August, as did clothing. Shelter prices rose 0.4 percent, the largest contributor to the overall monthly increase. Food prices rose 0.5 percent over that same period, and 3.2 percent compared with last year. Coffee prices in particular have jumped significantly: They are up nearly 21 percent from August 2024, and in August alone rose 3.6 percent.

"Tariffs are a tax. It's a regressive tax that is causing a bifurcated retail community where only companies that have decent pricing and high quality are doing well," said Nancy Lazar, chief global economist at the investment bank Piper Sandler. "Weak consumer spending is going to put downward pressure on certain prices."

Policymakers are keeping close tabs on prices across the services sector, which accelerated in July. Price pressures need to stay contained for officials to feel more confident that tariffs will result in only a temporary burst in inflation rather than something more pernicious. Once energy-related items are filtered out, services inflation rose just 0.3 percent in August and are up 3.6 percent year over year.

But the prospect of resurgent inflation is not the only risk the Fed must consider. Monthly job growth slowed sharply this summer, partly because companies decided to hold back from hiring. A steep drop in the supply of available workers stemming from Mr. Trump's immigration restrictions has had a meaningful impact, too. Layoffs remain low, however, and the unemployment rate has stayed relatively stable, at 4.3 percent as of August.

That has resulted in what Jerome H. Powell, the Fed chair, described late last month as a "curious kind of balance" for the labor market, which made it more susceptible to a downturn.

"This unusual situation suggests that downside risks to employment are rising," he said during a speech in August. Mr. Powell used that speech to send his strongest signal yet that the central bank would soon begin lowering borrowing costs. "And if those risks materialize, they can do so quickly in the form of sharply higher layoffs and rising unemployment."

On Thursday, the Labor Department reported that 263,000 people filed for jobless benefits for the first time last week, surpassing expectations. It was the highest number since October 2021.

The Fed will convene next week for its two-day meeting, with its decision on interest rates to be announced on Wednesday. It is broadly expected to lower interest rates by a quarter of a percentage point to a range of 4 percent to 4.25 percent. After September's meeting, officials will gather twice more this year to vote on interest rates.

Jonathan Hill, head of U.S. inflation strategy at Barclays, said he expected the central bank to reduce interest rates in quarter-point increments at consecutive meetings until borrowing costs reached a more "neutral" setting that neither revs up growth nor reduces it. He estimates that to be around 3 percent.

"We just had a big consumption tax from tariffs with a weakening labor market, and we are expecting slowing shelter inflation," he said. "All of that would point toward slowing inflation as we get into 2026, and that's perfectly consistent with the Fed cutting to neutral."

Decisions on interest rates are made by all seven members of the Fed's Board of Governors and by a rotating group of presidents from the 12 regional reserve banks.

Lisa D. Cook, the Fed governor Mr. Trump is trying to oust over allegations she committed mortgage fraud, is poised to attend after a federal judge ruled this week that she could continue serving in her role as she contests the legality of her dismissal. The Trump administration appealed the decision on Wednesday, but it is not clear when the U.S. Court of Appeals for the District of Columbia Circuit will hear the case.

In another twist, the Fed may have a new member by the time of its next vote, with Mr. Trump's pick to replace Adriana D. Kugler, who resigned last month, being fast-tracked through the Senate. The nominee, Stephen Miran, who most recently served as Mr. Trump's top economic adviser, could be voted in as early as Monday despite concerns about his willingness to uphold the central bank's longstanding political independence. He is expected to support a much more substantial reduction in interest rates than a majority of sitting officials. Two other Trump-appointed Fed governors have also split from that group in support of earlier cuts.

Christopher J. Waller and Michelle W. Bowman dissented to the Fed's decision in July to hold interest rates steady and have since urged their colleagues to support lower borrowing costs.

Europe is more concerned that the shifting U.S. trade policy will push the region's inflation too low. The bank forecasts that inflation will be below its 2 percent target in 2026 and '27, in part because a stronger euro makes imports cheaper. But policymakers aren't rushing to react. On Thursday, the central bank held its key interest rate at 2 percent.

"The outlook for inflation remains more uncertain than usual, as a result of the still volatile global trade policy environment," Christine Lagarde, the president of the European Central Bank, said on Thursday.

Traders expect that the E.C.B. is done cutting rates, as the economy shows some resilience and an agreement with the U.S. on tariffs helps ease some uncertainty.

The latest data also comes at a tumultuous time for the agency responsible for releasing it.

The inspector general's office at the Department of Labor said on Wednesday that it was "initiating a review of the challenges that the Bureau of Labor Statistics encounters collecting and reporting closely watched economic data."

In June, the bureau said it was reducing its collection of data on consumer prices, and the agency had stopped gathering data entirely in several areas.

Mr. Trump fired the head of the statistics agency, Erika McEntarfer, weeks earlier after an unexpectedly weak monthly jobs report. He has since nominated E.J. Antoni, a conservative economist, to replace her. Mr. Antoni has not been confirmed by the Senate.

*Ben Casselman and Eshe Nelson contributed reporting.*



**Inflation**
Year-over-year change in the Consumer Price Index

+3.1% excluding food and energy
+2.9% in August



**Monthly changes in August**
Changes from July to August in a selection of categories of the Consumer Price Index, adjusted for seasonality.

| Category | Change |
|---|---|
| Airline fares | +5.9% |
| Motor vehicle maintenance and repair | +2.4 |
| Gasoline (all types) | +1.9 |
| Fruits and vegetables | +1.6 |
| Meats, poultry, fish and eggs | +1.0 |
| Used cars and trucks | +1.0 |
| Tobacco and smoking products | +0.6 |
| Nonalcoholic beverages | +0.6 |
| Alcoholic beverages | +0.6 |
| Apparel | +0.5 |
| **All items** | **+0.4** |
| Food away from home | +0.3 |
| **All items excl. food and energy** | **+0.3** |
| New vehicles | +0.3 |
| Rent of primary residence | +0.3 |
| Physicians' services | +0.3 |
| Electricity | +0.2 |
| Cereals and bakery products | +0.1 |
| Dairy and related products | +0.1 |
| Hospital services | 0 |
| Motor vehicle insurance | 0 |
| Fuel oil | −0.3 |
| Medical care commodities | −0.3 |
| Piped utility gas service | −1.6 |

Source: Bureau of Labor Statistics
KARL RUSSELL/THE NEW YORK TIMES

---

# A New Jolt From a Cup Of Coffee: Tariff Costs

**By SYDNEY EMBER**

Consumers have remained relatively insulated from price increases caused by President Trump's tariffs, as companies, in many cases, have chosen to absorb the higher costs of importing goods rather than pass on the expense.

But many Americans are now getting a daily reminder of the punishing taxes in the form of their morning cup of coffee.

Coffee prices rose 20.9 percent from the same time last year, the largest jump since the 1990s, according to the Consumer Price Index, released on Thursday by the Bureau of Labor Statistics. In August alone, the price of coffee rose 3.6 percent.

The spike was not unexpected. Coffee companies have been dealing with Mr. Trump's tariffs for months, including the blanket 10 percent tariff that has made importing green coffee beans more expensive. But the magnitude of the leap from a year earlier could reflect just how stiff the tariffs on some countries such as Vietnam and Brazil have become under Mr. Trump's volatile trade policy.

Even before the steep tariffs took effect, coffee companies were dealing with issues with the global coffee supply, caused partly by droughts in Vietnam and Brazil, that were pushing up

## 20.9%
Increase in the price of coffee from August 2024.

## $3.75
The price of a cup of drip coffee at Corvo Coffee in New York City. It increased last week from $2.50.

the cost of beans. Some had raised prices earlier to offset the higher global cost of coffee.

Many coffee companies initially tried to absorb the higher costs of the levies, including the blanket 10 percent tariff that was imposed on U.S. trading partners in April.

But with the sky-high tariffs on some coffee-producing countries now in effect, roasteries and coffee shops across the country appear to have run out of room to keep prices low for customers. Mr. Trump, for instance, has imposed tariffs of 50 percent on imports from Brazil, 20 percent on Vietnam and 19 percent on Indonesia.

One coffee shop that has raised prices recently is Corvo Coffee in New York City. In a note to customers explaining its decision, it cited "the rising cost and tariffs."

"We have held off on making this change for as long as possible," the company wrote, "but in order to continue providing you with the same level of quality and reliability, this adjustment is necessary."

Last week, it increased the price of a cup of drip coffee to $3.75 from $2.50.

*Ben Casselman contributed reporting.*

---

# Klarna's Market Debut Shows a Renewed Appetite for I.P.O.s

**By MICHAEL J. de la MERCED**

LONDON — After years of trying, the financial payment company Klarna has gone public, a sign that investors are ready to embrace initial public offerings again after a yearslong lull.

Klarna, best known for its buy-now-pay-later loans, is now worth more than $17 billion, after its shares rose 14 percent in their trading debut on Wednesday.

New listings are regarded as a sign of the health of stock markets and investors' willingness to take on risks like buying into newly public companies.

About 146 companies went public this year, according to the research and investment firm Renaissance Capital, up nearly 54 percent from last year — and double the lows of 2022. Other prominent companies are set to join the public markets as well, including the ticket marketplace StubHub and Gemini, the crypto company founded by the Winklevoss twins.

Klarna's debut on the New York Stock Exchange saw a healthy "pop," what Wall Street calls a strong stock rise on its first day of trading, though it was a fraction of the jumps that other companies enjoyed recently. The stock of the design software company Figma leaped 250 percent in late July; that of Circle, a cryptocurrency issuer, climbed 168 percent on its first day. (Both companies' shares have fallen sharply since then, however.)

The warm reception for Klarna was also seen as a validation of the company, which since its founding 20 years ago has become one of Europe's most prominent home-grown technology companies.



BRENDAN McDERMID/REUTERS
Klarna's chief executive, Sebastian Siemiatkowski, at the New York Stock Exchange on Wednesday.

Founded in Stockholm, Klarna operates in 26 countries and has partnerships with big companies including Walmart, Nike and JPMorgan Chase.

Its revenue has grown steadily in recent years, rising to $2.8 billion in 2024. It also reported $21 million in profit last year from a $244 million loss in 2023.

Klarna remains best known for pay-later financing, typically payments that can be made in installments with no interest charges if they are paid off in time. It has soared in popularity — Americans took out more than $75 billion in such loans in 2023 — and is now available even for DoorDash food deliveries.

Lawmakers and others have shown increasing concern about the rise of pay-later loans, pointing to a rise in late payments. Klarna has acknowledged that its provision for credit losses, or money it sets aside for potential delinquencies, has risen, but its actual losses from such loans remain low.

But Klarna is seeking to move beyond pay-later financing, becoming more of a full-on bank. It offers payment processing for merchants, and it recently introduced a debit card in the United States.

The goal is "a Klarna card in every wallet and Klarna available at every checkout," said Andrew Reed, a partner at the venture capital firm Sequoia Capital, one of the company's biggest shareholders.

The company had sought to go public for years, a quest that had been thwarted several times. Market volatility scuttled its plan to stage an I.P.O. in 2022, forcing Klarna to raise money privately — and accept an 85 percent cut to the $45 billion valuation it had secured the year before.

It then sought to go public earlier this year, but postponed that push after President Trump's tariff fight again whipsawed markets.

The offering on Wednesday yielded big gains for some of Klarna's investors. Sequoia, which was one of the first major backers in the company, has invested about $500 million; its stake is now valued at about $3.4 billion.

And Anders Holch Povlsen, a Danish clothing magnate, holds a stake worth about $1.38 billion, after having sold nearly $300 million worth of stock in the offering.

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: CLAIRE'S HOLDINGS LLC, et al.,¹ Debtors.

Chapter 11, Case No. 25-11454 (BLS) (Jointly Administered)
Re: Docket Nos. 183, 367

NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENTS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE

THE GENERAL BAR DATE IS OCTOBER 6, 2025, AT 11:59 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS FEBRUARY 2, 2026, AT 11:59 P.M. (PREVAILING EASTERN TIME)
THE AMENDED SCHEDULES BAR DATE IS AS DEFINED HEREIN
THE REJECTION DAMAGES BAR DATE IS AS DEFINED HEREIN

PLEASE TAKE NOTICE OF THE FOLLOWING:

**Deadlines for Filing Proofs of Claim.** On September 8, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (Docket No. 367) (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim, including requests for payment under section 503(b)(9) of the Bankruptcy Code, in the chapter 11 cases of the following debtors and debtors in possession (collectively, the "Debtors"): DEBTOR, CASE NO.: Claire's Holdings LLC, 25-11454; BMS Distributing Corp., 25-11455; CBI Distributing Corp., 25-11456; Claire's (Gibraltar) Holdings Limited, 25-11457; Claire's Boutiques, Inc., 25-11458; Claire's Canada Corp., 25-11459; Claire's IntellectualLLC, 25-11460; Claire's Puerto Rico Corp., 25-11461; Claire's Stores, Inc., 25-11462; Claire's Swiss Holdings II LLC, 25-11463; Claire's Swiss Holdings LLC, 25-11464; CLSIP Holdings LLC, 25-11465; CLSIP LLC, 25-11466; CST Canada LLC, 25-11467.

**The Bar Dates.** Pursuant to the Bar Date Order, *all* entities (except governmental units), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors that arose before August 6, 2025 (the "Petition Date"), no matter how remote or contingent such right to payment or equitable remedy may be, *including* requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM by *October 6, 2025, at 11:59 p.m., prevailing Eastern Time* (the "General Bar Date"). Governmental entities who have a claim or potential claim against the Debtors that arose before the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before *February 2, 2026, at 11:59 p.m., prevailing Eastern Time* (the "*Governmental Bar Date*"). All entities who have a claim or potential claim against the Debtors based on the Debtors' rejection of an executory contract or unexpired lease, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on *the later of (i) the General Bar Date or the Governmental Bar Date, as applicable to such claim, and (ii) 11:59 p.m., prevailing Eastern Time, on the date that is 30 days from the date on which the Debtors provide notice of the amendment (the "Amended Schedules Bar Date")*. All entities who have a claim or potential claim against the Debtors based on the Debtors' rejection of an executory contract or unexpired lease pursuant to an order approving the rejection of any executory contract or unexpired lease of the Debtors (i) the effective date of a rejection of any executory contract or unexpired lease of the Debtors pursuant to operation of any Court order (the "*Rejection Claim Bar Date*"). For the avoidance of doubt and notwithstanding anything to the contrary herein, counterparties to unexpired leases of nonresidential real property shall not be required to file a proof of claim with respect to prepetition amounts or claims on account of such rejection unless and until the applicable lease is rejected by the Debtors.

ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE, ON OR BEFORE THE APPLICABLE BAR DATE SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.

**Filing a Proof of Claim.** Each proof of claim must be filed, including supporting documentation, so that the Debtors' notice and claims agent retained in these chapter 11 cases (the "Notice and Claims Agent") *actually receives* such proof of claim on or before the applicable Bar Date, either: (i) electronically through the Online Portal available at https://omniagentsolutions.com/Claires-Claims by clicking on "Submit a Claim" or (ii) by U.S. Mail, overnight mail, or other hand delivery system, at the following address: By First Class Mail, Overnight Courier, or Hand Delivery to: Claire's Holdings LLC Claims Processing, c/o Omni Agent Solutions, Inc., 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367.

**Contents of Proofs of Claim.** Each proof of claim must (i) be written in English; (ii) include a claim amount denominated in United States dollars using, if applicable, the exchange rate as of 5:00 p.m., prevailing Eastern Time, on the Petition Date (and to the extent such claim is converted to United States dollars, state the rate used in such conversion); (iii) clearly identify the Debtor against which the claim is asserted (iv) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 410; (v) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (vi) include as attachments any and all supporting documentation on which the claim is based. *Please note* that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against Claire's Holdings LLC.

**Section 503(b)(9) Requests for Payment.** Any proof of claim asserting a claim arising under section 503(b)(9) of the Bankruptcy Code (i) include the value of the goods delivered to and received by the Debtors in the 20 days before the Petition Date; (ii) attach any documentation identifying the particular invoices for which the 503(b)(9) claim is being asserted; (iii) attach documentation on which the goods were delivered to and received by the Debtors; (iv) documentation of any reclamation demand made to the Debtors under section 546(c) of the Bankruptcy Code (if applicable); and (v) set forth whether any portion of the 503(b)(9) claim was satisfied by payments made by the Debtors pursuant to any order of the Court authorizing the Debtors to pay prepetition claims.

**Additional Information.** If you require additional information regarding the filing of a proof of claim, you may contact the Notice and Claims Agent, by calling the Debtors' restructuring hotline at: (888)-202-5971 (U.S. & Canada) or (747)-293-0183 (International), or writing (i) via first class mail, to Claire's Holdings LLC Claims Processing, c/o Omni Agent Solutions Inc., 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, or (ii) via email to: ClairesInquiries@OmniAgentSolutions.com with a reference to "Claire's Holdings LLC" in the subject line. *Please note* that the Notice and Claims Agent *cannot* offer legal advice or advise whether you should file a proof of claim.

¹ The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5747); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's IntellectualLLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CST Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.