# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) |
| | ) Case No. 25-11454 (BLS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears in the above referenced chapter 11 cases as counsel to Viacom International Inc. ("Viacom"), and pursuant to Rules 2002, 3017, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) request that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

| | |
|---|---|
| Jody C. Barillare, Esq. (#5107) | Stephan E. Hornung |
| Morgan, Lewis & Bockius LLP | Morgan Lewis & Bockius LLP |
| 1201 N. Market Street, Suite 2201 | 101 Park Avenue |
| Wilmington, Delaware 19801 | New York, New York 10178-0060 |
| Telephone: (302) 574-3000 | Telephone: (212) 309-6000 |
| Facsimile: (302) 574-3001 | Facsimile: (212) 309-6001 |
| jody.barillare@morganlewis.com | stephan.hornung@morganlewis.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Viacom including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) Viacom's right to enforce any contractual provision with respect to arbitration; or (v) any other rights, claims, actions, or defenses to which Viacom is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses expressly are reserved.

Dated: September 17, 2025
Wilmington, Delaware

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Jody C. Barillare*
Jody C. Barillare, Esq. (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Tel: 302-574-3000
jody.barillare@morganlewis.com

- and -

Stephan E. Hornung*
101 Park Avenue
New York, New York 10178-0060
Tel: 212-309-6000
stephan.hornung@morganlewis.com

**pro hac vice* motion pending

*Attorneys for Viacom International Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*/s/ Jody C. Barillare, Esq.*
Jody C. Barillare, Esq.