# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*, | ) |
| | ) Case No. 25-11454 (BLS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 and the certification below, counsel hereby moves for the admission *pro hac vice* of Stephan E. Hornung, Esq. to represent Viacom International Inc. in the above-captioned case.

Dated: September 17, 2025

**MORGAN, LEWIS & BOCKIUS LLP**
*/s/ Jody C. Barillare*
Jody C. Barillare, Esq. (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Tel: 302-574-3000
jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: September 17, 2025

*/s/ Stephan E. Hornung*
Stephan E. Hornung
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
Tel: 212-309-6000
stephan.hornung@morganlewis.com