**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | Case No. 25-11454 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF KEVIN RAMIREZ IN SUPPORT OF OBJECTION**
**OF SALESFORCE, INC. TO THE PROPOSED ASSUMPTION OF**
**CERTAIN EXECUTORY CONTRACTS AND CURE COSTS,**
**IN CONNECTION WITH THE SALE AND RESERVATION OF RIGHTS**

I, Kevin Ramirez, declare as follows:

1.      I am the Manager of Global Bad Debt for Salesforce, Inc. (f/k/a salesforce.com, inc.) ("Salesforce"), and I am authorized to execute this Declaration on behalf of Salesforce.  If called to testify, I could and would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.[2]

2.      Salesforce is a Delaware corporation, and, among other activities, it provides on-demand customer relationship management and software application services (collectively, the "Salesforce Services") to Salesforce's business customers (individually, a "Salesforce Customer" and, collectively, "Salesforce Customers").

3.      Salesforce provides the Salesforce Services pursuant to the agreements and orders identified on Exhibit "A" attached hereto (collectively, the "Salesforce Contract") and Exhibit "A" is incorporated by referenced into this declaration as if fully set forth.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2]  Capitalized terms used in this Declaration, but which are not defined herein, shall have the meanings ascribed to them in the Administrative Expense Request filed concurrently herewith unless indicated otherwise.

4.      This declaration is filed in support of the *Objection of Salesforce, Inc. to the Potential Assumption of Certain Executory Contracts and Cure Costs, in Connection with the Sale and Reservation of Rights* (the "Assumption Objection") filed by Salesforce with respect to: (A) the potential assumption and/or assignment of the Salesforce Contract by the Debtors; (B) Salesforce's reservation of rights related to the assumption and/or assignment of the any executory contract (i) to which Salesforce is a counterparty and (ii) is not identified on Exhibit "A" attached to this Declaration) or the *Second Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [D.I. 375] (the "Cure Notice") (collectively, the "Additional Salesforce Contracts"); and (C) any and all monetary and other defaults that exist with respect to the Salesforce Contract and/or the Additional Salesforce Contracts to the extent that the assumption and/or assignment of the Salesforce Contract and/or an Additional Salesforce Contracts is approved without providing the relief requested by the Assumption Objection.

## MAINTENANCE OF BUSINESS RECORDS

5.      In my official capacity, I have personal knowledge of the method by which Salesforce maintains permanent records of its transactions (individually, a "Transaction" and, collectively, the "Transactions") with its customers and, thereupon, I declare and state that Salesforce maintains permanent records of all Transactions in a computerized accounting system.  All amounts due and owing to Salesforce with respect to any Transaction with a Salesforce Customer including, but not limited to, payments related to the Services, taxes, interest owed with respect to any Service or agreement, fees, and other charges (individually, an "Obligation" and, collectively, the "Obligations") are entered in this accounting system at, or near, the time such Obligations are incurred.  Likewise, all payments made by a Salesforce Customer with respect to any Obligation or Transaction, and all other credits and debits related to any Obligation or Transaction, are entered in this accounting system at, or near, the time such payment is received and/or such credit or debit is made or incurred.  Each such entry is made in the regular course of business by employees of Salesforce who process these

payments, receipts, credits, and debits.  If necessary, Salesforce can print hard copies of all entries.

6.       I have personal knowledge of the manner by which Salesforce maintains records of its written contracts, statements of work, schedules and any other documents related to such contracts, and all amendments to any contract, statement of work, schedule, and/or any other document (individually, a "Salesforce Agreement" and, collectively, the "Salesforce Agreements") with its Customers. As a regular part of its business, Salesforce maintains permanent records of the Salesforce Agreements and these records are compiled at the time, or near the time, that a Salesforce Agreement is received or processed.

## SALESFORCE CONTRACT

7.       I have personally reviewed Salesforce's records relating to the Debtor, including the Transactions, the Obligations, and the Salesforce Agreements, and I am personally familiar with the Debtors' account with Salesforce.

8.       Prior to the Petition Date, Salesforce and the Debtors entered into those certain Order Forms listed on the Cure Amount Summary[3] (the "Order Forms"), which are governed by that certain *Master Subscription Agreement* (the "MSA") (the MSA and the Order Forms, collectively, constitute the "Salesforce Contract") as identified on Exhibit "A" attached hereto and incorporated by reference herein[4].

9.       Pursuant to the Salesforce Contract: (i) the Debtors ordered certain Salesforce Services and became obligated to pay in full the aggregate amounts due pursuant to this contract with respect to such services; (ii) Salesforce became obligated to provide the Salesforce Services to the Debtors; (iii) Salesforce has provided such services to the Debtors; and (iv) the Debtors accepted and utilized the Salesforce Services provided

---

[3] The Cure Amount Summary is attached hereto as Exhibit A and is incorporated by reference here in as if fully set forth.

[4] Due to the confidentiality provisions of the MSA, a copy of the Salesforce Contract and related invoices (the "Invoices") are not attached to this Declaration. However, subject to appropriate non-disclosure protections, a copy of the Salesforce Contract and the Invoices will be made available to the Debtors in connection with the Administrative Expense Request.

pursuant to the Salesforce Contract.

10.     Pursuant to the terms and conditions of the MSA, each Party to the Salesforce Contract is obligated to maintain the confidentiality of all Confidential Information including, without limitation, (i) the Debtors' Data, (ii)  Salesforce's Confidential Information (including, without limitation, the Services and Content), (iii) the terms and conditions of MSA and all Order Forms (including pricing), and (iv) business and marketing plans, technology and technical information, product plans and designs, and business processes disclosed by a Party.  Pursuant to Salesforce's obligation to maintain the confidentiality of the Confidential Information, a copy of the Salesforce Contract is not attached hereto.[5] However, upon request and subject to adequate procedures protecting the Confidential Information from disclosure in violation of the MSA, Salesforce will make available a copy of the Salesforce Contract to the Debtor or other appropriate representative of the Debtor's estate.

<u>BANKRUPTCY CASE</u>

11.     Based upon information and belief, I am informed that, on August 6, 2025 (the "<u>Petition Date</u>"): (A) Claire's Holdings, LLC and the other Debtors each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") and, thereby, commenced their individual cases under chapter 11 (collectively, the "<u>Bankruptcy Cases</u>"); and (B) on August 6, 2025 the Court entered its order directing the joint administration of the Bankruptcy Cases (but not substantively consolidated consolidating such cases).[6]

12.     Based on information and belief, I am informed that, on August 20, 2025, the Debtors' filed their motion (the "<u>Sale Motion</u>") seeking entry of an order authorizing and approving: (A) the Sale of the Debtors' assets to the Buyer; (B) the Debtors' entry into that

---

[5]   The Capitalized Terms referenced in this paragraph not expressly defined shall have the meaning(s) as set forth in the MSA, respectively.

[6] *See Order (I) Directing the Joint Administration of Chapter 11 Cases And (II) Granting Related Relief* [D.I. 79].

certain Asset Purchase Agreement dated August 18, 2025 between the Debtors as Sellers and AWS Claire's LLC as the Buyer (the "APA") performance thereunder, including consummating the Sale on the terms and conditions provided therein;  (C) the assumption and assignment of certain executory contracts (the "Purchased Contracts") (to be identified by the Debtors) to the Buyer; and (D) the procedures set forth in the APA for the assumption and assignment of the Purchased Contracts, and the manner of notice regarding such assumption and assignment of the Purchased Contracts.[7]

13.    Based on information and belief, I am informed that, pursuant to the Sale Motion, on or about September 8, 2025, the Debtors filed the Cure Notice[8], which identifies: (i) certain executory contracts that potentially may be assumed pursuant to the Sale Motion, including an executory contract to which Salesforce is the counterparty (the "Cure Notice Contract"), and (ii) the cure amount that must be cured as a condition of the assumption of the Cure Notice Contract:

| Contract Counterparty | Debtor Entity | Contract Description | Proposed Cure Amount |
|---|---|---|---|
| Salesforce | | | $          - |
| | Claire's Holdings LLC | Service Agreement | |
| Salesforce, Inc. | | | $          - |
| | Claire's Holdings LLC | Service Agreement | |
| | Claire's Stores, Inc. | Order Form | |
| Salesforce.com | | | $          - |
| | Claire's Boutiques, Inc. | Order Form | |
| Salesforce.com Canada Corporation | | | $          - |
| | Claire's Stores, Inc. | Data Processing Addendum | |
| Salesforce.com France S.A.S. | | | $          - |
| | Claire's Stores, Inc. | Data Processing Addendum | |
| Salesforce, Inc. | | | $      9.35 |
| | Claire's Holdings LLC | ADDITIONAL 5 SERVICE CLOUD LICENSES FOR CONCESSION LEADERSHIP | |
| | Claire's Holdings LLC | SALESFORCE BOPIS APP - 38 MONTH AGREEMENT | |

---

[7]    See, Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Going-Concern Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief [D.I. 190] (the "Sale Motion").

[8]    See, Second Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases [D.I. 375] (the "Cure Notice").

| | | | |
|---|---|---|---|
| | Claire's Holdings LLC | SALESFORCE BOPIS APP - 38 MONTH AGREEMENT - SALESFORCE CONTRACT 2577286 | |
| | Claire's Holdings LLC | SALESFORCE INC - SALESFORCE MARKETING CLOUD | |
| | Claire's Holdings LLC | SALESFORCE INC - SOW001-CO002 CHANGE ORDER TO CLAIRE'S - OMS PROJECT SOW | |
| | Claire's Holdings LLC | SALESFORCE INC. PROFESSIONAL SERVICES AGREEMENT | |
| | Claire's Holdings LLC | SALESFORCE MASTER SERVICE AGREEMENT | |
| | Claire's Holdings LLC | SALESFORCE OMS & CONTENT MANAGEMENT SYSTEM - 48 MONTH AGREEMENT | |
| | Claire's Holdings LLC | SALESFORCE SALES CLOUD LICENSES | |
| | Claire's Holdings LLC | SALESFORCE SUPPORTING DOCUMENT - MULESOFT ACQUISTION | |
| | Claire's Holdings LLC | SALESFORCE, INC - 250X LICENCES (NEW STORES) | |
| | Claire's Holdings LLC | SALESFORCE, INC - PROFESSIONAL SERVICES (HEROKU) | |
| Salesforce.com, Inc. | | | $    - |
| | CBI Distributing Corp. | Professional Services Agreement | |
| | Claire's Stores, Inc. | Data Processing Addendum | |
| | Claire's Stores, Inc. | Order Form | |

14.      The Cure Notice states that any objection to the: (i) the Sale, (ii) the proposed assumption and assignment, (iii) the lack of adequate assurance of future performance of the Purchaser, or (iv) the Cure Cost proposed with respect thereto, must be filed with the Court on or before 4:00 p.m. (ET) on September 18, 2025 (the "Assumption Objection Deadline").

## THE CURE AMOUNT

15.      Based upon my review of Salesforce' books and records that are pertinent to the Debtors' account, I declare and state that: (A) the executory contract identified as the Cure Notice Contract on the Cure Notice does not match the description of the Salesforce Contract as listed on Salesforce's records; (B) the Salesforce Contract is correctly identified on Exhibit "A", the Cure Amount Summary, attached hereto; and (C) as of the date of this declaration, Salesforce's records show that the Debtors have failed to pay all fees due and owing pursuant to the Salesforce Contract in an amount not less than $1,151,054.69, and such amount must be paid by the Debtors as a condition of the assumption of the Salesforce Contract.

16.      Additionally, if the Salesforce Contracts are assumed in connection with any

of the Applicable Assumption Motions (as defined in this Assumption Objection), not less than an aggregate amount of $455,000.00 (*i.e.,* the Future Payments) will become due and owing pursuant to the Salesforce Contracts.

17.    Further, it is possible that the Salesforce Cure Amount may be increased once executory contracts to be assumed are determined by Salesforce and the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of September 2025 at San Francisco, California

16

DocuSigned by:

*Kevin Ramirez*

C23C74E9942B40E...

**Kevin Ramirez**

**EXHIBIT A**

CURE AMOUNT SUMMARY

Petition Date: 8/6/25

Assumption/rejection date: TBD

| Contract No. | Salesforce entity | Counterparty | Agreement | Order No. | Date | Term | Services | Auto-renewal | Invoice No. | Date | Due Date | Service Period | Invoice Amount | Pre-petition | Post-petition Accrued | Unbilled Contract Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2577307 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-04121983 | 12/16/2020 | 2/15/21 to 2/14/25 | Force.com | No | 32761995 | 12-Feb-25 | 3/14/2025 | 2/15/25 TO 2/14/26 | $ 1,552,050.00 | $ 51,735.00 | $ 1,500,315.00 | |
| 2577307 Replaced onto Contract 4231464 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-04121983 | 12/16/2020 | 2/15/21 to 2/14/25 | Force.com | No | 10020000350627 | 27-Feb-25 | | 2/27/25 to 2/14/26 | $ (1,500,315.00) | | $ (1,500,315.00) | |
| 4231464 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-09777630 | 2/14/2025 | 2/27/25 to 2/26/26 | Force.com | No | PAID THROUGH END OF CURRENT TERM, ENDING 2/26/26 | | | | $ - | | | |
| | | | | | | | | | | | | | | | | |
| 4032253 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-09208260 | 10/8/2024 | 10/1/24 to 9/30/26 | Marketing | No | 33648102 | 3-May-25 | 6/2/2025 | 4/1/25 TO 4/30/25 | $ 3.00 | $ 3.00 | | |
| 4032253 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-09208260 | 10/8/2024 | 10/1/24 to 9/30/26 | Marketing | No | 33992001 | 9-Jun-25 | 7/9/2025 | 5/1/25 TO 5/31/25 | $ 2.00 | $ 2.00 | | |
| 4032253 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-09208260 | 10/8/2024 | 10/1/24 to 9/30/26 | Marketing | No | 34295994 | 3-Jul-25 | 8/2/2025 | 6/1/25 to 6/30/25 | $ 2.60 | $ 2.60 | | |
| 4032253 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-09208260 | 10/8/2024 | 10/1/24 to 9/30/26 | Marketing | No | 34655209 | 3-Aug-25 | 9/2/2025 | 7/1/25 to 7/31/25 | $ 1.75 | $ 1.75 | | |
| 4032253 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-09208260 | 10/8/2024 | 10/1/24 to 9/30/26 | Marketing | No | 35019395 | 8-Sep-25 | 10/8/2025 | 10/8/25 to 10/7/26 | $ 1,099,310.34 | | $ 1,099,310.34 | |
| | | | | | | | | | | | | | | | | |
| 4199701 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-09790097 | 2/13/2025 | 2/15/25 to 2/14/27 | Commerce Cloud | No | TBD | | | 2/15/26 to 2/14/27 | $ 455,000.00 | | | $ 455,000.00 |
| | | | | | | | | | | | | | | | | |
| 3219260 | Salesforce, Inc. | Claire's | MSA | Q-06327031 | 9/27/2022 | 9/27/22 to 9/26/25 | Tableau | No | PAID THROUGH END OF CURRENT TERM, ENDING 9/26/25 | | | | $ - | | | |
| | | | | | | | | | | | | | | | | |
| 4050920 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-09261342 | 10/25/2024 | 10/25/24 to 10/24/25 | SLACK | Yes | PAID THROUGH END OF CURRENT TERM, AUTO-RENEWS 10/25/25 | | | | $ - | | | |
| | | | | | | | | | | | | | | | | |
| 4199662 | Salesforce, Inc. | Claire's Stores, Inc. | MSA | Q-09777775 | 2/13/2025 | 2/16/25 to 2/15/26 | Service Cloud | No | PAID THROUGH END OF CURRENT TERM, ENDING 2/15/26 | | | | $ - | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | $ 1,606,054.69 | $ 51,744.35 | $ 1,099,310.34 | $ 455,000.00 |

**Current Cure Amount** $ 1,151,054.69