**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) ) | Case No. 25-11454 (BLS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 22, 2025 AT 10:00 A.M. (ET)**

---

**THIS HEARING WILL BE CONDUCTED REMOTELY VIA ZOOM.**

**COURTCALL WILL NOT BE USED TO DIAL IN. TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.**

**IF ATTENDING THIS HEARING REMOTELY, PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

RLF1 33777203v.1


**I.   MATTERS FILED UNDER CERTIFICATION:**

1. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2025 (Sealed) [Docket No. 295; filed August 29, 2025]

   Response/Objection Deadline: September 12, 2025 at 4:00 p.m. (ET); extended to September 19, 2025 at 4:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

   Responses/Objections Received: None

   Related Documents:

   i.  Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2025 (Redacted) [Docket No. 296; filed August 29, 2025]

   ii. Certification of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2025 [Docket No. 492; filed September 17, 2025]

   Status: On September 17, 2025, the Debtors filed a certification of no objection regarding this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

2. Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a) and 2016, and Del. Bankr. L. R. 2014-1 and 2-16-1 for Entry of an Order (I) Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of the Petition Date, and (II) Granting Related Relief (Sealed) [Docket No. 297; filed August 29, 2025]

   Response/Objection Deadline: September 12, 2025 at 4:00 p.m. (ET); extended to September 19, 2025 at 4:00 p.m. (ET) for the U.S. Trustee

   Responses/Objections Received: None

   Related Documents:

   i.  Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a) and 2016, and Del. Bankr. L. R. 2014-1 and 2-16-1 for

        Entry of an Order (I) Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of the Petition Date, and (II) Granting Related Relief (Redacted) [Docket No. 298; filed August 29, 2025]

    ii.    Certification of No Objection Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a) and 2016, and Del. Bankr. L. R. 2014-1 and 2-16-1 for Entry of an Order (I) Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 471; filed September 17, 2025]

Status: On September 17, 2025, the Debtors filed a certification of no objection regarding this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

3.    Application of the Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code (Sealed) [Docket No. 299; filed August 29, 2025]

    Response/Objection Deadline:    September 15, 2025 at 4:00 p.m. (ET); extended to September 19, 2025 at 4:00 p.m. (ET) for the U.S. Trustee

    Responses/Objections Received:

    A.    Informal comments from the U.S. Trustee

    Related Documents:

    i.    Application of the Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code (Redacted) [Docket No. 304; filed August 30, 2025]

    ii.    Certification of Counsel Regarding Revised Order Authorizing the Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Docket No. 488; filed September 17, 2025]

Status: On September 17, 2025, the Debtors filed a revised form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

4. Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors Effective as of the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-1 (Sealed) [Docket No. 300; filed August 29, 2025]

   Response/Objection Deadline:   September 15, 2025 at 4:00 p.m. (ET); extended to September 19, 2025 at 4:00 p.m. (ET) for the U.S. Trustee

   Responses/Objections Received:

   A.   Informal comments from the U.S. Trustee

   Related Documents:

   i.   Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors Effective as of the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-1 (Redacted) [Docket No. 305; filed August 30, 2025]

   ii.  Certification of Counsel Regarding Revised Order (I) Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors Effective as of the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-1 [Docket No. 493; filed September 18, 2025]

   Status: On September 18, 2025, the Debtors filed a revised form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

5. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Roseman LLP as Counsel to the Debtors at the Sole Direction of Independent Managers Effective as of the Petition Date (Sealed) [Docket No. 301; filed August 29, 2025]

   Response/Objection Deadline:   September 15, 2025 at 4:00 p.m. (ET); extended to September 19, 2025 at 4:00 p.m. (ET) for the U.S. Trustee

   Responses/Objections Received:

   A.   Informal comments from the U.S. Trustee

4

<blockquote>

Related Documents:

i. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Roseman LLP as Counsel to the Debtors at the Sole Direction of Independent Managers Effective as of the Petition Date (Redacted) [Docket No. 306; filed August 30, 2025]

ii. Certification of Counsel Regarding Revised Order Authorizing the Retention and Employment of Katten Muchin Roseman LLP as Counsel to the Debtors at the Sole Direction of Independent Managers Effective as of the Petition Date [Docket No. 489; filed September 17, 2025]

Status: On September 17, 2025, the Debtors filed a revised form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

</blockquote>

6. Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of BDO USA, P.C. as Tax Advisory Services Provider to the Debtors and Debtors in Possession, Effective as of August 6, 2025, (II) Approving the Terms of the Services Agreement, and (III) Granting Related Relief (Sealed) [Docket No. 302; filed August 29, 2025]

> Response/Objection Deadline: September 15, 2025 at 4:00 p.m. (ET); extended to September 19, 2025 at 4:00 p.m. (ET) for the U.S. Trustee
>
> Responses/Objections Received:
>
> A. Informal comments from the U.S. Trustee
>
> Related Documents:
>
> i. Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of BDO USA, P.C. as Tax Advisory Services Provider to the Debtors and Debtors in Possession, Effective as of August 6, 2025, (II) Approving the Terms of the Services Agreement, and (III) Granting Related Relief (Redacted) [Docket No. 307; filed August 30, 2025]
>
> ii. Certification of Counsel Regarding Revised Order (I) Authorizing the Employment and Retention of BDO USA, P.C. as Tax Advisory Services Provider to the Debtors and Debtors in Possession, Effective as of August

      6, 2025, (II) Approving the Terms of the Services Agreement, and (III) Granting Related Relief [Docket No. 490; filed September 17, 2025]

      Status: On September 17, 2025, the Debtors filed a revised form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

7. Application of Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent Effective as of August 6, 2025 (Sealed) [Docket No. 303; filed August 29, 2025]

      Response/Objection Deadline: September 15, 2025 at 4:00 p.m. (ET); extended to September 19, 2025 at 4:00 p.m. (ET) for the U.S. Trustee

      Responses/Objections Received:

      A. Informal comments from the U.S. Trustee

      Related Documents:

      i. Application of Debtors for Entry of an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent Effective as of August 6, 2025 (Redacted) [Docket No. 308; filed August 30, 2025]

      ii. Certification of Counsel Regarding Revised Order Authorizing the Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent Effective as of August 6, 2025 [Docket No. 491; filed September 17, 2025]

      Status: On September 17, 2025, the Debtors filed a revised form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

8. Motion of Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 309; filed August 30, 2025]

      Response/Objection Deadline: September 15, 2025 at 4:00 p.m. (ET)

RLF1 33777203v.1

Responses/Objections Received:

A. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i. Certification of Counsel Regarding Revised Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 494; filed September 18, 2025]

Status: On September 18, 2025, the Debtors filed a revised form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

## II. MATTER GOING FOWARD:

9. Second Omnibus Motion of Debtors for Entry of an Order (I) Authoring the Rejection of Certain Unexpired Leases and Executory Contracts, (II) Authorizing the Abandonment of Certain Personal Property, Each Effective as of the Rejection Date, and (III) Granting Related Relief [Docket No. 293; filed August 29, 2025]

Response/Objection Deadline: September 15, 2025 at 4:00 p.m. (ET)

Responses/Objections Received:

A. Limited Objection to Rejection Effective Dates [Docket No. 453; filed September 15, 2025]

Status: The Debtors are in discussions and expect the objection will be resolved.

[*Remainder of page intentionally left blank.*]

Dated: September 18, 2025
Wilmington, Delaware

/s/ Colin A. Meehan

| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Daniel J. DeFranceschi (No. 2732) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Paul N. Heath (No. 3704) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Allyson B. Smith (admitted *pro hac vice*) |
| Clint M. Carlisle (No. 7313) | 601 Lexington Avenue |
| Colin A. Meehan (No. 7237) | New York, New York 10022 |
| One Rodney Square | Telephone: (212) 446-4800 |
| 920 N. King Street | Facsimile: (212) 446-4900 |
| Wilmington, Delaware 19801 | Email: joshua.sussberg@kirkland.com |
| Telephone: (302) 651-7700 | allyson.smith@kirkland.com |
| Facsimile: (302) 651-7701 | |
| Email: defranceschi@rlf.com | - and - |
| heath@rlf.com | |
| shapiro@rlf.com | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| carlisle@rlf.com | Robert A. Jacobson (admitted *pro hac vice*) |
| meehan@rlf.com | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: alexandra.schwarzman@kirkland.com |
| | rob.jacobson@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

RLF1 33777203v.1