IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | Case No. 25-11454 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 190 and 375<br>Objection Deadline: September 18, 2025 |

## CURE OBJECTION OF MERCHANTS FLEET

Merchants Automotive Group LLC as successor to Merchants Automotive Group, Inc., in its capacity as lessor or as a titling trust servicer and/or Principle Merchants Leasing, Ltd., a Delaware statutory trust, affiliated with Merchants Automotive Group (collectively, "**Merchants Fleet**") respectfully represents as follows in response to the *Second Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [Docket No. 375] (the "**Possible Assignment/Cure Notice**") and the *Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Sale of Going-Concern Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief* [Docket No. 190] (the "**Sale Motion**"):

1. Merchants Fleet and Debtor Claire's Stores, Inc. (the "**Debtor**") are parties to the Closed End Master Lease Agreement, a true copy of which is attached hereto as **Exhibit A** (the "**MLA**"). Several Merchants contract documents including the MLA (the "**Merchants**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

56259973.1

**Contracts**") are included on the Possible Assignment/Cure Notice. Debtors' assign a "zero" dollar cure amount to the Merchants Contracts ("**Debtors' Cure Amount**").

2. Currently only one vehicle is being leased by Merchants Fleet to the Debtor pursuant to the MLA.

3. Merchants Fleet hereby gives notice of its objection to the Debtors' Cure Amount and, as reflected on the Statement attached hereto as **Exhibit B,** submits that the amount due and owing under the Merchants Contracts as of September 9, 2025, is $2,640.85.

4. Further, amounts continue to accrue under the Merchants Contracts which must be included in any adjustments of pre-assignment and post-assignment amounts due and owing under the Merchants Contracts as between the debtors and the proposed assignee; and Merchants Fleet fully reserves all rights with respect thereto.

WHEREFORE, Merchants Fleet respectfully objects to the Possible Assignment/Cure Notice and to assumption and assignment of the Merchants Contracts without a full and proper cure of all defaults and payment of all pre-assignment amounts due and owing; and requests that the Court grant it such relief as is just and proper.

Dated: September 18, 2025    **SAUL EWING LLP**

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6848
E-mail: john.demmy@saul.com

*Attorneys for Merchants Fleet*