# EXHIBIT B

## Statement of Account

| Account Number | Customer Name | Document Number | Document Date | Document Due Date | Document Amount | Remaining Amount |
|---|---|---|---|---|---|---|
| 151079 | Claire's Store, Inc | M00000450433 | 7/10/2025 | 8/1/2025 | $2,211.14 | $2,211.14 |
| 151079 | Claire's Store, Inc | M00000457131 | 8/10/2025 | 9/1/2025 | $2,510.33 | $404.89 |
| 151079 | Claire's Store, Inc | M00000462209 | 9/10/2025 | 10/1/2025 | $24.82 | $24.82 |
| | | | | | **Total Due** | **$2,640.85** |