**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | |
| | ) | Case No. 25-11454 (BLS) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: September 18, 2025 @** |
| | ) | **4:00 p.m. (ET)** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF MERIDIAN LEASING CORPORATION TO POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS**

Meridian Leasing Corporation ("Meridian"), by and though its counsel, files this Limited Objection and Reservation of Rights to the potential assumption and assignment of Meridian's contracts and proposed cure amount in the *Second Supplemental Notice of Potential Assumption and Assignment of Certain Executory Contracts and Leases* (D.I. 375) ("Cure Notice") filed by Claire' Holdings LLC, Inc. et al (the Debtors). Meridian's limited objection (the "Objection") is based on the Debtor's lack of clarity as to what contracts and supplements are being assumed and assigned. In support of the Objection, Meridian states as follows.

**BACKGROUND**

1. On August 6, 2025 ("Petition Date"), the Debtors filed voluntary petitions under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

2.      Prior to the Petition Date, Meridian entered into certain contracts, including a Master Lease Agreement dated May 24, 2024 (the "Agreement"). Meridian has all rights set forth in the Agreement, including but not limited to rent payment from lessee's possession and use of the Equipment as defined therein.

3.      On September 8, 2025, the Debtor's filed the Cure Notice, with an exhibit that lists two Guaranties and Supplement 2 to the Agreement. In fact, there is one Guaranty and two Supplements (Supplement 1 and Supplement 2).

4.      Meridian is unsure if the Debtors also meant to assume Supplement 1 to the Agreement.

5.      Meridian would like the buyer to assume the Guaranty and the two Supplements, and provide the appropriate cure amount for those assumptions.

## RESERVATION OF RIGHTS

6.      Meridian hereby expressly reserves ("Reservation of Rights") all rights, interests, claims, counterclaims rights of setoff and recoupment and or defenses pertaining to any and or all of the Meridian contracts.

7.      Meridian further expressly reserves the right to amend, modify and or supplement this Objection, including all rights to object to any proposed order that the Debtors seek to have entered.

**ELLIOTT GREENLEAF, P.C.**

Dated: September 18, 2025

*/s/ Deirdre M. Richards*
Deirdre M. Richards (DE No. #4191)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Ph: 302-384-9402
Email: dmr@elliottgreenleaf.com