IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CLAIRE'S HOLDINGS, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11454 (BLS)<br><br>(Joint Administration) |

**OBJECTION TO SECOND SUPPLEMENTAL
NOTICE OF POTENTIAL ASSUMPTION OR ASSUMPTION
AND ASSIGNMENT OF CERTAIN CONTRACTS OR LEASES**

Creditors Studex, Studex, Corporation, Studex UK, Studex UK Ltd. and Clinical Health Technologies, Inc., USA (collectively "Studex") hereby file their objections to the proposed cure amounts (the "Cure Objection") in the Debtors' Second Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases [Dkt. No. 375] (the "Cure Notice"), and state as follows:

1. The Cure Notice contains incorrect titles and names of agreements with Studex.

2. There are no agreements titled "Agreement for the Sale of Ear and Nose Piercing Produce from Studex Corp."

3. There are no agreements with Studex UK or Studex UK Ltd.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Claire's Holdings, LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtor's mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

4.    The only executory agreement pursuant to which goods were shipped is titled and described as follows: Amended and Restated Vendor Terms, Mutual RTV & Pricing Agreement dated October 1, 2024 signed by Studex Corporation, Clinical Health Technologies, Inc., USA ("CHT") & Pacific Piercing Supply, Inc. on the one hand and CBI on the other hand, which supercedes a Vendor Terms & Mutual RTV Agreement dated November 1, 2023.  The amounts due under this agreement are $9,901,603.03 due to Studex and $1,412,933.17 due to CHT.

5.    All of the indemnity agreements had a one (1) year term and have expired.

6.    All of the exclusivity agreements had a three (3) year term and have all expired.

7.    There are no agreements to assume or assign.

8.    In the event of assumption and/or assignment, Studex objects to the proposed cure amount listed in the Cure Notice because it is less than the $9,901,603 due under the agreement and $1,412,933.17 due to CHT.

9.    Studex reserves the right to make such other and further objections as may be appropriate in connection with potential assumption and/or assignment of the agreement.

///

///

2.

Wherefore, Studex requests that, before the agreement is assumed, the Cure Notice be amended to reflect the amounts owed pursuant herein, and to be consistent with the relief requested herein, and for this Court to award such other and further relief as it deems just and proper.

Dated: September 18, 2025                    Respectfully submitted,

                                             ASCHER & ASSOCIATES, P.C.


                                    By:      /S/ - Ralph Ascher
                                             Ralph Ascher
                                             California Bar No.: 132745
                                             11022 Acacia Parkway, Suite D
                                             Garden Grove, California 92840
                                             Tel: (714) 638-4300
                                             Fax: (714) 638-4311

                                             Attorneys for Creditors
                                             Studex, Studex, Corporation, Studex UK,
                                             Studex UK Ltd. and  Clinical Health
                                             Technologies, Inc., USA

030201 301 Objection to Notice of Assumption.wpd

## CERTIFICATE OF SERVICE

I, Richard Vergel de Dios, hereby certify that, on this September 18, 2025, and in addition

to the service provided under the Court's CM/ECF system, I caused copies of the foregoing

**OBJECTION TO SECOND SUPPLEMENTAL NOTICE OF POTENTIAL**

**ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS**

**OR LEASES** to be served upon the parties listed on the attached service list by electronic mail.

By:

Richard Vergel de Dios
California Bar No.: 180470
11022 Acacia Parkway, Suite D
Garden Grove, California 92840
Tel: (714) 638-4300
Fax: (714) 638-4311

Attorneys for Creditors
Studex, Studex, Corporation, Studex UK,
Studex UK Ltd. and  Clinical Health
Technologies, Inc., USA

4.

## SERVICE LIST

| | |
|---|---|
| Claire's Holdings LLC<br>Attn.: Brendan McKeough, Executive Vice<br>President, Chief Legal Officer, and Secretary<br>2400 West Central Road<br>Hoffman Estates Illinois 60192<br>brendan.mckeough@claires.com | Claire's Holdings LLC<br>Attn: Michele Reilly, Assistant Secretary<br>3 SW 129th Avenue<br>Pembroke Pines, Florida 33027<br>michele.reilly@claires.com |
| Joshua A. Sussberg, P.C.<br>Allyson Smith, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>joshua.sussberg@kirkland.com<br>allyson.smith@kirkland.com | Alexandra F. Schwarzman, P.C.<br>Robert A. Jacobson, Esq.<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>alexandra.schwarzman@kirkland.com<br>rob.jacobson@kirkland.com |
| Paul N. Heath, Esq.<br>Zachary I. Shapiro, Esq.<br>Richards, Layton & Finger, PA<br>920 N King Street<br>Wilmington, DE 19801<br>heath@rlf.com<br>shapiro@rlf.com | United States Trustee<br>Attn.: Benjamin A. Hackman, Esq.<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Benjamin.A.Hackman@usdoj.gov |
| Joel Moss, Esq.<br>Amit Trehan, Esq.<br>Sean Tierney, Esq.<br>Cahill Gordon & Reindell LLP<br>32 Old Slip<br>New York, NY 10005<br>JMoss@cahill.com<br>ATrehan@cahill.com<br>STierney@cahill.com | Elisha D. Graff, Esq.<br>Zachary J. Weiner, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>egraff@stblaw.com<br>zachary.weiner@stblaw.com |
| L. Katherine Good, Esq.<br>Jeremy Ryan, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>kgood@potteranderson.com<br>jryan@potteranderson.com | Darren Azman, Esq.<br>Kristin K. Going, Esq.<br>Stacy A. Lutkus, Esq.<br>McDermott Will & Schulte LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com |

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Michael E. Fitzpatrick, Esq.
Melissa M. Hartlipp, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com
mfitzpatrick@coleschotz.com
mhartlipp@coleschotz.com

Seth Van Aalten, Esq.
Sarah A. Carnes, Esq.
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
svanaalten@coleschotz.com
scarnes@coleschotz.com

Alan Noskow, Esq.
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
alannoskow@paulhastings.com

Lindsey Henrikson, Esq.
Paul Hastings LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
lindseyhenrikson@paulhastings.com

Joseph Barry, Esq.
Kara Hammond Coyle, Esq.
Ashley E. Jacobs, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
jbarry@ycst.com
kcoyle@ycst.com
ajacobs@ycst.com