**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CLAIRE'S HOLDINGS LLC, *et al.*,<br><br>Debtors. | Case No. 25-11454 (BLS)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Related Docket No:** 375 |

**LIMITED OBJECTION OF MICROSOFT TO SECOND SUPPLEMENTAL NOTICE OF POTENTIAL ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS OR LEASES**

Microsoft Corporation, by and through its undersigned counsel, respectfully submits the following Limited Objection to the *Second Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [Docket No. 375] (the "Notice") filed by the above-captioned debtors and debtors-in-possession (the "Debtors" or "Claire's"), and states as follows:

**BACKGROUND**

1. Microsoft and Claire's Stores, Inc. are parties to a Business and Services Agreement, Master Agreement E8483778, Enterprise Enrollment 56700565, and a Modern Enterprise Agreement (collectively, the "Licensing Agreements"). The Licensing Agreements are the contracts through which Claire's obtained licenses to use Microsoft's software products and services throughout its enterprise. The Licensing Agreements are executory contracts for the non-exclusive license of intellectual property and the payment of royalties as described by 11 U.S.C. § 365(n), and payments due under the Licensing Agreements constitute royalties. *In re Prize Frize*, 32 F.3d 426 (9th Cir. 1994).

1

2.     On August 6, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

3.     On September 8, 2025, Debtors filed the Notice, which includes numerous Microsoft contracts with a proposed cure amount of $892,724.06. (Docket No. 375-1, Page 11 of 19). While the contract descriptions do not match Microsoft's standard naming conventions, Microsoft believes the Debtors intend to reference the Licensing Agreements.

4.     The Notice further states that Contract Counterparties have until September 18, 2025 at 4:00 p.m. (prevailing Eastern time) to file an objection to the proposed cure amount.

## ARGUMENT

**I.     Microsoft objects to the assumption or assumption and assignment of the Licensing Agreements because the Debtors omit several unpaid invoices from the cure amount.**

5.     Pursuant to Section 365 of the Bankruptcy Code, a debtor may not assume or assume and assign an executory contract without first curing all defaults, monetary and otherwise, existing as of the proposed date of assumption. 11 U.S.C. § 365(b)(1). Further, the Debtors must provide adequate assurance of future performance under the Licensing Agreements before they can be assumed. *Id*.

6.     As of the date of this Limited Objection, the Debtors owe Microsoft not less than **$1,296,521.83** under the Licensing Agreements as further detailed in the summary attached hereto as **Exhibit A**.

7.     Accordingly, Microsoft objects and states that the cure amount for the Licensing Agreements is not less than **$1,296,521.83**.

**RESERVATION OF RIGHTS**

8.      Microsoft reserves the right to amend or withdraw this Limited Objection or revise the stated cure amounts pending further investigation. Depending on the timing of the actual assumption and cure, the amount owed may increase for unpaid post-petition use of Microsoft's products and services.

**CONCLUSION**

9.      WHEREFORE, Microsoft objects to the assumption or assumption and assignment of the Licensing Agreements because the Debtors omit several unpaid invoices from the scheduled cure amount.

Dated: September 18, 2025

FOX ROTHSCHILD LLP

*/s/ Stephanie Slater Ward*

Stephanie Slater Ward (DE Bar No. 6922)
1201 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sward@foxrothschild.com

-and-

David P. Papiez, WA State Bar No. 54186
1001 Fourth Avenue, Suite 4400
Seattle, WA  98154-1192
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: dpapiez@foxrothschild.com

*Attorneys for Microsoft Corporation*

**Exhibit A**

| Customer Name | Customer Number | Invoice Number | Invoice Date | Amount |
|---|---|---|---|---:|
| Claire's Stores, Inc. | 0507611644 | G081225911 | 3/5/2025 | $ 43.76 |
| Claire's Stores, Inc. | 0507611644 | G083627071 | 3/19/2025 | $ 150.00 |
| Claire's Stores, Inc. | 0507611644 | G085031799 | 4/5/2025 | $ 249,148.77 |
| Claire's Stores, Inc. | 0507611644 | G085708069 | 4/5/2025 | $ 43.76 |
| Claire's Stores, Inc. | 0507611644 | G088290830 | 4/19/2025 | $ 150.00 |
| Claire's Stores, Inc. | 0507611644 | G088777821 | 4/24/2025 | $ 39.60 |
| Claire's Stores, Inc. | 0507611644 | G089559022 | 5/1/2025 | $ 1,440.00 |
| Claire's Stores, Inc. | 0507611644 | G089618720 | 5/2/2025 | $ 48.00 |
| Claire's Stores, Inc. | 0507611644 | G089786107 | 5/4/2025 | $ 235,534.86 |
| Claire's Stores, Inc. | 0507611644 | G092512891 | 5/14/2025 | $ 12.00 |
| Claire's Stores, Inc. | 0507611644 | G093046714 | 5/19/2025 | $ 150.00 |
| Claire's Stores, Inc. | 0507611644 | G093578533 | 5/24/2025 | $ 39.60 |
| Claire's Stores, Inc. | 0507611644 | G094524720 | 6/2/2025 | $ 48.00 |
| Claire's Stores, Inc. | 0507611644 | G094678057 | 6/4/2025 | $ 202,547.65 |
| Claire's Stores, Inc. | 0507611644 | G095228171 | 6/5/2025 | $ 43.76 |
| Claire's Stores, Inc. | 0507611644 | G097363856 | 6/14/2025 | $ 12.00 |
| Claire's Stores, Inc. | 0507611644 | G097976392 | 6/19/2025 | $ 241.86 |
| Claire's Stores, Inc. | 0507611644 | G098065599 | 6/20/2025 | $ 229.65 |
| Claire's Stores, Inc. | 0507611644 | G098607003 | 6/24/2025 | $ 39.60 |
| Claire's Stores, Inc. | 0507611644 | G099311452 | 7/1/2025 | $ 157.50 |
| Claire's Stores, Inc. | 0507611644 | G099566430 | 7/2/2025 | $ 48.00 |
| Claire's Stores, Inc. | 0507611644 | G099847878 | 7/4/2025 | $ 198,861.77 |
| Claire's Stores, Inc. | 0507611644 | G100200070 | 7/5/2025 | $ 43.76 |
| Claire's Stores, Inc. | 0507611644 | G102371553 | 7/15/2025 | $ 12.00 |
| Claire's Stores, Inc. | 0507611644 | G103083381 | 7/19/2025 | $ 249.36 |
| Claire's Stores, Inc. | 0507611644 | G103237304 | 7/20/2025 | $ 229.65 |
| Claire's Stores, Inc. | 0507611644 | G103670272 | 7/24/2025 | $ 39.60 |
| Claire's Stores, Inc. | 0507611644 | G104593545 | 8/1/2025 | $ 157.50 |
| Claire's Stores, Inc. | 0507611644 | G104745672 | 8/2/2025 | $ 48.00 |
| Claire's Stores, Inc. | 0507611644 | G105051894 | 8/4/2025 | $ 202,849.90 |
| Claire's Stores, Inc. | 0507611644 | G105339282 | 8/5/2025 | $ 43.76 |
| Claire's Stores, Inc. | 0507611644 | G107669127 | 8/14/2025 | $ 12.00 |
| Claire's Stores, Inc. | 0507611644 | G108528038 | 8/19/2025 | $ 249.36 |
| Claire's Stores, Inc. | 0507611644 | G108591272 | 8/20/2025 | $ 229.65 |
| Claire's Stores, Inc. | 0507611644 | G109117743 | 8/24/2025 | $ 39.60 |
| Claire's Stores, Inc. | 0507611644 | G110161710 | 9/1/2025 | $ 157.50 |
| Claire's Stores, Inc. | 0507611644 | G110400204 | 9/2/2025 | $ 48.00 |
| Claire's Stores, Inc. | 0507611644 | G110760564 | 9/4/2025 | $ 203,026.29 |
| Claire's Stores, Inc. | 0507611644 | G111165442 | 9/5/2025 | $ 43.76 |
| Claire's Stores, Inc. | 0507611644 | G113707050 | 9/14/2025 | $ 12.00 |
| | | | | **$ 1,296,521.83** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2025, a true and correct copy of the foregoing LIMITED OBJECTION OF MICROSOFT TO SECOND SUPPLEMENTAL NOTICE OF POTENTIAL ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS OR LEASES was served via the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware to all parties registered to receive such notice.

Also, the parties below were served via email:

| | |
|---|---|
| **Debtors** | **Proposed co-counsel to the Debtors** |
| Claire's Holdings LLC | Kirkland & Ellis LLP |
| 2400 West Central Road | 601 Lexington Avenue |
| Hoffman Estates, Illinois 60192 | New York, New York 10022 |
| Brendan McKeough, Executive Vice President, Chief Legal Officer, and Secretary | Joshua A. Sussberg |
| brendan.mckeough@claires.com | joshua.sussberg@kirkland.com |
| | Allyson Smith allyson.smith@kirkland.com |
| And | And |
| 3 SW 129th Avenue | 333 West Wolf Point Plaza |
| Pembroke Pines, Florida 33027 | Chicago, Illinois 60654 |
| Michele Reilly, Assistant Secretary | Alexandra F. Schwarzman |
| michele.reilly@claires.com | alexandra.schwarzman@kirkland.com |
| | Robert A. Jacobson rob.jacobson@kirkland.com |
| **United States Trustee** | And |
| 844 King Street, Suite 2207 | |
| Lockbox 35 | Richards, Layton & Finger, PA |
| Wilmington, Delaware 19801 | 920 N King Street |
| Benjamin A. Hackman | Wilmington, DE 19801 |
| Benjamin.A.Hackman@usdoj.gov | Paul N. Heath heath@rlf.com |
| | Zachary I. Shapiro shapiro@rlf.com |

5

| | |
|---|---|
| **Counsel to the Prepetition ABL Agent, JPMorgan Chase Bank, N.A** <br> Simpson Thatcher & Bartlett LLP <br> Elisha D. Graff egraff@stblaw.com <br> Zachary J. Weiner zachary.weiner@stblaw.com <br><br> And <br><br> Potter Anderson & Corroon LLP <br> L. Katherine Good kgood@potteranderson.com <br> Jeremy Ryan jryan@potteranderson.com <br><br> **Counsel to the Purchaser** <br> Paul Hastings LLP <br> 2050 M Street NW <br> Washington, DC 20036 <br> Alan Noskow alannoskow@paulhastings.com <br><br> And <br><br> 71 South Wacker Drive, Suite 4500 <br> Chicago, IL 60606 <br> Lindsey Henrikson <br> lindseyhenrikson@paulhastings.com <br><br> And <br><br> Young Conaway Stargatt & Taylor, LLP <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Joseph Barry jbarry@ycst.com <br> Kara Hammond Coyle kcoyle@ycst.com <br> Ashley E. Jacobs ajacobs@ycst.com | **Counsel to the Prepetition Priority Term Loan Agent and Existing Prepetition Term Loan Agent Ankura Trust Company, LLC** <br> Cahill Gordon & Reindell LLP <br> Joel Moss JMoss@cahill.com <br> Amit Trehan ATrehan@cahill.com <br> Sean Tierney STierney@cahill.com <br><br> **Counsel to the Committee** <br> McDermott Will & Schulte LLP <br> One Vanderbilt Avenue <br> New York, New York 10017, <br> Darren Azman dazman@mwe.com <br> Kristin K. Going kgoing@mwe.com <br> Stacy A. Lutkus salutkus@mwe.com <br><br> And <br><br> Cole Schotz P.C. <br> 500 Delaware Avenue, Suite 600 <br> Wilmington, DE 19801 <br> Justin R. Alberto jalberto@coleschotz.com <br> Stacy L. Newman snewman@coleschotz.com <br> Michael E. Fitzpatrick <br> mfitzpatrick@coleschotz.com <br> Melissa M. Hartlipp <br> mhartlipp@coleschotz.com <br><br> And <br><br> 1325 Avenue of the Americas, 19th Floor <br> New York, New York 10019 <br> Seth Van Aalten svanaalten@coleschotz.com <br> Sarah A. Carnes scarnes@coleschotz.com <br><br>         */s/ Stephanie Slater Ward* <br>         Stephanie Slater Ward (DE Bar No. 6922) |