## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | Case No. 25-11454 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 375 |
| | Objection Deadline: September 18, 2025 |

## LIMITED OBJECTION TO POTENTIAL ASSUMPTIONS AND ASSIGNMENTS OF WALMART CONTRACTS AND "0" CURE SUMS LISTED

COME NOW, Wal-Mart Stores East, LP, Walmart Inc., Wal-Mart Louisiana, LLC, Wal-Mart Stores Texas, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Puerto Rico, Inc. (hereafter jointly "Walmart") in the above-captioned case and present a limited objection to Debtors' *Second Supplemental Notice of Potential Assumption and Assignment of Certain Contracts* [Doc. 375] herein referred to as the Potential Assumption Supplement.

The Potential Assumption Supplement includes several executory contracts between one or more Debtors and Walmart Stores, Inc. and several of its affiliates and lists potential assumption of each such contract with "0" cure amounts. Due to the fact that defaults under one Walmart contract can constitute default under all other Walmart contracts, Walmart must lodge this limited objection at this time to these "0" cure designations.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

The Debtors have already set forth notice of rejection of 6 locations under the Master Lease Agreement effective August 31, 2025. If terms are not agreed to as to a modification of that contract, the rejections to date constitute a default which impacts the additional contracts with Walmart. Thus, this Limited Objection to the cure amounts must be lodged as is it premature to know the "cure amounts" which may be necessary for any assumption and assignment.

Dated:  September 18, 2025

        Respectfully Submitted,

        */s/ Mark Minuti*
        Mark Minuti (DE Bar No. 2659)
        **SAUL EWING LLP**
        1201 North Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19800
        Phone: (302) 421-6840
        Email: mark.minuti@saul.com

        -and-

        Lyndel Anne Vargas (admitted *pro hac vice*)
        Texas State Bar No. 24058913
        **CAVAZOS HENDRICKS POIROT, P.C.**
        Suite 570, Founders Square
        900 Jackson Street
        Dallas, TX 75202
        Phone: (214) 573-7344
        Fax: (214) 573-7399
        Email: LVargas@chfirm.com

        **ATTORNEYS FOR WAL-MART STORES EAST, LP** *and affiliates*