# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket Nos. 16, 98, 139, 228,** |
|  | ) | **240 & 373** |

## NOTICE OF ADDITIONAL STORE CLOSINGS

**PLEASE TAKE NOTICE** that on September 8, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Final Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to be Free and clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief* [Docket No. 373] (the "Store Closing Order"),[2] authorizing the Debtors to conduct Store Closing Sales at the Closing Stores.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Store Closing Order and by this written notice (this "Store Closing Notice"), the Debtors hereby provide notice that they have determined, in the exercise of their business judgment, to commence Store Closings, in accordance with the Sale Guidelines, for each Additional Closing Store set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Store Closing Order or the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to be Free and clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief* [Docket No. 16], as applicable.

| Store No. | Name | Address | City | State | ZIP |
|---|---|---|---|---|---|
| 5470 | River Oaks Shopping Center | 207 River Oaks, #Ob07 | Calumet City | Illinois | 60409 |
| 6718 | Plaza Del Norte | 506 Truncado Street Unit B118 | Hatilo | Puerto Rico | 00659 |

**PLEASE TAKE FURTHER NOTICE** that landlords for the Additional Closing Stores and any interested parties must file and serve a written objection so that such objection is filed with the Court and is actually received via first class mail, email, or ECF no later than seven days after the date that the Debtors served this Store Closing Notice in accordance with the Store Closing Order.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors are authorized to proceed with conducting the proposed Store Closings at each of the locations set forth in the Additional Closing Store List, in accordance with the Store Closing Order, the Sale Guidelines, and the Agency Agreement.

**PLEASE TAKE FURTHER NOTICE** that if an objection to an Additional Closing Store is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Additional Closing Store as to which such objection relates at the next regularly scheduled omnibus hearing, subject to the right of any party to seek relief on an emergency basis on shortened notice, to the extent necessary, so that the Debtors may move promptly to maximize value and minimize expenses for the benefit of creditors and stakeholders.

**PLEASE TAKE FURTHER NOTICE** that, except as identified herein, no other stores have been designated as Additional Closing Stores and each such store's designation as identified on Exhibit A or Exhibit B of the *Notice of Filing Revised Lists of Closing Stores and Non-Closing Stores* [Docket No. 240] shall continue to be effective, unless otherwise modified pursuant to the Store Closing Order and Agency Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights, including, for the avoidance of doubt, the right to discontinue a Sale at any of the Closing Stores, including the Additional Closing Stores, or designate further Additional Closing Stores, as applicable, in the future pursuant to the Store Closing Order and the Agency Agreement.

**PLEASE TAKE FURTHER NOTICE** that copies of the Store Closing Order, the Agency Agreement, this notice, and any other related documents are available: (a) upon request to Omni Agent Solutions, Inc. by calling (747) 293-0183 or +1 (888) 202-5971 for calls originating outside of the U.S.; or (b) by visiting the Debtors' restructuring website at https://omniagentsolutions.com/claires; or (c) for a fee via PACER by visiting https://pacer.uscourts.gov

Dated:  September 22, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Zachary I. Shapiro* | |
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Daniel J. DeFranceschi (No. 2732) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Paul N. Heath (No. 3704) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Allyson B. Smith (admitted *pro hac vice*) |
| Clint M. Carlisle (No. 7313) | 601 Lexington Avenue |
| Colin A. Meehan (No. 7237) | New York, New York 10022 |
| One Rodney Square | Telephone:  (212) 446-4800 |
| 920 N. King Street | Facsimile:  (212) 446-4900 |
| Wilmington, Delaware 19801 | Email:  joshua.sussberg@kirkland.com |
| Telephone:  (302) 651-7700 |   allyson.smith@kirkland.com |
| Facsimile:  (302) 651-7701 | |
| Email:  defranceschi@rlf.com | - and - |
|   heath@rlf.com | |
|   shapiro@rlf.com | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
|   carlisle@rlf.com | Robert A. Jacobson (admitted *pro hac vice*) |
|   meehan@rlf.com | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |
| | Email:  alexandra.schwarzman@kirkland.com |
| |   rob.jacobson@kirkland.com |
| | |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |