## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 16, 98, 139, 228,** |
| | ) | **240 & 373** |

---

### NOTICE OF REVISED LIST OF NON-CLOSING STORES

**PLEASE TAKE NOTICE** that on September 8, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Final Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief* [Docket No. 373] (the "Store Closing Order"),[2] authorizing the Debtors to conduct Store Closing Sales at the Closing Stores.

**PLEASE TAKE FURTHER NOTICE** that, on September 15, 2025, the Debtors discontinued the Store Closing Sales at certain of the Debtors' retail locations. The Debtors hereby file this written notice (this "Non-Closing Store Notice") pursuant to the Store Closing order to inform parties that such Store Closing Sales have ceased.

**PLEASE TAKE FURTHER NOTICE** that one additional store has been designated as a Non-Closing Store, as set forth below:

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Store Closing Order or the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to be Free and clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief* [Docket No. 16], as applicable.

| Store No. | Name | Address | City | State | ZIP |
|-----------|------|---------|------|-------|-----|
| 6002 | Pinnacle Hills | 2203 S. Promenade Boulevard | Rogers | Arkansas | 72758 |

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights, including, for the avoidance of doubt, the right to designate any stores as Closing Stores or non-Closing Stores, as applicable, in the future pursuant to the Store Closing Order and the Agency Agreement.

**PLEASE TAKE FURTHER NOTICE** that copies of the Store Closing Order, the Agency Agreement, this notice, and any other related documents are available: (a) upon request to Omni Agent Solutions, Inc. by calling (747) 293-0183 or +1 (888) 202-5971 for calls originating outside of the U.S.; or (b) by visiting the Debtors' restructuring website at https://omniagentsolutions.com/claires; or (c) for a fee via PACER by visiting https://pacer.uscourts.gov.

Dated:  September 22, 2025
Wilmington, Delaware

/s/ Zachary I. Shapiro

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Daniel J. DeFranceschi (No. 2732) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Paul N. Heath (No. 3704) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Allyson B. Smith (admitted *pro hac vice*) |
| Clint M. Carlisle (No. 7313) | 601 Lexington Avenue |
| Colin A. Meehan (No. 7237) | New York, New York 10022 |
| One Rodney Square | Telephone:      (212) 446-4800 |
| 920 N. King Street | Facsimile:       (212) 446-4900 |
| Wilmington, Delaware 19801 | Email:            joshua.sussberg@kirkland.com |
| Telephone:      (302) 651-7700 |                      allyson.smith@kirkland.com |
| Facsimile:       (302) 651-7701 | |
| Email:            defranceschi@rlf.com | - and - |
|                      heath@rlf.com | |
|                      shapiro@rlf.com | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
|                      carlisle@rlf.com | Robert A. Jacobson (admitted *pro hac vice*) |
|                      meehan@rlf.com | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:      (312) 862-2000 |
| | Facsimile:       (312) 862-2200 |
| | Email:            alexandra.schwarzman@kirkland.com |
| |                      rob.jacobson@kirkland.com |
| | |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |