# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC.[1] | Case No. 25-11454 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that S.A. Development Company, L.P. ("S.A."), hereby appears by and through its undersigned counsel, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  S.A., by and through its counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 9007, 9010, and the applicable Local Rules, that all notices given or required to be given on it, and all papers served or required to be served it in this proceeding, be given to and served upon the following:

> Kenneth L. Baum, Esq.
> Law Offices of Kenneth L. Baum LLC
> 201 W. Passaic Street, Suite 104
> Rochelle Park, New Jersey 07662
> Telephone: (201) 853-3030
> Facsimile: (201) 584-0297
> E-mail: kbaum@kenbaumdebtsolutions.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to this case; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs or recoupments to which S.A. is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

        LAW OFFICES OF KENNETH L. BAUM LLC
        Attorneys for S.A. Development Company, L.P.

By:    */s/ Kenneth L. Baum*
        Kenneth L. Baum
        201 W. Passaic Street, Suite 104
        Rochelle Park, New Jersey 07662
        (201) 853-3030
        (201) 584-0297 Facsimile
        E-mail: kbaum@kenbaumdebtsolutions.com

Dated: September 25, 2025

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served this 25th day of September 2025 via ECF Noticing to the persons of record.

By:   /s/  Kenneth L. Baum