**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>CLAIRE'S HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 25-11454 (BLS)<br>)<br>) (Jointly Administered)<br>)<br>) **Related to Docket Nos. 449, 461** |

**SUPPLEMENTAL DECLARATION OF DARREN AZMAN**
**IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS OF CLAIRE'S HOLDINGS LLC, *ET AL*.,**
**TO RETAIN AND EMPLOY MCDERMOTT WILL & SCHULTE LLP**
**AS COUNSEL, EFFECTIVE AUGUST 18, 2025**

I, Darren Azman, declare as follows:

1. I am a partner of the firm of McDermott Will & Schulte LLP ("McDermott" or the "Firm"). McDermott maintains offices at, among other places, One Vanderbilt Avenue, New York, New York 10017, and The Brandywine Building, 1000 N. West Street, Suite 1400, Wilmington, Delaware 19801. I am a member in good standing of the Bars of the States of New York and Massachusetts, and I have been admitted to practice in the U.S. Courts of Appeals for the Second and Third Circuits, and the U.S. District Courts for the District of Massachusetts and the Eastern and Southern Districts of New York. There are no disciplinary proceedings pending against me.

2. On September 15, 2025, I submitted a declaration [Docket No. 461-3] (the "Azman Declaration") in support of the *Application of the Official Committee of Unsecured*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

*Creditors of Claire's Holdings LLC, et al., to Retain and Employ McDermott Will & Schulte LLP as Counsel, Effective August 18, 2025* [Docket No. 461] (the "Application").[2]

3. I submit this supplemental declaration (the "Supplemental Declaration") in further support of the Application and in response to certain informal comments received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") regarding the Application. Unless otherwise stated, the facts set forth in this Supplemental Declaration are based upon my personal knowledge, discussions with other McDermott attorneys, and the Firm's client/matter records that were reviewed by me or other McDermott attorneys acting under my supervision and direction.

4. As set forth in the Azman Declaration, a McDermott attorney is related to Mr. Jim Viola, who formerly was an executive vice president at Claire's and served as Claire's Chief Human Resources Officer. *See* Azman Declaration at ¶ 13. The attorney is a third-year associate in McDermott's restructuring group. Mr. Viola is the brother of the associate's aunt-by-marriage, so that neither his aunt nor her brother (*i.e.*, Mr. Viola) is the associate's blood relative.

5. As set forth in the *First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates* [Docket No. 429] (the "Plan"), which memorializes the Committee's settlement with the other Settlement Parties,[3] "[a]ny Claims or Causes of Action held by the Debtors or their respective estates against any of the Debtors' former officers who were appointed as such by express board resolution, but excluding any Released Parties (as defined in

---

[2] The Application also was filed under seal. *See* Docket No. 449. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

[3] *See Disclosure Statement for the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates* [Docket No. 430] at Article VII.E.

the Sale Order), (collectively, the 'Former Officers') are not released pursuant to the Plan (collectively, the 'Non-Released Former Officer Claims'), and shall be assigned and transferred to the Liquidating Trust to be pursued, settled, or resolved by the Liquidating Trust in accordance with the terms of this Plan." Plan at Article IV.T. Mr. Viola is classified as a Former Officer, and any claims held by the Debtors or their respective estates against Mr. Viola are Non-Released Former Officer Claims.

6. Pursuant to the Plan, "[t]he Liquidating Trust shall be a successor to the Debtors' rights, title, and interest in any Non-Released Former Officer Claims and the Liquidating Trust shall have standing to pursue the Non-Released Former Officer Claims in accordance with the terms of this Plan[.]" *Id*. As set forth more fully in the Plan, recoveries by the Liquidating Trust on account of any Non-Released Former Officer Claim shall be solely from available insurance coverage from the Debtors' available D&O Liability Insurance Policies (as defined in the Plan). *See id*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 7, 2025

By: */s/ Darren Azman*
    Darren Azman
    Partner
    McDermott Will & Schulte LLP