## Exhibit B

## Schedule of Retained Causes of Action

The provisions contained in this <u>Exhibit B</u> and the Plan Supplement remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan, to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court. Each of the documents contained in the Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan.

Article IV.R of the Plan provides as follows:

Except as otherwise provided herein or in the Sale Order, in accordance with section 1123(b) of the Bankruptcy Code, but subject in all respects to Article VIII hereof, all Retained Causes of Action are preserved and transferred to the Liquidating Trust on the Effective Date. The Liquidating Trustee shall retain and may enforce all rights to commence and pursue, as appropriate, any and all Causes of Action, whether arising before or after the Petition Date, including any actions specifically enumerated in the Schedule of Retained Causes of Action, and the rights of the Debtors or the Liquidating Trustee to commence, prosecute, or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date, other than the Causes of Action (a) acquired by the Purchaser in accordance with the Transaction Documents, as applicable, or (b) released or exculpated herein pursuant to the releases and exculpations contained in the Plan, including in Article VIII hereof, which shall be deemed released and waived by the Debtors as of the Effective Date.

The Debtors may pursue such Causes of Action, as appropriate, in accordance with the best interests of the Debtors. **No Person or Entity (other than the Released Parties) may rely on the absence of a specific reference in the Schedule of Retained Causes of Action, the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Debtors will not pursue any and all available Causes of Action against it. The Debtors expressly reserve all rights to prosecute any and all Causes of Action against any Person or Entity, except as otherwise expressly provided in the Plan, including Article VIII of the Plan.** Unless any Causes of Action against a Person or Entity are expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or a Final Order, the Debtors expressly reserve all Causes of Action, for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of the Confirmation or Consummation.

The Debtors reserve and shall retain such Causes of Action notwithstanding the rejection or repudiation of any Executory Contract or Unexpired Lease during the Chapter 11 Cases

or pursuant to the Plan. In accordance with section 1123(b)(3) of the Bankruptcy Code, any Causes of Action that a Debtor may hold against any Entity shall vest in the Liquidating Trust except as otherwise expressly provided in the Plan, including Article VIII of the Plan. Prior to the Effective Date, the Debtors, and on and after the Effective Date, the Liquidating Trust, through its authorized agents or representatives, including the Liquidating Trustee, shall retain and may exclusively enforce any and all such Causes of Action. Prior to the Effective Date, the Debtors, and on and after the Effective Date, the Liquidating Trustee, shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action and to decline to do any of the foregoing without the consent or approval of any third party or further notice to or action, order, or approval of the Bankruptcy Court. For the avoidance of doubt, in no instance will any Cause of Action preserved pursuant to this Article IV.R include any Claim or Cause of Action against a Released Party or Exculpated Party.

Notwithstanding and without limiting the generality of Article IV.R of the Plan, the Debtors expressly reserve all Causes of Action that are not expressly released under the Plan (including pursuant to Article VIII thereof), including the following types of Causes of Action:

## I.    Claims Related to Insurance Proceeds.

Unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action based in whole or in part upon any and all insurance contracts and insurance policies to which any Debtor or post-Effective Date Debtor is a party or pursuant to which any Debtor or post-Effective Date Debtor has any rights whatsoever, regardless of whether such contract or policy is specifically identified in the Plan, this Plan Supplement, or any amendments thereto, including, without limitation, Causes of Action against insurance carriers, reinsurance carriers, insurance brokers, underwriters, occurrence carriers, or surety bond issuers relating to coverage, indemnity, contribution, reimbursement, or any other matters. Without limiting the generality of the foregoing, the Debtors expressly reserve all Causes of Action against the Insurance Carriers identified in **Schedule B(i)** attached hereto.

## II.    Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation.

Unless otherwise released by the Plan, and/or settled pursuant to Bankruptcy Rule 9019, the Debtors expressly reserve all Causes of Action, including, for the avoidance of doubt, any and all Causes of Action against or related to all Entities that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal or judicial or non-judicial, regardless of whether such Entity is specifically identified in the Plan, this Plan Supplement, or any amendments thereto. Without limiting the generality of the foregoing, the Debtors expressly reserve all Causes of Action against the Entities identified in **Schedule B(ii)** attached hereto.

### III. Causes of Action Related to Deposits, Adequate Assurance, and Other Collateral Postings.

Unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action based in whole or in part upon any and all postings of security deposits, adequate assurance payments, or any other type of deposit, prepayment, or collateral, regardless of whether such posting of security deposit, adequate assurance payment, or any other type of deposit, prepayment, or collateral is specifically identified herein.[1]

### IV. Causes of Action Related to Disputed Claims.

Unless otherwise specifically released, settled, compromised, transferred, or assigned under the Plan or the Purchase Agreement, all rights, claims, defenses, and Causes of Action against any Holder of a Claim seeking to collect a distribution from or assert other rights against the Estate or post-Effective Date Debtors, whether at law or equity, under any theory and of any nature whatsoever, unless and until each of such Holder's Claims become Allowed Claims.

---

[1] For the avoidance of doubt, the Debtors reserve all rights with respect to any deposit provided in accordance with the *Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief* [Docket No. 359].

## Schedule B(i)

**Claims Related to Insurance Contracts and Policies**

**Schedule B(i)**

**Claims Related to Insurance Contracts and Policies**

| Type of Coverage | Insurance Carrier | Policy Number | Policy Term |
|---|---|---|---|
| Automobile Liability | Mapfre Praico Insurance Company | 1226238001071 | 3/18/2025 - 3/18/2026 |
| Directors And Officers | Illinois National Insurance Company | 01-701-49-22 | 10/12/2024 - 10/12/2025 |
| Directors And Officers | Berkley Insurance Company | BPRO8115439 | 10/12/2024 - 10/12/2025 |
| Automobile Liability | Greenwich Insurance Company | RAD9438137-02 | 2/12/2025 - 1/29/2026 |
| Cyber | Beazley Syndicate 2623/623 | ZU900D24APBR | 6/12/2025 - 6/12/2026 |
| Directors And Officers | U.S. Specialty Insurance Company | 14-MGU-24-A59529 | 10/12/2024 - 10/12/2025 |
| Directors And Officers | Freedom Specialty Insurance Company | XMF2403758 | 10/12/2024 - 10/12/2025 |
| Directors And Officers | Beazley Insurance Company, Inc. | V35E90240201 | 10/12/2024 - 10/12/2025 |
| Directors And Officers | Endurance American Insurance Company | DOX30000812105 | 10/12/2024 - 10/12/2025 |
| Directors And Officers | Starr Indemnity & Liability Company | 1000621202241 | 10/12/2024 - 10/12/2025 |
| Directors And Officers | XL Specialty Insurance Company | ELU200130-24 | 10/12/2024 - 10/12/2025 |
| Excess Liability | XL Insurance America, Inc. | US00137386LI25A | 2/12/2025 - 1/29/2026 |
| Excess Liability | Navigators Insurance Company | NY25AXS864071IV | 2/12/2025 - 1/29/2026 |
| Excess Liability | The Ohio Casualty Insurance Company (Liberty Mutual) | ECO(26)55942804 | 2/12/2025 - 1/29/2026 |
| Excess Liability | Ascot Insurance Company | EXNA2510000911-01 | 2/12/2025 - 1/29/2026 |
| General/Products Liability | Greenwich Insurance Company | RGE3001700-02 | 2/12/2025 - 1/29/2026 |
| Marine Cargo & War Risk | Agcs Marine Insurance Company | OC-OCW 91116600 | 2/13/2025 - Until Cancelled |
| Property | Affiliated Fm Insurance Company | 1146631 | 2/12/2025 - 1/29/2026 |
| Property | Affiliated Fm Insurance Company | 1146630 | 2/12/2025 - 1/29/2026 |
| Umbrella | The Continental Insurance Company (CNA) | CUE 7036702684 | 2/12/2025 - 1/29/2026 |
| Workers' Compensation And Employer's Liability | XL Specialty Insurance Company | RWD3001702-02 | 2/12/2025 - 1/29/2026 |
| Workers' Compensation And Employer's Liability States Included: AK, NE, WI | XL Specialty Insurance Company | RWR3001701-02 | 2/12/2025 - 1/29/2026 |
| International Package Policy | The Continental Insurance Company (CNA) | WP 76 396 1956 | 1/29/2025 - 1/29/2026 |
| Terrorism | Underwriters At Lloyd's | CMCTR2500274 | 1/29/2025 - 1/29/2026 |
| Austria Local Package Policy | Vienna Insurance Group | 2025009078 | 1/1/2025 - 1/1/2030 |

| Type of Coverage | Insurance Carrier | Policy Number | Policy Term |
|---|---|---|---|
| Automobile Liability - Canada (AB) | XL Specialty Insurance Company | CA00015470AU25A | 2/12/2025 - 1/29/2026 |
| Automobile Liability - Canada (BC) | XL Specialty Insurance Company | CA00019920AU25A | 2/12/2025 - 1/29/2026 |
| Automobile Liability - Canada (MB) | XL Specialty Insurance Company | CA00019921AU25A | 2/12/2025 - 1/29/2026 |
| Automobile Liability - Canada (NS) | XL Specialty Insurance Company | CA00015471AU25A | 2/12/2025 - 1/29/2026 |
| Automobile Liability - Canada (ON) | XL Specialty Insurance Company | CA00015469AU25A | 2/12/2025 - 1/29/2026 |
| Automobile Liability - Canada (QC) | XL Specialty Insurance Company | CA00015472AU25A | 2/12/2025 - 1/29/2026 |
| Crime | Axis Insurance Company | P-001-001009685-03 | 10/12/2024 - 10/12/2025 |
| Employer's Liability - Ireland | Zurich Insurance PLC | 02 CLP 3049732 | 1/29/2025 - 1/29/2026 |
| Employer's Liability - UK | Zurich Insurance Company | GL227954 | 2/1/2025 - 1/31/2026 |
| Engineering Inspection - UK | Allianz Engineering Inspection Services, Ltd. | 27/NV/12508232/02 | 2/1/2025 - 1/31/2026 |
| Motor Fleet - Eire | Allianz Insurance PLC | DN SFR 7161874 | 2/1/2025 - 1/31/2026 |
| Motor Fleet - UK | Zurich Insurance Company | EM227960 | 2/1/2025 - 1/31/2026 |
| Personal Accident & Travel | Aon Underwriting Managers | P24PATPTP02385 | 1/30/2025 - 1/29/2026 |
| Property | Fm Insurance Europe S.A., Luxembourg, Bern Branch | 1146632 | 2/12/2025 - 1/29/2026 |
| Property | Fm Insurance Europe S.A. | 1146629 | 2/12/2025 - 1/29/2026 |
| Property | Fm Insurance Company Ltd. | 1150067 | 2/12/2025 - 1/29/2026 |
| Special Crime | Federal Insurance Company | J06746305 | 10/12/2024 - 10/12/2027 |
| General/Products Liability | Continental Casualty Company (CNA) | CGL 665498450 | 1/29/2025 - 1/29/2026 |

## **Schedule B(ii)**

**Claims, Defenses, Cross-Claims, and Counter-Claims
Related to Litigation and Possible Litigation**

**Schedule B(ii)**

**Claims, Defense, Cross-Claims, and Counter-
Claims Related to Litigation and Possible Litigation**

| Party | Address | Nature |
|---|---|---|
| Big Lots Bankruptcy Claim | 4900 E Dublin Granville Rd.<br>Westerville, OH 43081 | Debtor Claire's Stores, Inc. filed Proofs of Claim numbered 5927, 5970, 6172, 6255, and 6259 against Closeout Distribution, LLC (Case No. 24-11978), CSC Distribution, LLC (Case No. 24-11974), AVDC, LLC (Case No. 24-11981), Big Lots Stores, LLC (Case No. 24-11973), and Big Lots Stores - PNS, LLC (Case No. 24-11970), respectively, in the jointly administed bankruptcy case of *Big Lots, Inc.*, Case No. 24-11967 (JKS). |
| Discover Financial Services, DFS Services, LLC and Discover Bank | 2500 Lake Cook Road<br>Riverwoods, IL 60015 | Any claims, payments, judgments, reimbursements, refunds, or other similar rights in connection with the Sellers' class action settlement with Discover Card, relating to the alleged misclassification of certain Discover-issued consumer credit cards as commercial credit cards, which in turn caused merchants and others to incur excessive interchange fees, from 2007 through 2023. The proposed settlement in this matter is awaiting court approval and Claire's claim could potentially be worth between approximately $2.5 million to $2.9 million and Claire's has solicited bids for its claim. |
| Exalta | Calle Diez No. 11<br>Col. San Pedro de Los Pines<br>Benito Juarez, Mexico City<br>Mexico | Any claims, payments, judgments, reimbursements, refunds, or other similar rights in connection with the Sellers' contractual dispute with Exalta relating to unpaid amounts under the franchising agreement with Exalta. Exalta is the Sellers' franchisee in Mexico. |
| Generalized System of Preferences ("GSP") | 600 17th Street NW<br>Washington, DC 20508 | Any claims, payments, judgments, reimbursements, refunds, or other similar rights in connection with a potential renewal of the Generalized System of Preferences ("GSP") program, a U.S. trade preference program that provided for duty-free treatment of various goods in certain developing countries. Through June 2025, Claire's has $2.95M tariffs that could be refunded. |
| International Emergency Economic Powers Act | N/A | Any claims, payments, judgments, reimbursements, refunds, or other similar rights in connection with ongoing appeals in the Circuit Courts, the Federal Circuit Court of Appeals, and DC Circuit, relating to the tariffs imposed under the International Emergency Economic Powers Act ("IEEPA"). As of early June 2025, Claire's had paid $3.64M in IEEPA tariffs. On June 23, 2025, Outpost Capital indicated their pricing would be~20-25% of the IEEPA tariffs Claire's has paid. On June 30, 2025, Fulcrum Capital indicated their pricing would be ~15% of the 'trafficking/fentanyl" IEEPA tariffs Claire's has paid and ~20% of the reciprocal IEEPA tariffs Claire's has paid. |
| Retained Preference Claims | N/A | All Claims arising under section 547 and 550 of the Bankruptcy Code occurring in the previous six years and held by the Debtors against any Person (other than an Exculpated Party) |

| | | |
|---|---|---|
| Retained Seller Distributor Agreement Amounts | N/A | Any and all cash, fees and other amounts due or payable to Seller under any distributor agreement or other similar arrangement, in each case, entered into between Seller and any of its non-US Affiliates in connection with any proceeding under an insolvency, bankruptcy, receivership, liquidation, reorganization or similar law in respect of a non-US Affiliate. |
| Rohit Deep | Address on File | In October 2024, Claire's entered into agreements with a small number of employees, including Rohit Deep, that effectively guaranteed the employees a payout of 100% of the employees' 2024 annual incentive plan targets. The payout was to be made in installments in November 2024, April 2025, and June 2025, provided that the employee remained with Claire's through the payment date. Each employee, including Rohit Deep, signed an agreement that, if the employee voluntarily terminated employment or gave notice of termination before July 1, 2025, the employee would repay the full, pre-tax amount of any payments they had received. Rohit resigned as of February 28, 2025, after receiving one installment of $22,278.90. He has not complied with our request to repay and has told HR he is consulting an attorney. |
| US Trade Representative (USTR) | 600 17th Street NW Washington, DC 20508 | Any claims, payments, judgments, reimbursements, refunds, or other similar rights in connection with ongoing claims against the US Trade Representative (USTR) challenging the legality of $320 billion of tariffs imposed by the first Trump Administration. Through February 2025, Claire's claim was $65 million. Claire's claim continues to grow as it continues to pay these duties. In early April 2025,Outpost Capital agreed to purchase Claire's claim for $1.76 million (2.75% of face value). Their agreement was subject to approval by Outpost Capital's investment committee. In late April Outpost Capital notified Claire's that their investment committee rejected the transaction. They cited concerns over Claire's solvency, stating that if Claire's filed for bankruptcy, a creditors' committee could attack the sale of the tariff claim as a fraudulent transfer or could seek to recharacterize the transaction as a loan rather than a true sale. |