**Schedule I**

**Fifth Assignment List**

| # | Contract/Lease Counterparty | Debtor Entity | Contract/Lease | Contract/Lease Description | Assignee | Assignment Date | Cure Amount (Local Currency) |
|---|---|---|---|---|---|---|---|
|  | **BROADSTONE CLE ILLINOIS, LLC** |  |  |  |  |  | $0.00 |
| 1 |  | CLAIRE'S BOUTIQUES, INC. | LEASE | PROPERTY LEASE LOCATED IN HOFFMAN ESTATES<br>HOFFMAN ESTATES, IL | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 |  |
|  | **GPCE, LLC** |  |  |  |  |  | $0.00 |
| 2 |  | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 6127 LOCATED AT PRAIRIE HILLS MALL<br>DICKINSON, ND | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 |  |
|  | **GUMBERG ASSET MANAGEMENT** |  |  |  |  |  | $0.00 |
| 3 |  | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 6602 LOCATED AT CORAL RIDGE MALL<br>FT LAUDERDALE, FL | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 |  |
|  | **MMI REALTY** |  |  |  |  |  | $0.00 |
| 4 |  | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 5033 LOCATED AT KAHALA MALL<br>HONOLULU, HI | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 |  |
|  | **S.G. SUMMIT, LLC** |  |  |  |  |  | $0.00 |
| 5 |  | CLAIRE'S STORES, INC. | LEASE | OFFICE LEASE LOCATED IN PEMBROKE PINES<br>PEMBROKE PINES, FL | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 |  |
|  | **STOCKBRIDGE LEASING LLC** |  |  |  |  |  | $0.00 |
| 6 |  | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 5572 LOCATED AT INDIAN MOUND MALL<br>HEATH, OH | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 |  |