**Exhibit A**

**Schedule of Assumed and Assigned Executory Contracts and Unexpired Leases**[1]

Pursuant to Article V.A of the Plan, except as otherwise provided herein, each Executory Contract or Unexpired Lease not previously assumed, assumed and assigned, or rejected shall be deemed automatically rejected by the applicable Debtor, unless otherwise agreed by the applicable counterparty, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those that: (1) are specifically described in the Plan as to be assumed, or assumed and assigned, as applicable, in connection with Confirmation of the Plan, or are identified on the Assumed and Assigned Executory Contracts and Unexpired Leases Schedule; (2) have been previously assumed or rejected by the Debtors pursuant to any Bankruptcy Court order; (3) are the subject of a Filed motion to assume, assume and assign, or reject such Executory Contract or Unexpired Lease (or of a Filed objection with respect thereto) or notice pursuant to the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 363] that is pending on the Confirmation Date; (4) are to be assumed by the Debtors or assumed by the Debtors and assigned to another third party, as applicable, through the Asset Purchase Agreement in connection with any Sale Transaction, including in a Sale Transaction that is pending on the Confirmation Date; (5) are a contract, release, or other agreement or document entered into in connection with the Plan; or (6) are an Insurance Policy (including, for the avoidance of doubt, any D&O Liability Insurance Policies).

The Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan, to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court. Each of the documents contained in the Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan.

---

[1] The inclusion of a contract on this list does not constitute an admission as to the executory or non-executory nature of the contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such contract. The Debtors reserve all rights with respect to assumption, assumption and assignment, or rejection of any contract included on this list.

**Schedule A**

**Schedule of Assumed and Assigned Executory Contracts and Unexpired Leases**

## Schedule A

### Schedule of Assumed Executory Contracts and Unexpired Leases

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title | Proposed Cure Amount |
|---|---|---|---|---|
| CLAIRE'S STORES, INC. | ACQUIOM CLEARINGHOUSE LLC | 950 17TH STREET SUITE 1400 DENVER, CO 80202 | UNILATERAL ESCROW AGREEMENT | $0.00 |
| CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | ADP | 10407 CENTURION PARKWAY NORTH JACKSONVILLE, FL 32256 | APPENDIX H DATA MANAGEMENT & SELF-SERVICE FEATURES ADDENDUM | $0.00 |
| CLAIRE'S HOLDINGS LLC | ADP GLOBALVIEW B.V. ("ADP") & ADP INTERNATIONAL SERVICES B.V | 10407 CENTURION PARKWAY NORTH JACKSONVILLE, FL 32256 | VENDOR AGREEMENT | $0.00 |
| CLAIRE'S HOLDINGS LLC | ADP, INC | 10407 CENTURION PARKWAY NORTH JACKSONVILLE, FL 32256 | VENDOR AGREEMENT | $0.00 |
| CBI DISTRIBUTING CORP. | ADP, INC. | 10407 CENTURION PARKWAY NORTH JACKSONVILLE, FL 32256 | FIRST AMENDMENT TO NATIONAL ACCOUNT SERVICES MASTER SERVICES AGREEMENT | $0.00 |
| CBI DISTRIBUTING CORP. | ADP, INC. | 10407 CENTURION PARKWAY NORTH JACKSONVILLE, FL 32256 | FOURTH AMENDMENT TO MASTER SERVICES AGREEMENT | $0.00 |
| CLAIRE'S HOLDINGS LLC | AIG | 1271 AVENUE OF THE AMERICAS, FL 41 NEW YORK, NY 10020 UNITED STATES | DIRECTORS AND OFFICERS INSURANCE POLICY - 6TH EXCESS | $0.00 |
| CLAIRE'S HOLDINGS LLC | AXA XL | 20 GRACECHURCH ST LONDON, EC3V 0BG UNITED KINGDOM | DIRECTORS AND OFFICERS INSURANCE POLICY - 5TH EXCESS | $0.00 |
| CLAIRE'S HOLDINGS LLC | BEAZLEY | 22 BISHOPSGATE LONDON EC2N 4BQ UNITED KINGDOM | DIRECTORS AND OFFICERS INSURANCE POLICY - 2ND EXCESS | $0.00 |
| CLAIRE'S HOLDINGS LLC | BERKELEY | 475 STEAMBOAT ROAD GREENWICH, CT 6830 UNITED STATES | DIRECTORS AND OFFICERS INSURANCE POLICY - 7TH EXCESS | $0.00 |
| CLAIRE'S STORES, INC. | BLUE CROSS AND BLUE SHIELD OF ILLINOIS | 300 E. RANDOLPH ST. CHICAGO, IL 60501 | CLAIM ADMINISTRATOR BUSINESS ASSOCIATE AGREEMENT | $0.00 |
| CLAIRE'S HOLDINGS LLC | BLUE CROSS AND BLUE SHIELD OF ILLINOIS - HEALTH CARE SVCS. CORPORATION(SEE VENDORS IN RED BELOW FOR OTHER BENEFIT RELATED AREAS) | 300 E. RANDOLPH ST. CHICAGO, IL 60501 | SERVICE AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | BLUE CROSS AND BLUE SHIELD OF ILLINOIS, A DIVISION OF HEALTH CARE SERVICE CORPORATION MERCER HEALTH & BENEFITS LLC | 300 E. RANDOLPH ST. CHICAGO, IL 60501 | BENEFIT PROGRAM APPLICATION ("ASO BPA") | $0.00 |
| CLAIRE'S STORES, INC. | BLUE CROSS AND BLUE SHIELD OF ILLINOIS, A DIVISION OF HEALTH CARE SERVICE CORPORATION MERCER HEALTH & BENEFITS LLC | 300 E. RANDOLPH ST. CHICAGO, IL 60501 | BENEFIT PROGRAM APPLICATION (ASO BPA) | $0.00 |
| CLAIRE'S STORES, INC. | BLUE CROSS AND BLUE SHIELD OF ILLINOIS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY | 300 E. RANDOLPH ST. CHICAGO, IL 60501 | APPLICATION AND POLICY SCHEDULE FOR STOP LOSS COVERAGE | $0.00 |
| CLAIRE'S STORES, INC. | BLUE CROSS AND BLUE SHIELD OF ILLINOIS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY MDLIVE MERCER HEALTH & BENEFITS LLC | 300 E. RANDOLPH ST. CHICAGO, IL 60501 | BENEFIT PROGRAM APPLICATION (ASO BPA) | $0.00 |
| CLAIRE'S STORES, INC. | BLUE CROSS BLUE SHIELD OF ILLINOIS, A DIVISION OF HEALTH CARE SERVICE CORPORATION | 300 E. RANDOLPH ST. CHICAGO, IL 60501 | ADMINISTRATIVE SERVICES AGREEMENT | $0.00 |
| CLAIRE'S HOLDINGS LLC | DELTA DENTAL OF ILLINOIS | DELTA DENTAL: US DENTAL P.O. BOX 85419 CHICAGO, IL 60689-5419 UNITED STATES | SERVICE AGREEMENT | $0.00 |

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title | Proposed Cure Amount |
|---|---|---|---|---|
| CLAIRE'S STORES, INC. | DELTA DENTAL OF ILLINOIS EYEMED VISION CARE PROTEC INSURANCE COMPANY | DELTA DENTAL: US DENTAL P.O. BOX 85419 CHICAGO, IL 60689-5419 UNITED STATES | DENTAL BENEFITS RENEWAL | $0.00 |
| CLAIRE'S HOLDINGS LLC | FIDELITY | OPERATIONS COMPANY P.O. BOX 73307 CHICAGO, IL 60673-7307 UNITED STATES | HSA INSURANCE POLICY | $0.00 |
| CLAIRE'S HOLDINGS LLC | GOOGLE INC | 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 UNITED STATES | SERVICE AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | GOOGLE LLC | 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 UNITED STATES | GOOGLE NON-DISCLOSURE AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | GOOGLE LLC | 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 UNITED STATES | SECURITY OPERATIONS ORDER FORM | $0.00 |
| CLAIRE'S HOLDINGS LLC | HEALTH EQUITY | HEALTH EQUITY: COBRA P.O. BOX 14709 LEXINGTON, KY 40512 UNITED STATES | SERVICE AGREEMENT | $0.00 |
| CLAIRE'S HOLDINGS LLC | MERCER | 155 N. WACKER DRIVE SUITE 1500 CHICAGO, IL 60606 UNITED STATES | SERVICE AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | MERCER (CANADA) LIMITED MERCER (US) INC. | 111 SW COLUMBIA STREET SUITE 500 PORTLAND, OR 97201 UNITED STATES | STATEMENT OF WORK FOR BELONG POINT SOLUTION WEBSITE | $0.00 |
| CLAIRE'S STORES, INC. | MERCER HEALTH & BENEFITS LLC | 155 N. WACKER DRIVE SUITE 1500 CHICAGO, IL 60606 UNITED STATES | SPECTRUM (GLOBAL CONSULTING AND GBM) STATEMENT OF WORK | $0.00 |
| CLAIRE'S STORES, INC. | MERCER HEALTH & BENEFITS LLC | 155 N. WACKER DRIVE SUITE 1500 CHICAGO, IL 60606 UNITED STATES | US HEALTH STATEMENT OF WORK | $0.00 |
| CLAIRE'S HOLDINGS LLC | METLIFE | 177 S COMMONS DRIVE AURORA, IL 60504 UNITED STATES | SERVICE AGREEMENT | $0.00 |
| CLAIRE'S HOLDINGS LLC | MICROSOFT EA | DEPT. 551 VOLUME LICENSING 6880 SIERRA CENTER PARKWAY RENO, NV 89511-1137 UNITED STATES | VENDOR AGREEMENT | $0.00 |
| CLAIRE'S HOLDINGS LLC | NATIONWIDE | ONE NATIONWIDE PLAZA COLUMBUS, OH 43215 UNITED STATES | DIRECTORS AND OFFICERS INSURANCE POLICY - 1ST EXCESS | $0.00 |
| CLAIRE'S HOLDINGS LLC | NY LIFE | C/O NEW YORK LIFE REAL ESTATE INVESTORS 51 MADISON AVENUE NEW YORK, NY 10010-1603 UNITED STATES | VARIOUS INSURANCE POLICIES | $0.00 |
| CLAIRE'S HOLDINGS LLC | SOMPO | 25 NW POINT BLVD ELK GROVE VILLAGE, IL 60007 UNITED STATES | DIRECTORS AND OFFICERS INSURANCE POLICY - 3RD EXCESS | $0.00 |
| CLAIRE'S HOLDINGS LLC | STAR | FINANCIAL LINES DEPARTMENT 399 PARK AVE, 2ND FLOOR NEW YORK, 10022 UNITED STATES | DIRECTORS AND OFFICERS INSURANCE POLICY - 4TH EXCESS | $0.00 |
| CLAIRE'S HOLDINGS LLC | TMHCC | 13403 NORTHWEST FREEWAY HOUSTON, TX 77030 UNITED STATES | DIRECTORS AND OFFICERS INSURANCE POLICY - PRIMARY | $0.00 |
| CLAIRE'S HOLDINGS LLC | WORKDAY | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | GLOBAL HRM TOOL SERVICE AGREEMENT | $463,091.60 |
| CLAIRE'S STORES, INC. | WORKDAY AUSTRALIA PTY LTD WORKDAY LIMITED WORKDAY, INC. | 100 PACIFIC HIGHWAY, LEVEL 12 NORTH SYDNEY, 2060 AUSTRALIA | 2021 SCC UPDATE AMENDMENT | $0.00 |
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | MASTER SUBSCRIPTION AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | MASTER SUBSCRIPTION AGREEMENT | $0.00 |

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title | Proposed Cure Amount |
|---|---|---|---|---|
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | ORDER FORM (TRAINING) | $0.00 |
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | ORDER FORM TO MASTER SUBSCRIPTION AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | ORDER FORM TO MASTER SUBSCRIPTION AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | ORDER FORM TO MASTER SUBSCRIPTION AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | PROFESSIONAL SERVICES AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | PROFESSIONAL SERVICES AGREEMENT | $0.00 |
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | STATEMENT OF WORK | $0.00 |
| CLAIRE'S STORES, INC. | WORKDAY, INC. | 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 UNITED STATES | STATEMENT OF WORK | $0.00 |