## EXHIBIT 2

**Rejected Contracts Schedule Blackline**

Claire's Stores, Inc
Contract Rejection Notice

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | 1010DATA RETAIL SOLUTIONS LLC | CBI DISTRIBUTING CORP. CLAIRE'S STORES, INC. | 1010DATA ENTERPRISE ANALYTICS PLATFORM SERVICES AGREEMENT | 9/30/2025 |
| 2 | 1010DATA SERVICES LLC | CBI DISTRIBUTING CORP. | AMENDMENT 3 TO 1010DATA ENTERPRISE ANALYTICS PLATFORM AGREEMENT | 9/30/2025 |
| 3 | 11:11 MEDIA, LLC | CLAIRE'S STORES, INC. | CLAIRE'S MERCHANDISE LICENSE COVER SHEET | 9/30/2025 |
| 4 | 1WERTITL FEESOVECSS | CLAIRE'S BOUTIQUES, INC. | STORE PURCHASING MASTER AGREEMENT | 9/30/2025 |
| 5 | 2428392, INC. DBA FYE | CLAIRE'S BOUTIQUES, INC. | SBT PRODUCT DISTRIBUTION AGREEMENT | 9/30/2025 |
| 6 | 3 BUSINESS | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 7 | A&G REALTY PARTNERS, LLC | CLAIRE'S BOUTIQUES, INC. | REAL ESTATE SERVICES AGREEMENT | 9/30/2025 |
| 8 | A&G REALTY PARTNERS, LLC | CLAIRE'S BOUTIQUES, INC. | REAL ESTATE SERVICES AGREEMENT | 9/30/2025 |
| 9 | A. SMITH MARKETING LLC | CLAIRE'S BOUTIQUES, INC. | MARKETING AGREEMENT | 9/30/2025 |
| 10 | AAD:FITCH ARCHITECTURE, PLLC | CLAIRE'S STORES, INC. | MASTER AGREEMENT FOR ARCHITECTURAL SERVICES | 9/30/2025 |
| 11 | AAD:FITCH ARCHITECTURE, PLLC | CLAIRE'S STORES, INC. | PROPOSAL FOR ARCHITECTURAL SERVICES | 9/30/2025 |
| 12 | ABACUS GROUP, LLC | CLAIRE'S HOLDINGS LLC | MSA FOR PERMANENT AND CONTRACT PLACEMENT SERVICES - IT | 9/30/2025 |
| 13 | ABG ACCESSORIES | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 14 | ACADEMY FIRE LIFE SAFETY, LLC | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 15 | ACCELERATION PARTNERS, LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 16 | ACCENTURE AILPROQUIRE LLC | CLAIRE'S STORES, INC. | STATEMENT OF WORK: PROJECT UNICORN RESET PHASE 1 | 9/30/2025 |
| 17 | ACCENTURE INTERNATIONAL LIMITED | CLAIRE'S STORES, INC. | ARRANGEMENT LETTER | 9/30/2025 |
| 18 | ACCENTURE INTERNATIONAL LIMITED | CLAIRE'S STORES, INC. | CLAIRE'S DEMAND FORECASTING SERVICES FOR B&M | 9/30/2025 |
| 19 | ACCENTURE INTERNATIONAL LIMITED | CLAIRE'S STORES, INC. | CLAIRE'S DEMAND FORECASTING SERVICES FOR B&M | 9/30/2025 |
| 20 | ACCENTURE INTERNATIONAL LIMITED | CLAIRE'S STORES, INC. | CLAIRE'S DEMAND FORECASTING SERVICES FOR CPG | 9/30/2025 |
| 21 | ACCENTURE INTERNATIONAL LIMITED | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 22 | ACCENTURE INTERNATIONAL LIMITED | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 23 | ACCENTURE LLP | CLAIRE'S STORES, INC. | ARRANGEMENT LETTER | 9/30/2025 |
| 24 | ACCENTURE LLP | CLAIRE'S STORES, INC. | ARRANGEMENT LETTER | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 25 | ACCENTURE LLP | CLAIRE'S STORES, INC. | ARRANGEMENT LETTER | 9/30/2025 |
| 26 | ACCENTURE LLP | CLAIRE'S STORES, INC. | CHANGE ORDER TO STATEMENT OF WORK | 9/30/2025 |
| 27 | ACCENTURE LLP | CLAIRE'S STORES, INC. | STATEMENT OF WORK | 9/30/2025 |
| 28 | ACCENTURE, LLC | CLAIRE'S HOLDINGS LLC | CHANGE ORDER #2 CLAIRE'S BLUE YONDER DEMAND, FULFILLMENT AND PORTFORLIO MERCHANDISE MANAGEMENT (PMM) PROJECT UNICORN RESET PHASE 1 SOW | 9/30/2025 |
| 29 | ACCENTUREEQUATION RESEARCHINTE Q LLC | CLAIRE'S BOUTIQUES, INC. | CLAIRE'S RESEARCH SOW | 9/30/2025 |
| 30 | ACCESSORY INNOV.(SHANGHA | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 31 | ACCESSORY INNOVATIONS LLC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 32 | ACCRUENT, LLC | CLAIRE'S BOUTIQUES, INC. | MASTER AGREEMENT | 9/30/2025 |
| 33 | ACCRUENT, LLC | CLAIRE'S BOUTIQUES, INC. | ORDER DOCUMENT | 9/30/2025 |
| 34 | ACCRUENT, LLC | CLAIRE'S BOUTIQUES, INC. | ORDER DOCUMENT | 9/30/2025 |
| 35 | ACCRUENT, LLC | CLAIRE'S BOUTIQUES, INC. | ORDER DOCUMENT | 9/30/2025 |
| 36 | ACCRUENT, LLC | CLAIRE'S BOUTIQUES, INC. | PERPETUAL LICENSE, MAINTENANCE AND PROFESSIONAL SERVICES | 9/30/2025 |
| 37 | ACCRUENT, LLC | CLAIRE'S HOLDINGS LLC | ACCURENT, LLC - MASTER SERVICES AGREEMENT | 9/30/2025 |
| 38 | ACCURATE PERSONNEL LLC | CLAIRE'S BOUTIQUES, INC. | FEE & TERMS AGREEMENT | 9/30/2025 |
| 39 | ACQUIOM CLEARINGHOUSE LLC | CLAIRE'S STORES, INC. | UNILATERAL ESCROW AGREEMENT | 9/30/2025 |
| 40 | ACTION SERVICES GROUP | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 41 | ADOBE | CLAIRE'S HOLDINGS LLC | ADOBE CREATIVE CLOUD & PHOTOSHOP LICENSES | 9/30/2025 |
| 42 | ADOBE | CLAIRE'S HOLDINGS LLC | ADOBE CREATIVE CLOUD & PHOTOSHOP LICENSES | 9/30/2025 |
| 43 | ADOBE | CLAIRE'S HOLDINGS LLC | ADOBE EULA | 9/30/2025 |
| 44 | ADOBE | CLAIRE'S HOLDINGS LLC | ADOBE GENERAL TERMS OF USE | 9/30/2025 |
| 45 | ADOBE | CLAIRE'S HOLDINGS LLC | ADOBE TERMS AND CONDITIONS | 9/30/2025 |
| 46 | ADOBE | CLAIRE'S HOLDINGS LLC | CUSTOMER DISCLOSURE | 9/30/2025 |
| 47 | ADOBE | CLAIRE'S HOLDINGS LLC | THIS IS FOR ADOBE CLOUD. INVOICE OUTLINES WHAT WAS PURCHASED. | 9/30/2025 |
| 48 | ADOBE CLOUD (TBD COVERED WITH IT) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 49 | ADRIANA COSCIA | CLAIRE'S HOLDINGS LLC | MANAGEMENT EQUITY INCENTIVE PLAN (MEIP) AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 50 | ADRIANA COSCIA | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 51 | ADSWERVE, INC | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 52 | ADVANCE PROCESSING SYSTEMS, INC. D/B/A SNELLING PERSONNEL SERVICESADVANCE PROCESSING SYSTEMS, L.L.C. D/B/A SNELLING PERSONNEL SERVICESSNELLING EMPLOYMENT, LLC D/B/A SNELLING STAFFING SERVICES | CLAIRE'S BOUTIQUES, INC. | STAFFING AGREEMENT | 9/30/2025 |
| 53 | ADVANTAGE SALES & MARKETING LLC | CLAIRE'S STORES, INC. | ECOMMERCE STATEMENT OF WORK | 9/30/2025 |
| 54 | ADVANTAGE SALES & MARKETING LLC | CLAIRE'S STORES, INC. | SALES & MARKETING AGENCY AGREEMENT | 9/30/2025 |
| 55 | ADVANTAGE SALES & MARKETING LLC D/B/A ADLUCENT | CBI DISTRIBUTING CORP. | PERFORMANCE AGREEMENT | 9/30/2025 |
| 56 | AFCO CREDIT CORPORATIONNAVIGATORS INSURANCE COMPANYOHIO CASUALTY INSURANCE COMPANY | CLAIRE'S HOLDINGS LLC | PREMIUM FINANCE AGREEMENT-PROMISSORY NOTE | 9/30/2025 |
| 57 | AG NET LEASE ACQUISITION CORP.AGNL BLING, L.L.C. | BMS DISTRIBUTING CORP. CBI DISTRIBUTING CORP. CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | GUARANTY AGREEMENT | 9/30/2025 |
| 58 | AG NET LEASE ACQUISITION CORP.AGNL BLING, L.L.C.DLA PIPER LLP (US) | BMS DISTRIBUTING CORP. CBI DISTRIBUTING CORP. CLAIRE'S STORES, INC. | GUARANTY AGREEMENT | 9/30/2025 |
| 59 | AGILENCE INC. | CLAIRE'S STORES, INC. | SOW FOR THE INTEGRATION OF NEW POS TO AGILENCE | 9/30/2025 |
| 60 | AGILENCE, INC. | CLAIRE'S STORES, INC. | MASTER AGREEMENT | 9/30/2025 |
| 61 | AGILENCE, INC. | CLAIRE'S STORES, INC. | PERSONAL INFORMATION PROCESSING ADDENDUM | 9/30/2025 |
| 62 | AGILOFT | CLAIRE'S HOLDINGS LLC | 1 ADDITIONAL FLOATING LICENSE FOR AGILOFT | 9/30/2025 |
| 63 | AGILOFT | CLAIRE'S HOLDINGS LLC | HOSTED SERVICE AGREEMENT | 9/30/2025 |
| 64 | AGILOFT | CLAIRE'S HOLDINGS LLC | HOSTED SERVICE AGREEMENT | 9/30/2025 |
| 65 | AGILOFT | CLAIRE'S HOLDINGS LLC | HOSTED SERVICE AGREEMENT | 9/30/2025 |
| 66 | AGILONE, INC. | CLAIRE'S HOLDINGS LLC | AGILONE, INC. NDA | 9/30/2025 |
| 67 | AIR LABS, INC. | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 68 | AIRSLATE | CLAIRE'S HOLDINGS LLC | TERMS AND CONDITIONS - AIRSLATE - SIGNNOW - PDFFILLER | 9/30/2025 |
| 69 | AIRSLATE | CLAIRE'S HOLDINGS LLC | TERMS OF SERVICE - AIRSLATE - SIGNNOW | 9/30/2025 |
| 70 | AKQA | CLAIRE'S STORES, INC. | STATEMENT OF WORK | 9/30/2025 |
| 71 | AKQA, INC. | CBI DISTRIBUTING CORP. CLAIRE'S STORES, INC. | AKQA MASTER CONSULTING AGREEMENT | 9/30/2025 |
| 72 | ALAN FOX | CLAIRE'S HOLDINGS LLC | LETTER AGREEMENT | 9/30/2025 |
| 73 | ALGONOMY SOFTWARE | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 74 | ALGONOMY SOFTWARE PRIVATE LTD | CLAIRE'S STORES, INC. | STATEMENT OF WORK | 9/30/2025 |
| 75 | ALGONOMY SOFTWARE PRIVATE LTD | CLAIRE'S STORES, INC. | STATEMENT OF WORK | 9/30/2025 |
| 76 | ALGONOMY SOFTWARE PVT. LTD. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 77 | ALGONOMY SOFTWARE PVT. LTD. | CLAIRE'S STORES, INC. | MERCHANDISE ANALYTICS - SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 78 | ALGONOMY SOFTWARE PVT. LTD. | CLAIRE'S STORES, INC. | PERSONAL DATA PROCESSING AGREEMENT | 9/30/2025 |
| 79 | ALGONOMY SOFTWARE PVT. LTD. | CLAIRE'S STORES, INC. | PERSONAL INFORMATION PROCESSING ADDENDUM | 9/30/2025 |
| 80 | ALINA ROGINSKA | CLAIRE'S STORES, INC. | INDEPENDENT CONTRACTOR AGREEMENT | 9/30/2025 |
| 81 | ALINA ROGINSKA | CLAIRE'S STORES, INC. | INDEPENDENT CONTRACTOR AGREEMENT | 9/30/2025 |
| 82 | ALIQUANTUM INTERNATIONAL | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 83 | ALIQUANTUM INTERNATIONAL | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 84 | ALISHA CHADHA | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 85 | ALL THINGS GO LLCMADISON HOUSE PRESENTS LLCTIEBREAKER PRODUCTIONS LLC | CLAIRE'S STORES, INC. | SPONSORSHIP AGREEMENT | 9/30/2025 |
| 86 | ALLIANZ INSURANCE PLCAON UK LIMITEDENTERPRISE RENT-A-CAR UK LIMITED | CLAIRE'S STORES, INC. | ACCOUNT IMPLEMENTATION FORM | 9/30/2025 |
| 87 | ALT FRAGRANCES | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 88 | ALUMATEC PACIFIC PRODUCTS | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 89 | AMA DESIGN INTL(HONG KON | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 90 | AMAZON.COMBLACKHAWK NETWORK, INC. | CLAIRE'S STORES, INC. | ACKNOWLEDGMENT AGREEMENT FOR SALES OF RETAILER GIFT CARDS ON AMAZON.COM | 9/30/2025 |
| 91 | AMAZON.COMBLACKHAWK NETWORK, INC. | CLAIRE'S STORES, INC. | ACKNOWLEDGMENT AGREEMENT FOR SALES OF RETAILER GIFT CARDS ON AMAZON.COM | 9/30/2025 |
| 92 | AMAZON.COMBLACKHAWK NETWORK, INC. | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 93 | AMERICAN EAGLE OUTFITTERS, INC.BURLINGTON COAT FACTORY WAREHOUSE CORPORATIONHOT TOPIC, INC. | CBI DISTRIBUTING CORP. CLAIRE'S BOUTIQUES, INC. | CONSENT JUDGMENT | 9/30/2025 |
| 94 | AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC. | CLAIRE'S BOUTIQUES, INC. | 2018 ST. JUDE THANKS AND GIVING® CAMPAIGN | 9/30/2025 |
| 95 | AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC. | CLAIRE'S BOUTIQUES, INC. | ADDENDUM FOUR | 9/30/2025 |
| 96 | AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC. | CLAIRE'S BOUTIQUES, INC. | LETTER OF AGREEMENT | 9/30/2025 |
| 97 | AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC. | CLAIRE'S BOUTIQUES, INC. | LETTER OF AGREEMENT | 9/30/2025 |
| 98 | AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC. | CLAIRE'S BOUTIQUES, INC. | LETTER OF AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 99 | AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC. | CLAIRE'S BOUTIQUES, INC. | LETTER OF AGREEMENT | 9/30/2025 |
| 100 | AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC. ("ALSAC")ST. JUDE CHILDREN'S RESEARCH HOSPITAL® ("ST. JUDE") | CLAIRE'S BOUTIQUES, INC. | ADDENDUM ONE | 9/30/2025 |