# EXHIBIT 2

## Rejected Contracts Schedule Blackline

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | CISCO | CLAIRE'S HOLDINGS LLC | SMARTNET CONTRACT RENEWAL FOR 2018 | 9/30/2025 |
| 2 | CISCO SYSTEMS, INC. | CBI DISTRIBUTING CORP. | LETTER AGREEMENT | 9/30/2025 |
| 3 | CIVIC NATION | CLAIRE'S BOUTIQUES, INC. | MASTER SPONSORSHIP AGREEMENT | 9/30/2025 |
| 4 | CIVIC NATION | CLAIRE'S BOUTIQUES, INC. | MASTER SPONSORSHIP AGREEMENT | 9/30/2025 |
| 5 | CLACTON COMPANY LIMITEDFIRMLEY COMPANY LIMITED | CBI DISTRIBUTING CORP. CLAIRE'S STORES, INC. | ARTICLES OF ASSOCIATION | 9/30/2025 |
| 6 | CLAIRE MANSON | CLAIRE'S BOUTIQUES, INC. CLAIRE'S HOLDINGS LLC | MANAGEMENT EQUITY INCENTIVE PLAN (MEIP) | 9/30/2025 |
| 7 | CLAIRE MANSON | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 8 | CLAIRE'S | CLAIRE'S HOLDINGS LLC | AUTHORISATION AND APPROVAL POLICY DOCUMENT | 9/30/2025 |
| 9 | CLAIRE'S EUROPEAN DISTRIBUTION LIMITEDLYRECO SAS | CLAIRE'S HOLDINGS LLC | SUPPLEMENTAL AGREEMENT | 9/30/2025 |
| 10 | CLAIRE'S STORES CANADA CORP. | CLAIRE'S CANADA CORP. | SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 11 | CLAIRE'S STORES CANADA CORP. | CLAIRE'S STORES, INC. | SECURED PROMISSORY NOTE | 9/30/2025 |
| 12 | CLARITAS, LLC | CLAIRE'S STORES, INC. | CHANGE ORDER / LICENSE ORDER | 9/30/2025 |
| 13 | CLAUDIA LIMA-GUINEHUT | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 14 | CLICK DISTRIBUTION | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 15 | CLINICAL HEALTH TECH | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 16 | CLINICAL HEALTH TECHNOLOGIES | CBI DISTRIBUTING CORP. CLAIRE'S STORES, INC. | EUROPEAN EXCLUSIVITY AGREEMENT FOR THE SALE OF HYPOCHLOROUS EAR PIERCING AFTERCARE | 9/30/2025 |
| 17 | CLINICAL HEALTH TECHNOLOGIES | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 18 | CLINICAL HEALTH TECHNOLOGIES INC, USAPACIFIC PIERCING SUPPLY INCSTUDEX CORPORATION | CBI DISTRIBUTING CORP. | AMENDED AND RESTATED VENDOR TERMS, MUTUAL RTV & PRICING ADJUSTMENT AGREEMENT | 9/30/2025 |
| 19 | CLINICAL HEALTH TECHNOLOGIES INC, USAPACIFIC PIERCING SUPPLY INCSTUDEX CORPORATION | CBI DISTRIBUTING CORP. | VENDOR TERMS & MUTUAL RTV AGREEMENT | 9/30/2025 |
| 20 | CLOUDFLARE | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 21 | CMA CGM (AMERICA) LLCCMA CGM S.A. | CBI DISTRIBUTING CORP. | SERVICE CONTRACT | 9/30/2025 |
| 22 | CMA INDUSTRIAL DEVELOPMENT FOUNDATION LIMITED | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| ~~23~~ | ~~COBBS ALLEN CAPITAL, LLC DBA CAC SPECIALTY~~ | ~~CLAIRE'S HOLDINGS LLC~~ | ~~SERVICE AGREEMENT~~ | ~~9/30/2025~~ |
| 24 | COBORN'S, INCORPORATED | CLAIRE'S BOUTIQUES, INC. | SBT PRODUCT DISTRIBUTION AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 25 | COBORN'S, INCORPORATED | CLAIRE'S BOUTIQUES, INC. | SBT PRODUCT DISTRIBUTION AGREEMENT | 9/30/2025 |
| 26 | COLUMBUS CONSULTING | CLAIRE'S HOLDINGS LLC | MASTER SERVICE AGREEMENT | 9/30/2025 |
| 27 | COLUMBUS CONSULTING INTERNATIONAL, LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 28 | COMMERCE TECHNOLOGIES, LLC DBA COMMERCEHUB | CLAIRE'S STORES, INC. | SERVICE ORDER FORM COMMERCE SUITE | 9/30/2025 |
| 29 | COMMERCECOMMERCE TECHNLOGIESCOMMERCE TECHNOLOGIES, LLC | CLAIRE'S STORES, INC. | MERCHANT MASTER SERVICE AGREEMENT | 9/30/2025 |
| 30 | COMMERCIAL LIGHTING INDUSTRIES, INC. | CLAIRE'S BOUTIQUES, INC. | NATIONAL ACCOUNT AGREEMENT | 9/30/2025 |
| 31 | COMM-WORKS | CLAIRE'S HOLDINGS LLC | COMM-WORKS REMODELS & RELOCATIONS | 9/30/2025 |
| 32 | COMM-WORKS | CLAIRE'S HOLDINGS LLC | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 33 | COMM-WORKS | CLAIRE'S HOLDINGS LLC | REMODELS AND RELOCATIONS | 9/30/2025 |
| 34 | COMPASS GROUP USA, INC. | CLAIRE'S STORES, INC. | FOOD SERVICES AGREEMENT | 9/30/2025 |
| 35 | COMPASS GROUP USA, INC. | CLAIRE'S STORES, INC. | FOOD SERVICES AGREEMENT (FEE) | 9/30/2025 |
| 36 | COMPLETE BUSINESS SOLUTIONS | CLAIRE'S HOLDINGS LLC | COMPLETE BUSINESS SOLUTIONS - SOLUTIONS SOFTWARE SUPPORT AGREEMENT - CANON PARTNER CHANNEL | 9/30/2025 |
| ~~37~~ | ~~COMPSYCH~~ | ~~CLAIRE'S HOLDINGS LLC~~ | ~~SERVICE AGREEMENT~~ | ~~9/30/2025~~ |
| 38 | COMPUCOM | CLAIRE'S HOLDINGS LLC | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 39 | COMPUTERS IN PERSONNEL | CLAIRE'S HOLDINGS LLC | CIPHR AGREEMENT | 9/30/2025 |
| 40 | CONCENTRIX CVG CUSTOMER MANAGEMENT GROUP INC. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 41 | CONCENTRIX CVG CUSTOMER MANAGEMENT GROUP INC. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 42 | CONFIDENCE BY GABBY GOOD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 43 | CONNOISSEURS PRODUCTS | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 44 | CONSULTIS OF SAN ANTONIO | CLAIRE'S HOLDINGS LLC | WORKDAY INTEGARTION ENGINEER - YASH GUPTA | 9/30/2025 |
| 45 | CONSUMERINFO.COM, INC. | CLAIRE'S STORES, INC. | BEAZLEY / IDENTITYWORKS PRODUCTS ORDER FORM | 9/30/2025 |
| 46 | CONSUMERINFO.COM, INC. | CLAIRE'S STORES, INC. | IDENTITYWORKS™ GLOBAL PRODUCT AGREEMENT | 9/30/2025 |
| 47 | CONTEMPO | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 48 | CONTEMPO CARD COMPANY, INC. | CBI DISTRIBUTING CORP. | PRINT SERVICES AGREEMENT | 9/30/2025 |
| 49 | CONTEMPO CARD COMPANY, INC. | CBI DISTRIBUTING CORP. | PRINT SERVICES AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 50 | CONTEMPO CARD COMPANY, INC. | CBI DISTRIBUTING CORP. | PRINT SERVICES AGREEMENT | 9/30/2025 |
| 51 | CONTEMPO CARD COMPANY, INC. | CBI DISTRIBUTING CORP. | PRINT SERVICES AGREEMENT | 9/30/2025 |
| 52 | CONTEMPO CARD COMPANY, INC.CONTEMPO SHENZHEN | CBI DISTRIBUTING CORP. | PRINT SERVICES AGREEMENT | 9/30/2025 |
| 53 | CONTENT SQUARE, INC.HEAP INC. | CLAIRE'S STORES, INC. | ORDER FORM | 9/30/2025 |
| 54 | CONTINENTAL TRAFFIC SERVICE, INC. | CBI DISTRIBUTING CORP. | SERVICE AGREEMENT | 9/30/2025 |
| 55 | CONTINENTE HIPERMERCADOS, S.A.MODELO CONTINENTE HIPERMERCADOS, S.A.WHITE CLAIRE'S ACESSORIOS PORTUGAL, UNIPESSOAL LDA | CLAIRE'S BOUTIQUES, INC. | CONCESSION AGREEMENT | 9/30/2025 |
| 56 | CONVERSE INC. | CLAIRE'S STORES, INC. | AGREEMENT | 9/30/2025 |
| 57 | CONVEYOR CRAFT | CLAIRE'S HOLDINGS LLC | DC SORTERS AND SOFTWARE UPGRADE | 9/30/2025 |
| 58 | CONVEYOR CRAFT INC. | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 59 | CORETRUST PURCHASING GROUP LLC | CLAIRE'S STORES, INC. | AMENDMENT TO PARTICIPATION AGREEMENT TO ADD CATEGORY | 9/30/2025 |
| 60 | CORETRUST PURCHASING GROUP LLC | CLAIRE'S STORES, INC. | AMENDMENT TO PARTICIPATION AGREEMENT TO ADD/REMOVE CATEGORY | 9/30/2025 |
| 61 | CORETRUST PURCHASING GROUP LLC | CLAIRE'S STORES, INC. | PARTICIPATION AGREEMENT | 9/30/2025 |
| 62 | CORETRUST PURCHASING GROUP LLC | CLAIRE'S STORES, INC. | PARTICIPATION AGREEMENT | 9/30/2025 |
| 63 | CORPORATION SERVICE COMPANY | CBI DISTRIBUTING CORP. | DOMAIN NAME ACQUISITION & RECOVERY SERVICES TERMS AND CONDITIONS | 9/30/2025 |
| 64 | COWEN AND COMPANY, LLC | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 65 | COWEN AND COMPANY, LLCCOWEN GROUP, INC. | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 66 | CRADLEPOINT THROUGH CDW LLC | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 67 | CREDIT SUISSE SECURITIES (USA) LLC | CLAIRE'S HOLDINGS LLC | CONFIDENTIALITY AGREEMENT | 9/30/2025 |
| 68 | CRG CORPORATION | CLAIRE'S HOLDINGS LLC | CORE NETWORK & SECURITY REFRESH - MSA | 9/30/2025 |
| 69 | CRG CORPORATION | CLAIRE'S HOLDINGS LLC | CORE NETWORK AND SECURITY REFRESH | 9/30/2025 |
| 70 | CRG CORPORATION | CLAIRE'S HOLDINGS LLC | MUTUAL NDA = CBI | 9/30/2025 |
| 71 | CRITEO CORP | CLAIRE'S STORES, INC. | ORDER FORM | 9/30/2025 |
| 72 | CROCKETT PRODUCTIONS | CLAIRE'S STORES, INC. | SCOPE OF WORK AND BUDGET ESTIMATE | 9/30/2025 |
| 73 | CROCKETT PRODUCTIONS INC. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 74 | CRS RETAIL SYSTEMS, INC. | CBI DISTRIBUTING CORP. | AMENDMENT TO CRS MASTER AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 75 | CRS RETAIL SYSTEMS, INC. | CBI DISTRIBUTING CORP. | AMENDMENT TO HELP DESK PROPOSALS AND STATEMENT OF WORK | 9/30/2025 |
| 76 | CRS RETAIL SYSTEMS, INC. | CBI DISTRIBUTING CORP. | AMENDMENT TO MASTER SOFTWARE AND SERVICES AGREEMENT | 9/30/2025 |
| 77 | CRS RETAIL SYSTEMS, INC. | CBI DISTRIBUTING CORP. | AMENDMENT TO MASTER SOFTWARE AND SERVICES AGREEMENT | 9/30/2025 |
| 78 | CRS RETAIL SYSTEMS, INC. | CBI DISTRIBUTING CORP. | THIRD AMENDMENT TO CRS MASTER AGREEMENT | 9/30/2025 |
| 79 | CRS RETAIL SYSTEMS, INC.EPICOR SOFTWARE CORPORATION | CBI DISTRIBUTING CORP. CLAIRE'S BOUTIQUES, INC. CLAIRE'S PUERTO RICO CORP. | CRS MASTER AGREEMENT | 9/30/2025 |
| 80 | CSI CANADA LLC | CLAIRE'S CANADA CORP. | CAPITAL SUPPORT AGREEMENT | 9/30/2025 |
| 81 | CSP DIFFUSION | CLAIRE'S HOLDINGS LLC | LETTER AGREEMENT | 9/30/2025 |
| 82 | CUDDLE BARN INC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 83 | CUDDLE BARN(SHANGHAI) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 84 | CUT FROM THE WILD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 85 | CXTEC | CLAIRE'S HOLDINGS LLC | MINDSAFE SERVICE AGREEMENT | 9/30/2025 |
| 86 | CYBERARK SOFTWARE, INC. | CLAIRE'S HOLDINGS LLC | NDA CYBERARK | 9/30/2025 |
| 87 | DAN DEE INTL(SHANGHAI) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 88 | DATA ACS | CLAIRE'S HOLDINGS LLC | VENDOR AGREEMENT | 9/30/2025 |
| 89 | DATA SALES CO., INC. | CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | MASTER EQUIPMENT LEASE | 9/30/2025 |
| 90 | DATA SALES CO., INC. | CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | MASTER EQUIPMENT LEASE NO. 60-10921 | 9/30/2025 |
| 91 | DATA SALES CO., INC.LANDLORD | CLAIRE'S BOUTIQUES, INC. | INSURABILITY AGREEMENT | 9/30/2025 |
| 92 | DATA SALES COMPANY | CLAIRE'S HOLDINGS LLC | DATA SALES, CO. INC - MASTER EQUIPMENT LEASE 60-10682 | 9/30/2025 |
| 93 | DATA SALES COMPANY | CLAIRE'S HOLDINGS LLC | MASTER EQUIPMENT LEASE | 9/30/2025 |
| 94 | DATA SOLUTIONS LLC | CLAIRE'S HOLDINGS LLC | DATA SOLUTIONS, LLC - MSA (MASTER SERVICE AGREEMENT) | 9/30/2025 |
| 95 | DATA SOLUTIONS LLC | CLAIRE'S STORES, INC. | SOW FOR ADDITIONAL RESOURCES | 9/30/2025 |
| 96 | DATA SOLUTIONS LLC | CLAIRE'S STORES, INC. | STATEMENT OF WORK – ADDENDUM TO MSA | 9/30/2025 |
| 97 | DATA2LOGISTICS, LLC | BMS DISTRIBUTING CORP. | FREIGHT BILL PROCESSING AND SERVICES AGREEMENT | 9/30/2025 |