IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) Case No. 25-11454 (BLS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket Nos. 363 & 581 |

**CERTIFICATION OF COUNSEL REGARDING REVISED
NINETEENTH ORDER APPROVING THE REJECTION OF CERTAIN
EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE
ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY**

The undersigned hereby certifies as follows:

1. On September 8, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order on the motion (the "Motion") of debtors and debtors in possession (the "Debtors") (a) authorizing and approving procedures to reject, assume, or assume and assign executory contracts and unexpired leases and (b) granting related relief [Docket No. 363] (the "Procedures Order").

2. On September 29, 2025, pursuant to the Procedures Order, the Debtors filed the *Nineteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 581] (the "Rejection Notice"). Attached to the Rejection Notice were two applicable schedules: Schedule 2 (the "Rejected Contracts Schedule"), and schedule 3, a proposed order (the "Proposed Rejection Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

RLF1 34024739v.1

3.      Pursuant to the Rejection Notice, objections to the proposed rejection of any of the Leases or Contracts, or if applicable, to the abandonment of the Abandoned Property were to be filed by no later than October 14, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").

4.      Prior to the Objection Deadline, the Debtors received no answer, objection, or any other responsive pleading with respect to the Rejection Notice.

5.      However, the Debtors have revised a Contract on the Rejected Contracts Schedule. To reflect this change, the Debtors prepared a revised version of the Proposed Rejection Order (the "Revised Proposed Rejection Order"), a copy of which is attached hereto as **Exhibit 1**.  For the convenience of the Court and all parties in interest, a blackline comparison of the Rejected Contracts Schedule is attached hereto as **Exhibit 2**. For the avoidance of doubt, no other changes were made to the Revised Proposed Rejection Order.

WHEREFORE, the Debtors respectfully request that the Revised Proposed Rejection Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

*[Signature Page Follows]*

Dated: October 15, 2025
Wilmington, Delaware

/s/ Colin A. Meehan
---

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Daniel J. DeFranceschi (No. 2732) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Paul N. Heath (No. 3704) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Allyson B. Smith (admitted *pro hac vice*) |
| Clint M. Carlisle (No. 7313) | 601 Lexington Avenue |
| Colin A. Meehan (No. 7237) | New York, New York 10022 |
| One Rodney Square | Telephone: (212) 446-4800 |
| 920 N. King Street | Facsimile: (212) 446-4900 |
| Wilmington, Delaware 19801 | Email: joshua.sussberg@kirkland.com |
| Telephone: (302) 651-7700 | allyson.smith@kirkland.com |
| Facsimile: (302) 651-7701 | |
| Email: defranceschi@rlf.com | - and - |
| heath@rlf.com | |
| shapiro@rlf.com | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| carlisle@rlf.com | Robert A. Jacobson (admitted *pro hac vice*) |
| meehan@rlf.com | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: alexandra.schwarzman@kirkland.com |
| | rob.jacobson@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*

3

RLF1 34024739v.1