# **EXHIBIT 1**

**Revised Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 363 & 581** |

**NINETEENTH ORDER APPROVING THE REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY**

Upon the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 363] (the "Procedures Order")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343).  The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the schedule attached hereto as **Exhibit 1** (the "Rejection Schedule"), in accordance with the terms of the Procedures Order; and no timely objections have been filed to the rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the applicable Rejection Date or such other date as the Debtors and the applicable Rejection Counterparty agree in writing (email being sufficient); *provided* that the Rejection Date for a rejection of a lease of non-residential real property shall not occur until the later of (i) the Rejection Date set forth on **Exhibit 1** and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) of the Debtors' surrender of the premises as of the date of such writing and, as applicable, (a) turning over keys issued by the landlord, key codes, and/or security codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) that the property has been surrendered and that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises; *provided*, *further*, that the Rejection Date for a lease of non-residential real property rejected pursuant to the Rejection Procedures shall not occur earlier than the date the Debtors filed and served the applicable Rejection Notice.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date with the prior written consent (email being sufficient) of the Directing Cash Collateral Agent (as defined in the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 419] (the "Final DIP Order")) solely with respect to the Collateral (as defined in the Final DIP Order), which consent shall be deemed given upon the entry of this Order, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract. The personal property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such personal property without notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. The rights of the counterparties to each Contract to assert claims for the disposition of the Abandoned Property are reserved, as are all parties' rights to object to such claims. Notwithstanding any other provision of this Order, (a) the Debtors are not authorized to abandon, and are directed to remove, any hazardous materials as defined under applicable law from any leased premises as and to the extent they are required to do so by applicable law, and (b) to the extent the Debtors seek to abandon personal property that contains any "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code, or other personal or confidential information about the Debtors' employees or customers, or any other individual

(the "Confidential Information"), the Debtors shall remove the Confidential Information from such property before abandonment.

4.  Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (a) the General Bar Date and (b) 11:59 p.m., prevailing Eastern Time, on the date that is 30 days after the later of (i) the Rejection Date, and (ii) the date of entry of an order rejecting the Contract.  If no proof of claim is timely filed, such claimant may be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

5.  Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an implication or admission as to the amount, validity, or priority of, or basis for, any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative expense claim, other priority claim, or otherwise of a type specified or defined in the Motion or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease not listed on the Rejection Schedule pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of any claims, causes of action, or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law; (h) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy

under section 365 of the Bankruptcy Code (except for the Contracts set forth on the Rejection Schedule); (i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; (j) a waiver of the obligation of any party in interest to file a proof of claim; or (k) otherwise affecting the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease (except for the Contracts set forth on the Rejection Schedule).

6.  Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and 6006(c) and the Local Rules are satisfied by such notice.

7.  Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

9.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

**Rejected Contracts**[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Rejection Counterparty | Debtor Counterparty | Property Address | Store Number | Description of Contract | Rejection Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|---|
| 1 | 0719 / 79423 WALMART | Claire's Boutiques, Inc. | 820 EASTERN BYP 140, RICHMOND, KENTUCKY 40475 | 6010 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 2 | 21245 26 AVE LLC | Claire's Boutiques, Inc. | 211 - 43 26TH AVENUE SUITE #13, BAYSIDE, NEW YORK 11360 | 3297 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 3 | 863 BROADWAY LLC | Claire's Boutiques, Inc. | 863 BROADWAY, NEW YORK, NEW YORK 10003 | 6765 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 4 | ACADIANA MALL LLC, ACADIANA CH LLC, AND ACADIANA NASSIM LLC | Claire's Boutiques, Inc. | 5725 JOHNSTON ST SUITE #C-140, LAFAYETTE, LOUISIANA 70503 | 8299 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 5 | ALAMANCE CROSSING CMBS LLC | Claire's Boutiques, Inc. | 3176 WALTHAM BLVD SUITE #K-3, BURLINGTON, NORTH CAROLINA 27215 | 3786 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 6 | ALPHA LAKE LTD. | Claire's Boutiques, Inc. | 3510 LAMAR AVE SUITE #530, PARIS, TEXAS 75462 | 6965 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 7 | ALPHA LAKE; LTD | Claire's Boutiques, Inc. | 200 SIDNEY BAKER ST. SO. SUITE #9, KERRVILLE, TEXAS 78028 | 6096 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 8 | ANTELOPE VALLEY MALL | Claire's Boutiques, Inc. | 1233 WEST AVENUE P SUITE# 0925, PALMDALE, CALIFORNIA 93551 | 3673 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 9 | ARBOR PLACE II, LLC | Claire's Boutiques, Inc. | 6700 DOUGLAS BLVD SUITE #2100, DOUGLASVILLE, GEORGIA 30135 | 3366 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 10 | ARROWHEAD TOWNE CENTER LLC | Claire's Boutiques, Inc. | 7700-1040 WEST ARROWHEAD T.C. SUITE #1040, GLENDALE, ARIZONA 85308 | 6113 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 11 | ASHEVILLE MALL CAPITAL HOLDING LLC | Claire's Boutiques, Inc. | THREE SOUTH TUNNEL RD SUITE #D-06, ASHEVILLE, NORTH CAROLINA 28805 | 3699 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 12 | BAYBROOK MALL | Claire's Boutiques, Inc. | 1074 BAYBROOK MALL SUITE #1074, FRIENDSWOOD, TEXAS 77546 | 8002 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 13 | BAYSHORE SHOPPING CENTER PROPERTY OWNER LLC | Claire's Boutiques, Inc. | 5800 N. BAYSHORE DR. SUITE #Q115, GLENDALE, WISCONSIN 53217 | 6636 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 14 | BRE/PEARLRIDGE LLC | Claire's Boutiques, Inc. | 98-1005 MOANALUA RD. SUITE #22-06, AIEA, HAWAII 96701 | 8209 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 15 | BRIXMOR ROOSEVELT MALL OWNER, LLC | Claire's Boutiques, Inc. | 2329 COTTMAN AVENUE SUITE #50, PHILADELPHIA, PENNSYLVANIA 19149 | 6730 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 16 | BRIXTON ROGUE, LLC | Claire's Boutiques, Inc. | 1600 N RIVERSIDE SUITE #2127, MEDFORD, OREGON 97501 | 8529 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 17 | CARIDO GROUP; LLC | Claire's Boutiques, Inc. | 141 EAST BROAD STREET SUITE# GROUND, WESTFIELD, NEW JERSEY 07090 | 5236 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 18 | CBL & ASSOCIATES MANAGEMENT, INC. | Claire's Boutiques, Inc. | 820 PARKDALE RD SUITE# H820, BEAUMONT, TEXAS 77706 | 8642 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 19 | CHERRYVALE MALL, LLC | Claire's Boutiques, Inc. | 7200 HARRISON AVE SUITE #G-27, ROCKFORD, ILLINOIS 61112 | 8259 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 20 | CHILLICOTHE MALL INC. | Claire's Boutiques, Inc. | 1075 N BRIDGE ST SUITE #128, CHILLICOTHE, OHIO 45601 | 5084 | LEASE | 9/17/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 21 | CHRISTIANA MALL LLC | Claire's Boutiques, Inc. | 513 CHRISTIANA MALL ROAD SUITE #222, NEWARK, DELAWARE 19702 | 8145 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 22 | CITADEL MALL REALTY LLC, CITADEL CH LLC, AND CITADEL NASSIM LLC | Claire's Boutiques, Inc. | 750 CITADEL DRIVE EAST SUITE# 1064, COLORADO SPRINGS, COLORADO 80909 | 5376 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 23 | CLAY TERRACE PARTNERS; LLC | Claire's Boutiques, Inc. | 14550 CLAY TERRACE SUITE# A27, CARMEL, INDIANA 46032 | 5587 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 24 | COROC/RIVIERA LLC | Claire's Boutiques, Inc. | 2601 S. MCKENZIE ST SUITE #116, FOLEY, ALABAMA 36535 | 6220 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 25 | COUNTRYSIDE MALL | Claire's Boutiques, Inc. | 27001 US HWY 19 N SUITE #2045A, CLEARWATER, FLORIDA 33761 | 3569 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 26 | CRAIG REALTY GROUP - CASTLE ROCK; LLC | Claire's Boutiques, Inc. | 5050 FACTORY SHOPS BLVD SUITE #655, CASTLE ROCK, COLORADO 80104 | 6232 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 27 | CRAIG REALTY GROUP - CITADEL, LLC | Claire's Boutiques, Inc. | 100 CITADEL DRIVE SUITE #206, COMMERCE, CALIFORNIA 90040 | 5822 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 28 | CULVER CITY MALL LLC | Claire's Boutiques, Inc. | 6000 SEPULVEDA BLVD. SUITE #H7, CULVER CITY, CALIFORNIA 90230 | 3774 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 29 | DAKOTA SQUARE MALL, CMBS, LLC | Claire's Boutiques, Inc. | 2400 10TH ST. SW SUITE #516, MINOT, NORTH DAKOTA 58701 | 3560 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 30 | VESTAR DRM-OPCO, L.L.C. | Claire's Boutiques, Inc. | 21001 N. TATUM BLVD SUITE #E-4, PHOENIX, ARIZONA 85050 | 6926 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 31 | DAYTON MALL II, LLC | Claire's Boutiques, Inc. | 2700 MIAMISBURG MALL SUITE #270, DAYTON, OHIO 45459 | 8495 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 32 | DDR NORTE LLC S.E. | Claire's Puerto Rico Corp. | 506 TRUNCADO STREET UNIT #B118, HATILO, PUERTO RICO 00659 | 6718 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 33 | DGPOM MASTER TENANT LLC | Claire's Boutiques, Inc. | 1359 W. EIGHT MILE RD. 0, DETROIT, MICHIGAN 48203 | 6768 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 34 | DULLES TOWN CENTER | Claire's Boutiques, Inc. | 21100 DULLES TOWN CIRCLE SUITE #G-204, DULLES, VIRGINIA 20166 | 8698 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 35 | E&P AT EAST BRUNSWICK LLC | Claire's Boutiques, Inc. | 755 NEW JERSEY HIGHWAY 18 SUITE #772, EAST BRUNSWICK, NEW JERSEY 08816 | 6020 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 36 | EASTVIEW MALL, LLC | Claire's Boutiques, Inc. | 614 EASTVIEW MALL SUITE #167A, VICTOR, NEW YORK 14564 | 3530 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 37 | EMERALD SQUARE MALL REALTY HOLDING LLC | Claire's Boutiques, Inc. | 999 S. WASHINGTON ST SUITE #W249, NORTH ATTLEBORO, MASSACHUSETTS 02760 | 6043 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 38 | ERIMAR REALTY; LLC | Claire's Boutiques, Inc. | 476 86TH STREET SUITE #476, BROOKLYN, NEW YORK 11209 | 3293 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 39 | FALLEN TIMBERS OHIO LLC | Claire's Boutiques, Inc. | 3100 MAIN STREET SUITE #1118, MAUMEE, OHIO 43537 | 5194 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |

| # | Rejection Counterparty | Debtor Counterparty | Property Address | Store Number | Description of Contract | Rejection Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|---|
| 40 | FASHION ISLAND RETAIL LLC | Claire's Boutiques, Inc. | 1021 NEWPORT CENTER DRIVE SUITE #1017, NEWPORT BEACH, CALIFORNIA 92660 | 5022 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 41 | FASHION PLACE, LLC | Claire's Boutiques, Inc. | 6191 S. STATE STREET SUITE #1450, MURRAY, UTAH 84107 | 5788 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 42 | FASHION PLACE, LLC | Claire's Boutiques, Inc. | 6191 SOUTH STATE STEET SUITE #1415, MURRAY, UTAH 84107 | 3622 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 43 | FELDMAN MALL PROPERTIES; INC. | Claire's Boutiques, Inc. | BETWEEN 37 & 38 STREETS SUITE #3, NEW YORK, NEW YORK 10018 | 3292 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 44 | FOX RIVER MALL | Claire's Boutiques, Inc. | 4301 WEST WISCONSIN AVE. SUITE #506, APPLETON, WISCONSIN 54913 | 8003 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 45 | FR FLORIDA, LLC | Claire's Boutiques, Inc. | 2044 S.UNIVERSITY DRIVE SUITE #45, DAVIE, FLORIDA 33324 | 5228 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 46 | FR GROSSMONT, LLC | Claire's Boutiques, Inc. | 5500 GROSSMONT CENTER DR SUITE #E1-8, LA MESA, CALIFORNIA 91942 | 5387 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 47 | FRO2MO BARSTOW, LLC | Claire's Boutiques, Inc. | 2796 TANGER WAY SUITE #325, BARSTOW, CALIFORNIA 92311 | 6709 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 48 | GARRISON DECATUR OWNER LLC | Claire's Boutiques, Inc. | 1801 BELTLINE RD. SW SUITE #B8, DECATUR, ALABAMA 35603 | 5808 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 49 | GATEWAY CENTER PROPERTIES PHASE II OWNER LLC | Claire's Boutiques, Inc. | 494 GATEWAY DRIVE UNIT #K2.2A, BROOKLYN, NEW YORK 11239 | 6761 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 50 | GETTYSBURG OUTLET CENTER CMBS, LLC | Claire's Boutiques, Inc. | 1863 GETTYSBERG VLG SUITE #H810, GETTYSBURG, PENNSYLVANIA 17325 | 6638 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 51 | GOULSTON & STORRS, P.C. | Claire's Boutiques, Inc. | 110 ALBANY TURNPIKE SUITE #1012, CANTON, CONNECTICUT 06019 | 6411 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 52 | GREECE RIDGE LLC | Claire's Boutiques, Inc. | 228 GREECE RIDGE CENTER SUITE #G-10, ROCHESTER, NEW YORK 14626 | 8456 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 53 | GREENBRIER MALL | Claire's Boutiques, Inc. | 1401 GREENBRIER PARKWAY SUITE #2244, CHESAPEAKE, VIRGINIA 23320 | 3505 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 54 | HARFORD MALL BUSINESS TRUST | Claire's Boutiques, Inc. | 676A BEL AIR RD. SUITE #W01, BEL AIR, MARYLAND 21014 | 5755 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 55 | HAUPPAUGE PROPERTIES LLC | Claire's Boutiques, Inc. | 413 FABIAN DRIVE SUITE 413, AIKEN, SOUTH CAROLINA 29803 | 729 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 56 | INDEPENDENCE MALL HOLDING LLC | Claire's Boutiques, Inc. | 18813 E 39TH STREET S SUITE #D05A, INDEPENDENCE, MISSOURI 64057 | 8378 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 57 | JORDAN CREEK TOWN CENTER, LLC | Claire's Boutiques, Inc. | 101 JORDAN CREEK PARKWAY SUITE #12060, WEST DES MOINES, IOWA 50266 | 8006 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 58 | KRCX WRI HOLDINGS, LLC | Claire's Boutiques, Inc. | 7600 N 10TH STREET SUITE #5054, MCALLEN, TEXAS 78504 | 5711 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 59 | LAKES MALL REALTY LLC, LAKES NASSIM LLC | Claire's Boutiques, Inc. | 5600 HARVEY STREET SUITE #2056, MUSKEGON, MICHIGAN 49444 | 6882 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 60 | MACERICH DEPTFORD, LLC | Claire's Boutiques, Inc. | 1750 DEPTFORD CENTER RD SUITE #2030, DEPTFORD, NEW JERSEY 08096 | 3396 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 61 | MACERICH PROPERTY MANAGEMENT COMPANY; LLP | Claire's Boutiques, Inc. | 371 LAKEWOOD CENTER SUITE #100, LAKEWOOD, CALIFORNIA 90712 | 3507 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 62 | MAIN STREET AT EXTON L.P. | Claire's Boutiques, Inc. | 290 MAIN STREET SUITE 100, EXTON, PENNSYLVANIA 19341 | 6575 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 63 | MARKET PLACE SHOPPING CENTER | Claire's Boutiques, Inc. | 2000 N NEIL STREET SUITE #616, CHAMPAIGN, ILLINOIS 61820 | 8234 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 64 | MARKET STREET RETAIL SOUTH LLC | Claire's Boutiques, Inc. | 660 MARKET STREET SUITE #660, LYNNFIELD, MASSACHUSETTS 01940 | 3358 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 65 | MESILLA REALTY LLC AND MESILLA NASSIM LLC | Claire's Boutiques, Inc. | 700 TELESHOR BLVD SUITE# 1100, LAS CRUCES, NEW MEXICO 88001 | 8447 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 66 | MSCI 2011-C2 INGRAM PARK, LLC | Claire's Boutiques, Inc. | 6301 NW LOOP 410 SUITE #S07, SAN ANTONIO, TEXAS 78238 | 8652 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 67 | MUNCIE IND MALL, LLC | Claire's Boutiques, Inc. | 3501 N.GRANDVILLE AVE SUITE #J07, MUNCIE, INDIANA 47303 | 8263 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 68 | NE GATEWAY MALL PROPCO LLC | Claire's Boutiques, Inc. | 602 GATEWAY MALL SUITE #268, LINCOLN, NEBRASKA 68505 | 8802 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 69 | NORTH KINGS HIGHWAY, LLC | Claire's Boutiques, Inc. | 1700 MARKET LANE SUITE #330, NORFOLK, NEBRASKA 68701 | 6623 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 70 | NORTHPARK MALL/JOPLIN, LLC | Claire's Boutiques, Inc. | 101 RANGELINE ROAD SUITE #124, JOPLIN, MISSOURI 64801 | 8379 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 71 | NW ARKANSAS MALL REALTY LLC, NW ARKANSAS NASSIM LLC, AND NW ARKANSAS CH LLC | Claire's Boutiques, Inc. | 4201 HWY 471 N SUITE #1465, FAYETTEVILLE, ARKANSAS 72703 | 8022 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 72 | OAK PARK MALL, LLC | Claire's Boutiques, Inc. | 11409 W 95TH ST SUITE #44, OVERLAND PARK, KANSAS 66214 | 8276 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 73 | PPR WASHINGTON SQUARE LLC | Claire's Boutiques, Inc. | 9612 SW WASHINGTON SQUARE RD SUITE #G-2, TIGARD, OREGON 97223 | 6391 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 74 | PR WOODLAND LIMITED PARTNERSHIP | Claire's Boutiques, Inc. | 3175 28TH STREET S.E. SUITE #E-115, GRAND RAPIDS, MICHIGAN 49512 | 3422 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 75 | QR RUSHMORE LLC | Claire's Boutiques, Inc. | 2200 N. MAPLE SUITE #414, RAPID CITY, SOUTH DAKOTA 57701 | 5270 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 76 | QR RUSHMORE LLC | Claire's Boutiques, Inc. | 2200 N MAPLE AVE SUITE #472, RAPID CITY, SOUTH DAKOTA 57701 | 8597 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 77 | RIMROCK MALL REALTY HOLDING LLC | Claire's Boutiques, Inc. | 300 SOUTH 24TH ST W SUITE #D09, BILLINGS, MONTANA 59102 | 8390 | LEASE | 9/30/2025 | SIGANDED, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 78 | RIVER OAKS REALTY, LLC | Claire's Boutiques, Inc. | 207 RIVER OAKS SUITE #B07, CALUMET CITY, ILLINOIS 60409 | 5470 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 79 | ROCKSTEP CHRISTIANSBURG, LLC | Claire's Boutiques, Inc. | 837 NEW RIVER ROAD SUITE# 837, CHRISTIANSBURG, VIRGINIA 24073 | 5644 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |

| # | Rejection Counterparty | Debtor Counterparty | Property Address | Store Number | Description of Contract | Rejection Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|---|
| 80 | ROCKSTEP MANHATTAN LLC | Claire's Boutiques, Inc. | 100 MANHATTAN TOWN CTR SUITE# 130, MANHATTAN, KANSAS 66502 | 5641 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 81 | ROCKSTEP MERIDIAN, LLC | Claire's Boutiques, Inc. | 1570 BONITA LAKES CIRCLE SUITE #570, MERIDIAN, MISSISSIPPI 39301 | 6481 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 82 | ROCKSTEP RIVERWALK, LLC | Claire's Boutiques, Inc. | 500 PORT OF NEW ORLEANS PLACE SUITE #221, NEW ORLEANS, LOUISIANA 70130 | 5469 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 83 | SAWMILL SQUARE ASSOCIATES | Claire's Boutiques, Inc. | 910 SAWMILL ROAD SUITE #D-31, LAUREL, MISSISSIPPI 39440 | 6756 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 84 | SH UTE III, LLC | Claire's Boutiques, Inc. | 13276 N. PRASADA PARKWAY  0, SURPRISE, ARIZONA 85388 | 6739 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 85 | SHOPPES AT BUCKLAND HILLS | Claire's Boutiques, Inc. | 194 BUCKLAND ROAD SUITE #2168, MANCHESTER, CONNECTICUT 06040 | 3302 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 86 | SL MALL, LLC | Claire's Boutiques, Inc. | 2413 SOUTHLAKE MALL SUITE #2413, MORROW, GEORGIA 30260 | 3490 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 87 | SM EASTLAND MALL; LLC | Claire's Boutiques, Inc. | 800 N GREEN RIVER RD SUITE# 56, EVANSVILLE, INDIANA 47715 | 8261 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 88 | SM VALLEY MALL LLC | Claire's Boutiques, Inc. | 1925 E MARKET STREET SUITE #300, HARRISONBURG, VIRGINIA 22801 | 8677 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 89 | SOUTH TOWN DEVELOPMENT LLC | Claire's Boutiques, Inc. | 10450 S STATE STREET SUITE #2030, SANDY, UTAH 84070 | 8667 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 90 | SOUTHLAND CENTER, LLC | Claire's Boutiques, Inc. | 23000 EUREKA ROAD SUITE #1065, TAYLOR, MICHIGAN 48180 | 8351 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 91 | SOUTHPARK MALL REALTY HOLDING LLC | Claire's Boutiques, Inc. | 4500 16TH STREET SUITE #0655, MOLINE, ILLINOIS 61265 | 6495 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 92 | SOUTHRIDGE LIMITED PARTNERSHIP | Claire's Boutiques, Inc. | 5300 S 76TH ST  SUITE #1250 , GREENDALE, WISCONSIN 53129 | 8722 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 93 | SPOTSYLVANIA MALL COMPANY | Claire's Boutiques, Inc. | RR 3 & I-95 SUITE #675, FREDERICKSBURG, VIRGINIA 22401 | 8682 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 94 | SREG WHITE MARSH MALL LLC | Claire's Boutiques, Inc. | 8200 PERRY HALL BLVD SUITE #2505, BALTIMORE, MARYLAND 21236 | 3550 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 95 | ST. CLAIR SQUARE SPE, LLC | Claire's Boutiques, Inc. | 249 ST. CLAIR SQUARE SUITE #248, FAIRVIEW HEIGHTS, ILLINOIS 62208 | 8797 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 96 | STAR-WEST FRANKLIN PARK MALL, LLC | Claire's Boutiques, Inc. | 5001 MONROE STREET T-40 SUITE #1425, TOLEDO, OHIO 43623 | 8517 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 97 | STARWOOD RETAIL PROPERTY MANAGEMENT, LLC | Claire's Boutiques, Inc. | 10300 W. FOREST HILL BLVD SUITE #208A, WELLINGTON, FLORIDA 33414 | 3546 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 98 | STONEBRIAR MALL, LLC | Claire's Boutiques, Inc. | 121 PRESTON RD SUITE #2008, FRISCO, TEXAS 75034 | 8780 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 99 | SUMMIT MALLS MANAGEMENT LLC | Claire's Boutiques, Inc. | 4807 FASHION SQUARE BLVD SUITE #434, SAGINAW, MICHIGAN 48604 | 3527 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 100 | TANGER ASHEVILLE LLC | Claire's Boutiques, Inc. | 800 BREVARD ROAD, SUITE 736 0, ASHEVILLE, NORTH CAROLINA 28806 | 6540 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |