# EXHIBIT 2

## Rejected Contracts Schedule Blackline

| # | Rejection Counterparty | Debtor Counterparty | Property Address | Store Number | Description of Contract | Rejection Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|---|
| 1 | 0719 / 79423 WALMART | Claire's Boutiques, Inc. | 820 EASTERN BYP 140, RICHMOND, KENTUCKY 40475 | 6010 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 2 | 21245 26 AVE LLC | Claire's Boutiques, Inc. | 211 - 43 26TH AVENUE SUITE #13, BAYSIDE, NEW YORK 11360 | 3297 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 3 | 863 BROADWAY LLC | Claire's Boutiques, Inc. | 863 BROADWAY, NEW YORK, NEW YORK 10003 | 6765 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 4 | ACADIANA MALL LLC, ACADIANA CH LLC, AND ACADIANA NASSIM LLC | Claire's Boutiques, Inc. | 5725 JOHNSTON ST SUITE #C-140, LAFAYETTE, LOUISIANA 70503 | 8299 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 5 | ALAMANCE CROSSING CMBS LLC | Claire's Boutiques, Inc. | 3176 WALTHAM BLVD SUITE #K-3, BURLINGTON, NORTH CAROLINA 27215 | 3786 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 6 | ALPHA LAKE LTD. | Claire's Boutiques, Inc. | 3510 LAMAR AVE SUITE #530, PARIS, TEXAS 75462 | 6965 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 7 | ALPHA LAKE; LTD | Claire's Boutiques, Inc. | 200 SIDNEY BAKER ST. SO. SUITE #9, KERRVILLE, TEXAS 78028 | 6096 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 8 | ANTELOPE VALLEY MALL | Claire's Boutiques, Inc. | 1233 WEST AVENUE P SUITE# 0925, PALMDALE, CALIFORNIA 93551 | 3673 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 9 | ARBOR PLACE II, LLC | Claire's Boutiques, Inc. | 6700 DOUGLAS BLVD SUITE #2100, DOUGLASVILLE, GEORGIA 30135 | 3366 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 10 | ARROWHEAD TOWNE CENTER LLC | Claire's Boutiques, Inc. | 7700-1040 WEST ARROWHEAD T.C. SUITE #1040, GLENDALE, ARIZONA 85308 | 6113 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 11 | ASHEVILLE MALL CAPITAL HOLDING LLC | Claire's Boutiques, Inc. | THREE SOUTH TUNNEL RD SUITE #D-06, ASHEVILLE, NORTH CAROLINA 28805 | 3699 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 12 | BAYBROOK MALL | Claire's Boutiques, Inc. | 1074 BAYBROOK MALL SUITE #1074, FRIENDSWOOD, TEXAS 77546 | 8002 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 13 | BAYSHORE SHOPPING CENTER PROPERTY OWNER LLC | Claire's Boutiques, Inc. | 5800 N. BAYSHORE DR. SUITE #Q115, GLENDALE, WISCONSIN 53217 | 6636 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 14 | BRE/PEARLRIDGE LLC | Claire's Boutiques, Inc. | 98-1005 MOANALUA RD. SUITE #22-06, AIEA, HAWAII 96701 | 8209 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 15 | BRIXMOR ROOSEVELT MALL OWNER, LLC | Claire's Boutiques, Inc. | 2329 COTTMAN AVENUE SUITE #50, PHILADELPHIA, PENNSYLVANIA 19149 | 6730 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 16 | BRIXTON ROGUE, LLC | Claire's Boutiques, Inc. | 1600 N RIVERSIDE SUITE #2127, MEDFORD, OREGON 97501 | 8529 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 17 | CARIDO GROUP; LLC | Claire's Boutiques, Inc. | 141 EAST BROAD STREET SUITE# GROUND, WESTFIELD, NEW JERSEY 07090 | 5236 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 18 | CBL & ASSOCIATES MANAGEMENT, INC. | Claire's Boutiques, Inc. | 820 PARKDALE RD SUITE# H820, BEAUMONT, TEXAS 77706 | 8642 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 19 | CHERRYVALE MALL, LLC | Claire's Boutiques, Inc. | 7200 HARRISON AVE SUITE #G-27, ROCKFORD, ILLINOIS 61112 | 8259 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 20 | CHILLICOTHE MALL INC. | Claire's Boutiques, Inc. | 1075 N BRIDGE ST SUITE #128, CHILLICOTHE, OHIO 45601 | 5084 | LEASE | 9/17/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 21 | CHRISTIANA MALL LLC | Claire's Boutiques, Inc. | 513 CHRISTIANA MALL ROAD SUITE #222, NEWARK, DELAWARE 19702 | 8145 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 22 | CITADEL MALL REALTY LLC, CITADEL CH LLC, AND CITADEL NASSIM LLC | Claire's Boutiques, Inc. | 750 CITADEL DRIVE EAST SUITE# 1064, COLORADO SPRINGS, COLORADO 80909 | 5376 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 23 | CLAY TERRACE PARTNERS; LLC | Claire's Boutiques, Inc. | 14550 CLAY TERRACE SUITE# A27, CARMEL, INDIANA 46032 | 5587 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 24 | COROC/RIVIERA LLC | Claire's Boutiques, Inc. | 2601 S. MCKENZIE ST SUITE #116, FOLEY, ALABAMA 36535 | 6220 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 25 | COUNTRYSIDE MALL | Claire's Boutiques, Inc. | 27001 US HWY 19 N SUITE #2045A, CLEARWATER, FLORIDA 33761 | 3569 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 26 | CRAIG REALTY GROUP - CASTLE ROCK; LLC | Claire's Boutiques, Inc. | 5050 FACTORY SHOPS BLVD SUITE #655, CASTLE ROCK, COLORADO 80104 | 6232 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 27 | CRAIG REALTY GROUP - CITADEL, LLC | Claire's Boutiques, Inc. | 100 CITADEL DRIVE SUITE #206, COMMERCE, CALIFORNIA 90040 | 5822 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 28 | CULVER CITY MALL LLC | Claire's Boutiques, Inc. | 6000 SEPULVEDA BLVD. SUITE #H7, CULVER CITY, CALIFORNIA 90230 | 3774 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 29 | DAKOTA SQUARE MALL, CMBS, LLC | Claire's Boutiques, Inc. | 2400 10TH ST. SW SUITE #516, MINOT, NORTH DAKOTA 58701 | 3560 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 30 | ~~DAVID L. LANSKY , ESQ.~~ VESTAR DRM-OPCO, L.L.C. | Claire's Boutiques, Inc. | 21001 N. TATUM BLVD SUITE #E-4, PHOENIX, ARIZONA 85050 | 6926 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 31 | DAYTON MALL II, LLC | Claire's Boutiques, Inc. | 2700 MIAMISBURG MALL SUITE #270, DAYTON, OHIO 45459 | 8495 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 32 | DDR NORTE LLC S.E. | Claire's Puerto Rico Corp. | 506 TRUNCADO STREET UNIT #B118, HATILO, PUERTO RICO 00659 | 6718 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 33 | DGPOM MASTER TENANT LLC | Claire's Boutiques, Inc. | 1359 W. EIGHT MILE RD. 0, DETROIT, MICHIGAN 48203 | 6768 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 34 | DULLES TOWN CENTER | Claire's Boutiques, Inc. | 21100 DULLES TOWN CIRCLE SUITE #G-204, DULLES, VIRGINIA 20166 | 8698 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 35 | E&P AT EAST BRUNSWICK LLC | Claire's Boutiques, Inc. | 755 NEW JERSEY HIGHWAY 18 SUITE #772, EAST BRUNSWICK, NEW JERSEY 08816 | 6020 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 36 | EASTVIEW MALL, LLC | Claire's Boutiques, Inc. | 614 EASTVIEW MALL SUITE #167A, VICTOR, NEW YORK 14564 | 3530 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 37 | EMERALD SQUARE MALL REALTY HOLDING LLC | Claire's Boutiques, Inc. | 999 S. WASHINGTON ST SUITE #W249, NORTH ATTLEBORO, MASSACHUSETTS 02760 | 6043 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 38 | ERIMAR REALTY; LLC | Claire's Boutiques, Inc. | 476 86TH STREET SUITE #476, BROOKLYN, NEW YORK 11209 | 3293 | LEASE | 9/30/2025 | SIGANDED, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 39 | FALLEN TIMBERS OHIO LLC | Claire's Boutiques, Inc. | 3100 MAIN STREET SUITE #1118, MAUMEE, OHIO 43537 | 5194 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |

| # | Rejection Counterparty | Debtor Counterparty | Property Address | Store Number | Description of Contract | Rejection Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|---|
| 40 | FASHION ISLAND RETAIL LLC | Claire's Boutiques, Inc. | 1021 NEWPORT CENTER DRIVE SUITE #1017, NEWPORT BEACH, CALIFORNIA 92660 | 5022 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 41 | FASHION PLACE, LLC | Claire's Boutiques, Inc. | 6191 S. STATE STREET SUITE #1450, MURRAY, UTAH 84107 | 5788 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 42 | FASHION PLACE, LLC | Claire's Boutiques, Inc. | 6191 SOUTH STATE STEET SUITE #1415, MURRAY, UTAH 84107 | 3622 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 43 | FELDMAN MALL PROPERTIES; INC. | Claire's Boutiques, Inc. | BETWEEN 37 & 38 STREETS SUITE #3, NEW YORK, NEW YORK 10018 | 3292 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 44 | FOX RIVER MALL | Claire's Boutiques, Inc. | 4301 WEST WISCONSIN AVE. SUITE #506, APPLETON, WISCONSIN 54913 | 8003 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 45 | FR FLORIDA, LLC | Claire's Boutiques, Inc. | 2044 S.UNIVERSITY DRIVE SUITE #45, DAVIE, FLORIDA 33324 | 5228 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 46 | FR GROSSMONT, LLC | Claire's Boutiques, Inc. | 5500 GROSSMONT CENTER DR SUITE #E1-8, LA MESA, CALIFORNIA 91942 | 5387 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 47 | FRO2MO BARSTOW, LLC | Claire's Boutiques, Inc. | 2796 TANGER WAY SUITE #325, BARSTOW, CALIFORNIA 92311 | 6709 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 48 | GARRISON DECATUR OWNER LLC | Claire's Boutiques, Inc. | 1801 BELTLINE RD. SW SUITE #B8, DECATUR, ALABAMA 35603 | 5808 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 49 | GATEWAY CENTER PROPERTIES PHASE II OWNER LLC | Claire's Boutiques, Inc. | 494 GATEWAY DRIVE UNIT #K2.2A, BROOKLYN, NEW YORK 11239 | 6761 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 50 | GETTYSBURG OUTLET CENTER CMBS, LLC | Claire's Boutiques, Inc. | 1863 GETTYSBURG VLG SUITE #H810, GETTYSBURG, PENNSYLVANIA 17325 | 6638 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 51 | GOULSTON & STORRS, P.C. | Claire's Boutiques, Inc. | 110 ALBANY TURNPIKE SUITE #1012, CANTON, CONNECTICUT 06019 | 6411 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 52 | GREECE RIDGE LLC | Claire's Boutiques, Inc. | 228 GREECE RIDGE CENTER SUITE #G-10, ROCHESTER, NEW YORK 14626 | 8456 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 53 | GREENBRIER MALL | Claire's Boutiques, Inc. | 1401 GREENBRIER PARKWAY SUITE #2244, CHESAPEAKE, VIRGINIA 23320 | 3505 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 54 | HARFORD MALL BUSINESS TRUST | Claire's Boutiques, Inc. | 676A BEL AIR RD. SUITE #W01, BEL AIR, MARYLAND 21014 | 5755 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 55 | HAUPPAUGE PROPERTIES LLC | Claire's Boutiques, Inc. | 413 FABIAN DRIVE SUITE 413, AIKEN, SOUTH CAROLINA 29803 | 729 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 56 | INDEPENDENCE MALL HOLDING LLC | Claire's Boutiques, Inc. | 18813 E 39TH STREET S SUITE #D05A, INDEPENDENCE, MISSOURI 64057 | 8378 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 57 | JORDAN CREEK TOWN CENTER, LLC | Claire's Boutiques, Inc. | 101 JORDAN CREEK PARKWAY SUITE #12060, WEST DES MOINES, IOWA 50266 | 8006 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 58 | KRCX WRI HOLDINGS, LLC | Claire's Boutiques, Inc. | 7600 N 10TH STREET SUITE #5054, MCALLEN, TEXAS 78504 | 5711 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 59 | LAKES MALL REALTY LLC, LAKES NASSIM LLC | Claire's Boutiques, Inc. | 5600 HARVEY STREET SUITE #2056, MUSKEGON, MICHIGAN 49444 | 6882 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 60 | MACERICH DEPTFORD, LLC | Claire's Boutiques, Inc. | 1750 DEPTFORD CENTER RD SUITE #2030, DEPTFORD, NEW JERSEY 08096 | 3396 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 61 | MACERICH PROPERTY MANAGEMENT COMPANY; LLP | Claire's Boutiques, Inc. | 371 LAKEWOOD CENTER SUITE #100, LAKEWOOD, CALIFORNIA 90712 | 3507 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 62 | MAIN STREET AT EXTON L.P. | Claire's Boutiques, Inc. | 290 MAIN STREET SUITE 100, EXTON, PENNSYLVANIA 19341 | 6575 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 63 | MARKET PLACE SHOPPING CENTER | Claire's Boutiques, Inc. | 2000 N NEIL STREET SUITE #616, CHAMPAIGN, ILLINOIS 61820 | 8234 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 64 | MARKET STREET RETAIL SOUTH LLC | Claire's Boutiques, Inc. | 660 MARKET STREET SUITE #660, LYNNFIELD, MASSACHUSETTS 01940 | 3358 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 65 | MESILLA REALTY LLC AND MESILLA NASSIM LLC | Claire's Boutiques, Inc. | 700 TELESHOR BLVD SUITE# 1100, LAS CRUCES, NEW MEXICO 88001 | 8447 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 66 | MSCI 2011-C2 INGRAM PARK, LLC | Claire's Boutiques, Inc. | 6301 NW LOOP 410 SUITE #S07, SAN ANTONIO, TEXAS 78238 | 8652 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 67 | MUNCIE IND MALL, LLC | Claire's Boutiques, Inc. | 3501 N.GRANDVILLE AVE SUITE #J07, MUNCIE, INDIANA 47303 | 8263 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 68 | NE GATEWAY MALL PROPCO LLC | Claire's Boutiques, Inc. | 602 GATEWAY MALL SUITE #268, LINCOLN, NEBRASKA 68505 | 8802 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 69 | NORTH KINGS HIGHWAY, LLC | Claire's Boutiques, Inc. | 1700 MARKET LANE SUITE #330, NORFOLK, NEBRASKA 68701 | 6623 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 70 | NORTHPARK MALL/JOPLIN, LLC | Claire's Boutiques, Inc. | 101 RANGELINE ROAD SUITE #124, JOPLIN, MISSOURI 64801 | 8379 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 71 | NW ARKANSAS MALL REALTY LLC, NW ARKANSAS NASSIM LLC, AND NW ARKANSAS CH LLC | Claire's Boutiques, Inc. | 4201 HWY 471 N SUITE #1465, FAYETTEVILLE, ARKANSAS 72703 | 8022 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 72 | OAK PARK MALL, LLC | Claire's Boutiques, Inc. | 11409 W 95TH ST SUITE #44, OVERLAND PARK, KANSAS 66214 | 8276 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 73 | PPR WASHINGTON SQUARE LLC | Claire's Boutiques, Inc. | 9612 SW WASHINGTON SQUARE RD SUITE #G-2, TIGARD, OREGON 97223 | 6391 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 74 | PR WOODLAND LIMITED PARTNERSHIP | Claire's Boutiques, Inc. | 3175 28TH STREET S.E. SUITE #E-115, GRAND RAPIDS, MICHIGAN 49512 | 3422 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 75 | QR RUSHMORE LLC | Claire's Boutiques, Inc. | 2200 N. MAPLE SUITE #414, RAPID CITY, SOUTH DAKOTA 57701 | 5270 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 76 | QR RUSHMORE LLC | Claire's Boutiques, Inc. | 2200 N MAPLE AVE SUITE #472, RAPID CITY, SOUTH DAKOTA 57701 | 8597 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 77 | RIMROCK MALL REALTY HOLDING LLC | Claire's Boutiques, Inc. | 300 SOUTH 24TH ST W SUITE #D09, BILLINGS, MONTANA 59102 | 8390 | LEASE | 9/30/2025 | SIGANDED, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 78 | RIVER OAKS REALTY, LLC | Claire's Boutiques, Inc. | 207 RIVER OAKS SUITE #B07, CALUMET CITY, ILLINOIS 60409 | 5470 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 79 | ROCKSTEP CHRISTIANSBURG, LLC | Claire's Boutiques, Inc. | 837 NEW RIVER ROAD SUITE# 837, CHRISTIANSBURG, VIRGINIA 24073 | 5644 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |

| # | Rejection Counterparty | Debtor Counterparty | Property Address | Store Number | Description of Contract | Rejection Date | Abandoned Property, if any |
|---|---|---|---|---|---|---|---|
| 80 | ROCKSTEP MANHATTAN LLC | Claire's Boutiques, Inc. | 100 MANHATTAN TOWN CTR SUITE# 130, MANHATTAN, KANSAS 66502 | 5641 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 81 | ROCKSTEP MERIDIAN, LLC | Claire's Boutiques, Inc. | 1570 BONITA LAKES CIRCLE SUITE #570, MERIDIAN, MISSISSIPPI 39301 | 6481 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 82 | ROCKSTEP RIVERWALK, LLC | Claire's Boutiques, Inc. | 500 PORT OF NEW ORLEANS PLACE SUITE #221, NEW ORLEANS, LOUISIANA 70130 | 5469 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 83 | SAWMILL SQUARE ASSOCIATES | Claire's Boutiques, Inc. | 910 SAWMILL ROAD SUITE #D-31, LAUREL, MISSISSIPPI 39440 | 6756 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 84 | SH UTE III, LLC | Claire's Boutiques, Inc. | 13276 N. PRASADA PARKWAY  0, SURPRISE, ARIZONA 85388 | 6739 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 85 | SHOPPES AT BUCKLAND HILLS | Claire's Boutiques, Inc. | 194 BUCKLAND ROAD SUITE #2168, MANCHESTER, CONNECTICUT 06040 | 3302 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 86 | SL MALL, LLC | Claire's Boutiques, Inc. | 2413 SOUTHLAKE MALL SUITE #2413, MORROW, GEORGIA 30260 | 3490 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 87 | SM EASTLAND MALL; LLC | Claire's Boutiques, Inc. | 800 N GREEN RIVER RD SUITE# 56, EVANSVILLE, INDIANA 47715 | 8261 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 88 | SM VALLEY MALL LLC | Claire's Boutiques, Inc. | 1925 E MARKET STREET SUITE #300, HARRISONBURG, VIRGINIA 22801 | 8677 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 89 | SOUTH TOWN DEVELOPMENT LLC | Claire's Boutiques, Inc. | 10450 S STATE STREET SUITE #2030, SANDY, UTAH 84070 | 8667 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 90 | SOUTHLAND CENTER, LLC | Claire's Boutiques, Inc. | 23000 EUREKA ROAD SUITE #1065, TAYLOR, MICHIGAN 48180 | 8351 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 91 | SOUTHPARK MALL REALTY HOLDING LLC | Claire's Boutiques, Inc. | 4500 16TH STREET SUITE #0655, MOLINE, ILLINOIS 61265 | 6495 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 92 | SOUTHRIDGE LIMITED PARTNERSHIP | Claire's Boutiques, Inc. | 5300 S 76TH ST  SUITE #1250 , GREENDALE, WISCONSIN 53129 | 8722 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 93 | SPOTSYLVANIA MALL COMPANY | Claire's Boutiques, Inc. | RR 3 & I-95 SUITE #675, FREDERICKSBURG, VIRGINIA 22401 | 8682 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 94 | SREG WHITE MARSH MALL LLC | Claire's Boutiques, Inc. | 8200 PERRY HALL BLVD SUITE #2505, BALTIMORE, MARYLAND 21236 | 3550 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 95 | ST. CLAIR SQUARE SPE, LLC | Claire's Boutiques, Inc. | 249 ST. CLAIR SQUARE SUITE #248, FAIRVIEW HEIGHTS, ILLINOIS 62208 | 8797 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 96 | STAR-WEST FRANKLIN PARK MALL, LLC | Claire's Boutiques, Inc. | 5001 MONROE STREET T-40 SUITE #1425, TOLEDO, OHIO 43623 | 8517 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 97 | STARWOOD RETAIL PROPERTY MANAGEMENT, LLC | Claire's Boutiques, Inc. | 10300 W. FOREST HILL BLVD SUITE #208A, WELLINGTON, FLORIDA 33414 | 3546 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 98 | STONEBRIAR MALL, LLC | Claire's Boutiques, Inc. | 121 PRESTON RD SUITE #2008, FRISCO, TEXAS 75034 | 8780 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 99 | SUMMIT MALLS MANAGEMENT LLC | Claire's Boutiques, Inc. | 4807 FASHION SQUARE BLVD SUITE #434, SAGINAW, MICHIGAN 48604 | 3527 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |
| 100 | TANGER ASHEVILLE LLC | Claire's Boutiques, Inc. | 800 BREVARD ROAD, SUITE 736 0, ASHEVILLE, NORTH CAROLINA 28806 | 6540 | LEASE | 9/30/2025 | SIGNAGE, FIXTURES, AND MISCELLANEOUS PRODUCT |