**<u>EXHIBIT C</u>**

**Expense Summary for the Compensation Period from August 6, 2025 through and
including September 30, 2025**

Summary of Expense Reimbursement Requested by Category

| Category | 08/6/25 – 9/30/25 Amount |
|---|---|
| Overtime Meals | $2,045.18 |
| Telephone and Data | $52.12 |
| Ground Transportation | $1,208.33 |
| **TOTAL** | **$3,305.63** |