# EXHIBIT D

**Salemi Certification**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) Case No. 25-11454 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Obj. Deadline: November 6, 2025** |
| | ) **at 4:00 p.m., ET** |

## CERTIFICATION OF DAVID R. SALEMI

**DAVID R. SALEMI**, certifies pursuant to 28 U.S.C. § 1746, as follows:

1. I am a managing director of Houlihan Lokey Capital, Inc. ("Houlihan Lokey"), financial advisor and investment banker to the above captioned debtors and debtors in possession (collectively, the "Debtors"). I submit this Certification in connection with the *First Fee Statement of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors for Allowance and Final Approval of Compensation for Services Rendered and for Reimbursement of Expenses for the Period of August 6, 2025 through September 30, 2025* (the "Fee Statement").[2]

2. No agreement or understanding exists between me, my firm or any member thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Fee Statement.

3. I have reviewed the requirements of Local Rule 2016-1 and certify to the best of my knowledge and belief that this Fee Statement substantially complies therewith.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.

Dated: October 16, 2025

By: */s/ David R. Salemi*
David R. Salemi
Managing Director
Houlihan Lokey Capital, Inc.