IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 25-11454 (BLS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 209, 336, 375, and 427** |

**SIXTH NOTICE OF
DESIGNATION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
LEASES AS "ASSIGNED CONTRACTS" AND ASSUMPTION AND ASSIGNMENT THEREOF**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On August 18, 2025, the Debtors entered into that certain asset purchase agreement for the sale of substantially all of the Debtors' assets (as amended on September 8, 2025 and which may be modified, amended, or supplemented, the "Asset Purchase Agreement") [Docket Nos. 190, 425] with AWS Claire's LLC (the "Purchaser").

On August 20, 2025, September 5, 2025, and September 8, 2025, the Debtors filed the *Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [Docket No. 209] (the "Initial Cure Notice"), the *First Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [Docket No. 336] (the "First Supplemental Cure Notice") and the *Second Supplemental Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases* [Docket No. 375] (the "Second Supplemental Cure Notice" together with the Initial Cure Notice and First Supplemental Cure Notice, the "Cure Notices"), respectively, which included a list of potentially assumed and assigned executory contracts or unexpired leases attached thereto as Schedule I and set forth the Debtors' proposed Cure Costs related to each such executory contract or unexpired lease.

On September 10, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Authorizing and Approving the Sale of Going-Concern Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief* [Docket No. 427] (the "Sale Order")[2] approving, among other things, (i) the Debtors' entry into and performance under the Asset Purchase Agreement and authorizing the sale of substantially all of the Debtors' assets to the Purchaser (and/or its designees) and (ii) assumption by the Debtors and assignment to the Purchaser

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order, the Asset Purchase Agreement, or as otherwise defined herein as applicable.

(and/or its designees) of certain executory contracts and unexpired leases to be designated by the Purchaser as "Assigned Contracts" pursuant to the Sale Order or a subsequent notice, the Asset Purchase Agreement, and sections 363 and 365 of the Bankruptcy Code, subject to, and effective as of, the closing of the Sale Transaction (such date, the "Closing Date").  **The Closing Date occurred on September 18, 2025.**

Pursuant to the Sale Order, the Debtors may file one or more notice(s) of designation of certain executory contracts and/or unexpired leases as "Assigned Contracts" noticing the assumption and assignment thereof, which will include lists of assigned executory contracts and unexpired leases preliminarily determined to be designated as "Assigned Contracts" pursuant to the Asset Purchase Agreement and Sale Order.

**By this notice (this "Sixth Assignment Notice"), the Debtors hereby notify you that each executory contract or unexpired lease set forth on Schedule I attached hereto (the "Sixth Assignment List") has been assumed and assigned by the Debtors to the Purchaser as of the October 1, 2025 (the "Assignment Date") as set forth on Schedule I**.

Nothing herein (i) alters in any way the prepetition nature of the executory contracts or unexpired leases or the validity, priority, or amount of any claims of a counterparty to any contract against the Debtors that may arise under any executory contract or unexpired lease, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of a counterparty to any executory contract or unexpired lease against the Debtors that may arise under such executory contract or unexpired lease.

Copies of all documents filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the Debtors' website at https://omniagentsolutions.com/Claires.  You may also obtain copies of any filed documents by visiting the Court's website at https://ecf.ded.uscourts.gov/ in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Dated: October 20, 2025
Wilmington, Delaware

/s/ Zachary I. Shapiro

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Daniel J. DeFranceschi (No. 2732) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Paul N. Heath (No. 3704) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Allyson B. Smith (admitted *pro hac vice*) |
| Clint M. Carlisle (No. 7313) | 601 Lexington Avenue |
| Colin A. Meehan (No. 7237) | New York, New York 10022 |
| One Rodney Square | Telephone: (212) 446-4800 |
| 920 N. King Street | Facsimile: (212) 446-4900 |
| Wilmington, Delaware 19801 | Email: joshua.sussberg@kirkland.com |
| Telephone: (302) 651-7700 | allyson.smith@kirkland.com |
| Facsimile: (302) 651-7701 | |
| Email: defranceschi@rlf.com | - and - |
| heath@rlf.com | |
| shapiro@rlf.com | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| carlisle@rlf.com | Robert A. Jacobson (admitted *pro hac vice*) |
| meehan@rlf.com | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: alexandra.schwarzman@kirkland.com |
| | rob.jacobson@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |