## Schedule I

**Sixth Assignment List**

| # | Contract/Lease Counterparty | Debtor Entity | Contract/Lease | Contract/Lease Description | Assignee | Assignment Date | Cure Amount (Local Currency) |
|---|---|---|---|---|---|---|---|
| 1 | BROOKWOOD CAPITAL ADVISORS | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 5181 LOCATED AT MAPLEWOOD MALL<br>MAPLEWOOD, MN | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 | $0.00 |
| 2 | NORTH PLAINS MALL MGMT LLC | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 6774 LOCATED AT NORTH PLAINS MALL<br>CLOVIS, NM | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 | $0.00 |
| 3 | QIC | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 6018 LOCATED AT THE SHOPS AT NORTHFIELD<br>DENVER, CO | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 | $0.00 |
| 4 | STOCKDALE CAPITAL PARTNERS | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 6119 LOCATED AT THE OAKS<br>THOUSAND OAKS, CA | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 | $0.00 |
| 5 | TIME EQUITIES | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 5293 LOCATED AT COLONY SQUARE MALL<br>ZANESVILLE, OH | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 | $0.00 |
| 6 | TIME EQUITIES | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 5690 LOCATED AT COLLEGE SQUARE<br>MORRISTOWN, TN | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 | $0.00 |
| 7 | TIME EQUITIES | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 3465 LOCATED AT MACOMB MALL<br>ROSEVILLE, MI | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 | $0.00 |
| 8 | TIME EQUITIES | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 5544 LOCATED AT FOOTHILLS<br>MARYVILLE, TN | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 | $0.00 |
| 9 | TRI COMMERCIAL | CLAIRE'S BOUTIQUES, INC. | LEASE | STORE LEASE NUMBER 3254 LOCATED AT PALLADIO AT BROADSTONE<br>FOLSOM, CA | CLAIRE'S ESSENTIALS, LLC | 10/1/2025 | $0.00 |