IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CLAIRE'S HOLDINGS LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11454 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 16, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Second Plan Supplement for the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and Its Debtor Affiliates [Docket No. 629]**

Dated: October 21, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 21st day of October, 20 25, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

ASHLEY STEFANOVIC
Notary Public - California
Los Angeles County
Commission # 2529269
My Comm. Expires Aug 7, 2029

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

# **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Acquiom Clearinghouse, LLC | 950 17th St, Ste 1400 | Denver, CO 80202 | | | PSTARBUCK@SRACQUIOM.COM | Email / First Class Mail |
| Adp | 10407 Centurion Parkway North | Jacksonville, FL 32256 | | | | First Class Mail |
| Adp Globalview B.V. (Adp) | Adp International Services BV | Lylantse Baan 1 | 2908 Lg Capelle Aan Den Ijssel | Netherlands | | First Class Mail |
| Adp Globalview BV & Adp Int'l Svcs BV | Lylantse Baan 1 2908 LG | Capelle Aan Den Ijssel, Zuid-Holland | Netherlands | | | First Class Mail |
| ADP Globalview BV ("ADP") & ADP Int'l Svcs BV | 10407 Centurion Parkway North | Jacksonville, FL 32256 | | | | First Class Mail |
| Adp, Inc | 10407 Centurion Parkway North | Jacksonville, FL 32256 | | | | First Class Mail |
| AIG | 1271 Avenue of the Americas, 41st Fl | New York, NY 10020 | | | | First Class Mail |
| AIG Property Casualty, Inc. | Attn: Kevin J Larner, Esq | 28 Liberty St, 22nd Fl | New York, NY 10005 | | | First Class Mail |
| AXA XL | 20 Gracechurch St | London, EC3 0BG | United Kingdom | | | First Class Mail |
| Beazley Syndicate 2623/623 | 22 Bishopsgate | London, EC2N 4BQ | United Kingdom | | | First Class Mail |
| Berkeley | 475 Steamboat Rd | Greenwich, CT 06830 | | | | First Class Mail |
| Blue Cross & Blue Shield Of IL | Health Care Svcs Corp | 300 E Randolph St | Chicago, IL 60601-5099 | | DANIEL_ALLEGRETTI@BCBSIL.COM | Email / First Class Mail |
| Blue Cross & Blue Shield Of Illinois | 300 E Randolph St | Hcsc Privacy Office | Chicago, IL 60601-5099 | | | First Class Mail |
| Blue Cross & Blue Shield Of Illinois | Health Care Svcs Corp | 300 E Randolph St | Hcsc Privacy Office | Chicago, IL 60601-5099 | | First Class Mail |
| Blue Cross & Blue Shield Of Illinois | A Division Of Health Care Service Corp | A Mutual Legal Reserve Co | 2400 West Central Road | Hoffman Estates, IL 60192 | | First Class Mail |
| Blue Cross & Blue Shield Of Illinois | A Division Of Health Care Service Corp | 2400 West Central Road | Hoffman Estates, IL 60192 | | | First Class Mail |
| Blue Cross & Blue Shield Of Illinois | A Division Of Health Care Service Corp | Mercer Health & Benefits LLC | 300 E Randolph St | Chicago, IL 60601 | | First Class Mail |
| Blue Cross & Blue Shield Of Illinois | A Division Of Health Care Service Corp | A Mutual Legal Reserve Co | 300 E Randolph St | Chicago, IL 60601 | | First Class Mail |
| Blue Cross & Blue Shield Of Illinois | A Division Of Health Care Service Corp | A Mutual Legal Reserve Co | MD Live Mercer Health & Benefits | 300 E Randolph St | Chicago, IL 60601 | First Class Mail |
| Blue Cross Blue Shield Of Illinois | A Division Of Health Care Service Corp | 300 East Randolph St | Chicago, IL 60601 | | | First Class Mail |
| Delta Dental Of IL | Delta Dental: US Dental | P.O. Box 85419 | Chicago, IL 60689-5419 | | DAVANT@DELTADENTALIL.COM | Email / First Class Mail |
| Delta Dental Of Illinois | Eyemed Vision Care | Protec Insurance Co | P.O. Box 85419 | Chicago, IL 60689-5419 | | First Class Mail |
| Eyemed Vision Care | 111 Shuman Boulevard | Naperville, IL 60563 | | | | First Class Mail |
| Fidelity Institutional | Operations Company | P.O. Box 73307 | Chicago, IL 60673-7307 | | | First Class Mail |
| Google Inc | Attn: Sundar Pichai, CEO | 1600 Amphitheatre Pkwy | Mtn View, CA 94043 | | SUNDAR@GOOGLE.COM | Email / First Class Mail |
| Google Inc | Xxvi Holdings Inc | 1600 Amphitheatre Pkwy | Mtn View, CA 94043 | | HANNAH.WOODLOCK@CLAIRES.COM | Email / First Class Mail |
| Google LLC | 1600 Amphitheatre Pkwy | Mountain View, CA 94043 | | | | First Class Mail |
| Google LLC | Attn: Dept 33654 | P.O. Box 3900 | San Francisco, CA 94139 | | | First Class Mail |
| Google LLC | c/o White and Williams LLP | Attn: Michael Ingrassia | 600 N King St, Ste 800 | Wilmington, DE 19801 | | First Class Mail |
| Google, Inc | Xxvi Holdings, Inc | 1600 Amphitheatre Pkwy | Mountain View, CA 94043 | | HANNAH.WOODLOCK@CLAIRES.COM | Email / First Class Mail |
| Health Equity | Health Equity: Cobra | P.O. Box 14709 | Lexington, KY 40512 | | CHADEN@HEALTHEQUITY.COM | Email / First Class Mail |
| Mercer | 155 N Wacker Dr, Ste 1500 | Chicago, IL 60606 | | | | First Class Mail |
| Mercer | 111 Sw Columbia St | Suite 500 | Portland, OR 97201 | | | First Class Mail |
| Mercer (Canada) Limited | 111 Sw Columbia St | Suite 500 | Portland, OR 97201 | | | First Class Mail |
| Mercer Health & Benefits LLC | 2400 West Central Road | Hoffman Estates, IL 60192 | | | | First Class Mail |
| Mercer Health & Benefits, LLC | Mercer (Us), Inc | 1166 Ave Of The Americas | Portland, NY 10036 | | GOSS.CASHRECEIPTS@MERCER.COM | Email / First Class Mail |
| Mercer Health & Benefits, LLC | 155 N Wacker Dr, Ste 1500 | Chicago, IL 60606 | | | | First Class Mail |
| Metlife | Accident, Hosp Ind, Legal, Home & Auto | 177 S Commons Dr | Aurora, IL 60504 | | LMCCRADY@METLIFE.COM | Email / First Class Mail |
| Metlife | Metlife: Accident, Hospital Indemnity | Legal, Home And Auto | 177 S Commons Drive | Aurora, IL 60504 | | First Class Mail |
| Microsoft Ea | Dept 551 | Volume Licensing | 6880 Sierra Center Parkway | Reno, NV 89511-1137 | | First Class Mail |
| Nationwide | 1 Nationwide Plz | Columbus, OH 43215 | | | | First Class Mail |
| New York Life Insurance Co | 51 Madison Ave, Room 901 | New York, NY 10010 | | | NORTHPOINTAP@TRADEMARKPROPERTY.COM | Email / First Class Mail |
| New York Life Insurance Co | c/o New York Life Real Estate Investors | 51 Madison Ave | New York, NY 10010-1603 | | | First Class Mail |
| SOMPO | 25 NW Point Blvd | Elk Grove Village, IL 60007 | | | | First Class Mail |
| Starr Indemnity & Liability Co | Financial Lines Department | 399 Park Ave, 2nd Fl | New York, NY 10022 | | | First Class Mail |
| TMHCC | 13403 Northwest Fwy | Houston, TX 77030 | | | | First Class Mail |
| Worday Ltd | 100 Pacific Highway, Level 12 | North Sydney, 2060 | Australia | | | First Class Mail |
| Workday | 6110 Stoneridge Mall Road | Pleasanton, CA 94588 | | | | First Class Mail |
| Workday Australia Pty Ltd | 100 Pacific Highway, Level 12 | North Sydney, 2060 | Australia | | | First Class Mail |
| Workday, Inc | 100 Pacific Highway, Level 12 | North Sydney, 2060 | Australia | | | First Class Mail |
| Workday, Inc | Attn: Carl Eschenbach, CEO | 6110 Stoneridge Mall Rd | Pleasanton, CA 94588 | | CARL.ESCHENBACH@WORKDAY.COM | Email / First Class Mail |
| Workday, Inc | 6110 Stoneridge Mall Rd | Pleasanton, CA 94588 | | | ACCOUNTS.RECEIVABLE@WORKDAY.COM | Email / First Class Mail |
| Workday, Inc. | Attn: Erin Anderegg | 6110 Stoneridge Mall Rd | Pleasanton, CA 94588 | | erin.anderegg@workday.com | Email / First Class Mail |
| Workday, Inc. | P.O. Box 396106 | San Francisco, CA 94139 | | | accounts.receivable@workday.com | Email / First Class Mail |
| Workday, Inc. | c/o Perkins Coie LLP | Attn: Bradley A Cosman | 2525 E Camelback Rd, Ste 500 | Phoenix, AZ 85016 | | First Class Mail |