IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) Case No. 25-11454 (BLS) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF JERIAD R. PAUL WITH
RESPECT TO THE TABULATION OF VOTES ON THE
FIRST AMENDED JOINT CHAPTER 11 PLAN OF CLAIRE'S
HOLDINGS LLC AND ITS DEBTOR AFFILIATES (TECHNICAL MODIFICATIONS)**

I, Jeriad R. Paul, hereby declare under penalty of perjury as follows:

1. I am the Vice President of Securities and Solicitation Services at Omni Agent Solutions, Inc. ("Omni") a chapter 11 administrative services firm, whose offices are located in 5955 De Soto Ave., Suite 100, Woodland Hills, California, 91367, and 1120 Avenue of the Americas, 4th Floor, New York, NY 11036. I am over the age of 18 years and not a party to the above-captioned action. Omni is the claims and noticing agent and administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. I submit this declaration (the "Declaration") regarding the solicitation of votes and the tabulation of Ballots (as defined herein) cast with respect to the *First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and Its Debtor Affiliates (Technical Modifications)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[Docket No. 688] (as may be further revised, supplemented, modified and/or amended from time to time, the "Plan"), filed contemporaneously herewith.[2]

3. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I supervised the solicitation and tabulation performed by Omni's employees. I am authorized to submit this Declaration on behalf of Omni. If called to testify, I would testify as follows.

4. The Debtors retained Omni to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Omni and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans. On September 9, 2025, the Court entered the *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving (A) the Solicitation and Voting Procedures and (B) the Forms of Ballots and Notices in Connection Therewith, (III) Scheduling a Combined Hearing and Setting Related Dates and Deadlines, and (IV) Granting Related Relief* [Docket No. 416] (the "Disclosure Statement Order"), establishing, among other things, the Solicitation and Voting Procedures. Omni adhered to the procedures outlined in the Disclosure Statement Order and caused the Ballots to be distributed to parties entitled to vote on the Plan.

A. **Service and Transmittal of Solicitation Packages and Related Information.**

5. Pursuant to the Disclosure Statement Order, on September 15, 2025, Omni caused the Solicitation Package to be served on all known Holders of Claims in Class 3 (Prepetition Priority Term Loan Claims) and Class 4 (Prepetition Existing Term Loan Claims) (the "Voting Classes"). In lieu of a Solicitation Package, all known Holders of Claims and Interests in Class 1

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

2

(Other Secured Claims), Class 2 (Other Priority Claims), Class 5 (General Unsecured Claims), Class 6 (Intercompany Claims), Class 7 (Intercompany Interests), Class 8 (Equity Interests in Claire's), and Class 9 (Section 510(b) Claims) (collectively, the "<u>Non-Voting Classes</u>"), received the Notice of Non-Voting Status, the applicable Opt-In Form, and the Combined Hearing Notice. Furthermore, Omni caused the Combined Hearing Notice to be served on the creditor matrix, the U.S. Trustee, all Holders of filed and scheduled claims, and all other parties required to receive such notice pursuant to the Disclosure Statement Order. A certificate of service evidencing the foregoing was filed with the Court on September 24, 2025 [Docket No. 527].

6. On or before September 15, 2025, Omni posted links to the electronic versions of the Plan, Disclosure Statement, the Disclosure Statement Order, the Cover Letter, the Solicitation and Voting Procedures, the Notice of Non-Voting Status, and the Combined Hearing Notice on the public access website at https://omniagentsolutions.com/Claires.

7. On September 11, 2025, the Publication Notice was published in *The New York Times* (national edition). The proof of publication of the Publication Notice was filed with the Court on September 11, 2025 [Docket No. 438].

**B.    The Tabulation Process.**

8. The Disclosure Statement Order established September 8, 2025 as the Voting Record Date to determine which Holders of Claims and Interests were entitled to receive the Solicitation Package or the Notice of Non-Voting Status and an Opt-In Form, as applicable. Pursuant to the Disclosure Statement Order, Holders of Claims in Class 3 (Prepetition Priority Term Loan Claims), and Class 4 (Prepetition Existing Term Loan Claims) were entitled to vote to accept or reject the Plan. I was informed by Debtors' counsel that no other Classes were entitled to vote on the Plan.

9. In accordance with the Solicitation and Voting Procedures, Omni worked closely with the Debtors' advisors to identify the Holders of Claims in the Voting Classes entitled to vote as of the Voting Record Date and to coordinate the distribution of Solicitation Packages to such Holders. A detailed description of Omni's distribution of Solicitation Packages is set forth in the solicitation certificates.

10. In accordance with the Solicitation and Voting Procedures, Omni received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Omni was date-stamped, scanned, assigned a Ballot number, entered into Omni's voting database, and processed. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's representative), (c) returned to Omni via an approved method of delivery set forth in the Solicitation and Voting Procedures unless the delivery method requirement was waived by the Debtors, and (d) received by Omni on or before October 14, 2025, at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). Omni completed its final tabulation of the Ballots on October 21, 2025 following a complete review and audit of all Ballots received.

11. Pursuant to the Solicitation and Voting Procedures, claim amounts for Claims in Class 3 and Class 4 were established by reference to all the outstanding amounts held by Holders of Class 3 and Class 4 Claims.

12. Accordingly, the final tabulation of votes cast by timely and properly completed Ballots received by Omni is attached hereto as **Exhibit A** and summarized on a consolidated basis in the table set forth below:

| Voting Class | Total Ballots Received | | | |
|---|---|---|---|---|
| | Accept | | Reject | |
| | Number *(% of Number)* | Amounts *(% of Amount)* | Number *(% of Number)* | Amounts *(% of Amount)* |
| Class 3 (Prepetition Priority Term Loan Claims) | 31 (100.00%) | $122,513,222.20 (100.00%) | 0 (0.00%) | $0 (0.00%) |
| Class 4 (Prepetition Existing Term Loan Claims) | 32 (96.97%) | $272,619,302.95 (99.93%) | 1 (3.03%) | $191,431.73 (0.07%) |

13. Omni also reviewed and documented elections recorded on (i) the Ballots from Holders of Claims in the Voting Class that checked the box on such Ballot to opt-in to the Third-Party Release and (ii) the Opt-In Forms from Holders of Claims and Interests not entitled to vote. A report of the 43 Entities who opted in to the Third-Party Release is attached hereto as **Exhibit B**. For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt-in elections received, including those reported on **Exhibit B**, but rather is providing these opt-in election results for reporting and informational purposes only.

14. In accordance with the Solicitation and Voting Procedures, there were no Irregular Ballots excluded from tabulation and no returned or undeliverable Solicitation Packages.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct to the best of my knowledge, information, and belief.

Dated: October 21, 2025

*/s/ Jeriad R. Paul*
Jeriad R. Paul
Vice President
Omni Agent Solutions, Inc.
5955 DeSoto Ave, Woodland Hills, CA 93671

# Exhibit A

**Final Vote Tabulation**

Claire's Holdings LLC
Exhibit A - Voting Tabulation Summary

| Debtor Name | Case Number | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|---|
| Claire's Holdings LLC | 25-11454 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Claire's Stores, Inc. | 25-11462 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Claire's Puerto Rico Corp. | 25-11461 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Claire's Boutiques, Inc. | 25-11458 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Claire's Canada Corp. | 25-11459 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Claire's Swiss Holdings LLC | 25-11464 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| CSI Canada LLC | 25-11467 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Claire's Swiss Holdings II LLC | 25-11463 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| CBI Distributing Corp. | 25-11456 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Claire's (Gibraltar) Holdings Limited | 25-11457 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| CLSIP Holdings LLC | 25-11465 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| BMS Distributing Corp. | 25-11455 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Claire's Intellectual LLC | 25-11460 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| CLSIP LLC | 25-11466 | 4 | Prepetition Priority Term Loan Claims | 31 / 100.00% | 0 / 0.00% | $122,513,222.20 / 100.00% | $0.00 / 0.00% | ACCEPT |
| | | 5 | Prepetition Existing Term Loan Claims | 32 / 96.97% | 1 / 3.03% | $272,619,302.95 / 99.93% | $191,431.73 / 0.07% | ACCEPT |

**Exhibit B**

**Opt-In Elections**

**Claire's Holdings LLC**
**Exhibit B - Opt-In Elections**

| Creditor | Date Received |
|---|---|
| AMERICAN DOOR & DOCK | 10/7/2025 |
| ARROWHEAD TOWNE CENTER LLC | 10/14/2025 |
| BAY STREET CENTERCAL, LLC | 10/14/2025 |
| BLOOMINGDALE OWNER, LLC | 10/14/2025 |
| BMA NORTH VILLAGE, LLC | 10/14/2025 |
| CANTON MARKETPLACE OWNER LLC | 10/14/2025 |
| CP VENTURE FIVE – AWC LLC | 10/14/2025 |
| DESERT SKY MALL LLC | 10/14/2025 |
| E3 REALTY MA ADVISORS, LLC | 10/14/2025 |
| EASTLAND MALL LLC | 10/14/2025 |
| ELLIOT ASSOCIATES, L.P. | 10/9/2025 |
| ELLIOT INTERNATIONAL, L.P. | 10/9/2025 |
| FASHION OUTLETS II LLC | 10/14/2025 |
| FASHION OUTLETS OF CHICAGO LLC | 10/14/2025 |
| FEDERAL REALTY OP LP | 10/14/2025 |
| FEDERAL REALTY OP LP (T/A MOUNT VERNON PLAZA, ALEXANDRIA, VA) | 10/14/2025 |
| FEDERAL REALTY OP LP (T/A TOWN CENTER PLAZA, LEAWOOD, KS) | 10/14/2025 |
| FR GEORGETOWNE LLC | 10/14/2025 |
| FR GROSSMONT, LLC | 10/14/2025 |
| FR RIVERPOINT, LLC | 10/14/2025 |
| FRED SHAFER | 10/10/2025 |
| FREEPORT VILLAGE STATION CAPITAL LLC | 10/14/2025 |
| FRIT FLORIDA, LLC | 10/14/2025 |
| IPERS RIVERGATE, INC. | 10/14/2025 |
| JCC CALIFORNIA PROPERTIES, LLC | 10/14/2025 |
| MACERICH DEPTFORD LLC | 10/14/2025 |
| MONARCH DEBT RECOVERY MASTER FUND LTD | 10/8/2025 |
| MONARCH CAPITAL MASTER PARTNERS V-A LP | 10/8/2025 |
| MONARCH CAPITAL MASTER PARTNERS VI LP | 10/8/2025 |
| NNN YULEE FL OWNER LP | 10/14/2025 |
| NYBERG CENTERCAL OWNER, LLC | 10/14/2025 |
| PPR WASHINGTON SQUARE LLC | 10/14/2025 |
| REDWOOD DRAWDOWN MASTER FUND III, LP | 10/7/2025 |
| REDWOOD ENHANCED INCOME CORP | 10/7/2025 |
| REDWOOD MASTER FUND LTD | 10/7/2025 |
| REDWOOD OPPORTUNITY MASTER FUND LTD | 10/7/2025 |
| REEP-RTL DTC VA LLC | 10/14/2025 |
| SOCM I, LLC | 10/14/2025 |
| SOUTH TOWN DEVELOPMENT LLC | 10/14/2025 |
| STAR-WEST FRANKLIN PARK MALL, LLC | 10/14/2025 |
| VALLEY STREAM GREEN ACRES LLC | 10/14/2025 |
| WAZEE STREET OPPORTUNITIES FUND V LP | 10/14/2025 |
| WMAP, L.L.C | 10/14/2025 |