# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 429** |
|  | ) |  |

## NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER

PLEASE TAKE NOTICE that, on September 10, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Disclosure Statement for the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates* [Docket No. 430] (the "Disclosure Statement") and on October 21, 2025, filed the [*First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and Its Debtor Affiliates (Technical Modifications)*] [Docket No. 688] (as may be further amended, modified, or supplemented from time to time, the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a proposed form of order (i) approving the Disclosure Statement on a final basis and (ii) confirming the Plan, a copy of which is attached hereto as **Exhibit A** (the "Proposed Confirmation Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

RLF1 34052137V.1

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the Disclosure Statement and confirmation of the Plan (the "Combined Hearing") will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on **October 29, 2025 at 2:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Proposed Confirmation Order, substantially in the form attached hereto as **Exhibit A**, to the Court at the Hearing. To the extent the Debtors make revisions to the Proposed Confirmation Order, the Debtors will present a revised form of order and a blackline copy to the Court prior to or at the Hearing.

[*Remainder of page intentionally left blank*]

Dated: October 22, 2025
Wilmington, Delaware

/s/ *Zachary I. Shapiro*
<u></u>

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Daniel J. DeFranceschi (No. 2732) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Paul N. Heath (No. 3704) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Allyson B. Smith (admitted *pro hac vice*) |
| Clint M. Carlisle (No. 7313) | 601 Lexington Avenue |
| Colin A. Meehan (No. 7237) | New York, New York 10022 |
| One Rodney Square | Telephone:   (212) 446-4800 |
| 920 N. King Street | Facsimile:    (212) 446-4900 |
| Wilmington, Delaware 19801 | Email:           joshua.sussberg@kirkland.com |
| Telephone:   (302) 651-7700 |                     allyson.smith@kirkland.com |
| Facsimile:    (302) 651-7701 | |
| Email:           defranceschi@rlf.com | - and - |
|                     heath@rlf.com | |
|                     shapiro@rlf.com | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
|                     carlisle@rlf.com | Robert A. Jacobson (admitted *pro hac vice*) |
|                     meehan@rlf.com | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |
| | Email:           alexandra.schwarzman@kirkland.com |
| |                     rob.jacobson@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |