## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | Case No. 25-11454 (BLS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 15, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 649]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of these filings was served on the following parties attached hereto as **Exhibit C** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: October 21, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 21st day of October, 20 25, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

# EXHIBIT A

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Collin County, Collin College, City of Plano, City of McKinney, City of Sherman, City of Paris and Paris Junior College | Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M Lopez/Larry R Boyd Attn: Emily M Hahn 1700 Redbud Blvd, Ste. 300 McKinney, TX 75069 | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com | Email |
| Committee of Unsecured Creditors | Accellor Inc | Attn: Amit Guha, 42808 Christy St, Ste. 216 Fremont, CA  94538 | | First Class Mail |
| Top 30 Largest | Accellor Inc | Attn: Pallaw Sharma, CEO 42808 Christy St, Ste 216 Fremont, CA 94538 | | First Class Mail |
| Top 30 Largest | Algonomy Software | Attn: Atul Jalan, CEO 40/4 Lavelle Rd Bangalore, 560001 India | ATUL.JALAN@ALGONOMY.COM | Email First Class Mail |
| Priority and Existing Term Loan Agent | Ankura Trust Company, LLC | Attn: Beth Micena 140 Sherman St, 4th Fl Fairfield, CT 06824 | Beth.Micena@ankura.com | Email First Class Mail |
| Priority and Existing Term Loan Agent | Ankura Trust Company, LLC | Attn: Ryan M Roy 140 Sherman St, 4th Fl Fairfield, CT 06824 | Ryan.Roy@ankura.com | Email First Class Mail |
| *NOA - Counsel for Mall St. Vincent (Mall St. Vincent Realty Holding LLC), Rolling Oaks Mall (Rolling Oaks Mall Realty Holding LLC), Triangle Town Center (Triangle Town Center Realty Holding LLC), River Hills Mall (River Hills Mall Realty Holding LLC), Emerald Square Mall (Emerald Square Mall Realty Holding LLC), Garsden Mall (Gardsen Realty Holding LLC), Birchwood Mall (Birchwood Mall Realty Holding LLC), Ashville Mall (Ashville Mall Capital Holding LLC), Brass Mill Center (Brass Mill Center Realty Holding LLC), Fashion Square Mall (Fashion Square Mall Holding LLC), Service of Anderson Mall (Anderson Mall Realty Holding LLC), Service of Crossroads Mall (Crossroads Mall Realty Holding LLC), Animas Valley Mall (Animas Valley Mall Realty Holdings LLC), Summit Properties USA. (D'Artiglio, Anthony) | Ansell Grimm & Aaron, PC | Attn: Anthony J D'Artiglio 365 Rifle Camp Rd Woodland Park, NJ 07424 | adartiglio@ansell.law | Email |
| Attorneys General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611 Phoenix, AZ 85005-6123 | | First Class Mail |
| *NOA - Counsel for The Benmoore Construction Group, Inc | Ascendant Law Group LLC | Attn: Lee Harrington 2 Dundee Park Dr, Ste 102 Andover, MA 01810 | lh@ascendantlawgroup.com | Email |
| *NOA - Counsel for Unsecured Creditor Studex Corp | Ascher & Associates, PC | Attn: Ralph Ascher 11022 Acacia Pkwy, Ste D Garden Grove , CA 92840 | ralphascher@aol.com | Email |
| *NOA - Counsel for the State of Michigan Department of Treasury | Assistant Attorney General | Attn: Heather L Donald Cadillac Pl Bldg 3030 W Grand Blvd, Ste 10-200 Detroit, MI 48202 | donaldh@michigan.gov | Email |
| Top 30 Largest | Aurora World Inc | Attn: Henry Gweon, CEO 8820 Mercury Ln Pico Rivera, CA 90660 | HENRY@AURORAGIFT.COM | Email First Class Mail |
| *NOA - Counsel for 3902 Annadale Lane, LP, Belden Mall LLC, Bridgewater Commons Mall II, LLC, Broward Mall LLC, Canton Marketplace Owner LLC, Capital Mall LLC, Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Champlain Centre North LLC, E3 Realty MA Advisors, LLC, Gallatin Mall Group, L.L.C., IPERS Rivergate, Inc., JCC California Properties, LLC, KRE Colonie Owner, LLC, Northpark Mall Limited Partnership, PGIM Real Estate, Pacific QKC Management PR, LLC, Palm Desert Pacific Owner LLC, Park Mall, L.L.C., Plaza West Covina, LP, Poag Shopping Centers, LLC, Southlake Indiana, LLC, South Town Development LLC, StarWest Franklin Park Mall, LLC, Star-West Great Northern Mall LLC, Star-West Parkway Mall LP, The Forbes Company, The Macerich Company, and YTC Mall Owner, LLC | Ballard Spahr LLP | Attn: Dustin P Branch/Nahal Zarnighian Attn: Sara Shahbazi 2029 Century Park E, Ste 1400 Los Angeles, CA 90067-2915 | branchd@ballardspahr.com; zarnighiann@ballardspahr.com; shahbazis@ballardspahr.com | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Bloomingdale Owner, LLC, BMA North Village, LLC, Continental Realty Corporation, Federal Realty OP LP, GTM Denton, Ltd, and Pappas Laguna No 2, LP and Broadstone CLE Illinois, LLC and NNN Yulee FL Owner LP, 3902 Annadale Lane, LP, Belden Mall LLC, Bridgewater Commons Mall II, LLC, Broward Mall LLC, Canton Marketplace Owner LLC, Capital Mall LLC, Centennial Real Estate Company, LLC, CenterCal Properties, LLC, Champlain Centre North LLC, E3 Realty MA Advisors, LLC, Gallatin Mall Group, L.L.C., IPERS Rivergate, Inc., JCC California Properties, LLC, KRE Colonie Owner, LLC, Northpark Mall Limited Partnership, PGIM Real Estate, Pacific QKC Management PR, LLC, Palm Desert Pacific Owner LLC, Park Mall, L.L.C., Plaza West Covina, LP, Poag Shopping Centers, LLC, Southlake Indiana, LLC, South Town Development LLC, Star West Franklin Park Mall, LLC, Star-West Great Northern Mall LLC, Star-West Parkway Mall LP, The Forbes Company, The Macerich Company, and YTC Mall Owner, LLC | Ballard Spahr LLP | Attn: Leslie C Heilman/Laurel D Roglen Attn: Margaret A Vesper/Erin L Williamson 919 N Market St, 11th Fl Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; williamsone@ballardspahr.com | Email |
| *NOA - Counsel for Broadstone CLE Illinois, LLC and NNN Yulee FL Owner LP | Ballard Spahr LLP | Attn: Craig Solomon Ganz/Michael S Myers Attn: Joel F Newell 1 E Washington St, Ste 2300 Phoenix, AZ 85004-2555 | ganzc@ballardspahr.com; myersm@ballardspahr.com; newellj@ballardspahr.com | Email |
| *NOA -Counsel for Brooks Shopping Centers, LLC, DLC Management Corporation, IREIT Flowood Dogwood, LLC, Park West Village Phase I, LLC, Pyramid Management Group, LLC, SVAP II Stones River, LLC, SVAP IV Stone Oak, LLC, Urban Edge Properties, and Westfield, LLC | Barclay Damon LLP | Attn: Kevin M Newman Barclay Damon Tower 125 E Jefferson St Syracuse, NY 13202 | knewman@barclaydamon.com | Email |
| *NOA -Counsel for Brooks Shopping Centers, LLC, DLC Management Corporation, IREIT Flowood Dogwood, LLC, Park West Village Phase I, LLC, Pyramid Management Group, LLC, SVAP II Stones River, LLC, SVAP IV Stone Oak, LLC, Urban Edge Properties, and Westfield, LLC | Barclay Damon LLP | Attn: Scott L Fleischer 1270 Avenue of the Americas, Ste 2310 New York, NY 10020 | sfleischer@barclaydamon.com | Email |
| *NOA -Counsel for Brooks Shopping Centers, LLC, DLC Management Corporation, IREIT Flowood Dogwood, LLC, Park West Village Phase I, LLC, Pyramid Management Group, LLC, SVAP II Stones River, LLC, SVAP IV Stone Oak, LLC, Urban Edge Properties, and Westfield, LLC | Barclay Damon LLP | Attn: Niclas A Ferland 555 Long Wharf Drive, 6th Fl New Haven, CT 06511 | nferland@barclaydamon.com | Email |
| *NOA - Counsel for PREP Hillside Real Estate LLC, PPG Shadow Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M Capuzzi/Juan E Martinez 1313 N Market St, Ste 1201 Wilmington, DE 19801 | kcapuzzi@beneschlaw.com; jmartinez@beneschlaw.com | Email |
| *NOA - Counsel for Fashion Island Retail LLC; Irvine Spectrum Center LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park 13215 E Penn St, Ste 510 Whittier, CA 90602 | ernie.park@bewleylaw.com | Email |
| Top 30 Largest | BPR-FF LLC | Attn: Bruce Flatt, CEO Brookfield Place New York 250 Vesey St, 15th Fl New York, NY 10281 | | First Class Mail |
| *Committee of Unsecured Creditors | Brookfield Properties Retail Inc | Attn: Julie Minnick Bowden 350 N Orleans St, Ste 300 Chicago, IL 60654 | julie.bowden@brookfieldproperties.com | Email |
| *NOA - Counsel for Brookfield Properties Retail Inc., as Direct and Indirect Owner and/or Managing Agent as Landlord for the Debtor | Brookfield Properties Retail Inc., as Agent | Attn: Kristen N Pate 350 N Orleans St, Ste 300 Chicago, IL 60654-1607 | bk@bpretail.com | Email |
| Top 30 Largest | Brookfield Property Partners LP | Attn: Bruce Flatt, CEO Brookfield Place New York 250 Vesey St, 15th Fl New York, NY 10281 | | First Class Mail |
| *NOA - Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M Christianson 425 Market St, Ste 2900 San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Priority and Existing Term Loan Agent | Cahill Gordon & Reindel LLP | Attn: Joel Moss, Amit Trehan, Sean Tierney 32 Old Slip New York, NY 10005 | JMoss@cahill.com; ATrehan@cahill.com; STierney@cahill.com | Email First Class Mail |
| *NOA - Counsel for Ankura Trust Company, LLC | Cahill Gordon & Reindel LLP | Attn: Jordan Wishnew 32 Old Slip New York, NY 10005 | jwishnew@cahill.com | Email |
| Top 30 Largest | Centric Beauty LLC | Attn: Jason Rabin, CEO 350 5th Ave New York, NY 10118 | JRABIN@CENTRICBRANDS.COM | Email First Class Mail |
| *NOA - Counsel for Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers 1313 N Market St, Ste 5400 Wilmington, DE 19801 | desgross@chipmanbrown.com | Email |
| *NOA - Counsel for Exegistics, Inc. | Clark Hill PLC | Attn: Kevin H Morse 130 E Randolph St, Ste 3900 Chicago, IL 60601 | kmorse@clarkhill.com | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Vestar/Kimco Tustin, L.P., Silverado Ranch Plaza LLC, Vestar DRM-Opco, L.L.C., Vestar CPT Tempe Marketplace, LLC, TPP Orchard Property, LLC, VORH Associates LLC, and Green Oak Village I LLC | Clark Hill PLC | Attn: Audrey L Hornisher/Tara L Bush 901 Main St, Ste 6000 Dallas, TX 75202 | ahornisher@clarkhill.com; tbush@clarkhill.com | Email |
| *NOA - Counsel for Vestar/Kimco Tustin, L.P., Silverado Ranch Plaza LLC, Vestar DRM-Opco, L.L.C., Vestar CPT Tempe Marketplace, LLC, TPP Orchard Property, LLC, VORH Associates LLC, Green Oak Village I LLC, & Exegistics, Inc | Clark Hill PLC | Attn: Karen M Grivner 824 N Market St, Ste 710 Wilmington, DE 19801 | kgrivner@clarkhill.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Justin R Alberto/Stacy L Newman Attn: Michael E Fitzpatrick/Melissa M Hartlipp 500 Delaware Ave, Ste 600 Wilmington, DE 19801 | jalberto@coleschotz.com; snewman@coleschotz.com; mfitzpatrick@coleschotz.com; mhartlipp@coleschotz.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Seth Van Aalten/Sarah A Carnes 1325 Ave of the Americas, 19th Fl New York, NY 10019 | svanaalten@coleschotz.com; scarnes@coleschotz.com | Email |
| *NOA - Counsel for JMCR Sherman, LLC | Condon Tobin Sladek Sparks Nerenberg, PLLC | Attn: Jeff Carruth 8080 Park Ln, Ste 700 Dallas, TX 75231 | jcarruth@condontobin.com | Email |
| *NOA - Counsel for County of Loudoun, Virginia | County of Loudoun, Virginia | Attn: Tina Estevao, Senior Assistant County 1 Harrison , St E, 5th Fl P.O. Box 7000 Leesburg, VA 20177-7000 | tina.estevao@loudoun.gov | Email |
| Governmental Agencies | Delaware Secretary of State | Division of Corporations Franchise Tax P.O. Box 898 Dover, DE 19903 | | First Class Mail |
| Governmental Agencies | Delaware State Treasury | 820 N French St Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel for Meridian Leasing Corp. | Dressler Peters, LLC | Attn: Kenneth D Peters/Ann Brooks 101 W Grand Ave, Ste 404 Chicago, IL 60654 | kpeters@dresslerpeters.com; abrooks@dresslerpeters.com | Email |
| *NOA - Counsel to NorthPark Partners, LP | Duane Morris LLP | Attn: Drew S McGehrin 1201 N Market S, Ste 501 Wilmington, DE 19801 | DSMcGehrin@duanemorris.com | Email |
| *NOA - Counsel to NorthPark Partners, LP | Duane Morris LLP | Attn: James H Billingsley 100 Crescent Ct, Ste 1200 Dallas, TX 75201 | JBillingsley@duanemorris.com | Email |
| *NOA - Counsel for  Algonquin I, LLC, Weatherford I, LLC, and Span, LLC | Ervin Cohen & Jessup LLP | Attn: Byron Z Moldo 9401 Wilshire Blvd, 12th Fl Beverly Hills, CA 90212 | bmoldo@ecjlaw.com | Email |
| Top 30 Largest | Exegistics, Inc | Attn: Stephen Olds, President 3710 River Rd, Ste 100 Franklin Park, IL 60131 | STEPHEN.OLDS@EXEGISTICS.COM | Email First Class Mail |
| *NOA - Counsel for United Parcel Service, Inc. | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A Jackson 222 Delaware Ave, Ste 1410 Wilmington, DE 19801 | patrick.jackson@faegredrinker.com | Email |
| *NOA - Counsel for United Parcel Service, Inc. | Faegre Drinker Biddle & Reath LLP | Attn: Michael T Gustafson 320 S Canal St, Ste 3300 Chicago, IL 60606 | mike.gustafson@faegredrinker.com | Email |
| *NOA - Counsel for United Parcel Service, Inc. | Faegre Drinker Biddle & Reath LLP | Attn: Maria J Cho 1800 Century Park E, Ste 1500 Los Angeles, CA 90067 | Maria.cho@faegredrinker.com | Email |
| *NOA - Counsel for Canon Financial Services, Inc. | Fleischer, Suglia, Dopke & Domowitch, P.C. | Attn: Nicola G Suglia 4 Greentree Ctr 601 Rte 73 N, Ste 305 Marlton, NJ 08053 | nsuglia@fleischerlaw.com | Email |
| Top 30 Largest | Frontstreet Facility Solutions | Attn: Thomas J Hutzel, CEO 4170 Veterans Memorial Hwy Bohemia, NY 11716 | THUTZEL@FRONTSTREETFS.COM | Email First Class Mail |
| *NOA - Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | Attn: Ronald E Gold/Erin P Severini Attn: Joy D Kleisinger 3300 Great American Twr 301 E 4th St Cincinnati, OH 45202 | rgold@fbtlaw.com; eseverini@fbtlaw.com; jkleisinger@fbtlaw.com | Email |
| Top 30 Largest | Google Inc | Attn: Sundar Pichai, CEO 1600 Amphitheatre Pkwy Mtn View, CA 94043 | SUNDAR@GOOGLE.COM | Email First Class Mail |
| Top 30 Largest | Grant Thornton LLP | Attn: Ron Messenger, CEO 171 N Clark St, Ste 200 Chicago, IL 60601 | RON.MESSENGER@US.GT.COM | Email First Class Mail |
| *NOA - Counsel for American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Joseph R Russo, Jr/Joe AC Fulcher Attn: Tara B Annweiler/Jennifer J Nobley 1 Moody Plz, 18th Fl Galveston, TX 77550 | tannweiler@greerherz.com | Email |
| *NOA - Counsel for Kahala Center Company | Hanson Bridgett LLP | Attn: Nancy J Newman 425 Market St, 26th Fl San Francisco, CA 94105 | nnewman@hansonbridgett.com | Email |
| *NOA - Counsel for GRI Natomas, LLC | Harvest LLP | Attn: Jamie Altman Buggy 10940 Wilshire Blvd, Ste 1600 Los Angeles, CA 90024 | jbuggy@harvestllp.com | Email |
| Top 30 Largest | Heritage Candy Co, Inc | Attn: David Kolinsky, President 6923 Woodley Ave Van Nuys, CA 91406 | DAVID@HERITAGECANDY.COM | Email First Class Mail |
| *NOA - Counsel for  RL Miami LP | Holland & Knight LLP | Attn: Andrew B Hellinger 1420 NW N River Dr, Ste 430 Miami, FL 33125 | ahellinger@h-plegal.com | Email |
| *NOA - Counsel for Plaza las Americas, Inc. and Plaza del Caribe, S.E.and RL Miami LP | Holland & Knight LLP | Attn: Joaquin J Alemany 701 Brickell Ave, Ste 3300 Miami, FL 33131 | joaquin.alemany@hklaw.com | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Bellevue Square, LLC and Bellevue Square Merchants' Association | Illuminate Law Group | Attn: Brian M Muchinsky 10500 NE 8th St, Ste 850 Bellevue, WA 98004 | bmuchinsky@illuminatelg.com | Email |
| NOA - The County of Imperial Treasurer-Tax Collector | Imperial County Treasurer-Tax Collector | 940 W Main St, Ste 106 El Centro, CA 92243 | | First Class Mail |
| Top 30 Largest | Inspired Thinking | Attn: Andrew Swinand, CEO 171 N Aberdeen St, Ste 400 Chicago, IL 60607 | ANDREWSWINAND@INSPIREDTHINKING.GROUP | Email First Class Mail |
| *Committee of Unsecured Creditors | Inspired Thinking Group (US) Inc | Attn: Craig Allardice 171 N Aberdeen St, Ste 400 Chicago, IL 60607 | craigallardice@inspiredthinking.group | Email |
| Taxing Authorities | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | First Class Mail |
| ABL Agent | JPMorgan Chase Bank, N.A. | Attn: John Morrone 10 S Dearborn St, Fl 09 Chicago, IL 60603 | john.morrone@jpmorgan.com | Email First Class Mail |
| *NOA - Counsel for 5Rivers CRE, LLC, Brixmor Property Group, Brookfield Properties Retail, Inc., Hines Global REIT, Jones Lang LaSalle, Kite Realty Group, Regency Centers, LP, SITE Centers Corp. and Turnberry Associates. | Kelley Drye & Warren LLP | Attn: Robert L LeHane/Jennifer D Raviele Attn: Katherine Cavins/Tamara P Zapata 3 World Trade Center 175 Greenwich St New York, NY 10007 | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com; kcavins@kelleydrye.com; tzapata@kelleydrye.com | Email |
| Top 30 Largest | Kojac Fashion Accessories Ltd | Attn: Sam Malde, CEO Fora Spitalfields 42-46 Princelet St London, E1 5LP United Kingdom | SAM@KOJAC.CO.UK | Email First Class Mail |
| *NOA - Counsel for PREIT Services, LLC | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman 101 N Washington Ave, Ste 4A Margate, NJ 08402 | kurtzman@kurtzmansteady.com | Email |
| *NOA - Counsel for High IntenCity Corp | Landis Rath & Cobb LLP | Attn: Colin R Robinson/Katherine S Dute 919 Market St, Ste 1800 Wilmington, DE 19801 | robinson@lrclaw.com; dute@lrclaw.com | Email |
| *NOA - Counsel for Gemini Alto Centreville Partners, LLC | Lathrop GPM LLP | Attn: Stephen K Dexter 675 15th St, Ste 2650 Denver, CO 80202 | stephen.dexter@lathropgpm.com | Email |
| *NOA - Counsel for Simon Property Group, L.P. ("Landlord")and 5Rivers CRE, LLC, Brixmor Property Group, Brookfield Properties Retail, Inc., Hines Global REIT, Jones Lang LaSalle, Kite Realty Group, Regency Centers, LP, SITE Centers Corp. and Turnberry Associates and Kahala Center Company, | Law Office of Susan E. Kaufman, LLC | Attn: Susan E Kaufman 919 N Market St, Ste 460 Wilmington, DE 19801 | skaufman@skaufmanlaw.com | Email |
| *NOA - Counsel for SA Development Company, LP | Law Offices of Kenneth L Baum LLC | Attn: Kenneth L Baum 201 W Passaic St, Ste 104 Rochelle Park, NJ 07662 | kbaum@kenbaumdebtsolutions.com | Email |
| *NOA - Counsel for 20101 Paciifc Castle Rancho LLC | Law Offices of Ronald K Brown, Jr, APC | Attn: Ronald K Brown, Jr 901 Dove St, Ste 120 Newport Beach, CA 92660 | Ron@rkbrownlaw.com | Email |
| Top 30 Largest | Lennox Industries, Inc | Attn: Alok Maskara, CEO 2140 Lake Park Blvd Richardson, TX 75080 | ALOK.MASKARA@LENNOX.COM | Email First Class Mail |
| *NOA - Counsel for Cypress Equities Managed Partners, LP, Bassett Place Real Estate Company, LLC, Bayshore Shopping Center Property Owner LLC,  and Cypress Flagstaff Mall LP | Liechty, Mcginnis, Berryman & Bowen, LLP | Attn: Daniel B Denny 11910 Greenville Ave, Ste 400 Dallas, TX 75243 | ddenny@lmlawyers.com | Email |
| *NOA - Counsel for Bexar County, City of El Paso, City of Eagle Pass, and Eagle Pass ISD and ECTOR CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker 112 E Pecan St, Ste 2200 San Antonio, TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Nueces County, Cameron County, Hidalgo County, City of Mcallen, Mclennan County, Victoria County and San Marcos CISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W Sanders PO Box 17428 Austin, TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Parker Cad Tarrant County Tom Green Cad Lamar Cad Rockwall Cad Ellis County Grayson County Gregg County Northwest Isd Allen Isd Prosper Isd City Of Allen Town Of Prosper Dallas County Lewisville Isd City Of Roanoke Smith County and City of Frisco and Irving ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner 3500 Maple Ave Ste 800 Dallas, TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| *NOA - Counsel to Cypress-Fairbanks ISD; Harris - Fort Bend ESD # 100; City of Houston; Houston ISD; Fort Bend County; Montgomery County; Lone Star College System; Houston Comm Coll System; Jefferson County; Orange County; Harris Co ESD # 09; City of Humble; City of Pasadena; Galveston County and Angelina County | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 Houston, TX 77253 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Madison County, Alabama | Madison County, Alabama | Attn: J Jeffery Rich 100 Northside Sqe, Ste 700 Huntsville, AL 35801 | jrich@madisoncountyal.gov | Email |
| *NOA - Counsel for Atlantic Specialty Insurance Company | Manier & Herod, PC | Attn: Scott C Williams/ S Marc Buchman 1201 Demonbreun St, Ste 900 Nashville, TN 37203 | swilliams@manierherod.com; mbuchman@manierherod.com | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Tax Appraisal District of Bell County, Brazos County, Bowie Central Appraisal District, City of Westworth Village, Denton County, Hays County, Midland Central Appraisal District, Pine Tree Independent School District, City of Selma, Central Appraisal District of Taylor County, City of Waco/Waco Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, PC | Attn: Julie Anne Parsons P.O. Box 1269 Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Mcdermott Will & Schulte LLP | Attn: Darren Azman/Kristin K Going Attn: Stacy A Lutkus/Alexander H Southwell Attn: Monica Asher 1 Vanderbilt Ave New York, NY, 10017 | dazman@mwe.com; kgoing@mwe.com; salutkus@mwe.com; asouthwell@mwe.com; masher@mwe.com | Email |
| NOA - Counse for Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum , P.A. | Attn: Nicole C Kenworthy 6801 Kenilworth Ave, Ste 400 Riverdale , MD 20737-1385 | | First Class Mail |
| Top 30 Largest | Microsoft Corp | Attn: Satya Nadella, CEO 1 Microsoft Way Redmond, WA 98052 | SATYAN@MICROSOFT.COM | Email First Class Mail |
| *NOA - Counsel for 100 Cambridgeside Owner, LLC, New Westgate Mall, LLC and Ned Altoona, LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Shannah L Colbert/Joseph H Baldiga 1800 W Park Dr, Ste 400 Westborough, MA 01581 | scolbert@miricklaw.com; jbaldiga@miricklaw.com | Email |
| *NOA - Counsel for 100 Cambridgeside Owner, LLC, New Westgate Mall, LLC and Ned Altoona, LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey 100 Front St Worcester, MA 01608 | pcarey@miricklaw.com | Email |
| *NOA - Counsel for Viacom International Inc | Morgan Lewis & Bockius LLP | Attn: Jody C Barillare 1201 N Market St, Ste 2201 Wilmington, DE 19801 | jody.barillare@morganlewis.com | Email |
| *NOA - Counsel for Viacom International Inc | Morgan Lewis & Bockius LLP | Attn: Stephan E Hornung 101 Park Ave New York, NY 10178-0060 | stephan.hornung@morganlewis.com | Email |
| *NOA - Counsel for Tanger Management, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S Miller Attn: Echo Yi Qian 1201 N Market St, 16th Fl Wilmington, DE 19801 | cmiller@morrisnichols.com; eqian@morrisnichols.com | Email |
| *NOA - Counsel for Ankura Trust Company, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C Abbott/Scott D Jones 1201 N Market St, 16th Fl Wilmington, DE 19801 | dabbott@morrisnichols.com; sjones@morrisnichols.com | Email |
| Attorneys General | Office of the Attorney General | Attn: Aaron D Ford Old Supreme Court Bldg 100 N Carson St Carson City, NV 89701 | aginfo@ag.nv.gov | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Kris Mayes 2005 N Central Ave Phoenix, AZ 85004 | AGInfo@azag.gov | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Charity R Clark 109 State St Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell 10 Mechanic St, Ste 301 Worcester, MA 01608 | ago@state.ma.us | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell 1 Ashburton Pl, 20th Fl Boston, MA 02108-1698 | ago@state.ma.us | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell 1441 Main St, 12th Fl Springfield, MA 01103 | ago@state.ma.us | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrea Campbell 1 Ashburton Pl, 20th Fl Boston, MA 02108 | ago@state.ma.us | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Treg Taylor 1031 W 4th Ave, Ste 200 Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: William Tong 165 Capitol Ave Hartford, CT 06106 | attorney.general@ct.gov | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Kathy Jennings Carvel State Office Bldg 820 N French St Wilmington, DE 19801 | attorney.general@delaware.gov | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: John Formella 33 Capitol St Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Dan Rayfield Justice Bldg 1162 Court St NE Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Raúl Labrador 700 W Jefferson St, Ste 210 P.O. Box 83720 Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Derek Brown State Capitol, Rm 236 Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Todd Rokita Indiana Govt Ctr S 302 W Washington St, 5th Fl Indianapolis, IN 46204 | | Email First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Brenna Bird Hoover State Office Bldg 1305 E Walnut Des Moines, IA 50319 | consumer@ag.iowa.gov | Email First Class Mail |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Nick Brown<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email<br>First Class Mail |
| Attorneys General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |
| Attorneys General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorneys General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: James Uthmeier<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Russell Coleman<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Raul Torrez<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Liz Murrill<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorneys General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorneys General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Ryan Schelhaas, Acting AG<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Lourdes Lynnette Gomez Torres<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorneys General | Office of the Attorney General | Attn: Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | First Class Mail |
| *NOA - Counsel for the State of Indiana | Office of the Attorney General of Indiana | Attn: Heather M Crockett<br>302 W Washington St, IGCS-5th Fl<br>Indianapolis, IN 46204 | Heather.Crockett@atg.in.gov | Email |
| US Trustee | Office of the U.S. Trustee | For the District of Delaware<br>Attn: Benjamin Hackman<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | benjamin.a.hackman@usdoj.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| US Attorney | Office of the United States Attorney | For the District of Delaware 1313 N Market St P.O. Box 2046 Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel for Kimco Realty Corporation | Offit Kurman, P.A. | Attn: Brian J. McLaughlin 222 Delaware Ave, Ste 1105 Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| Top 30 Largest | Optiv Security Inc | Attn: Kevin Lynch, CEO 1144 15th St, Ste 2900 Denver, CO 80202 | KEVIN.LYNCH@OPTIV.COM | Email First Class Mail |
| Top 30 Largest | Ovative Group, LLC | Attn: Dale Nitschke, CEO 224 N Desplaines St, Ste 200 Chicago, IL 60661 | DALE.NITSCHKE@OVATIVE.COM | Email First Class Mail |
| *NOA - Counsel for Elliott Investment Management L.P. and Monarch Alternative Capital LP,(collectively, "Elliott and Monarch") | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones/Jeffrey N Davidson Attn: Gabriel I Glazer/Edward A Corma 919 N Market St, 17th Fl Wilmington, DE 19801 | ljones@pszjlaw.com; jdavidson@pszjlaw.com; gglazer@pszjlaw.com; ecorma@pszjlaw.com | Email |
| *NOA - Counsel for AWS Claire's, LLC | Paul Hastings, LLP | Attn: Alan M Noskow 2050 M Street NW Washington, DC 20036 | alannoskow@paulhastings.com | Email |
| *NOA - Counsel for AWS Claire's, LLC | Paul Hastings, LLP | Attn: Lindsey Henrikson 71 S Wacker Dr, Ste 4500 Chicago, IL 60606 | lindseyhenrikson@paulhastings.com | Email |
| *NOA - Counsel for Kerrville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Sergio E Garcia 3301 Northland Dr, Ste 505 Austin, TX 78731 | sgarcia@pbfcm.com | Email |
| *NOA - Counsel for Alief Independent School District, Harris County Municipal Utility District # 120, Clear Creek Independent School District, City Of Houston, Harris County Municipal Utility District # 358, Harris County Water Control and Improvement District # 155, Humble Independent School District, Spring Branch Independent School District, City of Houston, San Jacinto Community College District and Pasadena Independent School District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez 1235 N Loop W, Ste 600 Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| *NOA - Counsel for Brownsville Independent School District Mercedes Independent School District City of Mercedes | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Hiram Gutierrez P.O. Box 2916 McAllen, TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| *NOA - Counsel for City of Burleson, Burleson ISD, Palo Pinto County, City of Mineral Wells, Mineral Wells ISD, City of Grapevine, Grapevine-Colleyville JSD Eagle Mountain-Saginaw ISD | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo 500 E Border St, Ste 640 Arlington, TX 76010 | ebcalvo@pbfcm .com | Email |
| *NOA - Counsel for City of Garland, Garland ISD,City of Highland VillageFrisco ISO, Plano ISO | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D Reece 1919 S Shiloh Rd , Ste 640 , LB 40 Garland , TX 75042 | lreece@pbfcm.com | Email |
| *NOA - Counsel for Taxing Districts Collected by Potter County, Taxing Districts Collected by Randall County, Lubbock Central Appraisal District, Midland County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Alysia Córdova P.O. Box 9132 Amarillo, TX 79105 | acordova@pbfcm.com; amabkr@pbfcm.com | Email |
| *NOA - Counsel for Wichita County | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Mollie Lerew P. O. Box 8188 Wichita Falls, TX 76307 | mlerew@pbfcm.com | Email |
| *NOA - Counsel for  Perform Properties, LLC | Perform Properties, LLC | Attn: William F McDonald III 10920 Via Frontera, Ste 220 San Diego, CA 92127 | wmcdonald@performproperties.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W Ryan/L Katherine Good Attn: Sameem Rizvi/Ethan H Sulik 1313 N Market St, 6th Fl Wilmington, DE 19801 | jryan@potteranderson.com; kgood@potteranderson.com; srizvi@potteranderson.com; esulik@potteranderson.com | Email |
| Top 30 Largest | Premium Outlet Partners, LP | Attn: David Simon, CEO 60 Columbia Rd, Bldg B Morristown, NJ 07960 | | First Class Mail |
| Top 30 Largest | Premium Retail Services LLC | Attn: Ron Travers, CEO 618 Spirit Dr Chesterfield, MO 63005 | RTRAVERS@PREMIUMRETAIL.COM | Email First Class Mail |
| *NOA - Counsel for Creditor, Mad River Development, LLC | Reger Rizzo & Darnall LLP | Attn: Louis J Rizzo Brandywine Plz W 1521 Concord Pike, Ste 305 Wilmington, DE 19803 | lrizzo@regerlaw.com | Email |
| *NOA - Counsel for Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox Times Square Twr, Ste 2506 7 Times Square New York, NY 10036 | sfox@riemerlaw.com | Email |
| Governmental Agencies | Securities & Exchange Commission | 100 F St NE Washington, DC 20549 | | First Class Mail |
| Governmental Agencies | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director 100 Pearl St, Ste 20-100 New York, NY 10004-2616 | | First Class Mail |
| Top 30 Largest | Simon Property Group LP | Attn: David Simon, CEO 225 W Washington St Indianapolis, IN 46204 | | First Class Mail |
| *NOA - Counsel for Simon Property Group, L.P. ("Landlord") | Simon Property Group, L.P. | Attn: Catherine M Martin 225 W Washington St Indianapolis, IN 46204-3438 | cmartin@simon.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Simpson Thacher & Bartlett LLP | Attn: Elisha D Graff/Zachary Weiner Attn: Sean Lee 425 Lexington Ave New York, NY 10017 | egraff@stblaw.com; zachary.weiner@stblaw.com; sean.lee@stblaw.com | Email |
| Counsel to ABL Agent | Simpson Thacher & Bartlett LLP | Attn: Brandan Still/Elisha D Graff Attn: Sean Lee/Zachary Weiner 600 Travis St Houston, TX 77002 | egraff@stblaw.com; Sean.Lee@stblaw.com; Zachary.Weiner@stblaw.com | Email First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Bridge33 Capital LLC & Counsel for RED Development, LLC ("RED") | Singer & Levick, P.C. | Attn: Michelle E Shriro<br>16200 Addison Rd, Ste 140<br>Addison, TX 75001 | mshriro@singerlevick.com | Email |
| *Committee of Unsecured Creditors | Studex Corp | Attn: Vladimir Reil<br>512 W Rosecrans Ave<br>Gardena, CA 90248-1514 | vladimir@studex.com | Email |
| Top 30 Largest | Studex Corp | Attn: Jody Nicholas, Director<br>521 W Rosecrans Ave<br>Gardena, CA 90248 | JODY@CLINICALHEALTHUSA.COM | Email<br>First Class Mail |
| *Committee of Unsecured Creditors | Tanger Management, LLC | Attn: Dan Seabaugh<br>3200 Northline Ave, Ste 360<br>Greensboro, NC 27408 | dan.seabaugh@tanger.com | Email |
| Top 30 Largest | Tanger Properties Ltd | Attn: Stephen Yalof, President & CEO<br>3200 Northline Ave, Ste 360<br>Greensboro, NC 27408 | SY@TANGER.COM | Email<br>First Class Mail |
| *NOA - Counsel for the Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") | Texas Attorney General's Office | Attn: Kimberly A Walsh<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | kimberly.walsh@oag.texas.gov | Email |
| Top 30 Largest | The Benmoore Const Group | Attn: Jeffrey Pittel, CEO<br>87 Old River St<br>Hackensack, NJ 07601 | JEFFP@BENMOORECONSTRUCTION.COM | Email<br>First Class Mail |
| Top 30 Largest | The Creme Shop | Attn: Olive Kim, CEO<br>819 S Gladys Ave<br>Los Angeles, CA 90021 | OLIVE.KIM@THECREMESHOP.COM | Email<br>First Class Mail |
| Top 30 Largest | The Macerich Co | Attn: Jackson Hsieh, President & CEO<br>401 Wilshire Blvd, Ste 700<br>Santa Monica, CA 90401 | JACKSON.HSIEH@MACERICH.COM | Email<br>First Class Mail |
| Top 30 Largest | The Retail Property Trust | Attn: David Simon, CEO<br>225 W Washington St<br>Indianapolis, IN 46204 | | First Class Mail |
| *NOA - Counsel for River Ridge Mall JV LLC and Corpus Christi Retail Venture LP | Thompson Hine LLP | Attn: Louis F Solimine<br>312 Walnut St, Ste 2000<br>Cincinnati, OH 45202-4029 | Louis.Solimine@ThompsonHine.com | Email |
| *NOA - Counsel for Tennessee Attorney General - Consumer Division | TN Attorney General's Office, Bankruptcy Division | Attn: Laura L McCloud<br>P O Box 20207<br>Nashville, TN 37202-0207 | AGBankDelaware@ag.tn.gov | Email |
| *NOA - Counsel for Travis County | Travis County | Attn: Jason A Starks<br>P.O. Box 1748<br>Austin, TX 78767 | Jason.Starks@traviscountytx.gov | Email |
| Top 30 Largest | United Techno Solutions Inc | Attn: Moorthy Subbiah, CEO<br>4900 Hopyard Rd, Ste 100<br>Pleasanton, CA 94588 | THANDAV@UNITEDTECHNO.COM | Email<br>First Class Mail |
| Top 30 Largest | UPS Supply Chain Solutions Inc | Attn: Carol B Tomé, CEO<br>12380 Morris Rd<br>Alpharetta, GA 30005 | CTOME@UPS.COM | Email<br>First Class Mail |
| *NOA - Counsel for West Acres Development LLC | Vogel Law Firm | Attn: Kesha L Tanabe<br>218 NP Ave<br>P.O. Box 1389<br>Fargo, ND 58107-1389 | ktanabe@vogellaw.com | Email |
| Top 30 Largest | Walmart Inc | Attn: Carl Douglas Mcmillon, CEO<br>702 SW 8th St<br>Bentonville, AR 72716 | DOUG.MCMILLON@WALMART.COM | Email<br>First Class Mail |
| *NOA - Counsel for Atlantic Specialty Insurance Company | Womble Bond Dickinson (US) LLP | Attn: Lisa Bittle Tancredi<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | lisa.tancredi@wbd-us.com | Email |
| Top 30 Largest | Workday, Inc | Attn: Carl Eschenbach, CEO<br>6110 Stoneridge Mall Rd<br>Pleasanton, CA 94588 | CARL.ESCHENBACH@WORKDAY.COM | Email<br>First Class Mail |
| *NOA - Counsel for AWS Claire's, LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Joseph Barry/Kara Hammond Coyle<br>Attn: Ashley E Jacobs<br>1000 N King St<br>Wilmington, DE 19801 | jbarry@ycst.com;<br>kcoyle@ycst.com;<br>ajacobs@ycst.com | Email |
| *Committee of Unsecured Creditors | Yumark Enterprises Corp | Attn: Fanny Cheng<br>14F, No 67, Sec 2, Dunhua S Rd<br>Taipei, 106045 Taiwan | fannycheng@yumark.com.tw | Email |

# EXHIBIT B

**Exhibit 8**
**Service List**

| Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| 100 Cambridgeside | 75 Park Plz | Boston, MA 02116 | | | First Class Mail |
| Accenture International Ltd | Grand Canal Sq | Grand Canal Harbour | Dublin 2, D02 P820 | Ireland | First Class Mail |
| Alchemy Gothic | 3516 Roberts Cut Off Rd | Ft Worth, TX 76020 | | | First Class Mail |
| Alejandra Salcedo | c/o Morgan Morgan | Attn: Mila Afshar | 633 W 5th St | Los Angeles, CA 90071 | First Class Mail |
| Alexis Zepeda Coutts | c/o Capstone Law APC | 1875 Century Park E, Ste 1000 | Los Angeles, CA 90067 | | First Class Mail |
| Alexis Zepeda Coutts | c/o Dundon Advisors LLC | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains, NY 10606 | ak@dundon.com | Email |
| | | | | | First Class Mail |
| AM By & Through Guardian Rebecca Matthews | c/o Kafoury & Mcdougal | Attn: Mark Mcdougal | 411 SW 2nd Ave, Ste 200 | Portland, OR 97204 | First Class Mail |
| Andrade, Dayana | c/o Casa Dupage Workers Center | 311 S Naperville Rd, Ste C | Wheaton, IL 60187 | | First Class Mail |
| Andrade, Maribel | c/o Casa Dupage Workers Center | 311 S Naperville Rd, Ste C | Wheaton, IL 60187 | | First Class Mail |
| Axxes LLC | c/o Law Office of Leonidas Fampritsis, PLC | Attn: Leonidas Fampritsis | 31-19 Newtown Ave, Ste 901 | Long Island City, NY 11102 | First Class Mail |
| Barrera, Elva | c/o Lawyers For Employee & Consumer Rights Apc | Attn: Colette Mahon | 3500 W Olive Ave, 3rd Fl | Burbank, CA 91505 | First Class Mail |
| CA Office of Environmental Health Hazard Assessment | 1001 I St | Sacramento, CA 95814 | | | First Class Mail |
| Cabrera, Marily | c/o Mills Sadat Dowlat LLP | Attn: Arash Sadat | 333 S Hope St, 40th Fl | Los Angeles, CA 90071 | First Class Mail |
| Capstone Law APC | 1875 Century Park E, Ste 1000 | Los Angeles, CA 90067 | | | First Class Mail |
| Capstone Law APC | c/o Dundon Advisors LLC | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains, NY 10606 | ak@dundon.com | Email |
| | | | | | First Class Mail |
| Carrera, Irene | c/o Casa Dupage Workers Center | 311 S Naperville Rd, Ste C | Wheaton, IL 60187 | | First Class Mail |
| Casa Dupage Workers Center | 311 S Naperville Rd, Ste C | Wheaton, IL 60187 | | | First Class Mail |
| Catalan, Daniel | c/o Cassiday Schade | 222 W Adams St, Ste 2900 | Chicago, IL 60606 | | First Class Mail |
| Celena Messier | c/o Mills Sadat Dowlat LLP | Attn: Arash Sadat | 333 S Hope St, 40th Fl | Los Angeles, CA 90071 | First Class Mail |
| Center for Environmental Health | c/o Lexington Law Group, LLP | Attn: Mark N Todzo | 503 Divisadero St | San Francisco, CA 94117 | First Class Mail |
| Chauntea J McClain | c/o Kornbluth Ginsberg Law Group PA | Attn: J Michael Mackay | 3400 Croasdaile Dr, Ste 300 | Durham, NC 27705 | mmackay@kglawnc.com | Email |
| | | | | | First Class Mail |
| Community Loans LLC | 4611 8th St | Meridian, MS 39307 | | | First Class Mail |
| Cook, Janisha | c/o Lawyers For Employee & Consumer Rights Apc | 3500 W Olive Ave, 3rd Fl | Burbank, CA 91505 | | First Class Mail |
| Crystal Santana | Address Redacted | | | | First Class Mail |
| Crystal Santana | Address Redacted | | | | First Class Mail |
| Cuevas, Daniel | c/o Capstone Law Apc | Attn: Robert Drexler | 1875 Century Park E, Ste 1000 | Los Angeles, CA 90067 | First Class Mail |
| Dalton, Julie | c/o Throndset Michenfelder, LLC | Attn: Patrick W Michenfelder | 80 S 8th St, Ste 900 | Minneapolis, MN 55402 | First Class Mail |
| Daniel Cuevas | Address Redacted | | | | First Class Mail |
| Daniel Cuevas | Address Redacted | | | | First Class Mail |
| East Mesa Mall LLC | c/o Parker Law Team | Attn: Katherine Cheney | P.O. Box 72708 | Phoenix, AZ 85050 | First Class Mail |
| Elizabeth Galvan | Address Redacted | | | | First Class Mail |
| Elynn Smith | c/o Beeher Law Firm | Attn: Jordan M Talsma | 620 Lafayette St, Ste 300 | Waterloo, IA 50704 | First Class Mail |
| Fashion Island Retail LLC | c/o Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | 13215 E Penn St, Ste 510 | Whittier, CA 90602 | First Class Mail |
| Federal Realty Op Lp | c/o Goodkin Law Group, Apc | Attn: Daniel Goodkin | 10880 Wilshire Blvd, Ste 1420 | Los Angeles, CA 90024 | First Class Mail |
| Fernandez, Nelson | c/o Roderick V Hannah, Esq | 4800 N Hiatus Rd | Sunrise, FL 33351 | | First Class Mail |
| Greenstein, Constance | c/o Marshall Dennehey, PC | Attn: Kimberly A House, Esq | 2000 Market St, Ste 2300 | Philadelphia, PA 19103 | First Class Mail |
| Haily Hair | c/o Cliffwood Law Firm Pc | 12100 Wilshire Blvd, Ste 800 | Los Angeles, CA 90025 | | First Class Mail |
| Hammond Murphy, Anthony | c/o Lawrence H Fisher | 1 Oxford Ctr | 301 Grant St, Ste 270 | Pittsburgh, PA 15219 | First Class Mail |
| Hatton, Daisha | c/o Abramson Labor Group | 1700 W Burbank Blvd | Burbank, CA 91506 | | First Class Mail |
| Hooshnam, Marvam | c/o Abramson Labor Group | 1700 W Burbank Blvd | Burbank, CA 91506 | | First Class Mail |
| Hubbard, Reina | c/o Forootan Law | 3334 E Coast Hwy, Ste 307 | Corona Del Mar, CA 92625 | | First Class Mail |
| Jennifer Gatherwright | Address Redacted | | | | First Class Mail |
| Jessica Esefgal | Address Redacted | | | | First Class Mail |
| Jessie Mann | Address Redacted | | | | First Class Mail |
| Jodziewicz, Jennifer Et Al | c/o Miller Copeland LLP | Attn: Robert Miller | 400 S Ervay St | Dallas, TX 75201 | First Class Mail |
| Karina Topete | c/o Capstone Law APC | 1875 Century Park E, Ste 1000 | Los Angeles, CA 90067 | | First Class Mail |
| Karina Topete | c/o Dundon Advisors LLC | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains, NY 10606 | ak@dundon.com | Email |
| | | | | | First Class Mail |
| Karina Topete As Class Rep | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains, NY 10606 | ak@dundon.com | Email |
| | | | | | First Class Mail |
| Karina Topete as Class Rep | c/o Capstone Law APC | 1875 Century Park E, Ste 1000 | Los Angeles, CA 90067 | | First Class Mail |
| Karina Topete as PAGA | c/o Capstone Law APC | 1875 Century Park E, Ste 1000 | Los Angeles, CA 90067 | | First Class Mail |
| Karina Topete as PAGA | c/o Dundon Advisors LLC | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains, NY 10606 | ak@dundon.com | Email |
| | | | | | First Class Mail |
| Katterina Reinoso | Address Redacted | | | | First Class Mail |
| Katterina Reinoso | Address Redacted | | | | First Class Mail |
| Kolpas, Laurie | c/o Meirowitz & Wasserberg, LLP | Attn: Sarah Gilson | 95 3rd St, 2nd Fl | San Francisco, CA 94103 | First Class Mail |
| Kristen Hartfelt | Address Redacted | | | | First Class Mail |
| Kristen Hartfelt | Address Redacted | | | | First Class Mail |
| Loray Thompson | Address Redacted | | | | First Class Mail |
| Love & Madness | c/o Doniger Burroughs | 603 Rose Ave | Venice, CA 90191 | | First Class Mail |
| Love and Madness, Inc. | 302A W 12th St | New York, NY 10014 | | | First Class Mail |
| Love and Madness, Inc. | c/o Doninger/Burroughs | 603 Rose Ave | Venice, CA 90291 | | First Class Mail |
| Luna, Maria | c/o Setareh Law Group | Attn: Shawn Setareh | 9665 Wilshire Blvd, Ste 430 | Beverly Hills, CA 90212 | First Class Mail |
| Macerich Buena Ventura LP | 401 Wilshire Blvd | P.O. Box 2172 | Santa Monica, CA 90407 | | First Class Mail |
| Macerich Cerritos LLC | 239 Los Cerritos Ctr | Cerritos, CA 90703 | | | First Class Mail |
| Macerich Fresno LP | 4841 N 1st St | Fresno, CA 93726 | | | First Class Mail |
| Macerich Stonewood LLC | 401 Wilshire Blvd, Ste 700 | P.O. Box 2172 | Santa Monica, CA 90407 | | First Class Mail |
| Macerich Vintage Faire LP | c/o David M Cohen, Aplc | Attn: David M Cohen, Esq | 21021 Ventura Blvd, Ste 330 | Woodland Hills, CA 91364 | First Class Mail |
| Makiyah Jones | Address Redacted | | | | First Class Mail |
| Maria Luna | c/o Capstone Law APC | 1875 Century Park E, Ste 1000 | Los Angeles, CA 90067 | | First Class Mail |
| Maria Luna | c/o Dundon Advisors LLC | Attn: April Kimm | 10 Bank St, Ste 1100 | White Plains, NY 10606 | ak@dundon.com | Email |
| | | | | | First Class Mail |
| Maribel Perez | Address Redacted | | | | First Class Mail |
| Marily Cabrera | c/o Mills Sadat Dowlat LLP | Attn: Arash Sadat | 333 S Hope St, 40th Fl | Los Angeles, CA 90071 | First Class Mail |
| Megan Powell | Address Redacted | | | | First Class Mail |
| Megan Powell | Address Redacted | | | | First Class Mail |
| Messier, Celena | c/o Mills Sadat Dowlat LLP | 333 S Hope St, 40th Fl | Los Angeles, CA 90071 | | First Class Mail |
| Molly Zhang | Address Redacted | | | | First Class Mail |
| Murrieta Town Center Retail Owner Lp | c/o Steyer Lowenthal Boodrookas Alvarez & Smith LLP | Attn: Dana M Andreoli | 235 Pine St, 15th Fl | San Francisco, CA 94104 | First Class Mail |
| Name Redacted | c/o Curcio Law | Attn: Rakin R Hamad, Esq | 700 N Fairfax St, Ste 505 | Alexandria, VA 22314 | Rhamad@curciolaw.com | Email |
| | | | | | First Class Mail |
| Name Redacted | c/o Curcio Law | Attn: Rakin R Hamad, Esq | 700 N Fairfax St, Ste 505 | Alexandria, VA 22314 | First Class Mail |
| Name Redacted | 5827 SW Dickinson St | Portland, OR 97219 | | | aakiel@yahoo.com | Email |
| | | | | | First Class Mail |
| Name Redacted | c/o Siniard Law, LLC | 511 Madison St | Huntsville, AL 35801 | | First Class Mail |
| Name Redacted | c/o Ladah Law Firm | Attn: Anthony L Ashby, Esq | 517 S 3rd St | Las Vegas, NV 89101 | litigation@ladahlaw.com | Email |
| | | | | | First Class Mail |
| Name Redacted | Address Redacted | | Wilmington, DE 19801 | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | First Class Mail |
| Name Redacted | 187 Cole Manor Dr | Athens, GA 30606 | | | First Class Mail |
| Oh, Judy | c/o Pacific Trial Attorneys | Attn: Scott J Ferrell | 4100 Newport Place Dr | Newport Beach, CA 92660 | First Class Mail |
| Pacific Trial Attorneys | 4100 Newport Place Dr | Newport Beach, CA 92660 | | | First Class Mail |
| Paityn Varner | Address Redacted | | | | First Class Mail |
| Patricia Santos | Address Redacted | | | | First Class Mail |
| Quinones Vera, Jeriiz Et Al | Attn: Lcdo Juan C Rodriguez Lopez | 40 Calle Aurora | Ponce, PR 00730 | | First Class Mail |
| Reina Hubbard | c/o Forootan Law Corp | Attn: Shirin Forootan | 3334 E Coast Hwy, Unit 307 | Corona del Mar, CA 92625 | First Class Mail |
| Revathy Casslingam | Address Redacted | | | | First Class Mail |
| Revathy Casslingam | Address Redacted | | | | First Class Mail |
| Rivera, Esmeralda | c/o Law Offices of Christopher C Thaens PC | 100 William St, Ste 1901 | New York, NY 10038 | | First Class Mail |

Exhibit 8
Service List

| Creditor | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Rocha, Ramon | c/o Casa Dupage Workers Center | 311 S Naperville Rd, Ste C | Wheaton, IL 60187 | | | First Class Mail |
| Scottsdale Fashion Square LLC | c/o Parker Law Team | Attn: Katherine Cheney | P.O. Box 72708 | Phoenix, AZ 85050 | | First Class Mail |
| Steven Rosenblum | c/o Newland & Newland | 121 S Wilke, Ste 301 | Arlington Hts, IL 60005 | | | First Class Mail |
| Tharp Holcombe, Brianna | c/o Dept of Industrial Relations | Attn: Ashley Moore | 1515 Clay St, Ste 801 | Oakland, CA 94612 | | First Class Mail |
| Topete, Karina | c/o Capstone Law Apc | Attn: Bevin Allen Pike | 1875 Century Park E, Ste 1000 | Los Angeles, CA 90067 | | First Class Mail |
| Triventure Group LLC | c/o Bfkn LLP | Attn: Michael D Educate | 200 W Madison St, Ste 3900 | Chicago, IL 60606 | | First Class Mail |
| Tyson Center Holdings LLC | c/o Miles & Stockbridge PC | Attn: Christopher B Bowman | 1751 Pinnacle Dr, Ste 1500 | Tysons Corner, VA 22102 | | First Class Mail |
| Tyson Corner Holdings LLC | c/o Miles & Stockbridge PC | Attn: Christopher B Bowman | 1850 M St NW, Ste 400 | Washington, DC 20036 | | First Class Mail |
| Vernie Gorman | c/o Martin L Ginsberg PC | 185 Froehlich Farm Blvd | Woodbury, NY 11797-2931 | | | First Class Mail |
| Voivod, Michael | c/o Emery Reddy, Pllc | Attn: Timothy Emery | 600 Stewart St, Ste 1100 | Seattle, WA 98101 | | First Class Mail |
| Watler, Caroll | c/o The Law Offices of Jibrael S Hindi | Attn: Gerald D Lane Jr | 1515 Ne 26th St | Wilton Manors, FL 33305 | | First Class Mail |
| Westcor Santan Village LLC | c/o Parker Law Team | Attn: Katherine Cheney | P.O. Box 72708 | Phoenix, AZ 85050 | | First Class Mail |
| Wila Holdings, LLC | 180 Ivory Moon Pl | Spring, TX 77381 | | | | First Class Mail |
| XL Specialty Insurance Co | 505 Eagleview Blvd, Ste 100 | Exton, PA 19341-1120 | | | | First Class Mail |

# **EXHIBIT C**

## Mailing Information for Case 25-11454-BLS

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Derek C. Abbott**   dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Justin R. Alberto**   jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **Joaquin Jose Alemany**   joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Tara B. Annweiler**   tannweiler@greerherz.com
- **Ralph Ascher**   richardvergeldedios@gmail.com
- **Darren Azman**   dazman@mwe.com
- **Joseph H. Baldiga**   jbaldiga@miricklaw.com
- **Jody C. Barillare**   jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
- **Joseph M. Barry**   bankfilings@ycst.com
- **Kenneth L. Baum**   kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com
- **Karen C. Bifferato**   kbifferato@connollygallagher.com
- **Dustin Parker Branch**   branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com
- **D Ann Brooks**   abrooks@dresslerpeters.com
- **Ronald Brown**   ron@rkbrownlaw.com
- **Jamie Altman Buggy**   jbuggy@harvestllp.com, jkeatingwolk@harvestllp.com,atenreiro@harvestllp.com
- **William J. Burnett**   william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com
- **Kevin M. Capuzzi**   kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Paul W. Carey**   pcarey@miricklaw.com
- **Clint Michael Carlisle**   carlisle@rlf.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Jeffery D. Carruth**   jcarruth@condontobin.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com;jsteele@condontobin.com
- **Shawn M. Christianson**   schristianson@buchalter.com, cmcintire@buchalter.com
- **Shannah L. Colbert**   scolbert@miricklaw.com
- **Edward A. Corma**   ecorma@pszjlaw.com
- **Heather M Crockett**   heather.crockett@atg.in.gov, marie.baker@atg.in.gov
- **Anthony J. D'Artiglio**   ADARTIGLIO@ANSELL.LAW, courtfilings@ansellgrimm.com
- **Daniel J. DeFranceschi**   defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **John D. Demmy**   john.demmy@saul.com, robyn.warren@saul.com
- **Daniel Blish Denny**   ddenny@lmlawyers.com
- **Mark L. Desgrosseilliers**   desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com
- **Stephen Kent Dexter**   stephen.dexter@lathropgpm.com, ellen.mchone@lathropgpm.com
- **Heather L. Donald**   donaldh@michigan.gov
- **Katherine S. Dute**   dute@lrclaw.com, huynh@lrclaw.com;ramirez@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com
- **Radostina Petkova Estevao**   tina.estevao@loudoun.gov
- **Niclas A. Ferland**   nferland@barclaydamon.com
- **Michael E. Fitzpatrick**   mfitzpatrick@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Scott L. Fleischer**   sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com
- **Craig Solomon Ganz**   ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- **Sergio E. Garcia**   austinbankruptcy@pbfcm.com
- **Ronald E Gold**   rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com
- **L. Katherine Good**   kgood@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **Elisha D. Graff**   egraff@stblaw.com
- **Karen M. Grivner**   kgrivner@clarkhill.com, kwebster@clarkhill.com
- **Tara L. Grundemeier**   houston_bankruptcy@lgbs.com
- **Hiram Abif Gutierrez**   edinburgbankruptcy@pbfcm.com
- **Emily Margaret Hahn**   ehahn@abernathy-law.com
- **Lee Harrington**   lh@ascendantlawgroup.com
- **Melissa M. Hartlipp**   MHartlipp@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Leslie C. Heilman**   HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com
- **Lindsey Henrikson**   lindseyhenrikson@paulhastings.com
- **Stephan E. Hornung**   stephan.hornung@morganlewis.com
- **James E. Huggett**   jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
- **Bradley T. Hunsicker**   bhunsicker@markuswilliams.com, sschaefer@markuswilliams.com;docket@markuswilliams.com;5358896420@filings.docketbird.com
- **Patrick A. Jackson**   Patrick.jackson@faegredrinker.com, cathy.greer@faegredrinker.com
- **Ashley E. Jacobs**   bankfilings@ycst.com
- **Laura Davis Jones**   ljones@pszjlaw.com, efile1@pszjlaw.com
- **Scott Jones**   sjones@morrisnichols.com, scott-jones-8271@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Susan E. Kaufman**   skaufman@skaufmanlaw.com
- **Daniel C. Kerrick**   dckerrick@dkhogan.com, kerry@dkhogan.com
- **Jeffrey Kurtzman**   kurtzman@kurtzmansteady.com
- **Lucy F Kweskin**   lucy.kweskin@katten.com
- **Robert L. LeHane**   KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com
- **Scott J. Leonhardt**   scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com
- **Kevin Scott Mann**   kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com
- **Catherine M. Martin**   cmartin@simon.com, bankruptcy@simon.com
- **Juan E Martinez**   jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Laura L. McCloud**   agbankdelaware@ag.tn.gov
- **Garvan F. McDaniel**   gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

- **William McDonald**    wmcdonald@shopcore.com
- **Drew McGehrin**    dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com
- **Brian J. McLaughlin**    brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com
- **Colin Meehan**    meehan@rlf.com, rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Curtis S. Miller**    csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Mark Minuti**    mark.minuti@saul.com, robyn.warren@saul.com
- **Byron Z Moldo**    bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Kevin H Morse**    kmorse@clarkhill.com
- **Brian Michael Muchinsky**    bmuchinsky@noldmuchlaw.com, natalie@illuminatelg.com;rkhadivi@illuminatelg.com
- **Michael S. Myers**    myersms@ballardspahr.com
- **Joel F. Newell**    newellj@ballardspahr.com
- **Kevin M. Newman**    knewman@barclaydamon.com, kmnbk@barclaydamon.com
- **Nancy J. Newman**    nnewman@hansonbridgett.com
- **Stacy L. Newman**    snewman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Alan M. Noskow**    alannoskow@paulhastings.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Julie Anne Parsons**    jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristen N. Pate**    bk@bpretail.com
- **Kenneth Peters**    kpeters@dresslerpeters.com, ksuper@dresslerpeters.com
- **Marc J. Phillips**    mphillips@whitefordlaw.com, mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com
- **Echo Yi Qian**    eqian@morrisnichols.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Steven J. Reisman**    sreisman@katten.com, nyc.bknotices@katten.com
- **Reliable Companies**    gmatthews@reliable-co.com
- **John Jeffery Rich**    jrich@madisoncountyal.gov
- **Deirdre M Richards**    dmr@elliottgreenleaf.com, crw@elliottgreenleaf.com
- **Sameen Rizvi**    srizvi@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com
- **Louis J. Rizzo**    lrizzo@regerlaw.com, mhalter@regerlaw.com
- **Colin R. Robinson**    robinson@lrclaw.com, ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com
- **Laurel D. Roglen**    roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Frederick Brian Rosner**    rosner@teamrosner.com, chen@teamrosner.com;dong@teamrosner.com;wang@teamrosner.com
- **Jeremy W. Ryan**    jryan@potteranderson.com, bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com
- **Diane W. Sanders**    austin.bankruptcy@publicans.com
- **Cheryl Ann Santaniello**    casantaniello@pbnlaw.com, mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;pnbalala@pbnlaw.com;fesanchez@pbnlaw.com
- **Erin Powers Severini**    eseverini@fbtlaw.com
- **Zachary I Shapiro**    shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Michelle E. Shriro**    mshriro@singerlevick.com, scotton@singerlevick.com
- **Louis F. Solimine**    louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com
- **Jason A. Starks**    BKECF@traviscountytx.gov
- **Don Stecker**    don.stecker@lgbs.com
- **Nicola G. Suglia**    fleischercases@fleischerlaw.com, nsuglia@fleischerlaw.com
- **Ethan H. Sulik**    esulik@potteranderson.com, kmccloskey@potteranderson.com
- **Joshua A Sussberg**    ecf-9b7a1a52c6e8@ecf.pacerpro.com, Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com
- **Kesha Tanabe**    ktanabe@vogellaw.com, KESHA.TANABE@GMAIL.COM
- **Lisa Bittle Tancredi**    lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com
- **William F. Taylor**    wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com
- **Paige Noelle Topper**    paige.topper@saul.com, cassandra.joyner@saul.com
- **Michael S. Tucker**    mtucker@ubglaw.com
- **John Kendrick Turner**    dallas.bankruptcyr@lgbs.com, Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Melissa E. Valdez**    mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com
- **Margaret A. Vesper**    vesperm@ballardspahr.com
- **Kimberly A. Walsh**    bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Stephanie Slater Ward**    sslater@foxrothschild.com, rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com
- **Jeffrey R. Waxman**    jwaxman@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com
- **Erin L. Williamson**    williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com
- **Nahal Zarnighian**    zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Alvarez & Marsal North America, LLC**
,

**Monica S. Asher**
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY 10017

**James H. Billingsley**
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201

**S. Marc Buchman**
Manier & Herod, P.C.
1201 Demonbreun St.
Ste. 900
Nashville, TN 37203

**Tara L. Bush**
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

**CRG Financial LLC**
84 Herbert Avenue
Building B
Suite 202
Closter, NJ 07624

**Elizabeth Banda Calvo**
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street
Suite 640
Arlington, TX 76010

**Sarah A. Carnes**
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Katherine M. Cavins**
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Sreet
New York, NY 10007

**Maria J. Cho**
Faegre Drinker Biddle & Reath LLP
1800 Century Park East
Suite 1500
Los Angeles, CA 90067

**County of Imperial Treasurer-Tax Collector**
940 W Main St, Suite 106
El Centro, CA 92243

**John M. Craig**
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

**John M. Craig**
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

**Jeffrey H. Davidson**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

**Steven Fox**
Riemer Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036

**Steven E. Fox**
Riemer & Braunstein LLP
7 Times Sq., Suite 2506, Times Sq. Tower
25th Floor
New York, NY 10036-6524
sfox@riemerlaw.com, dromanik@riemerlaw.com

**Max M Freedman**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Cindi M. Giglio**
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605

**Gabriel I Glazer**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
13th Floor
Los Angeles, CA 90067

**Kristin Going**
McDermott, Will & Schulte LLP
One Vanderbilt Avenue
New York, NY 10017

**Jeffrey R. Goldfine**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**L. Katherine Good**
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE 19801

**Google LLC**
White and Williams LLP
600 N. King Street, Suite 800
Wilmington, DE 19801

**Joshua Greenblatt**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**Michael T. Gustafson**
Faegre Drinker Biddle & Reath LLP
320 South Canal Street
Suite 3300
Chicago, IL 60606

**Andrew B. Hellinger**
1420 N.W. North River Dr., Ste 430
Miami, FL 33125

**Audrey L. Hornisher**
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

**Rob Jacobson**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Johnstown Galleria Mall**
,

**Joy Kleisinger**
Frost Brown Todd LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

**Sean L. Lee**
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

**Mollie Lerew**
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 8188
Whichita Falls, TX 76307

**Love and Madness, Inc.**
c/o Doniger/Burroughs
603 Rose Ave
Venice, CA 90291

**Stacy A Lutkus**
McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, NY 10017

**Melanie MacKay**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Modesto Irrigation District**
,

**Kevin H. Morse**
Clark Hill PLC
130 E. Randolph St., Suite 3900
Chicago, IL 60601

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Andrew Pecoraro**
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave., NW - Suite 800
Washington, DC 20006

**Prince George's County, Maryland**
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave.
Ste. 400
Riverdale Park, MD 20737

**Jennifer D. Raviele**
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606

**Linda D. Reece**
Perdue, Brandon, Fielder, Collins & Mott
1919 S. Shiloh Road
Suite 310, LB 40
Garland, TX 75042

**Richards, Layton & Finger, P.A.**
,

**Salesforce, Inc.**
White and Williams LLP
c/o Michael Ingrassia
600 North King Street, Suite 800
Wilmington, DE 19801

**Alexandra Schwarzman**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Michael K. Sciaccotta**
Kirkland & Ellis LLP
333 West Wolf Plaza
Chicago, IL 60654

**Sara Shahbazi**
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

**Allyson Smith**
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

**Alexander H. Southwell**
McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, NY 10017

**Taxing Districts Collected by Potter County, Taxing Districts Collected by Randall County, Lubbock Central Appraisal District, Midland County**
Perdue Brandon Fielder Collins & Mott
PO BOX 9132
AMARILLO, TX 79105

**Amit K. Trehan**
Cahill Gordon & Reindell LLP
32 Old Slip
New York, NY 10005

**Kyle Nolan Trevett**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

**Seth Van Aalten**
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Zachary Weiner**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

**Scott C. Williams**
Manier & Herod, P.C.
1201 Demonbreun Street
Suite 900
Nashville, TN 37203

**Jordan Wishnew**
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.