# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] ) | Case No. 25-11454 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket No. 591 |

### CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS TO DEBTOR, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 6, 2025 THROUGH AUGUST 31, 2025

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the first monthly fee application for compensation and reimbursement of expenses (the "Monthly Application") of Alvarez & Marsal North America, LLC (the "Applicant") listed on **Exhibit A** attached hereto.[2] The Monthly Application was filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on September 30, 2025. The undersigned further certifies that he has reviewed the Bankruptcy Court's docket in these cases and no answer, objection or other responsive pleading to the Monthly Application appears thereon. Pursuant to the *Notice of Fee Application* filed with the Monthly Application, objections to the Monthly Application were to be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Prior to the Objection Deadline (as defined below), the Applicant received certain informal comments (the "Comments") to the Monthly Application from the Office of the United States Trustee for the District of Delaware. To resolve the Comments, the Applicant agreed to a voluntary reduction of its expenses by $664.28 (the "Agreed Reduction").

filed no later than **October 21, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

The Monthly Application was filed and served in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 366] (the "Interim Compensation Order").  Pursuant to the Interim Compensation Order, the above-captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses (less the Agreed Reduction) requested in the Monthly Application upon the filing of this certification of no objection without the need for a further order of the Bankruptcy Court.  A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

*[Signature Page Follows]*

Dated: October 22, 2025
Wilmington, Delaware

*/s/ Clint M. Carlisle*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Daniel J. DeFranceschi (No. 2732) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Paul N. Heath (No. 3704) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Allyson B. Smith (admitted *pro hac vice*) |
| Clint M. Carlisle (No. 7313) | 601 Lexington Avenue |
| Colin A. Meehan (No. 7237) | New York, New York 10022 |
| One Rodney Square | Telephone:    (212) 446-4800 |
| 920 N. King Street | Facsimile:     (212) 446-4900 |
| Wilmington, Delaware 19801 | Email:           joshua.sussberg@kirkland.com |
| Telephone:    (302) 651-7700 |                       allyson.smith@kirkland.com |
| Facsimile:     (302) 651-7701 | |
| Email:           defranceschi@rlf.com | - and - |
|                      heath@rlf.com | |
|                      shapiro@rlf.com | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
|                      carlisle@rlf.com | Robert A. Jacobson (admitted *pro hac vice*) |
|                      meehan@rlf.com | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:    (312) 862-2000 |
| | Facsimile:     (312) 862-2200 |
| | Email:           alexandra.schwarzman@kirkland.com |
| |                       rob.jacobson@kirkland.com |
| | |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |

3

RLF1 34057607v.2

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Alvarez & Marsal North America, LLC (Financial Advisor to the Debtors) | 8/6/25 - 8/31/25　9/30/25　Docket No. 591 | $1,653,435.00 | $8,668.93 | 10/21/25 | $1,322,748.00 | $8,004.65[3] | $330,687.00 |

---

[3] Reflects an agreed reduction of $664.28.

RLF1 34057607v.2