**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: CLAIRE'S HOLDINGS LLC, et al., Debtors. | Chapter 11 Case No. 25-11454 (BLS) (Jointly Administered) |
|---|---|

**AFFIDAVIT OF SERVICE**

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On October 22, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the manner indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 10/22/2025 | 703 | Exhibit(s) / Statement of the Official Committee of Unsecured Creditors in Support of Debtors' First Amended Joint Plan (related document(s)688) Filed by Official Committee of Unsecured Creditors. (Alberto, Justin) (Entered: 10/22/2025) |

Dated: October 23, 2025

*/s/ Jesse Blevins*
Jesse Blevins
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**Served via Electronic Mail**
Abernathy, Roeder, Boyd & Hullett, PC
Attn: Paul M Lopez/Larry R Boyd
Attn: Emily M Hahn
1700 Redbud Blvd, Ste 300
Mckinney, TX 75069
plopez@abernathy-law.com

**Served via 1st Class Mail**
Accellor Inc
Attn: Amit Guha
42808 Christy St, Ste 216
Fremont, CA 94538

**Served via 1st Class Mail**
Accellor Inc
Attn: Pallaw Sharma, CEO
42808 Christy St, Ste 216
Fremont, CA 94538

**Served via Electronic Mail**
Algonomy Software
Attn: Atul Jalan, CEO
40/4 Lavelle Rd
Bangalore, 560001
India
ATUL.JALAN@ALGONOMY.COM

**Served via Electronic Mail**
Ankura Trust Co, LLC
Attn: Ryan M Roy & Beth Micena
140 Sherman St, 4th Fl
Fairfield, CT 06824
Ryan.Roy@ankura.com; Beth.Micena@ankura.com

**Served via Electronic Mail**
Ankura Trust Co, LLC
Attn: Ryan M Roy & Beth Micena
140 Sherman St, 4th Fl
Fairfield, CT 06824
Ryan.Roy@ankura.com; Beth.Micena@ankura.com

**Served via Electronic Mail**
Ansell Grimm & Aaron, PC
Attn: Anthony J D'artiglio
365 Rifle Camp Rd
Woodland Park, NJ 07424
adartiglio@ansell.law

**Served via 1st Class Mail**
Arizona Attorney General's Office – CSS
P.O. Box 6123, MD 7611
Phoenix, AZ 85005-6123

**Served via Electronic Mail**
Ascendant Law Group LLC
Attn: Lee Harrington
2 Dundee Park Dr, Ste 102
Andover, MA 01810
lh@ascendantlawgroup.com

**Served via Electronic Mail**
Ascher & Associates, PC
Attn: Ralph Ascher
11022 Acacia Pkwy, Ste D
Garden Grove , CA 92840
ralphascher@aol.com

**Served via Electronic Mail**
Assistant Attorney General
Attn: Heather L Donald
Cadillac Pl Bldg
3030 W Grand Blvd, Ste 10-200
Detroit, MI 48202
donaldh@michigan.gov

**Served via Electronic Mail**
Aurora World Inc
Attn: Henry Gweon, CEO
8820 Mercury Ln
Pico Rivera, CA 90660
HENRY@AURORAGIFT.COM

**Served via Electronic Mail**
Ballard Spahr LLP
Attn: Craig Solomon Ganz/Michael S Myers
Attn: Joel F Newell
1 E Washington St, Ste 2300
Phoenix, AZ 85004-2555
ganzc@ballardspahr.com

**Served via Electronic Mail**
Ballard Spahr LLP
Attn: Dustin P Branch/Nahal Zarnighian
Attn: Sara Shahbazi
2029 Century Park E, Ste 1400
Los Angeles, CA 90067-2915
branchd@ballardspahr.com

**Served via Electronic Mail**
Ballard Spahr LLP
Attn: Leslie C Heilman/Laurel D Roglen
Attn: Margaret A Vesper/Erin L Williamson
919 N Market St, 11th Fl
Wilmington, DE 19801-3034
heilmanl@ballardspahr.com

**Served via Electronic Mail**
Barclay Damon LLP
Attn: Kevin M Newman
Barclay Damon Tower
125 E Jefferson St
Syracuse, NY 13202
knewman@barclaydamon.com

**Served via Electronic Mail**
Barclay Damon LLP
Attn: Niclas A Ferland
555 Long Wharf Dr, 6th Fl
New Haven, CT 06511
nferland@barclaydamon.com

**Served via Electronic Mail**
Barclay Damon LLP
Attn: Scott L Fleischer
1270 Avenue of The Americas, Ste 2310
New York, NY 10020
sfleischer@barclaydamon.com

**Served via Electronic Mail**
Benesch, Friedlander, Coplan & Aronoff LLP
Attn: Kevin M Capuzzi/Juan E Martinez
1313 N Market St, Ste 1201
Wilmington, DE 19801
kcapuzzi@beneschlaw.com

**Served via Electronic Mail**
Bewley, Lassleben & Miller, LLP
Attn: Ernie Zachary Park
13215 E Penn St, Ste 510
Whittier, CA 90602
ernie.park@bewleylaw.com

**Served via 1st Class Mail**
BPR-FF LLC
Attn: Bruce Flatt, CEO
Brookfield Place New York
250 Vesey St, 15th Fl
New York, NY 10281

**Served via Electronic Mail**
Brookfield Properties Retail Inc
Attn: Julie Minnick Bowden
350 N Orleans St, Ste 300
Chicago, IL 60654
julie.bowden@brookfieldproperties.com

**Served via Electronic Mail**
Brookfield Properties Retail Inc., as Agent
Attn: Kristen N Pate
350 N Orleans St, Ste 300
Chicago, IL 60654-1607
bk@bpretail.com

**Served via 1st Class Mail**
Brookfield Property Partners LP
Attn: Bruce Flatt, CEO
Brookfield Place New York
250 Vesey St, 15th Fl
New York, NY 10281

**Served via Electronic Mail**
Buchalter, A Professional Corporation
Attn: Shawn M Christianson
425 Market St, Ste 2900
San Francisco, CA 94105-3493
schristianson@buchalter.com

**Served via Electronic Mail**
Cahill Gordon & Reindel LLP
Attn: Joel Moss, Amit Trehan, Sean Tierney
32 Old Slip
New York, NY 10005
JMoss@cahill.com; ATrehan@cahill.com;. STierney@cahill.com

**Served via Electronic Mail**
Cahill Gordon & Reindel LLP
Attn: Joel Moss, Amit Trehan, Sean Tierney
32 Old Slip
New York, NY 10005
JMoss@cahill.com; ATrehan@cahill.com;. STierney@cahill.com

**Served via Electronic Mail**
Cahill Gordon & Reindel LLP
Attn: Jordan Wishnew/Amit Trehan
32 Old Slip
New York, NY 10005
jwishnew@cahill.com

**Served via Electronic Mail**
Centric Beauty LLC
Attn: Jason Rabin, CEO
350 5th Ave
New York, NY 10118
JRABIN@CENTRICBRANDS.COM

**Served via Electronic Mail**
Chipman Brown Cicero & Cole, LLP
Attn: Mark L Desgrosseilliers
1313 N Market St, Ste 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

**Served via Electronic Mail**
Clark Hill PLC
Attn: Audrey L Hornisher/Tara L Bush
901 Main St, Ste 6000
Dallas, TX 75202
ahornisher@clarkhill.com

**Served via Electronic Mail**
Clark Hill PLC
Attn: Karen M Grivner
824 N Market St, Ste 710
Wilmington, DE 19801
kgrivner@clarkhill.com

**Served via Electronic Mail**
Clark Hill PLC
Attn: Kevin H Morse
130 E Randolph St, Ste 3900
Chicago, IL 60601
kmorse@clarkhill.com

**Served via Electronic Mail**
Cole Schotz PC
Attn: Justin R Alberto/Stacy L Newman
Attn: Michael E Fitzpatrick/Melissa M Hartlipp
500 Delaware Ave, Ste 600
Wilmington, DE 19801
jalberto@coleschotz.com

**Served via Electronic Mail**
Cole Schotz PC
Attn: Seth Van Aalten/Sarah A Carnes
1325 Ave of the Americas, 19th Fl
New York, NY 10019
svanaalten@coleschotz.com

**Served via Electronic Mail**
Condon Tobin Sladek Sparks Nerenberg, PLLC
Attn: Jeff Carruth
8080 Park Ln, Ste 700
Dallas, TX 75231
jcarruth@condontobin.com

**Served via Electronic Mail**
County of Loudoun, Virginia
Attn: Tina Estevao, Senior Assistant County
1 Harrison , St E, 5th Fl
P.O. Box 7000
Leesburg, VA 20177-7000
tina.estevao@loudoun.gov

**Served via 1st Class Mail**
Delaware Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

**Served via 1st Class Mail**
Delaware State Treasury
820 N French St
Wilmington, DE 19801

**Served via Electronic Mail**
Dressler Peters, LLC
Attn: Kenneth D Peters/Ann Brooks
101 W Grand Ave, Ste 404
Chicago, IL 60654
kpeters@dresslerpeters.com

**Served via Electronic Mail**
Duane Morris LLP
Attn: Drew S McGehrin
1201 N Market S, Ste 501
Wilmington, DE 19801
DSMcGehrin@duanemorris.com

**Served via Electronic Mail**
Duane Morris LLP
Attn: James H Billingsley
100 Crescent Ct, Ste 1200
Dallas, TX 75201
JBillingsley@duanemorris.com

**Served via Electronic Mail**
Ervin Cohen & Jessup LLP
Attn: Byron Z Moldo
9401 Wilshire Blvd, 12th Fl
Beverly Hills, CA 90212
bmoldo@ecjlaw.com

**Served via Electronic Mail**
Exegistics, Inc
Attn: Stephen Olds, President
3710 River Rd, Ste 100
Franklin Park, IL 60131
STEPHEN.OLDS@EXEGISTICS.COM

**Served via Electronic Mail**
Faegre Drinker Biddle & Reath LLP
Attn: Maria J Cho
1800 Century Park E, Ste 1500
Los Angeles, CA 90067
Maria.cho@faegredrinker.com

**Served via Electronic Mail**
Faegre Drinker Biddle & Reath LLP
Attn: Michael T Gustafson
320 S Canal St, Ste 3300
Chicago, IL 60606
mike.gustafson@faegredrinker.com

**Served via Electronic Mail**
Faegre Drinker Biddle & Reath LLP
Attn: Patrick A Jackson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801
patrick.jackson@faegredrinker.com

**Served via Electronic Mail**
Fleischer, Suglia, Dopke & Domowitch, PC
Attn: Nicola G Suglia
4 Greentree Ctr
601 Rte 73 N, Ste 305
Marlton, NJ 08053
nsuglia@fleischerlaw.com

**Served via Electronic Mail**
Frontstreet Facility Solutions
Attn: Thomas J Hutzel, CEO
4170 Veterans Memorial Hwy
Bohemia, NY 11716
THUTZEL@FRONTSTREETFS.COM

**Served via Electronic Mail**
Frost Brown Todd LLP
Attn: Ronald E Gold/Erin P Severini
Attn: Joy D Kleisinger
3300 Great American Twr
301 E 4th St
Cincinnati, OH 45202
rgold@fbtlaw.com

**Served via Electronic Mail**
Google Inc
Attn: Sundar Pichai, CEO
1600 Amphitheatre Pkwy
Mtn View, CA 94043
SUNDAR@GOOGLE.COM

**Served via Electronic Mail**
Grant Thornton LLP
Attn: Ron Messenger, CEO
171 N Clark St, Ste 200
Chicago, IL 60601
RON.MESSENGER@US.GT.COM

**Served via Electronic Mail**
Greer, Herz & Adams, LLP
Attn: Joseph R Russo, Jr/Joe Ac Fulcher
Attn: Tara B Annweiler/Jennifer J Nobley
1 Moody Plz, 18th Fl
Galveston, TX 77550
tannweiler@greerherz.com

**Served via Electronic Mail**
Harvest LLP
Attn: Jamie Altman Buggy
10940 Wilshire Blvd, Ste 1600
Los Angeles, CA 90024
jbuggy@harvestllp.com

**Served via Electronic Mail**
Heritage Candy Co, Inc
Attn: David Kolinsky, President
6923 Woodley Ave
Van Nuys, CA 91406
DAVID@HERITAGECANDY.COM

**Served via Electronic Mail**
Holland & Knight LLP
Attn: Andrew B Hellinger
1420 NW N River Dr, Ste 430
Miami, FL 33125
ahellinger@h-plegal.com

**Served via Electronic Mail**
Holland & Knight LLP
Attn: Joaquin J Alemany
701 Brickell Ave, Ste 3300
Miami, FL 33131
joaquin.alemany@hklaw.com

**Served via Electronic Mail**
Illuminate Law Group
Attn: Brian M Muchinsky
10500 NE 8th St, Ste 850
Bellevue, WA 98004
bmuchinsky@illuminatelg.com

**Served via 1st Class Mail**
Imperial County Treasurer-tax Collector
940 W Main St, Ste 106
El Centro, CA 92243

**Served via Electronic Mail**
Inspired Thinking
Attn: Andrew Swinand, CEO
171 N Aberdeen St, Ste 400
Chicago, IL 60607
ANDREWSWINAND@INSPIREDTHINKING.GROUP

**Served via Electronic Mail**
Inspired Thinking Group (us) Inc
Attn: Craig Allardice
171 N Aberdeen St, Ste 400
Chicago, IL 60607
craigallardice@inspiredthinking.group

**Served via Electronic Mail**
Internal Revenue Service
Attn: Scott Miller, Bankruptcy Spec
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Served via Electronic Mail**
JPMorgan Chase Bank, NA
Attn: John Morrone
10 S Dearborn St, 9th Fl
Chicago, IL 60603
john.morrone@jpmorgan.com

**Served via Electronic Mail**
Kelley Drye & Warren LLP
Attn: Robert L Lehane/Jennifer D Raviele
Attn: Katherine Cavins/Tamara P Zapata
3 World Trade Center
175 Greenwich St
New York, NY 10007
rlehane@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com

**Served via Electronic Mail**
Kojac Fashion Accessories Ltd
Attn: Sam Malde, CEO
Fora Spitalfields
42-46 Princelet St
London, E1 5LP
United Kingdom
SAM@KOJAC.CO.UK

**Served via Electronic Mail**
Kurtzman Steady, LLC
Attn: Jeffrey Kurtzman
101 N Washington Ave, Ste 4A
Margate, NJ 08402
kurtzman@kurtzmansteady.com

**Served via Electronic Mail**
Landis Rath & Cobb LLP
Attn: Colin R Robinson/Katherine S Dute
919 Market St, Ste 1800
Wilmington, DE 19801
robinson@lrclaw.com

**Served via Electronic Mail**
Lathrop Gpm LLP
Attn: Stephen K Dexter
675 15th St, Ste 2650
Denver, CO 80202
stephen.dexter@lathropgpm.com

**Served via Electronic Mail**
Law Office of Susan E Kaufman, LLC
Attn: Susan E Kaufman
919 N Market St, Ste 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

**Served via Electronic Mail**
Law Offices of Kenneth L Baum LLC
Attn: Kenneth L Baum
201 W Passaic St, Ste 104
Rochelle Park, NJ 07662
kbaum@kenbaumdebtsolutions.com

**Served via Electronic Mail**
Law Offices Of Ronald K Brown, Jr, APC
Attn: Ronald K Brown, Jr
901 Dove St, Ste 120
Newport Beach, CA 92660
Ron@rkbrownlaw.com

**Served via Electronic Mail**
Lennox Industries, Inc
Attn: Alok Maskara, CEO
2140 Lake Park Blvd
Richardson, TX 75080
ALOK.MASKARA@LENNOX.COM

**Served via Electronic Mail**
Liechty, Mcginnis, Berryman & Bowen, LLP
Attn: Daniel B Denny
11910 Greenville Ave, Ste 400
Dallas, TX 75243
ddenny@lmlawyers.com

**Served via Electronic Mail**
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W Sanders
PO Box 17428
Austin, TX 78760-7428
austin.bankruptcy@lgbs.com

**Served via Electronic Mail**
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E Pecan St, Ste 2200
San Antonio, TX 78205
sanantonio.bankruptcy@lgbs.com

**Served via Electronic Mail**
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
3500 Maple Ave Ste 800
Dallas, TX 75219
dallas.bankruptcy@lgbs.com

**Served via Electronic Mail**
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L Grundemeier
PO Box 3064
Houston, TX 77253
houston_bankruptcy@lgbs.com

**Served via Electronic Mail**
Madison County, Alabama
Attn: J Jeffery Rich
100 Northside Sqe, Ste 700
Huntsville, AL 35801
jrich@madisoncountyal.gov

**Served via Electronic Mail**
Manier & Herod, PC
Attn: Scott C Williams/ S Marc Buchman
1201 Demonbreun St, Ste 900
Nashville, TN 37203
swilliams@manierherod.com

**Served via Electronic Mail**
Mccreary, Veselka, Bragg, & Allen, PC
Attn: Julie Anne Parsons
P.O. Box 1269
Round Rock, TX 78680-1269
jparsons@mvbalaw.com

**Served via Electronic Mail**
Mcdermott Will & Schulte LLP
Attn: Darren Azman/Kristin K Going
Attn: Stacy A Lutkus/Alexander H Southwell
Attn: Monica Asher
1 Vanderbilt Ave
New York, NY, 10017
dazman@mwe.com

**Served via 1st Class Mail**
Meyers, Rodbell & Rosenbaum , PA
Attn: Nicole C Kenworthy
6801 Kenilworth Ave, Ste 400
Riverdale , MD 2073 7-13 85

**Served via Electronic Mail**
Microsoft Corp
Attn: Satya Nadella, CEO
1 Microsoft Way
Redmond, WA 98052
SATYAN@MICROSOFT.COM

**Served via Electronic Mail**
Mirick, O'connell, Demallie & Lougee, LLP
Attn: Paul W Carey
100 Front St
Worcester, MA 01608
pcarey@miricklaw.com

**Served via Electronic Mail**
Mirick, O'connell, Demallie & Lougee, LLP
Attn: Shannah L Colbert/Joseph H Baldiga
1800 W Park Dr, Ste 400
Westborough, MA 01581
scolbert@miricklaw.com

**Served via Electronic Mail**
Morgan Lewis & Bockius LLP
Attn: Jody C Barillare
1201 N Market St, Ste 2201
Wilmington, DE 19801
jody.barillare@morganlewis.com

**Served via Electronic Mail**
Morgan Lewis & Bockius LLP
Attn: Stephan E Hornung
101 Park Ave
New York, NY 10178-0060
stephan.hornung@morganlewis.com

**Served via Electronic Mail**
Morris, Nichols, Arsht & Tunnell LLP
Attn: Curtis S Miller
1201 N Market St, 16th Fl
Wilmington, DE 19801
cmiller@morrisnichols.com

**Served via Electronic Mail**
Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C Abbott/Scott D Jones
1201 N Market St, 16th Fl
Wilmington, DE 19801
dabbott@morrisnichols.com;

**Served via 1st Class Mail**
Office of the Attorney General
1745 Innovation Dr
Carbondale, IL 62903

**Served via Electronic Mail**
Office of the Attorney General
345 State Capitol
Lincoln, NE 68509
nedoj@nebraska.gov

**Served via Electronic Mail**
Office of the Attorney General
441 4th St NW, Ste 1100 S
Washington, DC 20001
oag@dc.gov

**Served via 1st Class Mail**
Office of the Attorney General
500 S 2nd St
Springfield, IL 62701

**Served via 1st Class Mail**
Office of the Attorney General
800 5th Ave, Ste 2000
Seattle, WA 98104

**Served via Electronic Mail**
Office of the Attorney General
Attn: Aaron D Ford
Old Supreme Court Bldg
100 N Carson St
Carson City, NV 89701
aginfo@ag.nv.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Aaron Frey
State House, Stn 6
Augusta, ME 04333

**Served via Electronic Mail**
Office of the Attorney General
Attn: Andrea Campbell
10 Mechanic St, Ste 301
Worcester, MA 01608
ago@state.ma.us

**Served via Electronic Mail**
Office of the Attorney General
Attn: Andrea Campbell
1 Ashburton Pl, 20th Fl
Boston, MA 02108-1698
ago@state.ma.us

**Served via Electronic Mail**
Office of the Attorney General
Attn: Andrea Campbell
1441 Main St, 12th Fl
Springfield, MA 01103
ago@state.ma.us

**Served via Electronic Mail**
Office of the Attorney General
Attn: Andrea Campbell
1 Ashburton Pl, 20th Fl
Boston, MA 02108
ago@state.ma.us

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Andrew Bailey
Supreme Court Bldg
207 W High St
Jefferson City, MO 65101

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Andrew Bailey
2311 Bloomfield St, Ste 106
Cape Girardeau, MO 63703

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Andrew Bailey
815 Olive St, Ste 200
St Louis, MO 63101

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Andrew Bailey
615 E 13th St, Ste 401
Kansas City, MO 64106

**Served via Electronic Mail**
Office of the Attorney General
Attn: Anne E Lopez
425 Queen St
Honolulu, HI 96813
hawaiiag@hawaii.gov

**Served via Electronic Mail**
Office of the Attorney General
Attn: Anthony G Brown
200 St Paul Pl
Baltimore, MD 21202-2202
oag@oag.state.md.us

**Served via Electronic Mail**
Office of the Attorney General
Attn: Austin Knudsen
Justice Bldg, 3rd Fl
215 N Sanders
Helena, MT 59620-1401
contactdoj@mt.gov

**Served via Electronic Mail**
Office of the Attorney General
Attn: Brenna Bird
Hoover State Office Bldg
1305 E Walnut
Des Moines, IA 50319
consumer@ag.iowa.gov

**Served via Electronic Mail**
Office of the Attorney General
Attn: Brian Schwalb
400 6th St NW
Washington, DC 20001

**Served via Electronic Mail**
Office of the Attorney General
Attn: Charity R Clark
109 State St
Montpelier, VT 05609-1001
ago.info@vermont.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Chris Carr
40 Capital Sq SW
Atlanta, GA 30334-1300

**Served via Electronic Mail**
Office of the Attorney General
Attn: Dan Rayfield
Justice Bldg
1162 Court St NE
Salem, OR 97301
attorneygeneral@doj.state.or.us

**Served via Electronic Mail**
Office of the Attorney General
Attn: Dana Nessel
P.O. Box 30212
525 W Ottawa St
Lansing, MI 48909-0212
miag@michigan.gov

**Served via Electronic Mail**
Office of the Attorney General
Attn: Dana Nessel
Cadillac Pl, 10th Fl
3030 W Grand Blvd
Detroit, MI 48202
miag@michigan.gov

**Served via Electronic Mail**
Office of the Attorney General
Attn: Dave Yost
State Office Tower
30 E Broad St
Columbus, OH 43266-0410

**Served via Electronic Mail**
Office of the Attorney General
Attn: Derek Brown
State Capitol, Rm 236
Salt Lake City, UT 84114-0810
bankruptcy@agutah.gov

**Served via Electronic Mail**
Office of the Attorney General
Attn: Drew Wrigley
State Capital
600 E Boulevard Ave
Bismarck, ND 58505-0040
ndag@nd.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Gentner Drummond
313 NE 21st St
Oklahoma City, OK 73105

**Served via 1st Class Mail**
Office of the Attorney General
Attn: James Uthmeier
The Capital, PL 01
Tallahassee, FL 32399-1050

**Served via Electronic Mail**
Office of the Attorney General
Attn: Jason Miyares
202 N 9th St
Richmond, VA 23219
Contact@Virginia.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Jeff Jackson
114 W Edenton St
Raleigh, NC 27603

**Served via Electronic Mail**
Office of the Attorney General
Attn: John Formella
33 Capitol St
Concord, NH 03301
attorneygeneral@doj.nh.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Jonathan Skrmetti
425 5th Ave N
Nashville, TN 37243

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Jonathan Skrmetti
P.O. Box 20207
Nashville, TN 37202-0207

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Josh Kaul
Wisconsin Dept of Justice
State Capital, Rm 114 E
P.O. Box 7857
Madison, WI 53707-7857

**Served via Electronic Mail**
Office of the Attorney General
Attn: Kathy Jennings
Carvel State Office Bldg
820 N French St
Wilmington, DE 19801
attorney.general@delaware.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Keith Ellison
State Capital
75 Dr Martin Luther King Jr Blvd, Ste 102
St Paul, MN 55155

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Ken Paxton
Capital Station
P.O. Box 12548
Austin, TX 78711-2548

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Kris Kobach
120 SW 10th Ave, 2nd Fl
Topeka, KS 66612-1597

**Served via Electronic Mail**
Office of the Attorney General
Attn: Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004
AGInfo@azag.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Kwame Raoul
James R Thompson Ctr
100 W Randolph St
Chicago, IL 60601

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Letitia A James
Dept of Law
The Capitol, 2nd Fl
Albany, NY 12224

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Liz Murrill
P.O. Box 94095
Baton Rouge, LA 70804-4095

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Lourdes Lynnette Gomez Torres
P.O. Box 9020192
San Juan, PR 00902-0192

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Lynn Fitch
Dept of Justice
P.O. Box 220
Jackson, MS 39205

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Marty Jackley
1302 E Hwy 14, Ste 1
Pierre, SD 57501-8501

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Mathew J Platkin
Richard J Hughes Justice Complex
25 Market St
P.O. Box 080
Trenton, NJ 08625

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Michelle A Henry
Strawberry Sq, 16th Fl
Harrisburg, PA 17120

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Mike Hilgers
State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

**Served via Electronic Mail**
Office of the Attorney General
Attn: Nick Brown
1125 Washington St SE
P.O. Box 40100
Olympia, WA 98504-0100
serviceATG@atg.wa.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Patrick Morrisey
State Capitol
1900 Kanawha Blvd E
Charleston, WV 25305

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Peter F Neronha
150 S Main St
Providence, RI 02903

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Phil Weiser
Ralph L Carr Colorado Judicial Ctr
1300 Broadway, 10th Fl
Denver, CO 80203

**Served via Electronic Mail**
Office of the Attorney General
Attn: Raúl Labrador
700 W Jefferson St, Ste 210
P.O. Box 83720
Boise, ID 83720-1000
bankruptcy@ag.idaho.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Raul Torrez
P.O. Drawer 1508
Santa Fe, NM 87504-1508

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Rembert Dennis
1000 Assembly St, Rm 519
Columbia, SC 29201

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Rob Bonta
1300 I St, Ste 1740
Sacramento, CA 95814

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Russell Coleman
Capitol Bldg
700 Capitol Ave, Ste 118
Frankfort, KY 40601

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Ryan Schelhaas, Acting AG
State Capitol Bldg
Cheyenne, WY 82002

**Served via Electronic Mail**
Office of the Attorney General
Attn: Tim Griffin
323 Center St, Ste 200
Little Rock, AR 72201-2610
oag@ArkansasAG.gov

**Served via 1st Class Mail**
Office of the Attorney General
Attn: Todd Rokita
Indiana Govt Ctr S
302 W Washington St, 5th Fl
Indianapolis, IN 46204

**Served via Electronic Mail**
Office of the Attorney General
Attn: Treg Taylor
1031 W 4th Ave, Ste 200
Anchorage, AK 99501-1994
attorney.general@alaska.gov

**Served via Electronic Mail**
Office of the Attorney General
Attn: William Tong
165 Capitol Ave
Hartford, CT 06106
attorney.general@ct.gov

**Served via 1st Class Mail**
Office of the Attorney General
California Dept of Justice
P.O. Box 944255
Sacramento, CA 94244-2550

**Served via 1st Class Mail**
Office of the Attorney General
Consumer Law Section
Attn: Bankruptcy Notices
455 Golden Gate Ave, Ste 11000
San Francisco, CA 94102-7004

**Served via 1st Class Mail**
Office of the Attorney General
State of Alabama
Attn: Steve Marshall
501 Washington Ave
P.O. Box 300152
Montgomery, AL 36130-0152

**Served via 1st Class Mail**
Office of the Attorney General
Supreme Court Bldg
P.O. Box 899
Jefferson City, MO 65102

**Served via 1st Class Mail**
Office of the Attorney General
Walter Sillers Bldg
550 High St, Ste 1200
Jackson, MS 39201

**Served via Electronic Mail**
Office of the Attorney General of Indiana
Attn: Heather M Crockett
302 W Washington St, IGCS-5th Fl
Indianapolis, IN 46204
Heather.Crockett@atg.in.gov

**Served via Electronic Mail**
Office of the U.S. Trustee
For the District of Delaware
J Caleb Boggs Federal Bldg
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

**Served via 1st Class Mail**
Office of the United States Attorney
For the District of Delaware
1313 N Market St
P.O. Box 2046
Wilmington, DE 19801

**Served via Electronic Mail**
Offit Kurman, P.A.
Attn: Brian J Mclaughlin
222 Delaware Ave, Ste 1105
Wilmington, DE 19801
brian.mclaughlin@offitkurman.com

**Served via Electronic Mail**
Optiv Security Inc
Attn: Kevin Lynch, CEO
1144 15th St, Ste 2900
Denver, CO 80202
KEVIN.LYNCH@OPTIV.COM

**Served via Electronic Mail**
Ovative Group, LLC
Attn: Dale Nitschke, CEO
224 N Desplaines St, Ste 200
Chicago, IL 60661
DALE.NITSCHKE@OVATIVE.COM

**Served via Electronic Mail**
Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones/Jeffrey H Davidson
Attn: Gabriel I Glazer/Edward A Corma
919 N Market St, 17th Fl
Wilmington, DE 19801
ljones@pszjlaw.com

**Served via Electronic Mail**
Paul Hastings, LLP
Attn: Alan M Noskow
2050 M Street Nw
Washington, DC 20036
alannoskow@paulhastings.com

**Served via Electronic Mail**
Paul Hastings, LLP
Attn: Lindsey Henrikson
71 S Wacker Dr, Ste 4500
Chicago, IL 60606
lindseyhenrikson@paulhastings.com

**Served via Electronic Mail**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Sergio E Garcia
3301 Northland Dr, Ste 505
Austin, TX 78731
sgarcia@pbfcm.com

**Served via Electronic Mail**
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Alysia Córdova
P.O. Box 9132
Amarillo, TX 79105
acordova@pbfcm.com; amabkr@pbfcm.com

**Served via Electronic Mail**
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Elizabeth Banda Calvo
500 E Border St, Ste 640
Arlington, TX 76010
ebcalvo@pbfcm.com

**Served via Electronic Mail**
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Hiram Gutierrez
P.O. Box 2916
Mcallen, TX 78502
edinburgbankruptcy@pbfcm.com

**Served via Electronic Mail**
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Linda D Reece
1919 S Shiloh Rd , Ste 640 , Lb 40
Garland ,TX 75042
lreece@pbfcm.com

**Served via Electronic Mail**
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Melissa E Valdez
1235 N Loop W, Ste 600
Houston, TX 77008
mvaldez@pbfcm.com

**Served via Electronic Mail**
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Mollie Lerew
P. O. Box 8188
Wichita Falls, TX 76307
mlerew@pbfcm.com

**Served via Electronic Mail**
Perform Properties, LLC
Attn: William F McDonald III
10920 Via Frontera, Ste 220
San Diego, CA 92127
wmcdonald@performproperties.com

**Served via Electronic Mail**
Potter Anderson & Corroon LLP
Attn: Jeremy W Ryan/L Katherine Good
Attn: Sameen Rizvi/Ethan H Sulik
1313 N Market St, 6th Fl
Wilmington, DE 19801
jryan@potteranderson.com

**Served via 1st Class Mail**
Premium Outlet Partners, LP
Attn: David Simon, CEO
60 Columbia Rd, Bldg B
Morristown, NJ 07960

**Served via Electronic Mail**
Premium Retail Services LLC
Attn: Ron Travers, CEO
618 Spirit Dr
Chesterfield, MO 63005
RTRAVERS@PREMIUMRETAIL.COM

**Served via Electronic Mail**
Reger Rizzo & Darnall LLP
Attn: Louis J Rizzo
Brandywine Plz W
1521 Concord Pike, Ste 305
Wilmington, DE 19803
lrizzo@regerlaw.com

**Served via Electronic Mail**
Riemer & Braunstein LLP
Attn: Steven Fox
Times Square Twr, Ste 2506
7 Times Square
New York, NY 10036
sfox@riemerlaw.com

**Served via 1st Class Mail**
Securities & Exchange Commission
100 F St NE
Washington, DC 20549

**Served via 1st Class Mail**
Securities & Exchange Commission
Attn: Antonia Apps, Regional Director
100 Pearl St, Ste 20-100
New York, NY 10004-2616

**Served via 1st Class Mail**
Simon Property Group LP
Attn: David Simon, CEO
225 W Washington St
Indianapolis, IN 46204

**Served via Electronic Mail**
Simon Property Group, L.P
Attn: Catherine M Martin
225 W Washington St
Indianapolis, IN 46204-3438
cmartin@simon.com

**Served via Electronic Mail**
Simpson Thacher & Bartlett LLP
Attn: Brandan Still, Zachary Weiner
Attn: Elisha D Graff, Sean Lee
600 Travis St
Houston, TX 77002
zachary.weiner@stblaw.com; egraff@stblaw.com; sean.lee@stblaw.com

**Served via Electronic Mail**
Simpson Thacher & Bartlett LLP
Attn: Elisha D Graff/Zachary Weiner
Attn: Sean Lee
425 Lexington Ave
New York, NY 10017
egraff@stblaw.com

**Served via Electronic Mail**
Singer & Levick, P.C.
Attn: Michelle E Shriro
16200 Addison Rd, Ste 140
Addison, TX 75001
mshriro@singerlevick.com

**Served via Electronic Mail**
Studex Corp
Attn: Jody Nicholas, Director
521 W Rosecrans Ave
Gardena, CA 90248
JODY@CLINICALHEALTHUSA.COM

**Served via Electronic Mail**
Studex Corp
Attn: Vladimir Reil
512 W Rosecrans Ave
Gardena, CA 90248-1514
vladimir@studex.com

**Served via Electronic Mail**
Tanger Management, LLC
Attn: Dan Seabaugh
3200 Northline Ave, Ste 360
Greensboro, NC 27408
dan.seabaugh@tanger.com

**Served via Electronic Mail**
Tanger Properties Ltd
Attn: Stephen Yalof, President & CEO
3200 Northline Ave, Ste 360
Greensboro, NC 27408
SY@TANGER.COM

**Served via Electronic Mail**
Texas Attorney General's Office
Attn: Kimberly A Walsh
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548
kimberly.walsh@oag.texas.gov

**Served via Electronic Mail**
The Benmoore Const Group
Attn: Jeffrey Pittel, CEO
87 Old River St
Hackensack, NJ 07601
JEFFP@BENMOORECONSTRUCTION.COM

**Served via Electronic Mail**
The Creme Shop
Attn: Olive Kim, CEO
819 S Gladys Ave
Los Angeles, CA 90021
OLIVE.KIM@THECREMESHOP.COM

**Served via Electronic Mail**
The Macerich Co
Attn: Jackson Hsieh, President & CEO
401 Wilshire Blvd, Ste 700
Santa Monica, CA 90401
JACKSON.HSIEH@MACERICH.COM

**Served via 1st Class Mail**
The Retail Property Trust
Attn: David Simon, CEO
225 W Washington St
Indianapolis, IN 46204

**Served via Electronic Mail**
Thompson Hine LLP
Attn: Louis F Solimine
312 Walnut St, Ste 2000
Cincinnati, OH 45202-4029
Louis.Solimine@ThompsonHine.com

**Served via Electronic Mail**
TN Attorney General's Office, Bankruptcy Division
P O Box 20207
Nashville, TN 37202-0207
AGBankDelaware@ag.tn.gov

**Served via Electronic Mail**
Travis County
Attn: Jason A Starks
P.O. Box 1748
Austin, TX 78767
Jason.Starks@traviscountytx.gov

**Served via Electronic Mail**
United Techno Solutions Inc
Attn: Moorthy Subbiah, CEO
4900 Hopyard Rd, Ste 100
Pleasanton, CA 94588
THANDAV@UNITEDTECHNO.COM

**Served via Electronic Mail**
UPS Supply Chain Solutions Inc
Attn: Carol B Tomé, CEO
12380 Morris Rd
Alpharetta, GA 30005
CTOME@UPS.COM

**Served via Electronic Mail**
Vogel Law Firm
Attn: Kesha L Tanabe
218 NP Ave
P.O. Box 1389
Fargo, ND 58107-1389
ktanabe@vogellaw.com

**Served via Electronic Mail**
Walmart Inc
Attn: Carl Douglas Mcmillon, CEO
702 SW 8th St
Bentonville, AR 72716
DOUG.MCMILLON@WALMART.COM

**Served via Electronic Mail**
Womble Bond Dickinson (US) LLP
Attn: Lisa Bittle Tancredi
1313 N Market St, Ste 1200
Wilmington, DE 19801
lisa.tancredi@wbd-us.com

**Served via Electronic Mail**
Workday, Inc
Attn: Carl Eschenbach, CEO
6110 Stoneridge Mall Rd
Pleasanton, CA 94588
CARL.ESCHENBACH@WORKDAY.COM

**Served via Electronic Mail**
Young Conaway Stargatt & Taylor, LLP
Attn: Joseph Barry/Kara Hammond Coyle
Attn: Ashley E Jacobs
1000 N King St
Wilmington, DE 19801
jbarry@ycst.com

**Served via Electronic Mail**
Yumark Enterprises Corp
Attn: Fanny Cheng
14f, No 67, Sec 2, Dunhua S Rd
Taipei, 106045 Taiwan
fannycheng@yumark.com.tw