# EXHIBIT 2

## Rejected Contracts Schedule Blackline

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | NEST INTERNATIONAL, INC. | CLAIRE'S BOUTIQUES, INC. | ANNUAL VOLUME REBATE AGREEMENT | 9/30/2025 |
| 2 | NET(NET), INC. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 3 | NET(NET), INC. | CLAIRE'S STORES, INC. | SAVINGS CLOUD STATEMENT OF WORK | 9/30/2025 |
| 4 | NETDOCUMENTS | CLAIRE'S HOLDINGS LLC | NETDOCUMENTS & CUSTOMER DATA PROCESSING AND TRANSFER ADDENDUM | 9/30/2025 |
| 5 | NETDOCUMENTS | CLAIRE'S STORES, INC. | ORDER FORM | 9/30/2025 |
| 6 | NETWORK ENGINEERING TECHNOLOGIES | CLAIRE'S HOLDINGS LLC | NET TECHNOLOGIES MSA | 9/30/2025 |
| 7 | NETWORK ENGINEERING TECHNOLOGIES | CLAIRE'S HOLDINGS LLC | NETWORK ENGINEERING TECHNOLOGIES NDA | 9/30/2025 |
| 8 | NEW FORUM ENTERPRISES LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 9 | NEWBURY TALEO GROUP, INC. | CLAIRE'S HOLDINGS LLC | ATS/OB IMPLEMENTATION SERVICES | 9/30/2025 |
| 10 | NEWBURY TALEO GROUP, INC. | CLAIRE'S STORES, INC. | CONSULTING SERVICES AGREEMENT | 9/30/2025 |
| 11 | NEWMARK | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 12 | NICKA K NEW YORK | CLAIRE'S STORES, INC. | NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 13 | NICOLE KESNER | CBI DISTRIBUTING CORP. | CONSULTING / INDEPENDENT CONTRACTOR AGREEMENT | 9/30/2025 |
| 14 | NINGBO YEKEA HOME ARTICLES CO LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 15 | NORTH STATE TELECOMMUNICATIONS, LLC | CLAIRE'S HOLDINGS LLC | NORTH STATE TELECOMMUNICATIONS, LLC - ILEC INSTALLATION | 9/30/2025 |
| 16 | NPN360 | CLAIRE'S HOLDINGS LLC | FIXTURE MANUFACTURING AGREEMENT | 9/30/2025 |
| 17 | NPW GROUP(SHENZHEN) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 18 | OAK POINT PARTNERS, LLC | BMS DISTRIBUTING CORP. CBI DISTRIBUTING CORP. CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | ASSET PURCHASE AGREEMENT | 9/30/2025 |
| 19 | OCCUPIER, INC. | CLAIRE'S BOUTIQUES, INC. | 3RD RENEWAL | 9/30/2025 |
| 20 | OCCUPIER, INC. | CLAIRE'S BOUTIQUES, INC. | CLAIRE'S - 3RD RENEWAL | 9/30/2025 |
| 21 | OCEAN SPRAY CRANBERRIES, INC. | CLAIRE'S HOLDINGS LLC | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 22 | OFFICE OF EXPERIENCE | CLAIRE'S STORES, INC. | ECOMMERCE SPRINT 1 | 9/30/2025 |
| 23 | OGILVIE | CLAIRE'S HOLDINGS LLC | VENDOR AGREEMENT | 9/30/2025 |
| 24 | OLR | CLAIRE'S HOLDINGS LLC | OLR NON-DISCLOSURE AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 25 | OLR | CLAIRE'S HOLDINGS LLC | VENDOR AGREEMENT | 9/30/2025 |
| 26 | ONE FOR FUN LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 27 | ONE FOR FUN(NINGBO) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 28 | ONETRUST LLC | CLAIRE'S STORES, INC. | QUOTE # Q-113486 | 9/30/2025 |
| 29 | ONETRUST LLC | CLAIRE'S STORES, INC. | RENEWAL ORDER FORM | 9/30/2025 |
| 30 | ONETRUST LLC | CLAIRE'S STORES, INC. | SUPPLEMENTAL ORDER FORM | 9/30/2025 |
| 31 | ONWARD TECHNOLOGIES | CLAIRE'S STORES, INC. | NETDOCUMENTS QUICKSTART AND TRAINING & SUPPORT PROJECT | 9/30/2025 |
| 32 | ONX ENTERPRISE SOLUTIONS LTD. | CLAIRE'S STORES, INC. | SERVICE AGREEMENT | 9/30/2025 |
| 33 | OOLY LLC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 34 | OOLY, LLC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 35 | ~~ORACLE~~ | ~~CLAIRE'S HOLDINGS LLC~~ | ~~ORACLE - FEES DUE UNDER THIS ORDERING DOCUMENT~~ | ~~9/30/2025~~ |
| 36 | ~~ORACLE AMERICAS, INC.~~ | ~~CLAIRE'S HOLDINGS LLC~~ | ~~ORACLE FINANCIALS SOFTWARE RENEWAL SUPPORT SERVICE NUMBER: 2359417~~ | ~~9/30/2025~~ |
| 37 | ~~ORACLE CORPORATION UK LTD~~ | ~~CLAIRE'S HOLDINGS LLC~~ | ~~ORACLE SERVICE SUPPORT RENEWAL NOVA HOPS MIC2-51 SS1928 2023-2024~~ | ~~9/30/2025~~ |
| 38 | ~~ORACLE CORPORATION UK LTD~~ | ~~CLAIRE'S HOLDINGS LLC~~ | ~~SUPPORT SERVICE - MIC2-51 HD493~~ | ~~9/30/2025~~ |
| 39 | ~~ORACLE FINANCIALS~~ | ~~CLAIRE'S HOLDINGS LLC~~ | ~~VENDOR AGREEMENT~~ | ~~9/30/2025~~ |
| 40 | ORIGINAL ADDITIONS (BP) LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 41 | ORKIN | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 42 | ORLY CORPORATION | CBI DISTRIBUTING CORP. CLSIP LLC | DEAL MEMO | 9/30/2025 |
| 43 | ORR ENTERPRISES OF SRQ LLC | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT NO. 2 | 9/30/2025 |
| 44 | ORR ENTERPRISES OF SRQ LLC | CLAIRE'S BOUTIQUES, INC. | SOFTWARE DEVELOPMENT AGREEMENT | 9/30/2025 |
| 45 | ORR ENTERPRISES OF SRQ LLCWEBFAB | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT NO. 3 | 9/30/2025 |
| 46 | OT TECHNOLOGY INC. | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 47 | OT TECHNOLOGY INC. | CLAIRE'S STORES, INC. | RENEWAL ORDER FORM | 9/30/2025 |
| 48 | OVATIVE | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 49 | OVATIVE GROUP LLC | CLAIRE'S STORES, INC. | SERVICES STATEMENT OF WORK #1 | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 50 | OVATIVE GROUP, LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 51 | OZZ MARKETING, LLC | CLAIRE'S STORES, INC. | INDEPENDENT CONTRACTOR AGREEMENT | 9/30/2025 |
| 52 | PACIFIC PIERCING SUPPLY | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 53 | PACIFIC PIERCING SUPPLY INC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 54 | PAESSLER AG | CLAIRE'S HOLDINGS LLC | GENERAL BUSINESS TERMS AND LICENSE CONDITIONS FO PAESSLER AG | 9/30/2025 |
| 55 | PAESSLER AG | CLAIRE'S HOLDINGS LLC | GENERAL BUSINESS TERMS AND LICENSE CONDITIONS FO PAESSLER AG | 9/30/2025 |
| 56 | PAN OCEANIC(SHANGHAI) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 57 | PANTONE CONNECT (TBD COVERED BY IT) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 58 | PANTONE SWATCHES AND PANTONE BOOKS | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 59 | PARADISE KHANMALEK | CLAIRE'S STORES, INC. | STATEMENT OF WORK | 9/30/2025 |
| 60 | PARADOX, INC. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 61 | PARAMOUNT HOME ENTERTAINMENT INC.ZUKOR LLC | CBI DISTRIBUTING CORP. CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | PROMOTION AGREEMENT | 9/30/2025 |
| 62 | PARAMOUNT PICTURES CORPORATION | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 63 | PARIS HILTON | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 64 | PARK CITY GROUP | CLAIRE'S HOLDINGS LLC | PARK CITY GROUP SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 65 | PARK CITY GROUP, INC. | CLAIRE'S BOUTIQUES, INC. | PROFESSIONAL SERVICES AGREEMENT | 9/30/2025 |
| 66 | PARK CITY GROUP, INC. | CLAIRE'S BOUTIQUES, INC. | SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 67 | PARK CITY GROUP, INC. | CLAIRE'S BOUTIQUES, INC. | SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 68 | PARK CITY GROUP, INC. | CLAIRE'S BOUTIQUES, INC. | SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 69 | PARK CITY GROUP, INC.REPOSITRAK, INC. | CLAIRE'S BOUTIQUES, INC. | SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 70 | PARK CITY GROUP, INC.WINCO FOODS, LLC | CLAIRE'S BOUTIQUES, INC. | SCAN BASED TRADING AGREEMENT | 9/30/2025 |
| 71 | PARK CITY GROUP, INC.WINCO FOODS, LLC | CLAIRE'S BOUTIQUES, INC. | SCAN BASED TRADING AGREEMENT | 9/30/2025 |
| 72 | PARK CITY GROUP, INC.WINCO FOODS, LLC | CLAIRE'S BOUTIQUES, INC. | SCAN BASED TRADING AGREEMENT | 9/30/2025 |
| 73 | PARK CITY GROUP, INC.WINCO FOODS, LLC | CLAIRE'S BOUTIQUES, INC. | SCAN BASED TRADING AGREEMENT | 9/30/2025 |
| 74 | PARK INTERCHANGE, LLC | CLAIRE'S BOUTIQUES, INC. CLAIRE'S PUERTO RICO CORP. | CLAIM SALE AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 75 | PARK INTERCHANGE, LLC | CLAIRE'S BOUTIQUES, INC. CLAIRE'S PUERTO RICO CORP. | CLAIM SALE AGREEMENT | 9/30/2025 |
| 76 | PARK INTERCHANGE, LLC | CLAIRE'S BOUTIQUES, INC. CLAIRE'S PUERTO RICO CORP. | CLAIM SALE AGREEMENT | 9/30/2025 |
| 77 | PATINA SOLUTIONS GROUP INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 78 | PATINA SOLUTIONS GROUP INC. | CLAIRE'S BOUTIQUES, INC. | STATEMENT OF WORK (SOW) | 9/30/2025 |
| 79 | PATINA SOLUTIONS GROUP INC. | CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 80 | PATINA SOLUTIONS GROUP INC. | CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 81 | PATRICK FALLON | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 82 | PATRICK FALLON | CLAIRE'S HOLDINGS LLC | UNIT GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 83 | PAUL GILLIAM | CLAIRE'S HOLDINGS LLC | MANAGEMENT EQUITY INCENTIVE PLAN AGREEMENT | 9/30/2025 |
| 84 | PAUL GILLIAM | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 85 | PAY GOVERNANCE LLC | CLAIRE'S HOLDINGS LLC | ENGAGEMENT OF PAY GOVERNANCE LLC FOR CONSULTING SERVICES | 9/30/2025 |
| 86 | PAYPAL, INC. / BILL ME LATER, INC. | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 87 | PDFFILLER, INC. | CBI DISTRIBUTING CORP. | INVOICE | 9/30/2025 |
| 88 | PDFFILLER, INC. | CBI DISTRIBUTING CORP. | INVOICE | 9/30/2025 |
| 89 | PERLMAN & ASSOCIATES, ALCTHE CM&R GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | CONSULTING AGREEMENT | 9/30/2025 |
| 90 | PETER DIERS | CLAIRE'S HOLDINGS LLC CLAIRE'S STORES, INC. | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 91 | PETER GLANVILLE | CLAIRE'S HOLDINGS LLC CLAIRE'S STORES, INC. | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 92 | PHILLIP CLARK | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 93 | PHILLIP CLARK | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 94 | PHOENIX MANUFACTURING CO LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 95 | PHYLE INVENTORY CONTROL SPECIALISTS / MUSCOLINO INVENTORY SERVICE (PICS/MIS) | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 96 | PIPSTICKS, INC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 97 | PIPSTICKS, INC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 98 | PKWARE | CLAIRE'S HOLDINGS LLC | PKWARE, INC. MASTER LICENSE AGEEMENT | 9/30/2025 |
| 99 | PKWARE | CLAIRE'S HOLDINGS LLC | PKWARE, INC. MASTER LICENSE AGEEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 100 | PKWARE | CLAIRE'S HOLDINGS LLC | PKWARE, INC. MASTER LICENSE AGEEMENT | 9/30/2025 |