## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos. 363 & 578** |
|  | ) |  |

### CERTIFICATE OF NO OBJECTION REGARDING
### SIXTEENTH NOTICE OF REJECTION OF CERTAIN
### EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

The undersigned hereby certifies that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have received no answer, objection or any other responsive pleading with respect to the *Sixteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 578] (the "Notice") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "Court") on September 29, 2025. Attached to the Notice as **Schedule 3** thereto was a proposed form of order (the "Proposed Order") rejecting certain contracts and leases as set forth therein.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Notice appears thereon. Pursuant to the Notice and the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are:  Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343).  The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

*Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 363] objections to

the Notice, if any, were to be filed no later than October 14, 2025.

WHEREFORE, the Debtors respectfully request the Proposed Order, substantially

in the form attached to the Notice hereto as **<u>Exhibit A</u>**, be entered at the earliest convenience of

the Court.

Dated: October 23, 2025
Wilmington, Delaware

/s/ Clint M. Carlisle
----

**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Clint M. Carlisle (No. 7313)
Colin A. Meehan (No. 7237)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    defranceschi@rlf.com
          heath@rlf.com
          shapiro@rlf.com
          carlisle@rlf.com
          meehan@rlf.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    joshua.sussberg@kirkland.com
          allyson.smith@kirkland.com

- and -

Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
Robert A. Jacobson (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    alexandra.schwarzman@kirkland.com
          rob.jacobson@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

*Co-Counsel for the Debtors and Debtors in Possession*

RLF1 34061889v.1

# **EXHIBIT A**

## **Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 363** |

## SIXTEENTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

Upon the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 363] (the "Procedures Order")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the schedule attached hereto as **Exhibit 1** (the "Rejection Schedule"), in accordance with the terms of the Procedures Order; and no timely objections have been filed to the rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the applicable Rejection Date or such other date as the Debtors and the applicable Rejection Counterparty agree in writing (email being sufficient); *provided* that the Rejection Date for a rejection of a lease of non-residential real property shall not occur until the later of (i) the Rejection Date set forth on **Exhibit 1** and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) of the Debtors' surrender of the premises as of the date of such writing and, as applicable, (a) turning over keys issued by the landlord, key codes, and/or security codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) that the property has been surrendered and that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises; *provided*, *further*, that the Rejection Date for a lease of non-residential real property rejected pursuant to the Rejection Procedures shall not occur earlier than the date the Debtors filed and served the applicable Rejection Notice.

2.      The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date with the prior written consent (email being sufficient) of the Directing Cash Collateral Agent (as defined in the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 419] (the "Final DIP Order")) solely with respect to the Collateral (as defined in the Final DIP Order), which consent shall be deemed given upon the entry of this Order, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract.  The personal property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date.  Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such personal property without notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      The rights of the counterparties to each Contract to assert claims for the disposition of the Abandoned Property are reserved, as are all parties' rights to object to such claims. Notwithstanding any other provision of this Order, (a) the Debtors are not authorized to abandon, and are directed to remove, any hazardous materials as defined under applicable law from any leased premises as and to the extent they are required to do so by applicable law, and (b) to the extent the Debtors seek to abandon personal property that contains any "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code, or other personal or confidential information about the Debtors' employees or customers, or any other individual

(the "Confidential Information"), the Debtors shall remove the Confidential Information from such property before abandonment.

4.    Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (a) the General Bar Date and (b) 11:59 p.m., prevailing Eastern Time, on the date that is 30 days after the later of (i) the Rejection Date, and (ii) the date of entry of an order rejecting the Contract.  If no proof of claim is timely filed, such claimant may be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

5.    Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an implication or  admission as to the amount, validity, or priority of, or basis for, any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative expense claim, other priority claim, or otherwise of a type specified or defined in the Motion or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease not listed on the Rejection Schedule pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of any claims, causes of action, or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law; (h) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy

under section 365 of the Bankruptcy Code (except for the Contracts set forth on the Rejection Schedule); (i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; (j) a waiver of the obligation of any party in interest to file a proof of claim; or (k) otherwise affecting the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease (except for the Contracts set forth on the Rejection Schedule).

6.  Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and 6006(c) and the Local Rules are satisfied by such notice.

7.  Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

9.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**<u>Exhibit 1</u>**

**Rejected Contracts**[1]

---

[1]    The inclusion of a Contract on this list does not constitute an admission as to the nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | TANGOE US, INC | CLAIRE'S HOLDINGS LLC | VERIZON WIRELESS LOA FOR TANGOE | 9/30/2025 |
| 2 | TANYA SHRINGARPURE | CLAIRE'S HOLDINGS LLC | MANAGEMENT EQUITY INCENTIVE PLAN AGREEMENT | 9/30/2025 |
| 3 | TANYA SHRINGARPURE | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 4 | TEAM COMPUTERS | CLAIRE'S STORES, INC. | AMENDMENT TO MASTER SERVICES AGREEMENT | 9/30/2025 |
| 5 | TEAM COMPUTERS | CLAIRE'S STORES, INC. | TECHNO-COMMERCIAL PROPOSAL | 9/30/2025 |
| 6 | TEAM COMPUTERS PRIVATE LIMITED | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 7 | TELAID INDUSTRIES, INC | CLAIRE'S HOLDINGS LLC | CLAIRE'S/WALMART NEW STORES | 9/30/2025 |
| 8 | TELAID INDUSTRIES, INC | CLAIRE'S HOLDINGS LLC | TELAID INDUSTIRES, INC - CLAIRE'S MIGRATION FROM CP TO PERMANENT INTERNET SERVICE | 9/30/2025 |
| 9 | TELAID INDUSTRIES, INC. | CLAIRE'S BOUTIQUES, INC. | CLAIRE'S/WALMART NEW STORES | 9/30/2025 |
| 10 | TELAID INDUSTRIES, INC. | CLAIRE'S BOUTIQUES, INC. | QUOTATION AND OFFER TO SELL | 9/30/2025 |
| 11 | TELECOM BROKERAGE INCORPORATED (TBI, INC) | CLAIRE'S HOLDINGS LLC | CENTURYLINK LETTER OF AUTHORIZATION | 9/30/2025 |
| 12 | TELECOM BROKERAGE INCORPORATED (TBI, INC) | CLAIRE'S HOLDINGS LLC | TBI - CLAIRES AND VERIZAON LOA (WALMART) | 9/30/2025 |
| 13 | TELECOM BROKERAGE INCORPORATED (TBI, INC) | CLAIRE'S HOLDINGS LLC | TELECOM BROKERAGE INCORPORTATE | 9/30/2025 |
| 14 | TELLMORE INC. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 15 | TEMP COOLER LLC | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 16 | TERMINIX INTERNATIONAL, INC.THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP | CLAIRE'S BOUTIQUES, INC. CLAIRE'S CANADA CORP. CLAIRE'S STORES, INC. | SUPPLIER AGREEMENT | 9/30/2025 |
| 17 | TERRY BASHARA | CLAIRE'S HOLDINGS LLC | MANAGEMENT EQUITY INCENTIVE PLAN AWARD AGREEMENT | 9/30/2025 |
| 18 | THE AMERICAN NATIONAL RED CROSS | CLAIRE'S BOUTIQUES, INC. | AMERICAN RED CROSS FULL SERVICE AGREEMENT | 9/30/2025 |
| 19 | THE AMERICAN NATIONAL RED CROSS | CLAIRE'S BOUTIQUES, INC. | FULL SERVICE AGREEMENT | 9/30/2025 |
| 20 | THE AMERICAN RED CROSS | CLAIRE'S BOUTIQUES, INC. | FULL SERVICE AGREEMENT | 9/30/2025 |
| 21 | THE CARLSON GROUP, INC. | CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | CONTRACT FOR SERVICES | 9/30/2025 |
| 22 | THE CLOUD CONNECTORS, INC. | CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 23 | THE CLOUD CONNECTORS, INC. | CLAIRE'S STORES, INC. | PERSONAL DATA PROCESSING AGREEMENT | 9/30/2025 |
| 24 | THE CM&R GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | FIRST AMENDMENT TO CONSULTING AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 25 | THE CM&R GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | SECOND AMENDMENT TO CONSULTING AGREEMENT | 9/30/2025 |
| 26 | THE CREME SHOP | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 27 | THE CYBERSMILE FOUNDATION | CLAIRE'S BOUTIQUES, INC. | CHARITABLE PARTNERSHIP AGREEMENT | 9/30/2025 |
| 28 | THE CYBERSMILE FOUNDATION | CLAIRE'S BOUTIQUES, INC. | CHARITABLE PARTNERSHIP AGREEMENT | 9/30/2025 |
| 29 | THE GLOVER PARK GROUP, LLC | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 30 | THE GLOVER PARK GROUP, LLC | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 31 | THE GLOVER PARK GROUP, LLC | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 32 | THE INTELLIGENCE GROUP | CLAIRE'S BOUTIQUES, INC. | AGREEMENT BETWEEN CLAIRE'S AND THE INTELLIGENCE GROUP | 9/30/2025 |
| 33 | THE KROGER CO. | CLAIRE'S HOLDINGS LLC | SCAN-BASED TRADING AGREEMENT | 9/30/2025 |
| 34 | THE KROGER CO. | CLAIRE'S HOLDINGS LLC | SCAN-BASED TRADING AGREEMENT | 9/30/2025 |
| 35 | THE KROGER CO. | CLAIRE'S HOLDINGS LLC | SCAN-BASED TRADING AGREEMENT | 9/30/2025 |
| 36 | THE OFFICE OF EXPERIENCE, LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 37 | THE ORB FACTORY LIMITED | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 38 | THE PARTNERS LLC | CLAIRE'S STORES, INC. | PROPOSAL FOR A NEW BRAND VISUAL IDENTITY | 9/30/2025 |
| 39 | THEME | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 40 | THEO KILLION | CLAIRE'S HOLDINGS LLC | AMENDED AND RESTATED RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 41 | THEOPHLIUS KILLION | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 42 | THEOPHLIUS KILLION | CLAIRE'S HOLDINGS LLC | UNIT GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 43 | THINK THROUGH DIGITAL LIMITED | CLAIRE'S STORES, INC. | CONSULTANCY AGREEMENT | 9/30/2025 |
| 44 | THOMSON REUTERS (MARKETS) LLC | CLAIRE'S STORES, INC. | ORDER FORM | 9/30/2025 |
| 45 | THOMSON REUTERS (MARKETS) LLC | CLAIRE'S STORES, INC. | THOMSON REUTERS SERVICES CONTRACT | 9/30/2025 |
| 46 | THREE CHAMPIONS (SHENZEN | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 47 | THYMOS HOLDING LTD | CLAIRE'S STORES, INC. | NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 48 | TIERNEY BROTHERS | CLAIRE'S HOLDINGS LLC | TIERNEY BROTHERS SALES ORDER TERMS AND CONDITIONS | 9/30/2025 |
| 49 | TIERNEY BROTHERS | CLAIRE'S HOLDINGS LLC | TIERNY BROTHERS MUTUAL NDA | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 50 | TIGERBEAT MEDIA LLC | CLAIRE'S BOUTIQUES, INC. | DISTRIBUTION AGREEMENT | 9/30/2025 |
| 51 | TIGERLOGIC INC. | CBI DISTRIBUTING CORP. CLAIRE'S STORES, INC. | POSTANO MASTER SERVICES AGREEMENT | 9/30/2025 |
| 52 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | CONDITIONS FOR CONTRACT 4620 (STORE 8650 MILAN) | 9/30/2025 |
| 53 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET AND PHONE LINE FOR 8635 BRIANZA | 9/30/2025 |
| 54 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8636 CENTRO COMMERCIALE CURNO. | 9/30/2025 |
| 55 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8637 BOLOGNA VIA INDIPENDENZA 60. | 9/30/2025 |
| 56 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8645 GRANDE SUD GIULIANO NAPLES. | 9/30/2025 |
| 57 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8646 NAPOLI VIA TOLDEO. | 9/30/2025 |
| 58 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8647 NAVE DE VERO. | 9/30/2025 |
| 59 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8650 MILAN BUENOS AIRES. | 9/30/2025 |
| 60 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | STORE 8634 INTERNET CONNECTION | 9/30/2025 |
| 61 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | TIM, S.P.A - NUMBER PUBLISHING AGREEMENT - STORE 8650 | 9/30/2025 |
| 62 | TIMOTHY MCCLURE | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 63 | TINA M PERONI | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 64 | TINA M. PERONI | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 65 | TONG YI ACCESS.(HONG KON | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 66 | TOVAR'S SNOW PROFESSIONALS | CLAIRE'S HOLDINGS LLC | SNOW & ICE MANAGEMENT | 9/30/2025 |
| 67 | TOWER TRAVEL MANAGEMENT, CORP. | CLAIRE'S BOUTIQUES, INC. | TRA MANAGEMENT SERVICES AGREEMENT | 9/30/2025 |
| 68 | TRACE, INC. D.B.A. ETHIXBASE 360 – US CORPORATION | CLAIRE'S STORES, INC. | SALES ORDER FORM | 9/30/2025 |
| 69 | TRACE3, LLC | CLAIRE'S HOLDINGS LLC | TRACE3 - NDA | 9/30/2025 |
| 70 | TRADEWIN | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 71 | TRANSLATOR, INC. | CLAIRE'S STORES, INC. | AMENDMENTONE TO CLOUD SERVICE AGREEMENT | 9/30/2025 |
| 72 | TRANSLATOR, INC. | CLAIRE'S STORES, INC. | CLOUD SERVICE AGREEMENT | 9/30/2025 |
| 73 | TRANSOFT GROUP LIMITED T/A ADVANCED | CLAIRE'S HOLDINGS LLC | TRANSOFT - UBL AND USQL LICENSE PROPOSAL | 9/30/2025 |
| 74 | TRAVELUX LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 75 | TREE HUT | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 76 | TREND MICRO INCORPORATED | CLAIRE'S HOLDINGS LLC | TREND MICRO ANTI VIRUS RENEWAL | 9/30/2025 |
| 77 | TREND MICRO INCORPORATED | CLAIRE'S HOLDINGS LLC | TREND MICRO ANTI VIRUS RENEWAL | 9/30/2025 |
| 78 | TRIANGLE SIGN AND SERVICE, LLC | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 79 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | AMENDED AND RESTATED CONSULTANCY AGREEMENT | 9/30/2025 |
| 80 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | AMENDMENT TO CONSULTANCY AGREEMENT | 9/30/2025 |
| 81 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | AMENDMENT TO CONSULTANCY AGREEMENT | 9/30/2025 |
| 82 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | AMENDMENT TO CONSULTANCY AGREEMENT AND JOINDER AGREEMENT | 9/30/2025 |
| 83 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | CONSULTANCY AGREEMENT | 9/30/2025 |
| 84 | TRUECOMMERCE (COVENTRY) LIMITED | CLAIRE'S BOUTIQUES, INC. | ORDER FORM | 9/30/2025 |
| 85 | TRUECOMMERCE (COVENTRY) LIMITED | CLAIRE'S BOUTIQUES, INC. | ORDER FORM | 9/30/2025 |
| 86 | TRUECOMMERCE (COVENTRY) LIMITED | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 87 | TRUESOURCE FKA SMI | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 88 | TRUESOURCE, LLC | CLAIRE'S BOUTIQUES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 89 | TRUESOURCE, LLC | CLAIRE'S BOUTIQUES, INC. | SCOPE OF WORK | 9/30/2025 |
| 90 | TUNG HING PLASTIC(SHENZH | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 91 | TVS NEXT | CLAIRE'S HOLDINGS LLC | TVS NEXT NDA | 9/30/2025 |
| 92 | TWENTIETH CENTURY FOX LICENSING AND MERCHANDISING | CLAIRE'S BOUTIQUES, INC. | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 93 | TWO BOYS DESIGNS INC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 94 | TWO BOYS DESIGNS(NINGBO) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 95 | TY INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 96 | TY INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 97 | TY INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 98 | TY INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 99 | TY INC. | CLAIRE'S BOUTIQUES, INC. | MERCHANDISE DISPLAY AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 100 | U&I FASHION (HAIPHONG) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |