# **EXHIBIT 1**

**Revised Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-11454 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 363 & 579** |

**SEVENTEENTH ORDER APPROVING THE REJECTION
OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY**

Upon the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 363] (the "Procedures Order")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the schedule attached hereto as **Exhibit 1** (the "Rejection Schedule"), in accordance with the terms of the Procedures Order; and no timely objections have been filed to the rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.  The Contracts listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the applicable Rejection Date or such other date as the Debtors and the applicable Rejection Counterparty agree in writing (email being sufficient); *provided* that the Rejection Date for a rejection of a lease of non-residential real property shall not occur until the later of (i) the Rejection Date set forth on **Exhibit 1** and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) of the Debtors' surrender of the premises as of the date of such writing and, as applicable, (a) turning over keys issued by the landlord, key codes, and/or security codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's counsel (if known to Debtors' counsel) in writing (email being sufficient) that the property has been surrendered and that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises; *provided*, *further*, that the Rejection Date for a lease of non-residential real property rejected pursuant to the Rejection Procedures shall not occur earlier than the date the Debtors filed and served the applicable Rejection Notice.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date with the prior written consent (email being sufficient) of the Directing Cash Collateral Agent (as defined in the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 419] (the "Final DIP Order")) solely with respect to the Collateral (as defined in the Final DIP Order), which consent shall be deemed given upon the entry of this Order, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract. The personal property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such personal property without notice or liability to the Debtors or consenting third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. The rights of the counterparties to each Contract to assert claims for the disposition of the Abandoned Property are reserved, as are all parties' rights to object to such claims. Notwithstanding any other provision of this Order, (a) the Debtors are not authorized to abandon, and are directed to remove, any hazardous materials as defined under applicable law from any leased premises as and to the extent they are required to do so by applicable law, and (b) to the extent the Debtors seek to abandon personal property that contains any "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code, or other personal or confidential information about the Debtors' employees or customers, or any other individual

(the "Confidential Information"), the Debtors shall remove the Confidential Information from such property before abandonment.

4. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (a) the General Bar Date and (b) 11:59 p.m., prevailing Eastern Time, on the date that is 30 days after the later of (i) the Rejection Date, and (ii) the date of entry of an order rejecting the Contract. If no proof of claim is timely filed, such claimant may be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

5. Nothing contained in the Rejection Notice or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be: (a) an implication or admission as to the amount, validity, or priority of, or basis for, any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative expense claim, other priority claim, or otherwise of a type specified or defined in the Motion or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease not listed on the Rejection Schedule pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of any claims, causes of action, or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law; (h) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy

under section 365 of the Bankruptcy Code (except for the Contracts set forth on the Rejection Schedule); (i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; (j) a waiver of the obligation of any party in interest to file a proof of claim; or (k) otherwise affecting the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease (except for the Contracts set forth on the Rejection Schedule).

6. Notice of the Rejection Notice as provided therein shall be deemed good and sufficient notice of such Rejection Notice and the requirements of Bankruptcy Rule 6004(a) and 6006(c) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

**Revised Rejected Contracts**[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | U.S INFO-COMM, INC. | CLAIRE'S HOLDINGS LLC | U.S INFO-COMM, INC. - NDA (NON-DISCLOSURE AGREEMENT) | 9/30/2025 |
| 2 | U.S. SECURITY ASSOCIATES, INC. | CLAIRE'S BOUTIQUES, INC. | LOSS PREVENTION AGREEMENT | 9/30/2025 |
| 3 | UCC DISTRIBUTING INC. | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 4 | UNIQUE DESIGNS, INC. | CLAIRE'S BOUTIQUES, INC. | DISPLAY AGREEMENT | 9/30/2025 |
| 5 | UNITED PARCEL SERVICE, INC. | CLAIRE'S STORES, INC. | CUSTOMER SOLUTIONS LETTER AGREEMENT | 9/30/2025 |
| 6 | UNITED STATES FUND FOR UNICEF | CLAIRE'S BOUTIQUES, INC. / CLAIRE'S STORES, INC. | DONATION AGREEMENT | 9/30/2025 |
| 7 | UNITED STATES POSTAL SERVICE | CLAIRE'S BOUTIQUES, INC. | SHIPPING SERVICES CONTRACT | 9/30/2025 |
| 8 | UNIVERSAL MUSIC GROUP | CBI DISTRIBUTING CORP. | AMENDMENT TO U.S. DOMESTIC VENDOR COMPLIANCE POLICY | 9/30/2025 |
| 9 | UNIVERSAL STUDIOS LICENSING LLC | CLAIRE'S STORES, INC. | NONDISCLOSURE AGREEMENT | 9/30/2025 |
| 10 | UPS SUPPLY CHAIN SOLUTIONS, INC. | CLAIRE'S PUERTO RICO CORP. | CUSTOMS (IMPORT/EXPORT) POWER OF ATTORNEY | 9/30/2025 |
| 11 | URBAN REFORM REALTY | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 12 | USPA ACCESS(SHENZHEN) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 13 | USPA ACCESSORIES/CONCEPT ONE | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 14 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | CHANGE REQUEST | 9/30/2025 |
| 15 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 16 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 17 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 18 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | WORK ORDER REQUEST | 9/30/2025 |
| 19 | V&E ACCESSORIES(HONG | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 20 | VANGENT, INC. | CLAIRE'S BOUTIQUES, INC. | PRODUCTS AND SERVICES AGREEMENT | 9/30/2025 |
| 21 | VANGENT, INC. | CLAIRE'S BOUTIQUES, INC. | PRODUCTS AND SERVICES AGREEMENT | 9/30/2025 |
| 22 | VASO GROUP, LLC | CLAIRE'S STORES, INC. | RETAILER'S REPRESENTATIVE AGREEMENT | 9/30/2025 |
| 23 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | AT&T LOA FOR VATIC OUTSOURCING LLC | 9/30/2025 |
| 24 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | LETTER OF AGENCY TO VERIZON FOR VATIC AUTHORIZATION | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 25 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | MSA - VATIC TELECOM EXPENSE AND CONSULTING SERVICES | 9/30/2025 |
| 26 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | NDA BETWEEN VATIC SOURCING AND CLAIRE'S | 9/30/2025 |
| 27 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | TELECOM CONSULTING/OUTSOURCING AGREEMENT TEM NA/EU | 9/30/2025 |
| 28 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | TELECOM CONSULTING/OUTSOURCING AGREEMENT TEM NA/EU | 9/30/2025 |
| 29 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | VATIC OUTSOURCING, LLC | 9/30/2025 |
| 30 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | VATIC OUTSOURCING, LLC | 9/30/2025 |
| 31 | VENDOR | CLAIRE'S HOLDINGS LLC | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 32 | VERTIV SERVICES, INC. | CLAIRE'S STORES, INC. | AGREEMENT FOR SERVICES | 9/30/2025 |
| 33 | VIFF LIMITED | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 34 | VIFF LIMITED(SHANGHAI) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 35 | VIKING CLOUD, INC | CLAIRE'S HOLDINGS LLC | VIKING CLOUD ADVISORY CANADA SOW 20221209 | 9/30/2025 |
| 36 | VIKING CLOUD, INC. | CBI DISTRIBUTING CORP. | STATEMENT OF WORK | 9/30/2025 |
| 37 | VIKING CLOUD, INC. | CBI DISTRIBUTING CORP. | STATEMENT OF WORK FOR PCI DSS LEVEL 1 ASSESSMENT SERVICES | 9/30/2025 |
| 38 | VIRTUAL PIGGY, INC. | CBI DISTRIBUTING CORP. | MERCHANT AGREEMENT | 9/30/2025 |
| 39 | VIRTUAL PIGGY, INC. | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 40 | VIRTUAL PIGGY, INC. | CLAIRE'S STORES, INC. | WARRANT TO PURCHASE COMMON STOCK | 9/30/2025 |
| 41 | VOGUE DIGITAL | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 42 | WALMART | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 43 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 44 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 45 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 46 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 47 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 48 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 49 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 50 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 51 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 52 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 53 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 54 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 55 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 56 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 57 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 58 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 59 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 60 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 61 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | EVALUATION AGREEMENT FOR SERVICES | 9/30/2025 |
| 62 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | EVALUATION AGREEMENT FOR SERVICES | 9/30/2025 |
| 63 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT | 9/30/2025 |
| 64 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT | 9/30/2025 |
| 65 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT | 9/30/2025 |
| 66 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT ATTACHMENT A | 9/30/2025 |
| 67 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | REVOCABLE LICENSE AGREEMENT | 9/30/2025 |
| 68 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | REVOCABLE LICENSE AGREEMENT | 9/30/2025 |
| 69 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | REVOCABLE LICENSE AGREEMENT | 9/30/2025 |
| 70 | WAL-MART LOUISIANA, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 71 | WAL-MART LOUISIANA, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 72 | WAL-MART LOUISIANA, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 73 | WAL-MART PUERTO RICO, INC.WAL-MART STORES EAST, LPWALMART INC. | CLAIRE'S BOUTIQUES, INC. | APPENDIX-1 | 9/30/2025 |
| 74 | WAL-MART PUERTO RICO, INC.WAL-MART STORES EAST, LPWALMART INC. | CLAIRE'S BOUTIQUES, INC. | APPENDIX-1 TO MASTER LEASE AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 75 | WAL-MART STORES ARKANSAS, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 76 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A | 9/30/2025 |
| 77 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A | 9/30/2025 |
| 78 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A | 9/30/2025 |
| 79 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 80 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 81 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 82 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 83 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 84 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 85 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 86 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 87 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 88 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 89 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 90 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 91 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 92 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 93 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 94 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 95 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 96 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 97 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 98 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 99 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |