# EXHIBIT 2

**Rejected Contracts Schedule Blackline**

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | U.S INFO-COMM, INC. | CLAIRE'S HOLDINGS LLC | U.S INFO-COMM, INC. - NDA (NON-DISCLOSURE AGREEMENT) | 9/30/2025 |
| 2 | U.S. SECURITY ASSOCIATES, INC. | CLAIRE'S BOUTIQUES, INC. | LOSS PREVENTION AGREEMENT | 9/30/2025 |
| 3 | UCC DISTRIBUTING INC. | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 4 | UNIQUE DESIGNS, INC. | CLAIRE'S BOUTIQUES, INC. | DISPLAY AGREEMENT | 9/30/2025 |
| 5 | UNITED PARCEL SERVICE, INC. | CLAIRE'S STORES, INC. | CUSTOMER SOLUTIONS LETTER AGREEMENT | 9/30/2025 |
| 6 | UNITED STATES FUND FOR UNICEF | CLAIRE'S BOUTIQUES, INC. / CLAIRE'S STORES, INC. | DONATION AGREEMENT | 9/30/2025 |
| 7 | UNITED STATES POSTAL SERVICE | CLAIRE'S BOUTIQUES, INC. | SHIPPING SERVICES CONTRACT | 9/30/2025 |
| 8 | UNIVERSAL MUSIC GROUP | CBI DISTRIBUTING CORP. | AMENDMENT TO U.S. DOMESTIC VENDOR COMPLIANCE POLICY | 9/30/2025 |
| 9 | UNIVERSAL STUDIOS LICENSING LLC | CLAIRE'S STORES, INC. | NONDISCLOSURE AGREEMENT | 9/30/2025 |
| 10 | UPS SUPPLY CHAIN SOLUTIONS, INC. | CLAIRE'S PUERTO RICO CORP. | CUSTOMS (IMPORT/EXPORT) POWER OF ATTORNEY | 9/30/2025 |
| 11 | URBAN REFORM REALTY | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 12 | USPA ACCESS(SHENZHEN) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 13 | USPA ACCESSORIES/CONCEPT ONE | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 14 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | CHANGE REQUEST | 9/30/2025 |
| 15 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 16 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 17 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 18 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | WORK ORDER REQUEST | 9/30/2025 |
| 19 | V&E ACCESSORIES(HONG | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 20 | VANGENT, INC. | CLAIRE'S BOUTIQUES, INC. | PRODUCTS AND SERVICES AGREEMENT | 9/30/2025 |
| 21 | VANGENT, INC. | CLAIRE'S BOUTIQUES, INC. | PRODUCTS AND SERVICES AGREEMENT | 9/30/2025 |
| 22 | VASO GROUP, LLC | CLAIRE'S STORES, INC. | RETAILER'S REPRESENTATIVE AGREEMENT | 9/30/2025 |
| 23 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | AT&T LOA FOR VATIC OUTSOURCING LLC | 9/30/2025 |
| 24 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | LETTER OF AGENCY TO VERIZON FOR VATIC AUTHORIZATION | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 25 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | MSA - VATIC TELECOM EXPENSE AND CONSULTING SERVICES | 9/30/2025 |
| 26 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | NDA BETWEEN VATIC SOURCING AND CLAIRE'S | 9/30/2025 |
| 27 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | TELECOM CONSULTING/OUTSOURCING AGREEMENT TEM NA/EU | 9/30/2025 |
| 28 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | TELECOM CONSULTING/OUTSOURCING AGREEMENT TEM NA/EU | 9/30/2025 |
| 29 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | VATIC OUTSOURCING, LLC | 9/30/2025 |
| 30 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | VATIC OUTSOURCING, LLC | 9/30/2025 |
| 31 | VENDOR | CLAIRE'S HOLDINGS LLC | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 32 | VERTIV SERVICES, INC. | CLAIRE'S STORES, INC. | AGREEMENT FOR SERVICES | 9/30/2025 |
| ~~33~~ | ~~VIACOM INTERNATIONAL INC.~~ | ~~CBI DISTRIBUTING CORP.~~ | ~~AMENDMENT B~~ | ~~9/30/2025~~ |
| 34 | VIFF LIMITED | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 35 | VIFF LIMITED(SHANGHAI) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 36 | VIKING CLOUD, INC | CLAIRE'S HOLDINGS LLC | VIKING CLOUD ADVISORY CANADA SOW 20221209 | 9/30/2025 |
| 37 | VIKING CLOUD, INC. | CBI DISTRIBUTING CORP. | STATEMENT OF WORK | 9/30/2025 |
| 38 | VIKING CLOUD, INC. | CBI DISTRIBUTING CORP. | STATEMENT OF WORK FOR PCI DSS LEVEL 1 ASSESSMENT SERVICES | 9/30/2025 |
| 39 | VIRTUAL PIGGY, INC. | CBI DISTRIBUTING CORP. | MERCHANT AGREEMENT | 9/30/2025 |
| 40 | VIRTUAL PIGGY, INC. | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 41 | VIRTUAL PIGGY, INC. | CLAIRE'S STORES, INC. | WARRANT TO PURCHASE COMMON STOCK | 9/30/2025 |
| 42 | VOGUE DIGITAL | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 43 | WALMART | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 44 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 45 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 46 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 47 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 48 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 49 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 50 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 51 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 52 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 53 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 54 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 55 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 56 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 57 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 58 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 59 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 60 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 61 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 62 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | EVALUATION AGREEMENT FOR SERVICES | 9/30/2025 |
| 63 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | EVALUATION AGREEMENT FOR SERVICES | 9/30/2025 |
| 64 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT | 9/30/2025 |
| 65 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT | 9/30/2025 |
| 66 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT | 9/30/2025 |
| 67 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT ATTACHMENT A | 9/30/2025 |
| 68 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | REVOCABLE LICENSE AGREEMENT | 9/30/2025 |
| 69 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | REVOCABLE LICENSE AGREEMENT | 9/30/2025 |
| 70 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | REVOCABLE LICENSE AGREEMENT | 9/30/2025 |
| 71 | WAL-MART LOUISIANA, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 72 | WAL-MART LOUISIANA, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 73 | WAL-MART LOUISIANA, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 74 | WAL-MART PUERTO RICO, INC.WAL-MART STORES EAST, LPWALMART INC. | CLAIRE'S BOUTIQUES, INC. | APPENDIX-1 | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 75 | WAL-MART PUERTO RICO, INC.WAL-MART STORES EAST, LPWALMART INC. | CLAIRE'S BOUTIQUES, INC. | APPENDIX-1 TO MASTER LEASE AGREEMENT | 9/30/2025 |
| 76 | WAL-MART STORES ARKANSAS, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 77 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A | 9/30/2025 |
| 78 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A | 9/30/2025 |
| 79 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A | 9/30/2025 |
| 80 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 81 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 82 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 83 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 84 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 85 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 86 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 87 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 88 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 89 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 90 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 91 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 92 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 93 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 94 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 95 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 96 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 97 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 98 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 99 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 100 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |