# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | Case No. 25-11454 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 628** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Mad River Development, LLC (the "Landlord"), by and through its undersigned counsel, hereby withdraws its *Limited Objection to Debtors' First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates* [Docket No. 628] filed on October 13, 2025.

Dated:  October 24, 2025

**REGER RIZZO & DARNALL LLP**

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (#3374)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE 19803
(302) 477-7100
*Attorney for Creditor, Mad River Development, LLC*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on this 24th day of October 2025, that a true and correct copy of the foregoing was caused to be served upon all parties required to receive notice pursuant to De. Bankr. LR 4001-1 via this Court's ECF filing system upon the following parties:

**BY ELECTRONIC MAIL**:

| | |
|---|---|
| Claire's Holdings LLC<br>2400 West Central Road<br>Hoffman Estates, Illinois 60192,<br>Attn.: Brendan McKeough, Executive Vice President, Chief Legal Officer, and Secretary<br>(brendan.mckeough@claires.com)<br><br>3 SW 129th Avenue<br>Pembroke Pines, Florida 33027<br>Attn: Michele Reilly, Assistant Secretary<br>(michele.reilly@claires.com) | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn.: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Allyson B. Smith<br>(allyson.smith@kirkland.com) |
| Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Attn.: Alexandra F. Schwarzman<br>(alexandra.schwarzman@kirkland.com)<br>Robert A. Jacobson<br>(rob.jacobson@kirkland.com) | Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Attn.: Paul N. Heath (heath@rlf.com)<br>Zachary I. Shapiro (shapiro@rlf.com) |
| U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35,<br>Wilmington, Delaware 19801<br>Attn.:Benjamin A. Hackman<br>(Benjamin.A.Hackman@usdoj.gov) | Cahill Gordon & Reindell LLP<br>Attn.: Joel Moss<br>(JMoss@cahill.com)<br>Amit Trehan<br>(ATrehan@cahill.com)<br>Sean Tierney<br>(STierney@cahill.com) |
| Simpson Thacher & Bartlett LLP<br>Attn.: Elisha D. Graff<br>(egraff@stblaw.com)<br>Zachary J. Weiner<br>(zachary.weiner@stblaw.com)<br><br>Potter Anderson & Corroon LLP<br>Attn.: L. Katherine Good<br>(kgood@potteranderson.com)<br>Jeremy Ryan<br>(jryan@potteranderson.com) | McDermott Will & Schulte LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Attn.: Darren Azman<br>(dazman@mwe.com)<br>Kristin K. Going<br>(kgoing@mwe.com)<br>Stacy A. Lutkus<br>(salutkus@mwe.com) |

| | |
|---|---|
| Cole Schotz P.C.<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Attn.: Justin R. Alberto<br>(jalberto@coleschotz.com)<br>Stacy L. Newman<br>(snewman@coleschotz.com)<br>Michael E. Fitzpatrick<br>(mfitzpatrick@coleschotz.com)<br>Melissa M. Hartlipp<br>(mhartlipp@coleschotz.com) | Cole Schotz P.C.<br>1325 Avenue of the Americas, 19th Floor<br>New York, New York 10019<br>Attn.: Seth Van Aalten<br>(svanaalten@coleschotz.com)<br>Sarah A. Carnes<br>(scarnes@coleschotz.com) |
| Chad J. Husnick, Esquire<br>Jeff Michalik, Esquire<br>Rob Jacobson, Esquire<br>Kirkland & Ellis LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654 | Joshua A. Sussberg, Esquire<br>Zachary R. Manning, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| Debra I. Grassgreen, Esquire<br>Bradford J. Sandler, Esquire<br>John W. Lucas, Esquire<br>Steven W. Golden, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | Mark D. Collins, Esquire<br>Jason M. Madron, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 |
| Richard L. Schepacarter, Esquire<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 | Epiq Corporate Restructuring, LLC<br>www.epiqsystems.com<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 |

**REGER RIZZO & DARNALL LLP**

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (#3374)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE 19803
(302) 477-7100
*Attorney for Creditor, Mad River Development, LLC*