**Exhibit 1**

**Revised Rejected Contracts**[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | NEST INTERNATIONAL, INC. | CLAIRE'S BOUTIQUES, INC. | ANNUAL VOLUME REBATE AGREEMENT | 9/30/2025 |
| 2 | NET(NET), INC. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 3 | NET(NET), INC. | CLAIRE'S STORES, INC. | SAVINGS CLOUD STATEMENT OF WORK | 9/30/2025 |
| 4 | NETDOCUMENTS | CLAIRE'S HOLDINGS LLC | NETDOCUMENTS & CUSTOMER DATA PROCESSING AND TRANSFER ADDENDUM | 9/30/2025 |
| 5 | NETDOCUMENTS | CLAIRE'S STORES, INC. | ORDER FORM | 9/30/2025 |
| 6 | NETWORK ENGINEERING TECHNOLOGIES | CLAIRE'S HOLDINGS LLC | NET TECHNOLOGIES MSA | 9/30/2025 |
| 7 | NETWORK ENGINEERING TECHNOLOGIES | CLAIRE'S HOLDINGS LLC | NETWORK ENGINEERING TECHNOLOGIES NDA | 9/30/2025 |
| 8 | NEW FORUM ENTERPRISES LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 9 | NEWBURY TALEO GROUP, INC. | CLAIRE'S HOLDINGS LLC | ATS/OB IMPLEMENTATION SERVICES | 9/30/2025 |
| 10 | NEWBURY TALEO GROUP, INC. | CLAIRE'S STORES, INC. | CONSULTING SERVICES AGREEMENT | 9/30/2025 |
| 11 | NEWMARK | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 12 | NICKA K NEW YORK | CLAIRE'S STORES, INC. | NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 13 | NICOLE KESNER | CBI DISTRIBUTING CORP. | CONSULTING / INDEPENDENT CONTRACTOR AGREEMENT | 9/30/2025 |
| 14 | NINGBO YEKEA HOME ARTICLES CO LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 15 | NORTH STATE TELECOMMUNICATIONS, LLC | CLAIRE'S HOLDINGS LLC | NORTH STATE TELECOMMUNICATIONS, LLC - ILEC INSTALLATION | 9/30/2025 |
| 16 | NPN360 | CLAIRE'S HOLDINGS LLC | FIXTURE MANUFACTURING AGREEMENT | 9/30/2025 |
| 17 | NPW GROUP(SHENZHEN) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 18 | OAK POINT PARTNERS, LLC | BMS DISTRIBUTING CORP.<br>CBI DISTRIBUTING CORP.<br>CLAIRE'S BOUTIQUES, INC.<br>CLAIRE'S STORES, INC. | ASSET PURCHASE AGREEMENT | 9/30/2025 |
| 19 | OCCUPIER, INC. | CLAIRE'S BOUTIQUES, INC. | 3RD RENEWAL | 9/30/2025 |
| 20 | OCCUPIER, INC. | CLAIRE'S BOUTIQUES, INC. | CLAIRE'S - 3RD RENEWAL | 9/30/2025 |
| 21 | OCEAN SPRAY CRANBERRIES, INC. | CLAIRE'S HOLDINGS LLC | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 22 | OFFICE OF EXPERIENCE | CLAIRE'S STORES, INC. | ECOMMERCE SPRINT 1 | 9/30/2025 |
| 23 | OGILVIE | CLAIRE'S HOLDINGS LLC | VENDOR AGREEMENT | 9/30/2025 |
| 24 | OLR | CLAIRE'S HOLDINGS LLC | OLR NON-DISCLOSURE AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 25 | OLR | CLAIRE'S HOLDINGS LLC | VENDOR AGREEMENT | 9/30/2025 |
| 26 | ONE FOR FUN LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 27 | ONE FOR FUN(NINGBO) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 28 | ONETRUST LLC | CLAIRE'S STORES, INC. | QUOTE # Q-113486 | 9/30/2025 |
| 29 | ONETRUST LLC | CLAIRE'S STORES, INC. | RENEWAL ORDER FORM | 9/30/2025 |
| 30 | ONETRUST LLC | CLAIRE'S STORES, INC. | SUPPLEMENTAL ORDER FORM | 9/30/2025 |
| 31 | ONWARD TECHNOLOGIES | CLAIRE'S STORES, INC. | NETDOCUMENTS QUICKSTART AND TRAINING & SUPPORT PROJECT | 9/30/2025 |
| 32 | ONX ENTERPRISE SOLUTIONS LTD. | CLAIRE'S STORES, INC. | SERVICE AGREEMENT | 9/30/2025 |
| 33 | OOLY LLC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 34 | OOLY, LLC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 35 | ORIGINAL ADDITIONS (BP) LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 36 | ORKIN | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 37 | ORLY CORPORATION | CBI DISTRIBUTING CORP. CLSIP LLC | DEAL MEMO | 9/30/2025 |
| 38 | ORR ENTERPRISES OF SRQ LLC | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT NO. 2 | 9/30/2025 |
| 39 | ORR ENTERPRISES OF SRQ LLC | CLAIRE'S BOUTIQUES, INC. | SOFTWARE DEVELOPMENT AGREEMENT | 9/30/2025 |
| 40 | ORR ENTERPRISES OF SRQ LLCWEBFAB | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT NO. 3 | 9/30/2025 |
| 41 | OT TECHNOLOGY INC. | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 42 | OT TECHNOLOGY INC. | CLAIRE'S STORES, INC. | RENEWAL ORDER FORM | 9/30/2025 |
| 43 | OVATIVE | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 44 | OVATIVE GROUP LLC | CLAIRE'S STORES, INC. | SERVICES STATEMENT OF WORK #1 | 9/30/2025 |
| 45 | OVATIVE GROUP, LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 46 | OZZ MARKETING, LLC | CLAIRE'S STORES, INC. | INDEPENDENT CONTRACTOR AGREEMENT | 9/30/2025 |
| 47 | PACIFIC PIERCING SUPPLY | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 48 | PACIFIC PIERCING SUPPLY INC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 49 | PAESSLER AG | CLAIRE'S HOLDINGS LLC | GENERAL BUSINESS TERMS AND LICENSE CONDITIONS FO PAESSLER AG | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 50 | PAESSLER AG | CLAIRE'S HOLDINGS LLC | GENERAL BUSINESS TERMS AND LICENSE CONDITIONS FO PAESSLER AG | 9/30/2025 |
| 51 | PAN OCEANIC(SHANGHAI) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 52 | PANTONE CONNECT (TBD COVERED BY IT) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 53 | PANTONE SWATCHES AND PANTONE BOOKS | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 54 | PARADISE KHANMALEK | CLAIRE'S STORES, INC. | STATEMENT OF WORK | 9/30/2025 |
| 55 | PARADOX, INC. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 56 | PARAMOUNT HOME ENTERTAINMENT INC.ZUKOR LLC | CBI DISTRIBUTING CORP.<br>CLAIRE'S BOUTIQUES, INC.<br>CLAIRE'S STORES, INC. | PROMOTION AGREEMENT | 9/30/2025 |
| 57 | PARAMOUNT PICTURES CORPORATION | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 58 | PARIS HILTON | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 59 | PARK CITY GROUP | CLAIRE'S HOLDINGS LLC | PARK CITY GROUP SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 60 | PARK CITY GROUP, INC. | CLAIRE'S BOUTIQUES, INC. | PROFESSIONAL SERVICES AGREEMENT | 9/30/2025 |
| 61 | PARK CITY GROUP, INC. | CLAIRE'S BOUTIQUES, INC. | SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 62 | PARK CITY GROUP, INC. | CLAIRE'S BOUTIQUES, INC. | SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 63 | PARK CITY GROUP, INC. | CLAIRE'S BOUTIQUES, INC. | SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 64 | PARK CITY GROUP, INC.REPOSITRAK, INC. | CLAIRE'S BOUTIQUES, INC. | SUBSCRIPTION AGREEMENT | 9/30/2025 |
| 65 | PARK CITY GROUP, INC.WINCO FOODS, LLC | CLAIRE'S BOUTIQUES, INC. | SCAN BASED TRADING AGREEMENT | 9/30/2025 |
| 66 | PARK CITY GROUP, INC.WINCO FOODS, LLC | CLAIRE'S BOUTIQUES, INC. | SCAN BASED TRADING AGREEMENT | 9/30/2025 |
| 67 | PARK CITY GROUP, INC.WINCO FOODS, LLC | CLAIRE'S BOUTIQUES, INC. | SCAN BASED TRADING AGREEMENT | 9/30/2025 |
| 68 | PARK CITY GROUP, INC.WINCO FOODS, LLC | CLAIRE'S BOUTIQUES, INC. | SCAN BASED TRADING AGREEMENT | 9/30/2025 |
| 69 | PARK INTERCHANGE, LLC | CLAIRE'S BOUTIQUES, INC.<br>CLAIRE'S PUERTO RICO CORP. | CLAIM SALE AGREEMENT | 9/30/2025 |
| 70 | PARK INTERCHANGE, LLC | CLAIRE'S BOUTIQUES, INC.<br>CLAIRE'S PUERTO RICO CORP. | CLAIM SALE AGREEMENT | 9/30/2025 |
| 71 | PARK INTERCHANGE, LLC | CLAIRE'S BOUTIQUES, INC.<br>CLAIRE'S PUERTO RICO CORP. | CLAIM SALE AGREEMENT | 9/30/2025 |
| 72 | PATINA SOLUTIONS GROUP INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 73 | PATINA SOLUTIONS GROUP INC. | CLAIRE'S BOUTIQUES, INC. | STATEMENT OF WORK (SOW) | 9/30/2025 |
| 74 | PATINA SOLUTIONS GROUP INC. | CLAIRE'S BOUTIQUES, INC.<br>CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 75 | PATINA SOLUTIONS GROUP INC. | CLAIRE'S BOUTIQUES, INC.<br>CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 76 | PATRICK FALLON | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 77 | PATRICK FALLON | CLAIRE'S HOLDINGS LLC | UNIT GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 78 | PAUL GILLIAM | CLAIRE'S HOLDINGS LLC | MANAGEMENT EQUITY INCENTIVE PLAN AGREEMENT | 9/30/2025 |
| 79 | PAUL GILLIAM | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 80 | PAY GOVERNANCE LLC | CLAIRE'S HOLDINGS LLC | ENGAGEMENT OF PAY GOVERNANCE LLC FOR CONSULTING SERVICES | 9/30/2025 |
| 81 | PAYPAL, INC. / BILL ME LATER, INC. | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 82 | PDFFILLER, INC. | CBI DISTRIBUTING CORP. | INVOICE | 9/30/2025 |
| 83 | PDFFILLER, INC. | CBI DISTRIBUTING CORP. | INVOICE | 9/30/2025 |
| 84 | PERLMAN & ASSOCIATES, ALCTHE CM&R GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | CONSULTING AGREEMENT | 9/30/2025 |
| 85 | PETER DIERS | CLAIRE'S HOLDINGS LLC<br>CLAIRE'S STORES, INC. | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 86 | PETER GLANVILLE | CLAIRE'S HOLDINGS LLC<br>CLAIRE'S STORES, INC. | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 87 | PHILLIP CLARK | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 88 | PHILLIP CLARK | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 89 | PHOENIX MANUFACTURING CO LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 90 | PHYLE INVENTORY CONTROL SPECIALISTS / MUSCOLINO INVENTORY SERVICE (PICS/MIS) | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 91 | PIPSTICKS, INC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 92 | PIPSTICKS, INC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 93 | PKWARE | CLAIRE'S HOLDINGS LLC | PKWARE, INC. MASTER LICENSE AGEEMENT | 9/30/2025 |
| 94 | PKWARE | CLAIRE'S HOLDINGS LLC | PKWARE, INC. MASTER LICENSE AGEEMENT | 9/30/2025 |
| 95 | PKWARE | CLAIRE'S HOLDINGS LLC | PKWARE, INC. MASTER LICENSE AGEEMENT | 9/30/2025 |