**Exhibit 1**

**Rejected Contracts**[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | TANGOE US, INC | CLAIRE'S HOLDINGS LLC | VERIZON WIRELESS LOA FOR TANGOE | 9/30/2025 |
| 2 | TANYA SHRINGARPURE | CLAIRE'S HOLDINGS LLC | MANAGEMENT EQUITY INCENTIVE PLAN AGREEMENT | 9/30/2025 |
| 3 | TANYA SHRINGARPURE | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 4 | TEAM COMPUTERS | CLAIRE'S STORES, INC. | AMENDMENT TO MASTER SERVICES AGREEMENT | 9/30/2025 |
| 5 | TEAM COMPUTERS | CLAIRE'S STORES, INC. | TECHNO-COMMERCIAL PROPOSAL | 9/30/2025 |
| 6 | TEAM COMPUTERS PRIVATE LIMITED | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 7 | TELAID INDUSTRIES, INC | CLAIRE'S HOLDINGS LLC | CLAIRE'S/WALMART NEW STORES | 9/30/2025 |
| 8 | TELAID INDUSTRIES, INC | CLAIRE'S HOLDINGS LLC | TELAID INDUSTIRES, INC - CLAIRE'S MIGRATION FROM CP TO PERMANENT INTERNET SERVICE | 9/30/2025 |
| 9 | TELAID INDUSTRIES, INC. | CLAIRE'S BOUTIQUES, INC. | CLAIRE'S/WALMART NEW STORES | 9/30/2025 |
| 10 | TELAID INDUSTRIES, INC. | CLAIRE'S BOUTIQUES, INC. | QUOTATION AND OFFER TO SELL | 9/30/2025 |
| 11 | TELECOM BROKERAGE INCORPORATED (TBI, INC) | CLAIRE'S HOLDINGS LLC | CENTURYLINK LETTER OF AUTHORIZATION | 9/30/2025 |
| 12 | TELECOM BROKERAGE INCORPORATED (TBI, INC) | CLAIRE'S HOLDINGS LLC | TBI - CLAIRES AND VERIZAON LOA (WALMART) | 9/30/2025 |
| 13 | TELECOM BROKERAGE INCORPORATED (TBI, INC) | CLAIRE'S HOLDINGS LLC | TELECOM BROKERAGE INCORPORATE | 9/30/2025 |
| 14 | TELLMORE INC. | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 15 | TEMP COOLER LLC | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 16 | TERMINIX INTERNATIONAL, INC.THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP | CLAIRE'S BOUTIQUES, INC. CLAIRE'S CANADA CORP. CLAIRE'S STORES, INC. | SUPPLIER AGREEMENT | 9/30/2025 |
| 17 | TERRY BASHARA | CLAIRE'S HOLDINGS LLC | MANAGEMENT EQUITY INCENTIVE PLAN AWARD AGREEMENT | 9/30/2025 |
| 18 | THE AMERICAN NATIONAL RED CROSS | CLAIRE'S BOUTIQUES, INC. | AMERICAN RED CROSS FULL SERVICE AGREEMENT | 9/30/2025 |
| 19 | THE AMERICAN NATIONAL RED CROSS | CLAIRE'S BOUTIQUES, INC. | FULL SERVICE AGREEMENT | 9/30/2025 |
| 20 | THE AMERICAN RED CROSS | CLAIRE'S BOUTIQUES, INC. | FULL SERVICE AGREEMENT | 9/30/2025 |
| 21 | THE CARLSON GROUP, INC. | CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | CONTRACT FOR SERVICES | 9/30/2025 |
| 22 | THE CLOUD CONNECTORS, INC. | CLAIRE'S BOUTIQUES, INC. CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 23 | THE CLOUD CONNECTORS, INC. | CLAIRE'S STORES, INC. | PERSONAL DATA PROCESSING AGREEMENT | 9/30/2025 |
| 24 | THE CM&R GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | FIRST AMENDMENT TO CONSULTING AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 25 | THE CM&R GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | SECOND AMENDMENT TO CONSULTING AGREEMENT | 9/30/2025 |
| 26 | THE CREME SHOP | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 27 | THE CYBERSMILE FOUNDATION | CLAIRE'S BOUTIQUES, INC. | CHARITABLE PARTNERSHIP AGREEMENT | 9/30/2025 |
| 28 | THE CYBERSMILE FOUNDATION | CLAIRE'S BOUTIQUES, INC. | CHARITABLE PARTNERSHIP AGREEMENT | 9/30/2025 |
| 29 | THE GLOVER PARK GROUP, LLC | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 30 | THE GLOVER PARK GROUP, LLC | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 31 | THE GLOVER PARK GROUP, LLC | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 32 | THE INTELLIGENCE GROUP | CLAIRE'S BOUTIQUES, INC. | AGREEMENT BETWEEN CLAIRE'S AND THE INTELLIGENCE GROUP | 9/30/2025 |
| 33 | THE KROGER CO. | CLAIRE'S HOLDINGS LLC | SCAN-BASED TRADING AGREEMENT | 9/30/2025 |
| 34 | THE KROGER CO. | CLAIRE'S HOLDINGS LLC | SCAN-BASED TRADING AGREEMENT | 9/30/2025 |
| 35 | THE KROGER CO. | CLAIRE'S HOLDINGS LLC | SCAN-BASED TRADING AGREEMENT | 9/30/2025 |
| 36 | THE OFFICE OF EXPERIENCE, LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 37 | THE ORB FACTORY LIMITED | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 38 | THE PARTNERS LLC | CLAIRE'S STORES, INC. | PROPOSAL FOR A NEW BRAND VISUAL IDENTITY | 9/30/2025 |
| 39 | THEME | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 40 | THEO KILLION | CLAIRE'S HOLDINGS LLC | AMENDED AND RESTATED RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 41 | THEOPHLIUS KILLION | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 42 | THEOPHLIUS KILLION | CLAIRE'S HOLDINGS LLC | UNIT GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 43 | THINK THROUGH DIGITAL LIMITED | CLAIRE'S STORES, INC. | CONSULTANCY AGREEMENT | 9/30/2025 |
| 44 | THOMSON REUTERS (MARKETS) LLC | CLAIRE'S STORES, INC. | ORDER FORM | 9/30/2025 |
| 45 | THOMSON REUTERS (MARKETS) LLC | CLAIRE'S STORES, INC. | THOMSON REUTERS SERVICES CONTRACT | 9/30/2025 |
| 46 | THREE CHAMPIONS (SHENZEN | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 47 | THYMOS HOLDING LTD | CLAIRE'S STORES, INC. | NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 48 | TIERNEY BROTHERS | CLAIRE'S HOLDINGS LLC | TIERNEY BROTHERS SALES ORDER TERMS AND CONDITIONS | 9/30/2025 |
| 49 | TIERNEY BROTHERS | CLAIRE'S HOLDINGS LLC | TIERNY BROTHERS MUTUAL NDA | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 50 | TIGERBEAT MEDIA LLC | CLAIRE'S BOUTIQUES, INC. | DISTRIBUTION AGREEMENT | 9/30/2025 |
| 51 | TIGERLOGIC INC. | CBI DISTRIBUTING CORP. CLAIRE'S STORES, INC. | POSTANO MASTER SERVICES AGREEMENT | 9/30/2025 |
| 52 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | CONDITIONS FOR CONTRACT 4620 (STORE 8650 MILAN) | 9/30/2025 |
| 53 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET AND PHONE LINE FOR 8635 BRIANZA | 9/30/2025 |
| 54 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8636 CENTRO COMMERCIALE CURNO. | 9/30/2025 |
| 55 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8637 BOLOGNA VIA INDIPENDENZA 60. | 9/30/2025 |
| 56 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8645 GRANDE SUD GIULIANO NAPLES. | 9/30/2025 |
| 57 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8646 NAPOLI VIA TOLDEO. | 9/30/2025 |
| 58 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8647 NAVE DE VERO. | 9/30/2025 |
| 59 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | INTERNET CONNECTION WITH T.I.M. FOR STORE 8650 MILAN BUENOS AIRES. | 9/30/2025 |
| 60 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | STORE 8634 INTERNET CONNECTION | 9/30/2025 |
| 61 | TIM, S.P.A | CLAIRE'S HOLDINGS LLC | TIM, S.P.A - NUMBER PUBLISHING AGREEMENT - STORE 8650 | 9/30/2025 |
| 62 | TIMOTHY MCCLURE | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 63 | TINA M PERONI | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 64 | TINA M. PERONI | CLAIRE'S HOLDINGS LLC | RSU GRANT NOTICE AND AGREEMENT | 9/30/2025 |
| 65 | TONG YI ACCESS.(HONG KON | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 66 | TOVAR'S SNOW PROFESSIONALS | CLAIRE'S HOLDINGS LLC | SNOW & ICE MANAGEMENT | 9/30/2025 |
| 67 | TOWER TRAVEL MANAGEMENT, CORP. | CLAIRE'S BOUTIQUES, INC. | TRA MANAGEMENT SERVICES AGREEMENT | 9/30/2025 |
| 68 | TRACE, INC. D.B.A. ETHIXBASE 360 – US CORPORATION | CLAIRE'S STORES, INC. | SALES ORDER FORM | 9/30/2025 |
| 69 | TRACE3, LLC | CLAIRE'S HOLDINGS LLC | TRACE3 - NDA | 9/30/2025 |
| 70 | TRADEWIN | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 71 | TRANSLATOR, INC. | CLAIRE'S STORES, INC. | AMENDMENTONE TO CLOUD SERVICE AGREEMENT | 9/30/2025 |
| 72 | TRANSLATOR, INC. | CLAIRE'S STORES, INC. | CLOUD SERVICE AGREEMENT | 9/30/2025 |
| 73 | TRANSOFT GROUP LIMITED T/A ADVANCED | CLAIRE'S HOLDINGS LLC | TRANSOFT - UBL AND USQL LICENSE PROPOSAL | 9/30/2025 |
| 74 | TRAVELUX LTD | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 75 | TREE HUT | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 76 | TREND MICRO INCORPORATED | CLAIRE'S HOLDINGS LLC | TREND MICRO ANTI VIRUS RENEWAL | 9/30/2025 |
| 77 | TREND MICRO INCORPORATED | CLAIRE'S HOLDINGS LLC | TREND MICRO ANTI VIRUS RENEWAL | 9/30/2025 |
| 78 | TRIANGLE SIGN AND SERVICE, LLC | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 79 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | AMENDED AND RESTATED CONSULTANCY AGREEMENT | 9/30/2025 |
| 80 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | AMENDMENT TO CONSULTANCY AGREEMENT | 9/30/2025 |
| 81 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | AMENDMENT TO CONSULTANCY AGREEMENT | 9/30/2025 |
| 82 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | AMENDMENT TO CONSULTANCY AGREEMENT AND JOINDER AGREEMENT | 9/30/2025 |
| 83 | TRIVENTURE GROUP, LLC | CLAIRE'S BOUTIQUES, INC. | CONSULTANCY AGREEMENT | 9/30/2025 |
| 84 | TRUECOMMERCE (COVENTRY) LIMITED | CLAIRE'S BOUTIQUES, INC. | ORDER FORM | 9/30/2025 |
| 85 | TRUECOMMERCE (COVENTRY) LIMITED | CLAIRE'S BOUTIQUES, INC. | ORDER FORM | 9/30/2025 |
| 86 | TRUECOMMERCE (COVENTRY) LIMITED | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 87 | TRUESOURCE FKA SMI | CLAIRE'S HOLDINGS LLC | MAINTENANCE SERVICE AGREEMENT | 9/30/2025 |
| 88 | TRUESOURCE, LLC | CLAIRE'S BOUTIQUES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 89 | TRUESOURCE, LLC | CLAIRE'S BOUTIQUES, INC. | SCOPE OF WORK | 9/30/2025 |
| 90 | TUNG HING PLASTIC(SHENZH | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 91 | TVS NEXT | CLAIRE'S HOLDINGS LLC | TVS NEXT NDA | 9/30/2025 |
| 92 | TWENTIETH CENTURY FOX LICENSING AND MERCHANDISING | CLAIRE'S BOUTIQUES, INC. | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | 9/30/2025 |
| 93 | TWO BOYS DESIGNS INC | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 94 | TWO BOYS DESIGNS(NINGBO) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 95 | TY INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 96 | TY INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 97 | TY INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 98 | TY INC. | CLAIRE'S BOUTIQUES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 99 | TY INC. | CLAIRE'S BOUTIQUES, INC. | MERCHANDISE DISPLAY AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 100 | U&I FASHION (HAIPHONG) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |