# Exhibit 1

**Revised Rejected Contracts**[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 1 | U.S INFO-COMM, INC. | CLAIRE'S HOLDINGS LLC | U.S INFO-COMM, INC. - NDA (NON-DISCLOSURE AGREEMENT) | 9/30/2025 |
| 2 | U.S. SECURITY ASSOCIATES, INC. | CLAIRE'S BOUTIQUES, INC. | LOSS PREVENTION AGREEMENT | 9/30/2025 |
| 3 | UCC DISTRIBUTING INC. | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 4 | UNIQUE DESIGNS, INC. | CLAIRE'S BOUTIQUES, INC. | DISPLAY AGREEMENT | 9/30/2025 |
| 5 | UNITED PARCEL SERVICE, INC. | CLAIRE'S STORES, INC. | CUSTOMER SOLUTIONS LETTER AGREEMENT | 9/30/2025 |
| 6 | UNITED STATES FUND FOR UNICEF | CLAIRE'S BOUTIQUES, INC. / CLAIRE'S STORES, INC. | DONATION AGREEMENT | 9/30/2025 |
| 7 | UNITED STATES POSTAL SERVICE | CLAIRE'S BOUTIQUES, INC. | SHIPPING SERVICES CONTRACT | 9/30/2025 |
| 8 | UNIVERSAL MUSIC GROUP | CBI DISTRIBUTING CORP. | AMENDMENT TO U.S. DOMESTIC VENDOR COMPLIANCE POLICY | 9/30/2025 |
| 9 | UNIVERSAL STUDIOS LICENSING LLC | CLAIRE'S STORES, INC. | NONDISCLOSURE AGREEMENT | 9/30/2025 |
| 10 | UPS SUPPLY CHAIN SOLUTIONS, INC. | CLAIRE'S PUERTO RICO CORP. | CUSTOMS (IMPORT/EXPORT) POWER OF ATTORNEY | 9/30/2025 |
| 11 | URBAN REFORM REALTY | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 12 | USPA ACCESS(SHENZHEN) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 13 | USPA ACCESSORIES/CONCEPT ONE | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 14 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | CHANGE REQUEST | 9/30/2025 |
| 15 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 16 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 17 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 18 | UXC ECLIPSE (USA) LLC | CLAIRE'S STORES, INC. | WORK ORDER REQUEST | 9/30/2025 |
| 19 | V&E ACCESSORIES(HONG | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 20 | VANGENT, INC. | CLAIRE'S BOUTIQUES, INC. | PRODUCTS AND SERVICES AGREEMENT | 9/30/2025 |
| 21 | VANGENT, INC. | CLAIRE'S BOUTIQUES, INC. | PRODUCTS AND SERVICES AGREEMENT | 9/30/2025 |
| 22 | VASO GROUP, LLC | CLAIRE'S STORES, INC. | RETAILER'S REPRESENTATIVE AGREEMENT | 9/30/2025 |
| 23 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | AT&T LOA FOR VATIC OUTSOURCING LLC | 9/30/2025 |
| 24 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | LETTER OF AGENCY TO VERIZON FOR VATIC AUTHORIZATION | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 25 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | MSA - VATIC TELECOM EXPENSE AND CONSULTING SERVICES | 9/30/2025 |
| 26 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | NDA BETWEEN VATIC SOURCING AND CLAIRE'S | 9/30/2025 |
| 27 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | TELECOM CONSULTING/OUTSOURCING AGREEMENT TEM NA/EU | 9/30/2025 |
| 28 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | TELECOM CONSULTING/OUTSOURCING AGREEMENT TEM NA/EU | 9/30/2025 |
| 29 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | VATIC OUTSOURCING, LLC | 9/30/2025 |
| 30 | VATIC OUTSOURCING | CLAIRE'S HOLDINGS LLC | VATIC OUTSOURCING, LLC | 9/30/2025 |
| 31 | VENDOR | CLAIRE'S HOLDINGS LLC | MASTER SERVICES AGREEMENT | 9/30/2025 |
| 32 | VERTIV SERVICES, INC. | CLAIRE'S STORES, INC. | AGREEMENT FOR SERVICES | 9/30/2025 |
| 33 | VIFF LIMITED | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 34 | VIFF LIMITED(SHANGHAI) | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 35 | VIKING CLOUD, INC | CLAIRE'S HOLDINGS LLC | VIKING CLOUD ADVISORY CANADA SOW 20221209 | 9/30/2025 |
| 36 | VIKING CLOUD, INC. | CBI DISTRIBUTING CORP. | STATEMENT OF WORK | 9/30/2025 |
| 37 | VIKING CLOUD, INC. | CBI DISTRIBUTING CORP. | STATEMENT OF WORK FOR PCI DSS LEVEL 1 ASSESSMENT SERVICES | 9/30/2025 |
| 38 | VIRTUAL PIGGY, INC. | CBI DISTRIBUTING CORP. | MERCHANT AGREEMENT | 9/30/2025 |
| 39 | VIRTUAL PIGGY, INC. | CLAIRE'S STORES, INC. | LETTER AGREEMENT | 9/30/2025 |
| 40 | VIRTUAL PIGGY, INC. | CLAIRE'S STORES, INC. | WARRANT TO PURCHASE COMMON STOCK | 9/30/2025 |
| 41 | VOGUE DIGITAL | CLAIRE'S HOLDINGS LLC | MERCHANDISE VENDOR AGREEMENT | 9/30/2025 |
| 42 | WALMART | CLAIRE'S HOLDINGS LLC | SERVICE AGREEMENT | 9/30/2025 |
| 43 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 44 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 45 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 46 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 47 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 48 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 49 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 50 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 51 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 52 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 53 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 54 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 55 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 56 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 57 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 58 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 59 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 60 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 61 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | EVALUATION AGREEMENT FOR SERVICES | 9/30/2025 |
| 62 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | EVALUATION AGREEMENT FOR SERVICES | 9/30/2025 |
| 63 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT | 9/30/2025 |
| 64 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT | 9/30/2025 |
| 65 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT | 9/30/2025 |
| 66 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | MASTER LEASE AGREEMENT ATTACHMENT A | 9/30/2025 |
| 67 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | REVOCABLE LICENSE AGREEMENT | 9/30/2025 |
| 68 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | REVOCABLE LICENSE AGREEMENT | 9/30/2025 |
| 69 | WALMART INC. | CLAIRE'S BOUTIQUES, INC. | REVOCABLE LICENSE AGREEMENT | 9/30/2025 |
| 70 | WAL-MART LOUISIANA, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 71 | WAL-MART LOUISIANA, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 72 | WAL-MART LOUISIANA, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 73 | WAL-MART PUERTO RICO, INC.WAL-MART STORES EAST, LPWALMART INC. | CLAIRE'S BOUTIQUES, INC. | APPENDIX-1 | 9/30/2025 |
| 74 | WAL-MART PUERTO RICO, INC.WAL-MART STORES EAST, LPWALMART INC. | CLAIRE'S BOUTIQUES, INC. | APPENDIX-1 TO MASTER LEASE AGREEMENT | 9/30/2025 |

| # | Rejection Counterparty | Debtor Counterparty | Description of Contract | Rejection Date |
|---|---|---|---|---|
| 75 | WAL-MART STORES ARKANSAS, LLC | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 76 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A | 9/30/2025 |
| 77 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A | 9/30/2025 |
| 78 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A | 9/30/2025 |
| 79 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 80 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 81 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 82 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 83 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 84 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 85 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 86 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 87 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 88 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 89 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 90 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 91 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 92 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 93 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 94 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 95 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 96 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 97 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 98 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |
| 99 | WAL-MART STORES EAST, LP | CLAIRE'S BOUTIQUES, INC. | ATTACHMENT A (GENERIC/INITIAL TERM/MUTUAL RENEWAL) | 9/30/2025 |