# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, et al., | Case No. 25-11454 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On October 24th, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the manner indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 10/24/2025 | 717 | Monthly Application for Compensation / First Monthly Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period August 18, 2025 to September 30, 2025 Filed by Official Committee of Unsecured Creditors. Objections due by 11/14/2025. (Attachments: # 1 Notice # 2 Exhibit (s) A - B) (Alberto, Justin) (Entered: 10/24/2025) |
| 10/24/2025 | 718 | Monthly Application for Compensation / First Combined Monthly Fee Application of Cole Schotz P.C., Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period August 18, 2025 to September 30, 2025 Filed by Official Committee of Unsecured Creditors. Objections due by 11/14/2025. (Attachments: # 1 Notice # 2 Exhibit (s) A - C) (Alberto, Justin) (Entered: 10/24/2025) |

Dated: October 24th, 2025

/s/ Jesse Blevins
Jesse Blevins
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

<u>**VIA ELECTRONIC MAIL**</u>

Claire's Holdings LLC
2400 West Central Road
Hoffman Estates, Illinois 60192
Attn.: Brendan McKeough
brendan.mckeough@claires.com

<u>**VIA ELECTRONIC MAIL**</u>

3 SW
129th Avenue
Pembroke Pines, Florida 33027
Attn: Michele Reilly
michele.reilly@claires.com

<u>**VIA ELECTRONIC MAIL**</u>

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Joshua A. Sussberg & Allyson B. Smith
joshua.sussberg@kirkland.com
allyson.smith@kirkland.com

<u>**VIA ELECTRONIC MAIL**</u>

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Attn.: Alexandra F. Schwarzman & Robert A. Jacobson
alexandra.schwarzman@kirkland.com
rob.jacobson@kirkland.com

<u>**VIA ELECTRONIC MAIL**</u>

Richards, Layton & Finger, P.A.
One Rodney Square
920 N King Street
Wilmington, DE 19801
Attn: Paul N. Heath & Zachary I. Shapiro
heath@rlf.com
shapiro@rlf.com

<u>**VIA ELECTRONIC MAIL**</u>

Cahill Gordon & Reindell LLP
Attn.: Joel Moss, Amit Trehan & Sean Tierney
JMoss@cahill.com
ATrehan@cahill.com
STierney@cahill.com

<u>**VIA ELECTRONIC MAIL**</u>

Simpson Thacher & Bartlett LLP
Attn.: Elisha D. Graff & Zachary J. Weiner
egraff@stblaw.com
zachary.weiner@stblaw.com

<u>**VIA ELECTRONIC MAIL**</u>

Potter Anderson & Corroon LLP
Attn: L. Katherine Good & Jeremy Ryan
kgood@potteranderson.com
jryan@potteranderson.com

<u>**VIA ELECTRONIC MAIL**</u>

U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: Benjamin A. Hackman
Benjamin.A.Hackman@usdoj.gov

<u>**VIA ELECTRONIC MAIL**</u>

Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Attn: Justin R. Alberto & Stacy L. Newman
jalberto@coleschotz.com
snewman@coleschotz.com

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Cole Schotz P.C.<br>1325 Avenue of the Americas, 19th Floor<br>New York, New York 10019<br>Attn: Seth Van Aalten<br>svanaalten@coleschotz.com | McDermott Will & Schulte LLP,<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Attn: Darren Azman & Kristin K. Going<br>dazman@mwe.com<br>kgoing@mwe.com |