# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | ) ) | Case No. 25-11454 (BLS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON OCTOBER 29, 2025 AT 2:00 P.M. (ET)</u>**

---

**THIS HEARING WILL BE CONDUCTED IN PERSON.**

**ALL PARTIES, INCLUDING WITNESSES, WISHING TO PARTICIPATE IN THE HEARING MUST ATTEND IN PERSON.**

**COURTCALL WILL NOT BE USED TO DIAL IN. TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.**

**IF ATTENDING THIS HEARING REMOTELY, PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

RLF1 34058089v.2

**I.     RESOLVED MATTERS:**

1. Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of August 18, 2025 (Sealed) [Docket No. 448; filed September 15, 2025]

    Response/Objection Deadline:     September 29, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:     None

    Related Documents:

    i.  Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of August 18, 2025 (Redacted) [Docket No. 460; filed September 15, 2025]

    ii. Certificate of No Objection Regarding Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of August 18, 2025 [Docket No. 600; filed October 1, 2025]

    iii. Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of August 18, 2025 [Docket No. 603; entered October 2, 2025]

    Status: On October 2, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Application of the Official Committee of Unsecured Creditors of Claire's Holdings LLC, *et al.*, to Retain and Employ McDermott Will & Schulte LLP as Counsel, Effective August 18, 2025 (Sealed) [Docket No. 449; filed September 15, 2025]

    Response/Objection Deadline:     September 29, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

    Related Documents:

    i.  Application of the Official Committee of Unsecured Creditors of Claire's Holdings LLC, *et al.*, to Retain and Employ McDermott Will & Schulte

        LLP as Counsel, Effective August 18, 2025 (Redacted) [Docket No. 461; filed September 15, 2025]

    ii.    Supplemental Declaration of Darren Azman in Support of Application of the Official Committee of Unsecured Creditors of Claire's Holdings LLC, *et al*., to Retain and Employ McDermott Will & Schulte LLP as Counsel, Effective August 18, 2025 [Docket No. 611; filed October 7, 2025]

    iii.    Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Claire's Holdings LLC, *et al*., to Retain and Employ McDermott Will & Schulte LLP as Counsel, Effective August 18, 2025 [Docket No. 612; filed October 7, 2025]

    iv.    Order Authorizing the Official Committee of Unsecured Creditors of Claire's Holdings LLC, *et al*., to Retain and Employ McDermott Will & Schulte LLP as Counsel, Effective August 18, 2025 [Docket No. 620; entered October 8, 2025]

    Status: On October 8, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 19, 2025 (Sealed) [Docket No. 452; filed September 15, 2025]

    Response/Objection Deadline:    September 29, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

    Related Documents:

    i.    Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 19, 2025 (Redacted) [Docket No. 462; filed September 15, 2025]

    ii.    Certificate of No Objection Regarding Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial

RLF1 34058089v.2

        Advisor to the Official Committee of Unsecured Creditors Effective as of August 19, 2025 [Docket No. 601; filed October 1, 2025]

    iii.    Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 19, 2025 [Docket No. 604; entered October 2, 2025]

    Status: On October 2, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4.    Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 649; filed October 15, 2025]

    Response/Objection Deadline:    October 22, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

    Related Documents:

    i.    Certificate of No Objection Regarding Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 712; filed October 24, 2025]

    ii.    Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 716; entered October 24, 2025]

    Status: On October 24, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.    ADJOURNED MATTERS:

5.    Motion of A.L., A Minor, by her Mother and Next Friend, Ashley Patten for Relief from the Automatic Stay of 11 U.S.C § 362(A) [Docket No. 598; filed October 1, 2025]

    Response/Objection Deadline:    Extended for the Debtors

    Responses/Objections Received:    None at this time

    Status: The hearing on this matter has been adjourned to the next omnibus hearing.

6.    Motion of Love and Madness, Inc. for Relief from the Automatic Stay or, in the Alternative, for Allowance of an Administrative Claim [Docket No. 607; filed October 1, 2025]

    Response/Objection Deadline:    N/A

    Responses/Objections Received:    None at this time

    Related Documents:

    i.    Notice of Filing Fee(s) Due [Docket No. 608; filed October 6, 2025]

    Status: The hearing on this matter is adjourned to a date and time to be determined.

## III.    FINAL DISCLOSURE STATEMENT APPROVAL AND CONFIRMATION:

7.    First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtors Affiliates (Technical Modifications) [Docket No. 688; filed October 21, 2025] (the "Plan")

    Response/Objection Deadline:    October 14, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.    Mad River Development, LLC's Limited Objection to Debtors' First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates [Docket No. 628; filed October 13, 2025]

    B.    Informal comments from the Office of the United States Trustee

    C.    Informal comments from the Internal Revenue Service

    D.    Informal comments from the United States of America

    E.    Informal comments from Atlantic Specialty Insurance Company

    F.    Informal comments from the Texas Comptroller

    G.    Informal comments from the Texas Taxing Authorities

    H.    Informal comments from Certain Landlords

    Related Documents:

i. Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving (A) the Solicitation and Voting Procedures and (B) the Forms of Ballots and Notices in Connection Therewith, (III) Scheduling a Combined Hearing and Setting Related Dates and Deadlines, and (IV) Granting Related Relief [Docket No. 416; entered August 30, 2025]

ii. Notice of Hearing to Consider (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Debtors' Joint Chapter 11 Plan [Docket No. 426; filed September 10, 2025]

iii. Disclosure Statement for the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates (*Solicitation Version*) [Docket No. 430; filed September 10, 2025] (the "Disclosure Statement")

iv. Affidavit of Publication for Larnyce Tabron of The New York Times [Docket No. 438; filed September 11, 2025]

v. Affidavit of Service [Docket No. 485; filed September 17, 2025]

vi. Notice of Filing of Plan Supplement [Docket No. 618; filed October 7, 2025]

vii. Notice of Filing of Second Plan Supplement [Docket No. 629; filed October 13, 2025]

viii. Notice of Filing of Blackline of First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates [Docket No. 689; filed October 21, 2025]

ix. Notice of Filing of Third Plan Supplement [Docket No. 690; filed October 21, 2025]

x. Declaration of Jeriad R. Paul with Respect to the Tabulation of Votes on the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates (Technical Modifications) [Docket No. 691; filed October 21, 2025]

xi. Declaration of William C. Kosturos in Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates (Technical Modifications) [Docket No. 692; filed October 21, 2025]

xii. Declaration of William L. Transier in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates (Technical Modifications) [Docket No. 693; filed October 21, 2025]

RLF1 34058089v.2

xiii. Debtors' Memorandum of Law in Support of an Order (I) Approving the Debtors' Disclosure Statement on a Final Basis and (II) Confirming the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates (Technical Modifications) [Docket No. 697; filed October 22, 2025]

xiv. Motion of Debtors for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement with Respect to the Debtors' Confirmation Memorandum [Docket No. 698; filed October 22, 2025]

xv. Notice of Filing of Proposed Confirmation Order [Docket No. 699; filed October 22, 2025]

xvi. Order Authorizing the Debtors to Exceed the Page Limit Requirement with Respect to the Debtors' Confirmation Memorandum [Docket No. 700; entered October 22, 2025]

xvii. Statement of the Official Committee of Unsecured Creditors in Support of Debtors' First Amended Joint Plan [Docket No. 703; filed October 22, 2025]

xviii. Notice of Withdrawal [Docket No. 711; filed October 24, 2025]

Debtors' Witness Information:

A. Jeriad R. Paul, Vice President of Securities and Solicitation Services at Omni Agent Solutions, Inc.

B. William C. Kosturos, Managing Director with Alvarez & Marsal North America, LLC

C. William L. Transier, member of the board of directors (the "Board") of Claires' Holdings, LLC and the Board's Special Committee

Status: All objections and informal responses to final approval of the Disclosure Statement and confirmation of the Plan have been resolved. The hearing on this matter will go forward on a consensual basis.

Dated: October 27, 2025
Wilmington, Delaware

/s/ Clint M. Carlisle

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Daniel J. DeFranceschi (No. 2732) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Paul N. Heath (No. 3704) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Allyson B. Smith (admitted *pro hac vice*) |
| Clint M. Carlisle (No. 7313) | 601 Lexington Avenue |
| Colin A. Meehan (No. 7237) | New York, New York 10022 |
| One Rodney Square | Telephone: (212) 446-4800 |
| 920 N. King Street | Facsimile: (212) 446-4900 |
| Wilmington, Delaware 19801 | Email: joshua.sussberg@kirkland.com |
| Telephone: (302) 651-7700 | allyson.smith@kirkland.com |
| Facsimile: (302) 651-7701 | |
| Email: defranceschi@rlf.com | - and - |
| heath@rlf.com | |
| shapiro@rlf.com | Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*) |
| carlisle@rlf.com | Robert A. Jacobson (admitted *pro hac vice*) |
| meehan@rlf.com | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: alexandra.schwarzman@kirkland.com |
| | rob.jacobson@kirkland.com |
| *Co-Counsel for the Debtors and Debtors in Possession* | *Co-Counsel for the Debtors and Debtors in Possession* |