# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.*,[1] | Case No. 25-11454 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 688 & 699** |

## NOTICE OF FILING OF REVISED CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that, on September 10, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Disclosure Statement for the First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and its Debtor Affiliates* [Docket No. 430] (the "Disclosure Statement") and on October 21, 2025, filed the *First Amended Joint Chapter 11 Plan of Claire's Holdings LLC and Its Debtor Affiliates (Technical Modifications)* [Docket No. 688] (as may be further amended, modified, or supplemented from time to time, the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on October 22, 2025, the Debtors filed a proposed form of order (i) approving the Disclosure Statement on a final basis and (ii) confirming the Plan, a copy of which was attached to the *Notice of Filing of Proposed Confirmation Order* [Docket No. 699] as Exhibit A (the "Confirmation Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are: Claire's Holdings LLC (9619); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's (Gibraltar) Holdings Limited (4273); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Intellectual LLC (5274); Claire's Puerto Rico Corp. (6113); Claire's Stores, Inc. (0416); Claire's Swiss Holdings II LLC (7980); Claire's Swiss Holdings LLC (2299); CLSIP Holdings LLC (1950); CLSIP LLC (9769); and CSI Canada LLC (2343). The Debtors' mailing address is 2400 West Central Road, Hoffman Estates, IL 60192.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised proposed form of order (i) approving the Disclosure Statement on a final basis and (ii) confirming the Plan, a copy of which is attached hereto as **Exhibit A** (the "Revised Confirmation Order"). For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Confirmation Order marked against the Confirmation Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the Disclosure Statement and confirmation of the Plan (the "Combined Hearing") will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on **October 29, 2025 at 2:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Revised Confirmation Order, substantially in the form attached hereto as **Exhibit A**, to the Court at the Hearing. To the extent the Debtors make revisions to the Revised Confirmation Order, the Debtors will present a revised form of order and a blackline copy to the Court prior to or at the Combined Hearing.

[*Remainder of page intentionally left blank*]

Dated:  October 28, 2025
Wilmington, Delaware

*/s/ Clint M. Carlisle*
<u></u>
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Clint M. Carlisle (No. 7313)
Colin A. Meehan (No. 7237)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         defranceschi@rlf.com
               heath@rlf.com
               shapiro@rlf.com
               carlisle@rlf.com
               meehan@rlf.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Allyson B. Smith (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         joshua.sussberg@kirkland.com
               allyson.smith@kirkland.com

- and -

Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
Robert A. Jacobson (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         alexandra.schwarzman@kirkland.com
               rob.jacobson@kirkland.com

*Co-Counsel for Debtors and Debtors in Possession*