**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLAIRE'S HOLDINGS LLC,[1] | Case No. 25-11454 (BLS) |
| Post-Effective Date Debtor. | |

# AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 22, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused a true and correct copy of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A:**

- **Chapter 11 Post-Confirmation Report for the Quarter Ending: 09/30/2026 for Claire's Holdings LLC [Docket No. 1162]**

Dated: October 26, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 26th day of October, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

[1] The Post-Effective Date Debtor's service address is c/o META Advisors, LLC, 3 World Trade Center, 175 Greenwich Street, New York, New York 10007, Attn: Dana P. Kane. On March 17, 2026, the Court entered a final decree closing the chapter 11 cases of Claire's Stores, Inc., Case No. 25-11462, Claire's Puerto Rico Corp., Case No. 25-11461, Claire's Boutiques, Inc., Case No. 25-11458, Claire's Canada Corp., Case No. 25-11459, Claire's Swiss Holdings LLC, Case No. 25-11464, CSI Canada LLC, Case No. 25-11467, Claire's Swiss Holdings II LLC, Case No. 25-11463, CBI Distributing Corp., Case No. 25-11456, Claire's (Gibraltar) Holdings Limited, Case No. 25-11457, CLSIP Holdings LLC, Case No. 25-11465, BMS Distributing Corp., Case No. 25-11455, Claire's Intellectual LLC, Case No. 25-11460, and CLSIP LLC, Case No. 25-11466.

# EXHIBIT A

# Exhibit A

Service List

| Creditor | Email | Method of Service |
|---|---|---|
| Office of the U.S. Trustee | benjamin.a.hackman@usdoj.gov | Email |