# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*, | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF CANCELLED HEARING

**PLEASE TAKE NOTICE** that the hearing in the above-captioned cases, currently scheduled for September 22, 2025 at 2:00 p.m., before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801, is **cancelled**.

Dated: September 12, 2025
       Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Patrick J. Reilley*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
       snewman@coleschotz.com
       jdougherty@coleschotz.com
       mfitzpatrick@coleschotz.com

-and-

**HAHN LOESER & PARKS LLP**
Christopher B. Wick, Esquire (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, OH 44114
Telephone: (216) 621-0150
Facsimile: (216) 274-2488
cwick@hahnlaw.com

*Counsel for Ann Aber, solely in her capacity as the Plan Administrator of JOANN Inc., et al.*